companion pets  and those of the Class, and would result in foreseeable, and reasonably avoidable, damages.

144.    As a direct and proximate result of Defendants' above referenced negligence, the Plaintiffs/Class Representatives and other Class members have suffered loss and damages.

145.    Wherefore, the Plaintiffs/Class Representatives and other Class members, on behalf of themselves and all others similarly situated, prays relief and judgment against the Defendants as follows:

(a)    Awarding actual and consequential damages;

(b)    For pre- and post-judgment interest to the Class, as allowed by law; and

(c)    Granting such other and further relief as allowed by law.

## COUNT VI

### Strict Products Liability
### Failure to Warn

146.    The Plaintiffs/Class Representatives and other Class members herby adopt and incorporate by reference paragraphs 1-114 as set forth more fully herein.

147.    The Defendants manufactured, marketed, advertised, distributed, and sold the Defendants' pet foods throughout the United States.

148.    The pet foods manufactured, marketed, advertised, distributed, and sold throughout the United States was adulterated and otherwise unhealthy for consumption by companion cats and dogs.

149.    As such, the Defendants had a duty to warn the public, including Plaintiffs/Class Representatives and the Class of the health risks associated with using the Defendants' pet foods instead of marketing them as "perfect," "complete," balanced" and everything that a dog or cat need for a nutritious daily diet.

51

Dockets.Justia.com

150. The Defendants' pet foods were under the exclusive control of the Defendants, and were sold without adequate warnings regarding the risk of injury and other risks associated with its use.

151. As a direct and proximate result of the defective condition of the Defendants' pet foods as manufactured and/or supplied by the Defendants, and as a direct and proximate result of negligence, gross negligence, willful and wanton misconduct, or other wrongdoing and actions of the Defendants described herein, the Plaintiffs/Class Representatives and the Class have suffered damages.

152. Upon information and belief, the Defendants knew of the defective nature of the Defendants' pet foods but continued to design, manufacture, distribute, advertise, market, and sell the pet food so as to maximize sales and profits at the expense of companion cat and dog safety and health, in knowing, conscious, and deliberate disregard of the foreseeable harm caused by the Defendants' pet foods and in violation of their duty to provide accurate, adequate, and complete warning concerning the use of the Defendants' pet foods.

153. The Defendants failed to warn the public or the Plaintiffs/Class Representatives and the Class in a timely manner of the adulterated and dangerous propensities of the Defendants' pet foods, which was known or should have been known to the Defendants.

154. The Defendants knew that veterinary clinics, pet food stores, food chains and users such as Plaintiffs/Class Representatives and the Class would rely upon the representations and warranties made by the Defendants in marketing, advertising, and other promotional and sales materials upon which the Plaintiffs/Class Representatives and the Class did so rely.

155. As a direct and proximate result of the Defendants' manufacturing, production, advertising, distribution and sale of the pet foods without adequate warnings regarding the health

risk to animals, the Plaintiffs/Class Representatives and other Class members suffered damage as previously alleged herein, including ascertainable economic loss, including but not limited to the purchase price of the Defendants' pet foods, out-of-pocket costs of veterinary medical tests, burial expenses, disposal fees, and treatment of pets. The Plaintiffs/Class Representatives and the Class are also entitled to pecuniary damages.

156.    Defendants' conduct in the packaging, marketing, advertising, promotion, distribution, and sale of Defendants' pet food was committed with knowing, conscious, and deliberate disregard for the rights and safety of consumers such as the Plaintiffs/Class Representatives and other Class members, and their pets, thereby entitling the Plaintiffs/Class Representatives and other Class members to punitive damages in an amount appropriate to punish Defendant and deter them from similar conduct in the future.

Wherefore, Plaintiffs/Class Representatives and other Class members and all others similarly situated, prays relief and judgment against Defendants as follows:

(a)    Awarding actual and consequential damages;

(d)    For pre- and post-judgment interest to the Class, as allowed by law;

(c)    Awarding Punitive Damages; and

(d)    Granting such other and further relief as allowed by law.

## COUNT VII

### Strict Products Liability
### Defect in Manufacture

157.    The Plaintiffs/Class Representatives and the Class hereby adopt and incorporate by reference paragraphs 1-114 as set forth more fully herein.

158.    The Defendants were the manufacturers, sellers, distributors, marketers, and/or suppliers of the Defendants' pet foods which were defective and unreasonably dangerous to the pets of Plaintiffs/Class Representatives and other Class members.

159.    The Defendants' pet foods were sold, distributed, supplied, manufactured, marketed, and/or promoted by the Defendants, and were expected to reach and did reach consumers without substantial change in the condition when it was manufactured, distributed and sold by the Defendants.

160.    The pet foods were manufactured, supplied, and/or sold by the Defendants and were defective in design or formulation in that when they left the hands of the manufacturers and/or sellers they were unreasonably dangerous in that their foreseeable risks exceeded the benefit associated with their design and/or formulations.

161.    Upon information and belief, the Defendants actually knew of the defective nature of their pet foods but continued to design, manufacture, market, and sell them so as to maximize sales and profits at the expense of public safety and health, in conscious disregard of the foreseeable harm caused by the Defendants' Pet foods, thereby entitling Plaintiffs/Class Representatives and other Class members to punitive damages in an amount appropriate to punish Defendant and deter them from similar conduct in the future.

Wherefore, Plaintiffs/Class Representatives, on behalf of themselves and all others similarly situated, pray relief and judgment against the Defendants as follows:

(a)    Awarding actual and consequential damages;

(b)    For pre- and post-judgment interest to the Class, as allowed by law;

(c)    Awarding punitive damages; and

(d)    Granting such other and further relief as allowed by law.

## COUNT VIII

### Breach of Implied Warranty

162.    The Plaintiffs/Class Representatives and the Class hereby adopt and incorporate by reference paragraphs 1-114 as set forth more fully herein.

163.    The Defendants manufactured, marketed, advertised, sold and distributed commercial pet food.

164.    At the time the Defendants advertised, marketed, sold, and distributed the commercial pet food, the Defendants knew of the purpose for which the pet foods were intended and impliedly warranted that the pet foods were of merchantable quality and safe and fit for such use.

165.    The Plaintiffs/Class Representatives and the Class reasonably relied upon the skill, superior knowledge and judgment of the Defendants as to whether the pet foods are of merchantable quality and safe and fit for their intended use.

166.    Due to the Defendants' wrongful conduct as alleged herein, the Plaintiffs/Class Representatives and the Class did not have know about the risks and side effects associated with the commercial pet food.

167.    Contrary to such implied warranty, the pet foods are not of merchantable quality and were not safe for their intended use.

Wherefore, the Plaintiffs/Class Representatives, on behalf of themselves and all others similarly situated, prays for relief and judgment against the Defendants as follows:

(a)    Awarding actual and consequential damages;

(b)    For pre- and post-judgment interest to the Class, as allowed by law; and

(c)    Granting such other and further relief as allowed by law.

## COUNT IX

### Breach of Express Warranty

168.    The Plaintiffs/Class Representatives and other Class members herby adopts and incorporates by reference paragraphs 1-114 as if more fully set forth herein.

169.    The Defendants expressly warranted that the pet foods were safe, healthy, perfect, balanced and nutritious for consumption by companion cats and dogs.

170.    The pet foods did not conform to these express representations because the pet foods are not safe and/or healthy for consumption by the Plaintiffs/Class Representatives companion pets and Class' cats and dogs.

Wherefore, the Plaintiffs/Class Representatives, on behalf of themselves and all others similarly situated, prays relief and judgment against the Defendants as follows:

(a)    Awarding actual and consequential damages;

(b)    For pre- and post-judgment interest to the Class, as allowed by law; and

(c)    Granting such other and further relief as allowed by law.

## COUNT X

### Unjust Enrichment

171.    Plaintiffs/Class Representatives and other Class members herby adopts and incorporates by reference paragraphs 1-114 as if more fully set forth herein.

172.    As a direct, proximate, and foreseeable result of the Defendants' acts and otherwise wrongful conduct, the Plaintiffs/Class Representatives and the Class suffered damages. The Defendants profited and benefited from the sale of the pet foods, even as the pet foods caused the Plaintiffs/Class Representatives and other Class members to incur damages.

173.    The Defendants have voluntarily accepted and retained these profits and benefits, derived from consumers, including the Plaintiffs/Class Representatives and the Classs, with full knowledge and awareness that, as a result of the Defendants' outrageous misrepresentations and wrongdoings, consumers, including the Plaintiffs/Class Representatives and the Class, were not receiving pet foods of quality, nature, fitness, or value that had been represented by the Defendants or that unknowing consumers expected. The Plaintiffs/Class Representatives and other Class members purchased pet food that they expected would be as the Defendants had represented in their marketing and advertising materials and media safe, the packages and containers and expected it to be healthy for their companion cats and dogs and have now had to endure the costs associated with veterinarians, medicines and treatment for their companion pets.

174.    By virtue of knowing wrongdoing alleged in this Complaint, the Defendants have been unjustly enriched at the expense of the Plaintiffs/Class Representatives and the Class who are entitled to, and hereby seek, the disgorgement and restitution of the Defendants' wrongful profits, revenue, and benefits, to the extent, and in the amount, deemed appropriate by the Court; and such other relief as the Court deems just and proper to remedy the Defendants' unjust enrichment.

Wherefore, the Plaintiffs/Class Representatives, on behalf of themselves and all others similarly situated, prays relief and judgment against Defendants as follows:

(a)    The return of wrongful, revenue, and benefits, to the extent, and in the amount, deemed appropriate by the Court; and such other relief as the Court deems just and proper to remedy the Defendants' unjust enrichment.

(f)    Granting such other and further relief as allowed by law.

## JURY DEMAND

Plaintiffs/Class Representatives and the Class demand a jury trial on all issues triable by a jury.

DATED: May 9, 2007

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

# EXHIBIT "A"



## APPMA

The leading not-for-profit trade association
serving the interests of pet product
manufacturers and importers.

American Pet Products Manufacturers Association, Inc.®

▷ **Back to Default View**

Home // Press Center // Industry Statistics & Trends

# Industry Statistics & Trends

### PET OWNERSHIP

- According to the 2007-2008 National Pet Owners Survey, 63% of U.S. households own a pet, which equates to 71.1 millions homes

- In 1988, the first year the survey was conducted, 56% of U.S. households owned a pet as compared to 63% in 2006

**Breakdown of pet ownership in the U.S. according to the 2007-2008 National Pet Owners Survey**

Number of U.S. Households that Own a Pet (millions)

| | |
|---|---|
| Bird | 6.4 |
| Cat | 38.4 |
| Dog | 44.8 |
| Equine | 4.3 |
| Freshwater Fish | 14.2 |
| Saltwater Fish | .8 |
| Reptile | 4.8 |
| Small Animal | 6.0 |

Total Number of Pets Owned in the U.S. (millions)

| | |
|---|---|
| Bird | 16 |
| Cat | 88.3 |
| Dog | 74.8 |
| Equine | 13.8 |
| Freshwater Fish | 142.0 |
| Saltwater Fish | 9.6 |
| Reptile | 13.4 |
| Small Animal | 24.3 |

* Ownership statistics are gathered from APPMA's 2007/2008 National Pet Owners Survey

### SPENDING

### Total U.S. Pet Industry Expenditures

| Year | Billion |
|---|---|
| 2007 | $40.8 Est. |
| 2006 | $38.5 |
| 2005 | $36.3 |
| 2004 | $34.4 |
| 2003 | $32.4 |
| 2002 | $29.5 |
| 2001 | $28.5 |
| 1998 | $23 |
| 1996 | $21 |
| 1994 | $17 |



EXHIBIT

"A"

**Estimated 2007 Sales within the U.S. Market**
For 2007, it is estimated that $40.8 billion will be spent on our pets in the U.S.
Breakdown:

| | |
|---|---|
| Food | $16.1billion |
| Vet Care | $9.8billion |
| Supplies/OTC Medicine | $9.9 billion |
| Live animal purchases | $2.1 billion |
| Pet Services: grooming & boarding | $2.9 billion |

**Actual Sales within the U.S. Market in 2006**
In 2006, $38.5 billion was spent on our pets in the U.S.
Breakdown:

| | |
|---|---|
| Food | $15.4 billion |
| Vet Care | $9.2 billion |
| Supplies/OTC Medicine | $9.3 billion |
| Live animal purchases | $1.9 billion |
| Pet Services: grooming & boarding | $2.7 billion |

\* Unless otherwise stated, spending statistics are gathered by APPMA from various market reseach sources and are not included in the organization's bi-annual National Pet Owners Survey.

- According to the **2007-2008 APPMA National Pet Owners Survey**, basic annual expenses for dog and cat owners in dollars include:

| | Dogs | Cats |
|---|---|---|
| Surgical Vet Visits | 453 | 363 |
| Food | 217 | 188 |
| Kennel Boarding | 225 | 149 |
| Routine Vet | 219 | 175 |
| Groomer/Grooming Aids | 127 | 18 |
| Vitamins | 77 | 31 |
| Treats | 66 | 40 |
| Toys | 41 | 26 |

\*\*Note: APPMA does not ask Survey Participants how much in total they spend on their dog or cats annually. The expenses listed above are not all inclusive and each category was asked separately of the survey participant.

## 2007 PET PRODUCTS TREND REPORT

We pamper them. We bring them wherever we go. We surprise them with something new on special occasions. They even get holiday presents. They are our pets!

From high-end items to high-tech items, products for our companion animals now extend beyond traditional necessities. The American Pet Product Manufacturers Association (APPMA) presents top pet product trends for 2007.

### Going to the Dogs
More and more companies traditionally know for human products are going to the dogs, and cats, and reptiles. Big name companies including like Paul Mitchell, Omaha Steaks, Origins, Harley Davidson and Old Navy are now offering lines of pet products ranging from dog shampoo, pet attire, and name-brand toys to gourmet treats and food.

### Pets Welcome
Many hotels across the country are adopting pet friendly policies. Several chains have announced new pet-friendly policies that include everything from oversized pet pillows, plush doggie robes, to

check-in gift packages that include a pet toy, dog treat, ID tag, bone and turn down treat. Some even have a licensed dog masseuse on staff.

**Pet Products Sold Here**
Shopping for pet products is becoming easier than ever with an increasing variety of retail outlets now selling pet products. Right along side fertilizer and shovels, shoppers can now find pet products such as doggie doors and yellow lawn spot removers sold at many lawn and garden stores, nurseries, and major home improvement stores including Home Depot.

**The Lap of Luxury**
High-end items to spoil companion animals are must-haves for pet owners that spare no expense to please their furry, feathered and finned best friends. Items include faux mink coats for cold weather outings, feathered French day beds for afternoon naps, designer bird cages, botanical fragrances and to top it all off, a rhinestone tiara!

**Ultra-Clean...**
Pet-owners take grooming one step beyond a haircut, a quick bath and a nail trim. Mouthwash and an electric toothbrush for canines are routine steps in a beauty session for some pooches. Birds receive daily pedicures with special cage perches, while others enjoy manicures complete with nail polish. Pet-owning homes stay cleaner with automatic, self-flushing litter boxes, cleaning cloths for muddy paws that mimic traditional baby wipes, and scented gel air fresheners to keep rooms free of pet odors.

**Dinner is Served**
Today's pet foods include complete and balanced diets that tantalize our pets' taste buds and satisfy their tummies. Formulas for puppies and kittens, specialized meals for reptiles, birds and fish and diets for senior pets ensure a long and healthy life for our beloved companions.

**State-of-the-Art**
High-tech products including computerized identification tags, digital aquarium kits, automatic doors and feeders, enhanced reptile terrarium lighting systems and touch-activated toys help pet-owners take care of companion animals with ease and precision.

**Loosen Up**
As pet owners meditate in yoga class, cats relieve stress by frolicking in a toy gym or relaxing in a feline spa before enjoying herbal catnip packaged in a tea bag. Dogs sip fresh water from flowing fountains after a soothing rub with a doggie massager.

**Help Yourself!**
Products designed with convenience in mind lead this trend. Programmable feeding and drinking systems, automatic and battery-operated toys, self-cleaning litter boxes and self-warming pet mats let pets virtually care for themselves!

**Straight from the Catwalk**
Faux mink coats, hipster lumberjack vests, designer plaid jackets, matching jeweled and leather collar and leash sets, Halloween costumes, and holiday outfits keep pets in fashion throughout the year. Upscale leather carriers complete with a cell phone and water bottle holder are the perfect accessories to keep the pet owner in style as well.

**Keep on Truckin'**
Whether it's a quick trip to the supermarket or a long ride to the beach, companion animals are now traveling animals too. Buckled up in a harness, seat belt system or a portable carrier, these pets stay safe and secure while on the road. Food and water along with safety supplies are on hand in all-in-one kits, waste disposal systems make for easy clean-up on quick stops and motion sickness aids are available too.

Industry Statistics & Trends

**Hello, My Name Is...**
From monogrammed sweaters and personalized food and water bowls to digitized collar tags and hand-made treats, owners embrace their pets as true members of the American family celebrating their fluffy, finned and feathered companions with their very own belongings.

## HEALTH BENEFITS

- Pets Help to Lower Blood Pressure A recent study at the State University of New York at Buffalo found that people with hypertension who adopted a cat or dog had lower blood pressure readings in stressful situations than did those who did not own a pet. (Dr. Karen Allen, State University of New York at Buffalo)
- Pets Help to Reduce Stress Walking with a pet helps to sooth nerves and offers instant relaxation. Studies conducted worldwide have shown that the impact of a stressful situation is lesser on pet owners, especially males, than on those who do not own a pet. (Josephine M. Wills, Waltham Centre for Pet Nutrition, United Kingdom)
- Pets Help to Prevent Heart Disease Because pets provide people with faithful companionship, research shows they may also provide their owners with greater psychological stability, thus a measure of protection from heart disease. (National Institute of Health Technology Assessment Workshop: Health Benefits of Pets)
- Pets Help to Lower Health Care Costs People with pets actually make fewer doctor visits, especially for non-serious medical conditions. (National Institute of Health Technology Assessment Workshop: Health Benefits of Pets)
- Pets Help to Fight Depression Pets help fight depression and loneliness, promoting an interest in life. When seniors face adversity or trauma, affection from pets takes on great meaning. Their bonding behavior can foster a sense of security. (Between Pets and People: The Importance of Animal Companionship)

▷ **Back to Default View**



Copyright ©1998–2007 American Pet Products Manufacturers Association, Inc.
APPMA and American Pet Products Manufacturers Association, Inc. are registered trademarks of the American Pet Products Manufacturers Association. All rights reserved. Important Note: See the APPMA Web Site Agreement of Use.

# EXHIBIT "B"

 U.S. Pet Ownership Statistics ........................................ ооо





The following statistics were compiled from the American Pet Products Manufacturers Association (APPMA) 2005-2006 National Pet Owners Survey.

**Dogs**

- There are approximately 73 million owned dogs in the United States
- Thirty-nine percent of U.S. households own at least one dog
- Most owners (60 percent) own one dog
- Twenty-five percent of owners own two dogs
- Fourteen percent of owners own three or more dogs
- On average, owners have almost two dogs (1.7)
- The proportion of male to female dogs is about even
- Sixteen percent of owned dogs were adopted from an animal shelter
- On average, dog owners spent $211 on veterinary visits (vaccine, well visits) annually
- More than seventy percent of owned dogs are spayed or neutered

**Cats**

- There are approximately 90 million owned cats in the United States
- Thirty-four percent of U.S. households (or 37.7 million) own at least one cat
- Fifty percent of owners own more than one cat
- On average, owners have two cats (2.4)
- Slightly more female cats are owned than male cats (66 percent vs. 64 percent respectively)
- Fifteen percent of owned cats were adopted from an animal shelter
- Cat owners spent an average of $179 on routine veterinary visits
- Eighty-four percent of owned cats are spayed or neutered

For additional information on pet ownership statistics, contact the APPMA at 255 Glenville Rd., Greenwich, CT 06831, 800-452-1225, or visit their website at www.appma.org.

*Updated Jan. 5, 2007.*

✉ E-MAIL THIS PAGE



U.S. Pet Ownership Statistics

American Pet Products Manufacturers Association (APPMA)

POWERED BY
CONVIO·

**EXHIBIT "C"**

# Pet Food in the U.S.: Riding the Premium Wave

Sep 1, 2006
426 Pages - Pub ID: LA1190796

$3,500.00  Online Download

████████████████

Ask a question about this report >
Email a colleague >
Printer format >
Order by fax >

**800.298.5294**
**Int'l: +1.240.747.3095**

**Questions?**
Contact a research
specialist >

**Most Popular Research**

The U.S. Market for Pet
Supplies and Pet Care
Products, 6th Edition

Market Trends: Pet
Grooming and Spa Products

Pet Insurance in North
America: The Market and
Trends in the U.S. and
Canada

Market Trends: Pet
Products in Nontraditional
Outlets

Pet Food in the U.S.: Riding
the Premium Wave

Pet Care Services in the
U.S., 2nd Edition

---

Abstract    Table of Contents    Search Inside Report    Buy By the Section    Related Reports

---

The U.S. pet food market is experiencing healthy growth as marketers continue to convert pet owners to better quality, higher priced, more upscale fare. Premium pet foods cover all bases—natural/organic, fortified/functional, weight control, lifestage, breed-/size-specific, gourmet, etc.—and are increasingly being positioned not just as human style but as human grade. As a result, much of the growth is occurring at the upper-income tier of the pet owner spectrum, with U.S. households earning $70,000 or more now accounting for an impressive 44% of the aggregate pet food expenditure—up from just 15% in 1994.

Top marketers including Nestlé Purina, Mars, Iams, Hill's, Nutro, and S&M NuTec clearly have their fingers on the emotional pulse of American pet owners, as well as some very big advertising guns. During 2005, they spent nearly $300 million on national advertising for pet food, virtually all of it encouraging the deep attachment Americans feel for their pets, while also launching the biggest surge of new products in the history of the market. The high level of interest in all things pet has also spurred a number of high-profile acquisitions, including Mars' recent purchase of S&M NuTec (Greenies) and private-label producer Doane, Del Monte's purchase of Milk-Bone and Meow Mix, Bain Capital's purchase of Nutro, and Central Garden & Pet's purchase of Breeder's Choice.

Bringing to bear more than 20 years of experience in analyzing this market and drawing on Packaged Facts' broad cross-category expertise, Pet Food in the U.S. pinpoints strategic directions for current and prospective marketers, with a particular focus on high-growth product segments such as functional treats. Covering products for all type of companion animals, the report is organized into four main chapters—Dog Food, Cat Food, and Other Pet Food (birds, small animal, fish, and reptiles), plus an in-depth overview chapter covering cross-market trends.

Pegging 2005 sales at $14.5 billion and projecting healthy growth through 2010, the report provides market size estimates for the overall retail universe, while quantifying mass-market sales to the marketer/brand share level using data from Information Resources, Inc. The report fully documents marketing, new product, and retail trends, as well as trends in pet food purchaser demographics, based on Simmons Market Research Bureau data as well as data from the American Pet Products Manufacturers Association's 2005-2006 National Pet Owners Survey.

**Packaged Facts' Pet Products and Services Collection**
Packaged Facts is the leading source of market intelligence for pet products and services. No other market research publisher offers the breadth and depth of coverage in this lucrative, fast-growing industry. Other titles include Oral Care Products for Pets, Pet Products in Nontraditional Outlets, The U.S. Pet Insurance Market, Market Trends: Pet Supplements and Nutraceuticals, Market Trends: Natural, Organic and Eco-Friendly Pet Products, and Pet Care Services in the U.S.

**Report Methodology**
The information contained in this report was obtained from both primary and secondary research. Primary research entailed attendance at industry trade shows; informal interviews with members of the trade; and an on-site examination of the retail milieu, including mass-market outlets, pet specialty shops, and veterinary clinics. Secondary research included extensive Internet canvassing and research- and data-gathering from relevant trade, business, and government sources; company reports including annual reports, 10Ks, and other financial releases from public companies; company profiles in trade and consumer publications; and other reports by Packaged Facts, which has been reporting on pet-related markets for nearly two decades.

EXHIBIT

C

Our market size estimates are based on Information Resources, Inc. (IRI) data for tracked mass-market retailers
(supermarkets, drugstores, and mass merchandisers other than Wal-Mart), independent pet store sales-tracking surveys,
reported revenues of marketers and retailers, and figures appearing in the trade press. Information on new product
introductions is derived from reports in the trade press and online, as well as detailed Productscan data from
Datamonitor. Our analysis of consumer demographics derives primarily from the Simmons Market Research Bureau
(New York, New York) fall 2005 consumer survey, which is based on approximately 28,000 respondents

**What You'll Get In this Report**

*Pet Food in the U.S.* offers unique perspective on this burgeoning market. No other market research report provides the
analysis and trends coverage that this report offers. Plus, you'll benefit from extensive data, presented in easy-to-read
and practical charts, tables and graphs.

**Related Reports:**

Global Pet Food Industry Outlook
Apr 1, 2007 - LA1391933 - $3,900.00

All Things Convenient: Product, Packaging and Consumer Trends in the Pet Food, Supplies and Travel Markets
Feb 1, 2007 - LA1219009 - $2,750.00

Brand Building in the U.S. Pet Products Market
Dec 1, 2006 - LA1219008 - $2,250.00

MarketLooks: Pet Food in the U.S.
Oct 1, 2006 - ML1377623 - $499.00

Market Trends: Pet Products in Nontraditional Outlets
Feb 1, 2006 - LA1087709 - $1,995.00

Market Trends: Pet Supplements and Nutraceuticals
May 1, 2005 - LA1073644 - $1,995.00

Market Trends: Natural, Organic and "Eco-Friendly" Pet Products
Feb 1, 2005 - LA1006027 - $1,995.00

MarketLooks: Pet Food
Jul 1, 2004 - ML1003147 - $399.00

The U.S. Pet Food Market
Jun 1, 2004 - LA950918 - $3,000.00

MarketLooks: The U.S. Pet Food Market
Jul 9, 2002 - ML795559 - $399.00

---

Privacy Policy   |   Terms and Conditions   |   Site Map   |   Return Policy   |   Press   |   Help FAQs

---

Copyright © 2006 Packaged Facts. All Rights Reserved.
A division of MarketResearch.com

Contact Us: 800.298.5294 (U.S.)
or +1.240.747.3095 (Int'l)
Hours: 8:30 a.m. to 7:00 p.m. EST Monday through Thursday
and 8:30 a.m. to 6:30 p.m. EST Friday






Home | About Us | My Account | Personal Library | Contact Us

Welcome Guest
(not Guest? **Register/Login**)

View Cart (0 items)

**Essential Insights on
Consumer Markets**

Consumer Goods | Food & Beverage | Demographics | Personal Care | Financial Services | Pet Products & Services

**Keyword Search**

**Pet Products & Services**          Pet Supplements

Advanced Search | Tips

# EXHIBIT "D"

American Pet Association                          Changing the way America cares about its Pets

Media Services



Media Services are currently suspended.  When they are available again, it will be posted here.

Please feel free to use the following statistics.

Note:  Currently these are the only statistics available.  **Please do not call or email asking for additional statistics**.  When updates are available, they will be posted here.  Thank you :)



**These are basic fun facts about the cats and dogs. All statistics are as of March, 2006 unless noted. This page will be updated again in late 2007.  See note at bottom of page regarding updates**

**There are 44,892,454 dog owners in the United States, who own a total of 62,995,801 million dogs, and there are 76,954,111 million cats for a total of 139,949,912 pets.**

**Of the 106.4 million households in the U.S., 33.6 million have at least one cat as a pet.**

**The following statistics exemplify pet owners feelings towards their pets.**

**31,507,457 dog owners purchase Christmas gifts for their dogs.**

**39,754,847 cats receive Christmas gifts from their owners.**

**13,498,254 cats have their birthdays celebrated.**

**9,849,021 dog owners celebrate their dogs' birthdays in the following ways;**

| | |
|---|---|
| Give dog a special treat | 4,567,598 |
| Make dog a special meal | 1,978,636 |
| Give dog a cake | 1,850,665 |
| Give dog a new toy | 1,801,445 |
| Give dog ice cream | 1,102,524 |



EXHIBIT

American Pet Association

| | |
|---|---|
| Give dog a new bone | 964,708 |
| Sing or wish dog happy birthday | 698,921 |
| Give dog a party with other dogs or pets | 659,545 |
| Take dog to favorite place | 393,758 |
| Take Photographs | 216,567 |

**More than half of American dog owners are more attached to their pets than to at least one other human being. The following numbers represent those who say they are as attached to their dogs as to the following persons;**

**A) Best Friend 16,213,555**

**B) Children 8,321,566**

**C) Spouse 5,421,959**

**39% of America's pet owners display their pet's picture in their home.**

**16% of America's pet owners keep a picture of their pet in their wallet or purse.**

**American dogs sleep in the following places;**

| | |
|---|---|
| On Top Of The Bed | 10,100,000 |
| In a Dog House | 8,635,500 |
| On The Floor | 7,524,500 |
| In a Dog Bed | 7,322,500 |
| Outside In The Garage :( | 6,413,500 |
| In Their Owner's Bed | 1,262,500 |

**67% of America's cats are allowed to sleep on their owner's bed or anywhere they want.**

**More than half of America's dogs can perform at least one trick (25,300,500).**

**America's dog and cat owners say they acquired their pets for the following reasons;**

| Reason for Ownership | Dogs | Cats |
|---|---|---|
| Someone To Play With | 90% | 93% |
| Companionship | 83% | 84% |
| Help Children Learn | 82% | 78% |
| Someone To Communicate With | 57% | 62% |
| Security | 79% | 51% |

**NOTE: These numbers add up to more than 100% showing that people must have a pet for more than one reason.**

**Pet Safety:**

| Cause of Death | Lifetime Odds of Dying* |
|---|---|
| Car crash | 1 in 242 |
| Drowning | 1 in 1,028 |

American Pet Association

| | |
|---|---|
| Plane crash | 1 in 4,608 |
| Lightning strike | 1 in 71,501 |
| **Bitten by dog** | **1 in 137,694** |
| Venomous spider bite | 1 in 716,010 |
| *for someone born in 2000 | |
| Source: National Safety Council | |

**Source: 1998-2006 American Pet Association Polls**

**Poll taken of 19,211 pet owners in February 2005  Error +- 3%**

Home  :  Members  :   Humane Societies  :   Pet Owners  :  Guardian Membership  :  Good Neighbor Program  : Media : Pet Product Approval :  Contact us

American Pet Association / American Companion Animal Association  ©  1991-2006 • Privacy Policy • Terms Of Use

# EXHIBIT "E"

Economist.com



Today it begins

**Economist.com**    **BUSINESS**

**The pet industry**

# A dog's dinner

Mar 31st 2007
From Economist.com

**A recall of contaminated pet-food in North America**



Hamish

THE grief cycle describes a common pattern of emotional responses to death, starting with denial, changing to anger and then depression, and ending with acceptance. Pet-owners in North America are adding another stage to the process—litigation. In mid-March Menu Foods, a Canadian contract manufacturer, pulled 95 brands of dog and cat food from shelves in America, Canada and Mexico. The recall came after reports from consumers of contaminated food were confirmed by the company's own "taste" tests, in which nine cats died. Further tests by American government officials identified aminopterin, a type of rat poison, in the food.

Menu Foods has confirmed 16 animal deaths so far but that number will rise. Michael Dillon, a pet industry consultant, conservatively estimates a final death toll in the thousands. Local newspapers issue sombre reports on victims such as TJ, a Yorkshire terrier in Missouri who enjoyed the smell of roses. Enter the lawyers. Distressed owners have filed class-action lawsuits against Menu Foods, as well as against a retailer who stocked the items and a manufacturer who used the Canadian firm to make its products.

The depth of response may baffle the petless but comes as no surprise to industry insiders, who identify "humanisation" as a principal feature of the sector. Many owners think of their pets as children—childless consumers accounted for 60% of pet-related expenditure in America in 2005—and treat them more like people than animals. Trends in human food are quickly replicated in pet products, says Bob Vetere, president of the American Pet Products Manufacturers Association.

The recalled pet foods were "cuts and gravy", which are designed to mimic the food people eat (wheat gluten, the probable source of the contamination, is used to thicken the gravy). Health foods are fast spreading from dinner tables to doggie bowls: Wal-Mart and Target, America's two biggest retailers, both introduced natural pet-food lines last year. The recall is likely to reinforce this trend.

Doting owners don't only spend big money on food. Overall, pet-related sales are forecast to hit $40.8 billion in America this year, 6% more than in 2006. Absurdities such as diamond-studded Cartier dog collars and Goyard travelling bowls are out of the reach of most owners but the better-off are happy to splash out on branded carriers and clothing. Pet services are booming too. Speciality retailers already boost sales by offering grooming and boarding. Mr Dillon expects to see "human" retailers such as Wal-Mart branching into pet services over the next couple of years.

**EXHIBIT**

"E"

Economist.com

The pet-food recall highlights two risks faced by firms using contract manufacturers. One is reputational. Many pet owners have expressed surprise that premium brands were being made with common ingredients and at the same facility as a host of cheaper, own-label brands. Why pay more for branded goods, they ask? The criticism may be unfair—differences between products lie largely in the varying proportions of ingredients used—but the perception of reduced value will be hard to shift.

The second risk relates to extended supply chains. The pet-food industry is more lightly policed than the human-food one and testing procedures were in the hands of Menu Foods. Aminopterin is banned in America but the wheat gluten at the centre of the contamination investigation was imported from China, where the poison is used. There are mutterings about how quickly Menu Foods reacted to reports of pet deaths. Things can go wrong at companies' own facilities too but Mr Vetere predicts that the recall will prompt tougher provisions in agreements with contract manufacturers.

Just as owners come to resemble their dogs so too the human and pet markets are converging. Picky customers and growth in premium products are already familiar features of many consumer landscapes. But pet owners turning to the courts for redress over the loss of a loved one will notice that people and animals are still different in law. Pets are treated as property not as people, severely crimping the opportunity for bumper payouts to the bereft that Americans have become used to.

# EXHIBIT "F"

Premium Dog Food for a Happy, Healthy Dog | Beneful.com

# PURINA.
# Beneful
brand DOG FOOD

PRODUCTS · DOG'S LIFE · SHARE DOG STORIES · PUPPY'S LIFE

## So Healthy Together. So Happy Together.

Discover Even More Beneful Together
Give your dog the perfect balance of high quality nutrition
and great taste for a happy and healthy life.

**›** Learn More

🔊 Sound
📺 Replay Intro

*Please note that Beneful® Prepared Meals™ is only available in select areas. To find out if Beneful® Prepared Meals™ is available near you, use the product locator.*

## Dog's Life

Dive into the guide for good living

Read articles and tips about the joyful life we share with our dogs, and join the conversation with other dog lovers. And if you haven't already, subscribe to Dog's Life magazine for free.

**›** Explore Dog's Life

## Share Your Dog Story

Create a homepage for your favorite dog!

**›** View Dog Pages
**+** Register & Share Your Dog's Story
**+** Member Log-In

**→ SEARCH**

SITE REQUIREMENTS:    MACROMEDIA FLASH ✦    ADOBE ACROBAT ✦

Beneful® is not affected by the Alpo® Prime Cuts in Gravy canned dog food voluntary national recall or the Menu foods recall. Please **click here** for a message from the Employees of Nestlé Purina PetCare Company and "**The Facts about Contamination and the Recent Pet Food Recall**".

Terms and Conditions    Privacy Policy    Linking Policy    Purina.com    How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



EXHIBIT
" F "

# EXHIBIT "G"

The Good Life Recipe    Page 1 of 1



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

## Good food inspired by pet-loving people like you.

We don't believe people are pet owners. People own TVs, cars and vacation homes. But they don't own pets. They have a relationship with their pets. They enjoy bonds that are sometimes stronger than family. So it's not surprising that people want to provide their pets with the healthiest and best tasting food. That's where The Goodlife Recipe™ pet food comes in. We use the best ingredients in the right balance to create great food and snacks for cats and dogs. Because we believe, pets that eat well are pets that live well. And when your pet is living well, you're living well.





"My dad created this website!"
**Malcolm & Chestnut**



"I'm the girl who helped make the TV commercial
**Susannah & Emily**



"I put the 'good' in every package."
**Kevin & Chumley**



"We helped create this website too!"
**Heather & Keta**

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee
© 2007 Mars, Incorporated and its affiliates. All rights reserved.



EXHIBIT
"G"

# EXHIBIT "H"



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO



## A healthy, balanced diet your four-legged friends will love!

Every bag of The Goodlife Recipe™ food for cats or dogs is a perfect blend of six tasty ingredient groups like real chicken, beef or salmon, healthy vegetables and hearty whole grains - created with our nutritionally balanced "pet food pyramid" as a guide. It's our way of giving your pets all the enjoyable taste and essential nutrients they need without any of the artificial additives they don't. And who wouldn't love that?

← ROLL OVER TO SEE WHAT'S INSIDE

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee

© 2007 Mars, Incorporated and its affiliates. All rights reserved.



EXHIBIT

"H"

# EXHIBIT "I"

Pedigree.com - Dry Products



**Dogs Rule.™**

www.pedigree.com



Help your dog be the best he can be with PEDIGREE Dry Food.

**Feature product**



**PEDIGREE Healthy Maturity®** has an easier-to-crunch kibble because dogs over six often have more sensitive teeth and gums. It provides essential nutrients such as antioxidants, key minerals, and Omega Fatty Acids to promote healthy joints and keep older dogs healthy and active.

## DRY

Not only does PEDIGREE® Brand Dry Food For Dogs provide your dog with a balanced diet of vitamins, minerals, essential fatty acids, fiber and protein, it's a delicious foundation to your dog's overall diet. It's also helpful in preventing the accumulation of dental tartar and plaque. And dry food has the added benefit of being very convenient for you.

Dry

**For Puppies**
PUPPY

**For Adult Dogs**
CHICKEN, RICE & VEGETABLES
SMALL BREED
LARGE BREED
PEDIGREE COMPLETE NUTRITION™
LAMB & RICE
PEDIGREE PERFORMANCE™
WEIGHT LOSS
WEIGHT MAINTENANCE

**For Senior Dogs**
PEDIGREE HEALTHY MATURITY®

**For Overweight Dogs**
WEIGHT LOSS
WEIGHT MAINTENANCE

## DID YOU KNOW

Obesity can lead to joint damage, respiratory difficulties, heat and exercise intolerance, diabetes mellitus and circulatory problems.





Watch our new commercial!
Real chicken
REALPLAYER REQUIRED
View commercial

Contact us    FAQs    My Profile    Legal    Site Owner    Newsroom    **Privacy**    Site map    Other Countries

© 2007 Mars, Incorporated and its Affiliates. All Rights Reserved



EXHIBIT

# EXHIBIT "J"



**Dogs Rule.™**

www.pedigree.com

**Dry Nutrition for Adult Dogs**



## PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs - Dry

New, improved PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs (formerly PEDIGREE COMPLETE NUTRITION® Meaty Chunks With Rice & Vegetables) offers a way for dogs to get the healthy benefits of real vegetables and real chicken in a tasty balanced meal owners can feel good about feeding every day. It's made up of five different components to offer a variety of flavors and textures that dogs love.

- PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Made with real chicken, a high quality protein source
- Made with healthy real vegetables that dogs love
- Higher guaranteed levels of protein than BENEFUL® Original (Based on guaranteed analysis: PEDIGREE WITH CHICKEN RICE & VEGETABLES™: 26% protein, BENEFUL® Original: 25% protein)
- Nutritionally complete and balanced for both puppies☑ and adult dogs
- Contains patented HEALTHY NUGGETS™ pocket kibbles that have a dual texture- crispy outside with a soft, creamy inner
- Contains the Advanced Antioxidant Recipe with guaranteed levels of vitamins E & C
- Highly digestible ingredients so nutrients are easily absorbed
- Improved taste that dogs love
- Select sizes available with the SLIDE RITE® Zipper for easy opening and resealing between feedings
- No artificial flavors or fillers

**Overall health**
Balanced protein and fat levels to help older dogs stay fit and lean

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**

### Nutrition Statement:
PEDIGREE WITH CHICKEN RICE & VEGETABLES™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for growth and maintenance.

### INGREDIENTS
Ground Whole Corn, Meat and Bone Meal, Corn Gluten Meal, Chicken By-product Meal, Animal Fat (preserved with BHA/BHT), Natural Poultry Flavor, Wheat Flour, Chicken, Rice, Dried Whole Peas, Wheat Mill Run, Dried Beet Pulp, Wheat Gluten, Salt, Carrot,



High quality proteins which provide amino
acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients
are easily absorbed

### RECOMMENDED DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF DOG | CUPS PER DAY+ |
|---|---|
| Up To 10 lbs. | 1/3 to 1 |
| 10 to 25 lbs. | 1 to $2^{1/4}$ |
| 25 to 50 lbs. | $2^{1/4}$ to $3^{1/2}$ |
| 50 to 75 lbs. | $3^{1/2}$ to $4^{3/4}$ |
| 75 to 150 lbs. | $4^{3/4}$ to 8 |

1 cup = 8 oz. measuring cup, 1 can = 13.2 oz, 1 pouch
= 5.3 oz.

An individual dog's requirements may differ from this
guide. Puppies can be fed up to 1-1/2 times the highest
amount listed in their category.

**MIXING WITH CANNED?**

Replace 1-1/4 cups for each can of PEDIGREE®
TRADITIONAL GROUND DINNER® Food For Adult Dogs.

**MIXING WITH POUCHES?**

Replace 1/3 cup for each pouch of PEDIGREE® LITTLE
CHAMPIONS® Food For Adult Dogs.

| Moisture max. | 12.0% |
|---|---|
| Linoleic Acid, min. | 1.7% |
| Calcium, min. | 1.0% |
| Phosphorus, min. | 0.8% |
| Vitamin E, min. | 225 IU/kg |
| Vitamin C, min. | 70 mg/kg |

### TYPICAL ANALYSIS

| Moisture | % | 8.15 |
|---|---|---|
| Protein | % | 27.55 |
| Fat | % | 14.14 |
| Crude Fiber | % | 2.08 |
| Linoleic Acid | % | 2.09 |
| Calcium | % | 1.80 |
| Phosphorus | % | 1.21 |
| Vitamin E | IU/kg | 272.00 |
| Vitamin C | mg/kg | 82.40 |

### TYPICAL ANALYSIS:

| Nutrients | Per 100g "As Is" | Typical Nutrient Analysis per 1000 kcal |
|---|---|---|
| Crude Protein, g | 27.3 | 77.36 |
| Crude Fat, g | 14.3 | 40.52 |
| Crude Fiber, g | 1.9 | 5.38 |
| Ash, g | 10.5 | 29.75 |
| **Minerals** | | |
| Calcium, g | 1.56 | 4.43 |
| Copper, mg | 1.46 | 4.14 |
| Magnesium, g | 0.12 | .035 |
| Phosphorus, g | 1.38 | 3.92 |
| Potassium, g | 0.79 | 2.23 |
| Sodium, g | 0.61 | 1.72 |
| Zinc, mg | 20.80 | 58.94 |

Pedigree.com - Dry Nutrition f   dult Dogs

**Vitamins**

| Vitamin A, IU | 822 | 2329 |
| Vitamin E, IU | 27.4 | 77.64 |

# EXHIBIT "K"

Sign In | Register          Site Map  Help  **Contact Iams® Pet Care and Nutrition Center**  |  Search [          ] GO



**CATS**

| New Owner | Kitten | Adult | Mature/Senior |
| What to Feed | Health Solutions | Training & Behavior |

Home   Dogs   Cats   Products   Health & Nutrition   Toy Box   What's New

## Adult Cat
### Friends forever: How to enhance your cat's health.

She's your dearest friend—your confidante. Giving her the best of everything has always been your priority, and it's ours, too. Here, we've found the keys to helping your cat live well and be happy, with nutrition designed to promote her optimal health and vitality.

**Helpful Links**
Product Selector
Nutrition Factbook
Health Solutions
Breed Guide



**Fit Tips**

**IAMS Newsletter**
Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

View sample newsletter



**Filter Articles**
Simply click below and you're on your way to keeping your pet healthy and active for a lifetime.

Topic  [ ] □ Nutrition  □ Health  □ Training  □ Behavior
       □ Pet Stories  □ Technical Bulletin  □ Special Needs

**Find Articles**  or View all articles

## Cat Articles
Here are some of our most popular articles.
: : Five Steps to a Fitter Feline
: : Fiber and Your Cat's Nutrition
: : Healthy Skin and Coat for Your Cat
: : Managing Your Cat's Weight



**EXHIBIT**
"K"

# EXHIBIT "L"

Sign In | Register

Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**   |   Search [        ]   GO



Home   Dogs   Cats   Products   Health & Nutrition   Toy Box   What's New



Our mission, just like yours, is to help your pet live a long and healthy life. When you feed IAMS premium nutrition, you're nourishing your dog or cat with natural ingredients and added vitamins and minerals. There are IAMS formulas made to support your pet during every life stage, for any lifestyle and for every activity level. We also can help you address other needs your pet may have, like weight management through diet and exercise, mature nutrition and hairball control.





Get info tailored to your pet's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

View sample newsletter

Species  [ ]  □ Dog    □ Cat

Breed Size  [ ]  □ Small    □ Medium    □ Large

Life Stage  [ ]  □ Puppy / Kitten    □ Adult    □ Mature/Senior

Topic  [ ]  □ Nutrition    □ Health    □ Training    □ Behavior
            □ Pet Stories    □ Technical Bulletin    □ Special Needs

**Find Articles**

**Useful Links**
**Video for Iams Slow-Cooked Canned Dog Recipes**
**IAMS Science**



EXHIBIT

"L"

# EXHIBIT "M"



**IAMS COMPANY**

About the Iams Company ▼    Iams People ▼    Iams University

Contact Us Now!    search    GO

How can we help you and you and your pet?

JOBS    ABOUT R&D    FAQ    NEWS STORIES    IAMS.COM    EUKANUBA.COM

About the Iams Company

# A message from the dog and cat lovers at Iams

Welcome to Iams on the Web.  If you currently feed your dog or cat Eukanuba® and Iams® products, we hope you find this web site useful for product updates, literature and general information regarding your pet's health and nutrition.   If you are not yet familiar with The Iams Company but are interested in our products, this site will explain how we can help your dog or cat live a long, healthy life.

**Our Mission...**
*Is to enhance the well-being of dogs and cats by providing world-class quality foods and pet care products that delight the consumer and strengthen the human-pet bond.*



*Help keep your cat healthy. Check out the lineup of Eukanuba nutrition products.*



*Eukanuba has veterinarian-prescribed pet food formulas for dogs and cats.*

*Find out the benefits of our Iams dog food products.*

*Want to learn more about our Eukanuba dog food products?*

**Our History**      **Our Mission**      **Our Beliefs**

## Our History - Quick Facts About The Iams Company

* Animal nutritionist Paul Iams founded The Iams Company in 1946 in a small feed mill near Dayton, Ohio. Clay Mathile joined Iams in 1970 and purchased the company in 1982. Paul Iams established the company's nutritional foundation, and Clay Mathile provided the vision to enable The Iams Company to become a world leader in dog and cat nutrition.

* The Procter & Gamble Company (P&G) acquired Iams in September 1999. Iams joined P&G's Health Care global business unit.

* Paul Iams wanted an unusual, memorable name for his superior product. He called it Eukanuba (you can noo' bah), an expression used in the 1940s to mean "the best." Jazz musician Hoagie Carmichael made the expression popular.

* The Iams Company sells Eukanuba® and Iams® premium dog and cat foods (dry and canned) in 70 countries. Iams employs more than 2500 people.

* Iams makes dry dog and cat food at plants in Lewisburg, Ohio; Aurora, Neb.; Henderson, N.C.; Leipsic, Ohio; and Coevorden, The Netherlands. The Iams Heartland plant in North Sioux City, S.D., makes canned dog and cat food.

* Eukanuba Dog & Cat Foods are sold in pet specialty stores and veterinary offices and clinics. Iams Dog & Cat Foods are sold in pet specialty stores, veterinary offices and clinics, feed and grain stores, gourmet food stores, and pet boarding & grooming locations. Iams Dog & Cat Foods is also available in grocery stores, mass merchandisers and drug stores in North America. Eukanuba Veterinary Diets — therapeutic foods for dogs and cats — are available exclusively from veterinarians to help manage specific pet health disorders.

* The Paul F. Iams Technical Center is one of the premier companion animal facilities in the world. The Iams team of nutritionists, veterinarians and food scientists conducts controlled feeding studies to enhance the well being of dogs and cats.

* The Iams Pet Professionals offer information on proper pet care and nutrition through a toll-free answer line at 1-800-675-3849.



**EXHIBIT**

## Our Mission

The mission of The Iams Company is to enhance the well-being of dogs and cats by providing world-class quality foods and pet care products that delight the consumer and strengthen the human-pet bond.

## Iams Beliefs

This is the way we will conduct business:
* We operate with integrity in all aspects of our business.

* Quality is the cornerstone of our business and the number one responsibility of all our employees, suppliers and distributors.

* We are sensitive to the needs of our internal and external customers and we guarantee to fulfill the promises we make.

* Our employees are essential to our success and we will provide opportunities for job challenge, training and self-development.

* We work as a team to attain success and our team concept can only be achieved by recognizing our mutual inter-dependence and by maintaining open and honest communication free of third-party intervention. It is every team member's responsibility to:

1. Be honest.
2. Do your best.
3. Treat others with dignity and respect.

* We conduct ongoing research to continuously improve existing products and develop innovative, highly nutritious new products.

* We are committed to a safe work environment and safe work practices.

* We will be environmentally responsible.

* We will actively support community betterment for the mutual improvement of the communities where we operate and The Iams Company.

* We run our business to earn a reasonable return on investment.

Back to Top

---

Launch Iams.com                                Launch Eukanuba.com

The Iams Company - 7250 Poe Avenue - Dayton, Ohio 45414
Phone: (800) 675-3849
Copyright© 2005 The Iams Company. All rights reserved worldwide.
Copyright (c) 1995-2005 The Iams Company. All rights reserved worldwide.

Iams Company News: 

Privacy Statement

By using the information contained in this site, you are bound to the terms in our Legal Statement.



# EXHIBIT "N"



HOME    KIBBLES 'N BITS® VARIETIES    FOR DOG LOVERS    DOG CARE CENTER

# MORE TASTE. MORE JOY.®

Your dog is more than a pet, he's a member of the family. So keep him happy with delicious, nutrition Kibbles 'n Bits dog food. Check out our exciting new products: Kibbles 'n Bits Brushing Bites™ and Kibbles 'n Bits Golden Years™ dog food.

**SEE ALL THE GREAT WAYS TO SERVE UP KIBBLES 'N BITS!** ®







## Kibbles 'n Bits is not affected by the national voluntary pet products recall.

### Kibbles 'n Bits® Dog Food — More Taste. More Joy.®

When it comes to mealtime, your dog deserves as much consideration as anyone else. That's where Kibbles 'n Bits® comes in. Treat your dog to a crunchy, chewy, great-tasting meal packed with 100% complete and balanced nutrition. It's everything your dog needs at every meal. And with Kibbles 'n Bits®, there's something for every dog. New Kibbles 'n Bits Brushing Bites™ cleans your dog's teeth and freshens his breath. New Kibbles 'n Bits Golden Years™ gets your older dog excited about mealtime again. So pick up some Kibbles 'n Bits® dog food. You'll enjoy serving it as much as your dog will enjoy eating it.



**Kibbles 'n Bits® dry and canned dog foods meet all AAFCO standards for complete and balanced nutrition.** 



Kibbles 'n Bits

| RETURN HOME | GIVE US YOUR FEEDBACK |

Privacy Policy  |  Legal Statement  |  Visit Our Parent Company
Copyright Del Monte Foods. All Rights Reserved.

# EXHIBIT "O"