Page 4 - Dioxin Contamination

Districts are to inform Dr. Daniel McChesney, HFV-222 via e-mail or FAX of the results of the sampling effort for each product listed on the attachment. (Responding by fax, please send to 301-594-1812.) For products sampled, fax a copy of each collection report; for products not sampled report on the information obtained above.

### Analytical

Analyze all samples for PCBs using PAM Vol. I Chapter 3, section 303 or 304 for non-fatty and fatty foods, respectively. Perform a check analysis immediately for products found to contain PCBs at or above the limit of quantitation of 0.1 ppm on a *whole product basis*. This includes products that have PCB tolerances listed in 21 CFR 509.30 above 0.1 ppm. Original PCB analysis should be completed within 48 hours of sample receipt; check analysis within 24 hours of completion of original analysis.

Laboratories must notify collecting districts IMMEDIATELY of analytical results.

The labs are also to report all analytical results, including negative findings, as they are obtained to CVM, ATT: Dr. Daniel McChesney, HFV-222 via fax or e-mail. (Responding by fax, please send to 301-594-1812.) Maintain composites for all samples until further notice by CVM. CVM will make a determination of further analytical requirements (e.g. dioxin analysis) and analyzing laboratory for selected samples, including some that may have had no PCBs found.

### REPORTING

Collection Reports and information on the outcome of the trace-forward on each of the products listed in Attachment C are to be faxed to Dr. Daniel McChesney, HFV-222 phone 301-827-6653, fax 301-594-1812.

PAC: 71R842
Product Codes: See Import Alert and attachment C.

### Regulatory Action

Samples that exceed PCB tolerances listed in 21 CFR 509.30 are adulterated and follow-up action would be appropriate. However, some products sampled will not be covered by the tolerances. CVM will evaluate all findings of PCBs for products not covered by CFR tolerances and advise the home district of recommended follow-up action.

For products that exceed CFR tolerances or products containing PCBs at levels CVM determines to be of regulatory significance, immediately notify the firm at which the sample was collected and inquire as to their intentions to recall. If recall is not forthcoming, seizure or other regulatory action, as appropriate should be considered.

Page 5 - Dioxin Contamination

This assignment is TOP priority and is to be implemented upon receipt. This assignment has the concurrence of ORA.

### **CVM/ORA Contacts**

**CVM-** Assignment and Compliance Issues
   Gloria Dunnavan, Director, Division of Compliance HFV-230
   301-594-1726
   John Young, CSO 301-594-1791
   FAX for both, 301-594-1812

**CVM** —Scientific Issues
   Dr. Randall Lovell, VMO HFV-222
   301-827-0176

**ORA** —Barbara Marcelletti
   301-827-5635
   DFS Analytical Contact:
   Len Valenti, HFC-140,
   301-827-1027

                                                                Gloria Dunnavan

### **Attachments**

Attachment A - Import Alert 99-24

Attachment B- Talk Paper 99-27

Attachment C - Consignee and product listing by country by district.

cc:    HFC-1
HFC-102
HFC-130 Weitzman, Pierce, Marcelletti
HFC-140 Olson, Valenti
HFC-150 Arbaugh
HFC-170 McCallion, Notzon
HFV-1   Sundlof
HFV-200 Tollefson, Raynes, Matheson
HFV-220 Graber, McChesney, Lovell
HFV-230 Dunnavan
HFV-232 Young, Gushee
HFV-235 Washington
HFA-224
Draft: jyoung:6-21-99
Reviewed: jgushee:6-21-99
Revised: jyoung:6-22-99
Final:tvwooten: 6/22/99

ATTACHMENT A

To:     ORA IO HQ Alerts@LISTS.local@FDAORAHQ, ORA DDs@LISTS@FDAORAHQ
   cc:ORA RFDDs@LISTS@FDAORAHQ, Deborah Ralston@ORO@FDAORAHQ,
cc:ORA RFDDs@LISTS@FDAORAHQ, Deborah Ralston@ORO@FDAORAHQ,
David
Egghbfrk@OFP@FDDACFSANGlorhaDurananan@OSC@FDACVMMoJnohn
Young@OSC@FDACVM, Matthew Eckel@OGC.FDA@FDAOC, Patrick
Wilson@OIA@FDAOC, Janice F Oliver@OCD@FDA.CFSAN, ORA IO Systems
Branch@LISTS.local@FDAORAHQ, Stella Notzon@IO@FDAORAHQ, Joseph

From:   Import Alerts@IO@FDAORAHQ
Date:   Fri Jun 11 12:26:28 1999
   Attached: None

DATE:  June 11, 1999 (Updated 6/15/99)

FROM: ACTING DIRECTOR, DIVISION OF IMPORT OPERATIONS & POLICYHFC-
   (HFC-170)

SUBJECT:  IMPORT ALERT #99-24, "DETENTION WITHOUT PHYSICAL
EXAMINATION OF HUMAN FOOD PRODUCTS AND ANIMAL FEEDS
CONTAMINATED WITH DIOXIN AND/OR PCB COMPOUNDS"

TO: IMPORT PROGRAM MANAGERS

TYPE OF ALERT: Detention Without Physical Examination

(Note: This import alert contains the agency's current guidance to FDA field personnel
regarding the manufacturer(s) and/or product(s) at issue.  It does not create or confer any rights
for, or on any person, and does not operate to bind FDA or the public.)

PRODUCTS:      HUMAN PRODUCTS
               -All egg and egg containing products
               -Meats

               ANIMAL PRODUCTS
               -All medicated and non-medicated animal feed
               -All animal feed ingredients
               -All pet food

PRODUCT CODES: See Attachment

PROBLEM:       Chemical Contamination - Dioxin and/or PCB Compounds

PAC FOR
COLLECTION:    04R842
               71003A

```
PAF:              PES

COUNTRY:          HUMAN PRODUCTS: Belgium
                                  France
                                  Netherlands
```

ANIMAL PRODUCTS:Austria, Belgium, Denmark, Finland,France, Germany, Greece, Iceland, Ireland,Italy, Liechtenstein, Luxembourg,
Netherlands, Norway, Portugal, Spain,Sweden, Switzerland, United Kingdom

MANUFACTURER/    N/A
FEI:

CHARGE: The article is subject to refusal of admission pursuant to section 801(a)(3) in that it appears to contain dioxins and/or PCB compounds, poisonous or deleterious substances and/or unapproved food additives, which may render it injurious to health [Adulteration, Section 402(a)(1), 402(a)(2)(C)(i), 402(a)(2)(A)].

RECOMMENDING
OFFICE:CFSAN, Office of Field Programs, (HFS-600)
       CVM, Division of Compliance, (HFV-230)

REASON FOR
ALERT: FDA has received information that animal fat from a rendering company in Belgium was contaminated with dioxins and/or PCB compounds in January of 1999. This product was shipped to animal feed manufacturers and incorporated into animal feed. Contaminated feed was fed to chickens, which resulted in contaminated eggs, and may have been fed to other domestic animals. Dioxins and PCBs persist in the environment. Any animals fed contaminated product and subsequently slaughtered may have levels of dioxins/PCBs remaining in slaughter by-products. These may be rendered and subsequently used in other animal feeds, allowing the dioxins/PCBs to continue to be recycled through the food chain.

GUIDANCE: Districts may detain without physical examination shipments of any of the products as noted above and in the attachment.

In order to gain release of detained product, importers should provide laboratory test results for dioxin TEQ(Toxic Equivalents which will include all 17 congeners, 2,3,7,8 chloro-substituted dioxins and furans)and/or for PCBs.

At this time, a government or industry certificate of compliance alone, without laboratory analysis, should not be accepted as evidence for allowing entry of detained product.

CONTACTS:        CFSAN, HFS-606, Brian Landesburg  (202) 205-5247
                 CVM, HFV-230, Gloria Dunnavan (301) 594-1726
                 DIOP, HFC-170, Stella Notzon  (301) 443-6553

PRIORITIZATION
GUIDANCE:        I

```
FOI:               No purging is required

KEYWORDS:          Dioxin, feed, egg, PCB

PREPARED BY:       CFSAN, HFS-606, Dave Egelhofer
                   CVM, HFV-230, Gloria Dunnavan
                   DIOP, HFC-170, Stella Notzon

DATE LOADED
INTO FIARS:        June 11, 1999

                              \s\

                         Joseph L. McCallion

                           ATTACHMENT
```

Product Codes:

A). For Belgium, France, and the Netherlands - [HUMAN PRODUCTS]

    03- Bakery Products, Doughs, Bakery Mixes and Icings

    All Products EXCEPT:
    03L [][][]- Prepared Dry Cookie, Biscuit & Wafer Mixes w/o Eggs

    04- Macaroni and Noodle Products

    All Products

    07- Snack Food Items (Flour, Meal or Vegetable Base)

    07A [][]01 - Snack Food, Baked-Bread Sticks, ONLY
    07B [][]01 - Snack Food, Fried - Bread Sticks, ONLY

    13- Ice Cream and Related Products

    All Products EXCEPT:
    13D[][][] - Sherbet
    13F[][][] - Fruit Flavored Ices

    15- Egg and Egg Products

    All Products

    16- Fishery/Seafood Products

    16W[][][] - Mixed Fishery/Seafood Products, ONLY

    17- Meat/Meat Products

    All Products

    24-25 Vegetable and Vegetable Products

```
24V[][][] - Leaf & Stem Vegetables with Sauce, ONLY
25H[][][] - Mixed Vegetables with Sauce, ONLY
25N[][][] - Root and Tuber Vegetables with Sauce, ONLY
25Y[][][] - Vegetables & Vegetable Products nec, ONLY

27- Dressings and Condiments

27A[][][] - Standardized Dressings, ONLY
27B[][][] - Non-Standardized Dressings, ONLY
27Y[][]07 - Sandwich Spreads, ONLY
27Y[][]99 - Condiments, ONLY

35- Gelatin, Rennet, Pudding Mixes and Pie Fillings

35C[][][] - Custard Pudding (Pie)Mixes, ONLY
35D[][][] - Pudding (Pie Filling)Mixes other than Custard, ONLY

37- Multiple Food Dinners, Gravies, Sauces and Specialties

All Products

39 - Prepared Salad Products

39B---- Salad with Egg, Meat, or Poultry Products
39Y----Prepared Salad, n.e.c. (Only those containing Eggs, Egg Yolk
Solids, Milk/Dairy)

40-Baby (Infant and Junior)Products

40A[][][]- Baked Goods
40C[][][]- Formula Products (Milk and Milk Substitutes)
40F[][][]- Meats and Combination Meat Dinners
40G[][][]- Poultry and Combination Poultry Dinners
40H[][][]- High Meat Dinners and Cheese Foods
40J[][][]- Egg Products
40K[][][]- Desserts (puddings, custards, etc.)
40L[][][]- Soups and soup mixes
40Y[][][]- Baby(Infant and Junior)Foods, nec
```

B. For Austria, Belgium, Denmark, Finland, France, Germany, Greece, Iceland, Ireland, Italy, Liechtenstein, Luxembourg, Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, United Kingdom

   [Animal Products]

   54- Vitamins and Minerals for Animals

   All products EXCEPT:
   54A[][][] - Vitamins
   54B[][][] - Minerals

   69- Medicated Animal Feeds

   All Products

   70- Non-Medicated Animal Feeds

```
All Products

71- By-products for Animal Food

All products EXCEPT:
71F[][][] - Brewery & Distillery
71G[][][] - Corn Products
71H[][][] - Flour Mill
71I[][][] - Rice Mill
71J[][][] - Fruit
71K[][][] - Vegetable
71L[][][] - Oilseed

72- Pet and Laboratory Animal Foods

All Products
```

ATTACHMENT B

**FDA TALK PAPER**

T99-27                    Judith Foulke:        202-205-4144
June 11, 1999             Broadcast Media:
                          Consumer Inquiries:   888-INFO-FDA

**ALL EGGS AND EGG-CONTAINING PRODUCTS FROM BELGIUM, FRANCE AND THE NETHERLANDS AND ANIMAL FEED FROM EUROPEAN COUNTRIES TO BE DETAINED AT PORTS OF ENTRY**

The Food and Drug Administration announced today that all imports of eggs, products containing eggs, and game meats (FDA regulated) from Belgium, France and the Netherlands, and all animal products including animal derived medicated and non-medicated feeds, feed ingredients, and pet foods from all European countries will be detained at U.S ports of entry.

These products are being detained because of the possibility that they may be contaminated with polychlorinated byphenyls (PCB's) and dioxins. Dioxins and PCB's are groups of compounds that may be potential carcinogens at low levels of exposure over extended periods of time and may have other types of toxicological effects. FDA is detaining these products as a precautionary step.

FDA is taking this action in response to recent reports that a fat product from a rendering company in Europe was

- MORE -

T99-27, Page 2, Belgium

contaminated with PCB's and dioxins in January 1999. This fat was subsequently sold to European animal feed manufacturers. Most of these feed manufacturers are in Belgium although some of the contaminated feed has reportedly been shipped to feed manufacturers in France and the Netherlands. Food producing animals may have consumed the feed resulting in potentially contaminated food products, for example, eggs. Since some animals that ate the contaminated feed may have been rendered and the renderings added to feed shipped to other European countries, FDA is also detaining all animal-derived feed and feed ingredients as well as pet food from all European countries.

FDA is gathering information on food products that may be affected. Because this was a one-time incident with eggs being only one component of many in egg-containing products, FDA believes that the exposure of U.S. consumers to harmful levels of PCB's and dioxins is minimal. However, FDA is continuing its investigation and is sampling and analyzing products that have been imported since the incident in question. FDA is working with officials in Europe as the investigation progresses.

At this time, in order for products to be released from detention, importers must provide laboratory test results showing PCB's are not detectable and/or that dioxins do not

- MORE -

**Page 3, T99-27, Belgium**

exceed 1 part-per-trillion (ppt).

The United States Department of Agriculture is holding poultry and pork from all European Community member states because of the possibility that the livestock may have been fed the contaminated feed.  USDA is initiating investigations and analyses of these products.

FDA will continue to provide updates to this information. For updated information, consult the FDA web site at WWW.CFSAN.FDA.GOV, under the heading "What's New."

####

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

07-21221

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

CIV-ALTONAGA
MAGISTRATE JUDGE
TURNOFF

## I. (a) PLAINTIFFS
RENEE BLASZKOWSKI, AMY HOLLUB and PATRICIA DAVIS
Individually and on behalf of others similarly situated,

**DEFENDANTS**
Menu Foods, Inc., et al

(b) County of Residence of First Listed Plaintiff  Oakland County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Camden County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

MAY 0 9 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(c) Attorney's (Firm Name, Address, and Telephone Number)
Catherine J. MacIvor
Maltzman Foreman, P.A.
2 South Biscayne Boulevard, Suite 2300, Miami, Florida 33131
Phone: 305-358-6555   Fax: 305-374-9077

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ✓ 4 |
| Citizen of Another State | ✓ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Dade 07-21221-CIV-Altonaga Turnoff

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ✓ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ☐ NO
JUDGE                            DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332; Class Action Fairness Act of 2005 and 28 U.S.C. § 1367

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
✓ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD   /s/ Catherine J. MacIvor
DATE 5/9/07

FOR OFFICE USE ONLY
AMOUNT $350.00  RECEIPT # 959317

05/09/07