UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

07-21221



CIV-ALTONAGA

MAGISTRATE JUDGE TURNOFF

## SUMMONS IN A CIVIL CASE

TO:   Colgate-Palmolive Company
       Registered Agent
       CT CORPORATION SYSTEM
       1200 S. Pine Island Road
       Plantation, Florida 33321

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

COLGATE PALMOLIVE COMPANY - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

**Clarence Maddox**                              MAY 1 1 2007
_____           _____
CLERK                                                        DATE

*Steven C. Kobzinski* (signature)
_____
(BY) DEPUTY CLERK

2

COLGATE PALMOLIVE COMPANY - SUMMONS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

**07-21221**

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/





## SUMMONS IN A CIVIL CASE

TO:    John A. Attaway, Jr.
        PUBLIX SUPER MARKETS, INC.
        3300 Publix Corporate Pkwy.
        Lakeland, Florida 33811

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____        _____MAY 1 1 2007_____
CLERK  *Steven C. Holyrater*                 DATE

_____
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/



07-21221


## SUMMONS IN A CIVIL CASE

TO:    Winn Dixie Stores, Inc.
        Registered Agent
        Corporation Service Company
        1201 Hays Street
        Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

**Clarence Maddox**
_____
CLERK

*Steven C. [signature]*
_____
(BY) DEPUTY CLERK

_____
DATE MAY 1 1 2007

2

WINN-DIXIE STORES INC. - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.



RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

07-21221



### SUMMONS IN A CIVIL CASE

TO:  Petco Animal Supplies Stores, Inc.
     Registered Agent
     CORPORATION SERVICE COMPANY
     1201 Hays Street
     Tallahassee, Florida 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

**Clarence Maddox**
_____
CLERK

_____
DATE MAY 1 1 2007

_____
(BY) DEPUTY CLERK

2

PETCO ANIMAL SUPPLIES STORES, INC. - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/



07-21221



CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:  Pet Supermarket, Inc.
      Registered Agent
      JON A. HINDEN, ESQ.
      Webber, Hinden Mclean & Argiether, P.A.
      4430 S.W. 64th Avenue
      Davie, Florida 33314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____   MAY 1 1 2007
CLERK                                         DATE

_____*Steven C. [signature]*_____
(BY) DEPUTY CLERK

2

PET SUPERMARKET INC. - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

07-21221



CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

### SUMMONS IN A CIVIL CASE

TO:   Petsmart, Inc.
      Registered Agent
      CT CORPORATION SYSTEM
      1200 South Pine Island Rd.
      Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

      Catherine J. MacIvor
      Florida Bar No. 932711
      Maltzman Foreman, P.A.
      One Biscayne Tower
      2 South Biscayne Boulevard
      Suite 2300
      Phone: 305-358-6555
      Facsimile: 305-374-9077

PETSMART INC. - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

**Clarence Maddox**                                **MAY 1 1 2007**
_____               _____
CLERK                                              DATE

*[signature]*
DEPUTY CLERK

2

PETSMART INC. - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/



## SUMMONS IN A CIVIL CASE

TO:    Target Corp.
        CT Corporation System
        1200 S. Pine Island Road
        Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

**Clarence Maddox**  MAY 1 1 2007
_____   _____
CLERK                            DATE

*Steven C. Kobyerski* (signature)
_____
(BY) DEPUTY CLERK

2

TARGET CORP. - SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.



RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/





## SUMMONS IN A CIVIL CASE

TO:   Wal-Mart Stores, Inc.
       Registered Agent
       CT CORPORATION SYSTEM
       1200 South Pine Island Road
       Plantation, Florida 33324

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard
       Suite 2300
       Phone: 305-358-6555
       Facsimile: 305-374-9077

2

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_Clarence Maddox_ _____
CLERK

_MAY 1 1 2007_ _____
DATE

____*Steven C. Kabygualni*_____
(BY) DEPUTY CLERK

WALMART STORES, INC. - SUMMONS