UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned counsel, JEFFREY B. MALTZMAN, ESQ. and JEFFREY E. FOREMAN, ESQ., associated with the law firm of MALTZMAN FOREMAN, PA hereby notifies all parties of their appearance on behalf of the Plaintiffs, RENEE BLASZKOWSKI, AMY HOLLUB and PATRICIA DAVIS, individually and on behalf of others similarly situated,

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Dockets.Justia.com

and request that all correspondence, pleadings and/or documents otherwise relating to this action be directed to the undersigned accordingly.

Dated: May 16, 2007
Miami, Florida

Respectfully submitted,

*/s/ Jeffrey B. Maltzman*
*/s/ Jeffrey E. Foreman*_____
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs