**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 07-21221-CIV-ALTONAGA/Turnoff**

**RENEE BLASZKOWSKI**,
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

       Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

       Defendants.

_____/

**ORDER REQUIRING SCHEDULING REPORT AND**
**CERTIFICATES OF INTERESTED PARTIES[1]**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1,

on or before **June 7, 2007**.   In addition, on or before **June 7, 2007**, the parties, including governmental parties,

shall file Certificates of Interested Parties and Corporate Disclosure Statements, which shall contain a complete

list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the

outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other

identifiable legal entities related to a party. Throughout the pendency of this action, the parties shall be under

a continuing obligation to amend, correct and update the Certificates.

       **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 16th day of May,

2007.

_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  Magistrate Judge William C. Turnoff and counsel of record

---

[1] The parties are not to include Judge Altonaga or Magistrate Judge Turnoff as interested parties, unless
they have an interest in the litigation.