# RETURN OF SERVICE

State of Florida      County of SOUTHERN      Court

Case Number: 07-21221

Plaintiff:
RENEE BLASZKOWSKI, ET AL.,

vs.

Defendant:
MARS, INC., ET AL.,

For:
Cathrine Macivor
Maltzman Foreman, PA
2 S Biscayne Blvd.
Ste. 2300

Received by T.C. Mann, Inc. on the 14th day of May, 2007 at 10:00 am to be served on **WINN DIXIE STORES, INC. C/O CORPORATION SERVICES COMPANY, R.A., 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher M. Compton, do hereby affirm that on the **14th day of May, 2007 at 11:55 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Case and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **KIM GLOVER** as **OPERATIONS SPECIALIST** for **WINN DIXIE STORES, INC. C/O CORPORATION SERVICES COMPANY, R.A.**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher M. Compton
Process Server # 101

T.C. Mann, Inc.
1001 N America Way
Suite 107
Miami, FL 33132
(305) 577-0220
Our Job Serial Number: 2007002575

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

**07-21221**

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:    Winn Dixie Stores, Inc.
        Registered Agent
        Corporation Service Company
        1201 Hays Street
        Tallahassee, Florida 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____        _____MAY 1 1 2007_____
CLERK                                        DATE

_Steven C. Fitzgerald_ (signature)
(BY) DEPUTY CLERK

2

WINN-DIXIE STORES INC. - SUMMONS