RENEE BLASZKOWSKI,
Plaintiff

CASE NO.: 07-21221 CIV-ALTONAGA

CIVIL DIV.: County Court

Circuit Court _____ Federal Court MIAMI DIV.

MARS INC., ET, AL
Defendant

SUMMONS AND COMPLAINT
Type of Writ

Received this process on MAY 11, 2007 at 1 P.M.

**XX** Served _____ Returned, same on PETSMART, INC.

Within named, on 5-15-2007, at 12:10 P. M., in BROWARD County, FL.

AT: 1200 S. PINE ISLAND RD., PLANTATION, FL 33324

☐ INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ and informing such person of their contents.

☒ CORPORATE SERVICE. By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to DONNA MOCH/CT CORP. SYSTEM as SPV. OF PROCESS/REGISTERED AGENT of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL. By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therein. After at least two attempts, a minimum of six (6) hours apart: ___ (date) ___ (time) ___ (date) ___ (time) neither the above named tenant nor a person residing therein who is 15 years of age or older could be found at _____. The usual place of residence of the tenant in _____ County, Florida. (address posted)

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ OTHER RETURNS: _____

SHERIFF APPOINTED

I ACKNOWLEDGE that I am a ~~Certified~~ Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____ #723
PROCESS SERVER (Signature)    I.D. NO.

CHRISTOPHER R. PALLIS
PROCESS SERVER (PRINTED NAME)

CATHERINE J. MACIVOR, ESQ.
CARLTON FIELDS
2 S. BISCAYNE BLVD. #2300
MIAMI, FL
ATTORNEY

The foregoing instrument was acknowledged before me this 16th day of MAY, 20 07 by CHRISTOPHER R. PALLIS SHERIFF APPOINTED ~~CERTIFIED~~ PROCESS SERVER who is personally known to me or who has produced _____ and who DID take an oath.

OLIVIA ACOSTA
MY COMMISSION # DD 377038
EXPIRES: February 6, 2009
Bonded Thru Notary Public Underwriters

BONDED THRU GENERAL INS. UNO

FORM F     T. C. MANN, INC. Tel. 577-0220

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



9

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

07-21221

CIV-ALTONAGA

MAGISTRATE JUDGE
TURNOFF

R/A
Name DONNA MOCH
Date 5-15-07   Time 12:10
P.S. C. PALLIS

723

## SUMMONS IN A CIVIL CASE

TO:  Petsmart, Inc.
     Registered Agent
     CT CORPORATION SYSTEM
     1200 South Pine Island Rd.
     Plantation, Florida 33324

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

     Catherine J. MacIvor
     Florida Bar No. 932711
     Maltzman Foreman, P.A.
     One Biscayne Tower
     2 South Biscayne Boulevard
     Suite 2300
     Phone: 305-358-6555
     Facsimile: 305-374-9077

5

PETSMART INC. - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____   _____
CLERK                                 DATE MAY 11 2007

_Steven C. Fabgerahi_
(BY) DEPUTY CLERK

PETSMART INC. - SUMMONS