| | |
|---|---|
| RENEE BLASZKOWSKI <br> *Plaintiff* | CASE NO.: 07-21221 CIV-ALTONAGA <br> CIVIL DIV.: County Court _____ <br> Circuit Court _____ Federal Court MIAMI DIV. |
| MARS INC., ET, AL <br> *Defendant* | SUMMONS AND COMPLAINT <br> *Type of Writ* |

Received this process on **5-11-2007 at 1 P.M.**

**XX** Served ____ Returned, same on **WAL-MART STORES, INC.**

Within named, on **5-15-2007**, at **12:10 P.** M., in **BROWARD** County, FL.

AT: **1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**

☐ **INDIVIDUAL SERVICE:** By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this writ, with the date and hour of service endorsed theron by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ and informing such person of their contents.

**X** **CORPORATE SERVICE:** By delivering a copy of this writ with the date and hour of service endorsed theron by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to **DONNA MOCH/CT CORP. SYSTEM** as **SPV. OF PROCESS/REGISTERED AGENT** of said corporation in the absence of any superior officer.

☐ **POSTED RESIDENTIAL:** By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart: _____ (date) _____ (time) _____ (date) _____ (time) neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida. (address posted)

☐ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ **OTHER RETURNS:** _____

SHERIFF APPOINTED
I ACKNOWLEDGE that I am a ~~Certified~~ Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

*(signature)* # **723**
PROCESS SERVER (Signature)   I.D. NO.

**CHRISTOPHER R. PALLIS**
PROCESS SERVER   (PRINTED NAME)

CATHERINE J. MACIVOR, ESQ.
MALTZMAN FOREMAN, P.A.
2 S BISCAYNE BLVD. #2300
MIAMI, FL

ATTORNEY

The foregoing instrument was acknowledged before me this **16th** day of **MAY**, 20**07** by **CHRISTOPHER R. PALLIS** ~~SHERIFF APPOINTED~~ ~~XXXXXXXX~~ PROCESS SERVER who is personally known to me or who has produced _____ and who **DID** _____ take an oath.
  did   did not

*(notary signature)*
OLIVIA ACOSTA
MY COMMISSION # DD 377038
EXPIRES: February 6, 2009
Bonded Thru Notary Public Underwriters

BONDED THRU GENERAL INS. INC.

FORM F   T. C. MANN, INC. Tel. 577-0220

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO:  Wal-Mart Stores, Inc.
      Registered Agent
      CT CORPORATION SYSTEM
      1200 South Pine Island Road
      Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____                     __MAY 1 1 2007__
CLERK                                              DATE

_____Steven C. Fitzgerald_____                 MAY 1 1 2007
(BY) DEPUTY CLERK