UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80318-CIV-MIDDLEBROOKS/JOHNSON

EXPONENTIAL SOLUTIONS, LLC,

    Plaintiff,

vs.

SUN MICROSYSTEMS, INC.,

    Defendant,
_____/

## PLAINTIFF'S MOTION FOR USE OF JUROR QUESTIONNAIRE

Plaintiff hereby moves this Honorable Court to utilize the attached questionnaire in selecting the jury in the above-styled case. In support of this Motion, the Plaintiff contends that use of the proposed questionnaire will expedite the selection process, greatly enhance the quantity and quality of the information gathered during the voir dire process, and increase the likelihood that the jury selected will be untainted by bias or prejudice. The use of a questionnaire during voir dire is acknowledged to rest in the sound discretion of the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-Mail and U.S. Mail to all counsel on the attached list on this 13th day of December, 2007.

    JACK SCAROLA
    Florida Bar No.: 169440
    Searcy Denney Scarola
     Barnhart & Shipley, P.A.
    2139 Palm Beach Lakes Boulevard
    West Palm Beach, FL 33409
    Phone: (561) 686-6300
    Fax:   (561) 684-5816
    Attorneys for Plaintiff

Dockets.Justia.

Exponential Solutions v. Sun Microsystems
Plaintiff's Motion For Use Of Juror Questionnaire
Case No.: 07-80318-CIV-MIDDLEBROOKS/JOHNSON

## COUNSEL LIST

John F. O'Sullivan, Esquire
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 459-6681
Fax: (305) 459-6550

William B. King, Esquire
Searcy Denney Scarola Barnhart
　& Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33402-3626
Phone: (561) 686-6300
Fax: (561) 383-9456

Joseph S. Beckman, Esquire
The Intellect Law Group
2400 S. Federal Highway
Suite 340
Stuart, FL 34994
Phone: (561) 776-9703
Fax: (815) 642-9565

Raymond A. Kurz, Esquire
Hogan & Hartson LLP
555 13th Street, N.W.
Washington, DC 20004
Phone: (202) 637-5600
Fax: (202) 637-5910

Julie E. Nevins, Esquire
Hogan & Hartson, P.A.
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 459-6681
Fax: (305) 459-6550