UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-21221 Civ-Altonaga/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
Individually and on behalf of
others similarly situated,

       Plaintiffs,

vs.

MARS INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

       Defendants.
_____/

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant PETCO ANIMAL SUPPLIES, INC. ("PETCO") pursuant to

Rule 6(b) of the Federal Rules of Civil Procedure, moves for an extension of

time up to and including July 5, 2007 to serve its response to the Complaint.

The grounds for this motion are:

1.  Undersigned counsel was just recently hired to represent PETCO in this action.

2.  PETCO and its counsel need the additional time to prepare a response to the Complaint. For example, PETCO's counsel has a three week jury trial beginning June 11, 2007.

3.  This motion is made in good faith and not for any purpose of undue delay.

4.  Pursuant to Local Rule 7.1(3a), counsel for PETCO has conferred with counsel for Plaintiffs and Plaintiffs' counsel could only agree to a two week extension of time, until June 19, 2007.

WHEREFORE, Defendant Petco Animal Supplies, Inc. requests an extension of time, up to and including July 5, 2007 to serve its response to the Class Action Complaint.

**HOLLAND & KNIGHT LLP**

 s/ Sanford L. Bohrer
Sanford L. Bohrer (FBN 160643)
Scott D. Ponce (FBN 0169528)
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: sbohrer@hklaw.com
Email: sponce@hklaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 24th day of May 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/Sanford L. Bohrer_____

**SERVICE LIST**
**Blaszkowski, etc. vs. Mars, etc.**
**Case No. 07-21221-Civ-Altonaga/Turnoff**
**United States District Court, Southern District of Florida**

Catherine J. MacIvor
Email: cmacivor@mflegal.com
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, Florida 33131
Tel: 305-358-6555
Fax: 305-374-9077
Attorneys for Plaintiffs
Service by: CM/ECF

# 4561592_v1