IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.

_____/

**DEFENDANT PETCO ANIMAL SUPPLIES, INC.'S
<u>NOTICE TO CLIENT AND MOTION FOR SUBSTITUTION OF COUNSEL</u>
(Rule 7.1 Certificate Attached)**

     Defendant, PETCO Animal Supplies, Inc., moves to substitute the law firm of Squire, Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33480 as counsel of record for Defendant, PETCO Animal Supplies, Inc., and to permit the law firm of Holland & Knight to withdraw from its representation.  All further pleadings and correspondence to Defendant, PETCO Animal Supplies, Inc., should be mailed to Squire, Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33480.

Dated: May 25, 2007

**SQUIRE, SANDERS & DEMPSEY L.L.P**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Telephone: 561.650.7200
Facsimile:  561.655.1509

By: <u>/s/ John B. T. Murray, Jr.</u>
    John B.T. Murray, Jr., Esquire
    Florida Bar Number 962759
    E-Mail: jbmurray@ssd.com

**HOLLAND & KNIGHT**
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
Telephone: 305.374.8500
Facsimile: 305.789.7799

By: <u>/s/ Sanford L. Bohrer</u>
    Sanford L. Bohrer. Esquire
    Florida Bar Number 160643
    Email: sandy.bohrer@hklaw

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## <u>RULE 7.1 CERTIFICATE</u>

I HEREBY CERTIFY that on the afternoon of May 25, 2007, I telephoned Plaintiffs'
counsel, Catherine MacIvor, Esquire, to determine whether Plaintiffs objected to the relief
requested in this motion.  Ms. MacIvor was out of the office and her assistant indicated that she
would send Ms. MacIvor an email to determine whether there was any objection.  At the time of
filing, I had not received a response from Ms. MacIvor's office.

/s/ John B. T. Murray
J.B. Murray

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

/s/ John B. T. Murray
John B. T. Murray

3

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
**Case No. 07-21221-CIV-ATONAGA/TURNOFF**

**SERVICE LIST**

Catherine J. MacIvor
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr., Esquire
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal*
*Supplies, Inc.*

Jeffrey Eric Foreman
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: jforeman@mflegal.com
*Attorneys for Plaintiff*

Sanford L. Bohrer, Esquire
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
Telephone: 305.374.8500
Facsimile: 305.789.7799
Email: sandy.bohrer@hklaw
*Attorneys for Defendant PETCO Animal*
*Supplies, Inc.*

Jeffrey Bradford Maltzman
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: jmaltzman@mflegal.com
*Attorneys for Plaintiff*