# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### (MIAMI DIVISION)

### CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,
    Plaintiffs,
v.

MARS, INC. et al,
    Defendants.
_____/

### ORDER SUBSTITUTING COUNSEL OF
### DEFENDANT PETCO ANIMAL SUPPLIES, INC.

THIS CAUSE having come before the Court on Defendant, PETCO Animal Supplies, Inc.'s Notice to Client and Motion for Substitution of Counsel, the Court having reviewed the Motion and otherwise being duly advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion for Substitution of Counsel is granted and the law firm of Squire, Sanders & Dempsey L.L.P. shall be and is hereby substituted as counsel of record for Defendant, PETCO Animal Supplies, Inc. All further pleadings for Defendant, PETCO Animal Supplies, Inc., shall be served on Squire, Sanders & Dempsey L.L.P. at 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401. The law firm of Holland & Knight is hereby relieved of any and all further responsibility in this matter.

**DONE AND ORDERED** at Miami, Florida, this 26th of May, 2007.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

copies provided to:
Magistrate Judge William C. Turnoff
attached service list

**CERTIFICATE OF SERVICE**

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
Case No. 07-21221-CIV-ATONAGA/TURNOFF

**SERVICE LIST**

Catherine J. MacIvor
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Eric Foreman
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: jforeman@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
305-358-6555
Fax: 374-9077
Email: jmaltzman@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr., Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc.*

Sanford L. Bohrer, Esquire
**HOLLAND & KNIGHT**
701 Brickell Avenue
Suite 3000
Miami, Florida 33131
Telephone: 305.374.8500
Facsimile: 305.789.7799
Email:  sandy.bohrer@hklaw
*Attorneys for Defendant PETCO Animal Supplies, Inc.*