# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

    Plaintiffs,

vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant, PETCO's Motion for Extension of Time to Respond to Complaint, filed May 24, 2007 (**D.E. 16**). The Court has considered the Motion, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant has until **July 5, 2007** to serve its response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 29th day of May, 2007.

                                          *Cecilia M. Altonaga*
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Magistrate Judge William C. Turnoff
counsel of record