UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

   Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

   Defendants.
   _____/

## NOTICE OF APPEARANCE

The undersigned counsels, ROLANDO A. DIAZ, ESQ. and CASSIDY DANG, ESQ., associated with the law firm of KUBICKI DRAPER, hereby notify all parties of their appearance on behalf of the Defendant, PET SUPERMARKET, INC., and request that all correspondence, pleadings and/or documents otherwise relating to this action be directed to the undersigned accordingly.

Dated: June 1, 2007
Miami, Florida

                                                                  Respectfully submitted,

***/s/ Rolando A. Diaz***
***/s/ Cassidy Dang***_____
ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
CASSIDY DANG (FBN 16482)
cyd@kubickidraper.com
KUBICKI DRAPER
25 W. Flagler St.
Penthouse
Miami, Florida 33131
Tel: 305-982-6708 / Fax: 305-374-7846
Attorneys for Pet Supermarket, Inc.