UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
    _____/

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

    Defendant PET SUPERMARKET, INC., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves for an extension of time up to and including July 5, 2007 to serve its response to the Complaint. The grounds for this motion are:

1. Undersigned counsel was just recently hired to represent PET SUPERMARKET, INC. in this action.

2. PET SUPERMARKET, INC., and its counsel need the additional time to prepare a response to the Complaint.

3. This motion is made in good faith and not for any purpose of undue delay.

4. Pursuant to Local Rule 7.1(3a), counsel for PET SUPERMARKET, INC. has conferred with counsel for Plaintiffs and Plaintiffs' counsel has agreed to an extension of time up to and including July 5, 2007.

WHEREFORE, Defendant PET SUPERMARKET, INC. requests an extension of time, up to and including July 5, 2007 to serve its response to the Class Action Complaint.

*/s/ Cassidy Dang*_____
CASSIDY DANG (FBN 16482)
cyd@kubickidraper.com
ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
KUBICKI DRAPER
25 W. Flagler St.
Penthouse
Miami, Florida 33131
Tel: 305-982-6708  / Fax: 305-374-7846
Attorneys for Pet Supermarket, Inc.