# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.,

    Plaintiffs,

vs.

**PET SUPERMARKET, INC.**, et al.,

    Defendants.

_____/

### ORDER ON MOTION FOR EXTENSION OF TIME

**THIS CAUSE** has come before the Court upon the Defendant, Pet Supermarket, Inc.'s Motion for Extension of Time to Respond to Complaint, filed June 1, 2007 (D.E. 23). The Court has considered the Motion, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant has until July 5, 2007 to serve its response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 4th day of June, 2007.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT COURT**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of record

Dockets.Justia.com