UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WINN-DIXIE STORES, INC. AS A RESULT OF WINN-DIXIE STORES, INC.'S BANKRUPTCY PROCEEDING**

The Plaintiffs, Renee Blaszkowski, Amy Hollub, and Patricia Davis, individually and on behalf of others similarly situated, pursuant to Fed. R. Civ. P. 41(a)(1) hereby dismisses the above styled action as to Defendant, Winn-Dixie Stores, Inc. without prejudice based upon the order of the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division; Case No. 05-03817-3F1, Chapter 11, Jointly Administered.

Dated: June 4, 2007
       Miami, FL

                /s/
                CATHERINE J. MACIVOR (FBN 932711)
                cmacivor@mflegal.com
                MALTZMAN FOREMAN, PA
                One Biscayne Tower
                2 South Biscayne Boulevard -Suite 2300
                Miami, Florida 33131
                Tel: 305-358-6555 / Fax: 305-374-9077
                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 4th day of June, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/
Catherine MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR** | **PHILIP A. SECHLER** |
| cmacivor@mflegal.com | psechler@wc.com |
| MALTZMAN FOREMAN, PA | Williams & Connolly LLP |
| One Biscayne Tower | 725 12th Street, N.W. |
| 2 South Biscayne Boulevard -Suite 2300 | Washington, D.C. 20005 |
| Miami, Florida 33131 | Tel: 202.434.5459 / Fax: 202.434.5029 |
| Tel: 305-358-6555 / Fax: 305-374-9077 | MARS INC. |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | |
| PROCTER AND GAMBLE CO. | **JOHN J. KUSTER** |
| Steven W. Jemison, Corporate Secretary | jkuster@sidley.com |
| The Proctor & Gamble Company | Sidley Austin LLP |
| One Procter & Gamble Plaza | 787 Seventh Avenue |
| C-2 | New York, NY 10019 |
| Cincinnati, OH 45202 | Tel: 212.839.7336 / Fax: 212.839.5599 |
| Defendant | COLGATE PALMOLIVE COMPANY |
| | Attorneys for Defendant |
| | |
| DEL MONTE FOODS, CO. | NESTLE U.S.A INC. |
| Registered Agent | CT Corporation System |
| CT Company | One Corporate Center, Floor 11 |
| 1209 Orange Street | Hartford, CT 06103 |
| Wilmington, Delaware | Defendant |
| Defendant | |
| | |
| **CHARLES ABBOTT** | MENU FOODS, INC. |
| cabbott@gibsondunn.com | Chief Financial Officer |
| 333 S. Grand Avenue | Menu Foods, Inc. |
| Suite 4600 | 9130 Griffith Morgan, Ln, |
| Los Angeles, CA 90071 | Pennsauken, NJ 08110-3211 |
| Tel: 213.229.7887 / Fax: 213.229.6887 | Defendant |
| NUTRO PRODUCTS INC. | |
| Attorneys for Defendant | |
| | |
| MENU FOODS INCOME FUND | PUBLIX SUPERMARKETS, INC. |
| Mark Wiens, CFO, VP | John A. Attaway Jr. |
| Menu Foods Income Fund | 3300 Publix Corporate Parkway |
| 8 Falconer Drive | Lakeland, FL 33811 |
| Streetsville, ON | Defendant |
| Canada L5N1B1 | |
| Defendant | |

4
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

| | |
|---|---|
| **STEVE BUSEY**<br>Smith Hulsey & Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, Florida 32202<br>Tel: 904.359.7700 / Fax: 904.353.9908<br>WINN DIXIE STORES, INC.<br>Attorneys for Defendant | **JOHN T. MURRAY, JR.**<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY L.L.P<br>1900 Phillips Point West Palm Beach<br>777 South Flagler Drive<br>West Palm Beach, Florida 33480<br>Tel: 561.650.7200 / Fax: 561.655.1509<br>Attorneys for Defendant<br>PETCO ANIMAL SUPPLIES, INC. |
| **CASSIDY DANG**<br>cyd@kubickidraper.com<br>Kubicki Draper, P.A.<br>25 West Flagler Street<br>Penthouse<br>Miami, Florida 33130<br>Tel: 305.982.6722 / Fax: 305.374.7846<br>PET SUPERMAKET, INC.<br>Attorneys for Defendant | **MICHAEL ROSS**<br>mrr@gknet.com<br>Gallagher & Kennedy<br>2575 E. Camelback Road<br>Phoenix, AZ 85016<br>Tel: 602.530.8498 / Fax: 602.530.8500<br>PETSMART INC.<br>Attorneys for Defendant |
| TARGET CORP.<br>c/o Registered Agent<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>Defendant | WAL-MART STORES, INC.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>Defendant |