UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

   Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.
PET SUPERMARKET, INC.,
PETSMART, INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

   Defendants.
_____/

**PUBLIX SUPER MARKETS, INC.'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

 Defendant, Publix Super Markets, Inc. ("Publix"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves for an extension of time up to and including July 5, 2007, to serve its response to the Complaint. The grounds for this motion are:

{FT395425;1}

1. Undersigned counsel was just recently hired to represent Publix in this action.

2. Publix and its counsel need the additional time to prepare a response to the Complaint.

3. This motion is made in good faith and not for any purpose of undue delay.

4. Pursuant to Local Rule 7.1(3a), counsel for Publix has conferred with counsel for Plaintiffs and Plaintiffs' counsel has agreed to an extension of time up to and including July 5, 2007.

WHEREFORE, Defendant Publix requests an extension of time, up to and including July 5, 2007, to serve its response to the Complaint.

Respectfully submitted this 4th day of June, 2007.

/s/Hugh J. Turner Jr., Esq.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224
Hugh J. Turner Jr., Esq.
Florida Bar No.: 203033
Email:  hugh.turner@akerman.com
*Attorneys for Defendant,*
*Publix Super Markets, Inc.*

{FT395425;1}

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**Catherine J. MacIvor, Esq.**
**Jeffrey Eric Foreman, Esq.**
**Jeffrey Bradford Maltzman, Esq.**
Maltzman Foreman PA
2 South Biscayne Boulevard
Suite 2300, One Biscayne Tower
Miami, FL 33131
*Counsel for Plaintiff*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
*Attorneys for Defendant Petco Animal Supplies, Inc.*

**Rolando Andres Diaz, Esq.**
**Cassidy Yen Dang, Esq.**
Kubicki Draper
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
*Attorneys for Pet Supermarket, Inc.*

**Stephen D. Busey, Esq.**
**Cynthia C. Jackson, Esq.**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Winn-Dixie Stores, Inc.*

/s/ Hugh J. Turner Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

{FT395425;1}