IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-21221 Civ-Altonaga/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB
and PATRICIA DAVIS, individually and
on behalf of others similarly situated,

        Plaintiffs,

v.

MARS INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO., NESTLE U.S.A.
INC., NUTRO PRODUCTS INC., MENU
FOODS, INC., WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC., PET
SUPERMARKET, INC., PETSMART INC.,
TARGET CORP., WAL-MART STORES, INC.,

        Defendants.
_____/

## AGREED MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant PetSmart, Inc. ("PETSMART"), by and through undersigned counsel, hereby moves the Court for an enlargement of time, up to an including July 5, 2007, in which to respond to Plaintiffs' Complaint. In support of this Motion, PETSMART states as follows:

    1.    Counsel for PETSMART was recently retained in this action.

    2.    PETSMART and its counsel require additional time to properly respond to the Complaint.

    3.    This motion is made in good faith and not for the purpose of undue delay.

    4.    Pursuant to Local Rule 7.1(A)(3), counsel for PETSMART has conferred with counsel for Plaintiffs, who has agreed to the extension until July 5, 2007.

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

CASE NO. 07-0966 CA 25

WHEREFORE, Defendant PETSMART respectfully requests an enlargement of time, up to and including July 5, 2007, in which to file its response to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED this 4th day of June, 2007.

> COFFEY BURLINGTON
>
> Counsel for Defendant PETSMART, Inc.
> Office in the Grove, Penthouse
> 2699 South Bayshore Drive
> Miami, Florida 33133
> Tel: 305-858-2900
> Fax: 305-858-5261
>
> By: s/Susan E. Mortensen
>     Susan E. Mortensen
>     Florida Bar No. 676446

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

CASE NO. 07-0966 CA 25

CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Susan E. Mortensen

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

CASE NO. 07-0966 CA 25

# SERVICE LIST

Blaszkowski, etc. v.s Mars, etc.
Case No. 0-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

Catherine J. MacIvor
Email: cmacivor@mcflegal.com
Maltzman Foreman, O.A.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, Florida  33131
Te.:  305-358-6555
Fax:  305-374-9077
Attorneys for Plaintiffs
Service by:  CM/ECF

Sanford L. Bohrer
Scott D. Ponce
701 Brickell Avenue, Suite 3000
Miamo, FL  33131
Te.:  305-374-8500
Fax:  305-789-7799
Email:  sbohyrer@hklaw.com
Email:  sponce@hklaw.com

and

John Brian Thomas Murray, Jr.
Squire Sanders & Dempsey LLP
777 S Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
561-650-7200
Fax: 655-1509
Email: jbmurray@ssd.com
Attorneys for Defendant Petco Animal
Supplies, Inc.
Service by:  CM/ECF

Cassidy Dang
Ronaldo A. Diaz
Kubicki Draper
25 West Flagler St.
Penthouse
Miami, Florida
Tel.:  305-982-6708
Fax:  305-374-7846
Email:  cyd@kubickidraper.com
Email:  rd@kubickidraper.com
Attorneys for Pet Supermarket, Inc.
Service by:  CM/ECF

4