IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-21221 Civ-Altonaga/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB
and PATRICIA DAVIS, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.

MARS INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO., NESTLE U.S.A.
INC., NUTRO PRODUCTS INC., MENU
FOODS, INC., WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC., PET
SUPERMARKET, INC., PETSMART INC.,
TARGET CORP., WAL-MART STORES, INC.,

    Defendants.
_____/

## ORDER GRANTING ENLARGEMENT OF TIME

THIS CAUSE having come before the Court on Defendant PETSMART, INC.'s Agreed Motion For Enlargement of Time to Respond to Complaint, filed June 4, 2007 (D.E. __), and the parties being in agreement and the Court being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that Defendant PETSMART INC.'s Agreed Motion For Enlargement of Time to Respond to Complaint is hereby GRANTED. Defendant PETSMART, INC. shall have up to and including July 5, 2007 to respond to Plaintiffs' Complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ____ day of June, 2007.

                                              _____
                                              CECILIA M. ALTONAGA
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel or record