IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.
_____/

**DEFENDANT WAL-MART STORES INC.'S MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT</u>
(Rule 7.1 Certificate Attached)**

Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local S.D. Rule 7.1 for an enlargement of time to respond to the complaint in this action, and states:

1. Wal-Mart's response to the complaint in this action is due to be served no later than June 4, 2007.

2. Undersigned counsel was just recently retained to represent Wal-Mart in this action.

3. The complaint is a fifty-eight page, ten count complaint. The response to the complaint will take more time than ordinarily permitted under the Federal Rules of Civil Procedure.

4. Accordingly, Wal-Mart requests an enlargement of time to respond to the complaint so that its response will be due no later than July 5, 2007.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

5. The Court has granted enlargements of time to respond to the complaint requested by other parties and Plaintiffs will not be prejudiced if a similar enlargement is provided Wal-Mart.

6. This motion is made in good faith and not for any purpose of undue delay.

WHEREFORE, Wal-Mart requests an enlargement of time so that its response to the complaint in this action is due to be served no later than July 5, 2007.

Dated: June 4, 2007

                Respectfully submitted,

                **SQUIRE, SANDERS & DEMPSEY L.L.P**
                1900 Phillips Point West Palm Beach
                777 South Flagler Drive
                West Palm Beach, Florida 33480
                Telephone: 561.650.7200
                Facsimile:  561.655.1509

                By: /s/ John B. T. Murray, Jr.
                    John B.T. Murray, Jr., Esquire
                    Florida Bar Number 962759
                    E-Mail: jbmurray@ssd.com

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **RULE 7.1 CERTIFICATE**

I HEREBY CERTIFY that on the afternoon of June 4, 2007, I telephoned Plaintiffs' counsel, Catherine MacIvor, Esquire, at approximately 4:05 PM to determine whether Plaintiffs objected to the relief requested in this motion. Ms. MacIvor was unavailable. A detailed message was left on the voice mail of Ms. MacIvor's assistant. I telephoned again at 5:20 PM and was advised that Ms. MacIvor was "not in her office." At the time of filing, I had not received a response from Ms. MacIvor's office.

                /s/ John B. T. Murray, Jr.
                   John B.T. Murray, Jr.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 4, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

/s/ John B. T. Murray, Jr.  
John B. T. Murray, Jr.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.
Case No. 07-21221-CIV-ATONAGA/TURNOFF**

### SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jforeman@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jmaltzman@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Susan Elizabeth Mortensen<br>**COFFEY BURLINGTON**<br>2699 S Bayshore Drive<br>Penthouse<br>Miami, FL 33133<br>Telephone:  305-858-2900<br>Facsimile:  305-858-5261<br>Email:  smortensen@coffeyburlington.com<br>*Attorneys for Petsmart Inc.* | Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT & EIDSON**<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>Telephone:  954-463-2700<br>Facsimile:  954-463-2224<br>Email:  hugh.turner@akerman.com<br>Attorneys for Publix Supermarkets, Inc. |

WESTPALMBEACH/501933.1
06/04/07