IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR
DEFENDANT WAL-MART'S RESPONSE TO THE COMPLAINT**

THIS CAUSE having come before the Court on Defendant Wal-Mart's Motion for Enlargement of Time to Respond to Complaint filed June 4, 2007. The Court has considered the Motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Wal-Mart has until July 5, 2007, to serve its response to the complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of June, 2007.

                                                        CECILIA ALTONAGA
                                                        U.S. DISTRICT COURT JUDGE

Copies furnished to:
All counsel and parties on attached Service List

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

# CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
**Case No. 07-21221-CIV-ATONAGA/TURNOFF**

## SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jforeman@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jmaltzman@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Susan Elizabeth Mortensen<br>**COFFEY BURLINGTON**<br>2699 S Bayshore Drive<br>Penthouse<br>Miami, FL 33133<br>Telephone:  305-858-2900<br>Facsimile:  305-858-5261<br>Email:       smortensen@coffeyburlington.com<br>*Attorneys for Petsmart Inc.* | Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT & EIDSON**<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>Telephone:  954-463-2700<br>Facsimile:  954-463-2224<br>Email:       hugh.turner@akerman.com<br>Attorneys for Publix Supermarkets, Inc. |