UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

       Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.
PET SUPERMARKET, INC.,
PETSMART, INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

       Defendants.
_____/

**DEFENDANT PUBLIX SUPER MARKETS, INC.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Publix Super Markets, Inc. ("Publix"), hereby discloses that Publix has no parent corporation and that no publicly-held company owns 10% or more of Publix's stock.

{FT395431;1}

Respectfully submitted this 5th day of June, 2007.

/s/Hugh J. Turner Jr., Esq.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Telephone:  (954) 463-2700
Facsimile:  (954) 463-2224
Hugh J. Turner Jr., Esq.
Florida Bar No.: 203033
Email:  hugh.turner@akerman.com
*Attorneys for Defendant,*
*Publix Super Markets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**Catherine J. MacIvor, Esq.**
**Jeffrey Eric Foreman, Esq.**
**Jeffrey Bradford Maltzman, Esq.**
Maltzman Foreman PA
2 South Biscayne Boulevard
Suite 2300, One Biscayne Tower
Miami, FL 33131
*Counsel for Plaintiff*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
*Attorneys for Defendant Petco Animal Supplies, Inc.*

**Rolando Andres Diaz, Esq.**
**Cassidy Yen Dang, Esq.**
Kubicki Draper
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
*Attorneys for Pet Supermarket, Inc.*

**Stephen D. Busey, Esq.**
**Cynthia C. Jackson, Esq.**
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*Attorneys for Winn-Dixie Stores, Inc.*

**Susan E. Mortensen, Esq.**
Coffey Burlington
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL 33133
*Attorneys for Petsmart, Inc..*

/s/ Hugh J. Turner Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

{FT395431;1}