## United States District Court - Southern District of Florida - Miami Division

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

  

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **31** Jan 2008 9:30 AM | 9:30 AM | BENCH TRIAL | |

🖉 06-22315-CIV-MORENO

GLOBAL HORIZONS INC, a California corporation,
       Chrystal L. Bobbitt, Esq.
       Greta Katz, Esq.

vs.

DEL MONTE FRESH PRODUCE N.A., INC., a Florida Corporation, a.k.a. COUNTRY BEST INC. d/b/a DEL MONTE FRESH PRODUCE COMPANY, a Delaware Corporation,
       Carol Lumpkin, Esq.
       Michael Marsh, Esq.
       Judd J. Goldberg, Esq.

(Bench Trial - Continued)

2.5 hrs

LARRY HORN

Court Reporter: Tammy Nestor 305.523.5148

© 2008 Lotus Development Corp.

Dockets.Justia.com