UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

 Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

 Defendants.
_____/

**MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULING REPORT AND
CERTIFICATES OF INTERESTED PARTIES**

  Defendant PET SUPERMARKET, INC., pursuant to Rule 6(b) of the Federal Rules of

Civil Procedure, moves for an extension of time to file scheduling report and certificates of

interested parties. The grounds for this motion are:

1.  Undersigned counsel was just recently hired to represent PET SUPERMARKET, INC. in this action.

2.  This Defendant, PET SUPERMARKET, INC. was Granted an Extension of Time to Respond to Plaintiffs' Complaint until July 5, 2007.

2.  This motion is made in good faith and not for any purpose of undue delay.

WHEREFORE, Defendant PET SUPERMARKET, INC. requests an extension of time to file scheduling report and certificates of interested parties.

Dated June 5th, 2007.

        */s/ Cassidy Dang*
CASSIDY DANG (FBN 16482)
cyd@kubickidraper.com
ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
KUBICKI DRAPER
25 W. Flagler St.
Penthouse
Miami, Florida 33131
Tel: 305-982-6708  / Fax: 305-374-7846
Attorneys for Pet Supermarket, Inc.