UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA DAVIS,
individually and on behalf of others similarly
situated,

        Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

        Defendants.
_____/

## DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME

      Defendant, Del Monte Foods Company, by and through its undersigned counsel, hereby moves this Court for an enlargement of time pursuant to the provisions of Federal Rule of Civil Procedure 6(b) within which to file its response to Plaintiff's Complaint. As grounds therefore, Defendant states as follows:

      1.     On or about May 21, 2007, Defendant was served with the Complaint filed by Plaintiff in this mater. Therefore, a response would be due under the Federal Rules of Civil Procedure on or about June 10, 2007.

      2.     The Defendant is in need of additional time within which to respond to the Complaint as undersigned counsel was only recently retained and needs time to review the relevant information and prepare a meaningful response to the Complaint.

COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955

Dockets.Justia.com

3. Undersigned counsel has contacted counsel for Plaintiff and is authorized to represent that Plaintiff does not oppose Defendant obtaining an enlargement of time until July 5, 2007, within which to respond to the Complaint herein.

4. This enlargement is not sought for purposes of unnecessary delay in the case and will not prejudice any of the parties.

WHEREFORE, and for the foregoing reasons, Defendant, Del Monte Foods Company, requests this Court to grant its motion for enlargement of time up to and including July 5, 2007, within which to respond to the Complaint.

    Respectfully submitted,

    COZEN O'CONNOR
    *Attorneys for Del Monte Foods Company*
    Wachovia Financial Center
    200 South Biscayne Boulevard
    Suite 4410
    Miami, Florida 33131-4332
    Telephone: 305-704-5940
    Facsimile: 305-704-5955

    By __s/ Sherril M. Colombo_____
        SHERRIL M. COLOMBO
        Fla. Bar No.: 0948799

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon the following addressees via the Court's electronic e-filing this 6th day of June, 2007:

| | |
|---|---|
| Hugh J. Turner Jr., Esq.<br>Akerman Senterfitt<br>350 E. Las Olas Boulevard<br>Fort Lauderdale, FL 33301-2229<br>*Attorneys for Publix Super Markets, Inc.* | Catherine J. MacIvor, Esq.<br>Jeffrey Eric Foreman, Esq.<br>Jeffrey Bradford Maltzman, Esq.<br>Maltzman Foreman PA<br>2 South Biscayne Boulevard<br>Suite 2300<br>Miami, FL 33131<br>*Counsel for Plaintiff* |
| John Brian Thomas Murray, Jr., Esq.<br>Squire, Sanders & Dempsey, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Attorneys for Defendant Petco Animal Supplies, Inc.* | Rolando Andres Diaz, Esq.<br>Cassidy Yen Dang, Esq.<br>Kubicki Draper<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>*Attorneys for Pet Supermarket, Inc.* |
| Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Smith, Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>*Attorneys for Winn-Dixie Stores, Inc.* | Susan E. Mortensen, Esq.<br>Coffey Burlington<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>*Attorneys for Petsmart, Inc.* |

                                                                                                      __s/ Sherril M. Colombo_____
                                                                                                            SHERRIL M. COLOMBO

MIAMI\19543\1  203406.000