UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
of others similarly situated,

      Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.;
et al.,
      Defendants.
_____/

## ORDER GRANTING DEFENDANT'S
## AGREED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE came before the Court on Defendant's, Del Monte Foods Company, Motion for Enlargement of Time to file its response to Plaintiff's Complaint. The Court, having reviewed the record and being otherwise duly and fully advised in the premises, hereby

ORDERS AND ADJUDGES that Defendant's Agreed Motion for Enlargement of Time is hereby GRANTED. The deadline for Defendant to serve its response to the Complaint is extended through and including July 5, 2007.

DONE AND ORDERED at Miami-Dade County, Florida, this _____ day of June, 2007.

                                                                     _____
                                                                      CECILIA M. ALTONAGA
                                                                      UNITED STATES DISTRICT JUDGE

cc:      Counsel of Record

MIAMI\19545\1  203406.000