UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

      Plaintiffs

vs.

MARS, INC..
PROCTOR AND GAMBLE CO., et. al.

      Defendants.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT PET SUPERMARKET, INC.

Undersigned counsel, MARIA KAYANAN, ESQ., associated with the law firm of KUBICKI DRAPER, hereby notifies all parties of her appearance on behalf of the Defendant, PET SUPERMARKET, INC.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated

Case No. 07-21221<br>CIV- ALTONAGA/TURNOFF

by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

        Respectfully Submitted,

        _____
        Maria Kayanan
        Fla. Bar No.: 305601
        mek@kubickidraper.com

        Kubicki Draper P.A.
        25 West Flagler Street PH
        Miami, FL 33130
        Telephone: 305-982-6634
        Facsimile:  305-374-7846