UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

 Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

 Defendants
_____/

## NOTICE OF APPEARANCE

The undersigned counsels, MARTY STEINBERG, ESQ. and ADRIANA RIVIERE-BADELL, ESQ. associated with the law firm of HUNTON & WILLIAMS, LLP, hereby notify all parties of their appearance on behalf of the Defendant, NUTRO PRODUCTS, INC. and

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

request that all correspondence,. pleading and/or documents otherwise relating to this action be directed to the undersigned accordingly.

Dated: June 6, 2007
Miami, Florida

          Respectfully submitted,

/s/ Marty Steinberg
/s/ Adriana Riviere-Badell
MARTY STEINBERG (FNB 187293)
msteinberg@hunton.com
ADRIANA RIVIERE-BADELL (FNB 030572)
ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
TEL: 305-810-2500
FAX: 305-810-2460
*Attorneys for Nutro Products, Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/  Adriana Riviere-Badell

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

**SERVICE LIST**

Blaszkowski, *et. al.* v Mars, *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey E. Foreman<br>Jeffrey B. Maltzman<br>**Maltzman Foreman P. A.**<br>One Biscayne Tower<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida  33131<br>Tel.:  305-358-6555<br>Fax.:  305-374-9077<br>Email:  cmacivor@mcflegal.com<br>Email : jforeman@mflegal.com<br>Email : jmaltzman@mflegal.com<br>Attorneys for Plaintiffs<br>Service by:  CM/ECF | Cassidy Dang<br>Ronaldo A. Diaz<br>**Kubicki Draper**<br>25 West Flagler St<br>Penthouse<br>Miami, Florida 33131<br>Tel.:  305-982-6708<br>Fax.:  305-374-7846<br>Email:  cyd@kubickidraper.com<br>Email:  rd@kubickidraper.com<br>Attorneys for Pet Supermarket Inc.<br>Service by:  CM/ECF |
| Sanford L. Bohrer<br>Scott D. Ponce<br>**Holland & Knight**<br>701 Brickell Avenue, Suite 3000<br>Miami, Florida 33131<br>Tel.:  305-374-8500<br>Fax.:  305-789-7799<br>Email:  sbohrer@hklaw.com<br>Email:  sponce@hklaw.com<br>Attorneys for Petco Animal Supplies, Inc.<br>Service by :  CM/ECF | Susan E. Mortensen<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel.:  305-858-2900<br>Fax.:  305-858-5261<br>Email:  Smortensen@Coffeyburlington.com<br>Attorneys for Petsmart, Inc.<br>Service by :  CM/ECF |
| John B.T. Murray, Jr.<br>**Squire Sanders & Dempsey LLP**<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL  33401-6198<br>Tel.:  561-650-7200<br>Fax.:  561-655-1509<br>Email:  jbmurrray@ssd.com<br>Attorneys for Defendant Petco Animal Supplies, Inc.<br>Service by:  CM/ECF | |