UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS INC.
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
_____/

### DEFENDANT NUTRO PRODUCTS INC.'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT

Defendant, Nutro Products, Inc. ("Nutro") files this Agreed Motion For Extension of Time to Answer or Otherwise Respond to Plaintiffs' Class Action Complaint until and including July 5, 2007.

On May 9, 2007, the Plaintiffs filed a class action lawsuit in this district. Nutro has just recently retained undersigned counsel and given the length of the complaint and the potential

complexity of the issues involved, Nutro respectfully requests an extension of time to answer or otherwise respond to the complaint through and including July 5, 2007.

Nutro consulted with counsel for the Plaintiffs on June 1, 2007, who stated that she had no objection to the requested extension.

This extension is not sought for delay or any improper purpose and will not prejudice any party. A proposed Order is attached for the Court's convenience.

Dated this 6th day of June, 2007.

Respectfully submitted,

**HUNTON & WILLIAMS, LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
e-mail: ariviere-badell@hunton.com

/s/ Adriana Riviere-Badell
Marty Steinberg
Florida Bar No. 187293
Adriana Riviere-Badell
Florida Bar No. 030572
*Attorneys for Nutro*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Adriana Riviere-Badell

**SERVICE LIST**

Blaszkowski, *et. al.* v Mars, *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey E. Foreman<br>Jeffrey B. Maltzman<br>**Maltzman Foreman P. A.**<br>One Biscayne Tower<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-6555<br>Fax.: 305-374-9077<br>Email: cmacivor@mcflegal.com<br>Email : jforeman@mflegal.com<br>Email : jmaltzman@mflegal.com<br>Attorneys for Plaintiffs<br>Service by: CM/ECF | Cassidy Dang<br>Ronaldo A. Diaz<br>**Kubicki Draper**<br>25 West Flagler St<br>Penthouse<br>Miami, Florida 33131<br>Tel.: 305-982-6708<br>Fax.: 305-374-7846<br>Email: cyd@kubickidraper.com<br>Email: rd@kubickidraper.com<br>Attorneys for Pet Supermarket Inc.<br>Service by: CM/ECF |
| Sanford L. Bohrer<br>Scott D. Ponce<br>**Holland & Knight**<br>701 Brickell Avenue, Suite 3000<br>Miami, Florida 33131<br>Tel.: 305-374-8500<br>Fax.: 305-789-7799<br>Email: sbohrer@hklaw.com<br>Email: sponce@hklaw.com<br>Attorneys for Petco Animal Supplies, Inc.<br>Service by : CM/ECF | Susan E. Mortensen<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel.: 305-858-2900<br>Fax.: 305-858-5261<br>Email: Smortensen@Coffeyburlington.com<br>Attorneys for Petsmart, Inc.<br>Service by : CM/ECF |
| John B.T. Murray, Jr.<br>**Squire Sanders & Dempsey LLP**<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel.: 561-650-7200<br>Fax.: 561-655-1509<br>Email: jbmurrray@ssd.com<br>Attorneys for Defendant Petco Animal Supplies, Inc.<br>Service by: CM/ECF | |

By: /s/ Adriana Riviere-Badell
Hunton & Williams LLP