UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

MARS INC.
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

                Defendants.
_____/

### ORDER GRANTING NUTRO'S AGREED MOTION FOR EXTENSION OF TIME

Upon Defendant Nutro Products Inc.'s ("Nutro") Agreed Motion For Extension of Time to Answer or Otherwise Respond to Plaintiffs' Class Action Complaint, the Court, being fully advised, hereby ORDERS that: Nutro shall file its answer or other response to Plaintiffs' Class Action Complaint on or before July 5, 2007.

    DONE AND ORDERED at Miami, Florida on this ___ day of June, 2007.

2

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record