Blaszkowski et al v. Mars Inc. et al                                              Doc. 40
06/03/2007  22:57   3055770225            TCMANN, INC                    PAGE  02/02
Case 1:07-cv-21221-CMA   Document 40   Entered on FLSD Docket 06/06/2007   Page 1 of 2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 07-21221

Plaintiff:
RENEE BLASZKOWSKI, AMY HOLLUB, AND PATRICIA DAVIS,
INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED

vs.

Defendant:
MARS, INC., PROCTOR AND GAMBLE CO., COLGATE PALMOLIVE
COMPANY, DEL MONTE FOODS, CO., NESTLE U.S.A., INC., MENU
FOODS, INC., MENU FOODS INCOME FUND, PUBLIX
SUPERMARKETS, INC., WINN DIXIE STORES, INC., PETCO ANIMAL
SUPPLIES, INC., PET SUPERMARKET, INC., PETSMART, INC., ET AL.

For:
MALTZMAN FOREMAN, P.A.
1 Biscayne Tower, Suite 2300
2 South Biscayne Blvd
Miami, FL 33131

Received by T.C. MANN, INC. on the 14th day of May, 2007 at 11:32 am to be served on PUBLIX SUPER MARKETS INC., C/O JOHN A. ATTAWAY, JR., R.A., 3300 PUBLIX CORPORATE PARKWAY, LAKELAND, FL 33811.

I, Andy Burgess, being duly sworn, depose and say that on the 14th day of May, 2007 at 3:25 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the SUMMONS AND CLASS ACTION COMPLAINT WITH EXHIBITS with the date and hour of service endorsed thereon by me to KACIE COMPTON as AGENT TO REGISTERED AGENT of the within named corporation at the corporation's place of business, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

Andy Burgess
CPS #045

Subscribed and Sworn to before me on the 15th day of May, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Nedra N. Powell
Commission #DD343126
Expires: Aug 02, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

T.C. MANN, INC.
1001 N. America Way
Suite 107
Miami, FL 33132
(305) 577-0220
Our Job Serial Number: 2007003869

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# T.C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132
PHONE # (305)577-0220
FAX # (305)577-0225

Facsimile Transmission Cover Sheet

To : Liz

Company: Msltzman

Fax # : 305-374-9077

From : Marilyn

Date : 6/4/07    Number Of Pages In Transmission
(Including Cover Sheet): 2

Please notify us if there is a discrepancy in the number of pages received or if the reception is illegible. Thank you.