UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

         Plaintiffs

vs.

MARS, INC..
PROCTOR AND GAMBLE CO., et. al.

         Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT PET SUPERMARKET, INC**.

      Undersigned counsel, MARIA KAYANAN, ESQ., associated with the law firm of KUBICKI DRAPER, hereby notifies all parties of her appearance on behalf of the Defendant, PET SUPERMARKET, INC.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of June, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized

Case No. 07-21221<br>CIV- ALTONAGA/TURNOFF

to receive electronically Notice of Electronic Filing.

File this 6th day of June, 2007       Respectfully Submitted,

_____
Maria Kayanan
Fla. Bar No.: 305601
mek@kubickidraper.com

Kubicki Draper P.A.
25 West Flagler Street PH
Miami, FL 33130
Telephone: 305-982-6634
Facsimile: 305-374-7846

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

**SERVICE LIST**

Catherine J. MacIvor
Jeffrey E. Foreman
Jeffrey B. Maltzman
**Maltzman Foreman, P.A.**
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel:  305-358-6555
Fax:  305-374-9077
Email: cmacivor@mflegal.com
Email: jforeman@mcflegal.com
Email: jmaltzman@mflegal.com
Attorneys for Plaintiffs
Service by CM/ECF

Sanford L. Bohrer
Scott D. Ponce
**Holland & Knight**
701 Brickell Avenue Suite 3000
Miami, FL 33131
Tel:  305-374-8500
Fax:  305-789-7799
Email: sbohrer@hklaw.com
Email: sponce@hklaw.com
Attorneys for Defendant Petco Supplies, Inc.
Service by: CM/ECF

John B.T. Murray, Jr.
**Squire Sanders & Dempsey LLP**
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel:  561-650-7200
Fax: 561-655-1509
Email: jbmurray@ssd.com
Attorneys for Defendant Petco Animal Supplies

Case No. 07-21221<br>CIV- ALTONAGA/TURNOFF

Susan Mortensen
**Coffey Burlington**
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: Smortensen@Coffeyburlington.com
Attorneys for Petsmart, Inc.
Service by: CM/ECF

Marty Steinberg
Adriana Riviere-Badell
**Hunton & Williams, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: 305-810-2500
Fax: 305-810-2460
Email: msteinberg@hunton.com
Email: ariviere-badell@hunton.com
Attorneys for Defendant Nutro Products, Inc.
Service by: CM/ECF