UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,

vs.

MARS INC., PROCTOR & GAMBLE CO.,
et al.,

    Defendants.
_____/

## WAL-MART STORES, INC.'S JOINDER IN PETCO ANIMAL SUPPLIES, INC.'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING REPORT

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") hereby joins in the Motion for Extension of Time to File Joint Scheduling Report ("Motion") by PETCO Animal Supplies, Inc. ("PETCO"), and states as follows:

1. In addition to the reasons set forth in PETCO's Motion, Wal-Mart retained undersigned counsel of record just this week. Attempting so quickly to reach agreement with plaintiffs on a Joint Scheduling Report and Proposed Order, and failing that, preparing a separate proposal for the Court's consideration, would be a substantial challenge and burden. As set forth in PETCO's Motion, efforts to reach agreement with plaintiffs' counsel soon became futile.

2. This Motion is made in good faith and not for any purpose of undue delay.

3. A proposed order is attached as Exhibit A.

WHEREFORE, for all the reasons set forth in PETCO's Motion and as stated above, Wal-Mart respectfully requests that this Court grant it an extension to file a Scheduling Report and Proposed Order until July 16, 2007.

## CERTIFICATION OF GOOD FAITH ATTEMPT TO RESOLVE

Counsel for Wal-Mart hereby certifies that, before filing this motion, they conferred with plaintiffs' counsel in a good faith effort to resolve the issues raised in the motion, but no agreement was reached.

Dated June 6, 2007.

Respectfully submitted,

SQUIRE SANDERS & DEMPSEY, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax: 561-655-1509
Email: jbmurray@ssd.com

200 S. Biscayne Boulevard
Suite 4000
Miami, FL 33131
Phone: 305-577-7040
Email: rlhanger@ssd.com

By:   /s/ Robin Lea Hanger
      John B. T. Murray, Jr.
      Florida Bar No. 962759
      Robin Lea Hanger
      Florida Bar No. 177172

Attorneys for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

By: /s/ Robin Lea Hanger
Robin Lea Hanger

<u>CERTIFICATE OF SERVICE</u>

RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.
Case No. 07-21221-CIV-ATONAGA/TURNOFF

<u>SERVICE LIST</u>

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jforeman@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
Email: jmaltzman@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

| | |
|---|---|
| Susan Elizabeth Mortensen<br>**COFFEY BURLINGTON**<br>2699 S Bayshore Drive<br>Penthouse<br>Miami, FL 33133<br>Telephone: 305-858-2900<br>Facsimile: 305-858-5261<br>Email: smortensen@coffeyburlington.com<br>*Attorneys for Petsmart Inc.* | Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT & EIDSON**<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>Telephone: 954-463-2700<br>Facsimile: 954-463-2224<br>Email: hugh.turner@akerman.com<br>Attorneys for Publix Supermarkets, Inc. |

MIAMI/4197899.1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,
vs.

MARS INC., PROCTOR & GAMBLE CO.,
et al.,

    Defendants.
_____/

## ORDER GRANTING WAL-MART STORES, INC. AN EXTENSION OF TIME TO FILE A JOINT SCHEDULING REPORT

THIS CAUSE, having come before the Court on Defendant Wal-Mart Stores, Inc.'s Joinder to the Motion for Extension of Time to File Joint Scheduling Report filed by PETCO Animal Supplies, Inc., and the Court, being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1.     Defendant Wal-Mart Stores, Inc. has until July 16, 2007 to file a Joint Scheduling Report and Proposed Joint Scheduling Order.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this _____ day of _____, 2007.

                                                    _____
                                                    CECILIA MARIA ALTONAGA
                                                    UNITED STATES DISTRICT JUDGE

Copies: Magistrate Judge William C. Turnoff and counsel of record