UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
others similarly situated,

       Plaintiffs,

v.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES,
PET SUPERMARKET, INC.
PETSMART INC.
TARGET CORP.,
WAL-MART STORES, INC.

       Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES

THIS CAUSE having come before the Court on Defendants' Joint Motion for Enlargement of Time to File Joint Scheduling Report and Certificates of Interested Parties, filed on June 6, 2007. The Court has considered the Motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. The parties have until July 10, 2007 or some point thereafter as directed by the Court to file the Joint Scheduling Report and Certificates of Interested Parties.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this _____ of June, 2007.

```
                                    _____
                                    CECILIA ANTONAGA
                                    U.S. DISTRICT COURT JUDGE
```

Copies furnished to:
All counsel and parties on attached Service List

PHILADELPHIA\3204832\1