UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

CASE NO. 07-21221-CV-CMA

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

  Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

  Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO: E. J. Wunsch - Corporate Secretary
   The Proctor & Gamble Company
   One Procter & Gamble Plaza
   C-2
   Cincinnati, OH 45202

 **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

   Catherine J. MacIvor
   Florida Bar No. 932711
   Maltzman Foreman, P.A.
   One Biscayne Tower
   2 South Biscayne Boulevard
   Suite 2300
   Phone: 305-358-6555
   Facsimile: 305-374-9077

PROCTOR AND GAMBLE. - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____          ____JUN - 6 2007_____
CLERK                                                              DATE

__[signature]_____
(BY) DEPUTY CLERK

2

PROCTOR AND GAMBLE. - SUMMONS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. ~~07-21-221-CMA~~

07-21221-CV-CMA

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO:  Nestle U.S.A., Inc.
      CT Corporation System
      1200 S. Pine Island Road
      Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

NESTLE USA INC. - SUMMONS

CASE NO. 07-21221-CU-CMA

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox
CLERK

_____
(BY) DEPUTY CLERK

JUN - 6 2007
DATE

2

NESTLE USA INC. - SUMMONS