# Affidavit of Process Server

United States District Court District of Delaware
(NAME OF COURT)

| Blaszkowski | vs Mars | |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Tom Fredericks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Mars Inc Registered Agent Corporation Trust Company**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complanit**

by leaving with **Scott LaScala    Manager    1-302-777-0226**                                   At
                        NAME                    RELATIONSHIP

☐ Residence _____
                ADDRESS                              CITY / STATE

☑ Business **1209 Orange St, Wilmington, DE 19801**
                ADDRESS                              CITY / STATE

On **May 25th, 2007**                    AT **12:15 P.M**
        DATE                                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                                                    DATE
from_____
        CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____  (2)_____
                                                                DATE        TIME          DATE        TIME
(3)_____  (4)_____  (5)_____
  DATE    TIME        DATE    TIME        DATE    TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **29th** day of **May**, 2007

Fredericks & Palmer Process Serving LLC.
614 Herzel Avenue
Northfield, NJ 08225
(609) 677-8850

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires 3/28/10

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **NJ**

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Frederic I. & Palmer Process Servers LLC
644 Haskell Avenue
Northfield, NJ 08225
(609) 677-9999

MAY 2007

30 MAY 2007 SOUTH JERSEY P & DC

30 MAY 2007 SOUTH JERSEY 080

30 MAY 2007 SOUTH JERSEY P & DC

SOUTH JERSEY 080

USA First-Class

Maltzman Foreman
Liz Muffaris
2 S. Biscayne Blvd, Ste 2300
Miami, Fl 33131

JUN - 4 2007