UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.

MARS, INCORPORATED, PROCTOR
AND GAMBLE CO., COLGATE
PALMOLIVE CO.,
DEL MONTE FOODS CO., NESTLE
U.S.A., INC., NUTRO PRODUCTS, INC.,
MENU FOODS, INC., MENU FOODS
INCOME FUND, PUBLIX
SUPERMARKETS, INC., WINN DIXIE
STORES, INC., PETCO ANIMAL
SUPPLIES, INC., PET SUPERMARKET,
INC., PETSMART, INC., TARGET CORP.,
WAL-MART STORES, INC.

    Defendants.
_____/

**DEFENDANT MARS, INCORPORATED'S RULE 7.1 DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order of May 16, 2007, Defendant Mars, Incorporated ("Mars") certifies that it does not have a corporate parent and that there is no publicly held corporation that owns 10% or more of Mars' stock.

Mars further certifies that it knows of no interested parties, related to Mars, that have a direct financial interest in the outcome of this case.

Respectfully submitted,

**DORTA & ORTEGA, P.A.**

/s/Omar Ortega, Esq.
FL Bar No.: 0095117
DOUGLAS ENTRANCE
800 S. Douglas Road, Suite 149
Miami, FL 33134
Tel:    (305) 461-5454
Fax:    (305) 461-5226
oortega@dortaandortega.com

*Attorneys for Mars Incorporated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmission of a Notice of Electronic Filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.


By: /s/Omar Ortega, Esq._____
    Omar Ortega, Esq.
    Florida Bar No. 0095117
    DORTA AND ORTEGA, P.A.
    Douglas Entrance
    800 S. Douglas Road, Suite 149
    Coral Gables, Florida 33134
    Phone:    (305) 461-5454
    Facsimile: (305) 461-5226
    oortega@dortaandortega.com

SERVICE LIST
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
Maltzman Foreman, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorney for Plaintiffs

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey L.L.P
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Tel: 561.650.7200 / Fax: 561.655.1509
WAL-MART STORES, INC.
Attorney for Defendant

PROCTER AND GAMBLE CO.
Steven W. Jemison, Corporate Secretary
The Proctor & Gamble Company
One Procter & Gamble Plaza
C-2
Cincinnati, OH 45202
Defendant

**JOHN J. KUSTER**
jkuster@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
COLGATE PALMOLIVE COMPANY
Attorney for Defendant

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
DEL MONTE FOODS, CO.
Attorney for Defendant

NESTLE U.S.A INC.
CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103
 Defendant

**CHARLES ABBOTT**
cabbott@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
NUTRO PRODUCTS INC.
Attorney for Defendant

MENU FOODS, INC.
Chief Financial Officer
Menu Foods, Inc.
9130 Griffith Morgan, Ln,
Pennsauken, NJ 08110-3211
 Defendant

MENU FOODS INCOME FUND
Mark Wiens, CFO, VP
Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON
Canada L5N1B1
Defendant

**STEVE BUSEY**
busey@smithhulsey.com
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202
Tel: 904.359.7700 / Fax: 904.353.9908
WINN DIXIE STORES, INC.
Attorney for Defendant

**CASSIDY DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street
Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
PET SUPERMAKET, INC.
Attorney for Defendant

**KATHLEEN S. PHANG**
kphang@sfklaw.com
Seipp, Flick & Kissane
Two Alhambra Plaza
Suite 800
Miami, Florida 33134-5241
Tel: 305.995.5600 / Fax: 305.995-6100
TARGET CORP.
Attorney for Defendant

**HUGH J. TURNER JR.**
hugh.turner@akerman.com
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
PUBLIX SUPERMARKETS, INC.
Attorney for Defendant

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Tel: 561.650.7200 / Fax: 561.655.1509
PETCO ANIMAL SUPPLIES, INC.
Attorney for Defendant

**SUSAN MORTENSEN**
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive
Miami, Florida 33133
Tel: 305.858.2900 / Fax: 305.858.5261
PETSMART INC.
Attorney for Defendant