# Affidavit of Process Server

## United States District Court District of Delaware
(NAME OF COURT)

Blaszkowski _____ VS Mars _____

PLAINTIFF/PETITIONER            DEFENDANT/RESPONDENT              CASE NUMBER

I Tom Fredericks _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Del Monte Foods Co. Registered Agent Ct Company
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complanit

by leaving with Scott LaScala   Manager   1-302-777-0226                    At
NAME                    RELATIONSHIP

☐ Residence _____
ADDRESS                      CITY / STATE

☑ Business 1209 Orange St, Wilmington, DE 19801
ADDRESS                      CITY / STATE

On May 25th, 2007 _____ AT 12:15 P.M
DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY              STATE              ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address     ☑ Moved, Left no Forwarding     ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE        TIME                    DATE        TIME

(3)_____ (4)_____ (5)_____
DATE      TIME            DATE      TIME            DATE      TIME

**Description:.** Age_____ Sex_____ Race_____ Height_____ Weight_____ Hair_____ Beard_____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29th ____ day of May _____, 2007

**Fredericks & Palmer Process Serving LLC.**
**614 Herzel Avenue**
**Northfield, NJ 08225**
**(609) 677-8850**

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires: 3/2/10

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NJ

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Fredericks & Palmer Process Serving LLC
614 Hazel Avenue
Northfield, NJ 08225
(609) 677-8860

MAY 2007

JERSEY 080 SOUTH JERSEY P & DC

30    MAY 2007

JUN - 4 2007

Maltzman Foreman
Liz Muffaris
2 S. Biscayne Blvd, Ste 2300
Miami, Fl 33131

SOUTH JERSEY 080

SOUTH JERSEY P & D

30