UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---

**RENEE BLASZKOWSKI, AMY HOLLUB AND PATRICIA DAVIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED**

Plaintiff(s), Petitioner(s)

*against*

**MARS INC., ET AL**

Defendant(s), Respondent(s)

---

CLIENT: Fredericks & Palmer Process Serving, LLC

INDEX NO.: 07-21221

DATE OF FILING: 5/9/2007

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Michele VonEisengrien being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Manchester, CT.

I certify that on, **May 22, 2007**, at **10:03 AM**, I received the within **Summons In A Civil Action and Class Action Complaint** for service. Furthermore, that on **May 22, 2007 at 3:00 PM at CT Corporation Services, One Commercial Plaza, Hartford, CT 06103**, deponent served the **Summons In A Civil Action and Class Action Complaint** upon **Nestle USA, Inc.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In A Civil Action and Class Action Complaint** with **Mary Foran** a person who is known to be the **Information Specialist** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In A Civil Action and Class Action Complaint**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **36-50** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Michele VonEisengrien, Private Process Server

Sworn to before me on May 24, 2007

Notary Public
My Commission Expires: 08/31/2009

[Notary Seal: KEITH D. NIZIANKIEWICZ, NOTARY PUBLIC, CONNECTICUT]

| PLAINTIFF/PETITIONER: RENEE BLASZDOVSKI, AMY HOLLUB, AND PATRICIA DAVIS et al | CASE NUMBER: 07-21221 |
|---|---|
| DEFENDANT/RESPONDENT: MARS INC, NUTRO PRODUCTS INC, DEL MONT | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):            (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Dov Sandler
   b. Address: 1800 W. Beverly Blvd. Suite 104, Montebello, Calif. 90640
   c. Telephone number: 323-721-3600
   d. **The fee** for service was: $ 45.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☒ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.: 3990
         (iii) County: Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: May 23, 2007

Dov Sandler
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶ /s/ Dov Sandler
                                                                  (SIGNATURE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| RENEE BLASZKOWSKI, ET AL<br><br>PLAINTIFFS<br><br>VS.<br><br>MARS, INC., ET AL<br><br>DEFENDANTS | CASE NO: 07-21221<br><br>AFFIDAVIT OF SERVICE |

STATE OF OHIO       )
                    ) SS.
COUNTY OF HAMILTON  )

TO: STEVEN W. JEMISON, CORPORATE SECRETARY
THE PROCTER & GAMBLE COMPANY
ONE PROCTER & GAMBLE PLAZA
C-2
CINCINNATI, OH 45202

__KIRK MCCRACKEN__ PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS UPON THE ABOVE NAMED PARTY ON THE __22__ DAY OF __MAY__, 20__07__, AT APPROXIMATELY __2:00 P__ M.

( ) BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE ABOVE NAMED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE ABOVE NAMED PARTY;

(X) BY DELIVERING AND LEAVING WITH __DONNA QUINN, LEGAL ADMIN__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE ABOVE NAMED PARTY, AUTHORIZED TO ACCEPT SERVICE,

( ) UPON BEING INSTRUCTED BY _____ LEFT A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ ON THE ____ DAY OF _____, 2____, AT APPROXIMATELY _____ __M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW);

(NOTES) _____

RECEIVED BY: __Donna Quinn__  SERVICE DATE: __5/22/07__  TIME: __2:00__

_____
PROCESS SERVER
LITIGATION SUPPORT SERVICES
817 MAIN STREET, STE. 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __22__ DAY OF __MAY__, __2007__.

_____
NOTARY PUBLIC – STATE OF OHIO & KENTUCKY
MY COMMISSION EXPIRES: __2-28-09__

Frederick & Palmer Process Serving LLC
614 Mansal Avenue
Northfield, NJ 08225
(609) 677-9000

MAY 2007

NEW JERSEY 080 SOUTH JERSEY P & DC
30 MAY 2007 SOUTH JERSEY 080 SOUTH JERSEY P & D

USA First-Class

Maltzman Foreman
Liz Muffaris
2 S. Biscayne Blvd, Ste 2300
Miami, Fl 33131

JUN -4 2007