## AFFIDAVIT OF SERVICE

STATE OF __FLORIDA__ }
         __SOUTHERN DIST.__ } ss.
COUNTY OF __OF FLORIDA__ }

I declare under oath that I served the following pleadings in this case:

- SUMMONS

on __5/22/07__ in __CALIF__ County of __L.A.__ on this __22nd__ day of __MAY, 2007__ at __3:30__ a.m./__p.m.__ at the following location:
__18635 GALE AVE., CITY OF INDUSTRY, CA. 91744__

✓ by handing it to a person identified to me as __RONALD M. ONG, SR. V.P.__   __NUTRO PRODUCTS__
__ by leaving it with _____ who refused service.
__ by leaving it with _____ designated
to receive service for _____.

I am over the age of 18 years and am not interested in nor a party to this case.

_____
Private Process Server

Signed under oath before me on __5/22/07__, 2007

My Commission expires: __1-25-10__

S E A L

_____
Notary Public



FELIPE VALLES
COMM. #1533554
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Jan. 25, 2010