Blaszkowski et al v. Mars Inc. et al — Doc. 53
JUN-07-2007 11:09 From: To:3053749077 P.2/3
Case 1:07-cv-21221-CMA    Document 53    Entered on FLSD Docket 06/07/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

RENEE BLASZKOWSKI, ET AL.                              CASE NO: 07-21221

    PLAINTIFFS

VS                                                     AFFIDAVIT OF SERVICE

MARS, INC., ET AL.

    DEFENDANTS

STATE OF OHIO     )
                             ) ss.
COUNTY OF HAMILTON )

TO:  STEVEN W. JEMISON, CORPORATE SECRETARY
      THE PROCTER & GAMBLE COMPANY
      ONE PROCTER & GAMBLE PLAZA
      C-2
      CINCINNATI, OH 45202

KIRK MCCRACKEN PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE SUMMONS, COMPLAINT AND ACCOMPANYING DOCUMENTS UPON THE ABOVE NAMED PARTY ON THE __22__ DAY OF __MAY__, 20__07__, AT APPROXIMATELY __2:00 P__ M.

( )  BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PARTY PERSONALLY;

( )  BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE ABOVE NAMED PARTY;

( )  BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE ABOVE NAMED PARTY;

(X)  BY DELIVERING AND LEAVING WITH __Donna Quinn, Legal Admin__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE ABOVE NAMED PARTY, AUTHORIZED TO ACCEPT SERVICE;

( )  UPON BEING INSTRUCTED BY _____ LEFT A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ ON THE ____ DAY OF _____, 2____ AT APPROXIMATELY _____ M.

( )  SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW);

(NOTES) _____

RECEIVED BY: Donna Quinn    SERVICE DATE: 5/22/07    TIME: 2:00

_[signature]_
PROCESS SERVER

LITIGATION SUPPORT SERVICES
817 MAIN STREET, STE. 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __22__ DAY OF __MAY__, __2007__

_[signature]_
NOTARY PUBLIC – STATE OF OHIO & KENTUCKY
MY COMMISSION EXPIRES: 2-28-07