UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
Individually and on behalf of
Others similarly situated,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET. INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC

**AFFIDAVIT OF SERVICE**

I, Dale Noll, Process Server of the Town of Milton, in the Province of Ontario,

MAKE OATH AND SAY:

1. I served Menu Foods Income Fund

    with the Summons in a Civil Case and a Class Action Complaint

    by leaving a copy with Mark Wiens, Vice President,

    a person who appeared to be in care and control of the company

    on May 23, 2007, at approximately 3:13 pm

    at: 8 Falconer Drive, Streetville, Ontario, Canada.

2. I was able to identify the person by means of his verbal admission to being

    Mark Wiens.

Sworn before me at the City
of Hamilton,
in the Province
of Ontario
on May 24, 2007

_____   _____
A Notary in and for the Province of Ontario          Dale Noll

**J. DOUGLAS REDFEARN**
Barrister and Solicitor
3385 Harvester Road, Suite 220
Burlington, Ontario L7N 3N2

Fredericks & Palmer Process Serving LLC
614 Hazel Avenue
Northfield, NJ 08225
(609) 677-9890

MAY 2007

SOUTH JERSEY 080

30 MAY 2007

SOUTH JERSEY P & DC

Maltzman Foreman
Liz Muffarris
2 S. Biscayne Blvd, Ste 2300
Miami, Fl 33131

JUN - 4 2007