UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants, Wal-Mart Stores, Inc., PETCO Animal Supplies, Inc., and Del Monte Foods, Co.'s Motions to enlarge the time for the parties to file their joint scheduling report [D.E. 43, 44 & 45]; and Defendant, Mars Inc.'s Motion for Extension of Time to File Response as to Complaint [D.E. 48]. In the first motions, Defendants seek an enlargement of time, or until July 16, 2007, to submit their proposed scheduling report, and Plaintiffs oppose that request. Because the request for additional time is a reasonable one in light of the issues addressed by Defendants, and finding there to be no prejudice to Plaintiffs or the Court in granting the enlargement, it is

**ORDERED AND ADJUDGED** that the Motions for enlargement of time [D.E. 43, 44 & 45] are **GRANTED** in part. To assist the parties in resolving the scheduling issues, it is further **ORDERED** that the parties are to appear before the undersigned, on **Friday, July 6, 2007 at 8:30 a.m.**, for a scheduling conference pursuant to Local Rule 16.1 B.3, at which time they shall be prepared to address the pre-trial and trial dates for this case.

Case No. 07-21221-Civ-Altonaga/Turnoff

Mars, Inc.'s Motion for Extension of Time to File Response as to Complaint [D.E. 48] is **GRANTED**. Counsel for this Defendant is reminded in the future to comply with Local Rule 7.1 A.2 and the CM/ECF Administrative Procedures, pursuant to which proposed orders must be filed initially as an attachment to a motion, notice, or other filing. The final version of the proposed document **must** be e-mailed to Judge Altonaga at altonaga@flsd.uscourts.gov. The final version of the proposed document **shall be submitted by e-mail in WordPerfect or Word format**. The e-mail line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 00-cv-00000 Order).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of June, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Magistrate Judge William C. Turnoff
       counsel of record