UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  07-21221 CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and
on behalf of others similarly situated,

   Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.;
COLGATE PALMOLIVE, CO.; DEL MONTE
FOODS, INC.; NESTLE U.S.A., INC.; NUTRO
PRODUCTS, INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN DIXIE
STORES, INC.; PETCO ANIMAL SUPPLIES,
INC.; PET SUPERMARKET, INC.; PETSMART,
INC.; TARGET CORP.; AND WAL-MART
STORES, INC.,

   Defendants.
_____/

**DEFENDANT DEL MONTE FOODS CO.'S RULE 7.1 DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

  Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order of May 16, 2007,

Defendant Del Monte Foods Co. ("Del Monte") certifies that it does not have a corporate parent

and that there is no publicly held corporation that owns 10% or more of Del Monte's stock.

  Del Monte further certifies that it knows of no interested parties related to Del Monte,

that have a direct financial interest in the outcome of this case.

COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955

        Respectfully submitted,

        COZEN O'CONNOR
        *Attorneys for Del Monte Foods Company*
        Wachovia Financial Center
        200 South Biscayne Boulevard
        Suite 4410
        Miami, Florida 33131-4332
        Telephone: 305-704-5940
        Facsimile: 305-704-5955

        By __*s/ Sherril M. Colombo*_____
           SHERRIL M. COLOMBO
           Fla. Bar No.: 0948799
           scolombo@cozen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon the following addressees via the Court's electronic e-filing this 7th day of June, 2007:

| | |
|---|---|
| Hugh J. Turner Jr., Esq.<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Tel. 954-463-2700<br>Fax 954-463-2224<br>*Attorneys for Publix Super Markets, Inc.* | Catherine J. MacIvor, Esq.<br>Jeffrey Eric Foreman, Esq.<br>Jeffrey Bradford Maltzman, Esq.<br>MALTZMAN FOREMAN, PA<br>2 South Biscayne Boulevard<br>Suite 2300<br>Miami, FL 33131<br>Tel. 305-358-6555<br>Fax 305-374-9077<br>*Counsel for Plaintiff* |
| John Brian Thomas Murray, Jr., Esq.<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel. 561-650-7200<br>Fax 561-655-1509<br>*Attorneys for Defendant Petco Animal Supplies, Inc.* | Rolando Andres Diaz, Esq.<br>Cassidy Yen Dang, Esq.<br>Maria Kayanan, Esq.<br>KUBICKI DRAPER, P.A.<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Tel. 305-982-6722<br>Fax 305-374-7846<br>*Attorneys for Pet Supermarket, Inc.* |

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel. 904-359-7700
Fax 904-353-9908
*Attorneys for Winn-Dixie Stores, Inc.*

Omar Ortega, Esq.
DORTA AND ORTEGA, P.A.
800 S. Douglas Road
Suite 149
Coral Gables, Florida  33134
Tel. 305-461-5454
Fax 305-461-5226
*Attorneys for Mars Inc.*

John J. Kuster, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Tel. 212-839-7336
Fax 212-839-5599
*Attorneys for Colgate Palmolive Co.*


Procter & Gamble, Co.
Steven W. Jemison, Corporate Secretary
One Procter & Gamble Plaza
C-2
Cincinnati, OH 45202

Menu Foods Income Fund
Mark Wiens, CFO, VP
8 Falconer Drive
Streetsville, ON
Canada L5N1B1

Susan E. Mortensen, Esq.
COFFEY BURLINGTON
2699 South Bayshore Drive
Penthouse
Miami, FL 33133
Tel. 305-858-2900
Fax 305-858-5261
*Attorneys for Petsmart, Inc.*

Kathleen S. Phang, Esq.
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, Florida  33134
Tel. 305-995-5600
Fax 305-995-6100
*Attorneys for Target Corp.*

Marty Steinberg, Esq.
Adriana Riviere-Badell, Esq.
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida  33131
Tel. 305-810-2500
Fax 305-810-2460
*Attorneys for Nutro Products, Inc.*

Menu Foods, Inc.
Chief Financial Officer
9130 Griffin Morgan Lane
Pennsauken, NJ 08110-3211


Nestle U.S.A., Inc.
CT Corporation System
One Corporate Center
Floor 11
Hartford, CT 06103


   __*s/ Sherril M. Colombo*_____
   SHERRIL M. COLOMBO