# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

RENEE BLASZKOWSKI, AMY HOLLUB
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

       Plaintiffs,

vs.

MARS INC., PROCTOR AND GAMBLE
CO., COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO., NESTLE U.S.A.
INC., NUTRO PRODUCTS INC., MENU
FOODS, INC., MENU FOODS INCOME
FUND, PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC., PETCO
ANIMAL SUPPLIES, INC., PET
SUPERMARKET, INC., PETSMART INC.,
TARGET  CORP.,  WAL-MART  STORES,
INC.,

       Defendants.

_____/

CASE NO. 07-21221-CIV-ALTONAGA
Magistrate Judge Turnoff

## CERTIFICATE OF INTERESTED PARTIES FILED BY
### DEFENDANT PETCO ANIMAL SUPPLIES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's May 17, 2007 Order

Requiring Scheduling Report and Certificate of Interested Parties, PETCO Animal Supplies, Inc.

("PETCO"), hereby certifies that it has no corporate parent and no publicly held corporation

owns 10% or more of its stock.  PETCO is jointly owned by two private equity group entities

controlled by Leonard Green & Partners and Texas Pacific Group.  PETCO has a wholly-owned

subsidiary named PETCO Animal Supplies Stores, Inc.

CASE NO. 07-21221 ALTONAGA
Magistrate Judge Turnoff

Dated June 7, 2007.                     Respectfully submitted,

SQUIRE SANDERS & DEMPSEY, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Phone: 561-650-7200
Fax: 561-655-1509
Email: jbmurray@ssd.com

200 S. Biscayne Boulevard
Suite 4000
Miami, FL 33131
Phone: 305-577-7040
Email: rlhanger@ssd.com

By:   /s/ Robin Lea Hanger
        John B. T. Murray, Jr.
        Florida Bar No. 962759
        Robin Lea Hanger
        Florida Bar No. 177172

Attorneys for Defendants PETCO Animal Supplies,
Inc. and Wal-Mart Stores, Inc..

CASE NO. 07-21221 ALTONAGA
Magistrate Judge Turnoff

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record identified on the attached Service List.

/s/ Robin Lea Hanger.
Robin Lea Hanger

CASE NO. 07-21221 ALTONAGA
Magistrate Judge Turnoff

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
**Case No. 07-21221-CIV-ALTONAGA/TURNOFF**

## SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
E-Mail:    cmacivor@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
E-Mail:    jforeman@mflegal.com
*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 374-9077
E-Mail:    jmaltzman@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561-.650-7200
Facsimile: 561-655-1509
E-Mail:    jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc.*
*and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail:    RD@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Maria Kayanyan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail:    mek@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

CASE NO. 07-21221 ALTONAGA
Magistrate Judge Turnoff

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
E-Mail:    smortensen@coffeyburlington.com
*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone:  954-463-2700
Facsimile:  954-463-2224
E-Mail:    hugh.turner@akerman.com
*Attorneys for Publix Supermarkets, Inc.*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
E-Mail:    kphang@sfklaw.com
*Attorneys for Target Corp.*

Charles Abbott
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
Telephone: 213-229-7887
Facsimile: 213-229-6887
E-Mail:    cabbott@gibsondunn.com
*Attorneys for Nutro Products Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:  305-374-7846
E-Mail:    cyd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Steve Busey
**SMITH HULSEY & BUSEY**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Telephone: 904-359-7700
Facsimile:  904-353-9908
E-Mail:    busey@smithhulsey.com
*Attorneys for Winn Dixie Stores, Inc.*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, FL 33131-2303
Telephone: 305-704-5945
Facsimile: 305-704-5955
E-Mail:    scolombo@cozen.com
*Attorneys for Del Monte Foods, Co.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail:    msteinberg@hunton.com
*Attorneys for Nutro Products, Inc.*

SQUIRE, SANDERS & DEMPSEY L.L.P.

CASE NO. 07-21221 ALTONAGA
Magistrate Judge Turnoff

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail:    ariviere-badell@hunton.com
*Attorneys for Nutro Products, Inc.*

Omar Ortega
**DORTA AND ORTEGA P.A.**
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
E-Mail:    oortega@dortaandortega.com
*Attorneys for Mars, Inc.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
E-Mail:    calicko@hhl.com
*Attorneys for Nestle USA, Inc.*

Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Ln.
Pennsauken, NJ 08110-3211
*Defendant*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
E-Mail:    jkuster@sidley.com
*Attorneys for Colgate Palmolive Company*

Procter and Gamble Co.
Steven W. Jemison, Corporate Secretary
The Procter & Gamble Company
One Procter & Gamble Plaza, C-2
Cincinnati, OH 45202
*Defendant*

Menu Foods Income Fund
Mark Wiens, CFO, VP
8 Falconer Drive
Streetsville, ON
Canada L5N1B1
*Defendant*