UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, et al.

      Plaintiffs

vs.

MARS, INC..
PROCTOR AND GAMBLE CO., et. al.

      Defendants.
_____/

## DEFENDANT PET SUPERMARKET, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, and this Court's Order of May 16, 2007, Defendant Pet Supermarket, Inc. certifies that it does not have a corporate parent. Pet Supermarket, Inc. is a privately held Subchapter S Corporation owned by an individual, Charles E. West. Pet Supermarket, Inc. owns two wholly owned Limited Liability Companies, First Floor LLC and West Air LLC.

Pet Supermarket, Inc. further certifies that it knows of no interested parties related to Pet Supermarket, Inc. that have a direct financial interest in the outcome of this case.

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

Respectfully submitted,

**Kubicki Draper P.A.**
25 West Flagler Street PH
Miami, FL 33130
Telephone: 305-982-6634
Facsimile: 305-374-7846

By:   /s/ *[signature]*
MARIA KAYANAN (FBN 305601)
mek@kubickidraper.com
ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
CASSIDY DANG (FBN 16482)
cyd@kubickidraper.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Filed electronically this 7th day of June 2007

/s/ *[signature]*
Maria Kayanan
Fla. Bar No.: 305601
mek@kubickidraper.com

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor, Esq.<br>Jeffrey E. Foreman, Esq.<br>Jeffrey B. Maltzman, Esq.<br>**Maltzman Foreman, P.A.**<br>One Biscayne Tower<br>2 South Biscayne Boulevard<br>Suite 2300<br>Miami, FL 33131<br>Tel:  305-358-6555<br>Fax:  305-374-9077<br>Email: cmacivor@mflegal.com<br>Email: jforeman@mflegal.com<br>Email: jmaltzman@mflegal.com<br>Attorneys for Plaintiffs<br>Service by CM/ECF | Marty Steinberg, Esq.<br>Adriana Riviere-Badell, Esq.<br>**Hunton & Williams, LLP**<br>Mellon Financial Center<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131<br>Tel: 305-810-2500<br>Fax: 305-810-2460<br>Email: msteinberg@hunton.com<br>Email: ariviere-badell@hunton.com<br>Attorneys for Defendant Nutro Products, Inc.<br>Service by: CM/ECF |
| John B.T. Murray, Jr., Esq.<br>**Squire Sanders & Dempsey LLP**<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel:  561-650-7200<br>Fax: 561-655-1509<br>Robin Lea Hanger, Esq.<br>**Squire Sanders & Dempsey, LLP**<br>200 S. Biscayne Boulevard 40th Floor<br>Miami, FL 33131-2398<br>Tel: 305-577-7040<br>Fax: 305-577-7001<br>Email: jbmurray@ssd.com<br>Email: rlhanger@ssd.com<br>Attorneys for Defendant Petco Animal Supplies, Inc.<br>Service by CM/ECF | Hugh Turner, Esq.<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Tel: 954-463-2700<br>Fax: 954-463-2224<br>Email: hugh.turner@akerman.com<br>Attorneys for Defendant Publix Supermarkets, Inc.<br>Service by CM/ECF |

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

| | |
|---|---|
| Susan Mortensen, Esq.<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Tel: 305-858-2900<br>Fax: 305-858-5261<br>Email: Smortensen@Coffeyburlington.com<br>Attorneys for Defendant Petsmart, Inc.<br>Service by: CM/ECF | Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>**SMITH, HULSEY & BUSEY**<br>225 Water Street Suite 1800<br>Jacksonville, FL 32203<br>Tel: 904-359-7700<br>Fax: 904-353-9908<br>Email: busey@smithhulsey.com<br>Email: cjackson@smithhulsey.com<br>Attorneys for Defendant Winn-Dixie Stores, Inc.<br>Service by CM/ECF |
| Sherril May Colombo, Esq.<br>**Cozen O' Connor**<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>Tel: 305-704-5940<br>Fax: 305-704-5955<br>Email: scolombo@cozen.com<br>Attorneys for Defendant Del Monte Foods, Co.<br>Service by CM/ECF | Omar Ortega, Esq.<br>**Dorta & Ortega, P.A.**<br>800 S. Douglas Rd.<br>Douglas Entrance Suite 149<br>Coral Gables, FL 33134<br>Tel: 305-461-5454<br>Fax: 305-461-5226<br>Email: ortegalaw@bellsouth.net<br>Attorneys for Defendant Mars, Inc.<br>Service by CM/ECF |
| Kathleen S. Phang, Esq.<br>**Seipp, Flick & Kissane**<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134<br>Tel: 305-995-5600<br>Fax: 305-995-6100<br>Email: kphang@sfklaw.com<br>Attorneys for Defendant Target Corp.<br>Service by CM/ECF | Charles Abbott, Esq.<br>**Gibson, Dunn & Crutcher LLP**<br>333 Grand Avenue Suite 4600<br>Los Angeles, California<br>Tel: 213-229-7887<br>Fax: 213-229-6887<br>Email: cabbott@gibsondunn.com<br>Attorneys for Defendant Nutro Products, Inc.<br>Service by CM/ECF |

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

| | |
|---|---|
| Carol A. Licko<br>**Hogan & Hartson, L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131<br>Tel: 305-459-6500<br>Fax: 305-459-6550<br>Email: calicko@hhl.com<br>Attorneys for Defendant Nestle USA, Inc.<br>**Service by facsimile and U.S. mail** | John J. Kuster, Esq.<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel: 212-839-7336<br>Fax: 212-839-5599<br>Email: jkuster@sidley.com<br>Attorneys for Colgate Palmolive Company<br>**Service by facsimile and U.S. mail** |