IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.
_____/

**DEFENDANT WAL-MART STORES, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

      Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's May 16, 2007 Order Requiring Scheduling Report and Certificates of Interested Parties, Defendant Wal-Mart Stores, Inc., through counsel, hereby certifies that the following entities may have an interest in the outcome of the case: Wal-Mart Stores, Inc.; Wal-Mart Stores East, LP; Sam's West, Inc.; and Sam's East, Inc. The three latter entities are wholly-owned, direct or downstream subsidiaries of Wal-Mart Stores, Inc., a publicly-traded company. No other company owns 10% or more of the shares of Wal-Mart Stores, Inc. A complete list of Wal-Mart affiliates is attached hereto as Exhibit A.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Dated: June 7, 2007

        Respectfully submitted,

        **SQUIRE, SANDERS & DEMPSEY L.L.P**
        1900 Phillips Point West Palm Beach
        777 South Flagler Drive
        West Palm Beach, Florida 33480
        Telephone: 561.650.7200
        Facsimile:  561.655.1509

By: /s/ John B. T. Murray, Jr.
     John B.T. Murray, Jr., Esquire
     Florida Bar Number 962759
     E-Mail: jbmurray@ssd.com

Attorneys for Defendant Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

/s/ John B. T. Murray, Jr.
John B. T. Murray, Jr.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

# CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

# SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S. Biscayne Boulevard
Suite 2300 - One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   305-374-9077
E-Mail:      cmacivor@mflegal.com
*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone:  561-.650-7200
Facsimile:   561-655-1509
E-Mail:      jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S. Biscayne Boulevard
Suite 2300 - One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:      jforeman@mflegal.com
*Attorneys for Plaintiff*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:   305-374-7846
E-Mail:      RD@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S. Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:      jmaltzman@mflegal.com
*Attorneys for Plaintiff*

Maria Kayanyan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:   305-374-7846
E-Mail:      mek@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S. Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
E-Mail: smortensen@coffeyburlington.com
*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone: 954-463-2700
Facsimile: 954-463-2224
E-Mail: hugh.turner@akerman.com
*Attorneys for Publix Supermarkets, Inc.*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, FL 33131-2303
Telephone: 305-704-5945
Facsimile: 305-704-5955
E-Mail: scolombo@cozen.com
*Attorneys for Del Monte Foods, Co.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: ariviere-badell@hunton.com
*Attorneys for Nutro Products, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*

Robin Lea Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
Suite 4000
Miami, FL 33131
Telephone: 305-577-7040
Facsimile: 305-577-7001
E-Mail: rlhanger@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: msteinberg@hunton.com
*Attorneys for Nutro Products, Inc.*

Omar Ortega
**DORTA AND ORTEGA P.A.**
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
E-Mail: oortega@dortaandortega.com
*Attorneys for Mars, Inc.*

TALLAHASSEE/57751.1
06/07/07