# EXHIBIT A
# LIST OF DOMESTIC AND FOREIGN ENTITIES

Dockets.Justia.com

List of Domestic and Foreign Entities

| Entity Name |
| --- |
| 056464 New Brunswick, Inc. |
| 1334218 Ontario, Inc. |
| 2066363 Ontario, Inc. |
| 3945333 Manitoba Limited |
| 513703 New Brunswick Limited |
| 577103 British Columbia Limited |
| 6 & 7 Development Limited |
| A-14 Partnership |
| Administradores Comerciales, S.A. |
| Administradores del Sur, S.A. de C.V.", |
| Agropecuaria el Surco |
| Alimentos Naturales Alin, S.A. |
| Allright Securities Corp. |
| Arras 1 SAS |
| Arras Batiment 1 SAS |
| Arras Common Parts SAS |
| Arrendadora de Bienes Inmuebles Turmalina, S. de R.L. de C.V. |
| Arrendadora de Centros Comerciales, S. de R.L. de C.V. |
| Arrendadora de Restaurantes, S. de R.L. de C.V. |
| Arrendadora Roalsa, S. de R.L. de C.V. |
| ASDA CS Limited (f.k.a. Asda Card Services Ltd) |
| ASDA Employee Share Schemes Trustee Limited |
| ASDA Finance Limited |
| ASDA Financial Services Limited |
| ASDA Group Insurance Company Limited |
| ASDA Group Limited |
| ASDA Quest Trustee Limited |
| ASDA Storage Limited |
| ASDA Stores Limited |
| ASDA Trustees (Nominee) Limited |
| Asesores de Negocios Internacionales A.I.N., S.A. |
| Asesores Intelectuales, S.A. |
| Asistente de Negocios, S.A. |
| Assedox S. L. |
| Bandsound Limited |
| Beaune Pagny Batiment 3 SCI (fka Gazeley Beaune Pagny Batiment 3 SCI) |
| Beaver Lake Aviation |
| Beijing WM Stores Co., Ltd. |
| Benchmark Realty Advisors, Inc. |
| Benchmark Resources, Inc. |
| Berry Field Shopping Centres Limited |
| Bienes Inmuebles Selectos, S. de R.L. de C.V. |
| Bienes Raices Arco, S. de R.L. de C.V. |
| Bienes Raices Baleares, S. de R.L. de C.V. |
| Bienes Raices Cuajimalpa, S. de R.L. de C.V. |
| Bienes Raices Del Real, S. de R.L. de C.V. |
| Bienes Raices El Olmo, S. de R.L. de C.V. |
| Bienes Raices Petrarca, S. de R.L. de C.V. |
| Bienes Raices Ventura, S. de R.L. de C.V. |
| BL Gazeley Limited |
| Blondel, S. de R.L. de C.V. |
| Blueleaf Investments, Inc. |
| Bocasa Bienes Raices, S. de R.L. de C.V. |

| Entity Name |
|---|
| Bompreco Bahia S.A. |
| Bompreco S.A. - Supermercados do Nordeste |
| BOX SUTTON UK LTD |
| Bracebridge Power Centre Inc. |
| Broadleaf Investments, Inc. |
| Broadstreet Continental Finance S.a.r.l. Munsbach (Luxembourg) |
| Broadstreet Continental Finance S.a.r.l. Munsbach (Luxembourg), Schaffhausen Branch |
| Broadstreet Continental Holdings, Ltd. Liab. Co |
| Broadstreet European Holdings, BV |
| Broadstreet European Management Ltd. Liab. Co. |
| Broadstreet Financial Services, Inc. |
| Broadstreet Global Activities Ltd. Liab. Co. |
| Broadstreet Great Wilson Europe, Ltd. |
| Broadstreet Insurance Company |
| Broadstreet Investments Co. |
| Broadstreet of Gibralter -- Consultadoria E Projectos LDA (fka Giglio Enterprises Consultadoria E Projectos LDA) |
| Broadstreet of Munsbach, S.a.r.l. |
| Broadstreet South Bank Finance, Ltd Partnership |
| Broward, S.A. |
| Burwood House (Farnborough 1) Limited |
| Burwood House (Farnborough 2) Limited |
| Burwood House Developments Limited |
| Burwood House Group Ltd |
| BVI Trust for WMGS Shenzhen |
| Carcroft Corporation, N.V. |
| CARHCO, N.V. |
| Cayey II Corp. |
| Centre Commerciaux Sherbrooke Limitee |
| Centres Commerciaux Premieres Neiges Ltee |
| Centro Comercial Desamparados, S.A. |
| Centro Comercial, S.A. |
| Claims Management, Inc. |
| Clube de Multifidelizacao Ltda. |
| CMA-USA, L.C. |
| Cmxm CORPORACION MAS POR MENOS, S.A. |
| Colthrop Mill Developments Limited |
| Colthrop Mill Limited |
| Comercial Brassavola, S.A. |
| COMERCIAL LA UNION, S.A. |
| Comercializadora Mexico Americana, S. de R.L. de C.V. |
| Comidas Rapidas, S.A. |
| Compañia Lovaina Azurra, S.A. |
| Corinth Services Limited |
| Corporacion Agroindustrial Internacional, S.A. |
| Corporacion de Companias Agroindustriales de El Salvador, S.A. de C.V. |
| Corporacion de Compañias Agroindustriales, S.A. (a.k.a. CCA, S.A.) |
| Corporacion De Supermercados Unidos, S.A. (a.k.a. CSU, S.A.) |
| CORPORACION SUPERMERCADOS UNIDOS de Nicaragua S.A. |

List of Domestic and Foreign Entities

| Entity Name |
|---|
| Crato Properties, S.A. |
| CST MMV, LLC |
| Dalian Wal-Mart Stores Co., Ltd. (formerly Dalian Wal-Mart Management Services Company Ltd.) |
| Delta Park (Enfield) Limited |
| Derry Ten Limited |
| Desarrolladora Internacional DCI, S.A. |
| Desarrolladora y Comercializadora Internacional, S.A. |
| Desarrollo Inmobiliario Plaza Oriente, S. de R.L. de C.V. |
| Desarrollos e Inversiones Inmobiliarias Chaparral Limitada |
| Desarrollos Forestales Anta Teresa, S.A. |
| Desarrollos Inmobiliarios Deinsa Del Valle Central, S.A. |
| Developpements Laval Papineau Limitee |
| Developpements Premieres Neiges Limitee |
| Developpements Trois Routes, Inc. |
| Distribuidora Espiritu Santo, S.A. |
| Dongguan Wal-Mart Stores Co., Ltd. (Formerly Dongguan Wal-Mart East Lake Stores Company Ltd.) |
| Du Havre Centre Developments Limited |
| East Point, S.A. |
| Empresas Integradas, S.A. |
| Essencerealm Limited |
| Estate Endo K.K. |
| EVER 1295 Ltd. |
| Fen Farm Developments Limited |
| First Baystone Shopping Centres Limited |
| First Bolton Developments Limited |
| First Brockton Investments Limited |
| First Charlotte Developments Limited |
| First Clareview Developments |
| First Constant Developments Limited |
| First Courtside Developments Limited |
| First Garden Centres Limited (Kapuskasing) |
| First Garden Centres Limited (St. Catharines) |
| First Gem Shopping Centres Limited |
| First Great North Shopping Centres Limited |
| First Happy Trails Developments Limited |
| First Lethcol Shopping Centres Limited |
| First Marblestone Developments Limited |
| First Milner Shopping Centres Limited |
| First Mountain Brook Shopping Centres Limited |
| First Okanagan Shopping Centres Limited |
| First Pemstar Investments Limited |
| First Polo Shopping Centres Limited |
| First Prince George Developments Limited |
| First Queensborough Shopping Centres Limited |
| First Railside Shopping Centres Limited |
| First Richmond North Shopping Centres Limited |
| First Roughriders Developments Limited |
| First Simcha Shopping Centres Limited |
| First South Common Shopping Centres Limited |
| First South Lethbridge Developments Limited |

List of Domestic and Foreign Entities

List of Domestic and Foreign Entities

| Entity Name |
|---|
| First South Trail Developments Limited |
| First St. Albert Developments Limited |
| First Stick Pond Developments Limited |
| First Truro Shopping Centres Limited |
| First Westmonton Developments Limited |
| First Westmorland Shopping Centres Limited |
| First Willow Developments Limited |
| First Win Developments Limited |
| First Windsor Shopping Centres Limited |
| Frontage Associates |
| Fuji Label K.K. |
| Fukuoka YF K.K. |
| Fundacion Wal-Mart de Mexico, A.C. |
| Garben (Bahamas) Trading & Investment Company Ltd. |
| Gazeley (Kettering) Limited |
| Gazeley (Watford) Limited |
| Gazeley Active Investment Management Limited |
| Gazeley Belgium SPRL |
| Gazeley Delta Park Limited |
| Gazeley Espana S.L. |
| Gazeley France SAS |
| Gazeley Investments Limited |
| Gazeley Italia SRL |
| Gazeley Limited (fka Gazeley Holdings Limited) |
| Gazeley Logistics SAS |
| Gazeley Marsh Leys Limited |
| Gazeley Purfleet Limited |
| Gazeley UK Limited (fka Gazeley Properties Limited) |
| George Davies Holdings Limited |
| Gifu YF K.K. |
| GIIP GP Limited |
| GIIP LP Limited |
| Global Sourcing Hungary Service Limited Liability Company |
| Global Sourcing, Inc. |
| Granja Avicola Ricura, S.A. |
| Green River Spirits, LLC |
| Grupo Britanico GBCR para el Desarrollo y las Inversiones, S.A. |
| Grupo Latinoamericano de Negocios Gln, S.A. |
| Hamamatsu Creation K.K. |
| HH (LP) Limited |
| Hiper, S.A. de C.V |
| Hiperpeti Comercial Ltda. |
| Hokkaido Seiyu K.K. |
| Hortifruti de Honduras, S.A. |
| HORTIFRUTI DE NICARAGUA, S.A. |
| Hortifruti, S.A. |
| Hospitality Network K.K. |
| Huntail Participacoes Ltda |
| Industrias Cárnicas Integradas de Honduras, S.A. |
| INDUSTRIAS CARNICAS INTEGRADAS DE NICARAGUA, S.A. |
| Industrias Carnicas Integradas, S.A. |
| Inmobiliaria Alagoas, S. de R.L. de C.V. |

| Entity Name |
|---|
| Nagahama City Development K.K. |
| Negocios Gerenciales, S.A. |
| Neighborhood Revitalization Development Corp. |
| new entity |
| New Westminster Shopping Centres Limited |
| Nicoh K.K. |
| Nijikom K.K. |
| Nordicline Limited |
| North Arkansas Wholesale Co., Inc. |
| Norwich Riverside Limited |
| Nueva Wal-Mart de Mexico, S. de R.L. de C.V. |
| Okinawa Wakana K. K. |
| Operadora de Calidad, S.A. |
| Operadora de Tiendas, S.A. |
| Operadora del Oriente, S.A. de C.V. |
| Operadora del Sur, S.A. de C.V." |
| Operadora Suburbia, S. de R.L. de C.V. |
| Operadora VIPS, S. de R.L. de C.V. |
| Operadora Wal-Mart, S. de R.L. de C.V. |
| Operadores Gerenciales, S.A. |
| Pacific Tour Systems K.K |
| Pagny Common Parts SAS |
| Paiz Ahold N.V. |
| Panificadora El Hornito, S.A. |
| Pescarnes, S.A. |
| Petipreco Comercial Ltda. |
| Pickering Shopping Developments Centers Limited |
| Pino Comercial, S.A. |
| Pluto Development, Inc. |
| Porth Investments Ltd |
| Preferio, S.A. |
| Prince George Developments Centres Limited |
| Principal Reinsurance, Inc. |
| Prostock Developments Limited |
| Protección Permanente, S.A. |
| Quality Licensing Corporation |
| Ravensbank Developments Limited |
| Ravensbank Limited |
| Real Sounds Development Limited |
| Representaciones Unicorporativas, S.A. |
| Restaurantes VIPS, S. de R.L. de C.V. |
| Retail Finance GBR |
| Ridge Shopping Centres Inc. |
| Royal Cobourg Centres Limited |
| RUDU Verwaltungsellschaft GmbH |
| RULIM Verwaltung GmbH & Co. Objekt Ratingen KG |
| S.S. Communications K.K. |
| S.S.V. K.K. |
| Saguenay Centre Developments Limited/Developpements |
| Sam's East, Inc. |
| Sam's Property Co. |
| Sam's PW, Inc. |
| Sam's Real Estate Business Trust |
| Sam's Spirits, LLC |

List of Domestic and Foreign Entities

List of Domestic and Foreign Entities

| Entity Name |
|---|
| Sam's West, Inc. |
| Sapporo YF K.K. |
| Saskashop Centre Inc. |
| SCC K.K. |
| Seiyu (Shatin) Company Limited |
| Seiyu (Singapore) Private Limited |
| Seiyu Holdings Pte. Ltd. |
| Seiyu International Finance B.V. |
| Seiyu Investment (Singapore) Pte. Ltd. |
| Seiyu Service K.K. |
| Sellos Botija, S.A. |
| Serpa de El Salvador, S.A. de C.V |
| Serpro, S. de R.L. de C.V. |
| Servicios Administrativos Wal-Mart, S. de R.L. de C.V. |
| Shanghai Liaison Office of WMGS (Shanghai) Co., Ltd |
| Shenyang Wal-Mart Stores Co., Ltd. |
| Sherekan, S.A. |
| Simons Gazeley Limited |
| Skywalker Shopping Centres Limited |
| SMAP Pte Ltd. |
| Smile K.K. |
| Smis K.K. |
| Sociedad Tenedora de Acciones S.T.A. de Centroamerica, S.A. |
| SOLUM Grunstucks-Vermietungsgesellschaft mbH & Co. Objekt Promohypermarkt Donaueschingen KG Dusseldorf |
| SOLUM Grunstucks-Vermietungsgesellschaft mbH & Co. Objekt Promohypermarkt Koln KG Dusseldorf |
| Sonae Distribuicao Brasil S.A. |
| Sonae Promotora de Vendas Ltda |
| Sonaecred Sociedade de Credito, Financiamento E Investimento S.A. |
| SUBLICA Grundsticks-Und Vermietungsgesellschaft mbH |
| Suburbia, S. de R.L. de C.V. |
| Sunny K.K. |
| Sunshine Talk K.K. |
| Supermercados Pali, S.A. |
| Taservi, S.A. |
| Tenedora Agroindustrial Dos, S.A. |
| Tenedora Agroindustrial Uno, S.A. |
| Tenedora Inmobiliaria Centroamericana Teince, S.A. |
| Tenedora Inmobiliaria Internacional Tein Dos ABC, S.A. |
| Tenedora Inmobiliaria Internacional Tein Tres DFG, S.A. |
| Tenedora Inmobiliaria Internacional Tein Uno, S.A. |
| Texas Retail Energy, LLC |
| TFB Corporation, N.V. |
| The George Davies Partnership Limited |
| The Seiyu, Ltd. |
| Tiendas Aurrera, S. de R.L. de C.V. |

List of Domestic and Foreign Entities

| Entity Name |
|---|
| Tiendas Wal-Mart, S. de R.L. de C.V. (f.k.a. Almacenes Aurera, S. de R.L. de C.V.) |
| Tohoku Seiyu K.K. |
| Tohoku Wakana K. K. |
| Transportadora Bompreco Ltda. |
| Trop Beau Developments Limited |
| Unicity Mall Limited |
| Urpavi, S.A. |
| Veraneio Participacoes Ltda. |
| Wakana K.K. |
| Wal-Mart (China) Investment Co., Ltd. |
| Wal-Mart Administrations GmbH |
| Wal-Mart Advisory Services, Inc. |
| Wal-Mart Argentina S.R.L. |
| Wal-Mart Associates, Inc. |
| Wal-Mart Brasil, Ltda |
| Wal-Mart Canada Corp. |
| Wal-Mart Canada Investment Partnership |
| Wal-Mart Canada Realty, Inc. |
| Wal-Mart Canada Venture Corporation |
| Wal-Mart Cayman (Canadian) Finance Co. |
| Wal-Mart Cayman (Euro) Finance Co. |
| Wal-Mart Cayman (Sterling) Finance Co. |
| Wal-Mart China Company Limited |
| Wal-Mart Chinese Holding Company Limited |
| Wal-Mart de Mexico, S.A. de C.V. |
| Wal-Mart East China Stores Co., Ltd. |
| Wal-Mart Far East Holdings Co., Ltd. |
| Wal-Mart First Professional Realty Partnership |
| Wal-Mart Germany GmbH and Co. KG |
| Wal-Mart Germany Grundstucks-Gesellschaft mbH |
| Wal-Mart Germany Verwaltung GmbH |
| Wal-Mart Germany, Inc. |
| Wal-Mart Holdings International, Ltd |
| Wal-Mart International Holdings, Inc. |
| Wal-Mart Korea Company, Limited |
| Wal-Mart Leasing, Inc. |
| Wal-Mart LN (UK) Limited |
| Wal-Mart Louisiana, LLC |
| Wal-Mart Mitte GmbH & Co. KG |
| Wal-Mart Pecos Investment, LLC |
| Wal-Mart Pharmacy (B.C.) Limited |
| Wal-Mart Pharmacy (N.S.) Limited |
| Wal-Mart Pharmacy (Sask.) Limited |
| Wal-Mart Pharmacy Limited |
| Wal-Mart PRC Company Limited |
| Wal-Mart Property Co. |
| Wal-Mart Puerto Rico Acquisition II |
| Wal-Mart Puerto Rico, Inc. |
| Wal-Mart Real Estate Business Trust |
| Wal-Mart Realty Company |
| Wal-Mart Rio Grande Investment, LLC |
| Wal-Mart SB Warenhaus AG |
| Wal-Mart Shopping Card Company |
| Wal-Mart Stores (UK) Ltd. |
| Wal-Mart Stores Betailgungen GmbH |

| Entity Name |
|---|
| Wal-Mart Stores East, Inc. |
| Wal-Mart Stores East, LP |
| Wal-Mart Stores Texas, LP |

List of Domestic and Foreign Entities