IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| | (Judge Cecilia M. Altonaga) |
| Plaintiffs, | |
| v. | |
| MARS INC., et al., | **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendants. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs Renee Blaszkowski, Amy Hollub, and Patricia Davis, Defendant The Procter & Gamble Company ("Procter & Gamble") moves for an extension of time up to and including July 5, 2007, to serve its response to the Complaint. In support of its request, Procter & Gamble would show:

1. On May 9, 2007, Plaintiffs filed a 58-page Complaint alleging fraudulent misrepresentation and fraudulent concealment, negligent misrepresentation, violations of the Florida Deceptive and Unfair Trade Practices Act, violations of Florida Statute § 817.41, negligence, strict products liability, breach of implied warranty, breach of express warranty, and unjust enrichment against several defendants, including Procter & Gamble.

2.  On or about May 22, 2007, Plaintiffs served the Complaint on Defendant Procter & Gamble. The Federal Rules of Civil Procedure require that Procter & Gamble file an answer or otherwise respond to the Complaint by June 11, 2007.[1]

3.  Undersigned counsel has been retained recently and requires additional time to prepare a response to the Complaint.

4.  On May 29, 2007, this Court granted Defendant PETCO's Motion for an Extension of Time to Respond to Complaint, giving PETCO until July 5, 2007 to serve its response to the Complaint.

5.  Pursuant to Local Rule 7.1(3a), counsel for Procter & Gamble and Plaintiffs have conferred and Plaintiffs have consented to similarly extend the time in this case for Procter & Gamble to respond to the Complaint, or otherwise plead, until July 5, 2007.

6.  This motion is made in good faith and not for any purpose of undue delay.

WHEREFORE, Procter & Gamble respectfully requests an extension of time, up to and including July 5, 2007, to serve its response to the Class Action Complaint.

---

[1] In the Joint Motion for Enlargement of Time to File Joint Scheduling Report and Certificate of Interested Parties, which was filed June 6, 2007, Procter & Gamble represented to the Court — through counsel for Defendant Del Monte, Co. — that it had not been served with a copy of the Summons and Complaint. On June 7, 2007, Plaintiffs submitted an Affidavit of Service, which indicates that Plaintiffs served Procter & Gamble on May 22, 2007. Procter & Gamble submits this Agreed Motion for Extension of Time to Respond to Complaint without waiving any defense of, among other things, defects in service.

Respectfully submitted,

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Telephone: (937) 227-3710
Telecopier: (937) 227-3717
E-mail: djireland@ficlaw.com

_____
Alan Graham Greer (Bar No.)
RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4010
Telecopier (305) 373-4099
E-mail: agreer@richmangreercom

Attorneys for Defendant
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I certify that on the 9th day of June, 2007, I electronically filed the foregoing Agreed Motion for Extension of Time to Respond to Complaint with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Catherine J. MacIvor
Jeffrey Eric Foreman
Jeffrey Bradford Maltzman
MALTZMAN FOREMAN PA
One Biscayne Boulevard - Suite 2300
Miami, FL  33131

Counsel for Plaintiffs
Rene Blaszkowski
Amy Hollub
Patricia Davis


Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL  33134

Counsel for Defendant
Mars Incorporated


Sherril May Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL  33131

Counsel for Defendant
Del Monte Foods, Co.

Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.


Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.

Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
505 74th Street
Unit A-6
Miami Beach, FL 33141

Counsel for Defendant
Pet Supermarket, Inc.


Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, FL 33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company


Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.


Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211


Menu Foods Income Fund
Mark Wiens, CFO, VP
8 Falconer Drive
Streetsville, ON
Canada L5N1B1


Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

_____
Alan Graham Greer

7