IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARS INC., et al.,<br><br>Defendants. | CASE NO. 1:07-cv-21221-CMA<br><br>(Judge Cecilia M. Altonaga)<br><br><br><br>**[PROPOSED ORDER]** |

**THIS CAUSE** has come before the Court on Defendant The Procter & Gamble Company's Consent Motion for Extension of Time to Respond to Complaint, filed June 7, 2007. The Court has considered the Motion, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion is Granted. The Defendant, The Procter & Gamble Company, has until July 5, 2007, to serve its response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ____ day of June, 2007.

_____
HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE