IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| | (Judge Cecilia M. Altonaga) |
| Plaintiffs, | |
| v. | **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE PROCTER & GAMBLE COMPANY** |
| MARS INC., et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Procter & Gamble Company ("Procter & Gamble") states that it is a publicly traded corporation. No publicly held corporation owns 10% or more of the stock of Procter & Gamble.

Respectfully submitted,

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Telephone: (937) 227-3710
Facsimile: (937) 227-3717
E-mail: djireland@ficlaw.com

Alan Graham Greer (Bar No.)
RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4010
Facsimile: (305) 373-4099
E-mail: agreer@richmangreercom

Attorneys for Defendant
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I certify that on the ___4th___ day of June, 2007, I electronically filed the foregoing Fed. R. Civ. P. 7.1 Corporate Disclosure Statement of Defendant The Procter & Gamble Company with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Catherine J. MacIvor
Jeffrey Eric Foreman
Jeffrey Bradford Maltzman
MALTZMAN FOREMAN PA
One Biscayne Boulevard - Suite 2300
Miami, FL  33131

Counsel for Plaintiffs
Rene Blaszkowski
Amy Hollub
Patricia Davis


Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL  33134

Counsel for Defendant
Mars Incorporated


Sherril May Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL  33131

Counsel for Defendant
Del Monte Foods, Co.

Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.


Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.

Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
505 74th Street
Unit A-6
Miami Beach, FL 33141

Counsel for Defendant
Pet Supermarket, Inc.


Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, FL 33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company


Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.


Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211


Menu Foods Income Fund
Mark Wiens, CFO, VP
8 Falconer Drive
Streetsville, ON
Canada L5N1B1


Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

_____
Alan Graham Greer