UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned counsel, DARREN W. FRIEDMAN, ESQ., associated with the law firm of MALTZMAN FOREMAN, PA hereby notifies all parties of his appearance on behalf of the Class Representatives, RENEE BLASZKOWSKI, AMY HOLLUB and PATRICIA DAVIS, individually and on behalf of others similarly situated, and request that all correspondence,

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

pleadings and/or documents otherwise relating to this action be directed to the undersigned accordingly.

Dated: June 8, 2007
Miami, Florida

Respectfully submitted,

*/s/ Darren W. Friedman*_____
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
DARREN W. FRIEDMAN 9FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 8th day of June, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

          */s/ Darren W. Friedman*_____
          Darren W. Friedman

**SERVICE LIST**
**CASE NO. 07-21221 ALTONAGA/Turnoff**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs

PROCTER AND GAMBLE CO.
Steven W. Jemison, Corporate Secretary
The Proctor & Gamble Company
One Procter & Gamble Plaza
C-2
Cincinnati, OH 45202
Defendant

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
Attorneys for Defendant Del Monte Foods, Co.

**CHARLES ABBOTT**
cabbott@gibsondunn.com
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
    - AND -
**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**

**PHILIP A. SECHLER**
psechler@wc.com
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202.434.5459 / Fax: 202.434.5029
Attorneys for Defendant Mars, Inc.

**JOHN J. KUSTER**
jkuster@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
Attorneys for Defendant Colgate Palmolive Company

**ROBERT TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
Attorneys for Nestle U.S.A., Inc.

MENU FOODS, INC.
Chief Financial Officer
Menu Foods, Inc.
9130 Griffith Morgan, Ln,
Pennsauken, NJ 08110-3211
 Defendant

Ariviere-badell@hunton.com
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Tel: 305.810.2500 / Fax: 305.810.2460
Attorneys for Defendant Nutro Products Inc.

| | |
|---|---|
| **MENU FOODS INCOME FUND** | **HUGH J. TURNER JR.** |
| Mark Wiens, CFO, VP | Hugh.turner@akerman.com |
| Menu Foods Income Fund | Akerman Senterfitt |
| 8 Falconer Drive | Las Olas Centre II, Suite 1600 |
| Streetsville, ON | 350 East Las Olas Blvd. |
| Canada L5N1B1 | Ft. Lauderdale, Florida 33301-2229 |
| Defendant | Tel: 954.463.2700 / Fax: 954.463.2224 |
| | Attorneys for Defendant Publix Supermarkets, Inc. |
| **STEVE BUSEY** | **JOHN B. T. MURRAY, JR.** |
| Smith Hulsey & Busey | jbmurray@ssd.com |
| 225 Water Street | Squire, Sanders & Dempsey L.L.P. |
| Suite 1800 | 1900 Phillips Point West Palm Beach |
| Jacksonville, Florida 32202 | 777 South Flagler Drive |
| Tel: 904.359.7700 / Fax: 904.353.9908 | West Palm Beach, Florida 33480 |
| Attorneys for Defendant Winn Dixie Stores, Inc. | Tel: 561.650.7200 / Fax: 561.655.1509 |
| | Attorneys for Defendant Petco Animal Supplies, Inc. |
| **CASSIDY DANG** | **SUSAN MORTENSEN** |
| cyd@kubickidraper.com | www.coffeyburlington.com |
| **MARIA KAYANAN** | Coffey Burlington |
| mek@kubickidraper.com | 2699 S. Bayshore Drive |
| Kubicki Draper, P.A. | Miami, Florida 33133 |
| 25 West Flagler Street -Penthouse | Tel: 305.858.2900 / Fax: 305.858.5261 |
| Miami, Florida 33130 | Attorneys for Defendant Petsmart Inc. |
| Tel: 305.982.6722 / Fax: 305.374.7846 | |
| Attorneys for Defendant Pet Supermaket, Inc. | |
| **KATHLEEN S. PHANG** | **JOHN B. T. MURRAY, JR.** |
| kphang@sfklaw.com | jbmurray@ssd.com |
| Seipp, Flick & Kissane | Squire, Sanders & Dempsey L.L.P. |
| Two Alhambra Plaza | 1900 Phillips Point West Palm Beach |
| Suite 800 | 777 South Flagler Drive |
| Miami, Florida 33134-5241 | West Palm Beach, Florida 33480 |
| Tel: 305.995.5600 / Fax: 305.995-6100 | Tel: 561.650.7200 / Fax: 561.655.1509 |
| Attorney for Defendant Target Corp. | Attorneys for Defendant Wal-Mart Stores, Inc. |