IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,

      Plaintiffs,

v.

MARS, INC., *et al.*,

      Defendants.

_____/

## DEFENDANT NESTLE USA, INC.'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant Nestle USA, Inc., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs, moves for an enlargement of time to respond to the complaint in this action, and states:

1. Plaintiffs attempted service on Nestle USA, Inc. on May 22, 2007, which, if proper, would have made Nestle USA, Inc.'s response to the complaint in this action due to be served on or about June 11, 2007.[1]

2. An executed summons for Nestle USA, Inc. was issued on June 4, 2007, and Nestle USA, Inc. expects to be served with a copy of that summons and complaint at any time.

3. Out of an abundance of caution with respect to its response obligations and with the expectation that Nestle USA, Inc. will promptly be served with the executed summons, Nestle USA, Inc. is filing its motion for an extension of time to respond to the complaint today.

---

[1] As Plaintiffs have acknowledged, the summons Plaintiffs attempted to serve on Nestle USA, Inc. was not executed by the Clerk of the Court.

4. The complaint is a fifty-eight page, ten count complaint. The response to the complaint will take more time than ordinarily permitted under the Federal Rules of Civil Procedure.

5. Accordingly, Nestle USA, Inc. hereby requests an enlargement of time to respond to the complaint so that its response will be due on or before July 5, 2007.

6. This Court has already granted similar requests by Defendants Petco Animal Supplies, Inc., Pet Supermarket, Inc., Publix Supermarkets, Inc., Petsmart Inc., Wal-Mart Stores, Inc., Nutro Products, Inc., Del Monte Foods Co. and Mars, Inc. to extend the time to respond to the complaint until July 5, 2007.

7. This motion is made in good faith and not for any purpose of undue delay.

8. Pursuant to Local Rule 7.1(A)(3), counsel for Nestle USA, Inc. has conferred with counsel for Plaintiffs, and Plaintiffs' counsel has agreed to an extension of time, up to and including July 5, 2007.

9. Nestle USA, Inc. further states that it is making a special appearance for the sole purpose of moving for an extension of time to file its response to the complaint, and that it hereby reserves its rights to assert all available defenses in the future, including, among other things, defects in service.

WHEREFORE, Nestle USA, Inc. requests an enlargement of time so that its response to the complaint in this action is due to be served on or before July 5, 2007.

Dated: June 8, 2007

Respectfully submitted,

By: /s/ Carol A. Licko
    Carol A. Licko, Esquire
    Florida Bar Number 435872

**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: +1-305-459-6500
Fax: +1-305-459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant*
*Nestle USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM-ECF and/or by some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.

                                              Respectfully submitted,

                                              By: /s/ Carol A. Licko
                                                   Carol A. Licko, Esquire
                                                   Florida Bar Number 435872
                                                   calicko@hhlaw.com
                                                 **HOGAN & HARTSON L.L.P.**
                                                 Mellon Financial Center
                                                 1111 Brickell Avenue, Suite 1900
                                                 Miami, FL 33131
                                                 Telephone: +1-305-459-6500

**CERTIFICATE OF SERVICE**

**RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.**
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

**SERVICE LIST**

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: cmacivor@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com

*Attorneys for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jforeman@mflegal.com

*Attorneys for Plaintiff*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jmaltzman@mflegal.com

*Attorneys for Plaintiff*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone:  305-858-2900
Facsimile:  305-858-5261
Email:  smortensen@coffeyburlington.com

*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone:  954-463-2700
Facsimile:  954-463-2224
Email:  hugh.turner@akerman.com

*Attorneys for Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Mars, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Mars, Inc.*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail:  cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail:  msteinberg@hunton.com

*Attorneys for Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460
E-Mail:  ariviere-badell@hunton.com

*Attorneys for Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Colgate Palmolive Co.*

| | |
|---|---|
| Sherril M. Colombo<br>**SIDLEY AUSTIN LLP**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-704-5945<br>Facsimile: 305-704-5955<br><br>*Attorneys for Del Monte Foods, Co.* | Kathleen S. Phang<br>**SEIPP, FLICK & KISSANE**<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5241<br>Telephone: 305-995-5600<br>Facsimile: 305-995-6100<br>Email: kphang@sfklaw.com<br><br>*Attorneys for Target Corp.* |
| Alan G. Greer<br>**RICHMAN GREER, P.A.**<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Facsimile: (305) 373-4099<br>E-Mail: agreer@richmangreer.com<br><br>*Attorney for Defendant Procter & Gamble Co.* | Carol A. Licko, Esquire<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>E-Mail: calicko@hhlaw.com<br><br>*Attorney for Defendant Nestle USA, Inc.* |
| Chief Financial Officer<br>**MENU FOODS, INC**.<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110-3211<br><br>*Defendant* | Mark Wiens, CFO, VP<br>**MENU FOODS INCOME FUND**<br>8 Falconer Drive<br>Streetsville, ON<br>Canada L5N1B1<br><br>*Defendant* |