IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,

       Plaintiffs,

v.

MARS, INC., *et al.*,

       Defendants.

_____/

**ORDER GRANTING DEFENDANT NESTLE USA, INC.'S CONSENT MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

THIS CAUSE having come before the Court on Defendant Nestle USA, Inc.'s Consent Motion for Enlargement of Time to Respond to Complaint filed June 8, 2007, the Court has considered the Motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Nestle has until July 5, 2007, to serve its response to the complaint.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this _____ day of June, 2007.

 

CECILIA ALTONAGA
U.S. DISTRICT COURT JUDGE

Copies furnished to:
All counsel and parties on attached Service List.

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

### SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: cmacivor@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com

*Attorneys for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jforeman@mflegal.com

*Attorneys for Plaintiff*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jmaltzman@mflegal.com

*Attorneys for Plaintiff*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
Email: smortensen@coffeyburlington.com

*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
Email: hugh.turner@akerman.com

*Attorneys for Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Mars, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Mars, Inc.*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: msteinberg@hunton.com

*Attorneys for Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: ariviere-badell@hunton.com

*Attorneys for Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Colgate Palmolive Co.*

Sherril M. Colombo
**SIDLEY AUSTIN LLP**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-704-5945
Facsimile: 305-704-5955

*Attorneys for Del Monte Foods, Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-Mail: agreer@richmangreer.com

*Attorney for Defendant Procter & Gamble Co.*

Chief Financial Officer
**MENU FOODS, INC**.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

*Defendant*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: kphang@sfklaw.com

*Attorneys for Target Corp.*

Carol A. Licko, Esquire
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

Mark Wiens, CFO, VP
**MENU FOODS INCOME FUND**
8 Falconer Drive
Streetsville, ON
Canada L5N1B1

*Defendant*