IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,

      Plaintiffs,

v.

MARS, INC. *et al*.,

      Defendants.

_____

## **DEFENDANT NESTLE USA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Nestle USA, Inc. hereby discloses that it is a wholly-owned corporate subsidiary of Nestle Holdings, Inc. and that no publicly-held corporation owns 10% or more of Nestle USA, Inc.'s stock.

Respectfully submitted this 8th day of June.

                Respectfully submitted,

                By: /s/ Carol A. Licko
                    Carol A. Licko, Esquire
                    Florida Bar Number 435872

                **HOGAN & HARTSON L.L.P.**
                Mellon Financial Center
                1111 Brickell Avenue, Suite 1900
                Miami, FL 33131
                Telephone: +1-305-459-6500
                Fax: +1-305-459-6550
                E-Mail: calicko@hhlaw.com

                *Attorney for Defendant*
                *Nestle USA, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and to all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM-ECF and/or by some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.

                Respectfully submitted,

                By: /s/ Carol A. Licko
                   Carol A. Licko, Esquire
                   Florida Bar Number 435872

                   **HOGAN & HARTSON L.L.P.**
                   Mellon Financial Center
                   1111 Brickell Avenue, Suite 1900
                   Miami, FL 33131
                   Telephone: +1-305-459-6500

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.
### Case No. 07-21221-CIV-ALTONAGA/TURNOFF

### SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: cmacivor@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jforeman@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jmaltzman@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com

*Attorneys for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone:  305-858-2900
Facsimile:  305-858-5261
Email:          smortensen@coffeyburlington.com

*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone:  954-463-2700
Facsimile:  954-463-2224
Email:          hugh.turner@akerman.com

*Attorneys for Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Mars, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Mars, Inc.*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:  305-374-7846
E-Mail:          cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone:  305-810-2500
Facsimile:  305-810-2460
E-Mail:          msteinberg@hunton.com

*Attorneys for Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone:  305-810-2500
Facsimile:  305-810-2460
E-Mail:          ariviere-badell@hunton.com

*Attorneys for Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Colgate Palmolive Co.*

| | |
|---|---|
| Sherril M. Colombo<br>**SIDLEY AUSTIN LLP**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305-704-5945<br>Facsimile: 305-704-5955<br><br>*Attorneys for Del Monte Foods, Co.* | Kathleen S. Phang<br>**SEIPP, FLICK & KISSANE**<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5241<br>Telephone: 305-995-5600<br>Facsimile: 305-995-6100<br>Email: kphang@sfklaw.com<br><br>*Attorneys for Target Corp.* |
| Alan G. Greer<br>**RICHMAN GREER, P.A.**<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Facsimile: (305) 373-4099<br>E-Mail: agreer@richmangreer.com<br><br>*Attorney for Defendant Procter & Gamble Co.* | Carol A. Licko, Esquire<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>E-Mail: calicko@hhlaw.com<br><br>*Attorney for Defendant Nestle USA, Inc.* |
| Chief Financial Officer<br>**MENU FOODS, INC**.<br>9130 Griffith Morgan Lane<br>Pennsauken, NJ 08110-3211<br><br>*Defendant* | Mark Wiens, CFO, VP<br>**MENU FOODS INCOME FUND**<br>8 Falconer Drive<br>Streetsville, ON<br>Canada L5N1B1<br><br>*Defendant* |