**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff**


RENEE BLASKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

        Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

        Defendants.

_____/

**DEFENDANT COLGATE PALMOLIVE COMPANY'S**
**AGREED MOTION TO ENLARGE TIME TO PLEAD, MOVE OR OTHERWISE**
**RESPOND TO COMPLAINT AND TO FILE CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, COLGATE PALMOLIVE COMPANY (hereinafter referred to as "COLGATE"), by and through its undersigned attorneys, pursuant to Local Rule 7.1 of the United States District Court for the Southern District of Florida, moves for an enlargement of time up to and including July 6, 2007 in which to plead, move, or otherwise respond to the Complaint in this action and to file a Certificate of Interested Parties and Corporate Disclosure Statement, and as grounds therefore states:

    1.    Plaintiffs have filed a class action against Defendant for fraudulent misrepresentation and concealment, negligent misrepresentation, violation of Florida Unfair and Deceptive Trade Practices Act, violation of Florida statute section 817.41, negligence, strict products liability, breach of implied warranty, breach of express warranty and unjust enrichment.

    2.    On May 15, 2007, Plaintiffs served their Complaint on COLGATE.

MIA#2623066.1

3.      Due to the press of other matters, COLGATE is unable to properly respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  COLGATE therefore requests that it be given an enlargement of time to plead, move, or otherwise respond to Plaintiffs' Complaint up to and including July 6, 2007.

4.      On May 16, 2007, this Court issued an Order Requiring Scheduling Report and Certificates of Interested Parties (DE 7) to be filed on or before June 7, 2007. The Court granted Defendants' Motion for Enlargement of Time to file the joint scheduling report.

5.      COLGATE requests that it be given an enlargement of time to file its Certificate of Interested Parties and Corporate Disclosure Statement up to and including July 6, 2007.

6.      The undersigned obtained consent for the requested enlargements of time from Plaintiffs' counsel prior to the filing of this motion.

7.      This request for additional time is made in good faith and not for purposes of delay.  Plaintiff will not be prejudiced if the request is granted as this case is not currently set for trial.

8.      A proposed Order granting the requested enlargements of time is attached hereto as Exhibit "A".

**WHEREFORE**, COLGATE, respectfully requests that this Court grant its Motion to Enlarge Time for Defendant to Plead, Move or Otherwise Respond to Plaintiff's Complaint and to file its Certificate of Interested Parties and Corporate Disclosure Statement up to and including July 6, 2007.

Respectfully submitted,
CARLTON FIELDS, P.A.
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

Telephone:   (305) 530-0050
Facsimile:   (305) 530-0055
breid@carltonfields.com
ovieira@carltonfields.com

By: *s/Olga M. Vieira*
    BENJAMINE REID
    Florida Bar No.: 183522
    OLGA M. VIEIRA
    Florida Bar No.: 029783

*Attorneys Colgate Palmolive Company*

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2007, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

the following:

Hugh J. Turner Jr., Esq.
Akerman Senterfitt
350 E. Las Olas Boulevard
Fort Lauderdale, FL 33301

*Attorney for Publix Super Markets, Inc.*


John Brian Thomas Murray, Jr., Esq.
Squire, Sanders & Dempsey, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401

*Attorney for Defendant Petco Animal Supplies, Inc.*

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

*Attorneys for Winn-Dixie Stores, Inc.*

Catherine J. McIvor, Esq.
Jeffrey Eric Foreman, Esq.
Jeffrey Bradford Maltzman, Esq.
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131

*Counsel for Plaintiff*
Rolando Andres Diaz, Esq.
Cassidy Yen Dang, Esq.
Kubicki Draper
25 W. Flagler Street
Penthouse
Miami, FL 33130

*Attorneys for Pet Supermarket, Inc.*
Susan E. Mortensen, Esq.
Coffey Burlington
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL 33131

*Attorney for Petsmart, Inc.*

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055


By: *s/Olga M. Vieira*
    BENJAMINE REID
    Florida Bar No.: 183522
    OLGA M. VIEIRA
    Florida Bar No.: 029783