Blaszkowski et al v. Mars Inc. et al | Doc. 68 Att. 1
Case 1:07-cv-21221-CMA | Document 68-2 | Entered on FLSD Docket 06/08/2007 | Page 1 of 2

# Exhibit A

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

    Defendants.
_____/

## ORDER ON DEFENDANT COLGATE PALMOLIVE COMPANY'S AGREED MOTION TO ENLARGE TIME

This matter comes before the Court upon Colgate Palmolive Company's Motion to Enlarge Time to Plead, Move or Otherwise Respond to the Complaint in this action and to file Certificate of Interested Parties and Corporate Disclosure Statement. Having reviewed the file, being advised of the agreement of counsel and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's request for an enlargement of time is GRANTED.

2. Defendant shall plead, move or otherwise respond to the Complaint on or before July 6, 2007.

3. Defendant shall file a Certificate of Interested Parties and Corporate Disclosure Statement on or before July 6, 2007

**DONE AND ORDERED** in Chambers this _____ day of _____, 2007 at Miami, Florida.

                                            _____
                                            CECILIA M. ALTONAGA
                                            UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record

MIA#2623075.1