UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**, individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Colgate Palmolive Company's ("Colgate['s]") Agreed Motion to Enlarge Time to Plead, Move or Otherwise Respond to Complaint and to File Certificate of Interested Parties and Corporate Disclosure Statement [D.E. 68], filed on June 8, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 68]** is **GRANTED**. Colgate shall file its response to the Complaint and its Certificate of Interested Parties and Corporate Disclosure Statement on or before **July 6, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2007.

                                                      */s/ Cecilia M. Altonaga*
                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record