UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY
HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others
similarly situated,

        Plaintiffs,

vs.

**MARS, INC.**, et al.,

        Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court upon Defendant, Nestle USA, Inc.'s ("Nestle['s]")

Consent Motion for Enlargement of Time to Respond to Complaint [D.E. 66], filed on June 8, 2007.

The Court having reviewed the Motion and the record, and being otherwise fully advised in the

premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 66]** is **GRANTED**. Nestle shall file

its response to the Complaint on or before **July 5, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge William C. Turnoff
(2)  Counsel of record

Dockets.Justia.com