UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, The Procter & Gamble Company's ("Procter & Gamble['s]") Agreed Motion for Extension of Time to Respond to Complaint [D.E. 62], filed on June 8, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 62]** is **GRANTED**. Procter & Gamble shall file its response to the Complaint on or before **July 5, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of June, 2007.

                              *Cecilia M. Altonaga*
                              **CECILIA M. ALTONAGA**
                              **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge William C. Turnoff
(2)  Counsel of record