UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21221-CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

      Plaintiffs,

v.                                                                    **AGREED MOTION FOR
                                                                      EXTENSION OF TIME TO**
MARS, INC., et al,                                                    **RESPOND TO COMPLAINT**

      Defendants.
_____/

      Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs, Renee Blaszkowski, Amy Hollub, and Patricia Davis, Defendant, MENU FOODS, INC. moves for an extension of time up to and including July 5, 2007, to serve its response to the complaint. In support of its request, MENU FOODS, INC., would show:

      1.     On May 9, 2007, Plaintiffs filed a 58-page Complaint alleging fraudulent misrepresentation and fraudulent concealment, negligent misrepresentation, violations of the Florida Deceptive and Unfair Trade Practices Act, violations of Florida Statute §817.41, negligence, strict products liability, breach of implied warranty, breach of express warranty, and unjust enrichment against several defendants, including MENU FOODS, INC.

      2.     On or about the 23rd of May, 2007, Plaintiffs served the Complaint on Defendant MENU FOODS, INC. The Federal Rules of Civil Procedure require that

{013804.0109/L4126396_1}

MENU FOODS, INC. file an answer or otherwise respond to the Complaint by June 12, 2007.

3. The undersigned counsel requires additional time to prepare a response to the Complaint.

4. On the 11th of June, 2007, this Court granted Defendant COLGATE PALMOLIVE's Motion for an Extension of Time to respond to the Complaint, giving COLGATE PALMOLIVE until July 5, 2007 to serve its response to the Complaint.

5. Pursuant to Local Rule 7.1(3a), counsel for MENU FOODS and Plaintiffs have conferred and Plaintiffs have consented to similarly extend the time in this case for MENU FOODS to respond to the Complaint or otherwise plead, until July 5, 2007.

6. This Motion is made in good faith and not for any purpose of undue delay.

**WHEREFORE**, MENU FOODS, INC. respectfully requests an extension of time up to and including July 5, 2007 to serve its response to the Class Action Complaint.

Dated:    June 12, 2007

Respectfully submitted,

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)
Email: rdm@adorno.com
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531
*Attorneys for Defendants MENU FOODS, INC. and MENU FOODS INCOME FUND*

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D. McIntosh*
Robert D. McIntosh (FBN: 115490)

# SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 07-CIV-21221-ALTONAGA

Catherine J. MacIvor
Jeffrey Eric Foreman
Jeffrey Bradford Maltzinan
MALTZMAN FOREMAN PA
One Biscayne Boulevard - Suite 2300
Miami, FL 33131

Counsel for Plaintiffs
Rena Blaszkowski
Amy Hollub
Patricia Davis

Alan Graham Greer
Richman, Greer, Weil, Brumbaugh,
 Mirabito & Christensen
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, Florida   33131

Counsel for Defendant
The Procter & Gamble Company

Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio   45402

Of counsel for Defendant
The Procter & Gamble Company


Omar Ortega
DORTA AND ORTEGA, PA.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134

Counsel for Defendant
Mars Incorporated

Sherril May Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131

Counsel for Defendant
Del Monte Foods, Co.


Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.


Hugh S. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LLP
200 S. Biscayrie Boulevard
40th Floor
Miami, FL 33131-2398

{013804.0109/L4126396_1}

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.


Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
*505* 74th Street
Unit A-6
Miami Beach, FL 33141

Counsel for Defendant
Pet Supermarket, Inc.

Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, Fl. 33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P,
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LL.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/BCE participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company

Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.

Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

Menu Foods Income Fund
Mark Wiens, CEO, VP
8 Falconer Drive
Streetsyille, ON
Canada LSNIBI

Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

{013804.0109/L4126396_1}