UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21221-CIV-ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

        Plaintiffs,

v.

MARS, INC., et al,

        Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, MENU FOODS, INC.'s Agreed Motion for Extension of Time to Respond to Complaint, move or otherwise respond to Complaint and to File Certificate of Interested Parties and Corporate Disclosure Statement [D.E. 68], filed on June 12, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** MENU FOODS, INC. shall file its response to the Complaint and its Certificate of Interested Parties and Corporate Disclosure Statement on or before July 6, 2007.

**DONE AND ORDERED**, in Chambers in Miami, Florida, this \_\_\_\_ day of June, 2007.

                                        _____
                                        CECILIA M. ALTONAGA
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
   (1) Magistrate Judge William C. Turnoff
   (2) Counsel of record on attached Service List

# SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 1:07-cv-21221-CMA

Catherine J. MacIvor
Jeffrey Eric Foreman
Jeffrey Bradford Maltzinan
MALTZMAN FOREMAN PA
One Biscayne Boulevard - Suite 2300
Miami, FL 33131

Counsel for Plaintiffs
Rena Blaszkowski
Amy Hollub
Patricia Davis

Alan Graham Greer
Richman, Greer, Weil, Brumbaugh,
 Mirabito & Christensen
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, Florida   33131

Counsel for Defendant
The Procter & Gamble Company

Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio   45402

Of counsel for Defendant
The Procter & Gamble Company


Omar Ortega
DORTA AND ORTEGA, PA.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134

Counsel for Defendant
Mars Incorporated

{013804.0109/L4126397_1}

Sherril May Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131

Counsel for Defendant
Del Monte Foods, Co.


Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.


Hugh S. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LLP
200 S. Biscayrie Boulevard
40th Floor
Miami, FL 33131-2398

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.


Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
505 74th Street
Unit A-6
Miami Beach, FL 33141

Counsel for Defendant
Pet Supermarket, Inc.

Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, Fl. 33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P,
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LL.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/BCE participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company

Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.

Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

Menu Foods Income Fund
Mark Wiens, CEO, VP
8 Falconer Drive
Streetsyille, ON
Canada L5N1B1

Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

{013804.0109/L4126397_1}