UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Menu Foods, Inc.'s ("Menu Foods[']") Agreed Motion for Extension of Time to Respond to Complaint [D.E. 72], filed on June 12, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 72]** is **GRANTED**. Menu Foods shall file its response to the Complaint on or before **July 5, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record