| | |
|---|---|
| RENEE BLASZKOWSKI, ET, AL <br> Plaintiff | CASE NO.: 07-21221 CV-CMA <br><br> CIVIL DIV.: County Court ____ <br><br> Circuit Court ____ Federal Court XX |
| MARS INC., ET, AL <br> Defendant | SUMMONS AND COMPLAINT <br> Type of Writ |

Received this process on __JUNE 7, 2007 at 1 P.M.__

__XX__ Served ____ Returned, same on __NESTLE U.S.A. INC.__

Within named, on __6-8-2007__ at __11:10 A.__ M., in __BROWARD__ County, FL
AT C.T. CORP. SYSTEM-1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324

☐ INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ and informing such person of their contents.

☒ CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to __DONNA MOCH/CT CORP. SYS.__ as __SPV./ REGISTERED AGENT__ of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL: By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therein. After at least two attempts a minimum of six (6) hours apart _____ neither the above named tenant nor a person residing therein who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida.

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ OTHER RETURNS: _____

SHERIFF APPOINTED
I ACKNOWLEDGE that I am a ~~Certified~~ Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____ # 723
PROCESS SERVER (Signature)   D. NO.

CHRISTOPHER R. PALLIS
PROCESS SERVER   PRINTED NAME

CATHERINE J. MacIVOR, ESQ.
MALTZMAN FOREMAN, P.A.
2 S. BISCAYNE BLVD. #2300
MIAMI, FL 33131
ATTORNEY

The foregoing instrument was acknowledged before me this __8th__ day of __JUNE__, 20__07__
SHERIFF APPOINTED
by __CHRISTOPHER PALLIS__ ~~CERTIFIED~~ PROCESS SERVER who is personally known to me or who has produced _____ and who __DID__ take an oath.

OLIVIA ACOSTA
MY COMMISSION # DD 377098
EXPIRES: February 6, 2009
Bonded Thru Notary Public Underwriters

T.C. MANN, INC. Tel. 577-0220

dockets.Justia.com