UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-21221 CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

       Plaintiffs,

v

MARS, INC., et al,

      Defendants.
_____ _____/

## AGREED MOTION OF DEFENDANT TARGET CORPORATION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendant, Target Corporation, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs, Renee Blaszkowski, Amy Hollub, and Patricia Davis, moves for an extension of time up to and including July 5, 2007, to serve its response to the Complaint. In support of its request, Defendant Target Corporation would show:

1.    On May 9, 2007, Plaintiffs filed a 58-page Complaint alleging fraudulent misrepresentation and fraudulent concealment, negligent misrepresentation, violations of the Florida Deceptive and Unfair Trade Practices Act, violations of Florida Statute § 817.41, negligence, strict products liability, breach of implied warranty, breach of express warranty, and unjust enrichment against numerous defendants, including Target Corporation.

2.    On or about May 15, 2007, Plaintiffs served the Complaint on Defendant Target Corporation.

CASE NO.: 07-21221 CIV-CMA

3.    The undersigned defense counsel requires additional time to prepare a response to the Complaint or otherwise plead.

4.    Pursuant to Local Rule 7.1.A.3., counsel for Target Corporation and Plaintiffs have conferred and Plaintiffs have consented to extend the time in this case for Target Corporation to respond to the Complaint or otherwise plead, until July 5, 2007.  Similar extensions have been granted to the other Defendants.

5.    This Motion is made in good faith and not for any purpose of undue delay.

WHEREFORE,  Defendant  Target  Corporation  respectfully  requests  the entry of an Order granting an extension of time up to and including July 5, 2007 to serve its response to the Complaint or to otherwise plead.

Dated this 13th day of June, 2007.

By:   */s/ Charles P. Flick*
Charles P. Flick (FBN: 253324)
cflick@sfklaw.com
Kathleen S. Phang (FBN: 348650)
kphang@sfklaw.com
SEIPP, FLICK & KISSANE, LLP
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone: 305/995-5600
Asst.: 305/995-6086 / Fax: 305/995-6100
*Attorneys for Defendant,*
*Target Corporation*

CASE NO.: 07-21221 CIV-CMA

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 13th day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:___*/s/ Charles P. Flick*_____
Charles P. Flick (FBN: 253324)

CASE NO.: 07-21221 CIV-CMA

## <u>SERVICE LIST</u>

U.S. District Court
Southern District of Florida (Miami)
Case No:  07- 21221-CIV-CMA

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzman<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, FL 33131<br>*Counsel for Plaintiffs*<br>*Rena Blaszkowski*<br>*Amy Hollub*<br>*Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida   33131<br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio   45402<br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131<br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>SQUIRE, SANDERS & DEMPSEY<br>L.L.P.<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Defendant Petco Animal*<br>*Supplies and Wal-Mart* |

| | |
|---|---|
| Carol A. Licko<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>*Counsel for Defendant Nestle USA, Inc.* | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>KUBICKI DRAPER<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>*Counsel for Pet Supermarket, Inc.* |
| Robert D. McIntosh<br>ADORNO & YOSS, LLP<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, Florida 33316-1159<br>*Counsel for Defendants*<br>*Menu Foods, Inc. and*<br>*Menu Foods Income Fund* | Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive<br>Penthouse<br>Miami, Fl. 33133<br>*Counsel for Defendant*<br>*Petsmart, Inc.* |
| Benjamine Reid<br>Olga M. Viera<br>CARLTON FIELDS, PA<br>100 S.E. Second Avenue<br>Suite 4000<br>Miami, Florida 33131-9101<br>*Counsel for Defendant Colgate*<br>*Palmolive* | Charles P. Flick<br>Kathleen S. Phang<br>SEIPP, FLICK & KISSANE, LLP<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134-5241<br>*Counsel for Defendant*<br>*Target Corp.* |