UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-21221 CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

      Plaintiffs,
v.

MARS, INC., et al,

      Defendants.
_____/

## ORDER GRANTING TARGET CORPORATION'S
## AGREED MOTION FOR TIME EXTENSION

THIS CAUSE is before the Court upon Defendant Target Corporation's Agreed Motion for Extension of Time to Respond to the Complaint. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant Target Corporation shall file its response to the Complaint or otherwise plead by no later than July 5, 2007.

DONE AND ORDERED, in Chambers in Miami, Florida, this __ of June, 2007.

                              Cecilia M. Altonaga
                              U.S. District Court Judge

**Copies to:**
Counsel of record on attached service list

## SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 07- 21221-CIV-CMA

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzman<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, FL 33131<br>*Counsel for Plaintiffs*<br>*Rena Blaszkowski*<br>*Amy Hollub*<br>*Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131<br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Defendant Petco Animal*<br>*Supplies and Wal-Mart* |

| | |
|---|---|
| Carol A. Licko<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>*Counsel for Defendant Nestle USA, Inc.* | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>KUBICKI DRAPER<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>*Counsel for Pet Supermarket, Inc.* |
| Robert D. McIntosh<br>ADORNO & YOSS, LLP<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, Florida 33316-1159<br>*Counsel for Defendants*<br>*Menu Foods, Inc. and*<br>*Menu Foods Income Fund* | Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive<br>Penthouse<br>Miami, Fl. 33133<br>*Counsel for Defendant*<br>*Petsmart, Inc.* |
| Benjamine Reid<br>Olga M. Viera<br>CARLTON FIELDS, PA<br>100 S.E. Second Avenue<br>Suite 4000<br>Miami, Florida 33131-9101<br>*Counsel for Defendant Colgate Palmolive* | Charles P. Flick<br>Kathleen S. Phang<br>SEIPP, FLICK & KISSANE, LLP<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134-5241<br>*Counsel for Defendant*<br>*Target Corp.* |