UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

     Plaintiffs,
vs.

**MARS, INC.**, et al.,

     Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Target Corporation's ("Target['s]") Agreed Motion for Extension of Time to Respond to the Complaint [D.E. 75], filed on June 13, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 75]** is **GRANTED**. Target shall file its response to the Complaint or otherwise plead by no later than **July 5, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record