UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

      Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

      Defendants.
_____/

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## AND CERTIFICATE OF INTERESTED PARTIES

Defendant PetSmart, Inc. ("PetSmart") submits this Corporate Disclosure Statement and Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1 and the Court's May 16, 2007 Order. PetSmart is a publicly held corporation, and no single entity or person owns more than 10% of the company's stock. The following entities are wholly-owned, direct or downstream subsidiaries of PetSmart: Authority Pet Food Company, Inc., Pacific Coast Distributing, Inc.,

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com
dockets.Justia.com

PetsCard, LLC, PetSmart Store Support Group, Inc., PetSmart Leasing, Inc., Petstuff Canada (USA) Holdings, Petstuff Nova Scotia, Inc., PET WISE INC. In addition, PetSmart has one affiliate, PetSmart Charities, Inc., an independent 501(c)(3).

DATED this 15th day of June, 2007.

>Susan E. Mortensen
>Florida Bar No. 676446
>COFFEY BURLINGTON
>Office in the Grove, Penthouse
>2699 South Bayshore Drive
>Miami, Florida 33133
>Tel: 305-858-2900
>Fax: 305-858-5261
>E-mail: smortensen@coffeyburlington.com
>
>*Counsel for Defendant PETSMART INC.*
>
>s/ Susan E. Mortensen
>   Susan E. Mortensen

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 15th day of June, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                                                         s/ Susan E. Mortensen
                                                                          Susan E. Mortensen

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

SERVICE LIST

*BLASZKOWSKI, ET AL., V. MARS, ET AL.*
USDC S. DIST. OF FL Case No. 07-21221-CIV-ALTONAGA/Turnoff

Catherine J. MacIvor
Darren W. Friedman
Jeffrey B. Matlzman
MALTZMAN FOREMAN, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555
Fax: 305-374-9077
E-mail: cmacivor@mflegal.com
        dfriedman@mflegal.com
        jmaltzman@mflegal.com
*Counsel for Plaintiffs*
Service by: CM/ECF

Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5459
Fax: 202-434-5029
E-mail: psechler@wc.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance, Suite 149
800 S. Douglas Road
Coral Gables, Florida 33134
Tel: 305-461-5454
Fax: 305-461-5226
E-mail: oortega@dortaandortega.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301-0006
Te: 954-463-2700
Fax: 954-463-2224
E-mail: hugh.turner@akerman.com
*Counsel for PUBLIX SUPER MARKETS, INC.*
Service by: CM/ECF

Alan G. Greer
RICHMAN GREER WEIL BRUMBAUGH
  MIRABITO & CHRISTENSEN, P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-373-4000
Fax: 305-373-4099
E-mail agreer@richmangreer.com
*Counsel for Defendant PROCTER & GAMBLE
  COMPANY*
Service by: CM/ECF

Maria Kayanan
KUBICKI DRAPER P.A.
Penthouse
25 West Flagler Street
Miami, Florida 33130
Tel: 305-982-6634
Fax: 305-374-7846
E-mail: mek@bubickidraper.com
*Counsel for Defendant PET SUPERMARKET,
  INC.*
Service by: CM/ECF

| | |
|---|---|
| Marty Steinberg<br>Adriana Riviere-Badell<br>HUNTON & WILLIAMS, LLP<br>Mellon Financial Center, Suite 2500<br>1111 Brickell Avenue<br>Miami, Florida 33131<br>Tel: 305-810-2500<br>Fax: 305-810-2460<br>E-mails: msteinberg@hunton.com<br>         ariviere-badell@hunton.com<br>*Co-Counsel for Defendant NUTRO<br>   PRODUCTS, INC.*<br>Service by: CM/ECF | Charles Abbott<br>Suite 4600<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Tel: 213-229-7887<br>Fax: 213-229-6887<br>E-mail: cabbott@gibsondunn.com<br>*Co-Counsel for Defendant NUTRO<br>   PRODUCTS, INC.*<br>Service by: U.S. Mail |
| Sanford L. Bohrer<br>Scott D. Ponce<br>HOLLAND & KNIGHT<br>Suite 3000<br>701 Brickell Avenue<br>Miami, Florida 33131<br>Tel: 305-374-8500<br>Fax: 305-789-7799<br>E-mails: sbohrer@hklaw.com<br>         sponce@hklaw.com<br>*Counsel for Defendant PETCO ANIMAL<br>   SUPPLIES, INC.*<br>Service by: CM/ECF | John B.T. Murray, Jr.<br>SQUIRE SANDERS & DEMPSEY LLP<br>Suite 1900<br>777 S. Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Tel: 561-650-7200<br>Fax: 561-655-1509<br>E-mail: jbmurray@ssd.com<br>*Counsel for Defendant PETCO ANIMAL<br>   SUPPLIES, INC.*<br>Service by: CM/ECF |
| John Brian Thomas Murray<br>SQUIRE SANDERS & DEMPSEY LLP<br>Suite 1900<br>777 S. Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Tel: 561-650-7200<br>Fax: 561-655-1509<br>E-mail: jbmurray@ssd.com<br>*Counsel for Defendant WAL-MART STORES,<br>   INC.*<br>Service by: CM/ECF | Robin Lea Hanger<br>SQUIRE SANDERS & DEMPSEY LLP<br>40th Floor<br>200 S. Biscayne Boulevard<br>Miami, Florida 33131-2398<br>Tel: 305-577-7040<br>E-mail: rlhanger@ssd.com<br>*Counsel for Defendant WAL-MART STORES,<br>   INC.*<br>Service by: CM/ECF |

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Sherril May Colombo
COZEN O'CONNOR
Suite 4410
200 S. Biscayne Boulevard
Miami, Florida 33131
Tel: 305-704-5940
Fax: 305-704-5955
E-mail: scolombo@cozen.com
*Counsel for Defendant DEL MONTE*
   *FOODS, CO.*
Service by: CM/ECF

Robert D. McIntosh
ADORNO & YOSS LLP
Suite 500
888 S.E. 3 Avenue
Ft. Lauderdale, Florida 33316-1159
Tel: 954-523-5885
Fax: 954-760-9531
E-mail: rdm@adorno.com
*Counsel for Defendant MENU FOODS, INC.*
   *& MENU FOODS INCOME FUND*
Service by: CM/ECF

Kathleen S. Phang
SEIPP, FLICK & KISSANE
Suite 800
Two Alhambra Plaza
Miami, Florida 33134-5241
Tel: 305-995-5600
Fax: 305-995-6100
*Counsel for Defendant TARGET CORP.*
Service by: U.S. Mail

Carol A. Licko
HOGAN & HARTSON LLP
Mellon Financial Center, Suite 1900
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-459-6500
Fax: 305-459-6550
E-mail: calicko@hhlaw.com
*Counsel for Defendant NESTLE USA, INC.*
Service by: CM/ECF

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-7336
Fax: 212-839-5599
E-mail: jkuster@sidley.com
*Counsel for Defendant COLGATE*
   *PALMOLIVE COMPANY*
Service by: U.S. Mail

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com