Blaszkowski et al v. Mars Inc. et al Doc. 78

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPER MARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,
_________________________________/

NOTICE OF UNAVAILABILITY

Counsel for Plaintiffs Rene Blaszowski, Amy Hollub and Patricia Davis, individually and on behalf of others similarly situated, hereby files this Notice of Unavailability stating that the undersigned will be unavailable from June 28, 2007 through July 10, 2007, as counsel will be on vacation. Counsel for Plaintiffs request that no hearings, depositions, mediations, and other proceedings requiring defense counsel's attendance, be scheduled during that time period.

Dated: June 15, 2007
Miami, FL

Dockets.Justia.com

        ________________________________
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 15th day of June 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

________________________________
Catherine MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**KATHLEEN S. PHANG**
kphang@sfklaw.com
Seipp, Flick & Kissane
Two Alhambra Plaza
Suite 800
Miami, Florida 33134-5241
Tel: 305.995.5600 / Fax: 305.995-6100
*Attorney for Defendant Target Corp.*

**ALAN GRAHAM GREER**
agreer@richmangreer.com
Richman Greer Weil Brumbaugh Mirabito & Christensen
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305.373.4010 / Fax: 305.373.4099
*Attorneys for Defendant Proctor and Gamble Co.*

and

**D. JEFFREY IRELAND**
djireland@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**PHILIP A. SECHLER**
psechler@wc.com
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202.434.5459 / Fax: 202.434.5029
*Attorneys for Defendant Mars, Inc.*

and

**OMAR ORTEGA**
oortega@dortaandortega.com
Dorta and Ortega, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel: 305-461-5454 / Fax: 305-461-5226
*Attorneys for Defendant Mars, Inc.*

**JOHN J. KUSTER**
jkuster@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

and

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**CHARLES ABBOTT**
cabbott@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**ROBERT D. McINTOSH**
rdm@adorno.com
Adorno & Yoss, P.A.
888 S.E 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316
Tel: 954.523.5885 / Fax: 954.760.9531
*Attorneys for Defendant Menu Foods, Inc.*

and

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
Ariviere-badell@hunton.com
Hunton & Williams L.L.P
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**ROBERT D. McINTOSH**
rdm@adorno.com
Adorno & Yoss, P.A.
888 S.E 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316
Tel: 954.523.5885 / Fax: 954.760.9531
*Attorneys for Menu Foods Income Fund*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendant Petco Animal Supplies, Inc.*

**STEVE BUSEY**
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida 32202
Tel: 904.359.7700 / Fax: 904.353.9908
*Attorneys for Defendant Winn Dixie Stores, Inc.*

**SUSAN MORTENSEN**
www.coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive
Miami, Florida 33133
Tel: 305.858.2900 / Fax: 305.858.5261
*Attorneys for Defendant Petsmart Inc.*

**CASSIDY DANG**
cyd@kubickidraper.com
**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street
Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermaket, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendant Wal-Mart Stores, Inc.*