Blaszkowski et al v. Mars Inc. et al
Case 1:07-cv-21221-CMA   Document 80   Entered on FLSD Docket 06/19/2007   Page 1 of 6
Doc. 80



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
others similarly situated,

        Plaintiffs,

v.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES,
PET SUPERMARKET, INC.
PETSMART INC.
TARGET CORP.,
WAL-MART STORES, INC.

        Defendants.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court of the Southern District of Florida, the undersigned respectfully moves for the admission of John J. McDonough, Esquire of the law firm of Cozen O'Connor, 45 Broadway, New York, New York 10006, (212) 509-9400, for the purpose of appearing as counsel on behalf of DEL MONTE FOODS, CO., herein, in the above-styled case only.

COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955

dockets.Justia.com

1. John J. McDonough certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bar of the State of New York. Mr. McDonough is also admitted to practice before the United States District Court for the Eastern District of New York, Southern District of New York, Second Circuit Court of Appeals, and the United States Supreme Court. Mr. McDonough has not sought *pro hac vice* admission in any other matters in Florida in the past five (5) years.

2. In further support of this motion, it is hereby designated that Sherril M. Colombo, Esquire of the law firm of Cozen O'Connor, 200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131, (305) 704-5940, is a member of the bar of this Court, member of our firm's Miami office and maintains an office in this District for the practice of law. Ms. Colombo is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

WHEREFORE, John J. McDonough hereby requests that this Court permit his special appearance in accordance with the rules of this Court.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: June 14, 2007

SHERRIL M. COLOMBO
Fla. Bar No. 0948799

Executed under penalty of perjury on this 6th day of June, 2007 at New York County, New York.

Respectfully submitted,

COZEN O'CONNOR
45 Broadway
New York, New York 10006
Telephone: 212-509-9400
Facsimile: 212-509-9492
E-mail: jmcdonough@cozen.com

By _____
JOHN J. MCDONOUGH, ESQUIRE
New York Bar No. 1690882

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon the following addressees via U.S. Mail this 15th day of June, 2007:

Hugh J. Turner Jr., Esq.
AKERMAN SENTERFITT
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Tel. 954-463-2700
Fax 954-463-2224
*Attorneys for Publix Super Markets, Inc.*

Jeffrey B. Maltzman, Esq.
Jeffrey E. Foreman, Esq.
Catherine J. MacIvor, Esq.
Darren W. Friedman, Esq.
MALTZMAN FOREMAN, PA
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305-358-6555
Fax 305-374-9077
*Counsel for Plaintiffs*

John Brian Thomas Murray, Jr., Esq.
SQUIRE, SANDERS & DEMPSEY, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel. 561-650-7200
Fax 561-655-1509
*Attorneys for Petco Animal Supplies, Inc.*

Sanford L. Bohrer, Esquire
HOLLAND & KNIGHT
701 Brickell Avenu
Suite 3000
Miami, Florida 33131
Tel. 305-789-7678
Fax 305-655-1509
*Attorneys for Petco Animal Supplies, Inc.*

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel. 904-359-7700
Fax 904-353-9908
*Attorneys for Winn-Dixie Stores, Inc.*

Susan E. Mortensen, Esq.
COFFEY BURLINGTON
2699 South Bayshore Drive
Penthouse
Miami, FL 33133
Tel. 305-858-2900
Fax 305-858-5261
*Attorneys for Petsmart, Inc.*

Omar Ortega, Esq.
DORTA AND ORTEGA, P.A.
800 S. Douglas Road
Suite 149
Coral Gables, Florida 33134
Tel. 305-461-5454
Fax 305-461-5226
*Attorneys for Mars Inc.*

Kathleen S. Phang, Esq.
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, Florida 33134
Tel. 305-995-5600
Fax 305-995-6100
*Attorneys for Target Corp.*

John J. Kuster, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Tel. 212-839-7336
Fax 212-839-5599
*Attorneys for Colgate Palmolive Co.*

Alan G. Greer, Esquire
RICHMAN, GREER, WEIL, ET AL.
201 South Biscayne Boulevard
10th Floor
Miami, Florida 33131
Tel. 305-373-4010
Fax 305-373-4099
*Attorneys for The Procter & Gamble Co.*

Marty Steinberg, Esq.
Adriana Riviere-Badell, Esq.
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Tel. 305-810-2500
Fax 305-810-2460
*Attorneys for Nutro Products, Inc.*

Rolando Andres Diaz, Esq.
Cassidy Yen Dang, Esq.
Maria Kayanan, Esq.
KUBICKI DRAPER, P.A.
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Tel. 305-982-6722
Fax 305-374-7846
*Attorneys for Pet Supermarket, Inc.*

Benjamime Reid, Esq.
Olga M. Vieira, Esq.
CARLTON FIELDS, P.A.
100 SE 2nd Street
Suite 4000
Miami, Florida 33131
Tel. 305-530-0050
Fax 305-530-0055
*Attorneys for Colgate Palmolive Company*

Robert D. McIntosh, Esq.
ADORNO & YOSS, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316-1159
Tel. 954-523-5885
Fax 954-760-9531
*Attorneys for Menu Foods & Menu Foods Income Fund*

Carol A. Licko, Esq.
HOGAN & HARTSON, LLP
111 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel. 305-459-6500
Fax 305-459-6550
*Attorneys for Nestle, USA, Inc.*

SHERRIL M. COLOMBO

MIAMI\19594\1 203406.000

5
COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

       Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.;
COLGATE PALMOLIVE, CO.; DEL MONTE
FOODS, INC.; NESTLE U.S.A., INC.; NUTRO
PRODUCTS, INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN DIXIE
STORES, INC.; PETCO ANIMAL SUPPLIES,
INC.; PET SUPERMARKET, INC.;
PETSMART, INC.; TARGET CORP.; AND
WAL-MART STORES, INC.,

       Defendants.
_____/

## ORDER ON MOTION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court on the Motion to Appear Pro Hac Vice by John J. McDonough on behalf of Defendant, Del Monte Foods, Co. The Court, upon being duly advised in the premises, hereby

ORDERS AND ADJUDGES that the aforesaid motion is GRANTED.

DONE AND ORDERED in chambers at Miami, Florida this ___ day of _____, 2007.

                                                      _____
                                                      CECILIA M. ALTONAGA
                                                      UNITED STATES DISTRICT JUDGE

cc:    All counsel of Record