IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| | (Judge Cecilia M. Altonaga) |
| Plaintiffs, | |
| v. | |
| MARS INC., et al., | |
| Defendants. | |



**MOTION FOR ADMISSION OF D. JEFFREY IRELAND *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

Movant, Alan G. Greer, Esquire, on behalf of Defendant, THE PROCTER & GAMBLE COMPANY hereby moves this Court pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida for the entry of an Order permitting D. Jeffrey Ireland of Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, S.W., 10 North Ludlow St., Dayton, Ohio 45402, to appear *pro hac vice* before this Court on behalf of Defendant, THE PROCTER & GAMBLE COMPANY, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit D. Jeffrey Ireland to receive electronic filings in this case, and in support thereof states as follows:

1. D. Jeffrey Ireland is not admitted to practice in the Southern District of Florida and is not a member of the Florida Bar. Mr. Ireland is a member in good standing of the Ohio State Bar, and the United States District Court for the Southern District of Ohio.

2. Movant, Alan G. Greer, Esquire, of the law firm of Richman Greer, P.A. is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida. Mr. Greer consents to his designation as a member of the Bar of this Court, with whom any opposing counsel may readily communicate regarding this case and upon whom papers shall be served.

3. In accordance with the local rules of this Court, D. Jeffrey Ireland has made payment of this Court's $75.00 *pro hac vice* admission fee. A Certification in accordance with Rule 4B is attached hereto.

4. Defendant, THE PROCTER & GAMBLE COMPANY, by and through local counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to D. Jeffrey Ireland for Defendant, THE PROCTER & GAMBLE COMPANY at email address: djireland@ficlaw.com.

WHEREFORE, Alan G. Greer moves this Court to enter an Order permitting D. Jeffrey Ireland to appear before this Court on behalf Defendant, THE PROCTER & GAMBLE COMPANY, for all purposes relating to the proceedings in the above-captioned matter and directing the clerk to provide notice of electronic filings to D. Jeffrey Ireland, and for such further relief as is just and proper.

Dated: _____

        Respectfully submitted,

        RICHMAN GREER, P.A.
*Attorney for Defendant*
*The Procter & Gamble Company*
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

By: _____
      ALAN G. GREER
      Florida Bar No. 123294
      agreer@richmangreer.com

## CERTIFICATE OF SERVICE

I certify that on the 21 day of June, 2007, I electronically filed the foregoing Motion for Admission of D. Jeffrey Ireland *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Catherine J. MacIvor
Darren Wayne Friedman
Jeffrey Eric Foreman
Jeffrey Bradford Maltzman
MALTZMAN FOREMAN PA
Two South Biscayne Boulevard - Suite 2300
Miami, FL  33131

**Counsel for Plaintiffs**
**Renee Blaszkowski, Amy Hollub and Patricia Davis**


Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL  33134

**Counsel for Defendant**
**Mars Incorporated**


James D. Arden
John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019

**Counsel for Defendant**
**Colgate Palmolive Company**

Sherril M. Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131

**Counsel for Defendant
Del Monte Foods, Co.**


Carol Ann Licko
HOGAN & HARTSON
1111 Brickell Avenue
Suite 1900
Miami, FL 33131

Craig A. Hoover
Miranda Berge
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004

**Counsel for Defendant
Nestlé Purina Pet Care Company**


Adriana Riviere-Badell
Marty Steinberg
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

William E. Wegner
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Counsel for Defendant
Nutro Products Inc.**

Robert D. McIntosh
ADORNO & YOSS LLP
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, Florida  33316-1159

Amy Weinfeld Schulman
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

**Counsel for Defendant**
**Menu Foods, Inc. and Menu Foods Income Fund**


Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350  E. Las Olas Boulevard
Suite 1600
Fort Laurderdale, FL  33301-0006

**Counsel for Defendant**
**Publix Supermarkets, Inc.**


John B.T. Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, FL  33480

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL  33131-2398

**Counsel for Defendants**
**PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.**

Rolando Andres Diaz
Maria Kayanan
Cassidy Yen Dang
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

**Counsel for Defendant
Pet Supermarket, Inc.**


Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, FL 33133

**Counsel for Defendant
Petsmart, Inc.**


Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

**Counsel for Defendant
Target Corp.**

_____
Alan Graham Greer

184502.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | | |
|---|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | : : : : | CASE NO. 1:07-cv-21221-CMA (Judge Cecilia M. Altonaga) |
| Plaintiffs, | : : | |
| v. | : : | |
| MARS INC., et al., | : : | |
| Defendants. | : | |

## **CERTIFICATION**

D. Jeffrey Ireland, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admissions and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) that I am a member in good standing of the State Bar of Ohio and have been admitted to practice in the following:

- Ohio Supreme Court (Columbus)
  Admitted:  November 7, 1980

- United States District Court for the
  Southern District of Ohio (Dayton)
  Admitted:  December 9, 1980

- United States Court of Appeals for the
  Sixth Circuit (Cincinnati)
  Admitted:  December 9, 1980

- United States Supreme Court (Washington, D.C.)
  Admitted:  March 28, 1988

- United States Court of Appeals for the
  Seventh Circuit (Chicago)
  Admitted:  June 26, 1992

- United States Court of Appeals for the Ninth Circuit Court (Los Angeles)
  Admitted: March 1, 1996

- United States Court of Appeals for the Eighth Circuit (St. Louis, Missouri)
  Admitted: July 29, 1997

_____
D. Jeffrey Ireland
Ohio State Bar No. 0010443

184503.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO. 1:07-CV-21221-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,       :
and PATRICIA DAVIS, individually and on  :
behalf of others similarly situated,           :
                                             :
         Plaintiffs,                         :
                                             :
v.                                           :
                                             :
MARS INC., et al.,                           :
                                             :
         Defendants.                         :

---

**ORDER GRANTING MOTION FOR ADMISSION OF D. JEFFREY IRELAND *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Admission of D. Jeffrey Ireland *pro hac vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of D. Jeffrey Ireland in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission *pro hac vice* and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. D. Jeffrey Ireland is granted

permission to appear and participate in this civil action on behalf of Procter & Gamble Company. The Clerk shall provide electronic notice of all electronic filings to D. Jeffrey Ireland at: djireland@ficlaw.com.

   DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of _____.

                     _____
                     United States District Judge

Copies furnished to:
All Counsel of Record