

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| Plaintiffs, | (Judge Cecilia M. Altonaga) |
| v. | |
| MARS INC., et al., | |
| Defendants. | |

FILED by SK D.C.
JUN 2 1 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**MOTION FOR ADMISSION OF LAURA A. SANOM *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

Movant, Alan G. Greer, Esquire, on behalf of Defendant, THE PROCTER & GAMBLE COMPANY hereby moves this Court pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida for the entry of an Order permitting Laura A. Sanom of Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, S.W., 10 North Ludlow St., Dayton, OH 45402, to appear *pro hac vice* before this Court on behalf of Defendant, THE PROCTER & GAMBLE COMPANY, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Laura A. Sanom to receive electronic filings in this case, and in support thereof states as follows:

1. Laura A. Sanom is not admitted to practice in the Southern District of Florida and is not a member of The Florida Bar. Ms. Sanom is a member in good standing of the Ohio,

Michigan and New Jersey State Bars, and the United States District Courts for the District of New Jersey, the Southern District of Ohio and the Eastern District of Michigan.

2. Movant, Alan G. Greer, Esquire, of the law firm of Richman Greer, P.A. is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida. Mr. Greer consents to his designation as a member of the Bar of this Court, with whom any opposing counsel may readily communicate regarding this case and upon whom papers shall be served.

3. In accordance with the local rules of this Court, Laura A. Sanom has made payment of this Court's $75.00 *pro hac vice* admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Defendant, THE PROCTER & GAMBLE COMPANY, by and through local counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Laura A. Sanom for Defendant, THE PROCTER & GAMBLE COMPANY at email address: lsanom@ficlaw.com.

WHEREFORE, Alan G. Greer moves this Court to enter an Order permitting Laura A. Sanom to appear before this Court on behalf Defendant, THE PROCTER & GAMBLE COMPANY, for all purposes relating to the proceedings in the above-captioned matter and directing the clerk to provide notice of electronic filings to Laura A. Sanom, and for such further relief as is just and proper.

Dated: _____

Respectfully submitted,

RICHMAN GREER, P.A.
*Attorney for Defendant*
*The Procter & Gamble Company*
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

By: _____
ALAN G. GREER
Florida Bar No. 123294
agreer@richmangreer.com

## CERTIFICATE OF SERVICE

I certify that on the __21__ day of June, 2007, I electronically filed the foregoing Motion for Admission of Laura A. Sanom *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Catherine J. MacIvor
Darren Wayne Friedman
Jeffrey Eric Foreman
Jeffrey Bradford Maltzman
MALTZMAN FOREMAN PA
Two South Biscayne Boulevard - Suite 2300
Miami, FL 33131

**Counsel for Plaintiffs**
**Renee Blaszkowski, Amy Hollub and Patricia Davis**


Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134

**Counsel for Defendant**
**Mars Incorporated**


James D. Arden
John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

**Counsel for Defendant**
**Colgate Palmolive Company**

Sherril M. Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131

**Counsel for Defendant
Del Monte Foods, Co.**


Carol Ann Licko
HOGAN & HARTSON
1111 Brickell Avenue
Suite 1900
Miami, FL 33131

Craig A. Hoover
Miranda Berge
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004

**Counsel for Defendant
Nestlé Purina Pet Care Company**


Adriana Riviere-Badell
Marty Steinberg
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

William E. Wegner
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Counsel for Defendant
Nutro Products Inc.**

Robert D. McIntosh
ADORNO & YOSS LLP
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316-1159

Amy Weinfeld Schulman
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

**Counsel for Defendant**
**Menu Foods, Inc. and Menu Foods Income Fund**


Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Laurderdale, FL 33301-0006

**Counsel for Defendant**
**Publix Supermarkets, Inc.**


John B.T. Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, FL 33480

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

**Counsel for Defendants**
**PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.**

Rolando Andres Diaz
Maria Kayanan
Cassidy Yen Dang
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

**Counsel for Defendant**
**Pet Supermarket, Inc.**


Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, FL 33133

**Counsel for Defendant**
**Petsmart, Inc.**


Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

**Counsel for Defendant**
**Target Corp.**

_____
Alan Graham Greer

184529.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| | (Judge Cecilia M. Altonaga) |
| Plaintiffs, | |
| v. | |
| MARS INC., et al., | |
| Defendants. | |

## CERTIFICATION

Laura A. Sanom, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admissions and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) that I am a member in good standing of the State Bars of Ohio, Michigan and New Jersey and the United States District Courts for the District of New Jersey, the Eastern District of Michigan, and the Southern District of Ohio.

_____
Laura A. Sanom
Ohio State Bar No. 0039451
Michigan Star Bar No. P58 603

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO. 1:07-CV-21221-CMA

RENEE BLASZKOWSKI, AMY HOLLUB, :
and PATRICIA DAVIS, individually and on :
behalf of others similarly situated, :
:
      Plaintiffs, :
:
v. :
:
MARS INC., et al., :
:
      Defendants. :

**ORDER GRANTING MOTION FOR ADMISSION OF LAURA SANOM *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Admission of Laura Sanom *pro hac vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Laura Sanom in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission *pro hac vice* and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Laura Sanom is granted

2

permission to appear and participate in this civil action on behalf of Procter & Gamble Company. The Clerk shall provide electronic notice of all electronic filings to Laura Sanom at: lsanom@ficlaw.com.

　　　　DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of _____.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
All Counsel of Record