UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | |
|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | CASE NO. 1:07-cv-21221-CMA |
| | (Judge Cecilia M. Altonaga) |
| Plaintiffs, | |
| v. | |
| MARS INC., et al., | |
| Defendants. | |

### MOTION FOR ADMISSION OF BRIAN D. WRIGHT *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

Movant, Alan G. Greer, Esquire, on behalf of Defendant, PROCTER & GAMBLE COMPANY hereby moves this Court pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida for the entry of an Order permitting Brian D. Wright of Faruki Ireland & Cox P.L.L., 500 Courthouse Plaza, S.W., 10 North Ludlow St., Dayton, OH 45402, to appear *pro hac vice* before this Court on behalf of Defendant, PROCTER & GAMBLE COMPANY, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Brian D. Wright to receive electronic filings in this case, and in support thereof states as follows:

1. Brian D. Wright is not admitted to practice in the Southern District of Florida and is not a member of The Florida Bar. Mr. Wright is a member in good standing of the Ohio State Bar, and United States District Court of Ohio.

2.  Movant, Alan G. Greer, Esquire, of the law firm of Richman Greer, P.A. is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida. Mr. Greer consents to his designation as a member of the Bar of this Court, with whom any opposing counsel may readily communicate regarding this case and upon whom papers shall be served.

3.  In accordance with the local rules of this Court, Brian D. Wright has made payment of this Court's $75.00 *pro hac vice* admission fee. A certification in accordance with Rule 4B is attached hereto.

4.  Defendant, PROCTER & GAMBLE COMPANY, by and through local counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brian D. Wright for Defendant, PROCTER & GAMBLE COMPANY at email address: Bwright@ficlaw.com.

WHEREFORE, Alan G. Greer moves this Court to enter an Order permitting Brian D. Wright to appear before this Court on behalf Defendant, PROCTER & GAMBLE COMPANY, for all purposes relating to the proceedings in the above-captioned matter and directing the clerk to provide notice of electronic filings to Brian D. Wright, and for such further relief as is just and proper.

Respectfully submitted,

Dated: _____

RICHMAN GREER, P.A.
*Attorney for Defendant Procter & Gamble Company*
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

By: _____
ALAN G. GREER
Florida Bar No. 123294
agreer@richmangreer.com

## CERTIFICATE OF SERVICE

I certify that on the ____ day of June, 2007, I electronically filed the foregoing Motion For Admission of Brian D. Wright *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

    Catherine J. MacIvor
    Jeffrey Eric Foreman
    Jeffrey Bradford Maltzman
    MALTZMAN FOREMAN PA
    One Biscayne Boulevard - Suite 2300
    Miami, FL  33131

    Counsel for Plaintiffs
    Rene Blaszkowski
    Amy Hollub
    Patricia Davis

    Omar Ortega
    DORTA AND ORTEGA, P.A.
    Douglas Entrance
    800 S. Douglas Road, Suite 149
    Coral Gables, FL  33134

    Counsel for Defendant
    Mars Incorporated

    Sherril May Colombo
    COZEN O'CONNOR
    200 S. Biscayne Boulevard
    Suite 4410
    Miami, FL  33131

    Counsel for Defendant
    Del Monte Foods, Co.

Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.

Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.

Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL  33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
505 74th Street
Unit A-6
Miami Beach, FL  33141

Counsel for Defendant
Pet Supermarket, Inc.


Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, FL  33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL  33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL  33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company


Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.


Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211


Menu Foods Income Fund
Mark Wiens, CFO, VP
8 Falconer Drive
Streetsville, ON
Canada L5N1B1


Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

_____
Alan Graham Greer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

| | | |
|---|---|---|
| RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated, | : : : : | CASE NO. 1:07-cv-21221-CMA (Judge Cecilia M. Altonaga) |
| Plaintiffs, | : : | |
| v. | : : | |
| MARS INC., et al., | : : | |
| Defendants. | : | |

## **CERTIFICATION**

Brian D. Wright, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admissions and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) that I am a member in good standing of the State Bar of Ohio and the United States District Court for the Southern District of Ohio.

Brian D. Wright
Ohio State Bar No. 0075359

184475.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO. 1:07-CV-21221-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,  :
and PATRICIA DAVIS, individually and on  :
behalf of others similarly situated,  :
                                                   :
       Plaintiffs,  :
                   :
v.  :
                   :
MARS INC., et al.,  :
                   :
       Defendants.  :

**ORDER GRANTING MOTION FOR ADMISSION OF BRIAN D. WRIGHT *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Admission of Brian D. Wright *pro hac vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Brian D. Wright in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission *pro hac vice* and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Brian D. Wright is granted

permission to appear and participate in this civil action on behalf of Procter & Gamble Company. The Clerk shall provide electronic notice of all electronic filings to Brian D. Wright at: bwright@ficlaw.com.

  DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of _____.

                    _____
                      United States District Judge

Copies furnished to:
All Counsel of Record