

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by JC D.C.
JUN 22 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.

_____/

## MOTION TO APPEAR PRO HAC VICE OF ROBERT C. TROYER

Pursuant to Rule 4 of the Southern District of Florida Special Rules Governing the Admission and Practice of Attorneys, Robert C. Troyer of the firm of Hogan & Hartson L.L.P., 1200 Seventeenth Street, One Tabor Center, Suite 1500, Denver, Colorado 80202, moves for special admission to appear *pro hac vice* in these proceedings as counsel for Nestle USA, Inc. and states as follows:

1.    Mr. Troyer is an attorney licensed to practice law in the State of Colorado, and has been a member in good standing of the Colorado Bar since October 21, 1993.

2.    Mr. Troyer also is admitted to practice before the following courts:

    a.    United States District Court for the District of Colorado, January 20, 1994;

        United States District Court for the District of Hawaii, March 7, 1997; and

        United States Court of Appeals for the Tenth Circuit, November 17, 1993.

\\\DE - 059726/000031 - 328728 v1

3. Mr. Troyer certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Colorado or any other State, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. Mr. Troyer certifies further that he has studied and is familiar with the Local Rules of this Court.

5. In further support of this motion, it is hereby designated that Carol Licko is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person with whom this Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Hogan & Hartson L.L.P., 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131-2336, (305) 459-6500, acts as counsel in this matter on behalf of Defendant Nestle USA, Inc.

WHEREFORE, Robert C. Troyer respectfully requests the Court grant his motion for admission *pro hac vice* to appear and participate in the above-captioned proceeding on behalf of Nestle USA, Inc., together with such other and further relief as the Court deems proper and just.

Respectfully submitted,

HOGAN & HARTSON L.L.P.
One Tabor Center
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

By: _____
Robert C. Troyer

## CONSENT TO ACT AS LOCAL COUNSEL

I, Carol A. Licko, an attorney qualified to practice in this Court, consent to designation as local counsel for Nestle USA, Inc. and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with the rules applicable in this Court.

> Carol A. Licko
> Florida Bar No. 435872
> HOGAN & HARTSON L.L.P.
> Mellon Financial Center
> 1111 Brickell Avenue, Suite 1900
> Miami, Florida 33131
> (305) 459-6500
> (305) 459-6550 (fax)
>
> By _/s/ Carol A. Licko_
> Carol A. Licko

## CERTIFICATE OF SERVICE

I hereby certify that on June 22nd, 2007, I served the foregoing by U.S. Mail on all counsel and parties of record on the attached service list.

                                          Respectfully submitted,

                                          HOGAN & HARTSON LLP
                                          Mellon Financial Center
                                          1111 Brickell Avenue, Suite 1900
                                          Miami, Florida  33131
                                          Telephone:  (305) 459-6500
                                          Facsimile:   (305) 459-6550

By: _/s/ Carol A. Licko_
                                          Carol A. Licko
                                          Florida Bar Number 435872
                                          calicko@hhlaw.com

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

### SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile:  305-374-9077
Email:      cmacivor@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile:  305-374-9077
Email:      jforeman@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile:  305-374-9077
Email:      jmaltzman@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Telephone: 561.650.7200
Facsimile:  561.655.1509
E-Mail:     jbmurray@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile:  305-374-7846
E-Mail:     RD@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile:  305-374-7846
E-Mail:     cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile:  305-858-5261
Email:      smortensen@coffeyburlington.com

*Attorneys for Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile:  954-463-2224
Email:      hugh.turner@akerman.com

*Attorneys for Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Mars, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Mars, Inc.*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile:  305-374-7846
E-Mail:     cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460
E-Mail:     msteinberg@hunton.com

*Attorneys for Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460
E-Mail:     ariviere-badell@hunton.com

*Attorneys for Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Colgate Palmolive Co.*

Sherril M. Colombo
**SIDLEY AUSTIN LLP**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-704-5945
Facsimile: 305-704-5955

*Attorneys for Del Monte Foods, Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-Mail: agreer@richmangreer.com

*Attorney for Defendant Procter & Gamble Co.*

Chief Financial Officer
**MENU FOODS, INC.**
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

*Defendant*

Benjamine Reid
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: breid@carltonfields.com

*Attorney for Colgate Palmolive Company*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: kphang@sfklaw.com

*Attorneys for Target Corp.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

Mark Wiens, CFO, VP
**MENU FOODS INCOME FUND**
8 Falconer Drive
Streetsville, ON
Canada L5N1B1

*Defendant*

Olga M. Vieira
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: ovieira@carltonfields.com

*Attorney for Colgate Palmolive Company*

Darren W. Friedman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
E-mail: dfriedman@mflegal.com

*Attorney for Plaintiffs*

John J. McDonough
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: jmcdonough@cozen.com

*Attorney for Del Monte Foods*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
rlhanger@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

*Attorney for Del Monte Foods*

Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: cflick@sfklaw.com

*Attorney for Target Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAIMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
PRO HAC VICE OF ROBERT C. TROYER**

THIS MATTER is before the Court on the motion of Robert C. Troyer of the law firm of Hogan & Hartson L.L.P. requesting to appear *pro hac vice* and designating Carol A. Licko of Hogan & Hartson LLP as Florida counsel for defendant, Nestle USA, Inc., and the Court having reviewed the matter and being otherwise advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of June, 2007.

                                                                        CECILIA M. ALTONAGA
                                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record