UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
others similarly situated,

        Plaintiffs,

v.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES,
PET SUPERMARKET, INC.
PETSMART INC.
TARGET CORP.,
WAL-MART STORES, INC.

        Defendants.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court of the Southern District of Florida, the undersigned respectfully moves for the admission of John F. Mullen, Esquire of the law firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, (215) 665-2179, for the purpose of appearing as counsel on behalf of DEL MONTE FOODS, CO., herein, in the above-styled case only.

1.      John Mullen certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bar of the Commonwealth of Pennsylvania and State of New Jersey.  Mr. Mullen is also admitted to practice before the U.S. District Court in Pennsylvania and New Jersey, as well as the 3rd and 4th Circuits.  Mr. Mullen has not sought *pro hac vice* admission in any other matters in Florida in the past five (5) years.

2.      In further support of this motion, it is hereby designated that Sherril M. Colombo, Esquire of the law firm of Cozen O'Connor, 200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131, (305) 704-5940, is a member of the bar of this Court, member of our firm's Miami office and maintains an office in this District for the practice of law.  Ms. Colombo is a person to whom the Court and counsel may readily communicate and upon whom papers may be served.

WHEREFORE, John Mullen hereby requests that this Court permit his special appearance in accordance with the rules of this Court.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: June 22, 2007

_____
SHERRIL M. COLOMBO
Fla. Bar No. 0948799

Executed under penalty of perjury on this 14th day of June, 2007 at Philadelphia, Pennsylvania

Respectfully submitted,

COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: 215-665-2179
Facsimile: 215-665-2013
E-mail: jmullen@cozen.com

By _____
JOHN MULLEN, ESQUIRE
PA ID 62190

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon the following addressees via U.S. Mail this 22nd day of June, 2007:

Hugh J. Turner Jr., Esq.
AKERMAN SENTERFITT
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Tel. 954-463-2700
Fax 954-463-2224
*Attorneys for Publix Super Markets, Inc.*

Jeffrey B. Maltzman, Esq.
Jeffrey E. Foreman, Esq.
Catherine J. MacIvor, Esq.
Darren W. Friedman, Esq.
MALTZMAN FOREMAN, PA
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305-358-6555
Fax 305-374-9077
*Counsel for Plaintiffs*

John Brian Thomas Murray, Jr., Esq.
SQUIRE, SANDERS & DEMPSEY, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel. 561-650-7200
Fax 561-655-1509
*Attorneys for Petco Animal Supplies, Inc.*

Sanford L. Bohrer, Esquire
HOLLAND & KNIGHT
701 Brickell Avenu
Suite 3000
Miami, Florida 33131
Tel. 305-789-7678
Fax 305-655-1509
*Attorneys for Petco Animal Supplies, Inc.*

Stephen D. Busey, Esq.
Cynthia C. Jackson, Esq.
SMITH, HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel. 904-359-7700
Fax 904-353-9908
*Attorneys for Winn-Dixie Stores, Inc.*

Susan E. Mortensen, Esq.
COFFEY BURLINGTON
2699 South Bayshore Drive
Penthouse
Miami, FL 33133
Tel. 305-858-2900
Fax 305-858-5261
*Attorneys for Petsmart, Inc.*

Omar Ortega, Esq.
DORTA AND ORTEGA, P.A.
800 S. Douglas Road
Suite 149
Coral Gables, Florida 33134
Tel. 305-461-5454
Fax 305-461-5226
*Attorneys for Mars Inc.*

Kathleen S. Phang, Esq.
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, Florida 33134
Tel. 305-995-5600
Fax 305-995-6100
*Attorneys for Target Corp.*

John J. Kuster, Esq.
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Tel. 212-839-7336
Fax 212-839-5599
*Attorneys for Colgate Palmolive Co.*

Alan G. Greer, Esquire
RICHMAN, GREER, WEIL, ET AL.
201 South Biscayne Boulevard
10th Floor
Miami, Florida 33131
Tel. 305-373-4010
Fax 305-373-4099
*Attorneys for The Procter & Gamble Co.*

Marty Steinberg, Esq.
Adriana Riviere-Badell, Esq.
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Tel. 305-810-2500
Fax 305-810-2460
*Attorneys for Nutro Products, Inc.*

Rolando Andres Diaz, Esq.
Cassidy Yen Dang, Esq.
Maria Kayanan, Esq.
KUBICKI DRAPER, P.A.
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Tel. 305-982-6722
Fax 305-374-7846
*Attorneys for Pet Supermarket, Inc.*

Benjamine Reid, Esq.
Olga M. Vieira, Esq.
CARLTON FIELDS, P.A.
100 SE 2nd Street
Suite 4000
Miami, Florida 33131
Tel. 305-530-0050
Fax 305-530-0055
*Attorneys for Colgate Palmolive Company*

Robert D. McIntosh, Esq.
ADORNO & YOSS, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316-1159
Tel. 954-523-5885
Fax 954-760-9531
*Attorneys for Menu Foods & Menu Foods Income Fund*

Carol A. Licko, Esq.
HOGAN & HARTSON, LLP
111 Brickell Avenue
Suite 1900
Miami, Florida 33131
Tel. 305-459-6500
Fax 305-459-6550
*Attorneys for Nestle, USA, Inc.*

_____
SHERRIL M. COLOMBO

MIAMI\19594\1 203406.000

5
COZEN O'CONNOR
200 South Biscayne Boulevard, Suite 4410, Miami, Florida 33131 – Telephone 305-704-5940 – Facsimile 305-704-5955