IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO. 1:07-CV-21221-CMA

RENEE BLASZKOWSKI, AMY HOLLUB, :
and PATRICIA DAVIS, individually and on :
behalf of others similarly situated, :
                                         :
        Plaintiffs, :
                                         :
v. :
                                         :
MARS INC., et al., :
                                         :
        Defendants. :

**ORDER GRANTING MOTION FOR ADMISSION OF BRIAN D. WRIGHT *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Admission of Brian D. Wright *pro hac vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Brian D. Wright in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission *pro hac vice* and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Brian D. Wright is granted

permission to appear and participate in this civil action on behalf of Procter & Gamble Company.

The Clerk shall provide electronic notice of all electronic filings to Brian D. Wright at: bwright@ficlaw.com.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 22 day of June, 2007

_____
United States District Judge

Copies furnished to:
All Counsel of Record