UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

        Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.;
COLGATE PALMOLIVE, CO.; DEL MONTE
FOODS, INC.; NESTLE U.S.A., INC.; NUTRO
PRODUCTS, INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN DIXIE
STORES, INC.; PETCO ANIMAL SUPPLIES,
INC.; PET SUPERMARKET, INC.;
PETSMART, INC.; TARGET CORP.; AND
WAL-MART STORES, INC.,

        Defendants.
_____/

## ORDER ON MOTION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court on the Motion to Appear Pro Hac Vice by John F. Mullen on behalf of Defendant, Del Monte Foods, Co. The Court, upon being duly advised in the premises, hereby

ORDERS AND ADJUDGES that the aforesaid motion is GRANTED.

DONE AND ORDERED in chambers at Miami, Florida this 22 day of June, 2007.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:    All counsel of Record