


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

       Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

       Defendants.
_____/

## MOTION FOR JAMES D. ARDEN TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully move for the admission of James D. Arden of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, telephone (212) 839-5300, for purposes of appearing as counsel on behalf of Defendant, Colgate Palmolive Company, in the above-styled case only, and to permit James D. Arden to receive electronic filings in this case, and in support thereof state as follows:

    1.    James D. Arden, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of Connecticut, Illinois and New York, the United States District Court for the Eastern, Northern and Southern Districts of New York, District of Connecticut, the United States Circuit Court of Appeals for the Second Circuit, the Eleventh Circuit and the Federal Circuit.

MIA#2623069.1

2. Movants, Benjamine Reid, Esq. and Olga M. Vieira of the law firm of Carlton Fields, P.A., 100 Southeast 2nd Street, Suite #4000, Miami, Florida 33131, (305) 530-0050, are members in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintain an office in this State for the practice of law, and are authorized to file through the Court's electronic filing system. Movants consent to be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John D. Arden, has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. James D. Arden, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James D. Arden, Esq., at the following e-mail address: JArden@Sidley.com.

WHEREFORE, Benjamine Reid and Olga M. Vieira move this Court to enter an Order permitting James D. Arden to appear before this Court on behalf of Defendant, Colgate Palmolive Company for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to James D. Arden.

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 6/25/07

By: _____
OLGA M. VIEIRA
Florida Bar No. 029783

Executed under penalty of perjury on this 25 day of June, 2007.

Respectfully submitted,

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

By: *s/Olga M. Vieira*
BENJAMINE REID
Florida Bar No.: 183522
OLGA M. VIEIRA
Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of June, 2007, I served the foregoing to counsel listed on the attached Service List.

          **CARLTON FIELDS, P.A.**
          *Attorneys for Colgate Palmolive Company*
          100 Southeast Second Street, Suite 4000
          Miami, Florida 33131-9101
          Telephone: (305) 530-0050
          Facsimile: (305) 530-0055

          By: *s/Olga M. Vieira*
              BENJAMINE REID
              Florida Bar No.: 183522
              OLGA M. VIEIRA
              Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>*Counsel for Plaintiffs* | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>*Attorney for Publix Super Markets, Inc.* |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhander@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>*Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart* | Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* |
| Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>*Attorneys for Del Monte Foods Co.* | Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>*Attorneys for Petsmart, Inc.* |

| | |
|---|---|
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>*Attorneys for Target Corp.* | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>*Attorneys for Mars, Inc.* |
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>*Attorneys for Nestle USA, Inc.* | James D. Arden, Esq.<br>jarden@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Colgate Palmolive Co.* |
| Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>*Attorneys for The Proctor & Gamble Co.* | Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>*Attorneys for Nutro Products, Inc* |
| Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

      Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

      Defendants.
_____/

## ORDER GRANTING COLGATE PALMOLIVE COMPANY'S MOTION FOR JAMES D. ARDEN TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for James D. Arden to Appear Pro Hac Vice and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admission pro hac vice of James D. Arden in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for James D. Arden to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. James D. Arden is granted to appear and participate in this action on behalf of Defendant Colgate Palmolive Company.

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

The Clerk shall provide electronic notification of all electronic filings to James D. Arden at JArden@Sidley.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ____ day of June, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record on the attached Service List

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>*Counsel for Plaintiffs* | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>*Attorney for Publix Super Markets, Inc.* |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhander@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>*Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart* | Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* |
| Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>*Attorneys for Del Monte Foods Co.* | Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>*Attorneys for Petsmart, Inc.* |

| | |
|---|---|
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>*Attorneys for Target Corp.* | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>*Attorneys for Mars, Inc.* |
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>*Attorneys for Nestle USA, Inc.* | James D. Arden, Esq.<br>jarden@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Colgate Palmolive Co.* |
| Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>*Attorneys for The Proctor & Gamble Co.* | Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>*Attorneys for Nutro Products, Inc* |
| Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | |