UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff



FILED by JC D.C.
JUN 26 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

    Defendants.
_____/

### CERTIFICATION OF JAMES D. ARDEN

James D. Arden, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of Connecticut, Illinois and New York, the United States District Court for the Eastern, Northern and Southern Districts of New York, and the United States Circuit Court of Appeals for the Second Circuit, the Eleventh Circuit and the Federal Circuit.

                                                  /s/ James D. Arden
                                                  JAMES D. ARDEN

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of June, 2007, I served the foregoing to counsel listed on the attached Service List.

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

By: *s/Olga M. Vieira*
     BENJAMINE REID
     Florida Bar No.: 183522
     OLGA M. VIEIRA
     Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>*Counsel for Plaintiffs* | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>*Attorney for Publix Super Markets, Inc.* |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhander@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>*Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart* | Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* |
| Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>*Attorneys for Del Monte Foods Co.* | Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>*Attorneys for Petsmart, Inc.* |

| | |
|---|---|
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>*Attorneys for Target Corp.* | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>*Attorneys for Mars, Inc.* |
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>*Attorneys for Nestle USA, Inc.* | James D. Arden, Esq.<br>jarden@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>*Attorneys for Colgate Palmolive Co.* |
| Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>*Attorneys for The Proctor & Gamble Co.* | Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>*Attorneys for Nutro Products, Inc* |
| Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | |