UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:07-21221-CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

        Plaintiffs,

v.

MARS, INC., et al,

        Defendants.

-----------------------------------------------------------/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY given that the law firm of **Adorno & Yoss, LLP** appears as counsel of record for Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, and requests the Clerk of the Court to enter this appearance into the Court's electronic docket.

Dated: June 27, 2007　　　　　　　　　　Respectfully submitted,
       Fort Lauderdale, FL

                                    By: */s/ Robert D. McIntosh*
                                        Robert D. McIntosh (FBN: 115490)
                                        Email: rdm@adorno.com
                                        **ADORNO & YOSS LLP**
                                        888 S.E. 3rd Avenue, Suite 500
                                        Fort Lauderdale, Florida 33316-1159
                                        Phone: (954) 523-5885
                                        Fax: (954) 760-9531
                                        *Attorneys for Defendants MENU FOODS, INC. and MENU FOODS INCOME FUND*

{013804.0109/L4127457_1}

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Robert D. McIntosh*
    Robert D. McIntosh (FBN: 115490)

{013804.0109/L4127457_1}

## SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 07-CIV-21221-ALTONAGA

Catherine J. MacIvor
Jeffrey Eric Foreman
Jeffrey Bradford Maltzinan
MALTZMAN FOREMAN PA
One Biscayne Boulevard - Suite 2300
Miami, FL 33131

Counsel for Plaintiffs
Rena Blaszkowski
Amy Hollub
Patricia Davis

Alan Graham Greer
Richman, Greer, Weil, Brumbaugh,
 Mirabito & Christensen
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, Florida  33131

Counsel for Defendant
The Procter & Gamble Company

Faruki, Ireland & Cox, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402

Of counsel for Defendant
The Procter & Gamble Company


Omar Ortega
DORTA AND ORTEGA, PA.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134

Counsel for Defendant
Mars Incorporated

Sherril May Colombo
COZEN O'CONNOR
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131

Counsel for Defendant
Del Monte Foods, Co.


Adriana Riviere-Badell
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

Counsel for Defendant
Nutro Products Inc.


Hugh S. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

Counsel for Defendant
Publix Supermarkets, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LLP
200 S. Biscayrie Boulevard
40th Floor
Miami, FL 33131-2398

{013804.0109/L4127457_1}

Sanford Lewis Bohrer
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Counsel for Defendant
PETCO Animal Supplies, Inc.


Rolando Andres Diaz
Maria Kayanan
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712

Cassidy Yen Dang
KUBICKI DRAPER
*505* 74th Street
Unit A-6
Miami Beach, FL 33141

Counsel for Defendant
Pet Supermarket, Inc.

Susan Elizabeth Mortensen
COFFEY BURLINGTON
2699 S. Bayshore Drive
Penthouse
Miami, Fl. 33133

Counsel for Defendant
Petsmart, Inc.


John Brian Thomas Murray, Jr.
SQUIRE, SANDERS & DEMPSEY L.L.P,
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198

{013804.0109/L4127457_1}

Robin Lea Hanger
SQUIRE, SANDERS & DEMPSEY LL.P.
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

Counsel for Defendant
Wal-Mart Stores, Inc.

and I certify that I have mailed by United States Postal Service the document to non-CM/BCE participants:

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Counsel for Defendant
Colgate Palmolive Company

Nestle U.S.A. Inc
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103.

Menu Foods, Inc.
Chief Financial Officer
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

Menu Foods Income Fund
Mark Wiens, CEO, VP
8 Falconer Drive
Streetsyille, ON
Canada LSNIBI

Kathleen S. Phang
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241

Counsel for Defendant
Target Corp.

{013804.0109/L4127457_1}