UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21221 CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

      Plaintiffs,
v.

MARS, INC., et al,

      Defendants.
_____/

**DEFENDANT TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

The Defendant, Target Corporation, by its undersigned counsel, pursuant to F.R.C.P. 7.1 and the Court's Order requiring Scheduling Report and Certificate of Interested Parties, hereby files this its Corporate Disclosure Statement and Certificate of Interested Parties as follows:

1. The Defendant, Target Corporation, has no parent corporation.

2. The Defendant, Target Corporation, is a publicly traded corporation. However, no publicly held corporation owns ten percent or more of its stock.

3. The Defendant, Target Corporation, is not aware of any person or entity related to it that has a financial interest in the outcome of this action.

CASE NO.: 07-21221 CIV-CMA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic filing this 27th day of June, 2007, to all parties on the attached Service List.

By: _/s/ Charles P. Flick_
Charles P. Flick (FBN: 253324)
cflick@sfklaw.com
Kathleen S. Phang (FBN: 348650)
kphang@sfklaw.com
SEIPP, FLICK & KISSANE, LLP
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone: 305/995-5600
Asst.: 305/995-6086 / Fax: 305/995-6100
*Attorneys for Defendant,*
*Target Corporation*

CASE NO.: 07-21221 CIV-CMA

## SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 07- 21221-CIV-CMA

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzinan<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, Florida 33131<br>*Counsel for Plaintiffs*<br>*Rena Blaszkowski*<br>*Amy Hollub*<br>*Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| D. Jeffrey Ireland<br>Brian D. Wright<br>Laura A. Sanom<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301-0006<br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, Florida 33401-6198<br>*Counsel for Defendant Petco Animal* |

CASE NO.: 07-21221 CIV-CMA

|  |  |
|---|---|
|  | *Supplies and Wal-Mart* |
| Carol A. Licko<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>*Counsel for Defendant Nestle USA, Inc.* | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>KUBICKI DRAPER<br>25 W. Flagler Street<br>Penthouse<br>Miami, Florida 33130-1712<br>*Counsel for Pet Supermarket, Inc.* |
| Robert D. McIntosh<br>ADORNO & YOSS, LLP<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, Florida 33316-1159<br>*Counsel for Defendants*<br>*Menu Foods, Inc. and*<br>*Menu Foods Income Fund* | Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive<br>Penthouse<br>Miami, Florida 33133<br>*Counsel for Defendant*<br>*Petsmart, Inc.* |
| Benjamine Reid<br>Olga M. Viera<br>CARLTON FIELDS, PA<br>100 S.E. Second Avenue<br>Suite 4000<br>Miami, Florida 33131-9101<br>*Counsel for Defendant Colgate Palmolive* | Charles P. Flick<br>Kathleen S. Phang<br>SEIPP, FLICK & KISSANE, LLP<br>Two Alhambra Plaza<br>Suite 800<br>Miami, Florida 33134-5241<br>*Counsel for Defendant*<br>*Target Corp.* |
| Robert C. Troyer<br>HOGAN & HARTSON, LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>*Counsel for Nestle USA, Inc.* | John J. McDonough<br>Richard Fama<br>COZEN & O'CONNOR<br>45 Broadway<br>New York, New York 10006<br>*Counsel for Del Monte Foods, Inc.* |
| John F. Mullen<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, Pennsylvania 19103<br>*Counsel for Del Monte Foods, Inc.* |  |