UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Colgate Palmolive Company's ("Colgate Palmolive['s]") Motion for James D. Arden to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [D.E. 93], filed on June 26, 2007. Colgate Palmolive requests, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admission *pro hac vice* of James D. Arden in this matter, and requests that Mr. Arden electronically receive notice of electronic filings. The Court having considered the Motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 93]** is **GRANTED** as follows:

(1) James D. Arden is granted leave to appear and participate in this action on behalf of Colgate Palmolive.

(2) The Clerk of the Court shall provide electronic notification of all electronic filings to

Case No. 07-21221-CIV-ALTONAGA/Turnoff

James D. Arden at JArden@Sidley.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2007.

                                 *Cecilia M. Altonaga*

                                 _____
                                 **CECILIA M. ALTONAGA**
                                 **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge William C. Turnoff
(2)  Counsel of record