UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

**MARS, INC.**, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE OF ROBERT C. TROYER

**THIS CAUSE** came before the Court on the Motion to Appear Pro Hac Vice of Robert C. Troyer of the law firm of Hogan & Hartson LLP [D.E. 87], filed on June 22, 2007. Mr. Troyer requests permission to appear *pro hac vice* in this action and designates Carol A. Licko of Hogan & Hartson LLP as Florida counsel for Defendant, Nestle USA, Inc.. The Court having reviewed the matter and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 87]** is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2007.

*[signature: Cecilia M. Altonaga]*

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record