UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 07-21221 CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,
v

MARS, INC., et al,

    Defendants.
_____/

**AGREED MOTION OF DEFENDANT TARGET CORPORATION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

  The Defendant, Target Corporation, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiffs, Renee Blaszkowski, Amy Hollub, and Patricia Davis, moves for an extension of time up to and including July 20, 2007, to serve its response to the Amended Complaint. In support of its request, Defendant Target Corporation would show:

  1. On May 9, 2007, Plaintiffs filed a 58-page Complaint against numerous defendants, including Target Corporation.

  2. On or about May 15, 2007, Plaintiffs served the original Complaint on Defendant Target Corporation.

  3. By agreement with Plaintiffs' counsel, Defendant Target was to serve its response to the Complaint by July 5, 2007.

  4. However, by letter dated June 21, 2007, Plaintiffs' counsel has now advised Defendant Target's counsel of her intention to shortly prepare and file an

Amended Complaint. Plaintiffs' counsel and Target's counsel have now agreed that for reasons of efficiency and economy, rather than serve a response or otherwise plead to the original Complaint, the Defendant Target should now await the filing of the Amended Complaint and then serve its response or otherwise plead thereto by July 20, 2007.

5. This Motion is made in good faith and not for any purpose of undue delay.

WHEREFORE, Defendant Target Corporation respectfully requests the entry of an Order granting an extension of time up to and including July 20, 2007, to serve its response to the Complaint, or the Amended Complaint, or to otherwise plead.

Dated this 28th day of June, 2007.

By: /s/ Kathleen S. Phang
Kathleen S. Phang (FBN: 348650)
kphang@sfklaw.com
Charles P. Flick (FBN: 253324)
cflick@sfklaw.com
SEIPP, FLICK & KISSANE, LLP
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
Phone: 305/995-5600
Asst.: 305/995-6086 / Fax: 305/995-6100
*Attorneys for Defendant,*
*Target Corporation*

CASE NO.: 07-21221 CIV-CMA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _/s/ Kathleen S. Phang_
Kathleen S. Phang (FBN: 348650)

CASE NO.: 07-21221 CIV-CMA

## SERVICE LIST

U.S. District Court
Southern District of Florida (Miami)
Case No: 07-21221-CIV-CMA

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzinan<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, Florida 33131<br>*Counsel for Plaintiffs*<br>*Rena Blaszkowski*<br>*Amy Hollub*<br>*Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida  33131<br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| D. Jeffrey Ireland<br>Brian D. Wright<br>Laura A. Sanom<br>FARUKI, IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio   45402<br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, Florida 33131<br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301-0006<br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, Florida 33401-6198<br>*Counsel for Defendant Petco Animal*<br>*Supplies and Wal-Mart* |

| | |
|---|---|
| Carol A. Licko<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>*Counsel for Defendant Nestle USA, Inc.* | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>KUBICKI DRAPER<br>25 W. Flagler Street<br>Penthouse<br>Miami, Florida 33130-1712<br>*Counsel for Pet Supermarket, Inc.* |
| Robert D. McIntosh<br>ADORNO & YOSS, LLP<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, Florida 33316-1159<br>*Counsel for Defendants Menu Foods, Inc. and Menu Foods Income Fund* | Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive<br>Penthouse<br>Miami, Florida 33133<br>*Counsel for Defendant Petsmart, Inc.* |
| Benjamine Reid<br>Olga M. Viera<br>CARLTON FIELDS, PA<br>100 S.E. Second Avenue<br>Suite 4000<br>Miami, Florida 33131-9101<br>*Counsel for Defendant Colgate Palmolive* | Charles P. Flick<br>Kathleen S. Phang<br>SEIPP, FLICK & KISSANE, LLP<br>Two Alhambra Plaza<br>Suite 800<br>Miami, Florida 33134-5241<br>*Counsel for Defendant Target Corp.* |
| Robert C. Troyer<br>HOGAN & HARTSON, LLP<br>One Tabor Center<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>*Counsel for Nestle USA, Inc.* | John J. McDonough<br>Richard Fama<br>COZEN & O'CONNOR<br>45 Broadway<br>New York, New York 10006<br>*Counsel for Del Monte Foods, Inc.* |
| John F. Mullen<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, Pennsylvania 19103<br>*Counsel for Del Monte Foods, Inc.* | |