UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, et al.

       Plaintiffs

vs.

MARS, INC..
PROCTOR AND GAMBLE CO., et. al.

       Defendants.
_____/

## DEFENDANT PET SUPERMARKET, INC.'S MOTION
## FOR EXTENSION OF TIME TO RESPOND TO "AMENDED COMPLAINT"
## AND MEMORANDUM IN SUPPORT

Defendant PET SUPERMARKET, INC., through undersigned counsel, seeks an extension of time to respond to Plaintiffs' anticipated Amended Complaint. Plaintiffs' counsel has advised Pet Supermarket and the other 13 Defendants that Plaintiffs will be filing an amended complaint, yet as of the date of this motion, the operative pleading remains Doc. 1, filed May 9, 2007. Plaintiffs have not provided a date certain by which they will file their amended complaint.

This Court ordered Pet Supermarket to file a response to Plaintiffs' initial complaint by July 5, 2007. Pet Supermarket is therefore in the awkward position of (1) having prepared a response to a complaint that is soon to be superseded; (2) having to file that response by July 5; (3) knowing that Plaintiffs will amend, but (4) not yet having the benefit of that amendment. Although undersigned counsel is fully prepared to comply with this Court's Order and file its response by the

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

July 5, 2007 deadline, filing a timely response to Doc.1 would be futile, as the response would be to a non-operative pleading.

Pursuant to Local Rule 7.1.A.3, undersigned counsel has conferred with Catherine MacIvor, Counsel for Plaintiffs, who has no objection to a ten-day extension of time to respond to Plaintiffs' forthcoming Amended Complaint. Pursuant to Plaintiffs' counsel's agreement, the due date for the response would therefore be ten days from July 5: July 16, 2007, as July 15 falls on a Sunday. [1]

However, Plaintiffs' agreement to a ten-day extension from the current due date, depending on *when* Plaintiffs file their amended complaint, may conflict with Rule 15(a), Fed. R. Civ. P., which provides that when an amended pleading is filed "[a] party shall plead in response to an amended pleading within the time remaining for response to the original pleading *or within 10 days after service of the amended pleading*, *whichever period is longer,* unless the court otherwise orders." (emphasis added). It is impossible to predict when Plaintiffs will file their amended complaint or the extent to which that amendment will diverge from the initial pleading. Perhaps the ten days afforded to Pet Supermarket by right under Rule 15(a) will fall within the ten-day "extension" to which Plaintiffs have agreed. However, if Plaintiffs do not file their amended complaint by July 5, 2007, the ten-day agreed-upon extension cuts short Pet Supermarket's right, under Rule 15(a), to a full ten days to respond.

Accordingly, pursuant to rule 15(a), Pet Supermarket respectfully requests that this Court extend the time for filing a responsive pleading to, at the very least, ten days after service of

---

[1] Defendant Target Corporation has filed an agreed motion for extension of time up to and including July 20, 2007. [Doc. 98-1].

-2-

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

Plaintiffs' (anticipated) Amended Complaint.

Respectfully submitted,

**Kubicki Draper P.A.**
Attorneys for Pet Supermarket, Inc.
25 West Flagler Street PH
Miami, FL 33130
Telephone: 305-982-6634
Facsimile: 305-374-7846

By:   /s/
MARIA KAYANAN (FBN 305601)
mek@kubickidraper.com
ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
CASSIDY DANG (FBN 16482)
cyd@kubickidraper.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Filed electronically this 29th day of June 2007

/s/
Maria Kayanan
Fla. Bar No.: 305601
mek@kubickidraper.com

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

**SERVICE LIST**

Catherine J. MacIvor
Jeffrey E. Foreman
Jeffrey B. Maltzman
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel:  305-358-6555
Fax:  305-374-9077
Email: cmacivor@mflegal.com
Email: jforeman@mflegal.com
Email: jmaltzman@mflegal.com
Attorneys for Plaintiffs
Service by CM/ECF

Sanford L. Bohrer
Scott D. Ponce
Holland & Knight
701 Brickell Avenue Suite 3000
Miami, FL 33131
Tel:  305-374-8500
Fax:  305-789-7799
Email: sbohrer@hklaw.com
Email: sponce@hklaw.com
Attorneys for Defendant Petco Animal Supplies, Inc.
Service by: CM/ECF

John B.T. Murray, Jr.
Squire Sanders & Dempsey LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel:  561-650-7200
Fax: 561-655-1509
Email: jbmurray@ssd.com
Attorneys for Defendant Petco Animal Supplies, Inc.
Service by: CM/ECF

Robin Lea Hanger
Squire, Sanders & Dempsey L.L.P.
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Tel: 305-577-7040
Fax: 305-577-7001
Email: rlhanger@ssd.com
Attorneys for Defendant Petco Animal Supplies, Inc.
Service by: CM/ECF

Susan Mortensen
Coffey Burlington
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, FL 33133
Tel:  305-858-2900
Fax: 305-858-5261
Email: Smortensen@Coffeyburlington.com
Attorneys for Defendant Petsmart, Inc.
Service by: CM/ECF

Marty Steinberg
Adriana Riviere-Badell
Hunton & Williams, LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel: 305-810-2500
Fax: 305-810-2460
Email: msteinberg@hunton.com
Email: ariviere-badell@hunton.com
Attorneys for Defendant Nutro Products, Inc.
Service by: CM/ECF

<div align="right">Case No. 07-21221<br>CIV- ALTONAGA/TURNOFF</div>

James D. Arden
Sidley Austin Brown & Wood
787 Seventh Avenue
New York, NY 10019-6018
Tel: 212-839-5300
Fax: 212-839-5889
Email: jarden@sidley.com
Attorneys for Defendant Colgate Palmolive Company
Service by: CM/ECF

Sherril May Colombo
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131
Tel: 305-704-5940
Fax: 305-704-5955
Email: scolombo@cozen.com
Attorneys for Defendant Del Monte Foods, Co.
Service by: CM/ECF

Richard Fama
John J. McDonough
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212-509-9400
Fax: 212-509-9492
Email: rfama@cozen.com
Email: jmcdonough@cozen.com
Attorneys for Defendant Del Monte Foods, Co.
Service by: CM/ECF

John F. Mullen
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103
Tel: 215-665-2179
Attorneys for Defendant Del Monte Foods, Co.
Service by: CM/ECF

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

Charles Philip Flick
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134
Tel: 305-995-5600
Fax: 305-995-6100
Email: cflick@sfklaw.com
Attorneys for Defendant Target Corp.
Service by: CM/ECF

Alan Graham Greer
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 S Biscayne Boulevard
Suite 1000
Miami, FL 33131
Tel: 305-373-4000
Fax: 305-373-4099
Email: agreer@richmangreer.com
Attorneys for Defendant Proctor and Gamble Co.
Service by: CM/ECF

D. Jeffrey Ireland
Brian D. Wright
Laura A. Sanom
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402
Email: djireland@ficlaw.com
Email: bwright@ficlaw.com
Email: lsanom@ficlaw.com
Attorneys for Defendant Proctor and Gamble Co.
Service by: CM/ECF

Case No. 07-21221
CIV- ALTONAGA/TURNOFF

Carol Ann Licko
Hogan & Hartson
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Tel: 305-459-6500
Fax: 305-459-6550
Email: calicko@hhlaw.com
Attorneys for Defendant Nestle U.S.A. Inc.
Service by: CM/ECF

Robert C. Troyer
Hogan & Hartson
1200 17th Street
One Tabor Center, Suite 1500
Denver, CO 80202
Attorneys for Defendant Nestle U.S.A. Inc.
Service by: CM/ECF

Robert Dewitt McIntosh
Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335-9002
Tel: 954-523-5885
Fax: 954-760-9531
Email: rdm@adorno.com
Attorneys for Defendant Menu Foods Income Fund
Service by: CM/ECF

Omar Ortega
Dorta & Ortega, P.A.
800 S Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134
Tel: 305-461-5454
Fax: 305-461-5226
Email: ortegalaw@bellsouth.net
Attorneys for Defendant Mars Inc.
Service by: CM/ECF

-8-


Case No. 07-21221
CIV- ALTONAGA/TURNOFF

Benjamine Reid
Olga M. Vieira
Carlton Fields
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101
Tel: 305-530-0050
Fax: 305-530-0055
Email: breid@carltonfields.com
Email: ovieira@carltonfields.com
Attorneys for Defendant Colgate Palmolive Company
Service by: CM/ECF

Hugh J. Turner, Jr.
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Tel: 954-463-2700
Fax: 954-463-2224
Email: hugh.turner@akerman.com
Attorneys for Defendant Publix Supermarkets, Inc.
Service by: CM/ECF