UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

    Plaintiffs,

vs.

PET SUPERMARKET, INC.,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon the Defendant, PET SUPERMARKET INC.'s "Motion for Extension of Time to Respond to Plaintiff's Amended Complaint," filed June 28, 2007. The Court has considered the Motion, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant has until ten days following service of Plaintiffs' Amended Complaint to serve its response to the Complaint.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this ___ day of _____, 2007.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT COURT**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of record