FILING FEE
PAID 75.00
In Forma Pauperis 962429
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAIMI DIVISION

FILED BY ___ W ___
2007 JUN 28 PM 2: 36
CLAR[ENCE MADDOX]
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.

_____/

## MOTION TO APPEAR PRO HAC VICE
## OF CRAIG A. HOOVER

Pursuant to Rule 4 of the Southern District of Florida Special Rules Governing the Admission and Practice of Attorneys, Craig A. Hoover of the firm of Hogan & Hartson L.L.P., 555 Thirteenth Street, NW, Washington, D.C. 20004, moves for special admission to appear *pro hac vice* in these proceedings as counsel for Nestle USA., Inc. and states as follows:

1.     Mr. Hoover is an attorney licensed to practice law in the District of Columbia, and has been a member in good standing of the D.C. Bar since 1985.

2.     Mr. Hoover also is admitted to practice before the following courts:

| Court | Year |
|---|---|
| California | 1984 |
| Virginia | 1987 |
| Central District of California | 1984 |
| D.C. Court of Appeals | 1985 |
| District of District of Columbia | 1985 |
| D.C. Circuit | 1987 |
| Western District of Virginia | 1987 |
| Eastern District of Virginia | 1988 |

\\\DC - 070559/000630 - 2564179 v1

| | |
|---|---|
| District of Maryland | 1989 |
| U.S. Supreme Court | 1990 |
| Eastern District of Michigan | 1995 |
| U.S. Court of Appeals (11th Cir.) | 2003 |
| U.S. Court of Appeals (10th Cir.) | 2007 |
| District of Utah | 2006 |

3. Mr. Hoover certifies that he has never been disbarred and is not currently suspended from the practice of law in the District of Columbia or any other State, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. Mr. Hoover certifies further that he has studied and is familiar with the Local Rules of this Court.

5. In further support of this motion, it is hereby designated that Carol Licko is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person with whom this Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Hogan & Hartson L.L.P., 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131-2336, (305) 459-6500, acts as counsel in this matter on behalf of Defendant Nestle USA, Inc.

WHEREFORE, Craig A. Hoover respectfully requests the Court grant his motion for admission *pro hac vice* to appear and participate in the above-captioned proceeding on behalf of Nestle USA, Inc., together with such other and further relief as the Court deems proper and just.

Respectfully submitted,

HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
(202) 637-5910 - facsimile

By: _____
Craig A. Hoover

3

## CONSENT TO ACT AS LOCAL COUNSEL

I, Carol A. Licko, an attorney qualified to practice in this Court, consent to designation as local counsel for Nestle USA, Inc. and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with the rules applicable in this Court.

>    Carol A. Licko
>    Florida Bar No. 435872
>    HOGAN & HARTSON L.L.P.
>    Mellon Financial Center
>    1111 Brickell Avenue, Suite 1900
>    Miami, Florida  33131
>    (305) 459-6500
>    (305) 459-6550 (fax)
>
>    By _____Carol A. Licko_____
>             Carol A. Licko

\\\DC - 070559/000630 - 2564179 v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 28th, 2007, I served the foregoing by U.S. Mail on all counsel and parties of record on the attached service list.

                                              Respectfully submitted,

                                              HOGAN & HARTSON LLP
                                              Mellon Financial Center
                                              1111 Brickell Avenue, Suite 1900
                                              Miami, Florida  33131
                                              Telephone:  (305) 459-6500
                                              Facsimile:   (305) 459-6550

                                    By: _/s/ Carol A. Licko_____
                                              Carol A. Licko
                                              Florida Bar Number 435872
                                              calicko@hhlaw.com

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

### SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email:    cmacivor@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email:    jforeman@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email:    jmaltzman@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail:    jbmurray@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail:    RD@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail:    cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

1

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
Email: smortensen@coffeyburlington.com

*Attorneys for Defendant Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
Email: hugh.turner@akerman.com

*Attorneys for Defendant Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Defendant Mars, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Defendant Mars, Inc.*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: msteinberg@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: ariviere-badell@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Defendant Colgate Palmolive Co.*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-704-5945
Facsimile: 305-704-5955

*Attorneys for Defendant Del Monte Foods, Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-Mail: agreer@richmangreer.com

*Attorney for Defendant Procter & Gamble Co.*

Robert D. McIntosh
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316-1159
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Benjamine Reid
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: breid@carltonfields.com

*Attorney for Defendant Colgate Palmolive Company*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: kphang@sfklaw.com

*Attorneys for Defendant Target Corp.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
rlhanger@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Olga M. Vieira
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: ovieira@carltonfields.com

*Attorney for Defendant Colgate Palmolive Company*

Darren W. Friedman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
E-mail: dfriedman@mflegal.com

*Attorney for Plaintiffs*

John J. McDonough
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: jmcdonough@cozen.com

*Attorney for Defendant Del Monte Foods*

D. Jeffrey Ireland
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: djireland@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Brian D. Wright
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: Bwright@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

*Attorney for Defendant Del Monte Foods*

Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
E-mail: cflick@sfklaw.com

*Attorney for Defendant Target Corp.*

Laura A. Sanom
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: lsanom@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Robert C. Troyer, Esq.
**HOGAN & HARTSON L.L.P.**
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: rctroyer@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: jmullen@cozen.com

*Attorney for Defendant Del Monte Foods, Co.*

Robert D. McIntosh
**ADORNO & YOSS**
888 S.E. 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33316-1159
Telephone: (954) 523-5885
Facsimile: (954) 760-9531
E-mail: rdm@adorno.com

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

James D. Arden
**SIDLEY & AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
E-mail: jarden@sidley.com

*Attorney for Colgate Palmolive Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAIMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR
## PRO HAC VICE OF CRAIG A. HOOVER

THIS MATTER is before the Court on the motion of Craig A. Hoover of the law firm of Hogan & Hartson L.L.P. requesting to appear *pro hac vice* and designating Carol A. Licko of Hogan & Hartson LLP as Florida counsel for defendant, Nestle USA, Inc., and the Court having reviewed the matter and being otherwise advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of June, 2007.

                                                  _____
                                                CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record