UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

      Plaintiffs,

vs.

**MARS, INC.**, et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Target Corporation's ("Target['s]") Agreed Motion for Extension of Time to Respond to Amended Complaint [D.E. 98], filed on June 28, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 98]** is **GRANTED**. Target shall file its response to the Complaint (or the Amended Complaint, should one be filed) **on or before July 20, 2007. Furthermore, all Defendants shall have until July 20, 2007 to file their responses to the anticipated amended complaint without the need for filing separate motions for additional time.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2007.

_(signature)_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff; (2) counsel of record