UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
        Defendants.
_____/

## MOTION FOR CONTINUANCE OF SCHEDULING HEARING

Defendants Mars, Incorporated, The Procter & Gamble Company, Colgate-Palmolive Company, Del Monte Foods Company, Nestle USA, Inc., Nutro Products Inc., PETCO Animal Supplies, Inc., and Wal-Mart Stores, Inc. (collectively, "Defendants"), hereby request a continuance of the scheduling hearing currently set for July 6, 2007 at 8:30 a.m. on the following grounds:

Local counsel for Nutro Products Inc., Marty Steinberg, will be unavailable to attend the hearing based on a previously scheduled hearing in another matter that will be held in Delaware. Accordingly, defendants respectfully request a continuance of the hearing until the next available date.  Defendants also note that  Plaintiffs' counsel has informed them that plaintiffs will file an amended complaint, which Defendants expect will affect decisions about scheduling dates.

Defendants have conferred in good faith with Plaintiffs' counsel, who opposes this motion.

**Conclusion**

For the foregoing reasons, Defendants respectfully request this Court grant Defendants' motion for continuance of the scheduling hearing until the next available date.

Respectfully submitted,

By  /s/ Adrian Riviere-Badell
Marty Steinberg
Florida Bar No. 187293
Adriana Riviere-Badell
Florida Bar No. 030572
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida  33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460
E-mail:  msteinberg@hunton.com
E-mail: ariviere-badell@hunton.com

and

Gail E. Lees
California Bar No. 90363
Gary L. Justice
California Bar No. 90580
(*Motions for admission pro hac vice pending*)
**GIBSON, DUNN & CRUTCHER, LLP**
333 South Grand Avenue
Los Angeles, California  90071-3197
Tel.:  (213) 229-7000
Email:  glees@gibsondunn.com
Email:  gjustice@gibsondunn.com
*Attorneys for Nutro Products, Inc.*

` Carol A. Licko
Florida Bar No. 435872
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900

Miami, Florida  33131
Tel:  (305) 459-6500
Fax:  (305) 459-6550
Email:  calicko@hhlaw.com
*Attorneys for Nestle USA, Inc.*

Philip A. Sechler
Patrick Houlihan
**WILLIAMS & CONNOLLY LLP**
725 12th ST. NW
Washington, D.C.  20005
Tel.: 202-434-5459
Fax.:  202-434-5029
Email:  psechler@wc.com
*Attorneys for Mars Inc.*

D. Jeffrey Ireland
*Admitted pro hac vice*
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402
Tel:  (937) 227-3710
Fax:  (937) 227-3717
*Attorneys for The Procter & Gamble Company*

Sherril M. Colombo
Florida Bar No. 0948799
**COZEN O'CONNOR**
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4410
Miami, Florida  33131-5940
Tel:  (305) 704-5940
Fax:  (305) 704-5955
*Attorneys for Del Monte Foods Company*

John Brian Thomas Murray, Jr.
Florida Bar No. 962759
**SQUIRE SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL  33401-6198
Tel.: 561-650-7200
Fax.:  561-655-1509

Email: jbmurray@ssd.com
*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

James D. Arden
*Admitted pro hac vice*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York  10019
Tel.: 212-839-7336
Fax.: 212-839-5599
Email: jarden@sidley.com
*Attorneys for Colgate Palmolive Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/  Adriana Riviere-Badell

## SERVICE LIST

Blaszkowski, *et. al.* v. Mars, Incorporated *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

| | |
|---|---|
| Catherine J. MacIvor<br>Darren W. Friedman<br>Jeffrey E. Foreman<br>Jeffrey B. Maltzman<br>**Maltzman Foreman P. A.**<br>One Biscayne Tower<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida  33131<br>Tel.: 305-358-6555<br>Fax.: 305-374-9077 | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>**Kubicki Draper**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL  33130-1712<br>Tel.: 305-982-6708<br>Fax: 305-374-7846<br>Email: rd@kubickidraper.com<br>Email: mek@kubickidraper.com |

| | |
|---|---|
| Email: cmacivor@mflegal.com<br>Email: dfriedman@mflegal.com<br>Email : jforeman@mflegal.com<br>Email : jmaltzman@mflegal.com<br>*Attorneys for Plaintiffs*<br>Service by: CM/ECF | Email: cyd@kubickidraper.com<br>*Attorneys for Pet Supermarket, Inc.*<br>Service by: CM/ECF |
| Charles Philip Flick<br>Kathleen S. Phang<br>**Seipp Flick & Kissane**<br>2 Alahambra Plaza<br>Suite 800<br>Miami, FL  33134<br>Tel.: 305-99505600<br>Fax.: 305-995-6100<br>Email: cflick@sfklaw.com<br>Email: kphang@sfklaw.com<br>*Attorneys for Target Corp.*<br>Service by: CM/ECF | Susan E. Mortensen<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel.: 305-858-2900<br>Fax.: 305-858-5261<br>Email: Smortensen@Coffeyburlington.com<br>*Attorneys for PetSmart, Inc.*<br>Service by: CM/ECF |
| Alan Graham Greer<br>**Richman Greer PA**<br>201 S. Biscayne Boulevard<br>Suite 1000<br>Miami, FL  33131<br>Tel.: 305-373-4000<br>Fax: 305-373-4099<br>Email: agreer@richmangreer.com<br>*Attorneys for Proctor and Gamble Co.*<br>Service by: CM/ECF | Olga M. Vieira<br>Benjamine Reid<br>**Carlton Fields**<br>100 SE 2nd Street<br>Suite 4000, P.O. Box 019101<br>Miami, FL  33131-9101<br>Tel.: 305-530-0050<br>Fax.: 305-530-0055<br>Email: ovieira@carltonfields.com<br>Email: breid@carltonfields.com<br>*Attorneys for Colgate Palmolive Company*<br>Service by: CM/ECF |
| Sherril May Colombo<br>**Cozen O'Connor**<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL  33131<br>Tel: 305-704-5940<br>Fax.: 305-704-5955<br>Email: scolombo@cozen.com<br>*Attorneys for Del Monte Foods, Co.*<br>Service by: CM/ECF | Carol Ann Licko<br>**Hogan & Hartson**<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL  33131<br>Tel.: 305-459-6500<br>Fax.: 305-459-6550<br>Email: calicko@hhlaw.com<br>*Attorneys for Nestle U.S.A., Inc.*<br>Service by: CM/ECF |
| Hugh J. Turner, Jr. | Robert D. McIntosh |

| | |
|---|---|
| **Akerman Senterfitt & Eidson**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL  33301-0006<br>Tel: 954-463-2700<br>Fax.: 954-463-2224<br>Email: hugh.turner@akerman.com<br>*Attorneys for Publix Supermarkets, Inc.*<br>Service by:  CM/ECF | **Adorno & Yoss LLP**<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, FL  33316-1159<br>Tel.: 954-523-5885<br>Fax.: 954-760-9531<br>Email: rdm@adorno.com<br>*Attorneys for Menu Foods, Inc.*<br>*Attorneys for Menu Foods Income Fund* |
| Robin Lea Hanger<br>**Squire, Sanders & Dempsey LLP**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL  33131-2398<br>Tel.: 305-577-7040<br>Fax.: 305-577-7001<br>Email: rlhanger@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*<br>Service by CM/ECF | Omar Ortega<br>**Dorta & Ortega, P.A.**<br>800 S. Douglas Road<br>Douglas Entrance Suite 149<br>Coral Gables, FL  33134<br>Tel.: 305-461-5454<br>Fax.: 954-461-5226<br>Email: ortegalaw@bellsouth.net<br>*Attorneys for Mars Inc.*<br>Service by:  CM/ECF |
| John Brian Thomas Murray, Jr.<br>**Squire Sanders & Dempsey LLP**<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL  33401-6198<br>Tel.: 561-650-7200<br>Fax.: 561-655-1509<br>Email: jbmurray@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*<br>Service by:  CM/ECF | Philip A. Sechler<br>**Williams & Connolly LLP**<br>725 12th ST. NW<br>Washington, D.C.  20005<br>Tel.: 202-434-5459<br>Fax.: 202-434-5029<br>Email: psechler@wc.com<br>*Attorneys for Mars Inc.*<br>Service by:  CM/ECF |
| John J. Kuster<br>James D. Arden<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York  10019<br>Tel.: 212-839-7336<br>Fax.: 212-839-5599<br>Email: jkuster@sidley.com<br>Email: jarden@sidley.com<br>*Attorneys for Colgate Palmolive Co.*<br>Service by:  CM/ECF | D. Jeffrey Ireland<br>Brian D. Wright<br>Laura A. Sanom<br>**Faruki Ireland & Cox P.L.L.**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio  45402<br>Tel.: 937-227-3700<br>Fax.: 937-227-3742<br>Email: djireland@ficlaw.com<br>Email: Bwright@ficlaw.com |

|  | Email: lsanom@ficlaw.com<br>*Attorneys for Procter & Gamble Co.*<br>Service by: CM/ECF |
|---|---|
| John J. McDonough<br>Richard Fama<br>**Cozen O'Connor**<br>45 Broadway<br>New York, NY 10006<br>Tel.: 212-509-9400<br>Fax.: 212-509-9492<br>Email: jmcdonough@cozen.com<br>Email: rfama@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF | John F. Mullen<br>**Cozen O'Connor**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel.: 215-665-2179<br>Fax.: 215-665-2013<br>Email: jmullen@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF |
| Robert C. Troyer<br>**Hogan & Hartson, LLP**<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Tel.: 303-899-7300<br>Fax.: 303-899-7333<br>Email: rctroyer@hhlaw.com<br>*Attorneys for Nestle USA, Inc.*<br>Service by: CM/ECF | Craig A. Hoover<br>Miranda L. Berge<br>**Hogan & Hartson, LLP**<br>555 13th Street NW<br>Washington, DC 20004-1109<br>Tel.: 202-637-5600<br>Fax.: 202-637-5910<br>Email: cahoover@hhlaw.com<br>Email: mlberge@hhlaw.com<br>*Attorneys for Nestle USA, Inc.*<br>Service by: CM/ECF |