UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

          Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
          Defendants.
_____/

## ORDER GRANTING
## MOTION FOR CONTINUANCE OF HEARING

Upon Defendants Mars, Incorporated, The Procter & Gamble Company, Colgate-Palmolive Company, Del Monte Foods Company, Nestle USA, Inc., Nutro Products Inc., PETCO Animal Supplies, Inc., and Wal-Mart Stores, Inc.'s, Motion For Continuance of Scheduling Hearing, the Court, being fully advised, hereby ORDERS that: the Scheduling Hearing is continued until _____ _____.

      DONE AND ORDERED at Miami, Florida on this ___ day of _____, 2007.

                                                  _____
                                                  CECILIA M. ALTONAGA
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record