UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case no. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et al.,*

      Plaintiffs

vs.

MARS, INC., *et al.,*

      Defendants.

_____/

## PLAINTIFFS' RESPONSE TO CERTAIN DEFENDANTS' MOTION FOR CONTINUANCE OF SCHEDULING HEARING

Plaintiffs, Renee Blaszkowski *et al.,* respectfully request this Court to deny Defendants, Mars, Incorporated, Procter and Gamble Co., Colgate-Palmolive Co., Del Monte Foods Co., Nestle USA, Inc., Nutro Products, Inc., PETCO Animal Supplies, Inc., and Wal-Mart Stores, Inc.'s Motion ("Defendants") to Continue Scheduling Hearing and states:

This Court originally ordered the parties' to provide the Court with a Joint Scheduling Report by June 7, 2007. [DE 7]. Based on some of the Defendants' Motions for Extension of Time for thirty (30) days to comply with the Court's Scheduling Order, allowed the additional time and scheduled a hearing on July 6, 2006. [DE 57].

Some of the Defendants have ***again*** requested an extension of time to comply with the Order based upon two grounds: local counsel for Defendant Nutro has a scheduling conflict and some of the Defendants believe that the Plaintiffs' Amended Complaint will "affect decisions about scheduling dates." [DE 103].

1

The Plaintiffs/Classs Representative request that the Motion be *denied* for all of the following reasons:

1	*None* of the Defendants' counsel raised scheduling conflicts at the time that the Order was entered on June 7, 2006.  While the Defendants Motiondid not state that this was a pre-existing court appearance that could not otherwise be scheduled given the late timing of the Motion, presumably Nutro's local counsel can make arrangements for another lawyer in local counsel's firm to attend a scheduling conference so that it does not have to be postponed and the Scheduling Order delayed *again*.

2.	Plaintiff/Class Representative, Renee Blaszkowski, a resident of Michigan, has made arrangements to attend this hearing as a representative for the Plaintiffs.  It would cause her great inconvenience if this hearing were to be continued at this late date.

3.	The Defendants have been aware for several weeks that the undersigned planned to be on vacation during that week, but because the Plaintiffs want to move the case along, the undersigned has made arrangements to be at the hearing notwithstanding vacation plans.  If there was a valid conflict which would necessitate the continuance of this hearing based upon one individual's unavailability, the undersigned presumes that it could have, and should have, been brought to the Plaintiff's counsel's attention well before now.

4.	The Plaintiffs' counsel and the Defendants have been consulting about a proposed Joint Scheduling Report twice over the last three (3) weeks.  The Plaintiffs' counsel and representatives of the Defendants discussed the scheduling tracks and discovery twice and appeared to come to certain verbal agreements and noted certain differences several weeks ago during the initial telephone conference.  A one and a half page draft Joint Scheduling Report has been created and was sent to the undersigned by certain of the Defendants on Thursday June 28,

2007, that is exactly what the Plaintiffs' counsel and Defendants' spoke about on the very first conference call. There is no reason to believe that it cannot be finalized on Monday, given that despite the undersigned's vacation, the undersigned will be available to finalize the Joint Scheduling Report.

5. The Defendants have offered no reason why they believe that the filing of an Amended Complaint in this action will "affect decisions about scheduling dates."

As discussed in the Plaintiffs/Class Representatives' Response in opposition to the last motion to delay submitting a Joint Scheduling Report [DE 56], the Plaintiffs/Class Representatives are opposed to these lengthy delays and request that the hearing go forward as Ordered three (3) weeks ago for all of the reasons set forth above.

WHEREFORE, the Plaintiffs/Class Representatives respectfully request this Court to enter an Order denying the Defendants, Mars, Incorporated, Procter and Gamble Co., Colgate-Palmolive Co., Del Monte Foods Co., Nestle USA, Inc., Nutro Products, Inc., PETCO Animal Supplies, Inc., and Wal-Mart Stores, Inc.'s, Motion for Continuance of Scheduling Hearing and for all other relief that the Court deems just and proper.

        Respectfully submitted,

        s/ Catherine J. MacIvor
        Catherine J. MacIvor, Florida Bar No. 932711
        Maltzman Foreman PA
        2 South Biscayne Blvd., Suite 2300
        Miami, Florida 33131
        Tel.: (305) 358-6555
        Fax: (305) 374-9077
        Email: cmacivor@mflegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

**SERVICE LIST**
Blaszkowski, *et. al.* v. Mars, Incorporated *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

Catherine J. MacIvor
Maltzman Foreman P. A.
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, Florida 33131
Tel.: 305-358-6555
Fax.: 305-374-9077
Email: cmacivor@mflegal.com
*Attorneys for Plaintiffs*

Rolando Andres Diaz
Kubicki Draper
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Tel.: 305-982-6708
Fax: 305-374-7846
Email: rd@kubickidraper.com
*Attorneys for Pet Supermarket, Inc.*
Service by: CM/ECF

Charles Philip Flick
Seipp Flick & Kissane
2 Alahambra Plaza
Suite 800
Miami, FL 33134
Tel.: 305-99505600
Fax.: 305-995-6100
Email: cflick@sfklaw.com
*Attorneys for Target Corp.*
Susan E. Mortensen

4

Coffey Burlington
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel.: 305-858-2900
Fax.: 305-858-5261
Email: Smortensen@Coffeyburlington.com
*Attorneys for PetSmart, Inc.*

Alan Graham Greer
Richman Greer PA
201 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Tel.: 305-373-4000
Fax: 305-373-4099
Email: agreer@richmangreer.com
*Attorneys for Proctor and Gamble Co.*

Benjamine Reid
Carlton Fields
100 SE 2nd Street
Suite 4000, P.O. Box 019101
Miami, FL 33131-9101
Tel.: 305-530-0050
Fax.: 305-530-0055
Email: breid@carltonfields.com
*Attorneys for Colgate Palmolive Company*

Sherril May Colombo
Cozen O'Connor
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
Tel: 305-704-5940
Fax.: 305-704-5955
Email: scolombo@cozen.com
*Attorneys for Del Monte Foods, Co.*

Carol Ann Licko
Hogan & Hartson
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Tel.: 305-459-6500
Fax.: 305-459-6550

Email: calicko@hhlaw.com
*Attorneys for Nestle U.S.A., Inc.*
Service by: CM/ECF

Hugh J. Turner, Jr.
Akerman Senterfitt & Eidson
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Tel: 954-463-2700
Fax.: 954-463-2224
Email: hugh.turner@akerman.com
*Attorneys for Publix Supermarkets, Inc.*

Robert D. McIntosh
Adorno & Yoss LLP
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, FL 33316-1159
Tel.: 954-523-5885
Fax.: 954-760-9531
Email: rdm@adorno.com
*Attorneys for Menu Foods, Inc.*
*Attorneys for Menu Foods Income Fund*

Robin Lea Hanger
Squire, Sanders & Dempsey LLP
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Tel.: 305-577-7040
Fax.: 305-577-7001
Email: rlhanger@ssd.com
*Attorneys for PETCO Animal Supplies, Inc.*
*and Wal-Mart Stores, Inc.*

Omar Ortega
Dorta & Ortega, P.A.
800 S. Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134
Tel.: 305-461-5454
Fax.: 954-461-5226
Email: ortegalaw@bellsouth.net
*Attorneys for Mars Inc.*
John Brian Thomas Murray, Jr.

6

Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel.: 561-650-7200
Fax.: 561-655-1509
Email: jbmurray@ssd.com
*Attorneys for PETCO Animal Supplies, Inc.*
*and Wal-Mart Stores, Inc.*

Philip A. Sechler
Williams & Connolly LLP
725 12th ST. NW
Washington, D.C. 20005
Tel.: 202-434-5459
Fax.: 202-434-5029
Email: psechler@wc.com
*Attorneys for Mars Inc.*

John J. Kuster
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
Tel.: 212-839-7336
Fax.: 212-839-5599
Email: jkuster@sidley.com
*Attorneys for Colgate Palmolive Co.*

D. Jeffrey Ireland
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Tel.: 937-227-3700
Fax.: 937-227-3742
Email: djireland@ficlaw.com
*Attorneys for Procter & Gamble Co.*
Service by: CM/ECF

John J. McDonough
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel.: 212-509-9400
Fax.: 212-509-9492

Email: jmcdonough@cozen.com
*Attorneys for Del Monte Foods Co.*

John F. Mullen
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel.: 215-665-2179
Fax.: 215-665-2013
Email: jmullen@cozen.com
*Attorneys for Del Monte Foods Co.*

Robert C. Troyer
Hogan & Hartson, LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Tel.: 303-899-7300
Fax.: 303-899-7333
Email: rctroyer@hhlaw.com
*Attorneys for Nestle USA, Inc.*
Service by: CM/ECF

Craig A. Hoover
Hogan & Hartson, LLP
555 13th Street NW
Washington, DC 20004-1109
Tel.: 202-637-5600
Fax.: 202-637-5910
Email: cahoover@hhlaw.com
Email: mlberge@hhlaw.com
*Attorneys for Nestle USA, Inc.*