# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

    Plaintiffs,

vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Pet Supermarket, Inc.'s ("Pet Supermarket['s]") Motion for Extension of Time to Respond to "Amended Complaint" [D.E. 99], filed on June 29, 2007. Via Order dated June 29, 2007 [D.E. 102], the Court granted all defendants through July 20, 2007 to respond to Plaintiffs' Amended Complaint. Accordingly, it is

**ORDERED AND ADJUDGED** that Pet Supermarket's Motion **[D.E. 99]** is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of June, 2007.

*(signature)*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record