


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
of others similarly situated

    Plaintiffs,

vs.

MARS, INCORPORATED,
PROCTOR & GAMBLE COMPANY,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA, INC.,
NUTRO PRODUCTS, INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPER MARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART, INC.,
TARGET CORPORATION,
WAL-MART STORES, INC.,

    Defendants.
_____/

**MOTION FOR LIMITED APPEARANCE OF CHRISTOPHER M. D'ANGELO
ON BEHALF OF MARS, INCORPORATED, CONSENT TO DESIGNATION AND
REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission of Christopher M. D'Angelo, Esquire, of the law

firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, District of Columbia,

20005, (202) 434-5000, for purposes of limited appearance as co-counsel on behalf of Mars, Incorporated herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Christopher M. D'Angelo to receive electronic filings in this case, and in support thereof states as follows:

1. Christopher M. D'Angelo is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of New York and the District of Columbia.

2. Movant, Omar Ortega, Esquire, of the law firm of Dorta & Ortega, P.A., Douglas Entrance, 800 Douglas Road, Suite 149, Coral Gables, Florida 33134, (305) 461-5454, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher M. D'Angelo has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Christopher M. D'Angelo, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher M. D'Angelo at email address:

cdangelo@wc.com.

WHEREFORE, Omar Ortega moves this Court to enter an Order permitting Christopher M. D'Angelo to appear before this Court on behalf of Mars, Incorporated for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. D'Angelo.

Dated: June 29, 2007

Respectfully submitted,

DORTA & ORTEGA, P.A.

Omar Ortega, Esq.
FL Bar No.: 0095117
DOUGLAS ENTRANCE
800 S. Douglas Road, Suite 149
Miami, FL 33134
Tel:   (305) 461-5454
Fax:   (305) 461-5226
oortega@dortaandortega.com

***Attorneys for Mars Incorporated***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance of Thomas G. Hentoff on behalf of Mars, Incorporated, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by Omar Ortega, Esquire, on June 29, 2007 on all counsel or parties of record on the service list.

By: _____
    Omar Ortega, Esq.
    Florida Bar No. 0095117
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Phone:   (305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com

RENEE BLASZKOWSKI, ET AL. V. MARS, INCORPORATED, ET AL.
Case No.: 07-212221 CIV ALTONAGA

**SERVICE LIST**

Hugh J. Turner, Esq.
hugh.turner@akerman.com
AKERMAN SENTERFITT
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Tel. (54-463-2700
Fax 954-463-2224
*Attorneys for Publix Super Markets, Inc.*

John Brian Thomas Murray, Jr., Esq.
jbmurray@ssd.com
Robin Lea Hanger
rlhanger@ssd.com
SQUIRE, SANDERS & DEMPSEY, LLP
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel. 561-650-7200
Fax 561-655-1509
*Attorneys for PETCO Animal Supplies, Inc.
and Wal-Mart Store, Inc.*

Stephen D. Busey, Esq.
sbusey@smithhulsey.com
Cynthia C. Jackson, Esq.
cjackson@smithhulsey.com
SMITH, HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel. 904-359-7700
Fax. 904-353-9908
*Attorneys for Winn-Dixie Stores, Inc.*

Jeffrey B. Maltzman, Esq.
jmaltzman@mslegal.com
Jeffrey E. Foreman, Esq.
jforeman@mslegal.com
Catherine J. MacIvor, Esq.
cmacivor@mslegal.com
Darren W. Friedman, Esq.
dfriedman@mslegal.com
MALTZMAN FOREMAN, PA
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305-358-6555
Fax 305-374-9077
*Attorneys for Plaintiffs*

Sanford L. Bohrer, Esq.
sandy.bohrer@hklaw.com
HOLLAND & KNIGHT
701 Brickell Avenue
Suite 3000
Miami, FL 33131
Tel. 305-789-7678
Fax 305-655-1509
*Attorneys for PETCO Animal Supplies, Inc.*

Susan E. Mortensen, Esq.
smortensen@coffeyburlington.com
COFFEY BURLINGTON
2699 South Bayshore Drive
Penthouse
Miami, FL 33133
Tel. 305-858-2900
Fax 305-858-5261
*Attorneys for PetSmart, Inc.*

John J. Kuster, Esq.
jkuster@sidley.com
SIDLEY AUSTIN, LLP
787 Seventh Avenue
New York, NY 10019
Tel. 212-839-7336
Fax 212-839-5599
*Attorneys for Colgate Palmolive Company*

Benjamime Reid, Esq.
breid@carltonfields.com
Olga M. Vieira, Esq.
ovieira@carltonfields.com
CARLTON FIELDS, P.A.
100 SE 2nd Street
Suite 4000
Miami, 33131
Tel. 305-530-0050
Fax 305-530-0055
*Attorneys for Colgate Palmolive Company*

Alan G. Greer, Esq.
agreer@richmondgreer.com
RICHMOND, GREER, WEIL, ET AL.
201 South Biscayne Boulevard
10th Floor
Miami, FL 33131
Tel. 305-373-4010
Fax 305-373-4099
*Attorneys for Proctor & Gamble Company*

Robert D. McIntosh, Esq.
rdm@adorno.com
ADORNO & YOSS, LLP
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL 33316-1159
Tel. 954-523-5885
Fax 954-760-9531
*Attorneys for Menu Foods, Inc. &
Menu Foods Income Fund*

Marty Steinberg, Esq.
msteinberg@hunton.com
Adriana Riviere-Badell, Esq.
Ariviere-badell@hunton.com
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue
Suite 2500
Miami, FL 33131
Tel. 305-810-2500
Fax 305-810-2460
*Attorneys for Nutro Products, Inc.*

Carol A. Licko, Esq.
calicko@hhlaw.com
Robert C. Troyer
rctroyer@hhlaw.com
HOGAN & HARTSON, LLP
111 Brickell Avenue
Suite 1900
Miami, FL 33131
Tel. 305-459-6500
Fax 305-459-6550
*Attorneys for Nestle USA, Inc.*

Rolando Andres Diaz, Esq.
rd@kubickidraper.com
Cassidy Yen Dang, Esq.
cyd@kubickidraper.com
Maria Kayanan, Esq.
mek@kubickidraper.com
KUBICKI DRAPER, P.A.
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Tel. 305-982-6722
Fax 305-374-7846
*Attorneys for Pet Supermarket, Inc.*

Sherril May Colombo
scolombo@cozen.com
John J. McDonough
jmcdonough@cozen.com
John F. Mullen
jmullen@cozen.com
Richard Fama
rfama@cozen.com
COZEN O'CONNOR
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131
Tel. 305-704-5940
Fax  305-704-5955
*Attorneys for Del Monte Foods, Co.*

Charles Philip Flick
cflick@sfklaw.com
Kathleen S. Phang, Esq.
kphang@sfklaw.com
SEIPP, FLICK & KISSANE
Two Alhambra Plaza
Suite 800
Miami, FL 33134
Tel. 305-995-5600
Fax 305-995-6100
*Attorneys for Target Corporation*

D. Jeffrey Ireland
djireland@ficlaw.com
Laura A. Sanom
lsanom@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
FARUKI IRELAND & COX P.L.L.
10 N. Ludlow Street
500 Courthouse Plaza, S.W.
Dayton, OH 45402
Tel. 937-227-3700
Fax 937-227-3717
*Attorneys for Proctor & Gamble Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-212221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
of others similarly situated

  Plaintiffs,

vs.

MARS, INCORPORATED,
PROCTOR & GAMBLE COMPANY,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA, INC.,
NUTRO PRODUCTS, INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPER MARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART, INC.,
TARGET CORPORATION,
WAL-MART STORES, INC.,

  Defendants._____/

## CERTIFICATION OF CHRISTOPHER M. D'ANGELO

  Christopher M. D'Angelo, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of the State of New York and the District of Columbia.

Dated: June 28, 2007

              _____
              Christopher M. D'Angelo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221 CIV ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf
of others similarly situated

    Plaintiffs,

vs.

MARS, INCORPORATED,
PROCTOR & GAMBLE COMPANY,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE USA, INC.,
NUTRO PRODUCTS, INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPER MARKETS, INC.,
WINN-DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART, INC.,
TARGET CORPORATION,
WAL-MART STORES, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE
## OF CHRISTOPHER M. D'ANGELO, CONSENT TO DESIGNATION AND
## REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Christopher M. D'Angelo and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Christopher M. D'Angelo

in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Christopher M. D'Angelo may appear and participate in this action on behalf of Mars, Incorporated. The Clerk shall provide electronic notification of all electronic filings to Christopher M. D'Angelo at cdangelo@wc.com.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record