UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others similarly situated,

  Plaintiffs,
vs.

**MARS, INC.**, et al.,

  Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE* OF MIRANDA L. BERGE

THIS MATTER is before the Court on the Motion of Miranda L. Berge of the law firm of Hogan & Hartson L.L.P. requesting to appear *pro hac vice*, and designating Carol A. Licko of Hogan & Hartson LLP as Florida counsel for Defendant, Nestle USA, Inc., filed on June 29, 2007 (D.E. 101), and the Court having reviewed the matter and being otherwise advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that said Motion (D.E. 101) is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 29th day of June, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
All counsel of record