FILING FEE

PAID  75.90

In Forma  962598
Pauperis
                Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

2007 JUL -2  PM 4: 11

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

             Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
             Defendants.

_____/

## MOTION FOR ADMISSION OF CHARLES H. ABBOTT *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Charles H. Abbott of the law firm of Gibson, Dunn & Crutcher, LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197, (213) 229-7000, for purposes of appearing as co-counsel *pro hac vice* for Defendant Nutro Products, Inc.

    1.    Charles H. Abbott certifies that he has studied the Local Rules of this Court and is an active member in good standing of the State Bar of California. Mr. Abbott is also admitted in the U.S. District Court for the Central District of California.

    2.    In further support of this motion, it is hereby designated that Marty Steinberg is a member of the bar of this Court and maintains an office in this District for the practice of law. He is the person to whom the Court and counsel may readily communicate and upon whom

Dockets.Justia.com

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

papers may be served. In addition, the law firm of Hunton & Williams LLP, Mellon Financial

Center, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, telephone number (305) 810-

2500 acts as local counsel on behalf of Defendants.

## APPLICANT'S CERTIFICATION

I HEREBY CERTIFY that I have studied the Local Rules of this Court and that I am a

member in good standing of the California Bar and the U.S. District Court for the Central

District of California.

BY: _____

Charles H. Abbott
California Bar No. 227488

## CONSENT TO DESIGNATION

I HEREBY CONSENT to the foregoing designation, this _____ day of June, 2007.

BY: _____

Marty Steinberg, Local Counsel
Florida Bar No. 187293

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Respectfully submitted,

By

Marty Steinberg
Florida Bar No. 187293
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel.: (305) 810-2500
Fax: (305) 810-2460
Email: *msteinberg@hunton.com*

*and*

Charles H. Abbott
California Bar No. 227488
(*Not yet admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Tel.: (213) 229-7000
Email: *cabbott@gibsondunn.com*

**Attorneys for Nutro Products, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2007 the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List by U.S. Mail.

Marty Steinberg

3

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## SERVICE LIST

Blaszkowski, *et. al.* v. Mars, Incorporated *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

| | |
|---|---|
| Catherine J. MacIvor<br>Darren W. Friedman<br>Jeffrey E. Foreman<br>Jeffrey B. Maltzman<br>**Maltzman Foreman P. A.**<br>One Biscayne Tower<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida  33131<br>Tel.: 305-358-6555<br>Fax.: 305-374-9077<br>Email:  cmacivor@mflegal.com<br>Email:  dfriedman@mflegal.com<br>Email : jforeman@mflegal.com<br>Email : jmaltzman@mflegal.com<br>*Attorneys for Plaintiffs*<br>Service by:  CM/ECF | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>**Kubicki Draper**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL  33130-1712<br>Tel.: 305-982-6708<br>Fax: 305-374-7846<br>Email:  rd@kubickidraper.com<br>Email:  mek@kubickidraper.com<br>Email:  cyd@kubickidraper.com<br>*Attorneys for Pet Supermarket, Inc.*<br>Service by:  CM/ECF |
| Charles Philip Flick<br>Kathleen S. Phang<br>**Seipp Flick & Kissane**<br>2 Alahambra Plaza<br>Suite 800<br>Miami, FL  33134<br>Tel.: 305-99505600<br>Fax.: 305-995-6100<br>Email:  cflick@sfklaw.com<br>Email:  kphang@sfklaw.com<br>*Attorneys for Target Corp.*<br>Service by:  CM/ECF | Susan E. Mortensen<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel.: 305-858-2900<br>Fax.: 305-858-5261<br>Email:  Smortensen@Coffeyburlington.com<br>*Attorneys for PetSmart, Inc.*<br>Service by:  CM/ECF |
| Alan Graham Greer<br>**Richman Greer PA**<br>201 S. Biscayne Boulevard<br>Suite 1000<br>Miami, FL  33131<br>Tel.:  305-373-4000<br>Fax:  305-373-4099<br>Email:  agreer@richmangreer.com<br>*Attorneys for Proctor and Gamble Co.* | Olga M. Vieira<br>Benjamine Reid<br>**Carlton Fields**<br>100 SE 2nd Street<br>Suite 4000, P.O. Box 019101<br>Miami, FL  33131-9101<br>Tel.: 305-530-0050<br>Fax.: 305-530-0055<br>Email:  ovieira@carltonfields.com |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Service by: CM/ECF | Email: breid@carltonfields.com<br>*Attorneys for Colgate Palmolive Company*<br>Service by: CM/ECF |
| Sherril May Colombo<br>**Cozen O'Connor**<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>Tel: 305-704-5940<br>Fax.: 305-704-5955<br>Email: scolombo@cozen.com<br>*Attorneys for Del Monte Foods, Co.*<br>Service by: CM/ECF | Carol Ann Licko<br>**Hogan & Hartson**<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131<br>Tel.: 305-459-6500<br>Fax.: 305-459-6550<br>Email: calicko@hhlaw.com<br>*Attorneys for Nestle U.S.A., Inc.*<br>Service by: CM/ECF |
| Hugh J. Turner, Jr.<br>**Akerman Senterfitt & Eidson**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>Tel: 954-463-2700<br>Fax.: 954-463-2224<br>Email: hugh.turner@akerman.com<br>*Attorneys for Publix Supermarkets, Inc.*<br>Service by: CM/ECF | Robert D. McIntosh<br>**Adorno & Yoss LLP**<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, FL 33316-1159<br>Tel.: 954-523-5885<br>Fax.: 954-760-9531<br>Email: rdm@adorno.com<br>*Attorneys for Menu Foods, Inc.*<br>*Attorneys for Menu Foods Income Fund*<br>Service by: CM/ECF |
| Robin Lea Hanger<br>**Squire, Sanders & Dempsey LLP**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398<br>Tel.: 305-577-7040<br>Fax.: 305-577-7001<br>Email: rlhanger@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc.*<br>*and Wal-Mart Stores, Inc.*<br>Service by CM/ECF | Omar Ortega<br>**Dorta & Ortega, P.A.**<br>800 S. Douglas Road<br>Douglas Entrance Suite 149<br>Coral Gables, FL 33134<br>Tel.: 305-461-5454<br>Fax.: 954-461-5226<br>Email: ortegalaw@bellsouth.net<br>*Attorneys for Mars, Incorporated*<br>Service by: CM/ECF |
| John Brian Thomas Murray, Jr.<br>**Squire Sanders & Dempsey LLP**<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel.: 561-650-7200 | Christopher M. D'Angelo<br>Dane H. Butswinkas<br>Patrick J. Houlihan<br>Thomas G. Hentoff<br>**Williams & Connolly LLP**<br>725 12th ST. NW<br>Washington, D.C. 20005 |

| | |
|---|---|
| Fax.: 561-655-1509<br>Email: jbmurray@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*<br>Service by: CM/ECF | Tel.: 202-434-5459<br>Fax.: 202-434-5029<br>Email: cdangelo@wc.com<br>Email: dbutswinkas@wc.com<br>Email: phoulihan@wc.com<br>Email: thentoff@wc.com<br>*Attorneys for Mars Inc.*<br>Service by: CM/ECF |
| John J. Kuster<br>James D. Arden<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel.: 212-839-7336<br>Fax.: 212-839-5599<br>Email: jkuster@sidley.com<br>Email: jarden@sidley.com<br>*Attorneys for Colgate Palmolive Co.*<br>Service by: CM/ECF | D. Jeffrey Ireland<br>Brian D. Wright<br>Laura A. Sanom<br>**Faruki Ireland & Cox P.L.L.**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel.: 937-227-3700<br>Fax.: 937-227-3742<br>Email: djireland@ficlaw.com<br>Email: Bwright@ficlaw.com<br>Email: **lsanom@ficlaw.com**<br>*Attorneys for The Procter & Gamble Co.*<br>Service by: CM/ECF |
| John J. McDonough<br>Richard Fama<br>**Cozen O'Connor**<br>45 Broadway<br>New York, NY 10006<br>Tel.: 212-509-9400<br>Fax.: 212-509-9492<br>Email: jmcdonough@cozen.com<br>Email: rfama@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF | John F. Mullen<br>**Cozen O'Connor**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel.: 215-665-2179<br>Fax.: 215-665-2013<br>Email: jmullen@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF |
| Robert C. Troyer<br>**Hogan & Hartson, LLP**<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Tel.: 303-899-7300<br>Fax.: 303-899-7333<br>Email: rctroyer@hhlaw.com<br>*Attorneys for Nestle USA, Inc.*<br>Service by: CM/ECF | Craig A. Hoover<br>Miranda L. Berge<br>**Hogan & Hartson, LLP**<br>555 13th Street NW<br>Washington, DC 20004-1109<br>Tel.: 202-637-5600<br>Fax.: 202-637-5910<br>Email: cahoover@hhlaw.com<br>Email: mlberge@hhlaw.com<br>*Attorneys for Nestle USA, Inc.* |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | Service by: CM/ECF |
|---|---|
| Gail E. Lees<br>Gary L. Justice<br>**Gibson Dunn & Crutcher**<br>333 S. Grand Avenue<br>Suite 4600<br>Los Angeles, CA 90071-3197<br>Tel.: 213-229-7000<br>Fax.: 213-229-7520<br>Email: glees@gibsondunn.com<br>Email: gjustice@gibsondunn.com<br>*Attorneys for Nutro Products, Inc.*<br>Service by: CM/ECF | |

99903.000310 MIAMI 416263v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

             Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
                 Defendants.
_____/

## ORDER GRANTING MOTION FOR ADMISSION
## OF CHARLES H. ABBOTT *PRO HAC VICE*

THIS CAUSE comes before the Court upon Defendants' Motion for Admission of Charles H. Abbott *Pro Hac Vice* [**DE** ___ ], filed on July ____, 2007. The Court having reviewed the Motion and otherwise being advised in the premises, it is hereby,

ORDERED and ADJUDGED that this Motion is hereby GRANTED. Charles H. Abbott of the law firm of Gibson, Dunn & Crutcher LLP shall be admitted *pro hac vice* in this matter to represent Defendant Nutro Products, Inc.

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, this ____ day of _____, 2007.

                                    _____
                                    CECILIA M. ALTONAGA
                                    UNITED STATES DISTRICT JUDGE

Copies provided to Counsel of Record