UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

Defendants.

_____/


**CERTIFICATION OF MICHAEL R. ROSS, ESQUIRE**

Michael R. Ross, Esquire, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that

(1)    I have studied the Local Rules of the United States District Court for the Southern

District of Florida; and

4

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

Dockets.Justia.com

(2)    I am a member in good standing of the Arizona State Bar, the U.S. District Court for the District of Arizona, the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Southern District of Texas, and the U.S. Court of Appeals for the Ninth Circuit.

Michael R. Ross, Esquire

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

<u>CERTIFICATE OF SERVICE</u>

     WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of July, 2007.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.


                    s/ <u>Susan E. Mortensen</u>
                    Susan E. Mortensen

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE     2699 SOUTH BAYSHORE DRIVE     MIAMI, FLORIDA 33133
T: 305.858.2900     F: 305.858.5261
Email: info@coffeyburlington.com     www.coffeyburlington.com

<u>SERVICE LIST</u>

*BLASZKOWSKI, ET AL., V. MARS, ET AL.*
USDC S. DIST. OF FL Case No. 07-21221-CIV-ALTONAGA/Turnoff

Catherine J. MacIvor
Darren W. Friedman, Jeffrey B. Matlzman,
R. Keith, B. Eikeland, L. Muffarrij, S. Argy
MALTZMAN FOREMAN, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555
Fax: 305-374-9077
E-mail: cmacivor@mflegal.com
        dfriedman@mflegal.com
        jmaltzman@mflegal.com
        rkeith@mflegal.com
        beikeland@mflegal.com
        lmuffarrij@mflegal.com
        sargy@mflegal.com
*Counsel for Plaintiffs*
Service by: CM/ECF

Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5459
Fax: 202-434-5029
E-mail: psechler@wc.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance, Suite 149
800 S. Douglas Road
Coral Gables, Florida 33134
Tel: 305-461-5454
Fax: 305-461-5226
E-mail: oortega@dortaandortega.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301-0006
Te: 954-463-2700
Fax: 954-463-2224
E-mail: hugh.turner@akerman.com
*Counsel for PUBLIX SUPER MARKETS, INC.*
Service by: CM/ECF

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F: 305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

Alan G. Greer
I. Silva
RICHMAN GREER WEIL BRUMBAUGH
  MIRABITO & CHRISTENSEN, P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-373-4000
Fax: 305-373-4099
E-mail: agreer@richmangreer.com
      isilva@richmangreer.com
*Counsel for Defendant PROCTER & GAMBLE*
*COMPANY*
Service by: CM/ECF


Sherril May Colombo
COZEN O'CONNOR
Suite 4410
200 S. Biscayne Boulevard
Miami, Florida 33131
Tel: 305-704-5940
Fax: 305-704-5955
E-mail: scolombo@cozen.com
*Counsel for Defendant DEL MONTE*
*FOODS, CO.*
Service by: CM/ECF


John J. McDonough
Richard Fama
COZEN O'CONNOR
45 Broadway
New York, NY 10006
Tel: 212-509-9400
*Pro Hac Vice Counsel for Defendant DEL*
*MONTE FOODS, CO.*
Service by: U.S. Mail


Brian D. Wright
Laura A. Sanom
D. Jeffrey Ireland
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel: 937-227-3700
Fax: 937-227-3717
E-mail: bwright@ficlaw.com
      lsanom@ficlaw.com
      djireland@ficlaw.com
*Counsel for Defendant PROCTER & GAMBLE*
*COMPANY*
Service by: CM/ECF


John F. Mullen
COZEN O'CONNOR
3RD Floor, The Atrium
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-2000
Fax: 215-665-2013
Email: jmullen@cozen.com
*Counsel for Defendant DEL MONTE*
*FOODS, CO.*
Service by: CM/ECF


Kathleen S. Phang
Charles P. Flick
SEIPP, FLICK & KISSANE, LLP
Suite 800
Two Alhambra Plaza
Miami, Florida 33134-5241
Tel: 305-995-5600
Fax: 305-995-6100
E-mail: kphang@sfklaw.com
      cflick@sfklaw.com
*Counsel for Defendant TARGET CORP.*
Service by: U.S. MAIL

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com        www.coffeyburlington.com

Maria Kayanan
Cassidy Yen Dang
Rolando Andres Diaz
KUBICKI DRAPER P.A.
Penthouse
25 West Flagler Street
Miami, Florida 33130
Tel: 305-982-6634
Fax: 305-374-7846
E-mail: mek@kubickidraper.com
      cyd@kubickidraper.com
      rd@kubickidraper.com
*Counsel for Defendant PET SUPERMARKET, INC.*
Service by: CM/ECF

Martin L. Steinberg
Adriana Riviere-Badell; K. Burke; I. Coello; B. Moon
HUNTON & WILLIAMS, LLP
Mellon Financial Center, Suite 2500
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-810-2500
Fax: 305-810-2460
E-mails: msteinberg@hunton.com;
ariviere-badell@hunton.com;
kburke@hunton.com; bmoon@hunton.com
*Co-Counsel for Defendant NUTRO PRODUCTS, INC.*
Service by: CM/ECF

Robert D. McIntosh
ADORNO & YOSS LLP
Suite 500
888 S.E. 3 Avenue
Ft. Lauderdale, Florida 33316-1159
Tel: 954-523-5885
Fax: 954-760-9531
E-mail: rdm@adorno.com
*Counsel for Defendant MENU FOODS, INC. & MENU FOODS INCOME FUND*
Service by: CM/ECF

Charles Abbott
Suite 4600
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 213-229-7887
Fax: 213-229-6887
E-mail: cabbott@gibsondunn.com
*Co-Counsel for Defendant NUTRO PRODUCTS, INC.*
Service by: U.S. MAIL

9

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

Sanford L. Bohrer
Scott D. Ponce
HOLLAND & KNIGHT
Suite 3000
701 Brickell Avenue
Miami, Florida 33131
Tel: 305-374-8500
Fax: 305-789-7799
E-mails: sbohrer@hklaw.com
          sponce@hklaw.com
*Counsel for Defendant PETCO ANIMAL
SUPPLIES, INC.*
Service by: CM/ECF

John B.T. Murray, Jr.
S. Munsell; J. Hoppel; M. Goodman; R. Lea;
G. Timin; S. Peck
SQUIRE SANDERS & DEMPSEY LLP
Suite 1900
777 S. Flagler Drive
West Palm Beach, FL 33401-6198
Tel: 561-650-7200
Fax: 561-655-1509
E-mail:jbmurray@ssd.com;
smunsell@ssd.com; jhoppel@ssd.com;
mgoodman@ssd.com; rlea@ssd.com;
gtimin@ssd.com; speck@ssd.com
*Counsel for Defendant PETCO ANIMAL
SUPPLIES, INC.*
Service by: CM/ECF

John Brian Thomas Murray
SQUIRE SANDERS & DEMPSEY LLP
Suite 1900
777 S. Flagler Drive
West Palm Beach, Florida 33401-6198
Tel: 561-650-7200
Fax: 561-655-1509
E-mail: jbmurray@ssd.com
*Counsel for Defendant Wal-Mart Stores, Inc.*
Service by: CM/ECF

Robin Lea Hanger
SQUIRE SANDERS & DEMPSEY LLP
40th Floor
200 S. Biscayne Boulevard
Miami, Florida 33131-2398
Tel: 305-577-7040
Fax: 305-577-7001
E-mail: rlhanger@ssd.com
*Counsel for Defendant Wal-Mart Stores, Inc.*
Service by: CM/ECF

Carol A. Licko
G. Ecata
HOGAN & HARTSON LLP
Mellon Financial Center, Suite 1900
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-459-6500
Fax: 305-459-6550
E-mail: calicko@hhlaw.com
          gecata@hhlaw.com
*Counsel for Defendant NESTLE USA, INC.*
Service by: CM/ECF

Robert C. Troyer
HOGAN & HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: 303-899-7300
Fax: 303-899-7333
E-mail: rtroyer@hhlaw.com
*Counsel for Defendant NESTLE USA, INC.*
Service by: U.S. MAIL

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

Olga M. Vieira
CALTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114
Tel: 305-530-0050
Fax: 305-530-0055
E-mail: ovieira@carltonfields.com
        niglesias@carltonfields.com
*Counsel for Defendant COLGATE*
  *PALMOLIVE COMPANY*
Service by: CM/ECF

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-7336
Fax: 212-839-5599
E-mail: jkuster@sidley.com
*Counsel for Defendant COLGATE*
 *PALMOLIVE COMPANY*
Service by: U.S. MAIL

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F: 305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com