UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

                Defendants.
_____/

**ORDER GRANTING MOTION FOR *PRO HAC VICE* APPEARANCE OF
MICHAEL R. ROSS, ESQUIRE, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Appearance of Michael R. Ross, Esquire, and Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a *Pro Hac Vice* appearance of Michael R. Ross, Esquire, in this matter and request to electronically

2

receive notice of electronic filings at mrr@gknet.com. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for *Pro Hac Vice* Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Michael R. Ross, Esquire, is granted to appear and participate in this action on behalf of PETSMART, INC. The Clerk shall provide electronic notification of all electronic filings to Michael R. Ross, Esquire, at mrr@gknet.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____2007.

_____
United States District Judge

Copies furnished to:
All Counsel of Record