UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:07-CV-21221-ALTONAGA

RENEE BLASZKOWSKI, AMY HOLLUM,
And PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of **WILLIAM C. MARTIN** of DLA Piper US LLP, 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601-1293, for purposes of appearing as co-counsel on behalf of Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, herein, in the above-styled case only. **WILLIAM C. MARTIN** further requests the Court permit him to electronically receive notice of electronic filings in this matter.

{WGRAVE/013804.0109/L4127515_1}

**WILLIAM C. MARTIN** certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bar for the State of Illinois and the Northern District of Illinois.

In further support of this motion, it is hereby designated that Robert D. McIntosh is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Adorno & Yoss, LLP, 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, 33316, telephone: 954-523-5885, acts as local counsel in this matter on behalf of Defendants, MENU FOODS, INC. and MENU FOOD INCOME FUND.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

DATED: July 2nd, 2007.

Robert D. McIntosh
Fla Bar No. 115490

Executed under penalty of perjury on this 29th day of June in Chicago, Illinois.

Respectfully Submitted,

By: _____
William C. Martin
DLA Piper US LLP
203 North LaSalle Street, S. 1900
Chicago, Illinois 60601-1293
Telephone: 312-368-3449
Telefax: 312-630-7318
E-Mail: mailto:mturiello@pretzel-stouffer.comWilliam.martin@dlapiper.com

## CERTIFICATE OF SERVICE

I hereby certify that on ~~June 29~~ June 2, 2007, a true and correct copy of the foregoing has been sent via U.S. Mail to: all parties set forth on the attached Service List.

**ADORNO & YOSS LLP**

By: _____
Robert D. McIntosh
Florida Bar Number: 115490
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 523-5885
Fax: (954) 760-9531

{WGRAVE/013804.0109/L4127515_1}

SERVICE LIST
Blaszkowski v. Menu
Case No: 1:07-cv-21221-CMA

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzinan<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, FL 33131<br><br>*Counsel for Plaintiffs, Rena Blaszkowski,*<br>*Amy Hollub, Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br><br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br><br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard, S. 4410<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue, S. 2500<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard, S. 1600<br>Fort Lauderdale, FL 33301-0006<br><br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>SQUIRE, SANDERS & DEMPSEY LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398 | Sanford Lewis Bohrer<br>HOLLAND & KNIGHT<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*PETCO Animal Supplies, Inc.* |

| | |
|---|---|
| Rolando Andres Diaz<br>Maria Kayanan<br>KUBICKI DRAPER<br>25 W. Flagler Street, PH<br>Miami, FL 33130-1712 | Cassidy Yen Dang<br>KUBICKI DRAPER<br>505 74th Street, Unit A-6<br>Miami Beach, Florida 33141<br><br>*Counsel for Defendant*<br>*Pet Supermarket, Inc.* |
| Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive, PH<br>Miami, Florida 33133<br><br>*Counsel for Defendant, Petsmart, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, Florida 33131-2398<br><br>*Counsel for Defendant*<br>*Wal-Mart Stores, Inc.* | Robert D. McIntosh<br>Adorno & Yoss, LLP<br>888 Southeast 3rd Ave., S. 500<br>Ft. Lauderdale, Florida 33316<br><br>*Counsel for Menu Defendants* |

**and I certify that I have mailed by United States Postal Service the document to non-CM/BCE participants:**

| | |
|---|---|
| John J. Kuster<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>*Counsel for Defendant Colgate Palmolive Company* | Nestle U.S.A. Inc<br>c/o CT Corporation System<br>One Corporate Center, Floor 11<br>Hartford, CT 06103. |
| Kathleen S. Phang<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134-5241<br><br>*Counsel for Defendant Target Corp.* | |