UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,
vs.

MARS INC.; PROCTER & GAMBLE CO.,
et al.,

    Defendants.
_____/

## COLGATE-PALMOLIVE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and the Court's order dated May 16, 2007, Defendant Colgate-Palmolive Company hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement showing this Court as follows:

1.     Colgate-Palmolive Company has no parent corporation.

2.     No publicly held company owns ten percent (10%) or more of the shares of Colgate-Palmolive Company.

3.     Hill's Pet Nutrition, Inc., Hill's Pet Nutrition Sales, Inc., and Hill's Pet Nutrition Indiana, Inc., are direct or indirect subsidiaries of Colgate-Palmolive Company involved in the manufacture and/or sales of pet food. There are no other persons, associated persons, firms, partnerships and/or corporations related to Colgate-Palmolive that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Colgate-Palmolive Company.

MIA#2627895.1

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

Respectfully submitted,

CARLTON FIELDS, P.A.
4000 Bank of America Tower
100 S.E. Second Street
Miami, FL  33131
Phone:	(305) 530-0050
Fax:	(305) 530-0055
E-Mail:	breid@carltonfields.com
	ovieira@carltonfields.com

By: *s/ Olga M. Vieira*
	BENJAMINE REID
	Florida Bar No. 183522
	OLGA M. VIEIRA
	Florida Bar No. 029783

	*Attorneys for Defendant, Colgate Palmolive Company*

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel listed on the attached Service List.

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055


By: *s/Olga M. Vieira*
    BENJAMINE REID
    Florida Bar No.: 183522
    OLGA M. VIEIRA
    Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>***Attorneys for Plaintiffs*** | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL  33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>***Attorneys for Publix Super Markets, Inc.*** |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL  33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhander@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL  33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>***Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart*** | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio  45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>***Attorneys for The Procter & Gamble Co.*** |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL  33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado  80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C.  20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL  33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |
| Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL  33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>***Attorneys for Menu Foods & Menu Foods Income Fund*** | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>***Attorneys for Colgate Palmolive Co.*** |

| | |
|---|---|
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>***Attorneys for Pet Supermarket, Inc.*** | |