IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,

    Plaintiffs,

v.

MARS, INC., *et al.*,

    Defendants.

_____

**<u>DEFENDANT NESTLE USA, INC.'S CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to this Court's order of May 17, 2007, Defendant Nestle USA, Inc. hereby provides the following list of interested parties:

    Nestle Holdings, Inc.

    Nestle S.A.

    Beverage Partners Worldwide (North America)

    Nestle Transportation Company

    Nestle USA Foundation

    Nestle Very Best in Youth Foundation

    Nestle Scholarship Foundation

    Nestle Adopt-A-School Foundation

    NDC Services, Inc.

    NFC Services Company, Inc.

    NCM Services, Inc.

    Nestle NPR, Inc.

    Nespresso USA, Inc.

    Nestle Capital Corporation

    Nestle Insurance Holdings, Inc.

    Nestle Purina PetCare Company

    TSC Holdings, Inc.

    NPB Services, Inc.

    Jenny Craig Holdings, Inc.

Dated: July 5, 2007

        Respectfully submitted,

        By: /s/ Carol A. Licko
            Carol A. Licko, Esquire
            Florida Bar Number 435872
            **HOGAN & HARTSON L.L.P.**
            Mellon Financial Center
            1111 Brickell Avenue, Suite 1900
            Miami, FL 33131
            Telephone: +1-305-459-6500
            Fax: +1-305-459-6550
            E-Mail: calicko@hhlaw.com

            Craig A. Hoover
            Robert C. Troyer
            Miranda L. Berge
            **HOGAN & HARTSON L.L.P.**
            555 Thirteenth Street, NW
            Washington D.C., 20004
            Telephone: +1.202.637.5600
            Fax: +1.202.637.5910
            E-Mail: cahoover@hhlaw.com
                    rctroyer@hhlaw.com
                    mlberge@hhlaw.com
            *Attorneys for Defendant*
            *Nestle USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM-ECF and/or by some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.

Respectfully submitted,

By: /s/ Carol A. Licko
  Carol A. Licko, Esquire
  Florida Bar Number 435872
  calicko@hhlaw.com
  **HOGAN & HARTSON L.L.P.**
  Mellon Financial Center
  1111 Brickell Avenue, Suite 1900
  Miami, FL 33131
  Telephone: +1-305-459-6500

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INC., ET AL.
### Case No. 07-21221-CIV-ALTONAGA/TURNOFF

## SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: cmacivor@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jforeman@mflegal.com

*Attorneys for Plaintiff*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jmaltzman@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
Email: smortensen@coffeyburlington.com

*Attorneys for Defendant Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
Email: hugh.turner@akerman.com

*Attorneys for Defendant Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Defendant Mars Incorporated*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Defendant Mars, Incorporated*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: msteinberg@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: ariviere-badell@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Defendant Colgate-Palmolive Company*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-704-5945
Facsimile: 305-704-5955

*Attorneys for Defendant Del Monte Foods, Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-Mail: agreer@richmangreer.com

*Attorney for Defendant Procter & Gamble Co.*

Robert D. McIntosh
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33316-1159
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Benjamine Reid
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: breid@carltonfields.com

*Attorney for Defendant Colgate-Palmolive Company*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: kphang@sfklaw.com

*Attorneys for Defendant Target Corp.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
Email: rlhanger@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Olga M. Vieira
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: ovieira@carltonfields.com

*Attorney for Defendant Colgate Palmolive Company*

Darren W. Friedman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile:  305-374-9077
E-mail:  dfriedman@mflegal.com

*Attorney for Plaintiffs*

John J. McDonough
**COZEN O'CONNOR**
45 Broadway
New York, New York  10006
Telephone:  (212) 509-9400
Facsimile:  (212) 509-9492
E-mail:  jmcdonough@cozen.com

*Attorney for Defendant Del Monte Foods*

D. Jeffrey Ireland
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402
E-mail:  djireland@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Brian D. Wright
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402
E-mail:  Bwright@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York  10006
Telephone:  (212) 509-9400
Facsimile:  (212) 509-9492
E-mail:  rfama@cozen.com

*Attorney for Defendant Del Monte Foods*

Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
E-mail: cflick@sfklaw.com

*Attorney for Defendant Target Corp.*

Laura A. Sanom
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402
E-mail:  lsanom@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Robert C. Troyer, Esq.
**HOGAN & HARTSON L.L.P.**
1200 Seventeenth Street, Suite 1500
Denver, Colorado  80202
Telephone:  (303) 899-7300
Facsimile:  (303) 899-7333
E-mail: rctroyer@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: jmullen@cozen.com

*Attorney for Defendant Del Monte Foods, Co.*

James D. Arden
**SIDLEY & AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
E-mail: jarden@sidley.com

*Attorney for Colgate-Palmolive Company*

Gary L. Justice
Charles H. Abbott
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

Alexander Shaknes
William C. Martin
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Robert D. McIntosh
**ADORNO & YOSS**
888 S.E. 3rd Avenue, Suite 300
Fort Lauderdale, Florida 33316-1159
Telephone: (954) 523-5885
Facsimile: (954) 760-9531
E-mail: rdm@adorno.com

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Thomas G. Hentoff,
Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

*Attorneys for Defendant Mars Incorporated*

Michael R. Ross
**GALLAGHER AND KENNEDY, .A.**
2575 E. Camelback Road
Suite 1100
Phoenix, Arizona 85016
(602) 530-8498

*Attorneys for Defendant PetSmart, Inc*