UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

       Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
       Defendants.
_____/

## DEFENDANT NUTRO PRODUCTS, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, Nutro Products, Inc. ("Nutro"), through undersigned counsel and pursuant to

the Court's May 17, 2007 Order and Rule 7.1 of the Federal Rules of Civil Procedure, hereby

certifies that Nutro is a wholly owned indirect subsidiary of Mars, Incorporated, another named

defendant, and that there is no publicly held corporation that owns 10 percent or more of Nutro.

       Respectfully submitted,

By /s/ Adriana Riviere-Badell
Marty Steinberg
Florida Bar No. 187293
Adriana Riviere-Badell
Florida Bar No. 030572
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460
E-mail: msteinberg@hunton.com
E-mail: ariviere-badell@hunton.com

*and*

Gail E. Lees
California Bar No. 90363
Gary L. Justice
California Bar No. 90580
Charles H. Abbott
California Bar No. 227488
(*Admitted pro hac vice*)
**GIBSON, DUNN & CRUTCHER, LLP**
333 South Grand Avenue
Los Angeles, California  90071-3197
Tel.:  (213) 229-7000
Email:  glees@gibsondunn.com
Email:  gjustice@gibsondunn.com
Email:  cabbott@gibsondunn.com

***Attorneys for Nutro Products, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/  Adriana Riviere-Badell

**SERVICE LIST**

Blaszkowski, *et. al.* v. Mars, Incorporated *et. al.*
Case No. 07-21221-Civ-Altonaga/Turnoff
United States District Court, Southern District of Florida

| | |
|---|---|
| Catherine J. MacIvor<br>Darren W. Friedman<br>Jeffrey E. Foreman<br>Jeffrey B. Maltzman<br>**Maltzman Foreman P. A.**<br>One Biscayne Tower<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-6555<br>Fax.: 305-374-9077<br>Email: cmacivor@mflegal.com<br>Email: dfriedman@mflegal.com<br>Email : jforeman@mflegal.com<br>Email : jmaltzman@mflegal.com<br>*Attorneys for Plaintiffs*<br>Service by: CM/ECF | Rolando Andres Diaz<br>Maria Kayanan<br>Cassidy Yen Dang<br>**Kubicki Draper**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Tel.: 305-982-6708<br>Fax: 305-374-7846<br>Email: rd@kubickidraper.com<br>Email: mek@kubickidraper.com<br>Email: cyd@kubickidraper.com<br>*Attorneys for Pet Supermarket, Inc.*<br>Service by: CM/ECF |
| Charles Philip Flick<br>Kathleen S. Phang<br>**Seipp Flick & Kissane**<br>2 Alahambra Plaza<br>Suite 800<br>Miami, FL 33134<br>Tel.: 305-99505600<br>Fax.: 305-995-6100<br>Email: cflick@sfklaw.com<br>Email: kphang@sfklaw.com<br>*Attorneys for Target Corp.*<br>Service by: CM/ECF | Susan E. Mortensen<br>**Coffey Burlington**<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel.: 305-858-2900<br>Fax.: 305-858-5261<br>Email: Smortensen@Coffeyburlington.com<br>*Attorneys for PetSmart, Inc.*<br>Service by: CM/ECF |
| Alan Graham Greer<br>**Richman Greer PA**<br>201 S. Biscayne Boulevard<br>Suite 1000<br>Miami, FL 33131<br>Tel.: 305-373-4000<br>Fax: 305-373-4099<br>Email: agreer@richmangreer.com<br>*Attorneys for Proctor and Gamble Co.* | Olga M. Vieira<br>Benjamine Reid<br>**Carlton Fields**<br>100 SE 2nd Street<br>Suite 4000, P.O. Box 019101<br>Miami, FL 33131-9101<br>Tel.: 305-530-0050<br>Fax.: 305-530-0055<br>Email: ovieira@carltonfields.com |

| | |
|---|---|
| Service by: CM/ECF | Email: breid@carltonfields.com<br>*Attorneys for Colgate Palmolive Company*<br>Service by: CM/ECF |
| Sherril May Colombo<br>**Cozen O'Connor**<br>200 S. Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>Tel: 305-704-5940<br>Fax.: 305-704-5955<br>Email: scolombo@cozen.com<br>*Attorneys for Del Monte Foods, Co.*<br>Service by: CM/ECF | Carol Ann Licko<br>**Hogan & Hartson**<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131<br>Tel.: 305-459-6500<br>Fax.: 305-459-6550<br>Email: calicko@hhlaw.com<br>*Attorneys for Nestle U.S.A., Inc.*<br>Service by: CM/ECF |
| Hugh J. Turner, Jr.<br>**Akerman Senterfitt & Eidson**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006<br>Tel: 954-463-2700<br>Fax.: 954-463-2224<br>Email: hugh.turner@akerman.com<br>*Attorneys for Publix Supermarkets, Inc.*<br>Service by: CM/ECF | Robert D. McIntosh<br>**Adorno & Yoss LLP**<br>888 S.E. 3rd Avenue<br>Suite 500<br>Fort Lauderdale, FL 33316-1159<br>Tel.: 954-523-5885<br>Fax.: 954-760-9531<br>Email: rdm@adorno.com<br>*Attorneys for Menu Foods, Inc.*<br>*Attorneys for Menu Foods Income Fund*<br>Service by: CM/ECF |
| Robin Lea Hanger<br>**Squire, Sanders & Dempsey LLP**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398<br>Tel.: 305-577-7040<br>Fax.: 305-577-7001<br>Email: rlhanger@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*<br>Service by CM/ECF | Omar Ortega<br>**Dorta & Ortega, P.A.**<br>800 S. Douglas Road<br>Douglas Entrance Suite 149<br>Coral Gables, FL 33134<br>Tel.: 305-461-5454<br>Fax.: 954-461-5226<br>Email: ortegalaw@bellsouth.net<br>*Attorneys for Mars, Incorporated*<br>Service by: CM/ECF |
| John Brian Thomas Murray, Jr.<br>**Squire Sanders & Dempsey LLP**<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401-6198<br>Tel.: 561-650-7200 | Christopher M. D'Angelo<br>Dane H. Butswinkas<br>Patrick J. Houlihan<br>Thomas G. Hentoff<br>**Williams & Connolly LLP**<br>725 12th ST. NW<br>Washington, D.C. 20005 |

| | |
|---|---|
| Fax.: 561-655-1509<br>Email: jbmurray@ssd.com<br>*Attorneys for PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*<br>Service by: CM/ECF | Tel.: 202-434-5459<br>Fax.: 202-434-5029<br>Email: cdangelo@wc.com<br>Email: dbutswinkas@wc.com<br>Email: phoulihan@wc.com<br>Email: thentoff@wc.com<br>*Attorneys for Mars Inc.*<br>Service by: CM/ECF |
| John J. Kuster<br>James D. Arden<br>**Sidley Austin LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel.: 212-839-7336<br>Fax.: 212-839-5599<br>Email: jkuster@sidley.com<br>Email: jarden@sidley.com<br>*Attorneys for Colgate Palmolive Co.*<br>Service by: CM/ECF | D. Jeffrey Ireland<br>Brian D. Wright<br>Laura A. Sanom<br>**Faruki Ireland & Cox P.L.L.**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel.: 937-227-3700<br>Fax.: 937-227-3742<br>Email: djireland@ficlaw.com<br>Email: Bwright@ficlaw.com<br>Email: **lsanom@ficlaw.com**<br>*Attorneys for Procter & Gamble Co.*<br>Service by: CM/ECF |
| John J. McDonough<br>Richard Fama<br>**Cozen O'Connor**<br>45 Broadway<br>New York, NY 10006<br>Tel.: 212-509-9400<br>Fax.: 212-509-9492<br>Email: jmcdonough@cozen.com<br>Email: rfama@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF | John F. Mullen<br>**Cozen O'Connor**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel.: 215-665-2179<br>Fax.: 215-665-2013<br>Email: jmullen@cozen.com<br>*Attorneys for Del Monte Foods Co.*<br>Service by: CM/ECF |
| Robert C. Troyer<br>**Hogan & Hartson, LLP**<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Tel.: 303-899-7300<br>Fax.: 303-899-7333<br>Email: rctroyer@hhlaw.com<br>*Attorneys for Nestle USA, Inc.*<br>Service by: CM/ECF | Craig A. Hoover<br>Miranda L. Berge<br>**Hogan & Hartson, LLP**<br>555 13th Street NW<br>Washington, DC 20004-1109<br>Tel.: 202-637-5600<br>Fax.: 202-637-5910<br>Email: cahoover@hhlaw.com<br>Email: mlberge@hhlaw.com<br>*Attorneys for Nestle USA, Inc.* |

| | Service by:  CM/ECF |
|---|---|
| Gail E. Lees<br>Gary L. Justice<br>**Gibson Dunn & Crutcher**<br>333 S. Grand Avenue<br>Suite 4600<br>Los Angeles, CA  90071-3197<br>Tel.:  213-229-7000<br>Fax.:  213-229-7520<br>Email:  glees@gibsondunn.com<br>Email:  gjustice@gibsondunn.com<br>*Attorneys for Nutro Products, Inc.*<br>Service by:  CM/ECF | William C. Martin<br>**DLA Piper US LLP**<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, Illinois 60601-1293<br>Tel:  312-368-3449<br>Fax:  312-630-7318<br>Email:  william.martin@dlapiper.com<br>*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*<br>Service by:  CM/ECF |
| Alexander Shaknes<br>**DLA Piper US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Tel:  212-335-4829<br>Fax:  212-884-8629<br>Email:  alex.shaknes@dlapiper.com<br>Service by:  CM/ECF | |

59476.000011 MIAMI 392733v4