



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

                    Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

                    Defendants.

_____/

## MOTION FOR *PRO HAC VICE* APPEARANCE OF MICHAEL R. ROSS, ESQUIRE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission of Michael R. Ross, Esquire, of the law firm

of GALLAGHER AND KENNEDY P.A., 2575 E. Camelback Road, Suite 1100, Phoenix,

Arizona 85016, (602)-530-8498, for purposes of limited appearance as co-counsel on behalf of

PETSMART, INC., herein, in the above-styled case only, and pursuant to Rule 2B, Southern

District of Florida, CM/ECF Administrative Procedures, to permit Michael R. Ross, Esquire to

## COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

Dockets.Justia.com

receive electronic filings in this case, and in support thereof states as follows:

1.      Michael R. Ross, Esquire is not admitted to practice in the Southern District of Florida, is a member in good standing of the Arizona State Bar, the U.S. District Court for the District of Arizona, the U.S. District Court for the Northern District of Texas, the U.S. District Court for the Southern District of Texas, and the U.S. Court of Appeals for the Ninth Circuit.

2.      Movant, Susan E. Mortensen, Esquire of the law firm of COFFEY BURLINGTON, PL, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Michael R. Ross, Esquire has made payment of this Court's $75 admission fee. A Certification in accordance with Rule 4B is attached hereto.

4.      Michael R. Ross, Esquire by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael R. Ross, Esquire at email address: mrr@gknet.com.

**WHEREFORE**, Susan E. Mortensen, Esquire moves this Court to enter an Order

COFFEY BURLINGTON

permitting Michael R. Ross, Esquire to appear before this Court on behalf of PETSMART, INC.,

for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to

provide notice of electronic filings to Michael R. Ross, Esquire at mrr@gknet.com.

Dated: July 5, 2007.

Respectfully submitted,

Susan E. Mortensen
Florida Bar No. 676446
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-mail: smortensen@coffeyburlington.com

*Counsel for Defendant PETSMART INC.*

FOR

s/ Susan E. Mortensen
Susan E. Mortensen

COFFEY BURLINGTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

                    Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

                    Defendants.

_____/

## CERTIFICATION OF MICHAEL R. ROSS, ESQUIRE

Michael R. Ross, Esquire, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that

(1)     I have studied the Local Rules of the United States District Court for the Southern

District of Florida; and

4

COFFEY BURLINGTON

(2)     I am a member in good standing of the Arizona State Bar, the U.S. District Court
for the District of Arizona, the U.S. District Court for the Northern District of Texas, the U.S.
District Court for the Southern District of Texas, and the U.S. Court of Appeals for the Ninth
Circuit.


Michael R. Ross, Esquire

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

<u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of July, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.


s/ <u>Susan E. Mortensen</u>
Susan E. Mortensen

Coffey Burlington

Office In The Grove, Penthouse    2699 South Bayshore Drive    Miami, Florida 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

SERVICE LIST

*BLASZKOWSKI, ET AL., V. MARS, ET AL.*
USDC S. DIST. OF FL Case No. 07-21221-CIV-ALTONAGA/Turnoff

Catherine J. MacIvor
Darren W. Friedman, Jeffrey B. Matlzman,
R. Keith, B. Eikeland, L. Muffarrij, S. Argy
MALTZMAN FOREMAN, P.A.
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555
Fax: 305-374-9077
E-mail: cmacivor@mflegal.com
        dfriedman@mflegal.com
        jmaltzman@mflegal.com
        rkeith@mflegal.com
        beikeland@mflegal.com
        lmuffarrij@mflegal.com
        sargy@mflegal.com
*Counsel for Plaintiffs*
Service by: CM/ECF

Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202-434-5459
Fax: 202-434-5029
E-mail: psechler@wc.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Omar Ortega
DORTA AND ORTEGA, P.A.
Douglas Entrance, Suite 149
800 S. Douglas Road
Coral Gables, Florida 33134
Tel: 305-461-5454
Fax: 305-461-5226
E-mail: oortega@dortaandortega.com
*Counsel for Defendant MARS INC.*
Service by: CM/ECF

Hugh J. Turner, Jr.
AKERMAN SENTERFITT & EIDSON
Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301-0006
Te: 954-463-2700
Fax: 954-463-2224
E-mail: hugh.turner@akerman.com
*Counsel for PUBLIX SUPER MARKETS, INC.*
Service by: CM/ECF

7

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

Alan G. Greer
I. Silva
RICHMAN GREER WEIL BRUMBAUGH
   MIRABITO & CHRISTENSEN, P.A.
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-373-4000
Fax: 305-373-4099
E-mail: agreer@richmangreer.com
       isilva@richmangreer.com
*Counsel for Defendant PROCTER & GAMBLE*
*COMPANY*
Service by: CM/ECF

Sherril May Colombo
COZEN O'CONNOR
Suite 4410
200 S. Biscayne Boulevard
Miami, Florida 33131
Tel: 305-704-5940
Fax: 305-704-5955
E-mail: scolombo@cozen.com
*Counsel for Defendant DEL MONTE*
*FOODS, CO.*
Service by: CM/ECF

John J. McDonough
Richard Fama
COZEN O'CONNOR
45 Broadway
New York, NY 10006
Tel: 212-509-9400
*Pro Hac Vice Counsel for Defendant DEL*
*MONTE FOODS, CO.*
Service by: U.S. Mail

Brian D. Wright
Laura A. Sanom
D. Jeffrey Ireland
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel: 937-227-3700
Fax: 937-227-3717
E-mail: bwright@ficlaw.com
       lsanom@ficlaw.com
       djireland@ficlaw.com
*Counsel for Defendant PROCTER & GAMBLE*
*COMPANY*
Service by: CM/ECF

John F. Mullen
COZEN O'CONNOR
3RD Floor, The Atrium
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-2000
Fax: 215-665-2013
Email: jmullen@cozen.com
*Counsel for Defendant DEL MONTE*
*FOODS, CO.*
Service by: CM/ECF

Kathleen S. Phang
Charles P. Flick
SEIPP, FLICK & KISSANE, LLP
Suite 800
Two Alhambra Plaza
Miami, Florida 33134-5241
Tel: 305-995-5600
Fax: 305-995-6100
E-mail: kphang@sfklaw.com
       cflick@sfklaw.com
*Counsel for Defendant TARGET CORP.*
Service by: U.S. MAIL

8

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Maria Kayanan
Cassidy Yen Dang
Rolando Andres Diaz
KUBICKI DRAPER P.A.
Penthouse
25 West Flagler Street
Miami, Florida 33130
Tel: 305-982-6634
Fax: 305-374-7846
E-mail: mek@kubickidraper.com
      cyd@kubickidraper.com
      rd@kubickidraper.com
*Counsel for Defendant PET SUPERMARKET,*
*INC.*
Service by: CM/ECF

Martin L. Steinberg
Adriana Riviere-Badell; K. Burke; I. Coello;
B. Moon
HUNTON & WILLIAMS, LLP
Mellon Financial Center, Suite 2500
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-810-2500
Fax: 305-810-2460
E-mails: msteinberg@hunton.com;
ariviere-badell@hunton.com;
kburke@hunton.com; bmoon@hunton.com
*Co-Counsel for Defendant NUTRO*
*PRODUCTS, INC.*
Service by: CM/ECF

Robert D. McIntosh
ADORNO & YOSS LLP
Suite 500
888 S.E. 3 Avenue
Ft. Lauderdale, Florida 33316-1159
Tel: 954-523-5885
Fax: 954-760-9531
E-mail: rdm@adorno.com
*Counsel for Defendant MENU FOODS, INC.*
*& MENU FOODS INCOME FUND*
Service by: CM/ECF

Charles Abbott
Suite 4600
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: 213-229-7887
Fax: 213-229-6887
E-mail: cabbott@gibsondunn.com
*Co-Counsel for Defendant NUTRO*
*PRODUCTS, INC.*
Service by: U.S. MAIL

9

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

Sanford L. Bohrer
Scott D. Ponce
HOLLAND & KNIGHT
Suite 3000
701 Brickell Avenue
Miami, Florida 33131
Tel: 305-374-8500
Fax: 305-789-7799
E-mails: sbohrer@hklaw.com
          sponce@hklaw.com
*Counsel for Defendant PETCO ANIMAL*
*SUPPLIES, INC.*
Service by: CM/ECF

John B.T. Murray, Jr.
S. Munsell; J. Hoppel; M. Goodman; R. Lea;
G. Timin; S. Peck
SQUIRE SANDERS & DEMPSEY LLP
Suite 1900
777 S. Flagler Drive
West Palm Beach, FL 33401-6198
Tel: 561-650-7200
Fax: 561-655-1509
E-mail:jbmurray@ssd.com;
smunsell@ssd.com; jhoppel@ssd.com;
mgoodman@ssd.com; rlea@ssd.com;
gtimin@ssd.com; speck@ssd.com
*Counsel for Defendant PETCO ANIMAL*
*SUPPLIES, INC.*
Service by: CM/ECF

John Brian Thomas Murray
SQUIRE SANDERS & DEMPSEY LLP
Suite 1900
777 S. Flagler Drive
West Palm Beach, Florida 33401-6198
Tel: 561-650-7200
Fax: 561-655-1509
E-mail: jbmurray@ssd.com
*Counsel for Defendant Wal-Mart Stores, Inc.*
Service by: CM/ECF

Robin Lea Hanger
SQUIRE SANDERS & DEMPSEY LLP
40th Floor
200 S. Biscayne Boulevard
Miami, Florida 33131-2398
Tel: 305-577-7040
Fax: 305-577-7001
E-mail: rlhanger@ssd.com
*Counsel for Defendant Wal-Mart Stores, Inc.*
Service by: CM/ECF

Carol A. Licko
G. Ecata
HOGAN & HARTSON LLP
Mellon Financial Center, Suite 1900
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-459-6500
Fax: 305-459-6550
E-mail: calicko@hhlaw.com
          gecata@hhlaw.com
*Counsel for Defendant NESTLE USA, INC.*
Service by: CM/ECF

Robert C. Troyer
HOGAN & HARTSON LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, Colorado 80202
Tel: 303-899-7300
Fax: 303-899-7333
E-mail: rtroyer@hhlaw.com
*Counsel for Defendant NESTLE USA, INC.*
Service by: U.S. MAIL

10

Olga M. Vieira
CALTON FIELDS, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114
Tel: 305-530-0050
Fax: 305-530-0055
E-mail: ovieira@carltonfields.com
        niglesias@carltonfields.com
*Counsel for Defendant COLGATE*
   *PALMOLIVE COMPANY*
Service by: CM/ECF

John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212-839-7336
Fax: 212-839-5599
E-mail: jkuster@sidley.com
*Counsel for Defendant COLGATE*
   *PALMOLIVE COMPANY*
Service by: U.S. MAIL

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS, individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

MARS, INC., PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY, DEL
MONTE FOODS, CO., NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC., WINN
DIXIE STORES, INC., PETCO ANIMAL SUPPLIES,
INC., PET SUPERMARKET, INC., PETSMART
INC., TARGET CORP.,

                Defendants.
_____/

**ORDER GRANTING MOTION FOR *PRO HAC VICE* APPEARANCE OF
MICHAEL R. ROSS, ESQUIRE, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

       **THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice*

Appearance of Michael R. Ross, Esquire, and Consent to Designation and Request to

Electronically Receive Notices of Electronic Filings, requesting, pursuant to Rule 4B of

the Special Rules Governing the Admission and Practice of Attorneys in the United

States District Court for the Southern District of Florida, permission for a *Pro Hac Vice*

appearance of Michael R. Ross, Esquire, in this matter and request to electronically

receive notice of electronic filings at mrr@gknet.com. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for *Pro Hac Vice* Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Michael R. Ross, Esquire, is granted to appear and participate in this action on behalf of PETSMART, INC. The Clerk shall provide electronic notification of all electronic filings to Michael R. Ross, Esquire, at mrr@gknet.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this

_____ day of _____2007.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

2