# Affidavit of Process Server

United States District Court District Of Delaware
(NAME OF COURT)

**Blaszkowski** vs **Mars Inc**   **07-21221**
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

I, **Tom Fredericks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Mars Inc Registered Agent Corporation Company**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complaint**

by leaving with **Scott Lascala   Manager   1-302-777-0226**   At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS   CITY / STATE

☑ Business **1209 Orange St   Wilmington, DE 19801**
ADDRESS   CITY / STATE

On **June 11, 2007**   AT **3:25 P.M**
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME   DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

_signature_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **25th** day of **June**, 2007

Fredericks & Palmer Process Serving LLC.
614 Herzel Avenue
Northfield, NJ 08225
(609) 677-8850

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires 3/2/10   NOTARY PUBLIC of the state of NJ
SIGNATURE OF NOTARY PUBLIC

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

UNITED STATES DISTRICT COURT
DISTRICT OF DELEWARE

CASE NO. 07-21221

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

FILED by _____ D.C.
DKTG
JUN - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CIV - ALTONAGA

## SUMMONS IN A CIVIL CASE

TO:  Mars, Inc.
     Registered Agent
     Corporation Trust Company
     1209 Orange Street
     Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

     Catherine J. MacIvor
     Florida Bar No. 932711
     Maltzman Foreman, P.A.
     One Biscayne Tower
     2 South Biscayne Boulevard
     Suite 2300
     Phone: 305-358-6555
     Facsimile: 305-374-9077

MARS, INC. - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

CLERK  Clarence Maddox

_____
(BY) DEPUTY CLERK

JUN - 4 2007
DATE

2

MARS, INC. - SUMMONS