# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

RENEE BLASZKOWSKI, ET AL :
    PLAINTIFFS : CASE NO: 07-21221-CV-CMA
VS. :
     : **AFFIDAVIT OF SERVICE**
MARS, INC., ET AL :
    DEFENDANTS :

STATE OF OHIO       )
                          ) SS.
COUNTY OF HAMILTON  )

TO: E.J. WUNSCH, CORPORATE SECRETARY
THE PROCTER & GAMBLE COMPANY
ONE PROCTER & GAMBLE PLAZA
CINCINNATI, OH 45202

__KIRK MCCRACKEN__ PERSONALLY APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE SUMMONS AND CLASS ACTION COMPLAINT UPON THE ABOVE NAMED PARTY ON THE __13__ DAY OF __JUNE__, 20__07__, AT APPROXIMATELY __2:56 P__ M.

( ) BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE ABOVE NAMED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE ABOVE NAMED PARTY;

(X) BY DELIVERING AND LEAVING WITH __MARIAN BAIRD, LEGAL DEPT.__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE ABOVE NAMED PARTY, AUTHORIZED TO ACCEPT SERVICE,

( ) UPON BEING INSTRUCTED BY _____ LEFT A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT/WITH _____ ON THE ____ DAY OF _____, 2____, AT APPROXIMATELY ____ __M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW);

(NOTES)_____

RECEIVED BY: X _[signature]_    SERVICE DATE: __6/13/07__    TIME: __2:56__

_[signature]_
PROCESS SERVER
LITIGATION SUPPORT SERVICES
817 MAIN STREET, STE. 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __13__ DAY OF __JUNE__, __2007__.

_[signature]_
NOTARY PUBLIC — STATE OF OHIO & KENTUCKY
MY COMMISSION EXPIRES: __8/15/10__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

CASE NO. 07-21221

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.
MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

CIV-ALTONAGA



FILED by _____ D.C.
DKTG
JUN - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:   Steven W. Jemison, Corporate Secretary
       The Proctor & Gamble Company
       One Procter & Gamble Plaza
       C-2
       Cincinnati, OH 45202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard
       Suite 2300
       Phone: 305-358-6555
       Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____   _____JUN - 4 2007_____
CLERK                                           DATE

*Steven C. [signature]*
(BY) DEPUTY CLERK

2

PROCTOR AND GAMBLE. - SUMMONS