UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
Individually and on behalf of
Others similarly situated,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET. INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC

### AFFIDAVIT OF SERVICE

I, Dale Noll, Process Server of the Town of Milton, in the Province of Ontario,

MAKE OATH AND SAY:

1. I served Menu Foods Income Fund

    with the Summons and Complaint

    by leaving a copy with Mark Wiens, Vice President,

    a person who appeared to be in care and control of the company

    on June 13, 2007 at approximately 2:58 pm

    at: 8 Falconer Drive, Streetville, Ontario, Canada.


2. I was able to identify the person by means of his verbal admission to being

    Mark Wiens.


Sworn before me at the City
of Hamilton,
in the Province
of Ontario
on June 14, 2007

_____
A Notary in and for the Province of Ontario

_____
Dale Noll

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

      Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.
_____/

07-21221

CIV-ALTONAGA

MAGISTRATE JUDGE
   TURNOFF



FILED by SK D.C.
DKTG
JUN - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL CASE

TO:  Mark Wiens, CFO, VP
      Menu Foods Income Fund
      8 Falconer Drive
      Streetsville, ON
      Canada L5N1B1

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

MENU FOODS INCOME FUND - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

CLERK *Steven C. Fitzgerald*

JUN - 4 2007
DATE

_____
(BY) DEPUTY CLERK

2

MENU FOODS INCOME FUND - SUMMONS