# Affidavit of Process Server

United States District Court District Of Delaware
(NAME OF COURT)

Blaszkowski vs Mars Inc — 07-21221
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

I, **Tom Fredericks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Del Monte Foods Co, Registered Agent Ct Corporation**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complaint**

by leaving with **Scott Lascala    Manager    1-302-777-0226**    At
            NAME                  RELATIONSHIP

☐ Residence _____
             ADDRESS            CITY / STATE

☑ Business **1209 Orange St    Wilmington, DE 19801**
             ADDRESS            CITY / STATE

On **June 11, 2007**         AT **3:25 P.M**
      DATE                       TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
      CITY         STATE         ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____  (2) _____
                                                   DATE  TIME       DATE  TIME
(3) _____  (4) _____  (5) _____
    DATE  TIME      DATE  TIME      DATE  TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_[signature]_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **25th** day of **June**, 2007

Fredericks & Palmer Process Serving LLC.
614 Herzel Avenue
Northfield, NJ 08225
(609) 677-8850

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires: 3/2/10
NOTARY PUBLIC for the state of **NJ**

_[signature]_
SIGNATURE OF NOTARY PUBLIC

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

UNITED STATES DISTRICT COURT
DISTRICT OF DELEWARE

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

      Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.
_____/

07-21221



FILED by _____ D.C.
DKTG
JUN - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:    Del Monte Foods, Co.
        Registered Agent
        CT Company
        1209 Orange Street
        Wilmington, Delaware

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard
    Suite 2300
    Phone: 305-358-6555
    Facsimile: 305-374-9077

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox
_____
CLERK

JUN - 4 2007
_____
DATE

_Steven C. [signature]_
_____
(BY) DEPUTY CLERK

2

DEL MONTE FOODS, INC. - SUMMONS