## AFFIDAVIT OF SERVICE

STATE OF __FLORIDA__ }
__SOUTHERN DIST.__ } ss.
COUNTY OF __OF FLORIDA__ }

I declare under oath that I served the following pleadings in this case:

-SUMMONS __AND COMPLAINT__

on __6/18/07__ in __CALIF__ County of __L.A.__ on this __18th__ day of __JUNE__ at __2:10__ a.m./p.m. at the following location:

__1635 GALE AVE., CITY OF INDUSTRY, CA. 91746__

- ☐ by handing it to a person identified to me as _____.
- ☐ by leaving it with _____ who refused service.
- ☒ by leaving it with __PATRICIA JONES__, designated to receive service for __RONALD M. ONG, SENIOR VICE PRESIDENT OF NUTRO PRODUCTS, INC__

I am over the age of 18 years and am not interested in nor a party to this case.

_____
Private Process Server

Signed under oath before me on __6-20-__, ~~2004~~ 2007
My Commission expires: __1-25-10__ .

SEAL

_____
Felipe Valles
Notary Public



FELIPE VALLES
COMM. #1633564
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Jan. 25, 2010

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

07-21221

CIV-ALTONAGA

FILED by SK D.C.
JUN - 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MAGISTRATE JUDGE
TURNOFF

### SUMMONS IN A CIVIL CASE

TO:   NUTRO Products, Inc.
        Ronald Ong
        4345 Wilson Way
        City of Industry, CA 91744

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

NUTRA PRODUCTS, INC. - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____      _____JUN - 4 2007_____
CLERK      DATE

*Steven C. [signature]*
(BY) DEPUTY CLERK