# Affidavit of Process Server

United States District Court **District Of New Jersey**
(NAME OF COURT)

| Blaszkowski | vs Mars Inc | 07-21221 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Tom Fredericks**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Chief Financial Officer Menu Foods Inc**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons & Complaint**

by leaving with **Sean Conklin**   **Vice President Of Operations 1-856-662-7412**   At
NAME — RELATIONSHIP

☐ Residence _____
ADDRESS — CITY / STATE

☑ Business **9130 Griffith Morgan Lane**   **Pennsauken, NJ 08110**
ADDRESS — CITY / STATE

On **June 11, 2007**   AT **11:00 A.M**
DATE — TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY _____ STATE _____ ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ DATE _____ TIME   (2) _____ DATE _____ TIME
(3) _____ DATE _____ TIME   (4) _____ DATE _____ TIME   (5) _____ DATE _____ TIME

**Description:** Age ____ Sex ____ Race ____ Height ____ Weight ____ Hair ____ Beard ____ Glasses ____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **25th** day of **June**, 2007

Fredericks & Palmer Process Serving LLC.
614 Herzel Avenue
Northfield, NJ 08225
(609) 677-8850
NAPPS

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires: 3/2/10

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **NJ**

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

CASE NO.

RENEE BLASZKOWSKI,
AMY HOLLUB, and
PATRICIA DAVIS,
Individually and on behalf of others
similarly situated,

      Plaintiffs,
vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.
_____/

07-21221

FILED by SK
DKTG

JUN - 4 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

MAGISTRATE JUDGE
TURNOFF

## SUMMONS IN A CIVIL CASE

TO:   Chief Financial Officer
       Menu Foods, Inc.
       9130 Griffith Morgan, Ln,
       Pennsauken, NJ 08110-3211

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard
       Suite 2300
       Phone: 305-358-6555
       Facsimile: 305-374-9077

MENU FOODS - SUMMONS

CASE NO. _____

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

CLERK *Steven C. [signature]*

JUN - 4 2007

DATE

_____
(BY) DEPUTY CLERK

2

MENU FOODS - SUMMONS