UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
NUTRO PRODUCTS INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE
AMENDED COMPLAINT**

Plaintiffs, Renee Blaszkowski *et al.,* respectfully request this Honorable Court to enter an Order enlarging the time to file the Amended Complaint and states as follows:

1. Except for attending to matters involving this case and attending the status conference hearing, the undersigned was recently on vacation and did not return to the office until July 11, 2007.

2. The Plaintiffs' Amended Complaint is due on or before July 13, 2007 [DE 130], which allows the undersigned insufficient time to properly prepare same, given other federal court deadlines in other federal and state court matters that were pending prior to this deadlines.

3. The undersigned has contacted counsel for the Defendants who have agreed to an extension of time of up to and including July 25, 2007 to file the Amended Complaint.

4. This extension of time is made in god faith and not for the purpose of delay.

WHEREFORE, the Plaintiffs, Renee Blaszkowski *et al.,* respectfully request this Court to enter an Order enlarging the time for the Plaintiffs to file the Amended Complaint up to and including July 25, 2007 and for all other relief that this Court deems just and proper.

Dated: July 12, 2007
Miami, FL                                S/ Catherine J. MacIvor

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

2
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 12 day of July 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                          S/  Catherine J. MacIvor
                                          Catherine J. MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**KATHLEEN S. PHANG**
kphang@sfklaw.com
**CHARLES PHILIP FLICK**
cflick@sfklaw.com
Seipp, Flick & Kissane
Two Alhambra Plaza -Suite 800
Miami, Florida 33134-5241
Tel: 305.995.5600 / Fax: 305.995-6100
*Attorney for Defendant Target Corp.*

**ALAN GRAHAM GREER**
agreer@richmangreer.com
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 South Biscayne Boulevard – STE 1000
Miami, Florida 33131
Tel: 305.373.4010 / Fax: 305.373.4099
*Attorneys for Defendant Proctor and Gamble Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
*Attorneys for Defendant Colgate Palmolive Company*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**OMAR ORTEGA**
oortega@dortaandortega.com
Dorta and Ortega, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel: 305-461-5454 / Fax: 305-461-5226
*Attorneys for Defendant Mars, Inc.*

**PHILIP A. SECHLER**
psechler@wc.com
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202.434.5459 / Fax: 202.434.5029
*Attorneys for Defendant Mars, Inc.*

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax: 215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mberge@hhlaw.com
**CRAIG A. HOOVER**
choover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax: 202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**MARTY LEONARD STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
Ariviere-badell@hunton.com
Hunton & Williams L.L.P
Mellon Financial Center
1111 Brickell Avenue -Suite 2500
Miami, Florida 33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**ROBIN LEA HANGER**
rlhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard – 40th Floor
Miami, FL  33131
Tel: 305.577.7040 / Fax: 305.577-7001
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cydang@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

**SUSAN ELIZABETH MORTENSEN**
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive
Penthouse
Miami, Florida 33133
Tel: 305.858.2900 / Fax: 305.858.5261
*Attorneys for Defendant Petsmart Inc.*

**ROBERT D. McINTOSH**
rdm@adorno.com
Adorno & Yoss, P.A.
888 S.E 3rd Avenue - Suite 500
Fort Lauderdale, Florida 33316
Tel: 954.523.5885 / Fax: 954.760.9531
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

7

CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**