## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

### CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, et al.,

    Plaintiffs,

vs.

MARS INC., et al.,

    Defendants.

_____/

### ORDER ON AGREED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** has come before the Court upon the Plaintiff's Motion for Extension of Time to File Amended Complaint that is currently due on July 13, 2007. [DE 130]. The Court has considered the Motion, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The Defendant has until July 25, 2007 to file the Amended Complaint.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida on this \_\_\_ day of July, 2007.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT COURT**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of Record

2
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**