Page 1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
3                    Case 07-21221-CIV-ALTONAGA
4
   RENEE BLASZKOWSKI,
5  AMY HOLLUB and
   PATRICIA DAVIS, individually
6  and on behalf of others
   similarly situated,
7
              Plaintiffs,
8
                                    MIAMI, FLORIDA
9
              vs.
10
                                    JULY 6, 2007
11 MARS, INC., et al.,
12            Defendants.
13 ----------------------------------------------------------------
14          TRANSCRIPT OF SCHEDULING CONFERENCE
            BEFORE THE CECILIA M. ALTONAGA,
15              UNITED STATES DISTRICT JUDGE

16 APPEARANCES:

17 FOR THE PLAINTIFFS:
                           CATHERINE J. MacIVOR, ESQ.
18                         DARREN W. FRIEDMAN, ESQ.
                           Maltzman Foreman, P.A.
19                         One Biscayne Tower
                           2 South Biscayne Boulevard, Ste. 2300
20                         Miami, FL 33131 - 305.358.6555
                           Email:  cmacivor@mflegal.com
21                         dfriedman@mflegal.com
22 FOR DEFENDANT TARGET:

23                         CHARLES P. FLICK, ESQ.
                           Seipp Flick & Kissane
24                         2 Alhambra Plaza, Ste. 800
25                         Miami, FL 33134 - 305.995-5600
                           Email:  cflick@sfklaw.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
                    July 6, 2007

FILED by _____ D.C.
APPEALS

JUL 11 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI