# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

### CASE NO. 07-21221 ALTONAGA/Turnoff

RENEE BLASZKOWSKI, et al.,

       Plaintiffs,

vs.

MARS INC., et al.,

       Defendants.

_____/

## ORDER ON AGREED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** has come before the Court upon the Plaintiffs' Motion for Extension of

Time to File Amended Complaint [D.E. 141] that is currently due on July 13, 2007. [D.E. 130].

The Court has considered the Motion, and being otherwise duly advised, it is

       **ORDERED AND ADJUDGED** that the Motion **[D.E. 141]** is **GRANTED.** Plaintiffs

have until July 25, 2007 to file the Amended Complaint.

       **DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, on this

13th day of July, 2007.

_Cecilia M. Altonaga_

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT COURT**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of Record

Dockets.Justia.com