# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,

vs.

MARS INC.; PROCTER & GAMBLE CO.,
et al.,

    Defendants.

_____/

## NOTICE OF CHANGE OF LAW FIRM NAME

COMES NOW Defendant, COLGATE PALMOLIVE COMPANY and hereby files this Notice of Change of Law Firm Name for JAMES D. ARDEN, ESQ. from Sidley Austin Brown and Wood to SIDLEY AUSTIN LLP, thereby advising the Clerk to change the name of the law firm in their database. The address of Sidley Austin LLP is 787 Seventh Avenue, New York, New York 10019.

MIA#2629841.1

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel listed on the attached Service List.

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida  33131-9101
Telephone: (305) 530-0050
Facsimile:   (305) 530-0055


By: *s/Olga M. Vieira*
    BENJAMINE REID
    Florida Bar No.: 183522
    OLGA M. VIEIRA
    Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>***Attorneys for Plaintiffs*** | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>***Attorneys for Publix Super Markets, Inc.*** |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhanger@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>***Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart*** | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>***Attorneys for The Procter & Gamble Co.*** |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>glees@gibsondunn.com<br>Charles H. Abbott, Esq.<br>cabbott@gibsondunn.com<br>Gary L. Justice, Esq.<br>gjustice@gibsondunn.com<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Michael R. Ross, Esq.<br>mrr@gknet.com<br>Michael K. Kennedy, Esq.<br>mkk@gknet.com<br>GALLAGHER AND KENNEDY, P.A.<br>2575 East Camelback Road, Suite #1100<br>Phoenix, AZ 85016<br>Tel: (602) 530-8498<br>Fax: (602) 530-8500<br><br>Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>Thomas G. Hentoff, Esq.<br>thentoff@wc.com<br>Philip A. Sechler, Esq.<br>psechler@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL  33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado  80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C.  20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL  33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| Alexander Shaknes, Esq.<br>Alex.shaknes@dlapiper.com<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York ,New York  10020-1104<br>Tel: (212) 335-4829<br>Fax: (212) 884-8629<br><br>William C. Martin, Esq.<br>William.martin@dlapiper.com<br>DLA Piper US LLP<br>203 North LaSalle Street, South 1900<br>Chicago, Illinois  60601-1293<br>Tel: (312) 368-3449<br>Fax: (312) 630-7318<br><br>Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL  33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>***Attorneys for Menu Foods & Menu Foods Income Fund*** | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>Tel: (312) 853-2666<br>Fax: (312) 853-7036<br><br>***Attorneys for Colgate Palmolive Company*** |
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>***Attorneys for Pet Supermarket, Inc.*** | |