



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

      Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

      Defendants.
_____/

### MOTION FOR JOHN J. KUSTER TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully move for the admission of John J. Kuster of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, telephone (212) 839-5300, for purposes of appearing as counsel on behalf of Defendant, Colgate Palmolive Company, in the above-styled case only, and to permit John J. Kuster to receive electronic filings in this case, and in support thereof state as follows:

    1.    John J. Kuster, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of New York, the United States District Court for the Eastern and Southern Districts of New York, and the United States Circuit Court of Appeals for the Second Circuit.

    2.    Movants, Benjamine Reid, Esq. and Olga M. Vieira of the law firm of Carlton

MIA#2627472.1

Fields, P.A., 100 Southeast 2nd Street, Suite #4000, Miami, Florida 33131, (305) 530-0050, are members in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintain an office in this State for the practice of law, and are authorized to file through the Court's electronic filing system. Movants consent to be designated as members of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, John J. Kuster, has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. John J. Kuster, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John J. Kuster, Esq., at the following e-mail address: jkuster@Sidley.com.

WHEREFORE, Benjamine Reid and Olga M. Vieira move this Court to enter an Order permitting John J. Kuster to appear before this Court on behalf of Defendant, Colgate Palmolive Company for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John J. Kuster.

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: July 16, 2007

By: _____
OLGA M. VIEIRA
Florida Bar No. 029783

Executed under penalty of perjury on this 16 day of July, 2007.

Respectfully submitted,

**CARLTON FIELDS, P.A.**
*Attorneys for Colgate Palmolive Company*
100 Southeast Second Street, Suite 4000
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

By: *s/Olga M. Vieira*
BENJAMINE REID
Florida Bar No.: 183522
OLGA M. VIEIRA
Florida Bar No.: 029783

MIA#2627472.1                             3

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _16_ day of July, 2007, I served the foregoing to counsel listed on the attached Service List.

                              **CARLTON FIELDS, P.A.**
                              *Attorneys for Colgate Palmolive Company*
                              100 Southeast Second Street, Suite 4000
                              Miami, Florida  33131-9101
                              Telephone: (305) 530-0050
                              Facsimile:   (305) 530-0055

By: *s/Olga M. Vieira*
      BENJAMINE REID
      Florida Bar No.: 183522
      OLGA M. VIEIRA
      Florida Bar No.: 029783

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>***Attorneys for Plaintiffs*** | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>***Attorneys for Publix Super Markets, Inc.*** |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhanger@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>***Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart*** | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>***Attorneys for The Procter & Gamble Co.*** |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>glees@gibsondunn.com<br>Charles H. Abbott, Esq.<br>cabbott@gibsondunn.com<br>Gary L. Justice, Esq.<br>gjustice@gibsondunn.com<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Michael R. Ross, Esq.<br>mrr@gknet.com<br>Michael K. Kennedy, Esq.<br>mkk@gknet.com<br>GALLAGHER AND KENNEDY, P.A.<br>2575 East Camelback Road, Suite #1100<br>Phoenix, AZ  85016<br>Tel: (602) 530-8498<br>Fax: (602) 530-8500<br><br>Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>Thomas G. Hentoff, Esq.<br>thentoff@wc.com<br>Philip A. Sechler, Esq.<br>psechler@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C.  20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado 80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |

| | |
|---|---|
| Alexander Shaknes, Esq.<br>Alex.shaknes@dlapiper.com<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: (212) 335-4829<br>Fax: (212) 884-8629<br><br>William C. Martin, Esq.<br>William.martin@dlapiper.com<br>DLA Piper US LLP<br>203 North LaSalle Street, South 1900<br>Chicago, Illinois 60601-1293<br>Tel: (312) 368-3449<br>Fax: (312) 630-7318<br><br>Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Tel: (312) 853-2666<br>Fax: (312) 853-7036<br><br>*Attorneys for Colgate Palmolive Co.* |
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

    Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

    Defendants.
_____/

## CERTIFICATION OF JOHN J. KUSTER

John J. Kuster, Esq., pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of New York, the United States District Court for the Eastern and Southern Districts of New York and the United States Circuit Court of Appeals for the Second Circuit.

                                                                             JOHN J. KUSTER

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  16th day of July, 2007, I served the foregoing to counsel listed on the attached Service List.

                **CARLTON FIELDS, P.A.**
                *Attorneys for Colgate Palmolive Company*
                100 Southeast Second Street, Suite 4000
                Miami, Florida 33131-9101
                Telephone: (305) 530-0050
                Facsimile:   (305) 530-0055

By: *s/Olga M. Vieira*
     BENJAMINE REID
     Florida Bar No.: 183522
     OLGA M. VIEIRA
     Florida Bar No.: 029783

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>*Attorneys for Plaintiffs* | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>*Attorneys for Publix Super Markets, Inc.* |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhanger@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>*Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart* | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>*Attorneys for The Procter & Gamble Co.* |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>glees@gibsondunn.com<br>Charles H. Abbott, Esq.<br>cabbott@gibsondunn.com<br>Gary L. Justice, Esq.<br>gjustice@gibsondunn.com<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Michael R. Ross, Esq.<br>mrr@gknet.com<br>Michael K. Kennedy, Esq.<br>mkk@gknet.com<br>GALLAGHER AND KENNEDY, P.A.<br>2575 East Camelback Road, Suite #1100<br>Phoenix, AZ 85016<br>Tel: (602) 530-8498<br>Fax: (602) 530-8500<br><br>Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>Thomas G. Hentoff, Esq.<br>thentoff@wc.com<br>Philip A. Sechler, Esq.<br>psechler@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado 80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |

| | |
|---|---|
| Alexander Shaknes, Esq.<br>Alex.shaknes@dlapiper.com<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: (212) 335-4829<br>Fax: (212) 884-8629<br><br>William C. Martin, Esq.<br>William.martin@dlapiper.com<br>DLA Piper US LLP<br>203 North LaSalle Street, South 1900<br>Chicago, Illinois 60601-1293<br>Tel: (312) 368-3449<br>Fax: (312) 630-7318<br><br>Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>***Attorneys for Menu Foods & Menu Foods Income Fund*** | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Tel: (312) 853-2666<br>Fax: (312) 853-7036<br><br>***Attorneys for Colgate Palmolive Co.*** |
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>***Attorneys for Pet Supermarket, Inc.*** | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB and
PATRICIA DAVIS,

      Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

      Defendants.
_____/

## ORDER GRANTING COLGATE PALMOLIVE COMPANY'S MOTION FOR JOHN J. KUSTER TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for John J. Kuster to Appear Pro Hac Vice and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admission pro hac vice of John J. Kuster in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for John J. Kuster to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. John J. Kuster is granted to appear and participate in this action on behalf of Defendant Colgate Palmolive Company.

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

The Clerk shall provide electronic notification of all electronic filings to John J. Kuster at jkuster@Sidley.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ____ day of July, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record on the attached Service List

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

## SERVICE LIST

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>***Attorneys for Plaintiffs*** | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>***Attorneys for Publix Super Markets, Inc.*** |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhanger@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>***Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart*** | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>***Attorneys for The Procter & Gamble Co.*** |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>glees@gibsondunn.com<br>Charles H. Abbott, Esq.<br>cabbott@gibsondunn.com<br>Gary L. Justice, Esq.<br>gjustice@gibsondunn.com<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Michael R. Ross, Esq.<br>mrr@gknet.com<br>Michael K. Kennedy, Esq.<br>mkk@gknet.com<br>GALLAGHER AND KENNEDY, P.A.<br>2575 East Camelback Road, Suite #1100<br>Phoenix, AZ 85016<br>Tel: (602) 530-8498<br>Fax: (602) 530-8500<br><br>Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>Thomas G. Hentoff, Esq.<br>thentoff@wc.com<br>Philip A. Sechler, Esq.<br>psechler@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado 80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL 33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |

5

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| Alexander Shaknes, Esq.<br>Alex.shaknes@dlapiper.com<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York ,New York  10020-1104<br>Tel: (212) 335-4829<br>Fax: (212) 884-8629<br><br>William C. Martin, Esq.<br>William.martin@dlapiper.com<br>DLA Piper US LLP<br>203 North LaSalle Street, South 1900<br>Chicago, Illinois  60601-1293<br>Tel: (312) 368-3449<br>Fax: (312) 630-7318<br><br>Robert D. McIntosh, Esq.<br>rdm@adorno.com<br>ADORNO & YOSS, LLP<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL  33316<br>Tel: (954) 523-5885<br>Fax: (954) 760-9531<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>Tel: (312) 853-2666<br>Fax: (312) 853-7036<br><br>*Attorneys for Colgate Palmolive Co.* |
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* | |