UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

### NOTICE TO CLIENT AND UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, move the Court for the entry of an order substituting Lonnie L. Simpson, S. Douglas Knox and the law firm of DLA Piper US LLP for Robert D. McIntosh and the law firm of Adorno & Yoss LLP, as local counsel in this matter as evidenced by consent attached to this motion. Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND further request:

    1.    Robert D. McIntosh and the law firm of Adorno & Yoss LLP shall be relieved of all further responsibility for the representation of Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND in this matter.

TAMPDOCS\536806.1

2. All further pleadings, correspondence and other documents in this case shall be directed to: Lonnie L. Simpson and S. Douglas Knox of DLA Piper US LLP, 101 E. Kennedy Boulevard, Suite 2000, Tampa, Florida 33602.

3. Alexander Shaknes and William C. Martin of DLA Piper US LLP shall remain as co-counsel of record for Menu Foods, Inc. and Menu Income Fund.

| ADORNO & YOSS LLP | DLA PIPER US LLP |
|---|---|
| s/ Robert D. McIntosh | s/S. Douglas Knox |
| Robert D. McIntosh | Lonnie L. Simpson |
| Florida Bar Number 115490 | Florida Bar Number 821871 |
| rdm@adorno.com | lonnie.simpson@dlapiper.com |
| 888 S.E. 3rd Avenue, Suite 500 | S. Douglas Knox |
| Ft. Lauderdale, Florida 33316-1159 | Florida Bar Number 849871 |
| (954) 523-5885 | douglas.knox@dlapiper.com |
| (954) 760-9531 (facsimile) | DLA Piper US LLP |
|  | 101 East Kennedy Boulevard, Suite 2000 |
|  | Tampa, Florida 33602-5149 |

## CONSENT

The undersigned consent to the substitution of counsel in this case as set forth above.

MENU FOODS, INC.

By: _____
Print Name: MARK WIESS
Its: EVP & CFO

MENU FOODS INCOME FUND

By: _____
Print Name: MARK WIESS
Its: EVP & CFO

TAMPDOCS\536806.1

## RULE 4B DESIGNATION

S. Douglas Knox, Esquire, of the law firm of DLA Piper US LLP, 101 E. Kennedy Boulevard, Suite 2000, Tampa, Florida 33602, (813)229-2111, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Mr. Knox consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

s/ S. Douglas Knox
S. Douglas Knox

## RULE 7.1 CERTIFICATE

**I HEREBY CERTIFY** that on July 18, 2007, I conferred with Plaintiff's counsel, Catherin J. MacIvor, who stated that she does not oppose the relief sought by this motion.

s/ S. Douglas Knox
S. Douglas Knox

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ S. Douglas Knox
Attorney

TAMPDOCS\536806.1

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzinan<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, FL 33131<br><br>*Counsel for Plaintiffs, Rena Blaszkowski,*<br>*Amy Hollub, Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br>  Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br><br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br><br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard, S. 4410<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue, S. 2500<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard, S. 1600<br>Fort Lauderdale, FL 33301-0006<br><br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>SQUIRE, SANDERS & DEMPSEY LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398 | Sanford Lewis Bohrer<br>HOLLAND & KNIGHT<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*PETCO Animal Supplies, Inc.* |

TAMPDOCS\536806.1

| | |
|---|---|
| Rolando Andres Diaz<br>Maria Kayanan<br>KUBICKI DRAPER<br>25 W. Flagler Street, PH<br>Miami, FL 33130-1712 | Cassidy Yen Dang<br>KUBICKI DRAPER<br>505 74th Street, Unit A-6<br>Miami Beach, Florida 33141<br><br>*Counsel for Defendant*<br>*Pet Supermarket, Inc.* |
| Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive, PH<br>Miami, Florida 33133<br><br>*Counsel for Defendant, Petsmart, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, Florida 33131-2398<br><br>*Counsel for Defendant*<br>*Wal-Mart Stores, Inc.* | Robert D. McIntosh<br>Adorno & Yoss, LLP<br>888 Southeast 3rd Ave., S. 500<br>Ft. Lauderdale, Florida 33316<br><br>*Counsel for Menu Defendants* |

**and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:**

| | |
|---|---|
| John J. Kuster<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>*Counsel for Defendant*<br>*Colgate Palmolive Company* | Nestle U.S.A. Inc<br>c/o CT Corporation System<br>One Corporate Center, Floor 11<br>Hartford, CT 06103. |
| Kathleen S. Phang<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134-5241<br><br>*Counsel for Defendant*<br>*Target Corp.* | |

TAMPDOCS\536806.1