**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 07-21221-CIV-ALTONAGA/TURNOFF**

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

       Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

       Defendants.

_____/

**ORDER SUBSTITUTING LOCAL COUNSEL OF DEFENDANTS**
**MENU FOODS, INC. AND MENU FOODS INCOME FUND**

       THIS CAUSE having come before the Court on Defendants MENU FOODS, INC. and

MENU FOODS INCOME FUND's Notice to Client and Unopposed Motion for Substitution of

Counsel, the Court having reviewed the motion and being otherwise duly advised, it is hereby

       **ORDERED and ADJUDGED** as follows:

       The Motion for Substitution of Counsel is GRANTED and Lonnie L. Simpson, and S.

Douglas Knox, and the law firm of DLA Piper US LLP is hereby appointed counsel of record for

Menu Foods, Inc. and Menu Foods Income Fund.  All further pleadings and correspondence for

Defendants Menu Foods, Inc. and Menu Foods Income Fund shall be served on Lonnie L.

Simpson and S. Douglas Knox of DLA Piper US LLP, 101 E. Kennedy Boulevard, Suite 2000,

TAMPDOCS\536992.1

Dockets.Justia.com

Tampa, Florida  33602.  Robert D. McIntosh and the law firm of Adorno & Yoss LLP shall be relieved of all further responsibility in this matter.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this _____ day of _____, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel and parties on attached service list

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor<br>Jeffrey Eric Foreman<br>Jeffrey Bradford Maltzinan<br>MALTZMAN FOREMAN PA<br>One Biscayne Boulevard - Suite 2300<br>Miami, FL 33131<br><br>*Counsel for Plaintiffs, Rena Blaszkowski,*<br>*Amy Hollub, Patricia Davis* | Alan Graham Greer<br>Richman, Greer, Weil, Brumbaugh,<br> Mirabito & Christensen<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, Florida   33131<br><br>*Counsel for Defendant*<br>*The Procter & Gamble Company* |
| Faruki, Ireland & Cox, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio   45402<br><br>*Of counsel for Defendant*<br>*The Procter & Gamble Company* | Omar Ortega<br>DORTA AND ORTEGA, PA.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br><br>*Counsel for Defendant*<br>*Mars Incorporated* |
| Sherril May Colombo<br>COZEN O'CONNOR<br>200 S. Biscayne Boulevard, S. 4410<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Del Monte Foods, Co.* | Adriana Riviere-Badell<br>HUNTON & WILLIAMS<br>1111 Brickell Avenue, S. 2500<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*Nutro Products Inc.* |
| Hugh S. Turner, Jr.<br>AKERMAN SENTERFITT & EIDSON<br>350 E. Las Olas Boulevard, S. 1600<br>Fort Lauderdale, FL 33301-0006<br><br>*Counsel for Defendant*<br>*Publix Supermarkets, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>SQUIRE, SANDERS & DEMPSEY LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398 | Sanford Lewis Bohrer<br>HOLLAND & KNIGHT<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br><br>*Counsel for Defendant*<br>*PETCO Animal Supplies, Inc.* |

| | |
|---|---|
| Rolando Andres Diaz<br>Maria Kayanan<br>KUBICKI DRAPER<br>25 W. Flagler Street, PH<br>Miami, FL 33130-1712 | Cassidy Yen Dang<br>KUBICKI DRAPER<br>*505* 74th Street, Unit A-6<br>Miami Beach, Florida 33141<br><br>*Counsel for Defendant*<br>*Pet Supermarket, Inc.* |
| Susan Elizabeth Mortensen<br>COFFEY BURLINGTON<br>2699 S. Bayshore Drive, PH<br>Miami, Florida 33133<br><br>*Counsel for Defendant, Petsmart, Inc.* | John Brian Thomas Murray, Jr.<br>Squire, Sanders & Dempsey, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive, S. 1900<br>West Palm Beach, FL 33401-6198 |
| Robin Lea Hanger<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, Florida 33131-2398<br><br>*Counsel for Defendant*<br>*Wal-Mart Stores, Inc.* | Robert D. McIntosh<br>Adorno & Yoss, LLP<br>888 Southeast 3rd Ave., S. 500<br>Ft. Lauderdale, Florida 33316<br><br>*Counsel for Menu Defendants* |

| | |
|---|---|
| John J. Kuster<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br><br>*Counsel for Defendant*<br>*Colgate Palmolive Company* | Nestle U.S.A. Inc<br>c/o CT Corporation System<br>One Corporate Center, Floor 11<br>Hartford, CT 06103. |

| | |
|---|---|
| Kathleen S. Phang<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza<br>Suite 800<br>Miami, FL 33134-5241<br><br>*Counsel for Defendant*<br>*Target Corp.* | |