UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**, individually and on behalf of others similarly situated,

    Plaintiffs,
vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND's Notice to Client and Unopposed Motion for Substitution of Counsel **[D.E. 151]**, filed on July 19, 2007. The Court having reviewed the Motion and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 151]** is **GRANTED**. Lonnie L. Simpson and S. Douglas Knox and the law firm of DLA Piper US LLP are hereby appointed counsel of record for Menu Foods, Inc. and Menu Foods Income Fund. All further pleadings and correspondence for Defendants Menu Foods, Inc. and Menu Foods Income Fund shall be served on Lonnie L. Simpson and S. Douglas Knox of DLA Piper US LLP, 101 E. Kennedy Boulevard, Suite 2000, Tampa, Florida 33602. Robert D. McIntosh and the law firm of Adorno & Yoss LLP shall be relieved of all further responsibility in this matter.

Case No. 07-21221-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of July, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge William C. Turnoff
(2)  Counsel of record