

Dockets.Justia.com



























