

...czkowski et al v. Mars Inc. et al

Docket...com

Doc. 155 Att. 4

Exhibit 9



Adult
1 to 8 years

Hairball

Chicken

advanced nutrition

Authority
HAIRBALL CONTROL
ADULT

kibble actual size

Formulated to control hairballs naturally

Real chicken for great taste

Omega fatty acids for a healthy coat

AUTHORITY
INDOOR CAT FORMULA 8 LB
8 LB

10 49

8.2¢
UNIT PRICE PER OZ

PET SMART
QUALITY ASSURED
LIMITED

ADULT
Formulated for Ages 1 - 7 Years

Made with Real Chicken

Scientifically Formulated
Formulated to the Specific Needs of...
Natural Fiber Source Helps Reduce Litter Box Odor
Helps Your Cat Maintain Hairballs
Real Chicken for Great Taste
Low Magnesium

NET WT 20 LB (9.07 kg)

Adult
1 to 8 years

Indoor

advanced nutrition



NET WT 20 LB (9.07 kg)

PETSMART
QUALITY ASSURED
SATISFACTION GUARANTEED

Needs of Indoor Cats

Chicken

advance nutrition

Adult
1 to 8 years

Indoor

Chicken

Authority
INDOOR
ADULT

kibble
actual size

Formulated to reduce litter
box odor

Natural fiber source helps
control hairballs

Helps your cat maintain
their ideal weight

NET WT 8 LB (3.6

Made with Rea

Scientifically Formulated for the Spe
Formulated to Help Reduce Litter Bo
Natural Fiber Source Helps Control H
Helps Your Cat Maintain Their Ideal W
Real Chicken for Great Taste
Low Magnesium

Formulated for A





ADULT

Formulated for Ages 1 - 7 Years

Whitefish Meal and Rice Formula

Scientifically Formulated for Cats 1 - 7 Years

Naturally Preserved with Vitamin E

Antioxidants to Help Maintain a Healthy Immune System

Optimal Protein & Fat Levels to Help Maintain a Healthy
Body Condition

Low Magnesium

UM PET NUTRITION

QUALITY ASSURED
PETSMART
SATISFACTION GUARANTEED

advanced nutrition

Kitten
1 to 12 months

Chicken

Authority
KITTEN

NET WT 8 LB (3.62 kg)

kibble
actual size

Extra protein & vitamins
for growth

Real chicken for great taste

Antioxidants for a healthy
immune system

love the real fish

ine for healthy
& heart

ega fatty acids for
y coat

AUTHORITY
ADULT OCEAN WHITEFISH & RICE CAT FOOD
8 LB
10 29

AUTHORITY
KITTEN FORMULA CHICKEN AND RICE 8 L
8 LB
10 29



