# SUPREME NUTRITION

## Eukanuba Cat Foods

*What Healthy Cats Are Made Of*

**BUY 10 BAGS & GET 1 BAG FREE!**



Dockets.Justia.com



# SUPREME NUTRITION

## Hill's SCIENCE DIET
### VETERINARIAN RECOMMENDED

**Superior Nutrition** for the Lifelong Health of Your Pet®



P.A.L.S. BUY 10 FREE FOOD GET 1 BAG FREE

**BUY 10 BAGS & GET 1 BAG FREE!**

ASK FOR DETAILS.

861170

*Dachshunds over 10 Months*

## DACHSHUND 28

- **Joint Support:** supplement with Chondroitin and Glucosamine to maintain healthy joints
- **Muscle Toning:** low fat diet with Conjugated Linoleic Acid to increase metabolism and maintain lean body weight
- **Anti-Aging Complex:** slows the progress of age-related disease with supplemental antioxidants



Actual Size





## adult
### beef & rice recipe

For dogs 1-6 years that prefer the taste of beef & rice

**Superior Antioxidant Formula*†**

**Helps Protect Your Dog's Immune System**
- *High level of Vitamins E and C
- Selenium

*Available only in dry values

**Unsurpassed nutrition and great taste. Helps dogs stay younger, longer:**
- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

Adult also available in original, small bites, large breed, chicken & rice recipe, lamb meal & rice formula, can, and treats

(Actual Size)



©2003 Hill's Pet Nutrition, Inc. ®/™ Trademarks owned by Hill's Pet Nutrition.

HILL'S SCIENCE DIET DOG
20 LB ADULT LARGE BREED
**2399**
A752550
M 8157
14246

**adult** For dogs 1-6 years weighing over 55 lbs

# large breed

**Unsurpassed nutrition and great taste. Helps dogs stay younger, longer:**

- Supports joint and cartilage health, an important factor for large breed adult dogs
- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

**Superior Antioxidant Formula***
**Helps Protect Your Dog's Immune System:**
- *High level of Vitamins E and C
- Selenium

©2003 Hill's Pet Nutrition, Inc.    ®/™ Trademarks owned by Hill's Pet Nutrition, Inc.


(Actual Size)

DRY DOG FOOD   NET WT

**adult** 16 y
small bites

**VETERINARIAN**
**Hill's**
**SCIENCE DIET®**

**adult** For dogs 1-6 years that prefer smaller kibble

**small bites**

**Unsurpassed nutrition and great taste. Helps dogs stay younger, longer:**

- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

Adult also available in original, large breed, chicken & rice recipe, beef & rice recipe, lamb meal & rice formula, cans and treats

(Actual Size)

**Superior Antioxidant Formula***[1]
**Helps Protect Your Dog's Immune System:**

- *High level of Vitamins E and C
- Selenium

*Available only in dry varieties

©2003 Hill's Pet Nutrition, Inc.   ®/™ Trademarks owned by Hill's Pet Nutrition, Inc.

**SCIENCE DIET®**
**adult**
small bites

22 99











# Eukanuba® Vital Health System

**Found only in Eukanuba® Dog Foods**

The Eukanuba Vital Health System™ targets six Essential Health Functions, delivering nutrients when and where they're needed for total body health every day.

## THE EUKANUBA VITAL HEALTH SYSTEM™
Targeted Nutrition For Total Body Health Every Day.

- Skin & Coat Health
- Sensory/Mental Health
- Oral Health
- Vital Organ Health
- Digestive Health
- Bone & Muscle Health

**Vital Organ Health**
Supports healthy function of vital organs such as the heart and kidneys, and the immune system

**Digestive Health**
Promotes a healthy digestive process and helps maintain a healthy gastrointestinal tract

**Oral Health**
Promotes overall health in the mouth by reducing tartar buildup

**Skin & Coat Health**
Helps rejuvenate dry skin and produce a soft, healthy coat

**Bone & Muscle Health**
Promotes flexibility and mobility by maintaining strong bones and lean muscle mass in dogs. Also supports the natural regeneration of joint cartilage in dogs

**Sensory/Mental Health**
Promotes optimal vision, hearing, and brain function with essential vitamins and minerals

**Eukanuba® Dog Foods**
*What Healthy Dogs Are Made Of*™









