Colgate Toothpaste : Toothbrush | Dental Care | Home & Personal Care | Pet Nutrition                 Page 1 of 53
Blasz Colgate Tooth Paste n Teeth brush                                                              Doc. 153 Att. 8

Case 1:07-cv-21221-CMA     Document 153-9     Entered on FLSD Docket 07/25/2007     Page 1 of 93

:



Welcome to the world of Colgate-Palmolive. Every day millions of people like you trust our products to care for themselves and the ones they love.

United States (English)

| Our Company | Careers | For Investors | For Dental Professionals | Contact Us | Special Offers |



Superior Nutrition For the Lifelong Health of Your Pet®

CLICK TO LEARN MORE ▶

Hill's Pet Nutrition     5 of 5

Search Colgate.com     SEARCH

Find types of products

    



26th ANNUAL
Colgate COUNTRY SHOWDOWN
America's Largest Country Music Talent Search!
LEARN MORE ▶

### Oral Care
Trusted Oral Care products and expert information to keep your smile bright, beautiful and healthy.

**Products**
▸ View All
Colgate Total® Toothpaste
Colgate MaxFresh® Toothpaste
Colgate® Motion® Toothbrush
Colgate 360°® Toothbrush

**Information**
Colgate Oral Care Center
Medical Conditions and Oral Health
Check-ups and Dental Procedures

### Personal Care
Your source for quality personal care products from brands you know and trust.

**Products**
▸ View All
Softsoap® BRAND
Speed Stick®
Lady Speed Stick®
Irish Spring®

**Information**
Softsoap® Articles
Softsoap® Know Your Naturals Quiz
Share a Softsoap® E-card

### Home Care
Dependable, time-tested products for the care and keeping of your home.

**Products**
▸ View All
Palmolive®
Murphy Oil Soap®
Ajax®
Suavitel®

**Information**
Palmolive Recipes
Murphy® Oil Soap Wood and Furniture Care
Suavitel® Laundry Tips and Information

### Pet Nutrition
Nutritionally complete, great tasting pet food to help keep your pet healthy and happy.

**Products**
Hill's® Science Diet®
Hill's® Prescription Diet®

**Information**
Puppy & Kitten Care
Pet Feeding Guide
Nutrition Basics



Irish Spring BODY WASH
I ♣ Ireland
SWEEPSTAKES
Your chance to win a trip to Ireland! ➔

View All Special Offers

Exhibit 29



**Colgate Oral Care Center**

Visit our oral health care library with articles written by experts and explore interactive guides to help you learn more about dental care.

    Dental Health Basics
    Dental Health at Any Age
    Tooth Whitening & Cosmetic Dentistry



**Our Company**

For over 200 years, caring, global teamwork and continuous improvement have been and continue to be part of everything we do at Colgate-Palmolive.

    Living Our Values
    Governance
    Global Diversity



**For Children**

Enjoy fun and games in Kids World and search our product listing to find the right product for your child.

    Colgate Kids World
    Children's Products
    Lather Up for Good Health



**Community Programs**

Take a look at our celebrated programs making a difference in over 200 countries around the world.

    Give Kids a Smile®
    Bright Smiles, Bright Futures®
    Save the World from Cavities™



**Colgate SmileTalk™ E-newsletter**

Receive coupons, samples and valuable health information via e-mail.

    Sign up for our e-newsletter



**Dental Care Professionals**

Search oral health news, professional library, and sample offers for dentists, hygienists and students.

    Colgate Professional

Home | Legal Policies | Privacy Policies | Colgate Products | Colgate.com Site Map | Contact Us

© 2007 Colgate-Palmolive Company. All rights reserved.







| Home | Pet Owner | Vet Practice | Products | Where to Buy | Company Info |



**NEWS UPDATES**

**May 1, 2007 ---** Update Message to North American Consumers About Vegetable Proteins.

**April 18, 2007 ---** Update: Hill's products not affected by rice protein concentrate recall.

**View All News Updates**



**A Letter To Pet Owners.** An important message from Hill's Pet Nutrition regarding your pet.

  



**The Leaders in Pet Nutrition and Innovation**

Welcome to Hill's Pet Nutrition, your pet nutrition and information source. As the makers of Science Diet® and Prescription Diet® pet foods, our mission is to help enrich and lengthen the special relationships between people and their pets.

We will do this by providing the best, leading-edge pet nutrition technology, products, and expertise to pet owners, veterinary professionals, and other key pet professionals worldwide. And with a simple visit inside, you'll see our commitment to this mission for yourself.



**Help Us Save 1 Million Lives** - This year we are committed to saving the lives of 1 million pets. You can help us by sharing your own pet adoption story to inspire more adoptions.



**Bad behavior may be your cat's way of saying something's wrong.** - That's where NEW Hill's® Prescription Diet® c/d® Multicare comes in. It contains safe salt levels, provides the daily nutrition your cat requires, and satisfies the most finicky eaters. Learn more and register for a chance to receive a **free Drinkwell® The Original Pet Fountain®.**



**Let the truth shine through** - Know the truth with our exclusive Shine Meter to see how the precise balance of high quality ingredients in Hill s® Science Diet® Lamb Meal & Rice Recipe Adult promotes the health of your dog. Learn more about Hill's and see why it is a company you can trust.

**Take the Hill's PetFit™Challenge at the new PetFit.com!** - Discover how simple it is to adopt a healthy *LightStyle* that makes a real difference for your pet. You'll find an array of expert insights on fitness and nutrition to help achieve optimal weight. Plus, take advantage of the NEW **PetFit™WeightTracker** - a

**Exhibit 30**



powerful tool that tracks your success for faster, easier weight loss!


HELP US SAVE 1 MILLION LIVES
Inspire others with your own pet adoption story!
START NOW



**Free Continuing Education for Veterinary Clinics and Staff** - Hill's Pet Nutrition is partnering with ACT to bring you this special opportunity.



**A credit card as rewarding as your relationship with your pet** - Hill's Pet Nutrition partners with Bank of America® to offer the PetRewards™ Visa® card program, benefiting pets and their owners.


Or is it something else?



© 2007 Hill's Pet Nutrition, Inc. ®/TM Trademarks owned by Hill's Pet Nutrition, Inc. As used herein, ®/TM denotes trademark status in the U.S. only; trademarks in other geographies may be different. Your use of the information on this site is subject to the terms of our Legal Statement.

Contact Us    Legal Statement    Job Opportunities



**United States - English**
Change Language

This is **G o o g l e**'s cache of http://www.hillspet.com/owner/nutrition_browse.jsp?
JSESSIONID=G16vALuk6suzC2x0joxvIe6W7fCFN30121Td811FINnhz79e4Yct!271478731!167846932!7005!8005&FOLDER%
3C%3Efolder_id=2534374302024774&bmUID=1182743293362&bmLocale=en_AU as retrieved on Jul 20, 2007 00:51:32 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?`
`q=cache:fjFEuG6nI3cJ:www.hillspet.com/owner/nutrition_browse.jsp?$FJSESSIONID$`
`3DG16vALuk6suzC2x0joxvIe6W7fCFN30121Td811FINnhz79e4Yct!271478731!167846932!7005!8005%26FOLDER%253C%253Efolder_id%`
`3D2534374302024774%26bmUID%3D1182743293362%26bmLocale%`
`3Den_AU+the+right+food+would+you+feed+a+baby+steak&hl=en&ct=clnk&cd=2&gl=us`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **right food would you feed** baby steak

Register With Us      Sign In


*The Global Leader in Pet Nutrition*

| Home | Pet Owner | Vet Practice | Products | Company Info |

## The Right Food

**Pet Owner**

Product Selector

Nutrition and Health

Special Needs

Fun Stuff

Puppy & Kitten Care

### The Right Food For Your Pet
**Would you feed** a baby steak? Or eat salty potato crisps if **you** had high blood pressure? Of course not. And just like people, every pet has special nutritional needs. For example, a pet **food** formulated to meet the requirements of a growing puppy **would** not be appropriate for an older dog whose heart is stressed from age.

Too little or too much of certain nutrients can be detrimental to a pet's health. The nutrients of importance, and the amount that is ideal, vary by life stage, activity level and health condition.

Nutrient control is the basis of all Hill's products. Our foods are specially formulated to provide proper nutrition specifically for your pet based on age, activity level and physical condition. Read on to find out about Hill's* Science Diet* and Hill's* Prescription Diet* pet foods.

Ask your vet to assess your pet's health and recommend a **food** that provides the optimum balance of nutrients, or visit our Product Selector to help determine the **right food** for your pet.

### NEWS UPDATES

**March 30, 2007 ---** Australia: Hills Pet Nutrition, Inc. Voluntarly Recalls Single Product, Prescription Diet™ m/d™ Feline Dry **Food**, Only Product Containing Wheat Gluten

**March 30, 2007 --- New** Zealand: Hills Pet Nutrition, Inc. Voluntarly Recalls Single Product, Prescription Diet™ m/d™ Feline Dry **Food**, Only Product Containing Wheat Gluten

Exhibit 31



 © 2007 Hill's Pet Nutrition, Inc. Your use of the information on this site is subject to the terms of our
Legal Statement.
Contact Us      Legal Statement

 Change Language

Print



## w/d® Feline

For Weight Control and the Nutritional Management of Fiber Responsive Diseases

Excess weight, diabetes and digestive troubles can cause real problems for your cat. Feeding the right food can help your pet live a healthier lifestyle. Prescription Diet® w/d® Feline cat food, with its fiber rich formula, may be useful as a nutritional aid for cats with fiber responsive diseases such as diabetes mellitus, colitis, diarrhea, constipation, and to help manage overweight cats, including those with struvite urolithiasis. The nutritional formulation of Prescription Diet® w/d® may also be useful for pets with a variety of conditions.

**WHERE TO BUY**

## Daily Feeding Guide

- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure, or if you are not using w/d® Feline for obesity prevention, ask your veterinarian.

With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

w/d® Feline is available in canned and dry. Supplementation with other foods is unnecessary and may decrease the effectiveness of the food.

When using with Feline w/d® canned, decrease the amount of dry food to avoid overfeeding.

Obese prone

| Weight of Cat | Amount per Day |
|---|---|
| 5 lb (2,3 kg) | 3/8 cup (35 g) - 1/2 cup (45 g) |
| 10 lb (4,5 kg) | 2/3 cup (60 g) - 7/8 cup (75 g) |
| 15 lb (6,8 kg) | 7/8 cup (75 g) - 1 1/4 cups (110 g) |

**Exhibit 32**

Adult maintenance

| Weight of Cat | Amount per Day |
|---|---|
| 5 lb (2,3 kg) | 1/2 cup (45 g) - 5/8 cup (55 g) |
| 10 lb (4,5 kg) | 3/4 cup (65 g) - 1 1/8 cups (100 g) |
| 15 lb (6,8 kg) | 1 cup (90 g) - 1 1/2 cups (130 g) |

**MORE FOOD FOR THOUGHT**



**Other Recommendations**

For Weight Control and the Nutritional Management of Fiber Responsive Diseases

Excess weight, diabetes and digestive troubles can cause real problems for your cat. Feeding the right food can help your pet live a healthier lifestyle. Prescription Diet® w/d® Feline cat food, with its fiber rich formula, may be useful as a nutritional aid for cats with fiber responsive diseases such as diabetes mellitus, colitis, diarrhea, constipation, and to help manage overweight cats, including those with struvite urolithiasis. The nutritional formulation of Prescription Diet® w/d® may also be useful for pets with a variety of conditions.

View Prescription Diet® w/d® Feline



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.



## U.S. Food and Drug Administration

**CENTER FOR VETERINARY MEDICINE**

FDA Home Page | CVM Home Page | CVM A-Z Index | Contact CVM | Site Map

---

### *CVM Update*

<<Back

August 14, 1997

**FDA REQUESTS THAT ETHOXYQUIN LEVELS BE REDUCED IN DOG FOODS**

In letters dated July 31, 1997, to manufacturers of ethoxyquin and trade associations for the pet food industry, FDA's Center for Veterinary Medicine (CVM) requested that the maximum level for ethoxyquin in complete dog foods be voluntarily lowered to 75 parts per million (ppm). Under the current food additive regulations, ethoxyquin is allowed at levels up to 150 ppm in complete dog foods (Title 21, Part 573.380 of the Code of Federal Regulations). However, after recently completing a scientific review of a voluntarily-submitted study from the Monsanto company, CVM has reason to believe that the 150 ppm level may not provide an adequate margin of safety in lactating female dogs and possibly puppies. The results from this study show that ethoxyquin levels above the current tolerance in dog foods produced no adverse reproductive effects. There was, however, an increase in a dark, reddish-brown pigment in the liver of female dogs immediately after completing a 6-week lactation. The liver pigment was identified as protoporphyrin IX, a normal intermediate in the synthesis of heme. This pigment was also associated with elevations in liver-related enzymes in the serum of a few animals.

During lactation, the female dogs consumed two to three times more food as a percentage of body weight than they did at maintenance, and this increased food consumption likely contributed to the increased pigment deposition in the liver and in the elevated serum enzymes. The increased pigment deposition and serum enzymes in lactating female dogs may be reversible when food consumption returns to maintenance, but it still constitutes a finding that must be further investigated.

The Pet Food Institute has undertaken a study designed to show that ethoxyquin is an effective antioxidant at levels between 30 and 60 ppm in a complete dog food. FDA is closely monitoring the progress of this study. If new information becomes available that questions the safety of ethoxyquin at 75 ppm in dog food, or shows it to be an effective antioxidant at levels below 75 ppm, CVM will consider further action.

Further information on this subject is available from FDA/CVM's Division of Animal Feeds, 7500 Standish Place, HFV-220, Rockville, MD 20855 or by calling (301) 594-1724.

---

**Issued by:
FDA, Center for Veterinary Medicine,
Office of Management and Communications, HFV-12
7519 Standish Place, Rockville, MD 20855
Telephone: (301) 827-3800 FAX: (301) 827-4065
Internet Web Site: http://www.fda.gov/cvm**

---

**Exhibit 33**

Print



## Nature's Best® With Real Beef Adult

Science Diet® Nature's Best® With Real Beef Adult dog food delivers real beef, real garden vegetables and wholesome grains for the health and happiness of your dog. Science Diet® Nature's Best® guarantees high quality nutrition with the shapes and taste your dog will naturally love.

**WHERE TO BUY**

## Key Benefits

- Key Benefits |
- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy[1] (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Key Benefits

- Nature's Best® Adult was developed to meet the nutrient and energy needs of adult dogs.
- Natural with added vitamins and minerals
- Same superior antioxidant formula as Science Diet® dry dog foods to promote a healthy immune system
- Superb taste made with real beef, real garden vegetables and wholesome grains
- Naturally preserved

* image shown not actual size

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

**Exhibit 34**

Print



## Adult Original

Science Diet® Adult contains the essential nutrients your dog needs with great taste . Hill's superior antioxidant blend helps support your dog's immune system.



## Key Benefits

- Key Benefits |
- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Key Benefits

- Adult Original dry was developed to meet the nutrient and energy needs of adult dogs 1 to 6 years of age.
- Unique antioxidant blend helps dogs stay healthy and live long
- Made with real white meat chicken
- Promotes healthy skin and a shiny coat
- Adult is available in two kibble sizes (Original and Small Bites) and a variety of formulas to suit individual tastes.
- Daily dental protection helps clean teeth and freshen breath
- Naturally preserved
- Tastes great – money-back guarantee

* image shown not actual size

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

Print



## j/d™ Canine

Hill's® Prescription Diet® j/d™ Canine is an innovative dog food that helps maintain healthy joints and improves mobility in dogs. Its unique formula contains high levels of EPA (Eicosapentanoic Acid), an omega-3 fatty acid found in high concentrations in fish oil. Research has shown that EPA can help maintain joint function. Enhanced levels of glucosamine and chondroitin provide the building blocks of healthy cartilage, and L-carnitine, which helps maintain optimum body weight. j/d™ Canine improves the quality of life by helping dogs run better, play better, and rise more easily.

WHERE TO BUY

## Daily Feeding Guide

- Daily Feeding Guide  |
- Product Characteristics  |
- Metabolizable Energy¹ (Caloric Content)  |
- Average Nutrient Contents  |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure, ask your veterinarian.
Keep fresh water available at all times!
With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

Adult maintenance

| Weight of Dog | Amount per Day |
|---|---|
| 5 lb (2,3 kg) | 1/2 cup (50 g) - 2/3 cup (65 g) |
| 10 lb (4,5 kg) | 7/8 cup (85 g) - 1 1/4 cups (125 g) |
| 20 lb (9 kg) | 1 1/2 cups (150 g) - 2 (200 g) |
| 40 lb (18 kg) | 2 1/2 cups (250 g) - 3 1/3 cups (330 g) |
| 60 lb (27 kg) | 3 1/3 cups (330 g) - 4 1/2 cups (445 g) |
| 80 lb (36 kg) | 4 cups (395 g) - 5 2/3 cups (560 g) |
| 100 lb (45 kg) | 4 3/4 cups (470 g) - 6 2/3 cups (660 g) |

**MORE FOOD FOR THOUGHT**



**Other Recommendations**

Hill's® Prescription Diet® j/d™ Canine is an innovative dog food that helps maintain healthy joints and improves mobility in dogs. Its unique formula contains high levels of EPA (Eicosapentanoic Acid), an omega-3 fatty acid found in high concentrations in fish oil. Research has shown that EPA can help maintain joint function. Enhanced levels of glucosamine and chondroitin provide the building blocks of healthy cartilage, and L-carnitine, which helps maintain optimum body weight. j/d™ Canine improves the quality of life by helping dogs run better, play better, and rise more easily.

View Prescription Diet® j/d™ Canine
.



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

Print



**r/d® Canine**

For the Nutritional Management of Obese or Overweight Dogs

Being overweight can cause your pet discomfort, reduce energy levels and even shorten their life. Just as in people, weight gain is usually associated with excessive calorie and fat intake combined with a lack of exercise. Obesity can lead to such serious conditions as heart disease, arthritis, and diabetes. Prescription Diet® r/d® Canine dog food is designed specifically for the management of dogs that are overweight or obese. Its low fat, reduced calorie, high fiber formula helps dogs lose weight while helping them feel full. Prescription Diet® r/d® Canine has the highest levels of L-carnitine of any therapeutic weight loss food to help burn fat while increasing lean muscle mass. The nutritional formulation of Prescription Diet® r/d® Canine may also be useful for pets with a variety of conditions.

**WHERE TO BUY**

## Daily Feeding Guide

- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Determine the amount to feed based on target weight rather than the current weight. Your pet may need less or more food to safely lose weight. Adjust as needed. If you are unsure, or if you are not feeding r/d™ Canine for weight loss, ask your veterinarian.

Keep fresh water available at all times! If switching from a canned product, make sure your pet drinks an adequate quantity of water to avoid constipation.

With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

Prescription Diet r/d Canine is available in canned and dry. Supplementation with other foods is unnecessary and may decrease the effectiveness of the food. When using with r/d Canine canned, decrease the amount of dry food to avoid overfeeding.

Use only as directed by your veterinarian, the expert on your pet's health needs.

**MORE FOOD FOR THOUGHT**



**Other Recommendations**

For the Nutritional Management of Obese or Overweight Dogs

Being overweight can cause your pet discomfort, reduce energy levels and even shorten their life. Just as in people, weight gain is usually associated with excessive calorie and fat intake combined with a lack of exercise. Obesity can lead to such serious conditions as heart disease, arthritis, and diabetes. Prescription Diet® r/d® Canine dog food was designed specifically for the management of dogs that are overweight or obese. Its low fat, reduced calorie, high fiber formula helps dogs lose weight while helping them feel full. Prescription Diet® r/d® Canine has the highest levels of L-carnitine of any therapeutic weight loss food to help burn fat while increasing lean muscle mass. The nutritional formulation of Prescription Diet® r/d® may also be useful for pets with a variety of conditions.

View Prescription Diet® r/d® Canine



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

Print



**t/d® Canine**

For the Nutritional Management of Dogs with Dental Disease

This painful and potentially serious problem is most usually a result of plaque and tartar buildup at and under the gum line. Prescription Diet® t/d® Canine dog food is formulated specifically for the nutritional management of dogs with dental disease. It's special fiber matrix scrubs the exposed tooth surface like an edible toothbrush, reducing bacteria-laden plaque. If left unchecked, this buildup can lead to gingivitis, a dental condition that can weaken the gums and tissues that support the teeth. The nutritional formulation of Prescription Diet® t/d® may also be useful for pets with a variety of conditions.

**WHERE TO BUY**

## Daily Feeding Guide

- Daily Feeding Guide  |
- Product Characteristics  |
- Metabolizable Energy¹ (Caloric Content)  |
- Average Nutrient Contents  |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure, ask your veterinarian.

Keep fresh water available at all times!

With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

For maximum benefit, this product must be fed as the only food. Supplementation is unnecessary and may decrease the effectiveness of the food.

Adult maintenance

| | For Dogs < 15 lbs (6,8 kg) | |
|---|---|---|
| Weight of Dog | Amount per Day | Kibbles per Day |
| 5 lb (2,3 kg) | 2/3 cup (45 g) - 1 cup (70 g) | 21 - 31 Small or 21 - 31 Original Bites |
| 10 lb (4,5 kg) | 1 1/8 cup (80 g) - 1 5/8 cups (115 g) | 35 - 50 Small or 35 - 50 Original Bites |
| 15 lb (6,8 kg) | 1 5/8 cups (115 g) - 2 1/4 cups (160 g) | 50 - 70 Small or 50 - 70 Original Bites |

| | For Dogs > 15 lbs (6,8 kg) | |
|---|---|---|
| Weight of Dog | Amount per Day* | |
| 20 lb (9 kg) | 2 cups (140 g) - 2 3/4 cups (195 g) | |
| 40 lb (18 kg) | 3 1/3 cups (235 g) - 4 2/3 cups (330 g) | |

| 60 lb (27 kg) | 4 1/2 cups (320 g) - 6 1/4 cups (445 g) |
| 80 lb (36 kg) | 5 2/3 cups (400 g) - 7 3/4 cups (550 g) |
| 100 lb (45 kg) | 6 2/3 cups (475 g) - 9 1/4 cups (655 g) |

*One cup of t/d Original equals 15 kibbles. One cup of t/d Small Bites equals 31 kibbles.

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

Print



## c/d® Multicare Feline

For the Nutritional Management of Cats with Feline Lower Urinary Tract Disease (FLUTD) caused by struvite uroliths or urethral plugs, calcium oxalate uroliths, or feline idiopathic cystitis (FIC). FLUTD is often associated with inflammation of the urinary bladder and urethra. It is characterized by clinical signs such as urinating outside the litter box, frequent attempts to urinate, and/or straining to urinate. Prescription Diet® c/d® Multicare Feline is formulated to provide nutritional management of cats with the 3 most common causes of FLUTD including FIC, struvite uroliths or urethral plugs, and calcium oxalate uroliths. Prescription Diet® c/d® Multicare Feline pet food contains controlled levels of magnesium, calcium, phosphorus, and oxalate to reduce building blocks of crystals and uroliths, as well as enhanced vitamin B6 to help decrease oxalate formation and excretion in the urine. c/d® Multicare Feline also generates an environment that is unfavorable for the development of uroliths due to the addition of antioxidants, Vitamin E and beta-carotene. c/d® Multicare Feline is formulated to avoid excess sodium and has high levels of omega-3 fatty acids from fish oil that help break the inflammatory cycle associated with the most common causes of FLUTD.

**WHERE TO BUY**

## Daily Feeding Guide

- Daily Feeding Guide  |
- Product Characteristics  |
- Metabolizable Energy¹ (Caloric Content)  |
- Average Nutrient Contents  |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure ask your veterinarian.

Keep fresh water available at all times!

With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

c/d® Feline is available in canned and dry. Supplementation with other foods is unnecessary and may decrease the effectiveness of the food. When using with c/d® Feline canned, decrease the amount of dry food to avoid overfeeding.

Adult maintenance

| Weight of Cat | Amount per Day |
| --- | --- |
| 5 lb (2,3 kg) | 1/3 cup (35 g) - 1/2 cup (50 g) |
| 10 lb (4,5 kg) | 5/8 cup (60 g) - 3/4 cup (75 g) |
| 15 lb (6,8 kg) | 3/4 cup (75 g) - 1 1/8 cups (110 g) |

**MORE FOOD FOR THOUGHT**



**Other Recommendations**

For the Nutritional Management of Cats with Feline Lower Urinary Tract Disease (FLUTD) caused by struvite uroliths or urethral plugs, calcium oxalate uroliths, or feline idiopathic cystitis (FIC). FLUTD is often associated with inflammation of the urinary bladder and urethra. It is characterized by clinical signs such as urinating outside the litter box, frequent attempts to urinate, and/or straining to urinate. Prescription Diet® c/d® Multicare Feline is formulated to provide nutritional management of cats with the 3 most common causes of FLUTD including FIC, struvite uroliths or urethral plugs, and calcium oxalate uroliths. Prescription Diet® c/d® Multicare Feline pet food contains controlled levels of magnesium, calcium, phosphorus, and oxalate to reduce building blocks of crystals and uroliths, as well as enhanced vitamin B6 to help decrease oxalate formation and excretion in the urine. c/d® Multicare Feline also generates an environment that is unfavorable for the development of uroliths due to the addition of antioxidants, Vitamin E and beta-carotene. c/d® Multicare Feline is formulated to avoid excess sodium and has high levels of omega-3 fatty acids from fish oil that help break the inflammatory cycle associated with the most common causes of FLUTD.

[View Prescription Diet® c/d® Multicare Feline](#)



**Have you found the information you are looking for?**

Join the fun and stay informed. [Subscribe to *Pet Chat*](#), Hill's monthly e-newsletter.

Print



**k/d® Feline**

For the Nutritional Management of Cats with Kidney Disease

There are many causes for kidney disease resulting in an variety of uncomfortable and life threatening symptoms for your cat. Kidney disease can be either sudden (acute) or occur gradually (chronic). Prescription Diet® Feline k/d® cat food has been uniquely formulated to help manage cats with kidney disease. Kidney disease can result from other illness or changes in your cat's health, breed/hereditary tendencies and even nutritional factors. The signs of kidney disease remain difficult to detect until more than two-thirds of kidney function are lost. The nutritional formulation of Prescription Diet® k/d® may also be useful for pets with a variety of conditions.

**WHERE TO BUY**

**Daily Feeding Guide**

- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure ask your veterinarian.

Keep fresh water available at all times!

With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.

Feline k/d® is available in canned and dry. Supplementation with other foods is unnecessary and may decrease the effectiveness of the food. When using with
Feline k/d® canned, decrease the amount of dry food to avoid overfeeding.

Adult maintenance

| Weight of Cat | Amount per Day |
|---|---|
| 5 lb (2,3 kg) | 1/4 cup (30 g) - 3/8 cup (45 g) |
| 10 lb (4,5 kg) | 1/2 cup (60 g) - 5/8 cup (75 g) |
| 15 lb (6,8 kg) | 5/8 cup (75 g) - 7/8 cup (105 g) |

**MORE FOOD FOR THOUGHT**



**Other Recommendations**

For the Nutritional Management of Cats with Kidney Disease

There are many causes for kidney disease resulting in an variety of uncomfortable and life threatening symptoms for your cat. Kidney disease can be either sudden (acute) or occur gradually (chronic). Prescription Diet® k/d® Feline cat food has been uniquely formulated to help manage cats with kidney disease. Kidney disease can result from other illness or changes in your cat's health, breed/hereditary tendencies and even nutritional factors. The signs of kidney disease remain difficult to detect until more than two-thirds of kidney function are lost.The nutritional formulation of Prescription Diet® k/d® may also be useful for pets with a variety of conditions.

View Prescription Diet® k/d® Feline



**Have you found the information you are looking for?**

Join the fun and stay informed. Subscribe to *Pet Chat*, Hill's monthly e-newsletter.

Print



**x/d™ Feline**

For the Nutritional Management of Cats with Calcium Oxalate Related Feline Lower Urinary Tract Disease (FLUTD)

FLUTD is often caused by the formation of crystals in the urinary tract that can result in numerous and even painful symptoms for your cat. There are two common types of crystals that form in a cat's urinary tract: oxalate and struvite. Prescription Diet® x/d™ Feline cat food is designed for the nutritional management of cats with oxalate-related FLUTD. x/d™ Feline has reduced sodium and added potassium citrate to help produce an alkaline urnine pH, helping to inhibit the formation of calcium oxalate crystals.The nutritional formulation of Prescription Diet® x/d™ may also be useful for pets with a variety of conditions.

**WHERE TO BUY**

## Daily Feeding Guide

- Daily Feeding Guide  |
- Product Characteristics  |
- Metabolizable Energy¹ (Caloric Content)  |
- Average Nutrient Contents  |
- Ingredients

Daily Feeding Guide

These ranges are a starting point only. Your pet may need less or more food to maintain proper weight. Adjust as needed. If you are unsure, ask your veterinarian.
To be fed as the sole food. Supplementation is not necessary unless recommended by your veterinarian.
Keep fresh water available at all times!
With your veterinarian's approval, mix increasing amounts of your pet's new food with decreasing amounts of the old food over a 7-day period.
xd™ Feline is also available in cans. Please discuss feeding options with your veterinarian. When using with canned, decrease the amount of dry food to avoid overfeeding.

Adult maintenance

| Weight of Cat | Amount per Day |
|---|---|
| 5 lb (2,3 kg) | 1/2 cup (40 g) - 5/8 cup (50 g) |
| 10 lb (4,5 kg) | 3/4 cup (60 g) - 1 cup (75 g) |
| 15 lb (6,8 kg) | 1 cup (75 g) - 1 3/8 cups (105 g) |

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. <u>Subscribe to *Pet Chat*</u>, Hill's monthly e-newsletter.

Print



## Hairball Control Light Adult

Science Diet® Hairball Control Light Adult cat food. It's a complete and balanced food that aids in bringing hairball problems under control, with a low calorie, low fat formula. It's innovative fiber technology helps control and avoid the formation of hairballs by moving hair through your cat's system. Science Diet® Hairball Control Light Adult is specially formulated as a complete and balanced daily nutrition for adult cats, providing essential nutrients to nourish your cat's skin and coat.

WHERE TO BUY

## Key Benefits

- Key Benefits |
- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Key Benefits

- Hairball Control Light Adult was developed to meet the nutrient and energy needs of adult, obese-prone cats, 1 to 6 years of age prone to hairballs.
- 17% fewer calories than Hairball Adult
- A true light formula that meets strict government "Light" standards
- Controls weight to keep cats lean and healthy
- High carnitine supports healthy liver function, a strong heart, and lean muscles.
- Helps control and reduce hairballs when fed on a daily basis
- Natural vegetable fibers help move hair through a cat's system
- Reduces shedding
- Enriched with taurine to help maintain good vision and a healthy heart
- Naturally preserved
- Unique antioxidant blend helps cats stay healthy and live long
- Delicious, uniquely shaped kibble
- Tastes great – money-back guarantee

* image shown not actual size

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. <u>Subscribe to *Pet Chat*</u>, Hill's monthly e-newsletter.

Print



## Oral Care Adult

If your cat has bad breath and tartar build-up, Science Diet® Oral Care cat food is just what you need. Oral Care cleans your cats teeth by removing plaque and tartar with every bite. It also helps freshen your cat's breath while providing complete and balanced nutrition for good health. The superior antioxidant blend supports your cat's immune system.

**WHERE TO BUY**

## Key Benefits

- Key Benefits |
- Daily Feeding Guide |
- Product Characteristics |
- Metabolizable Energy¹ (Caloric Content) |
- Average Nutrient Contents |
- Ingredients

Key Benefits

- Oral Care Adult has been specifically designed to provide protection from plaque and tartar buildup for adult cats 1 to 6 years of age.
- Proprietary technology works like a toothbrush during meals to scrub plaque from the cat's teeth
- By reducing plaque, it works between meals to help protect against tartar buildup and bad breath
- Clinically proven to reduce plaque and tartar buildup that can cause bad breath
- Clinically proven to reduce buildup of stain, resulting in whiter teeth
- Enriched with taurine to help maintain good vision and a healthy heart
- Naturally preserved
- Tastes great – money-back guarantee

* image shown not actual size

**MORE FOOD FOR THOUGHT**



**Have you found the information you are looking for?**

Join the fun and stay informed. <u>Subscribe to *Pet Chat*</u>, Hill's monthly e-newsletter.









**Kibbles 'n Bits is not affected by the national voluntary pet products recall.**

### Kibbles 'n Bits® Dog Food — More Taste. More Joy.®

When it comes to mealtime, your dog deserves as much consideration as anyone else. That's where Kibbles 'n Bits® comes in. Treat your dog to a crunchy, chewy, great-tasting meal packed with 100% complete and balanced nutrition. It's everything your dog needs at every meal. And with Kibbles 'n Bits®, there's something for every dog. New Kibbles 'n Bits Brushing Bites™ cleans your dog's teeth and freshens his breath. New Kibbles 'n Bits Golden Years™ gets your older dog excited about mealtime again. So pick up some Kibbles 'n Bits® dog food. You'll enjoy serving it as much as your dog will enjoy eating it.



Kibbles 'n Bits® dry and canned dog foods meet all AAFCO standards for complete and balanced nutrition.



Exhibit 35

**RETURN HOME | GIVE US YOUR FEEDBACK**

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



## Try any one of our delicious canned or dry varieties for a taste your dog will love!

Kibbles 'n Bits dog food has the great taste dogs love and the 100% nutrition dogs need. Your dog will love every delicious bite of Kibbles 'n Bits dog food. And you'll love knowing he's getting complete and balanced nutrition!



**BRUSHING BITES**
Roasted Chicken & Vegetable Flavor

**GOLDEN YEARS**
Roasted Chicken & Vegetable Flavor

**CANNED**
Made with Real Meaty & Vegetables in a Rich Gravy

**HOMESTYLE**
Made with Real Meaty Pieces & Vegetables

**ORIGINAL**
Savory Chicken & Beef Flavor

**MINI BITS**
Specially Formulated for Puppies and Small Dogs

Exhibit 36




**KIBBLES 'N BITS® VARIETIES   |   FOR DOG LOVERS   |   DOG CARE CENTER**

**RETURN HOME | GIVE US YOUR FEEDBACK**

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.

9Lives is not affected by the national voluntary pet products recall.



**REAL NOURISHMENT FOR A HEALTHY, HAPPY CAT**

With dry food that not only tastes good, but is good for your cat, the 9Lives® brand really cares about your cat's health. Our dry varieties are formulated to meet your cat's special nutritional needs while providing great taste.

With new 9Lives Daily Essentials™ healthy cat food, you can be confident you are giving your cat essential whole body health from the real meat she craves. 9Lives Daily Essentials™ cat food is a savory blend of delicious pieces made with real meat and fish for a wholesome flavor your cat will actually look forward to.

**Urinary Tract Health**

Everyday nutrients that your cat needs, in a special formula that helps to maintain your adult cat's urinary tract health.

**9Lives Daily Essentials™ Cat Food**

Essential whole body health delivered by a savory blend of delicious pieces made with real meat and fish.

**Tender Cuts**

Meaty pieces made with real turkey that look like they were carved right off the bone.

Exhibit 37

9Lives is not affected by the national voluntary pet products recall.



Dry Cat Food

**URINARY TRACT HEALTH**

Now you can be confident you are managing your cat's urinary tract health while also providing a great tasting meal your cat will actually look forward to. 9Lives® Urinary Tract Health features the 9Lives Plus Care® formula, a special formula designed to lower urinary tract pH and help maintain your adult cat's urinary tract health. Plus, it provides the essential everyday nutrients that your cat needs to stay healthy and active. And since every kibble is designed with your cat's taste buds in mind, your cat will enjoy every savory bite.

Find 9Lives® healthy cat food at a store near you

**Ingredients**
Ground yellow corn, corn gluten meal, poultry by-product meal, ground wheat, animal digest, poultry fat (preserved with BHA), meat and bone meal, phosphoric acid, calcium carbonate, salt, potassium chloride, yeast culture, titanium dioxide*, tuna meal, choline chloride, taurine, lysine, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), egg product, dl-methionine, vitamins (vitamin E supplement, niacin supplement, d-calcium pantothenate, thiamine mononitrate, riboflavin supplement, vitamin A supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, folic acid, biotin, vitamin B12 supplement, vitamin D3 supplement), zinc oxide. caramel color, yellow 5*, yellow 6*, BHA (used as a preservative), red 40*, natural and artificial flavor (source of grilled flavor), thiamine mononitrate.

*Artificial color.

Animal Feeding test using AAFCO procedures substantiate that 9Lives Urinary Tract Health provides complete and balanced nutrition for maintenance.



High quality Protein helps maintain lean muscle mass for strength and mobility.

The essential nutrient Taurine helps promote healthy heart and clear vision.

Added Anti-Oxidants including vitamins E and Selenium help maintain a healthy immune system.

Vitamin A & other important nutrients help promote healthy skin and strong bones.

| Nutritional Information | | Feeding Guidelines | |
|---|---|---|---|
| Crude Protein | Min 31.00% | Adult Cat (over 1 year) | Cups/Day |
| Crude Fat | Min 9.00% | 3-6 lb. | 1/4 - 2/3c. |
| Crude Fiber | Max 3.00% | 6-9 lb. | 2/3 - 1 c. |
| Moisture | Max 12.00% | 9 -12 lb. | 1 - 1&1/3 c. |
| Calcium | Min 1.00% | Greater than 12 lb. | 1&1/3 c. plus 1/3 c. for each additional 3 lb. over 12 lb. |
| Phosphorus | Min 0.80% | | |
| Magnesium | Max 0.12% | | |
| Selenium | Min 0.475 mg/kg | Mixing may prevent 9Lives Plus Care formula from effectively reducing urinary pH. Additionally, this product is not recommended for pregnant or nursing cats or kittens less than one year of age. | |
| Vitamin A | Min 5000 IU/kg | | |
| Vitamin E | Min 50 IU/kg | A single morning serving will allow your cat to nibble freely throughout the day. The serving size should be adjusted based on your cat's age and activity level. | |
| Taurine | Min 0.10% | | |

This product is formulated to provide complete nutrition for your adult cat while helping to maintain your cat's urinary tract health by reducing urinary pH. You should avoid mixing

Water is essential to good cat health. Always provide your



Exhibit 38


9Lives is not affected by the national voluntary pet products recall.



Dry Cat Food

**9LIVES DAILY ESSENTIALS**            ™  **CAT FOOD**



Now you can be confident you are giving your cat essential whole body health from the real meat she craves. 9Lives Daily Essentials™ cat food is a savory blend of delicious pieces made with real meat and fish for a wholesome flavor your cat will actually look forward to. Plus, each piece contributes nutrients like Omega-3, iron and protein, to keep your cat in optimal health, both inside and out.

Find 9Lives® healthy cat food at a store near you

**Ingredients**
Corn, chicken by-product meal, wheat, corn gluten meal, beef & bone meal, salmon, chicken, beef,  poultry fat (preserved with BHA), animal digest, salt, potassium chloride, choline chloride, titanium dioxide*, vitamins (vitamin E supplement, niacin supplement, d-calcium pantothenate, thiamine mononitrate, riboflavin supplement, vitamin A supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex,  folic acid, biotin, vitamin B12 supplement, vitamin, D3 supplement), caramel color, natural & artificial flavors (source of seared, grilled and roasted flavors), taurine, yellow 5*, red 40*, yellow 6*, BHA (preservative),  minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), blue #1*, zinc oxide.

*Artificial color.

9Lives Daily Essentials™ cat food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profile for all life stages.

| Nutritional Information | |
|---|---|
| Crude Protein | Min 31.00% |
| Crude Fat | Min 9.00% |
| Crude Fiber | Max 3.00% |
| Moisture | Max 12.00% |
| Calcium | Min 1.00% |
| Phosphorus | Min 0.80% |
| Iron | Min 180 mg/kg |
| Selenium | Min 0.475 mg/kg |
| Vitamin E | Min 100 IU/kg |
| Taurine | Min 0.10% |
| Omega-3 Fatty Acids* | Min 0.15% |

* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

**Feeding Guidelines**

| Kitten (under 1 year) | Cups/Day |
|---|---|
| 1-3 lb. | 1/4 - 3/4c. (moistened with water in 3-4 small feedings per day) |
| Greater than 3 lb. | 3/4c. plus 1/4c. for each lb. over 3 lb. |

| Adult Cat (over 1 year) | Cups/Day |
|---|---|
| 5-9 lb. | 1/2 - 1 c. |
| 10 -14 lb. | 1 - 1&1/3 c. |
| Pregnant and Nursing Cats | Feed 2-4 times the adult requirement per day. |

A single morning serving will allow your cat to nibble freely throughout the day. The serving size should be

**Exhibit 39**

9Lives is not affected by the national voluntary pet products recall.



Dry Cat Food

## TENDER CUTS

Now you can be confident you are giving your cat the real meat she craves, while also providing the essential nutrition she needs. 9Lives® Tender Cuts contains delicious tender meaty pieces made with real turkey, that look like they were carved right off the bone. It also contains a blend of great tasting crunchy kibbles. Plus, each piece contributes essential nutrients to provide 100% complete and balanced cat nutrition.

Find 9Lives® healthy cat food at a store near you

### Ingredients
Corn, poultry by-product meal, soybean meal, beef & bone meal, corn gluten meal, animal fat (preserved with BHA), animal digest, wheat, wheat gluten, salt, water sufficient for processing, caramel color, glycerine, choline chloride, vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, thiamine mononitrate, riboflavin supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), ground wheat flour, titanium dioxide*, natural and artifical flavor (source of roast flavor), taurine, potassium chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), yellow 5*, dried cooked turkey, dl-methonine, yellow 6*, BHA (preservative), sodium bisulfate, potassium sorbate (preservative), red 40*, sorbic acid, and sodium carbonate

*Artificial color.

9Lives® Tender Cuts cat food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for All Life Stages.



High quality Protein helps maintain lean muscle mass for strength and mobility.

Key minerals like Iron for healthy blood and lasting energy.

The essential nutrient Taurine helps promote healthy heart and clear vision.

Added Anti-Oxidants including vitamins E and Selenium help maintain a healthy immune system.

Vitamin A & other important nutrients help promote healthy skin and strong bones.



### Nutritional Information

| | |
|---|---|
| Crude Protein | Min 31.00% |
| Crude Fat | Min 9.00% |
| Crude Fiber | Max 3.00% |
| Moisture | Max 12.00% |
| Calcium | Min 1.00% |
| Phosphorus | Min 0.80% |
| Iron | Min 180 mg/kg |
| Selenium | Min 0.400 mg/kg |
| Vitamin A | Min 10000 IU/kg |
| Vitamin E | Min 100 IU/kg |
| Taurine | Min 0.10% |

### Feeding Guidelines

| Kitten (under 1 year) | Cups/Day |
|---|---|
| 1-3 lb. | 1/4 - 3/4c. (moistened with water in 3-4 small feedings per day) |
| Greater than 3 lb. | 3/4c. plus 1/4c. for each lb. over 3 lb. |

| Adult Cat (over 1 year) | Cups/Day |
|---|---|
| 5-9 lb. | 1/2 - 1 c. |
| 10 -14 lb. | 1 - 1&1/3 c. |

| Pregnant and Nursing Cats | Feed 2-4 times the adult requirement per day. |
|---|---|

A single morning serving will allow your cat to nibble freely throughout



9Lives is not affected by the national voluntary pet products recall.

Canned Cat Food

## FLAKED ENTREE DINNERS

Tasty flakes of Real Tuna are the centerpiece of 9Lives® Flaked Cat Food varieties, each smothered in a flavorful sauce. Add cheese or egg and you've got a meal that's even more exciting.

**REAL FLAKED TUNA & CHEESE BITS IN SAUCE**



**Nutritional Information**

| | |
|---|---|
| Crude Protein | Min 14% |
| Crude Fat | Min 2% |
| Crude Fiber | Max 1% |
| Moisture | Max 78% |
| Ash | Max 3% |
| Taurine | Min 0.05% |

**Ingredients**
Tuna, water sufficient for processing, cheese bits (consisting of wheat flour, dried cheese, animal fat, potassium sorbate (a preservative), glyceryl monostearate, beta carotene, artificial color), calcium carbonate, soybean oil, vitamins (vitamin E supplement, thiamine mononitrate, vitamin A supplement, niacin supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex (source of vitamin K activity), folic acid, biotin, vitamin B12 supplement), potassium chloride, minerals (zinc sulfate, manganese sulfate), sodium nitrite (to promote color retention).

9Lives® Real Flaked Tuna & Cheese Bits in Sauce is formulated to meet the nutrient levels established by the AAFCO Cat Food Nutrient Profiles for growth and maintenance.

**Feeding Guidelines**
Feed an adult 6-8 lb. cat or a 3 lb. kitten one can twice a day.

Find 9Lives® healthy cat food at a store near you

It's The Gravy That Makes It Great.                                       Page 1 of 1

Case 1:07-cv-21221-CMA     Document 153-9     Entered on FLSD Docket 07/25/2007     Page 37 of 93

**P e t s   U n l e a s h e d**                    *Enhancing the Quality of Life*
                                                              *For You and Your Pet*



## IT'S GRAVY THAT MAKES IT GREAT!

If there's one thing dogs love, it's rich, beefy gravy. That's why every nugget of Gravy Train is basted in real beef juices. Just mix it with warm water, and you can give your dog a warm homestyle meal, dripping with the delicious gravy he loves.

When mixed with water, **Gravy Train has the taste dogs prefer vs. the leading dry brands** . Tastes great dry, too!

And Gravy Train gives your dog 100% complete and balanced nutrition:

- Healthy skin
- Glossy coat
- Strong teeth and bones
- Builds and maintains body tissue
- Efficient digestion
- Clear eyes

For a more detailed look at the nutritional content of Gravy Train, **Click Here**.



delmontepet.com

Home

Legal Info

**Visit our parent company**  |  **Legal Statement**  |  **Privacy Policy**

Pets Unleashed

*Enhancing the Quality of Life*
*For You and Your Pet*



# GRAVY TRAIN IS SOAKED WITH NUTRITION.

Under all that delicious gravy is a meal that's really good for your dog. Because Gravy Train has been specially formulated by nutrition experts to ensure that your dog receives all the vitamins, minerals, and other nutrients he needs.

Animal feeding tests using AAFCO procedures substantiate that Gravy Train provides complete and balanced nutrition at all life stages.

Guaranteed Analysis:
Crude Protein ............not less than 21.0%
Crude Fat .................not less than 8.0%
Crude Fiber ..............not more than 4.0%
Moisture ...................not more than 10.0%

Ingredients:
Corn, soybean meal, beef and bone meal, animal fat, animal digest, salt, cellulose gum, caramel color, potassium chloride, bone phosphate, choline chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamin mononitrate, vitamin A supplement, folic acid, biotin, vitamin B12 supplement, vitamin D3 supplement), dried beef stock, red 40, yellow 5, yellow 6, blue 2, BHA (preservative), tocopherols (preservative), citric acid (preservative).



delmontepet.com
Home

Legal Info

**Visit our parent company** | **Legal Statement** | **Privacy Policy**



MORE TASTE. MORE JOY. ®

HOME    KIBBLES 'N BITS® VARIETIES    FOR DOG LOVERS    DOG CARE CENTER

**Dog Food Varieties:**

Original
Burgers 'n Cheeez
Mini Bits
Balanced Bites™
Kibbles 'n Bits 'n Beefy Bits®
HomeStyle
Canned Dog Food

Kibbles 'n Bits 'n Beefy Bits®

Made with Real Beef



Meets all AAFCO standards for complete and balanced nutrition.

How much to feed your dog? Find out with our **Feeding Guide**

## Packed with Real Beef... gives your dog energy and a rich flavor for even the heartiest of appetites.

**Kibbles 'n Bits 'n Beefy Bits** dog food is made with real beef, so your dog will love every hearty bite. This crunchy, chewy meal — packed with real beef — gives your dog energy and strong muscle tone.

**Kibbles 'n Bits 'n Beefy Bits** dog food not only has mouthwatering taste, it's got 100% complete and balanced nutrition, too.

## Inside Kibbles 'n Bits 'n Beefy Bits Dog Food

It looks good, it tastes great. And it's 100% nutritionally balanced and complete. With every delicious serving of **Kibbles 'n Bits 'n Beefy Bits**, your dog gets:

✔️ Protein for growth and strong muscles
✔️ Carbohydrates for energy
✔️ Fat for energy, healthy skin and coat
✔️ Fiber for healthy digestive system
✔️ Vitamin A for bright eyes and good vision
✔️ Vitamin D for growth
✔️ Calcium for strong bones and teeth
✔️ Iron for healthy blood
✔️ Zinc for a healthy immune system
✔️ All other essential nutrients



So, what is Kibbles 'n Bits?

Crunchy Kibbles and soft, chewy Bits combine to deliver vitamins, minerals, and other essential nutrients that help your dog look and feel his best. Each serving provides protein for growth and strong muscles, carbohydrates for energy, fat for healthy skin and coat, and fiber for a healthy digestive system. With Kibbles 'n Bits 'n Beefy Bits, your dog can enjoy both good taste and good nutrition every day.

## Ingredients

Corn, soybean meal, ground wheat flour, beef and bone meal, animal fat (BHA used as preservatives), corn syrup, wheat middlings, water sufficient for processing, beef, animal digest, propylene glycol, salt, hydrochloric acid, caramel color, potassium chloride, sorbic acid (used as a preservative), sodium carbonate, choline chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 19.0% MINIMUM |
| **CRUDE FAT** | **8.0% MINIMUM** |
| CRUDE FIBER | 4.0% MAXIMUM |
| **MOISTURE** | **18.0% MAXIMUM** |
| CALCIUM | 1.0% MINIMUM |

| | |
|---|---|
| **PHOSPHORUS** | **0.80% MINIMUM** |
| POTASSIUM | 0.80% MINIMUM |
| **ZINC** | **125 mg/kg MINIMUM** |
| VITAMIN A | 5100 IU/kg MINIMUM |
| **VITAMIN D** | **500 IU/kg MINIMUM** |

iodate, sodium selenite), titanium dioxide, vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), calcium sulfate, red 40, yellow 5, yellow 6, BHA (used as a preservative), dl-methionine.

## And Remember...
- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

## Feeding Guide



## For Puppies:

| | |
|---|---|
| **3-4 weeks (weaning):** | Approximately 1 cup of food per 3 lbs of body weight. |
| **3 months:** | Twice daily. |
| **5 months:** | Begin to reduce amount fed, feeding once a day or as desired. |
| **12 months:** | Your dog should be eating the recommended adult amounts. |

## For Pregnant & Nursing Dogs:

Feed as much as 3 times the amount indicated in 3 feedings per day.

---

**KIBBLES 'N BITS® VARIETIES   |   FOR DOG LOVERS   |   DOG CARE CENTER**

RETURN HOME  |  GIVE US YOUR FEEDBACK

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



## Cleans teeth and freshens breath for sweet-smelling kisses.



Meets all AAFCO standards for complete and balanced nutrition.



Introducing new Kibbles 'n Bits Brushing Bites™ dog food. It'll clean your dog's teeth and freshen his breath at every meal. Dogs love the taste. You'll love that it has 100% complete and balanced nutrition. Now your dog can happily crunch and chew his way to becoming a whole lot more smoochable.



How much to feed your dog? Find out with our **Feeding Guide**

## Inside Kibbles 'n Bits Brushing Bites™

It cleans teeth and freshens breath. It tastes great and it's 100% nutritionally balanced and complete. With every delicious serving of Kibbles 'n Bits Brushing Bites™, your dog gets:

✓ Protein for growth and strong muscles
✓ Carbohydrates for energy
✓ Fat for energy, healthy skin and coat
✓ Fiber for healthy digestive system
✓ Vitamin A for bright eyes and good vision
✓ Vitamin D for growth
✓ Calcium for strong bones and teeth
✓ Iron for healthy blood
✓ Zinc for a healthy immune system
✓ All other essential nutrients



### So, what is Kibbles 'n Bits?

Kibbles 'n Bits Brushing Bites™ exclusive recipe cleans your dog's teeth and freshens his breath as he chews. And every crunchy kibble and soft, chewy bit delivers a rich roasted chicken flavor that your dog is sure to love. Plus, like all Kibbles 'n Bits™ varieties, it has the 100% complete and balanced nutrition your dog needs every day. Serve your dog Kibbles 'n Bits Brushing Bites™ for sweet-smelling kisses.

## Ingredients

INGREDIENTS: corn, soybean meal, ground wheat flour, beef and bone meal, animal fat (bha used as preservative), corn syrup, wheat middlings, animal digest (source of roasted chicken flavor), water sufficient for processing, propylene glycol, salt, hydrochloric acid, wheat gluten, caramel color, sodium tripolyphosphate, potassium chloride, vegetable blend (peas

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 19.0% MINIMUM |
| **CRUDE FAT** | **8.0% MINIMUM** |
| CRUDE FAT | 12.0% MAXIMUM |

| | |
|---|---|
| CRUDE FIBER | 4.0% MAXIMUM |
| MOISTURE | 18.0% MAXIMUM |
| CALCIUM | 1.0% MINIMUM |
| PHOSPHORUS | 0.76% MINIMUM |
| ZINC | 125 mg/kg MINIMUM |
| VITAMIN A | 5100 IU/kg MINIMUM |
| VITAMIN D | 500 IU/kg MINIMUM |

potassium chloride, vegetable blend (peas, carrots and green beans), sorbic acid (used as a preservative), titanium dioxide, sodium bisulfate, sodium carbonate, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), vitamins (vitamin e supplement, vitamin a supplement, niacin supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin d3 supplement, folic acid, biotin, vitamin b12 supplement), choline chloride, calcium sulfate, red 40, yellow 5, BHA (used as a preservative), blue 1, dl methionine, yellow 6.

## And Remember...
• Always have fresh water available.
• Close the bag tightly after serving to keep fresh.

## Feeding Guide

| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (50-90 lbs) | XLarge (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¼ cups | 1¼ - 2 cups | 2 - 3¾ cups | 3¾ - 5½ cups | 5½ cups plus 1 cup for each 18 lbs of body weight |

### For Puppies:

| 3-4 weeks (weaning): | Approximately 1 cup of food per 3 lbs of body weight. |
|---|---|
| 3 months: | Twice daily. |
| 5 months: | Begin to reduce amount fed, feeding once a day or as desired. |
| 12 months: | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:
Feed as much as 3 times the amount indicated in 3 feedings per day.

KIBBLES 'N BITS® VARIETIES  |  FOR DOG LOVERS  |  DOG CARE CENTER

RETURN HOME  |  GIVE US YOUR FEEDBACK

Privacy Policy  |  Legal Statement  |  Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



**Mega-tasty, and healthy, too!**

 

The taste of burgers. Real cheddar cheese. They combine for a popular choice among dogs. That's why **Kibbles 'n Bits Burgers 'n Cheeez** is a delicious, nutritious, mega-tasty meal your dog will love.

**Kibbles 'n Bits Burgers 'n Cheeez** only sounds too good to be healthy. In fact, it's got 100% complete and balanced nutrition — that veterinarians recommend.

**How much to feed your dog?** Find out with our **Feeding Guide**

## Inside Kibbles 'n Bits Burgers 'n Cheeez

It looks good, it tastes great. And it's 100% nutritionally balanced and complete. With every delicious serving of **Kibbles 'n Bits Burgers 'n Cheeez**, your dog gets:

- ✔ Protein for growth and strong muscles
- ✔ Carbohydrates for energy
- ✔ Fat for energy, healthy skin and coat
- ✔ Fiber for healthy digestive system
- ✔ Vitamin A for bright eyes and good vision
- ✔ Vitamin D for growth
- ✔ Calcium for strong bones and teeth
- ✔ Iron for healthy blood
- ✔ Zinc for a healthy immune system
- ✔ All other essential nutrients



**So, what is Kibbles 'n Bits?**

Crunchy Kibbles and soft, chewy Bits combine to deliver vitamins, minerals, and other essential nutrients that help your dog look and feel his best. Each serving provides protein for growth and strong muscles, carbohydrates for energy, fat for healthy skin and coat, and fiber for a healthy digestive system. With Kibbles 'n Bits Burgers 'n Cheeez, your dog can enjoy both good taste and good nutrition every day.

## Ingredients

Corn, soybean meal, ground wheat flour , beef and bone meal, animal fat (BHA used as preservatives), corn syrup, wheat middlings, water sufficient for processing, animal digest, dried cheddar cheese, propylene glycol, salt, hydrochloric acid, potassium chloride, caramel color, sorbic acid (preservative), sodium carbonate, choline chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper

## Nutritional Information

| | |
|---|---|
| **CRUDE PROTEIN** | **19.0% MINIMUM** |
| **CRUDE FAT** | **8.0% MINIMUM** |
| **CRUDE FIBER** | **4.0% MAXIMUM** |
| **MOISTURE** | **18.0% MAXIMUM** |

## And Remember...
- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

sulfate, calcium iodate, sodium selenite), vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), calcium sulfate, titanium dioxide, red 40, yellow 6, yellow 5, BHA (preservative), dl-methionine.

## Feeding Guide

| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (50-90 lbs) | XLarge (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¼ cups | 1¼ - 1¾ cups | 1¾ - 3¼ cups | 3¼ - 5 cups | 5 cups plus 1 cup for each 20 lbs of body weight |

### For Puppies:

| | |
|---|---|
| **3-4 weeks (weaning):** | Approximately 1 cup of food per 3 lbs of body weight. |
| **3 months:** | Twice daily. |
| **5 months:** | Begin to reduce amount fed, feeding once a day or as desired. |
| **12 months:** | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:

Feed as much as 3 times the amount indicated in 3 feedings per day.

**KIBBLES 'N BITS® VARIETIES   |   FOR DOG LOVERS   |   DOG CARE CENTER**

RETURN HOME | GIVE US YOUR FEEDBACK

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company
Copyright Del Monte Foods. All Rights Reserved.





Meets all AAFCO standards for complete and balanced nutrition.



How much to feed your dog? Find out with our **Feeding Guide**



New Golden Years

$1⁰⁰ OFF

## Get your older dog excited about mealtime again.

Remember how your dog used to be at mealtime? Happy, excited and eagerly chomping down every last bite. Well, as your dog gets older, his taste buds get tired. The result is he's just not as excited about mealtime as he used to be. It's time to wake up those tired taste buds with new Kibbles 'n Bits Golden Years™ dog food. It has the supercharged taste your older dog will get excited about. Plus it has the extra nutrition older dogs need. With Kibbles 'n Bits Golden Years™, you'll be surprised how fast he shows up at mealtime.

## Inside Kibbles 'n Bits Golden Years™

It looks good, it tastes great. Your older dog will go crazy for it. And it's nutritionally balanced for older dogs. With every delicious serving of Kibbles 'n Bits Golden Years™, your dog gets:

- Protein for growth and strong muscles
- Carbohydrates for energy
- Fat for energy, healthy skin and coat
- Fiber for healthy digestive system
- Vitamin A for bright eyes and good vision
- Vitamin D for growth
- Calcium for strong bones and teeth
- Iron for healthy blood
- Zinc for a healthy immune system
- All other essential nutrients

### So, what is Kibbles 'n Bits?



The supercharged taste of Kibbles 'n Bits Golden years™ is just the beginning of the story. Packed in the crunchy kibbles and chewy bits are antioxidants to promote a healthy immune system, L-Carnitine to promote a healthy bodyweight and strong, lean muscles, and Omega 3 & 6 fatty acids to promote a healthy skin and coat. All of this nutrition comes in small, easy-to-chew pieces your older dog is sure to love.

## Ingredients

INGREDIENTS: corn, soybean meal, beef and bone meal, ground wheat flour, animal fat (bha used as preservative), corn syrup, wheat middlings, water sufficient for processing, animal digest (source of roasted chicken flavor), propylene glycol, salt, senior blend (flax seed, vitamin e supplement, l-ascorbyl-2-polyphosphate [source of vitamin c], l-carnitine),

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 19.0% MINIMUM |
| **CRUDE FAT** | **7.0% MINIMUM** |
| CRUDE FAT | 11.0% MAXIMUM |

| | |
|---|---|
| CRUDE FIBER | 4.0% MAXIMUM |
| MOISTURE | 18.0% MAXIMUM |
| CALCIUM | 1.0% MINIMUM |
| PHOSPHORUS | 0.76% MINIMUM |
| ZINC | 125 mg/kg MINIMUM |
| VITAMIN A | 5100 IU/kg MINIMUM |
| VITAMIN D | 500 IU/kg MINIMUM |
| VITAMIN E | 225 IU/kg |
| ASCORBIC ACID (Vit. C)* | 60 mg/kg |
| L-CARNITINE* | 30 MG/KG |
| OMEGA 6 FATTY ACIDS* | 2.0% |
| OMEGA 3 FATTY ACIDS* | 0.20% |

*not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles for maintenance*

hydrochloric acid, potassium chloride, caramel color, vegetable blend (peas, carrots and green beans), sorbic acid (used as a preservative), vitamins (vitamin e supplement, vitamin a supplement, niacin supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin d3 supplement, folic acid, biotin, vitamin b12 supplement),sodium carbonate, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), choline chloride, calcium sulfate, red 40, titanium dioxide, yellow 5, yellow 6, BHA (used as a preservative), dl-methionine, blue 1.

## And Remember...
- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

## Feeding Guide

| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (50-90 lbs) | XLarge (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¼ cups | 1¼ - 2 cups | 2 - 3¾ cups | 3¾ - 5½ cups | 5½ cups plus 1 cup for each 18 lbs of body weight |

### For Puppies:

| | |
|---|---|
| 3-4 weeks (weaning): | Approximately 1 cup of food per 3 lbs of body weight. |
| 3 months: | Twice daily. |
| 5 months: | Begin to reduce amount fed, feeding once a day or as desired. |
| 12 months: | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:

Feed as much as 3 times the amount indicated in 3 feedings per day.

---

**KIBBLES 'N BITS® VARIETIES  |  FOR DOG LOVERS  |  DOG CARE CENTER**

RETURN HOME  |  GIVE US YOUR FEEDBACK

Privacy Policy  |  Legal Statement  |  Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.





## Roasted Chicken and Vegetable Flavor

When it comes to mealtime, dogs always want what you're eating. Now there's New Kibbles 'n Bits HomeStyle dog food. It has the look and taste of people food, with tender meaty pieces like they were carved right off the bone, crunchy Kibbles and wholesome vegetables. Plus, it provides 100% complete and balanced nutrition. It's the great-tasting dog food that makes mealtime more enjoyable for both you and your pet.

Your dog will love it. And you'll know it.

Kibbles 'n Bits HomeStyle.
More Taste. More Joy®.

## Inside Kibbles 'n Bits HomeStyle

It looks good, it tastes great. And it's 100% nutritionally balanced and complete. With every delicious serving of **Kibbles 'n Bits Homestyle**, your dog gets:

- Protein for growth and strong muscles
- Carbohydrates for energy
- Fat for energy, healthy skin and coat
- Fiber for healthy digestive system
- Vitamin A for bright eyes and good vision
- Vitamin D for growth
- Calcium for strong bones and teeth
- Iron for healthy blood
- Zinc for a healthy immune system
- All other essential nutrients



### So, what is Kibbles 'n Bits?

Kibbles 'n Bits HomeStyle dry dog food is a taste-tempting blend of crunchy Kibbles, moist tender cuts made with real chicken like they were carved right from the bone, and Bits made with wholesome vegetables. All topped off with an irresistible gravy flavor.

Kibbles 'n Bits HomeStyle dog food lets you show your dog how much you care with a savory, wholesome feast he'll think is home-made.

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 21.0% MINIMUM |
| CRUDE FAT | 8.0% MINIMUM |

## Ingredients

Corn, soybean meal, ground wheat flour, beef &

| | |
|---|---|
| CRUDE FAT | 8.0% MINIMUM |
| CRUDE FAT | 12.0% MAXIMUM |
| **CRUDE FIBER** | **4.0% MAXIMUM** |
| MOISTURE | 18.0% MAXIMUM |
| **CALCIUM** | **1.0% MINIMUM** |
| PHOSPHORUS | 0.80% MINIMUM |

## And Remember...
- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

bone meal, animal fat (BHA used as preservative), water sufficient for processing, corn syrup, wheat middlings, soy flour, animal digest, wheat gluten, propylene glycol, salt, hydrochloric acid, chicken, potassium chloride, caramel color, titanium dioxide, sorbic acid (used as a preservative), choline chloride, sodium carbonate, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), dried carrots, vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), calcium sulfate, potassium sorbate (used as a preservative), yellow 6, yellow 5, BHA (used as a preservative), dl-methionine, red 40.

## Feeding Guide



| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (50-90 lbs) | XLarge (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¾ cups | 1¾ - 2¾ cups | 2¾ - 4¼ cups | 4¼ - 5 ½ cups | 5½ cups plus 1 cup for each 18 lbs of body weight |

### For Puppies:

| | |
|---|---|
| **3-4 weeks (weaning):** | Approximately 1 cup of food per 3 lbs of body weight. |
| **3 months:** | Twice daily. |
| **5 months:** | Begin to reduce amount fed, feeding once a day or as desired. |
| **12 months:** | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:
Feed as much as 3 times the amount indicated in 3 feedings per day.

### Adults:
For animals over 11 years of age, feed less than the amount indicated to avoid weight gain.

**KIBBLES 'N BITS® VARIETIES | FOR DOG LOVERS | DOG CARE CENTER**

RETURN HOME | GIVE US YOUR FEEDBACK

Privacy Policy | Legal Statement | Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.





Meets all AAFCO standards for complete and balanced nutrition for adult dogs.



## 25% less fat and 100% complete nutrition

Less fat and great taste! **Kibbles 'n Bits Lean** has 25% less fat than Original. With **Kibbles 'n Bits Lean**, your adult dog gets 100% complete and balanced nutrition — and you get the satisfaction of feeding him right.

**How much to feed your dog?** Find out with our **Feeding Guide**

## Inside Kibbles 'n Bits Lean

It looks good, it tastes great. And it's 100% nutritionally balanced and complete for adult dogs. With every delicious serving of **Kibbles 'n Bits Lean**, your dog gets:

- ✔ Protein for growth and strong muscles
- ✔ Carbohydrates for energy
- ✔ Fat for energy, healthy skin and coat
- ✔ Fiber for healthy digestive system
- ✔ Vitamin A for bright eyes and good vision
- ✔ Vitamin D for growth
- ✔ Calcium for strong bones and teeth
- ✔ Iron for healthy blood
- ✔ Zinc for a healthy immune system
- ✔ All other essential nutrients



### So, what is Kibbles 'n Bits?

Crunchy Kibbles and soft, chewy Bits combine to deliver vitamins, minerals, and other essential nutrients that help your dog look and feel his best. Each serving provides protein for growth and strong muscles, carbohydrates for energy, fat for healthy skin and coat, and fiber for a healthy digestive system. With Kibbles 'n Bits Lean, your dog can enjoy both good taste and good nutrition every day.

## Ingredients

Corn, soybean meal, ground wheat flour, beef and bone meal, corn syrup, wheat middlings, water sufficient for processing, chicken, animal fat (BHA used as preservatives), animal digest, propylene glycol, salt, hydrochloric acid, potassium chloride, sorbic acid (used as a preservative), caramel color, sodium carbonate, choline chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), vitamins (vitamin E supplement, niacin supplement, vitamin A

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 19.0% MINIMUM |
| **CRUDE FAT** | **5.0% MINIMUM** |
| CRUDE FAT | 9.0% MAXIMUM |
| **CRUDE FIBER** | **4.0% MAXIMUM** |
| MOISTURE | 18.0% MAXIMUM |

## And Remember...

- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), titanium dioxide, calcium sulfate, yellow 6, yellow 5, red 40, BHA (used as a preservative), dl-methionine.

## Feeding Guide



| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (50-90 lbs) | XLarge (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¼ cups | 1¼ - 2 cups | 2 - 3¾ cups | 3¾ - 5½ cups | 5½ cups plus 1 cup for each 18 lbs of body weight |

**Not Intended for Pregnant or Lactating Females or Puppies.**

**KIBBLES 'N BITS® VARIETIES   |   FOR DOG LOVERS   |   DOG CARE CENTER**

RETURN HOME   |   GIVE US YOUR FEEDBACK

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



## Mini Bits — now with smaller, bite-sized pieces!



Meets all AAFCO standards for complete and balanced nutrition.

**Kibbles 'n Bits Mini Bits** delivers the same great taste as Original but with smaller, bite-size pieces made especially for small dogs and puppies. It combines real chicken and beef protein with 100% of the vitamins, minerals, carbohydrates, and other essential nutrients that puppies and small dogs need. Each crunchy Kibble and chewy Bit has been made smaller so they're easier for small dogs and puppies to chew and swallow.

**How much to feed your dog?** Find out with our **Feeding Guide**

## Inside Kibbles 'n Bits Mini Bits

It looks good, it tastes great. And it's 100% nutritionally balanced and complete. With every delicious serving of **Kibbles 'n Bits Mini Bits**, your dog gets:

- ✔ Protein for growth and strong muscles
- ✔ Carbohydrates for energy
- ✔ Fat for energy, healthy skin and coat
- ✔ Fiber for healthy digestive system
- ✔ Vitamin A for bright eyes and good vision
- ✔ Vitamin D for growth
- ✔ Calcium for strong bones and teeth
- ✔ Iron for healthy blood
- ✔ Zinc for a healthy immune system
- ✔ All other essential nutrients



**So, what is Kibbles 'n Bits ?**

Crunchy Kibbles and soft, chewy Bits combine to deliver vitamins, minerals, and other essential nutrients that help your dog or puppy look and feel his best. Each serving provides protein for growth and strong muscles, carbohydrates for energy, fat for healthy skin and coat, and fiber for a healthy digestive system. With Kibbles 'n Bits Mini Bits, your dog or puppy can enjoy both good taste and good nutrition every day.

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 25.0% MINIMUM |
| **CRUDE FAT** | **8.0% MINIMUM** |
| CRUDE FIBER | 4.0% MAXIMUM |
| **MOISTURE** | **18.0% MAXIMUM** |
| CALCIUM | 1.2% MINIMUM |
| **PHOSPHORUS** | **0.90% MINIMUM** |

## Ingredients

Corn, soybean meal, beef & bone meal, ground wheat flour, animal fat (BHA used as preservatives), chicken by product meal, corn syrup, wheat middlings, water sufficient for processing, animal digest (source of chicken flavor), propylene glycol, salt, hydrochloric acid, potassium chloride, caramel color, sorbic acid (used as a preservative), sodium carbonate, choline chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium

| | |
|---|---|
| POTASSIUM | 0.80% MINIMUM |
| ZINC | 125 mg/kg MINIMUM |
| VITAMIN A | 5100 IU/kg MINIMUM |
| VITAMIN D | 500 IU/kg MINIMUM |

iodate, sodium selenite), vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), calcium sulfate, titanium dioxide, yellow 5, red 40, yellow 6, BHA (used as a preservative), dl-methionine.

## And Remember...
• **Always have fresh water available.**
• **Close the bag tightly after serving to keep fresh.**

## Feeding Guide

| Toy (2-10 lbs) | Small (10-20 lbs) | Medium (20-50 lbs) | Large (40-60 lbs) |
|---|---|---|---|
| ½ - 1 cup | 1 - 1¾ cups | 1¾ - 2¾ cups | 2¾ to 3¼ cups |

### For Puppies:

| | |
|---|---|
| 3-4 weeks (weaning): | Approximately 1 cup of food per 3 lbs of body weight. |
| 3 months: | Twice daily. |
| 5 months: | Begin to reduce amount fed, feeding once a day or as desired. |
| 12 months: | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:

Feed as much as 3 times the amount indicated in 3 feedings per day.

**KIBBLES 'N BITS® VARIETIES   |   FOR DOG LOVERS   |   DOG CARE CENTER**

RETURN HOME | GIVE US YOUR FEEDBACK

Privacy Policy   |   Legal Statement   |   Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



## The taste dogs love and the nutrition dogs deserve.



Meets all AAFCO standards for complete and balanced nutrition.

There's nothing like the Original. For 20 years, **Kibbles 'n Bits Original** has combined the savory flavors of chicken and beef for a crunchy, chewy taste that makes meal time joy time for dogs of every size and breed. Your dog will be so happy with the great taste of Kibbles 'n Bits that he just may start to dance!

**Kibbles 'n Bits Original** has 100% complete and balanced nutrition. It's a meal you'll love to feed — and your dog will love to eat.

**How much to feed your dog? Find out with our Feeding Guide**

## Inside Kibbles 'n Bits Original

It looks good, it tastes great. And it's 100% nutritionally balanced and complete. With every delicious serving of **Kibbles 'n Bits Original**, your dog gets:

- ✔ Protein for growth and strong muscles
- ✔ Carbohydrates for energy
- ✔ Fat for energy, healthy skin and coat
- ✔ Fiber for healthy digestive system
- ✔ Vitamin A for bright eyes and good vision
- ✔ Vitamin D for growth
- ✔ Calcium for strong bones and teeth
- ✔ Iron for healthy blood
- ✔ Zinc for a healthy immune system
- ✔ All other essential nutrients



**So, what is Kibbles 'n Bits?**

Crunchy Kibbles and soft, chewy Bits combine to deliver vitamins, minerals, and other essential nutrients that help your dog look and feel his best. Each serving provides protein for growth and strong muscles, carbohydrates for energy, fat for healthy skin and coat, and fiber for a healthy digestive system. With Kibbles 'n Bits Original, your dog can enjoy both good taste and good nutrition every day.

## Nutritional Information

| | |
|---|---|
| CRUDE PROTEIN | 19.0% MINIMUM |
| **CRUDE FAT** | **8.0% MINIMUM** |
| CRUDE FAT | 12.0% MAXIMUM |
| **CRUDE FIBER** | **4.0% MAXIMUM** |

## Ingredients

INGREDIENTS: Corn, soybean meal, ground wheat flour, beef & bone meal, animal fat (BHA used as preservatives), corn syrup, wheat middlings, water sufficient for processing, animal digest (source of chicken flavor), propylene glycol, salt, hydrochloric acid, potassium chloride, caramel color, sorbic acid (used as a preservative), sodium carbonate, choline

| | |
|---|---|
| MOISTURE | 18.0% MAXIMUM |
| CALCIUM | 1.0% MINIMUM |
| PHOSPHORUS | 0.76% MINIMUM |
| ZINC | 125 mg/kg MINIMUM |
| VITAMIN A | 5100 IU/kg MINIMUM |
| VITAMIN D | 500 IU/kg MINIMUM |

chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, riboflavin supplement, pyridoxine hydrochloride, thiamine mononitrate, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), calcium sulfate, titanium dioxide, yellow 5, red 40, yellow 6, BHA (used as a preservative), dl-methionine.

## And Remember...
- **Always have fresh water available.**
- **Close the bag tightly after serving to keep fresh.**

## Feeding Guide



| **Toy** (2-10 lbs) | **Small** (10-20 lbs) | **Medium** (20-50 lbs) | **Large** (50-90 lbs) | **XLarge** (90+ lbs) |
|---|---|---|---|---|
| ½ - 1¼ cups | 1¼ - 1¾ cups | 1¾ - 3¼ cups | 3¼ - 5 cups | 5 cups plus 1 cup for each 20 lbs of body weight |

### For Puppies:

| | |
|---|---|
| **3-4 weeks (weaning):** | Approximately 1 cup of food per 3 lbs of body weight. |
| **3 months:** | Twice daily. |
| **5 months:** | Begin to reduce amount fed, feeding once a day or as desired. |
| **12 months:** | Your dog should be eating the recommended adult amounts. |

### For Pregnant & Nursing Dogs:

Feed as much as 3 times the amount indicated in 3 feedings per day.

---

**KIBBLES 'N BITS® VARIETIES  |  FOR DOG LOVERS  |  DOG CARE CENTER**

**RETURN HOME  |  GIVE US YOUR FEEDBACK**

Privacy Policy  |  Legal Statement  |  Visit Our Parent Company

Copyright Del Monte Foods. All Rights Reserved.



Home > Our Products

**Our Products**    **Playtime**    **Get Fun Stuff**    **News & Events**



# HAIRBALL CONTROL FORMULA

At Meow Mix, we are focused solely on the health and happiness of cats. We know cats are part of the family. That's why our products are developed to satisfy your cat's taste buds, while giving you the comfort of knowing that she will be happy and healthy.

**Balanced Nutrition**
Meow Mix® Hairball Control Formula is a 100% nutritionally complete meal for adult cats. High quality ingredients, including Chicken, Turkey, Salmon and Oceanfish flavors, are formulated into an everyday meal your cat will love.

**Helps Control Hairballs Before They Start!**
By nature, cats groom themselves. Hair is swallowed during grooming and accumulates in the cat's stomach. This results in the formation of hairballs, which may irritate the cat's digestive tract. The ingredients in Meow Mix® Hairball Control Formula gently move hair through your cat's digestive system to help reduce the occurrence of hairballs.

**TASTES SO GOOD CATS ASK FOR IT BY NAME!®**

## Guaranteed Analysis

Crude Protein (Min) - 31.0%
Crude Fat (Min) - 10.0%
Crude Fiber (Max) - 9.0%
Moisture (Max) - 12.0%
Calcium (Min) - 1.0%
Phosphorus (Min) - 0.8%
Magnesium (Max) - 0.09%

## Ingredients

Chicken By-Product Meal, Corn Gluten Meal, Ground Yellow Corn, Brewers Rice, Powdered Cellulose, Beef Tallow Preserved with Mixed Tocopherols (Source of Vitamin E), Soybean oil, Turkey By-Product Meal, Salmon Meal, Fish Meal (Source of Oceanfish Flavor), Brewers Dried Yeast, Gelatin, Calcium Carbonate, Phosphoric Acid, Potassium Chloride, Animal Digest, Yetra Sodium Pyrophosphate, Choline Chloride, Salt, DL-Methionine, Taurine, Zinc Sulfate, Ferrous Sulfate, Citric Acid, L-Alanine, Niacin, Manganese Sulfate, Red 40, Vitamin E Supplement, Tellow 5, Lysine, Blue 2, Copper Sulfate, Calcium Pantothenic, Vitamin A Supplement, Thiamine Mononitrate, Riboflavin Supplement, Pyridoxine Hydrochloride, Vitamin B12 Supplement, Sodium Selenite, Folic Acid, Calcium Iodate, vitamin D3 Supplement, Biotin, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity). B-1014

SITE INDEX | CONTACT US | ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.



Home > Our Products

**Our Products**      **Playtime**      **Get Fun Stuff**      **News & Events**



# INDOOR FORMULA

At Meow Mix®, we are solely focused on the happiness of cats. We know cats are part of the family. That's why our products are developed to satisfy your cat's taste buds, while giving you the comfort of knowing that he will be happy and healthy.

**Balanced Nutrition**

Meow Mix® Indoor Formula is a 100% nutritionally complete meal for adult cats. High quality ingredients, including Chicken, Turkey, Salmon and Ocean Fish flavors, are formulated into an everyday meal your cat will love.

## TASTES SO GOOD CATS ASK FOR IT BY NAME!®

### Guaranteed Analysis

Crude Protein (Min) - 31.0%
Crude Fat (Min) - 11.0%
Crude Fiber (Max) - 9.0%
Moisture (Max) - 12.0%
Calcium (Min) - 1.0%
Phosphorus (Min) - 0.8%

### Ingredients

Chicken By-Product Meal, Corn Gluten Meal, Ground Yellow Corn, Brewers Rice, Powdered Cellulose, Beef Tallow Preserved with Mixed Tocopherols (Source of Vitamin E), Turkey-By-Product Meal, Salmon Meal, Fish Meal (Source of Ocean Fish Flavor), Brewers Dried Yeast, Soybean Oil, Calcium Carbonate, Animal Digest, potassium chloride, Alfalfa, Gelatin, Phosphoric Acid, Tetra Sodium Pyrophosphate, Salt, Choline Chloride, Taurine, l-Lysine, Zinc Sulfate, Ferrous Sulfate, l-Alanine, Dl-Methionine, Yellow 6, Manganese Sulfate, Niacin, Yellow 5, Vitamin E Supplement, Copper Sulfate, Red 40, Calcium Pantothenate, Blue 2, Thiamine Mononitrate, Vitamin A Supplement, Riboflavin Supplement, Rosemary Extract, Pyridoxine Hydrochloride, Vitamin B12 Supplement, Sodium Selenite, Folic Acid, Calcium Iodate, Vitamin D3 Supplement, biotin, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity). A-1200

SITE INDEX | CONTACT US | ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.



Home > Our Products

**Our Products**    **Playtime**    **Get Fun Stuff**    **News & Events**



## KITTEN LI'L NIBBLES

At Meow Mix, we are solely focused on the happiness of cats. We know cats are part of the family. That's why our products are developed to satisfy your cat's taste buds, while giving you the comfort of knowing that he will be happy and healthy.

**Balanced Nutrition**

Meow Mix® Kitten Li'l Nibbles provides a balanced diet for your kittens throughout their first year of growth and contains high quality protein for growing muscles.

**Appetizing Flavors!**

Meow Mix® Kitten Li'l Nibbles contains a variety of appetizing flavors and shapes to encourage healthy eating and smaller kibbles for easier chewing.

**TASTES SO GOOD KITTENS ASK FOR IT BY NAME!™**

### Guaranteed Analysis

Crude Protein (Min) - 36.0%
Crude Fat (Min) - 15.0%
Crude Fiber (Max) - 4.5%
Moisture (Max) - 12.0%
Calcium (Min) - 1.2%
Phosphorus (Min) - 1.1%
Taurine (Min) - 0.15%

### Ingredients

Chicken By-Product Meal, Brewers Rice, Corn Gluten Meal, Ground Yellow Corn, Soybean Meal, Beef Tallow Preserved with Mixed Tocopherols (Source of Vitamin E), Fish Meal (Source of Ocean Fish Flavor), Brewers Dried Yeast, Salmon Meal, Turkey By-Product Meal, Powdered Cellulose, Animal Digest, Tetra Sodium Pyrophosphate, Phosphoric Acid, Calcium Chloride, Choline Chloride, Potassium Chloride, Salt, Zinc Sulfate, Ferrous Sulfate, L-Alanine, Taurine, Manganese Sulfate, Red 40, Niacin, Calcium Carbonate, Vitamin E Supplement, DL-Methionine, L-Lysine, Yellow 5, Copper Sulfate, Calcium Pantothenate, Blue 2, Vitamin A Supplement, Thiamine Mononitrate, Riboflavin Supplement, Rosemary Extract, Pyridoxine Hydrochloride, Vitamin B12 Supplement, Sodium Selenite, Folic Acid, Calcium Iodate, Vitamin D Supplement, Biotin, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity). A-1300

SITE INDEX | CONTACT US | ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.

Case 1:07-cv-21221-CMA     Document 153-9     Entered on FLSD Docket 07/25/2007     Page 61 of 93



Home > Our Products

**Our Products**   **Playtime**   **Get Fun Stuff**   **News & Events**



## ORIGINAL CHOICE

At Meow Mix, we are solely focused on the happiness of cats. We know cats are part of the family. That's why our products are developed to satisfy your cat's taste buds, while giving you the comfort of knowing that he will be happy and healthy.

**Balanced Nutrition**
Packed with wholesome grains, proteins, and other High Quality ingredients for High Digestibility so more nutrients go to work inside your cat. Meow Mix offers your cat Complete and Balanced Nutrition for strong bones, healthy teeth, shiny coat, and lots of energy.

**Cats Savor Every Bite!**
Meow Mix® Original Choice combines Fun Shapes and Crunchy Bites in a Delicious blend of Chicken, Turkey, Salmon and Oceanfish flavors. Your cat is sure to meow for the tempting taste!

### TASTES SO GOOD CATS ASK FOR IT BY NAME!®

### Guaranteed Analysis
Crude Protein (Min) - 31.0%
Crude Fat (Min) - 8.0%
Crude Fiber (Max) - 4.0%
Moisture (Max) - 12.0%
Calcium (Min) - 1.0%
Phosphorus Min) - 0.8%

### Ingredients
Ground Yellow Corn, Corn Gluten Meal, Chicken By-Product Meal, Soybean Meal, Beef Tallow Preserved with Mixed-Tocopherols (Source of Vitamin E), Turkey By-Product Meal, Salmon Meal, Oceanfish Meal, Brewers Dried Yeast, Phosphoric Acid, Animal Digest, Calcium Carbonate, Potassium Chloride, Tetra Sodium Pyrophosphate, Calcium Chloride, Choline Chloride, Added Color (Red 40, Yellow 5, Blue 2 and other Color), Salt, Taurine, Zinc Sulfate, Ferrous Sulfate, L-alanine, Niacin, Vitamin Supplements (E, A, B-12, D-3), Calcium Pantothenate, Manganese Sulfate, Riboflavin Supplement, Biotin, Folic Acid, Copper Sulfate, Pyridoxine Hydrochloride, Thiamine Mononitrate, Citric Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity), Calcium Iodate, Sodium Selenite. E-4541

SITE INDEX  |  CONTACT US  |  ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.

Case 1:07-cv-21221-CMA    Document 153-9    Entered on FLSD Docket 07/25/2007    Page 63 of 93

MEOW MAIL SIGN UP ▶

Home > Our Products

**Our Products**        **Playtime**        **Get Fun Stuff**        **News & Events**



## SEAFOOD MEDLEY

At Meow Mix, we are solely focused on the happiness of cats. We know cats are part of the family. That's why our products are developed to satisfy your cat's taste buds, while giving you the comfort of knowing that he will be happy and healthy.

**Balanced Nutrition**
Packed with wholesome grains, proteins, and other High Quality ingredients for High Digestibility, so more nutrients go to work inside your cat. Meow Mix offers your cat Complete and Balanced Nutrition for strong bones, healthy teeth, shiny coat, and lots of energy.

**Cats Love Seafood!**
Meow Mix® Seafood Medley is packed with great tasting, unique seafood flavors that cats intrinsically love. It's the only cat food that combines the four, high quality seafood flavors of Tuna, Shrimp, Crab & Trout.

**TASTES SO GOOD CATS ASK FOR IT BY NAME!**®

### Guaranteed Analysis
Crude Protein (Min) - 34.0%
Crude Fat (Min) - 12.0%
Crude Fiber (Max) - 4.0%
Moisture (Max) - 12.0%
Calcium (Min) - 1.0%
Phosphorus (Min) - 0.8%

### Ingredients
Ground Yellow Corn, Chicken By-Product Meal, Corn Gluten Meal, Soybean Meal, Beef Tallow Preserved with Mixed-Tocopherols (Source of Vitamin E), Brewers Rice, Brewers Dried Yeast, Animal Digest, Calcium Chloride, Phosphoric Acid, Calcium carbonate, Titanium Dioxide, Tetra Sodium Pyrophosphate, Choline Chloride, Tuna Meal, Shrimp meal, Crab meal, Trout Meal, Potassium Chloride, Salt, Taurine, Zinc Sulfate, Ferrous Sulfate, Red 40, I-Alanine, Yellow 6, Manganese Sulfate, Niacin, Vitamin E Supplement, Yellow 5, Blue 2, Copper Sulfate, Calcium Pantothenate, Vitamin A Supplement, Thiamine Mononitrate, Riboflavin Supplement, Rosemary Extract, Pyridoxine Hydrochloride, Sodium Selenite, Vitamin B12 Supplement, Folic Acid, Calcium Iodate, Vitamin D Supplement, Biotin, Menadione Sodium Bisulfite Complex. (Source of Vitamin K Activity). F-4545

SITE INDEX  |  CONTACT US  |  ABOUT

**Privacy Policy** | **Legal Statement** | **Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.



Home > Our Products

**Our Products**   **Playtime**   **Get Fun Stuff**   **News & Events**



## CLUCK-A-DOODLE-DOO

Delight your cat with the delicious dishes that could only come from Meow Mix. Our recipes use only high quality ingredients cooked in their own juices for a tasty meal your cat will love. And with lots of varieties to choose from, you're sure to find several to please!

Meow Mix® Cluck-a-Doodle-DooT With Chicken & Liver in Gravy is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for all life stages of cats.

**TASTES SO GOOD CATS ASK FOR IT BY NAME!**®

### Guaranteed Analysis
Crude Protein (Min) - 12.0%
Crude Fat (Min) - 2.0%
Crude Fiber (Max) - 1.5%
Moisture (Max) - 82.0%
Ash (Max) - 3.0%
Taurine (Min) - 0.05%

### Ingredients
Tuna, Fish Broth, Chicken, Chicken Liver, Giblets (Poultry Liver and Heart), Wheat Gluten, Dried Egg, Food Starch Modified, Natural Flavor, Cane Sugar, Titanium Dioxide, Sodium Carboxymethylcellulose, Calcium Sulfate Dihydrate, Carrageenan, Potassium Chloride, Choline Chloride, Vitamins (Vitamin E Supplement, Thiamine Mononitrate, Niacin, Calcium Pantothenate, Riboflavin Supplement, Vitamin A Supplement, Pyridoxine Hydrochloride (Vitamin B6), Folic Acid, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity), Biotin, Vitamin D3 Supplement, Vitamin B12 supplement), Minerals (Zinc Oxide, Ferrous Sulfate, Manganese Sulfate, Copper Sulfate, Calcium Iodide, Sodium Selenite), Sodium Nitrite (To Promote Color Retention).

SITE INDEX  |  CONTACT US  |  ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.



Home > Our Products

**Our Products**      **Playtime**      **Get Fun Stuff**      **News & Events**



## FILLET MEOW

Delight your cat with the delicious dishes that could only come from Meow Mix. Our recipes use only high quality ingredients cooked in their own juices for a tasty meal your cat will love. And with lots of varieties to choose from, you're sure to find several to please!

Meow Mix® Fillet Meow™ With Beef in Gravy is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for all life stages of cats.

**TASTES SO GOOD CATS ASK FOR IT BY NAME!**®

### Guaranteed Analysis
Crude Protein (Min) - 14.0%
Crude Fat (Min) - 1.8%
Crude Fiber (Max) - 1.5%
Moisture (Max) - 82.0%
Ash (Max) - 3.0%
Taurine (Min) - 0.05%

### Ingredients

Tuna, Fish Broth, Tuna Liver, Beef, Guar Gum, Vegetable Oil, Carrageenan, Tricalcium Phosphate, Vitamins (Vitamin E Supplement, Thiamine Mononitrate, Vitamin A Supplement, Vitamin D3 Supplement, Menadione Sodium Bisulfite Complex (Source of Vitamin K Activity), Riboflavin Supplement, Pyridoxine Hydrochloride (Vitamin B6), Folic Acid), Minerals (Zinc Sulfate, Manganese Sulfate), Sodium Nitrite (To Promote Color Retention).

SITE INDEX  |  CONTACT US  |  ABOUT

**Privacy Policy | Legal Statement | Visit Our Corporate Site**

© Del Monte Foods. All Rights Reserved.





Premium nutrition for **CATS**

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**



**Chicken Meal & Rice Recipe**

**Product Description:**

Nature's Recipe® - Adult Chicken Meal & Rice Recipe is designed to help your cat avoid common pet food ingredients, such as beef and wheat, which may cause food intolerance. This recipe is specifically formulated to appeal to an adult cat's taste and provides even more nutritional benefits. Adult Chicken Meal & Rice Recipe contains essential antioxidants to help promote a healthy immune system, while crunchy morsels help prevent tartar build-up and improve dental health. This recipe also contains Omega-6 and Omega-3 fatty acids and chelated zinc to promote healthy skin and a shiny coat. Adult Chicken Meal & Rice Recipe is the most complete and balanced diet for the most active stage of your cat's life.

**Benefits:**

| Unique Formulation Aspect | Feline Health Benefit |
| --- | --- |
| No beef or wheat. | Helps avoid food intolerances. |
| Contains Omega-6 and Omega-3 fatty acids and chelated zinc. | Helps promote a healthy skin and a shiny coat. |
| Contains antioxidants: Beta-Carotene, Vitamin E and Selenium. | Helps promote a healthy immune system. |
| Specifically formulated crunchy morsels that provide abrasive action. | Helps prevent tartar build-up and promote dental health. |
| Fortified with taurine. | Promotes clear vision and a healthy heart. |
| Natural (with added vitamins and minerals); no artificial preservatives, colors or flavors. | Promotes health, beauty and vitality while avoiding ingredients you may not want in your cat's diet. |
| 100% complete and balanced nutrition from natural ingredients for your adult cat. | Helps maintain optimal health and activity level. |

**Ingredients:**

Chicken, corn, chicken meal, corn gluten meal, rice, chicken fat (preserved with mixed tocopherols), beet pulp, animal digest, dried egg product, herring meal, yeast culture, sodium tripolyphosphate, vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), niacin supplement, inositol, vitamin A supplement, thiamine mononitrate, d-calcium pantothenate, pyridoxine hydrochloride (vitamin C), riboflavin supplement, menadione sodium

pantothenate, pyridoxine hydrochloride (vitamin 6), riboflavin supplement, menadione sodium bisulfite complex (source of vitamin K activity), beta carotene, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), potassium chloride, salt, phosphoric acid, choline chloride, minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate, copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), taurine, yucca schidigera extract, rosemary extract.

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 31.0% |
| Crude Fat | Min. 18.0% |
| Crude Fat | Max. 20.0% |
| Crude Fiber | 2.50% |
| Moisture | 10.0% |
| Ash | 9.0% |
| Calcium | 0.90% |
| Phosphorus | 0.80% |
| Magnesium | 0.11% |
| Zinc | 175 mg/kg |
| Selenium | 0.4 mg/kg |
| Vitamin E | 250 IU/kg |
| Taurine | 0.14% |
| Omega 3 Fatty Acids* | 0.16% |
| Omega 6 Fatty Acids* | 2.86% |
| Beta Carotene* | 4 mg/kg |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

### Amount of Feeding (daily)**

| Weight of Cat | Amount of Dry Food |
|---|---|
| 3-5 lbs. | 1/4 - 1/2 Cups |
| 5-7 lbs. | 1/2 - 5/8 Cups |
| 7-10 lbs. | 5/8 - 1 Cups |
| 10-15 lbs. | 1 - 1 1/4 Cups |
| 15-20 lbs. | 1 1/4 - 1 3/4 Cups |

**Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us

Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy

Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.





Premium nutrition for **CATS**

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**



### Hairball Control Chicken Meal & Rice Recipe

**Product Description:**

Nature's Recipe® - Hairball Control Chicken Meal & Rice Recipe is designed to help your cat avoid common pet food ingredients, such as beef and wheat, which may cause food intolerance. This special recipe also contains natural fiber sources to help prevent hairballs by helping to move ingested hair safely and naturally through the digestive system. Hairball Control Chicken Meal & Rice Recipe contains Omega-6 and Omega-3 fatty acids and chelated zinc to promote healthy skin and a shiny coat. This 100% complete and balanced diet satisfies all of your adult cat's nutritional requirements.

**Benefits:**

| Unique Formulation Aspect | Feline Health Benefit |
| --- | --- |
| No beef or wheat. | Avoids common pet food ingredients that may cause food intolerances. |
| Natural fiber sources. | Helps prevent hairballs by helping to move ingested hair safely and naturally through the digestive system. |
| Contains Omega-6 and Omega-3 fatty acids and chelated zinc. | Helps promote a healthy skin and a shiny coat. |
| Natural (with added vitamins and minerals); no artificial preservatives, colors or flavors. | Promotes health, beauty and vitality while avoiding ingredients you may not want in your cat's diet. |
| Fortified with taurine. | Promotes clear vision and a healthy heart. |
| Contains antioxidants: Beta-Carotene, Vitamin E and Selenium. | Helps promote a healthy immune system. |
| Specifically formulated crunchy morsels that provide abrasive action. | Helps prevent tartar build-up and promote dental health. |
| 100% complete and balanced nutrition from natural ingredients for your adult cat. | Helps maintain optimal health and activity level. |

**Ingredients:**

Chicken, chicken meal, rice, corn gluten meal, corn, chicken fat (preserved with mixed

Chicken, chicken meal, rice, corn gluten meal, corn, chicken fat (preserved with mixed tocopherols), pea fiber, animal digest, herring meal, yeast culture, sodium tripolyphosphate, potassium chloride, vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), niacin supplement, inositol, vitamin A supplement, thiamine mononitrate, d-calcium pantothenate, pyridoxine hydrochloride (vitamin B6), riboflavin supplement, menadione sodium bisulfite complex (source of vitamin K activity), beta carotene, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), salt, phosphoric acid, choline chloride, minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate, copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), taurine, yucca schidigera extract, rosemary extract.

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 30.0% |
| Crude Fat | 17.0% |
| Crude Fiber | 7.0% |
| Moisture | 10.0% |
| Ash | 8.0% |
| Calcium | 0.80% |
| Phosphorus | 0.60% |
| Zinc | 175 mg/kg |
| Selenium | 0.4 mg/kg |
| Vitamin E | 250 IU/kg |
| Taurine | 0.13% |
| Omega 3 Fatty Acids* | 0.15% |
| Omega 6 Fatty Acids* | 2.83% |
| Beta Carotene* | 6 mg/kg |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

### Amount of Feeding (daily)**

| Weight of Cat | Amount of Dry Food |
|---|---|
| 3-5 lbs. | 1/4 - 1/2 Cups |
| 5-7 lbs. | 1/2 - 5/8 Cups |
| 7-10 lbs. | 5/8 - 7/8 Cups |
| 10-15 lbs. | 7/8 - 1 1/3 Cups |
| 15-20 lbs. | 1 1/3 - 1 3/4 Cups |

**Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.



Dog Products

Hairball Control

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the
Newsletter

**Nature's Recipe
products not part of
recent nationwide pet
food recall.**

**Products with premium ingredients to help avoid food intolerance.**

**Product Lineup—Hairball**

**Hairball Control Chicken
Meal & Rice Recipe**

**Hairball Control Chicken
Recipe**



**Hairball Control Chicken
Meal & Rice Recipe**
Natural fiber sources move
ingested hair safely and
naturally through the
digestive system.

Privacy Policy   |   Contact Us
Dog Products   |   Cat Products   |   Wellness Corner   |   For Breeders   |   Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.





Premium nutrition for CATS

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**



### Senior Chicken Meal & Rice Recipe

**Product Description:**

Nature's Recipe® - Adult Chicken Meal & Rice Recipe is designed to help your cat avoid common pet food ingredients, such as beef and wheat, which may cause food intolerance. This recipe is specifically formulated to appeal to an adult cat's taste and provides even more nutritional benefits. Adult Chicken Meal & Rice Recipe contains essential antioxidants to help promote a healthy immune system, while crunchy morsels help prevent tartar build-up and improve dental health. This recipe also contains Omega-6 and Omega-3 fatty acids and chelated zinc to promote healthy skin and a shiny coat. Adult Chicken Meal & Rice Recipe is the most complete and balanced diet for the most active stage of your cat's life.

**Benefits:**

| Unique Formulation Aspect | Feline Health Benefit |
|---|---|
| No beef or wheat. | Helps avoid food intolerances. |
| Contains Omega-6 and Omega-3 fatty acids and chelated zinc. | Helps promote a healthy skin and a shiny coat. |
| Specifically formulated crunchy morsels that provide abrasive action. | Helps prevent tartar build-up and promote dental health. |
| Fortified with taurine. | Promotes clear vision and a healthy heart. |
| Natural (with added vitamins and minerals); no artificial preservatives, colors or flavors. | Promotes health, beauty and vitality while avoiding ingredients you may not want in your cat's diet. |
| 100% complete and balanced nutrition from natural ingredients for your adult cat. | Helps maintain optimal health and activity level. |

**Ingredients:**

Chicken, corn, chicken meal, rice, corn gluten meal, chicken fat (preserved with mixed tocopherols), beet pulp, animal digest, pea hulls, herring meal, dried egg product, yeast culture, lecithin, sodium tripolyphosphate, salt, potassium chloride, vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), niacin supplement, inositol, vitamin A supplement, thiamine mononitrate, d-calcium pantothenate, pyridoxine hydrochloride (vitamin 6), riboflavin supplement, menadione sodium bisulfite complex (source of vitamin K activity), beta carotene, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), choline chloride, taurine, potassium citrate, minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate,

copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), yucca schidigera extract, rosemary extract.

**Guaranteed Analysis**

| | |
|---|---|
| Crude Protein | 29.0% |
| Crude Fat | Min. 15.0% |
| Crude Fat | Max. 17.0% |
| Crude Fiber | 4.0% |
| Moisture | 10.0% |
| Ash | 7.50% |
| Calcium | 0.80% |
| Phosphorus | 0.60% |
| Magnesiumt | 0.10% |
| Zinc | 175 mg/kg |
| Selenium | 0.4 mg/kg |
| Vitamin E | 250 IU/kg |
| Taurine | 0.15% |
| Omega 3 Fatty Acids* | 0.15% |
| Omega 6 Fatty Acids* | 2.62% |
| Beta Carotene* | 4 mg/kg |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

**Amount of Feeding (daily)\*\***

| Weight of Cat | Amount of Dry Food |
|---|---|
| 3-5 lbs. | 1/4 - 1/2 Cups |
| 5-7 lbs. | 1/2 - 2/3 Cups |
| 7-10 lbs. | 2/3 - 1 Cups |
| 10-15 lbs. | 1 - 1 1/2 Cups |
| 15-20 lbs. | 1 1/2 - 2 Cups |

\*\*Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.





Premium nutrition for **CATS**

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**



### Tartar Control Treats Chicken Meal & Rice Recipe

**Product Description:**

Great Tasting Crunchy Treat! Nature's Recipe® has developed great tasting treats for cats to help keep teeth clean and promote fresh breath by helping to reduce tartar build-up. Nature's Recipe® Tartar Control Treats are also designed to help your can avoid common pet food ingredients, such as beef and wheat, which may cause food intolerance.

Nature's Recipe® uses a combination of wholesome grains, fibers and carefully selected minerals for a crunchy and satisfying treat that does not contain sugar, artificial preservatives or flavors. Nature's Recipe® Tartar Control Treats are natural with added vitamins and minerals for a healthier cat and brighter teeth.

### Benefits:

| Unique Formulation Aspect | Feline Health Benefit |
|---|---|
| No beef or wheat. | Helps avoid food intolerances. |

### Ingredients:

Chicken meal, ground rice, pearled barley, soybean meal, chicken fat (preserved with mixed tocopherols), dried egg product, animal digest, calcium carbonate, canola oil, tomato pomace, sodium hexametaphosphate, salt, choline chloride, yeast culture, vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), niacin supplement, inositol, vitamin A supplement, thiamine mononitrate, d-calcium pantothenate, pyridoxine hydrochloride (vitamin B6), riboflavin supplement, menadione sodium bisulfite complex (source of vitamin K activity), beta-carotene, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate, copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), taurine, yucca schidigera extract, rosemary extract.

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 28.0% |
| Crude Fat | 14.0% |
| Crude Fiber | 4.0% |
| Moisture | 10.0% |

### Amount of Feeding (daily)*

Feed an adult 8-10 lb. (4-5 Kg) cat 1 can twice a day. Adjust as needed to maintain ideal body weight. Cover and refrigerate unused portion. For best results, feed only Nature's Recipe® Urinary Health Chicken Formula, formulated to promote urinary tract health.

| Weight of Cat | Pieces Per Day* |
|---|---|
| 6-8 lbs. | 12-16 |
| Greater than 8 lbs. | 16 plus 2 for each pound above 8. |

Privacy Policy   |   Contact Us

Dog Products   |   Cat Products   |   Wellness Corner   |   For Breeders   |   Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.



**Premium nutrition for DOGS**

All of the good.
None of the bad.™



Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**

## Lamb Meal & Rice Recipe

**Product Description:**
Adult Lamb Meal & Rice is designed to help your dog avoid common pet food ingredients, such as beef, corn, wheat and soy which may cause food intolerance. This recipe is specifically formulated with lamb meal as the #1 ingredient, which high-quality rice and soluble fiber from oats for great taste and easy digestion. Adult Lamb Meal & Rice Recipe appeals to an adult dog's taste and provides even more nutritional benefits. This recipe is the most complete maintenance diet for the most active years of your dog's life, with crunchy kibbles for tartar control and improved dental care, balanced fatty acids for healthy skin and coat and essential antioxidants to help promote a healthy immune system.



**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.



Tasty, nutritious dog treats. Learn more.

**Benefits:**

| Unique Formulation Aspect | Canine Health Benefit |
| --- | --- |
| Formulated without beef, corn, wheat or dairy products. No sugars added. | Avoids common pet food ingredients that may cause food intolerances. |
| Specially formulated crunchy kibbles that provide abrasive action. | Promotes tartar control and dental health. |
| Balanced levels of Omega-6 and Omega-3 fatty acids. | Helps promote healthy skin and a shiny coat. |
| Contains antioxidants: Beta-Carotene, Vitamin E and Selenium. | Helps promote a healthy immune system. |
| Supplemented with 11 vitamins and 6 minerals. | Essential for the active adult dog to promote optimal health, energy and overall well being. |
| Natural (with added vitamins and minerals); no artificial preservatives, colors or favors. | Promotes health, beauty and vitality while avoiding ingredients you may not want in your dog's diet. |
| Made with high-quality lamb meal as the #1 ingredient, along with rice and barley. | Exceptional digestibility and great taste your dog will love. |

**Ingredients:**

Lamb meal, cracked pearled barley, oatmeal, ground rice, chicken fat (preserved with mixed tocopherols), lamb digest, tomato pomace, sodium tripolyphosphate, flax seed, potassium

tocopherols), lamb digest, tomato pomace, sodium tripolyphosphate, flax seed, potassium chloride, taurine, minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate, copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), inositol, niacin supplement, vitamin A supplement, d-calcium pantothenate, thiamine mononitrate, beta-carotene, riboflavin supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), choline chloride, yucca schidigera extract, rosemary extract.

## Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 20.0% |
| Crude Fat | 12.0% |
| Crude Fiber | 4.0% |
| Moisture | 10.0% |
| Iron | 200 mg/kg |
| Copper | 10 mg/kg |
| Zinc | 150 mg/kg |
| Selenium | 0.4 mg/kg |
| Vitamin E | 125 IU/kg |
| Omega-3 Fatty Acids* | 0.19% |
| Omega-6 Fatty Acids* | 1.50% |
| Beta Carotene* | 5 mg/kg |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

## Amount of Feeding (daily)**

| Weight of Dog | Amount of Dry Food |
|---|---|
| 5-10 lbs. | 3/4 to 1 1/4 cups |
| 10-20 lbs. | 1 1/4 to 2 cups |
| 20-50 lbs. | 2 to 3 1/2 cups |
| 50-100 lbs. | 3 1/2 to 5 3/4 cups |
| Over 100 lbs. | Add 1/2 cup for each 10 lbs of body weight over 100 lbs |

Note: Add 3/8 cup for each 10 lbs. of body weight over 100 lbs.

**Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.




All of the good.
None of the bad.™

Premium nutrition for **DOGS**



| Dog Products |
| Cat Products |

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**

### Terrier Dogs Canine Recipe

**Product Description:**
Terrier Dogs is designed to help your dog avoid many of the pet food ingredients that may cause food intolerance. This complete and balanced diet contains no beef, corn, wheat or soy. Terrier Dogs contains a special blend of real chicken - along with rice, oats, barley, herbs and yucca extract - that provides a distinctive taste your dog will love. Terrier Dogs contains an array of antioxidant ingredients, vitamins, chelated minerals, and various herbs in a complete pet food. Antioxidants go a long way toward helping prevent the damaging effects of free radicals, which in turn affects your dog's overall well-being.



**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.



Tasty, nutritious dog treats.
Learn more.

**Benefits:**

| Unique Formulation Aspect | Canine Health Benefit |
|---|---|
| Formulated without beef, corn, wheat or soy. No sugars added. | Avoids common pet food ingredients that may cause food intolerances. |
| Controlled copper and zinc balance (May be especially beneficial for West Highland White Terriers and Bedlington Terriers). | Promotes healthy skin and immunity. |
| Customized kibble shape. | Conforms to your dog's muzzle. |
| High protein calories along with balanced polyunsaturated fatty acids (Omega-6 & Omega-3). | Promotes healthy skin and coat. |
| Antioxidants - including Vitamin C, Beta-Carotene, riboflavin and herbs such as garlic. | Helps prevent the damaging effects of free radicals. |
| Unique mulitgrain blend with herbs such as parsley and ginger. | Promotes fresh breath and high digestibility. |
| Natural (with added vitamins and minerals); no artificial preservatives, colors or flavors. | Promotes health, beauty and vitality while avoiding ingredients you may not want in your dog's diet. |

**Ingredients:**

Chicken, Pearled Barley, Ground Rice, Chicken Meal, Oatmeal, Poultry Fat (preserved with

Chicken, Pearled Barley, Ground Rice, Chicken Meal, Oatmeal, Poultry Fat (preserved with mixed tocopherols), Dried Brewers Yeast, Tomato Pomace, Flax Seed, Calcium Carbonate, Animal Digest, Sodium Tripolyphosphate, Potassium Chloride, Alfalfa Nutrient Concentrate, Salt, Vitamins (Vitamin E Supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), Inositol, Niacin Supplement, Vitamin A Supplement, d-Calcium Pantothenate, Thiamine Mononitrate, Beta-Carotene, Riboflavin Supplement, Pyridoxine Hydrochloride, Menadione Sodium Bisulfite Complex (source of vitamin K activity), Vitamin D3 Supplement, Folic Acid, Biotin, Vitamin B12 Supplement), Minerals (Zinc Proteinate, Ferrous Sulfate, Zinc Oxide, Iron Proteinate, Copper Sulfate, Copper Proteinate, Manganese Proteinate, Manganous Oxide, Calcium Iodate, Sodium Selenite), Yucca Schidigera, Choline Chloride, Rosemary, Garlic Powder, Spearmint, Parsley, Ginger Extract.

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 24.0% |
| Crude Fat | 12.0% |
| Crude Fiber | 4.0% |
| Moisture | 10.0% |
| Calcium | 1.0% |
| Phosphorus | 0.85% |
| Copper | 7.5 mg/kg |
| Zinc | 150 mg/kg |
| Vitamin E | 100 IU/kg |
| Beta-Carotene* | 4.0 mg/kg |
| Omega-6 Fatty Acids* | 2.5% |
| Omega-3 Fatty Acids* | 0.32% |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

### Amount of Feeding (daily)**

| Weight of Dog | Weaning to 6 Months | 6-12 Months | Greater than 12 Months |
|---|---|---|---|
| 1-3 lbs. | 1/2 - 1 Cups | 1/2 - 1 Cups | 1/4 - 1/2 Cups |
| 3-10 lbs. | 1 - 2 1/2 Cups | 1 - 1 3/4 Cups | 1/2 - 1 1/4 Cups |
| 10-20 lbs. | 2 1/2 - 4 Cups | 1 3/4 - 3 Cups | 1 1/4 - 2 Cups |
| 20-30 lbs. | 4 - 5 Cups | 3 - 3 3/4 Cups | 2 - 2 1/2 Cups |
| 20-50 lbs. | 5 - 7 Cups | 3 3/4 - 5 1/4 Cups | 2 1/2 - 3 1/2 Cups |
| Over 50 lbs. | | | Add 1/8 Cup for each 2 lbs. of Body Weight over 15 lbs. |

Note: Add 3/8 cup for each 10 lbs. of body weight over 100 lbs.

**Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us

Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.




**All of the good.
None of the bad.™**

Premium nutrition for **DOGS**

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the
Newsletter

**Nature's Recipe
products not part of
recent nationwide pet
food recall.**



### Toy Dogs Canine Recipe

**Product Description:**
Toy Dogs is designed to help your dog avoid many of the pet food ingredients that may cause food intolerance. This complete and balanced diet contains no beef, corn, wheat or soy. Toy Dogs contains a special blend of real chicken - along with rice, oats, barley and yucca extract - that provides a distinctive taste your dog will love. Toy Dogs contains an array of antioxidant ingredients, vitamins and chelated minerals in a complete pet food. Antioxidants go a long way toward helping prevent the damaging effects of free radicals, which in turn affects your dog's overall well-being.

  

**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.



Tasty, nutritious dog treats. Learn more.

**Benefits:**

| Unique Formulation Aspect | Canine Health Benefit |
|---|---|
| Formulated without beef, corn, wheat or soy. No sugars added. | Avoids common pet food ingredients that may cause food intolerances. |
| Managed (22%) protein formula along with an electrolyte source. | Helps maintain normal urinary tract function and electrolyte balance. |
| Customized kibble shape. | Conforms to your dog's muzzle. |
| Balanced polyunsaturated fatty acids (Omega-6 & Omega-3). | Helps maintain normal urinary tract function and electrolyte balance. |

**Ingredients:**

Chicken, Pearled Barley, Chicken Meal, Oatmeal, Ground Rice, Poultry Fat (preserved with mixed tocopherols), Dried Brewers Yeast, Tomato Pomace, Flax Seed, Beet Pulp, Calcium Carbonate, Animal Digest, Sodium Tripolyphosphate, Potassium Chloride, Alfalfa Nutrient Concentrate, Vitamins (Vitamin E Supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), Inositol, Niacin Supplement, Vitamin A Supplement, d-Calcium Pantothenate, Thiamine Mononitrate, Beta-Carotene, Riboflavin Supplement, Pyridoxine Hydrochloride, Menadione Sodium Bisulfite Complex (source of vitamin K activity), Vitamin D3 Supplement, Folic Acid, Biotin, Vitamin B12 Supplement), Minerals (Zinc Proteinate, Ferrous Sulfate, Zinc Oxide, Iron Proteinate, Copper Sulfate, Copper Proteinate, Manganese Proteinate, Manganous Oxide, Calcium Iodate, Sodium Selenite), Yucca Schidigera, Rosemary Extract.

**Guaranteed Analysis**

| | |
|---|---|
| Crude Protein | 22.0% |
| Crude Fat | 12.0% |
| Crude Fiber | 4.0% |

| | |
|---|---|
| Moisture | 10.0% |
| Calcium | 1.0% |
| Phosphorus | 0.8% |
| Vitamin E | 100 IU/KG |
| Selenium | 0.4 mg/kg |
| Beta-Carotene* | 4.0 mg/kg |
| Omega-6 Fatty Acids* | 2.5% |
| Omega-3 Fatty Acids* | 0.32% |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

**Amount of Feeding (daily)\*\***

| Weight of Dog | Weaning to 6 Months | 6-12 Months | Greater than 12 Months |
|---|---|---|---|
| 1-2 lbs. | 1/2 - 1 Cups | 3/8 - 3/4 | 1/4 - 1/2 Cups |
| 2-5 lbs. | 1 - 1 1/2 Cups | 3/4 - 1 1/4 Cups | 1/2 - 3/4 Cups |
| 5-10 lbs. | 1 1/2 - 2 1/2 Cups | 1 1/4 - 1 3/4 Cups | 3/4 - 1 1/4 Cups |
| 10-15 lbs. | 2 1/2 - 3 1/4 Cups | 1 3/4 - 2 1/3 Cups | 1 1/4 - 1 1/2 Cups |
| Over 15 lbs. | | | Add 1/8 Cup for each 2 lbs. of Body Weight over 15 lbs. |

Note: Add 3/8 cup for each 10 lbs. of body weight over 100 lbs.

**Measurements are based on a standard 8-oz. cup.

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.




**Premium nutrition for DOGS**

All of the good.
None of the bad.™

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the
Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**




### Nature's Recipe Large Breed Recipe

**Product Description:**
Our Large Breed Recipe is specially designed to help dogs over 50 pounds avoid many of the common ingredients that may cause food intolerance. This complete and balanced maintenance diet contains no beef, corn, wheat, soy or dairy products. Instead, our Large Breed Recipe is made with a blend of carefully selected, high quality ingredients, such as chicken meal, oatmeal and barley, to help promote healthy skin and gastrointestinal health while providing the customized nutrition your dog needs to be healthy, active and happy.





**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.



**Tasty, nutritious dog treats.**
Learn more.

**Benefits:**

| Unique Formulation Aspect | Canine Health Benefit |
| --- | --- |
| Formulated without beef, corn, wheat, dairy products or soy; no sugars added. | Avoids common pet food ingredients that may cause food intolerances. |
| Specially formulated for large breed dogs, with high quality protein from chicken and a highly digestible cereal blend that includes oats, barley and rice. | Helps maintain strong, healthy muscles and ideal body weight while promoting superior nutrient absorption for optimal energy and vitality. |
| Balanced levels of selected fiber sources plus natural prebiotics from chicory. | Helps maintain healthy gastrointestinal function and promotes firmer, more manageable stools; less cleanup. |
| Contains glucosamine and chondroitin, natural components of cartilage and other structural elements in the joints. | Helps maintain healthy joint function. |
| Antioxidant nutrients such as Vitamin E, Beta Carotene and Selenium.. | Help protect cells from harmful effects of free radicals and promote healthy immune system. |
| Natural preservation with mixed tocopherols. | Protects dietary fat without the use of less desirable artificial preservatives. |
| Larger kibble size specially formulated for large breed dogs. | Encourages a healthy consumption rate to avoid gastrointestinal problems. |

**Ingredients:**

Chicken meal, oatmeal, pearled barley, brown rice, poultry fat (preserved with mixed tocopherols), chicken, brewer's yeast, dicalcium phosphate, tomato pomace, salt, animal digest, calcium carbonate, potassium chloride, chicory, alfalfa nutrient concentrate, vitamins (vitamin E supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), inositol, niacin supplement, vitamin A supplement, d-calcium pantothenate, thiamine mononitrate, beta-carotene, riboflavin supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), minerals (zinc proteinate, ferrous sulfate, zinc oxide, iron proteinate, copper sulfate, copper proteinate, manganese proteinate, manganous oxide, calcium iodate, sodium selenite), L-carnitine, glucosamine hydrochloride, choline chloride, chondroitin sulfate, yucca schidigera, rosemary extract

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein | 22.0% |
| Crude Fat | 12.0% |
| Crude Fiber | 4.0% |
| Moisture | 10.0% |
| Iron | 200 mg/kg |
| Copper | 10 mg/kg |
| Zinc | 150 mg/kg |
| Selenium | 0.3 mg/kg |
| Vitamin E | 100 IU/kg |
| Omega-6 Fatty Acids* | 1.5% |
| Omega-3 Fatty Acids* | 0.10% |
| Beta-Carotene* | 4.0 mg/kg |
| Glucosamine* | 400 mg/Kg |
| Chondroitin* | 120 mg/Kg |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

### Amount of Feeding (daily)**

Feed adults over 12 months of age the recommended amount. Adjust as needed for activity level. Always have plenty of fresh water available.

| Adult Weight of Dog | Cups** per day |
|---|---|
| 50 - 70 lbs. | 3 1/2 - 4 1/2 |
| 71 - 90 lbs. | 4 1/2 - 5 1/2 Cups |
| 91 - 120 lbs. | 5 1/2 - 6 1/2 Cups |
| 121 - 150 lbs. | 6 1/2 - 7 1/2 |
| Over 50 lbs. | Add 1 cup for each 30 LB of body weight over 150 LB |

Note: Add 3/8 cup for each 10 lbs. of body weight over 100 lbs.

**Measurements are based on a standard 8-oz. cup.

Privacy Policy   |   Contact Us

Dog Products   |   Cat Products   |   Wellness Corner   |   For Breeders   |   Where To Buy

Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.




**Premium nutrition for DOGS**

**Products with premium ingredients to help avoid food intolerance.**

**Product Lineup—Breed Specific**

Terrier Dogs Canine Recipe

Toy Dogs Canine Recipe

Large Breed Recipe



**Terrier Dogs Canine Recipe**
Specially formulated for puppy and adult Terrier breed dogs.

  

**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.

- Breed Specific
- Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the Newsletter

**Nature's Recipe products not part of recent nationwide pet food recall.**

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.



All of the good.
None of the bad.™



Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the
Newsletter

**Nature's Recipe
products not part of
recent nationwide pet
food recall.**



### Large Breed Puppy Recipe

**Product Description:**
Our Large Breed Puppy Recipe is specially designed to help puppies who will grow to over 50 pounds avoid the common ingredients that may cause food intolerance. This diet contains no beef, corn, wheat, soy or dairy products. Instead, it is specially formulated with chicken protein as the #1 ingredient, and a high quality blend of brown rice, oats and barley for great taste and easy digestion. Carefully blanaced for rapidly growing large breed puppies, this diet features glucosamine* and chondroitin* to help promote healthy joint development and added DHA to support brain development.



**Beef, corn or wheat may not be right for your dog.**

Over time, even common ingredients like beef, corn or wheat can lead to food intolerance. So choose Nature's Recipe®. Our dog food provides balanced nutrition without beef, corn or wheat.



Tasty, nutritious dog treats. Learn more.

**Benefits:**

| Unique Formulation Aspect | Canine Health Benefit |
| --- | --- |
| Formulated without beef, corn, wheat, dairy products or soy; no sugars added | Avoids common pet food ingredients that may cause food intolerances |
| Specially formulated with high quality chicken protein for large breed puppies | Helps develop strong healthy muscles and promotes a healthy growth rate |
| Added docosahexaenoic acid (DHA) | Supports brain development and helps promote proper neurological and eye development |
| Balanced levels of select fiber sources plus natural prebiotics from chicory | Helps maintain a healthy gastrointestinal tract and promotes firmer, more manageable stools for easier clean up |
| Contains glucosamine and chondroitin, natural components of cartilage and other structural elements in the joints | Helps promote healthy joint development |
| Balanced levels of calcium and phosphorus | Promotes development of strong teeth and bones |
| Natural, with added vitamins and minerals; no artificial preservatives, colors or flavors | Promotes health, beauty and vitality while avoiding ingredients you may not want in your dog's diet |

**Ingredients:**

Chicken meal, Oatmeal, Pearled Barley, Brown Rice, Poultry Fat (preserved with mixed tocopherols), Chicken, Fat Product (natural source of DHA), Tomato Pomace, Dried Brewers Yeast, Animal Digest, Salt, Chicory Root, Potassium Chloride, Alfalfa Nutrient Concentrate, Vitamins (Vitamin E Supplement, L-ascorbyl-2-polyphosphate (source of vitamin C), Inositol, Niacin Supplement, Vitamin A Supplement, d-Calcium Pantothenate, Thiamine Mononitrate, Beta-Carotene, Riboflavin Supplement, Pyridoxine Hydrochloride, Menadione Sodium Bisulfite Complex (source of vitamin K activity), Vitamin D3 Supplement, Folic Acid, Biotin, Vitamin B12 Supplement), Minerals (Zinc Proteinate, Ferrous Sulfate, Zinc Oxide, Iron Proteinate, Copper Sulfate, Copper Proteinate, Manganese Proteinate, Manganous Oxide, Calcium Iodate, Sodium Selenite), Choline Chloride, L-Carnitine, Glucosamine Hydrochloride, Chondroitin Sulfate, Yucca Shidigera, Rosemary Extract.

**Guaranteed Analysis**

| | |
|---|---|
| Crude Protein | Min. 22.0% |
| Crude Fat | Min. 10.0% |
| Crude Fiber | Max. 4.0% |
| Moisture | Max. 10.0% |
| Calcium | Min. 1.0% |
| Phosphorus | Min. 0.8% |
| Vitamin E | Min. 100 IU/kg |
| Docosahexaenoic Acid (DHA) | Min. 0.1% |
| Glucosamine* | Min. 400 mg/kg |
| Chondroitin Sulfate* | Min. 120 mg/kg |
| Omega-6 Fatty Acids | Min. 2.0% |
| Omega-3 Fatty Acids | Min. 0.25% |

* Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

**Amount of Feeding (daily)\*\***

| Weight of Dog | Weaning to 6 months Cups* per day | 6-12 months Cups* per day | ** Greater than 12 months Cups* per day |
|---|---|---|---|
| 3-10 lbs. | 1 - 2 1/4 | | |
| 10-20 lbs. | 2 1/4 - 3 1/2 | 1 1/2 - 2 3/4 | |
| 20-50 lbs. | 3 1/2 - 6 1/2 | 2 3/4 - 5 | 2 1/4 - 4 |
| 50-75 lbs. | | 5 - 6 1/2 | 4 - 5 |
| 75-100 lbs. | | 6 1/2 - 7 3/4 | 5 - 6 1/4 |

Note: Add 1/2 cup for each 10 lb of body weight over 100lbs

* Measurements are based on a standard 8oz. Cup.
** For gestation and lactation feed as much as 3 times the amount indicated in 3 feedings per day.
** For animals over 8 years of age, feed 15% less than the amount indicated.

Privacy Policy  |  Contact Us
Dog Products  |  Cat Products  |  Wellness Corner  |  For Breeders  |  Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.




**All of the good.**
**None of the bad.™**

Dog Products

Cat Products

Home

Wellness Corner

For Breeders

Where To Buy

Sign up for the
Newsletter

**Nature's Recipe
products not part of
recent nationwide pet
food recall.**

**Products with premium ingredients to help avoid
food intolerance.**

**Product Lineup—Healthy Skin**



Healthy Skin Venison
Meal & Rice Recipe

Healthy Skin
Vegetarian Recipe

Canned Healthy Skin
Venison & Rice
Recipe

Canned Healthy Skin
Vegetarian Recipe

Canned Healthy Skin
Rabbit & Rice Dinner

**Healthy Skin
Venison Meal
& Rice
Recipe**
Unique blend
of venison
meal, rice,
oatmeal and
barley.



**Beef, corn or wheat
may not be right for
your dog.**

Over time, even common
ingredients like beef, corn
or wheat can lead to food
intolerance. So choose
Nature's Recipe® dog food.
Our dog food provides
balanced nutrition without
beef, corn or wheat.

Privacy Policy   |   Contact Us
Dog Products   |   Cat Products   |   Wellness Corner   |   For Breeders   |   Where To Buy
Sign Up for Newsletter

2007 Del Monte Foods. All Rights Reserved.



**PRODUCTS** | DOG'S LIFE | SHARE DOG STORIES | PUPPY'S LIFE

ORIGINAL | HEALTHY WEIGHT | HEALTHY RADIANCE™ | HEALTHY GROWTH | HEALTHY HARVEST™ | PREPARED MEALS™

# Beneful® Original

## A perfect balance of healthful ingredients, quality nutrition and superb taste for pure contentment for dogs

 Moist, chewy chunks made with real beef are rich in quality protein to help build strong muscles.

Omega fatty acids, along with antioxidants like Vitamin E and selenium, help support a healthy immune system.

 Enriched with calcium for healthy teeth and strong bones.

Crunchy corn packed with carbohydrates for energy and linoleic acid for a shiny coat.

 Contains vegetables with Vitamin A and other quality vitamins, minerals, and nutrients.

Contains iron for healthy blood.



### Guaranteed Analysis

| | | | |
|---|---|---|---|
| Crude Protein (Min) | 25.0% | Calcium (Ca) (Min) | 1.1% |
| Crude Fat (Min) | 10.0% | Iron (Fe) (Min) | 200 mg/kg |
| Crude Fiber (Max) | 4.0% | Selenium (Se) (Min) | 0.2 mg/kg |
| Moisture (Max) | 14.0% | Vitamin A (Min) | 10,000 IU/kg |
| Linoleic Acid (Min) | 1.5% | Vitamin E (Min) | 100 IU/kg |

**CALORIE CONTENT**
Metabolizable Energy (ME)
3689 kcal/kg
1674 kcal/lb
360 kcal/cup

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Beneful® dog food provides complete and balanced nutrition for all life stages.

### Ingredients

Ground yellow corn, chicken by-product meal, corn gluten meal, whole wheat flour, beef tallow preserved with mixed-tocopherols (source of Vitamin E), rice flour, beef, soy flour, sugar, sorbitol, tricalcium phosphate, water, animal digest, salt, phosphoric acid, potassium chloride, dicalcium phosphate, sorbic acid (a preservative), L-Lysine monohydrochloride, dried peas, dried carrots, calcium carbonate, calcium propionate (a preservative), choline chloride, vitamin supplements (E, A, B-12, D-3), added color (Yellow 5, Red 40, Yellow 6, Blue 2), DL-Methionine, zinc sulfate, glyceryl monostearate, ferrous sulfate, niacin, manganese sulfate, calcium pantothenate, riboflavin supplement, biotin, thiamine mononitrate, garlic oil, copper sulfate, pyridoxine hydrochloride, folic acid, menadione sodium bisulfite complex (source of Vitamin K activity), calcium iodate, sodium selenite.
F-4090

 SEARCH



Terms and Conditions     Privacy Policy     Linking Policy     Purina.com     How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

Exhibit 40