UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## DEFENDANT MENU FOODS INCOME FUND'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Menu Foods Income Fund provides the following corporate disclosures and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to the parties.

    **I.**    Corporate Disclosures.

    1.    Menu Foods Income Fund certifies that it is an unincorporated open-ended trust, and that it does not have a corporate parent.

    2.    AGF Management Limited and Deans Knight Capital Management, Ltd. each hold more than a 10% ownership interest in Menu Foods Income Fund.

II. <u>Interested Parties</u>.

1. Menu Foods Income Fund
2. AGF Management Limited
3. Deans Knight Capital Management, Ltd.
4. Menu Foods, Inc.
5. Counsel for all parties involved in the litigation
6. All Plaintiffs in this litigation.
7. All Defendants in this litigation.

                DLA PIPER US LLP

                <u>s/S. Douglas Knox</u>
                Lonnie L. Simpson
                Florida Bar Number 821871
                lonnie.simpson@dlapiper.com
                S. Douglas Knox
                Florida Bar Number 849871
                douglas.knox@dlapiper.com
                DLA Piper US LLP
                101 East Kennedy Boulevard, Suite 2000
                Tampa, Florida 33602-5149
                813/229-2111 (telephone)
                813/229-1447 (facsimile)
                *Of Counsel*

                Alexander Shaknes (*admitted pro hac vice*)
                alex.shaknes@dlapiper.com
                DLA Piper US LLP
                1251 Avenue of the Americas
                New York, NY 10020-1104
                (212)335-4829 (telephone)
                (212)884-8629 (facsimile)

                William C. Martin (*admitted pro hac vice*)
                william.martin@dlapiper.com
                DLA Piper US LLP
                203 N LaSalle Street, Suite 1900
                Chicago, IL 60601
                (312)368-3449 (telephone)
                (312)630-7318 (facsimile)
                **Attorneys for Defendants, Menu Foods,**
                **Inc. and Menu Foods Income Fund**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 s/ S. Douglas Knox  
                                                 Attorney

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

SERVICE LIST

**Charles H. Abbott**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Dane H. Butswinkas**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Cassidy Yen Dang**
505 74th Street
Unit A-6
Miami Beach, FL 33141

**Charles Philip Flick**
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134

**Alan Graham Greer**
Richman Greer Weil Brumbaugh
201 S Biscayne Boulevard,
Suite 1000
Miami, FL 33131

**William Edward Wegner**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Gary L. Justice**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**John J. Kuster**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**James D. Arden**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**Sherril May Colombo**
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131

**Rolando Andres Diaz**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1712

**Jeffrey Eric Foreman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**Robin Lea Hanger**
Squire, Sanders & Dempsey L.L.P.
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

**Patrick J. Houlihan**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Maria Kayanan**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1780

**Gail E. Lees**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Brian D. Wright**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Christopher M. D'Angelo**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Richard Fama**
Cozen O'Connor
45 Broadway
New York, NY 10006

**Darren Wayne Friedman**
Maltzman Foreman PA
2 S Biscayne Boulevard , Ste 2300
One Biscayne Tower
Miami, FL 33131-1803

**Thomas G. Hentoff**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**D. Jeffrey Ireland**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Michael K. Kennedy**
Gallagher & Kennedy PA
2575 E Camelback Road
Suite 1100
Phoenix, AZ 85016

**Carol Ann Licko**
Hogan & Hartson
1111 Brickell Avenue
Suite 1900
Miami, FL 33131

TAMPDOCS\537306.2

| | | |
|---|---|---|
| **Catherine J. MacIvor**<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300 One Biscayne Tower<br>Miami, FL 33131-1803 | **Jeffrey Bradford Maltzman**<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300 One Biscayne Tower<br>Miami, FL 33131-1803 | **William C. Martin**<br>DLA Piper US LLP<br>203 N LaSalle Street<br>Suite 1900<br>Chicago, IL 60601 |
| **Kara L. McCall**<br>Sidley Austin LLP<br>1 S Dearborn Street<br>Chicago, IL 60603 | **John J. McDonough**<br>Cozen O'Connor<br>45 Broadway<br>New York, NY 10006 | **Susan Elizabeth Mortensen**<br>Coffey Burlington<br>2699 S Bayshore Drive<br>Penthouse<br>Miami, FL 33133 |
| **Olga M. Vieira**<br>Carlton Fields<br>100 SE 2nd Street<br>Suite 4000 PO Box 019101<br>Miami, FL 33131-9101 | **John Brian Thomas Murray, Jr.**<br>Squire Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 S Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198 | **Omar Ortega**<br>Dorta & Ortega, P.A.<br>800 S Douglas Road<br>Douglas Entrance Suite 149<br>Coral Gables, FL 33134 |
| **Kathleen Suzanne Phang**<br>Seipp Flick & Kissane<br>2 Alahabra Plaza<br>Suite 800<br>Miami, FL 33134 | **Benjamine Reid**<br>Carlton Fields<br>100 SE 2nd Street<br>Suite 4000 PO Box 019101<br>Miami, FL 33131-9101 | **Adriana Riviere-Badell**<br>Hunton & Williams<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131 |
| **Michael R. Ross**<br>Gallagher & Kennedy PA<br>2575 E Camelback Road<br>Suite 1100<br>Phoenix, AZ 85016 | **Laura A. Sanom**<br>Faruki Ireland & Cox<br>10 N Ludlow Street<br>500 Courthouse Plaza, SW<br>Dayton, OH 45402 | **Philip A. Sechler**<br>Williams & Connolly<br>725 Twelfth Street NW<br>Washington, DC 20005-5901 |
| **Alexander Shaknes**<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | **Martin Leonard Steinberg**<br>Hunton & Williams<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131 | **Hugh J. Turner, Jr.**<br>Akerman Senterfitt & Eidson<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-0006 |

**and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants**:

| | | |
|---|---|---|
| **Miranda L. Berge**<br>Hogan & Hartson<br>555 13th Street NW<br>Washington, DC 20004-1109 | **Craig A. Hoover**<br>Hogan & Hartson<br>555 13th Street NW<br>Washington, DC 20004-1109 | **John F. Mullen**<br>Cozen O'Connor<br>1900 Market Street<br>3rd Floor The Atrium<br>Philadelphia, PA 19103 |
| **Robert C. Troyer**<br>Hogan & Hartson<br>1200 17th Street<br>One Tabor Center, Suite 1500<br>Denver, CO 80202 | **Nestle U.S.A. Inc.**<br>c/o CT Corporation System<br>One Corporate Center, Floor 11<br>Hartford, CT 06103 | |

TAMPDOCS\537306.2