UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## DEFENDANT MENU FOODS, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Menu Foods, Inc. provides the following corporate disclosures and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to the parties.

    **I.**    Corporate Disclosures.

    1.    Menu Foods, Inc. certifies that Menu Foods Holdings, Inc. is its parent company and owns 100% or more of its stock.

II.    Interested Parties.

        1.    Menu Foods , Inc.

2. Menu Foods Income Fund

3. Menu Foods Holding, Inc.

4. Counsel for all parties involved in the litigation

5. All Plaintiffs in this litigation.

6. All Defendants in this litigation.

          DLA PIPER US LLP

          s/S. Douglas Knox
          Lonnie L. Simpson
          Florida Bar Number 821871
          lonnie.simpson@dlapiper.com
          S. Douglas Knox
          Florida Bar Number 849871
          douglas.knox@dlapiper.com
          DLA Piper US LLP
          101 East Kennedy Boulevard, Suite 2000
          Tampa, Florida 33602-5149
          813/229-2111 (telephone)
          813/229-1447 (facsimile)
          *Of Counsel*

          Alexander Shaknes (*admitted pro hac vice*)
          alex.shaknes@dlapiper.com
          DLA Piper US LLP
          1251 Avenue of the Americas
          New York, NY 10020-1104
          (212)335-4829 (telephone)
          (212)884-8629 (facsimile)

          William C. Martin (*admitted pro hac vice*)
          william.martin@dlapiper.com
          DLA Piper US LLP
          203 N LaSalle Street, Suite 1900
          Chicago, IL 60601
          (312)368-3449 (telephone)
          (312)630-7318 (facsimile)

          **Attorneys for Defendants, Menu Foods, Inc. and Menu Foods Income Fund**

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/ S. Douglas Knox
                                                      Attorney

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

SERVICE LIST

**Charles H. Abbott**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Dane H. Butswinkas**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Cassidy Yen Dang**
505 74th Street
Unit A-6
Miami Beach, FL 33141

**Charles Philip Flick**
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134

**Alan Graham Greer**
Richman Greer Weil Brumbaugh
201 S Biscayne Boulevard,
Suite 1000
Miami, FL 33131

**William Edward Wegner**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Gary L. Justice**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**John J. Kuster**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**James D. Arden**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**Sherril May Colombo**
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131

**Rolando Andres Diaz**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1712

**Jeffrey Eric Foreman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**Robin Lea Hanger**
Squire, Sanders & Dempsey L.L.P.
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

**Patrick J. Houlihan**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Maria Kayanan**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1780

**Gail E. Lees**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Brian D. Wright**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Christopher M. D'Angelo**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Richard Fama**
Cozen O'Connor
45 Broadway
New York, NY 10006

**Darren Wayne Friedman**
Maltzman Foreman PA
2 S Biscayne Boulevard , Ste 2300
One Biscayne Tower
Miami, FL 33131-1803

**Thomas G. Hentoff**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**D. Jeffrey Ireland**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Michael K. Kennedy**
Gallagher & Kennedy PA
2575 E Camelback Road
Suite 1100
Phoenix, AZ 85016

**Carol Ann Licko**
Hogan & Hartson
1111 Brickell Avenue
Suite 1900
Miami, FL 33131

TAMPDOCS\537305.2

**Catherine J. MacIvor**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**Kara L. McCall**
Sidley Austin LLP
1 S Dearborn Street
Chicago, IL 60603

**Olga M. Vieira**
Carlton Fields
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101

**Kathleen Suzanne Phang**
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134

**Michael R. Ross**
Gallagher & Kennedy PA
2575 E Camelback Road
Suite 1100
Phoenix, AZ 85016

**Alexander Shaknes**
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeffrey Bradford Maltzman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**John J. McDonough**
Cozen O'Connor
45 Broadway
New York, NY 10006

**John Brian Thomas Murray, Jr.**
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

**Benjamine Reid**
Carlton Fields
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101

**Laura A. Sanom**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Martin Leonard Steinberg**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

**William C. Martin**
DLA Piper US LLP
203 N LaSalle Street
Suite 1900
Chicago, IL 60601

**Susan Elizabeth Mortensen**
Coffey Burlington
2699 S Bayshore Drive
Penthouse
Miami, FL 33133

**Omar Ortega**
Dorta & Ortega, P.A.
800 S Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134

**Adriana Riviere-Badell**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

**Philip A. Sechler**
Williams & Connolly
725 Twelfth Street NW
Washington, DC 20005-5901

**Hugh J. Turner, Jr.**
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

**and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants**:

**Miranda L. Berge**
Hogan & Hartson
555 13th Street NW
Washington, DC 20004-1109

**Robert C. Troyer**
Hogan & Hartson
1200 17th Street
One Tabor Center, Suite 1500
Denver, CO 80202

**Craig A. Hoover**
Hogan & Hartson
555 13th Street NW
Washington, DC 20004-1109

**Nestle U.S.A. Inc.**
c/o CT Corporation System
One Corporate Center, Floor 11
Hartford, CT 06103

**John F. Mullen**
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103

TAMPDOCS\537305.2