

Blaszkowski et al v. Mars Inc. et al

Dockets.Justia.com

INTENSE HAIRBALL CONTROL
ANTI BOULES DE POILS

intense elimination of ingested hair
élimination intense des poils ingérés

HAIR MICRONUTRITION
MICRONUTRITION DU POIL

Hair targeted nutrition
Nutrition ciblée du poil

ACTIDIGEST +™

Enhanced digestive safety
Sécurité digestive renforcée

Cat Food — Net Weight 6 lbs. (2.72 kg)
Nourriture Pour Chats — Poids Net 6 lbs. (2.72 kg)

**ad**✓**anced**
••• nutrition
PETSMART

**Adult**
1 to 10 years

**Intense
Hairball 34**

ROYAL CANIN
FELINE HEALTH NUTRITION
INTENSE HAIRBALL 34

kibble
actual size

✓ Exclusive formula eliminates
intense hairballs

✓ Balanced fiber blend for
optimal digestibility

✓ Micro-nutrient complex
nourishes hair

CAT625

**ad**✓**nu**
•••

**Adult**
1 to 10 year

**Light**

ROYAL CANIN
INTENSE HAIRBALL 6LB
6 LB
0100178
[23]
**19⁷⁹**
20.7¢
UNIT PRICE PER OZ
003011116302/2

ROYAL CANIN
LIGHT 37 CAT FOOD
7 LB
5070437
[23]
1
16.7¢
UNIT PRICE PER OZ

**Exhibit 8**





ROYAL CANIN
MAINE COON 31 CAT FOOD 7 LB
7 LB
0619563
(33)

18.5¢
UNIT PRICE PER OZ

20 69

003011163407

Adult
1 to 10 years

Maine Coon 31

nutrition

ROYAL CANIN
MAINE COON 31

kibble
actual size

Kibble shape and size adapted
to large jaw

Glucosamine and chondroitin
promote joint health

Essential oils reveal a soft
and shiny coat

KING SIZE KIBBLE
CROQUETTE DE GROSSE TAILLE

Maine Coon tailor-made kibble
Croquette Maine Coon sur-mesure

MOBILITY CONTROL
MOBILITÉ DES ARTICULATIONS

Joint maintenance
Maintenance des articulations

BEAUTY SHINE COMPLEX
COMPLEXE « BRILLANCE ET SANTÉ »

Coat shine and beauty
Brillance et beauté du poil

Cat Food – Net Weight 7 lbs. (3.17 kg)
Nourriture Pour Chats – Poids Net 7 lbs. (3.17 kg)







PETSMART advanced nutrition

Adult
1 to 7 years

Chicken & Rice

Eukanuba

kibble
actual size

Real chicken protein for
excellent nutrition and taste

Naturally balanced to
maintain urinary tract health

DentaDefense™ helps
reduce tartar build-up



PETSMART

ad**v**anced nutrition

Adult
1 to 7 years

Hairball Relief

Eukanuba

kibble
actual size

Helps hair gently pass
through the digestive system

Contains omega fatty acids
to promote a healthy coat

DentaDefense™ helps
reduce tartar build-up

EUKANUBA
HAIRBALL RELIEF CAT FOOD
14.5¢
Unit Price/Per oz
14.99

EUKANUBA
SENSITIVE STOMACH FORMULA CAT FOOD
6.6 LB
14.5¢
Unit Price/Per oz
14.99

Vital Health System

NET WT. / PDS NET : 2.95 kg (6.5 lb)











Real turkey is the #1 ingredient

Helps control hairballs and maintain a healthy weight

Guaranteed protein: 40%

---

**advanced nutrition**

**Extra Care**

Hairball Mngmt    Chicken & Rice

PRO PLAN EXTRA CARE HAIRBALL MNGMT FORMULA

12.5¢

15 99

PRO PLAN

kibble actual size

Real chicken is the #1 ingredient

Contains an emulsifier to limit hairball formation

Guaranteed protein: 40%

---

**HAIRBALL MANAGEMENT**

**CHICKEN & RICE FORMULA**

**REAL CHICKEN IS THE ① INGREDIENT**

brand CAT FOOD

**ADULT**

PROVIDES EXCEPTIONAL TASTE AND HIGH-QUALITY PROTEIN, WHICH HELPS SUPPORT MUSCLE MASS FOR STRENGTH AND PROVIDES ENERGY

COMPLETE NUTRITION WITH VITAL ANTIOXIDANTS for overall health and wellness

CONTAINS A NATURAL EMULSIFIER AND FIBER TO HELP CONTROL THE FORMATION OF HAIRBALLS

NET WT 8 LB (3.63 kg)

PRO

HAIRBALL MANAGEMENT CHICKEN & RICE FORMULA





