# NEW • NEW • NEW

## PETCO
*Where the pets go.*

## WE CARE...

We have removed <u>all product</u> affected by the Menu Food's Wet Food Recall.

**DRY FOOD IS NOT INVOLVED IN THIS RECALL.**

All product available for purchase on our shelves is not affected by the recall and is safe for consumption.

If your favorite food is still unavailable, we offer a wide variety of other wet foods that are excellent alternatives for your pet.

Please see an Associate with concerns or questions.

Exhibit 10





Actual Size

IAMS — Life's Better

**Adult Multi-Cat with Chicken**

- Convenient feeding for multiple cat households
- Formulated to help all cats maintain a healthy weight
- Gentle fiber system helps reduce hairballs by up to 20%*
- Highly digestible to minimize litterbox waste and odor
- Natural ingredients with no fillers, plus added vitamins, minerals and amino acids

*as tested in Iams Hairball Care





Actual Size

## SPECIAL 33

**Cats with Digestive Sensitivities**
*(from 1 to 10 years)*

- **Ultra Acti-Digest:** select ingredients protect your cat's delicate digestive system.
- **Exclusive Savor:** natural flavor combinations satisfy even the pickiest cats.
- **Tartar Control:** improves oral hygiene and prevents tartar formation.

## ORAL SENSITIVE 30

**Cats with Digestive and Oral Sensitivities**
*(from 1 to 10 years)*

- **Plaque and Tartar Control:** improves oral hygiene and prevents tartar formation.
- **Hairball Control:** improves intestinal function and elimination of hair.
- **Reflux Control:** reduces the risk of vomiting by encouraging chewing and improving digestion.



Actual Size

ROYAL CANIN
FELINE HEALTH NUTRITION
special
ORAL SENSITIVE 30





Actual Size

## SIAMESE 38

**Siamese, Balinese, Japanese and Oriental**
(from 1 to 10 years)

- **Natural Color Force:** enhances intensity of the hair's natural color.
- **Lean Body Weight:** high protein and low fat diet to maintain lean muscle mass.
- **Ergonomic Kibble:** specially shaped kibble promotes chewing, improving digestion and reducing regurgitation.
- **Tartar Control:** improves oral hygiene and prevents tartar formation.



Actual Size

## BEAUTY & FIT 37

Cats with Intense Shedding or a Dull Coat (from 1 to 10 years)

- **Youth Complex:** combats cellular damage and aging with supplemental antioxidants.
- **Natural Color Force:** enhances intensity of the hair's natural color.
- **Tartar Control:** improves oral hygiene and prevents tartar formation.
- **Calorie Control:** reduced energy consumption prevents weight gain.



Actual Size

## SENIOR CHICKEN & RICE FORMULA

- Vital antioxidant blend helps fight stresses of aging
- Optimal protein levels help cats stay stronger longer
- Real chicken is the #1 ingredient

867462

Actual Size

## ADULT
### NATURAL SALMON & BROWN RICE FORMULA
*Plus Essential Vitamins and Minerals*

- Real Salmon is the #1 Ingredient
- Formulated Without Ground Corn, Animal By-products or Artificial Colors or Flavors
- Formulated With Antioxidants, Including Those From Sweet Potatoes and Blueberry Pomace
- Made With Wholesome Grains to Promote Digestive Health, Accents of Leafy Greens and a Taste Cats Love

# SUPREME NUTRITION

## WHY FEED PREMIUM PET FOOD?

**MORE NUTRITION | FEED LESS**

Only the highest-quality ingredients are used in Premium Pet Foods, so they are more nutritious and digestible than Supermarket Brands. It takes less food to meet the nutritional needs of your pet.

**BETTER VALUE | SPEND LESS**

Rich in nutrients, Premium Pet Food packs more protein and energy per mouthful than Supermarket Brands. It takes less food to feed your pet, so you get more for your money.

**EASIER CLEAN UP | LESS WASTE**

Feeding smaller amounts of highly digestible Premium Pet Food means lower stool volume and easier backyard clean up.



PREMIUM PET FOOD — ONE WEEK'S FOOD



SUPERMARKET BRAND FOOD — ONE WEEK'S FOOD



STOOL VOLUME FOR PREMIUM PET FOOD



STOOL VOLUME FOR SUPERMARKET BRAND FOOD






**VETERINARIAN Hill's SCIENCE DIET RECOMMENDED**

Superior Antioxidant Formula* helps protect your cat's immune system
*High level of Vitamins E + C

GREAT TASTE — 100% SATISFACTION GUARANTEED

Vets' #1 Choice to Feed Their Own Pets™

HELPS YOUR CAT STAY YOUNGER, LONGER.

Superior Nutrition for the Lifelong Health of Your Pet®



**Nutro NATURAL CHOICE COMPLETE CARE**

EVERYTHING YOUR CAT NEEDS IN ONE BAG.®

- CLEANS TEETH, FRESHENS BREATH
- LESS SHEDDING, FEWER HAIRBALLS
- FORMULATED TO IMPROVE SKIN AND COAT
- EASY TO DIGEST FOR SENSITIVE STOMACHS
- ALL NATURAL WITH VITAMINS AND MINERALS