



# SUPREME NUTRITION

**Hill's SCIENCE DIET** — VETERINARIAN RECOMMENDED

## Superior Nutrition
### for the Lifelong Health of Your Pet®



P.A.L.S. BUY 10 FREE FOOD GET 1 BAG FREE

**BUY 10 BAGS & GET 1 BAG FREE!**

ASK FOR DETAILS.

861170

## DACHSHUND 28
### Dachshunds over 10 Months

- **Joint Support:** supplement with Chondroitin and Glucosamine to maintain healthy joints
- **Muscle Toning:** low fat diet with Conjugated Linoleic Acid to increase metabolism and maintain lean body weight
- **Anti-Aging Complex:** slows the progress of age-related disease with supplemental antioxidants



Actual Size

ROYAL CANIN
MINI
DACHSHUND 28/ TECKEL 28





**Superior Antioxidant Formula*†**

**Helps Protect Your Dog's Immune System**

- *High level of Vitamins E and C
- Selenium

*Available only in dry varieties

©2003 Hill's Pet Nutrition, Inc.   ®/™ Trademarks owned by Hill's Pet Nutrition.

**adult** For dogs 1-6 years that prefer the taste of beef & rice

**beef & rice recipe**

**Unsurpassed nutrition and great taste. Helps dogs stay younger, longer:**

- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

Adult also available in original, small bites, large breed, chicken & rice recipe, lamb meal & rice formula, can, and treats

(Actual Size)



DAILY DENTAL PROTECTION
CLEANS TEETH AND FRESHENS BREATH

VETERINARIAN Hill's RECOMMENDED

**SCIENCE DIET.**

**adult**
beef & rice recipe



**Superior Antioxidant Formula***
**Helps Protect Your Dog's Immune System:**
- *High level of Vitamins E and C
- Selenium

©2003 Hill's Pet Nutrition, Inc.   ®/™ Trademarks owned by Hill's Pet Nutrition, Inc.

**adult** For dogs 1-6 years weighing over 55 lbs
**large breed**

**Unsurpassed nutrition and great taste.**
**Helps dogs stay younger, longer:**
- Supports joint and cartilage health, an important factor for large breed adult dogs
- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

(Actual Size)



DRY DOG FOOD   NET WT

**adult**
small bites

VETERINARIAN
Hill's
SCIENCE DIET®

**adult** For dogs 1-6 years that prefer smaller kibble

**small bites**

Unsurpassed nutrition and great taste. Helps dogs stay younger, longer:
- Helps muscles and bones stay strong
- Fatty acids help promote healthy skin, shiny coat and healthy function of nervous system
- Helps slow cell damage for a vital, healthy life

Adult also available in original, large breed, chicken & rice recipe, beef & rice recipe, lamb meal & rice formula, cans and treats

(Actual Size)

**Superior Antioxidant Formula**\*1
**Helps Protect Your Dog's Immune System:**
- *High level of Vitamins E and C
- Selenium

*Available only in dry varieties

©2003 Hill's Pet Nutrition, Inc.   ®/™ Trademarks owned by Hill's Pet Nutrition, Inc.

VETERINARIAN
Hill's
SCIENCE DIET®
**adult** small bites

22 99













