

**The leading not-for-profit trade association serving the interests of pet product manufacturers and importers.**

▷ **Back to Default View**

Home // Press Center // Industry Statistics & Trends

## Industry Statistics & Trends

### PET OWNERSHIP

- According to the 2007-2008 National Pet Owners Survey, 63% of U.S. households own a pet, which equates to 71.1 millions homes

- In 1988, the first year the survey was conducted, 56% of U.S. households owned a pet as compared to 63% in 2006

**Breakdown of pet ownership in the U.S. according to the 2007-2008 National Pet Owners Survey**

Number of U.S. Households that Own a Pet (millions)

| | |
|---|---|
| Bird | 6.4 |
| Cat | 38.4 |
| Dog | 44.8 |
| Equine | 4.3 |
| Freshwater Fish | 14.2 |
| Saltwater Fish | .8 |
| Reptile | 4.8 |
| Small Animal | 6.0 |

Total Number of Pets Owned in the U.S. (millions)

| | |
|---|---|
| Bird | 16 |
| Cat | 88.3 |
| Dog | 74.8 |
| Equine | 13.8 |
| Freshwater Fish | 142.0 |
| Saltwater Fish | 9.6 |
| Reptile | 13.4 |
| Small Animal | 24.3 |

* Ownership statistics are gathered from APPMA's 2007/2008 National Pet Owners Survey

### SPENDING

**Total U.S. Pet Industry Expenditures**

| Year | Billion |
|---|---|
| 2007 | $40.8 Est. |
| 2006 | $38.5 |
| 2005 | $36.3 |
| 2004 | $34.4 |
| 2003 | $32.4 |
| 2002 | $29.5 |
| 2001 | $28.5 |
| 1998 | $23 |
| 1996 | $21 |
| 1994 | $17 |

Exhibit 11

**Estimated 2007 Sales within the U.S. Market**
For 2007, it estimated that $40.8 billion will be spent on our pets in the U.S.
Breakdown:
Food                                    $16.1billion
Vet Care                                $9.8billion
Supplies/OTC Medicine                   $9.9 billion
Live animal purchases                   $2.1 billion
Pet Services: grooming & boarding       $2.9 billion

**Actual Sales within the U.S. Market in 2006**
In 2006, $38.5 billion was spent on our pets in the U.S.
Breakdown:
Food                                    $15.4 billion
Vet Care                                $9.2 billion
Supplies/OTC Medicine                   $9.3 billion
Live animal purchases                   $1.9 billion
Pet Services: grooming & boarding       $2.7 billion

* Unless otherwise stated, spending statistics are gathered by APPMA from various market
reseach sources and are not included in the organization's bi-annual National Pet Owners Survey.

- According to the **2007-2008 APPMA National Pet Owners Survey**, basic annual expenses
  for dog and cat owners in dollars include:

|                          | Dogs | Cats |
|--------------------------|------|------|
| Surgical Vet Visits      | 453  | 363  |
| Food                     | 217  | 188  |
| Kennel Boarding          | 225  | 149  |
| Routine Vet              | 219  | 175  |
| Groomer/Grooming Aids    | 127  | 18   |
| Vitamins                 | 77   | 31   |
| Treats                   | 66   | 40   |
| Toys                     | 41   | 26   |

**Note: APPMA does not ask Survey Participants how much in total they spend on their dog or
cats annually. The expenses listed above are not all inclusive and each category was asked
separately of the survey participant.

**2007 PET PRODUCTS TREND REPORT**

We pamper them. We bring them wherever we go. We surprise them with something new on
special occasions. They even get holiday presents. They are our pets!

From high-end items to high-tech items, products for our companion animals now extend beyond
traditional necessities. The American Pet Product Manufacturers Association (APPMA) presents
top pet product trends for 2007.

**Going to the Dogs**
More and more companies traditionally know for human products are going to the dogs, and cats,
and reptiles. Big name companies including like Paul Mitchell, Omaha Steaks, Origins, Harley
Davidson and Old Navy are now offering lines of pet products ranging from dog shampoo, pet
attire, and name-brand toys to gourmet treats and food.

**Pets Welcome**
Many hotels across the country are adopting pet friendly policies. Several chains have announced
new pet-friendly policies that include everything from oversized pet pillows, plush doggie robes, to

check-in gift packages that include a pet toy, dog treat, ID tag, bone and turn down treat. Some even have a licensed dog masseuse on staff.

### Pet Products Sold Here
Shopping for pet products is becoming easier than ever with an increasing variety of retail outlets now selling pet products. Right along side fertilizer and shovels, shoppers can now find pet products such as doggie doors and yellow lawn spot removers sold at many lawn and garden stores, nurseries, and major home improvement stores including Home Depot.

### The Lap of Luxury
High-end items to spoil companion animals are must-haves for pet owners that spare no expense to please their furry, feathered and finned best friends. Items include faux mink coats for cold weather outings, feathered French day beds for afternoon naps, designer bird cages, botanical fragrances and to top it all off, a rhinestone tiara!

### Ultra-Clean…
Pet-owners take grooming one step beyond a haircut, a quick bath and a nail trim. Mouthwash and an electric toothbrush for canines are routine steps in a beauty session for some pooches. Birds receive daily pedicures with special cage perches, while others enjoy manicures complete with nail polish. Pet-owning homes stay cleaner with automatic, self-flushing litter boxes, cleaning cloths for muddy paws that mimic traditional baby wipes, and scented gel air fresheners to keep rooms free of pet odors.

### Dinner is Served
Today's pet foods include complete and balanced diets that tantalize our pets' taste buds and satisfy their tummies. Formulas for puppies and kittens, specialized meals for reptiles, birds and fish and diets for senior pets ensure a long and healthy life for our beloved companions.

### State-of-the-Art
High-tech products including computerized identification tags, digital aquarium kits, automatic doors and feeders, enhanced reptile terrarium lighting systems and touch-activated toys help pet-owners take care of companion animals with ease and precision.

### Loosen Up
As pet owners meditate in yoga class, cats relieve stress by frolicking in a toy gym or relaxing in a feline spa before enjoying herbal catnip packaged in a tea bag. Dogs sip fresh water from flowing fountains after a soothing rub with a doggie massager.

### Help Yourself!
Products designed with convenience in mind lead this trend. Programmable feeding and drinking systems, automatic and battery-operated toys, self-cleaning litter boxes and self-warming pet mats let pets virtually care for themselves!

### Straight from the Catwalk
Faux mink coats, hipster lumberjack vests, designer plaid jackets, matching jeweled and leather collar and leash sets, Halloween costumes, and holiday outfits keep pets in fashion throughout the year. Upscale leather carriers complete with a cell phone and water bottle holder are the perfect accessories to keep the pet owner in style as well.

### Keep on Truckin'
Whether it's a quick trip to the supermarket or a long ride to the beach, companion animals are now traveling animals too. Buckled up in a harness, seat belt system or a portable carrier, these pets stay safe and secure while on the road. Food and water along with safety supplies are on hand in all-in-one kits, waste disposal systems make for easy clean-up on quick stops and motion sickness aids are available too.

**Hello, My Name Is…**

From monogrammed sweaters and personalized food and water bowls to digitized collar tags and hand-made treats, owners embrace their pets as true members of the American family celebrating their fluffy, finned and feathered companions with their very own belongings.

## HEALTH BENEFITS

- **Pets Help to Lower Blood Pressure** A recent study at the State University of New York at Buffalo found that people with hypertension who adopted a cat or dog had lower blood pressure readings in stressful situations than did those who did not own a pet. (Dr. Karen Allen, State University of New York at Buffalo)
- **Pets Help to Reduce Stress** Walking with a pet helps to sooth nerves and offers instant relaxation. Studies conducted worldwide have shown that the impact of a stressful situation is lesser on pet owners, especially males, than on those who do not own a pet. (Josephine M. Wills, Waltham Centre for Pet Nutrition, United Kingdom)
- **Pets Help to Prevent Heart Disease** Because pets provide people with faithful companionship, research shows they may also provide their owners with greater psychological stability, thus a measure of protection from heart disease. (National Institute of Health Technology Assessment Workshop: Health Benefits of Pets)
- **Pets Help to Lower Health Care Costs** People with pets actually make fewer doctor visits, especially for non-serious medical conditions. (National Institute of Health Technology Assessment Workshop: Health Benefits of Pets)
- **Pets Help to Fight Depression** Pets help fight depression and loneliness, promoting an interest in life. When seniors face adversity or trauma, affection from pets takes on great meaning. Their bonding behavior can foster a sense of security. (Between Pets and People: The Importance of Animal Companionship)

▷ **Back to Default View**



Copyright ©1998–2007 American Pet Products Manufacturers Association, Inc. APPMA and American Pet Products Manufacturers Association, Inc. are registered trademarks of the American Pet Products Manufacturers Association. All rights reserved. Important Note: See the APPMA Web Site Agreement of Use.

 U.S. Pet Ownership Statistics ○○○

The following statistics were compiled from the American Pet Products Manufacturers Association (APPMA) 2005-2006 National Pet Owners Survey.



### Dogs

- There are approximately 73 million owned dogs in the United States
- Thirty-nine percent of U.S. households own at least one dog
- Most owners (60 percent) own one dog
- Twenty-five percent of owners own two dogs
- Fourteen percent of owners own three or more dogs
- On average, owners have almost two dogs (1.7)
- The proportion of male to female dogs is about even
- Sixteen percent of owned dogs were adopted from an animal shelter
- On average, dog owners spent $211 on veterinary visits (vaccine, well visits) annually
- More than seventy percent of owned dogs are spayed or neutered

### Cats

- There are approximately 90 million owned cats in the United States
- Thirty-four percent of U.S. households (or 37.7 million) own at least one cat
- Fifty percent of owners own more than one cat
- On average, owners have two cats (2.4)
- Slightly more female cats are owned than male cats (66 percent vs. 64 percent respectively)
- Fifteen percent of owned cats were adopted from an animal shelter
- Cat owners spent an average of $179 on routine veterinary visits
- Eighty-four percent of owned cats are spayed or neutered

For additional information on pet ownership statistics, contact the APPMA at 255 Glenville Rd., Greenwich, CT 06831, 800-452-1225, or visit their website at www.appma.org.

*Updated Jan. 5, 2007.*

 E-MAIL THIS PAGE

**Exhibit 12**

Off site

American Pet Products Manufacturers Association (APPMA)



## Pet Food in the U.S.: Riding the Premium Wave

Sep 1, 2006
426 Pages - Pub ID: LA1190796

$3,500.00  Online Download

Add To Cart

Ask a question about this report >
Email a colleague >
Printer format >
Order by fax >

**800.298.5294**
Int'l: +1.240.747.3095

**Questions?**
Contact a research
specialist >

**Most Popular Research**

The U.S. Market for Pet
Supplies and Pet Care
Products, 6th Edition

Market Trends: Pet
Grooming and Spa Products

Pet Insurance in North
America: The Market and
Trends in the U.S. and
Canada

Market Trends: Pet
Products in Nontraditional
Outlets

Pet Food in the U.S.: Riding
the Premium Wave

Pet Care Services in the
U.S., 2nd Edition

---

Abstract     Table of Contents     Search Inside Report     Buy By the Section     Related Reports

The U.S. pet food market is experiencing healthy growth as marketers continue to convert pet owners to better quality, higher priced, more upscale fare. Premium pet foods cover all bases—natural/organic, fortified/functional, weight control, lifestage, breed-/size-specific, gourmet, etc.—and are increasingly being positioned not just as human style but as human grade. As a result, much of the growth is occurring at the upper-income tier of the pet owner spectrum, with U.S. households earning $70,000 or more now accounting for an impressive 44% of the aggregate pet food expenditure—up from just 15% in 1994.

Top marketers including Nestlé Purina, Mars, Iams, Hill's, Nutro, and S&M NuTec clearly have their fingers on the emotional pulse of American pet owners, as well as some very big advertising guns. During 2005, they spent nearly $300 million on national advertising for pet food, virtually all of it encouraging the deep attachment Americans feel for their pets, while also launching the biggest surge of new products in the history of the market. The high level of interest in all things pet has also spurred a number of high-profile acquisitions, including Mars' recent purchase of S&M NuTec (Greenies) and private-label producer Doane, Del Monte's purchase of Milk-Bone and Meow Mix, Bain Capital's purchase of Nutro, and Central Garden & Pet's purchase of Breeder's Choice.

Bringing to bear more than 20 years of experience in analyzing this market and drawing on Packaged Facts' broad cross-category expertise, Pet Food in the U.S. pinpoints strategic directions for current and prospective marketers, with a particular focus on high-growth product segments such as functional treats. Covering products for all type of companion animals, the report is organized into four main chapters—Dog Food, Cat Food, and Other Pet Food (birds, small animal, fish, and reptiles), plus an in-depth overview chapter covering cross-market trends.

Pegging 2005 sales at $14.5 billion and projecting healthy growth through 2010, the report provides market size estimates for the overall retail universe, while quantifying mass-market sales to the marketer/brand share level using data from Information Resources, Inc. The report fully documents marketing, new product, and retail trends, as well as trends in pet food purchaser demographics, based on Simmons Market Research Bureau data as well as data from the American Pet Products Manufacturers Association's 2005-2006 National Pet Owners Survey.

**Packaged Facts' Pet Products and Services Collection**

Packaged Facts is the leading source of market intelligence for pet products and services. No other market research publisher offers the breadth and depth of coverage in this lucrative, fast-growing industry. Other titles include Oral Care Products for Pets, Pet Products in Nontraditional Outlets, The U.S. Pet Insurance Market, Market Trends: Pet Supplements and Nutraceuticals, Market Trends: Natural, Organic and Eco-Friendly Pet Products, and Pet Care Services in the U.S.

**Report Methodology**

The information contained in this report was obtained from both primary and secondary research. Primary research entailed attendance at industry trade shows; informal interviews with members of the trade; and an on-site examination of the retail milieu, including mass-market outlets, pet specialty shops, and veterinary clinics. Secondary research included extensive Internet canvassing and research- and data-gathering from relevant trade, business, and government sources; company reports including annual reports, 10Ks, and other financial releases from marketer/brand share level; company profiles in trade and consumer publications; and other reports by Packaged Facts, which has been reporting on pet-related markets for nearly two decades.

Exhibit 13

Our market size estimates are based on Information Resources, Inc. (IRI) data for tracked mass-market retailers (supermarkets, drugstores, and mass merchandisers other than Wal-Mart), independent pet store sales-tracking surveys, reported revenues of marketers and retailers, and figures appearing in the trade press. Information on new product introductions is derived from reports in the trade press and online, as well as detailed Productscan data from Datamonitor. Our analysis of consumer demographics derives primarily from the Simmons Market Research Bureau (New York, New York) fall 2005 consumer survey, which is based on approximately 28,000 respondents

**What You'll Get in this Report**

*Pet Food in the U.S.* offers unique perspective on this burgeoning market. No other market research report provides the analysis and trends coverage that this report offers. Plus, you'll benefit from extensive data, presented in easy-to-read and practical charts, tables and graphs.

**Related Reports:**

Global Pet Food Industry Outlook
Apr 1, 2007 - LA1391933 - $3,900.00

All Things Convenient: Product, Packaging and Consumer Trends in the Pet Food, Supplies and Travel Markets
Feb 1, 2007 - LA1219009 - $2,750.00

Brand Building in the U.S. Pet Products Market
Dec 1, 2006 - LA1219008 - $2,250.00

MarketLooks: Pet Food in the U.S.
Oct 1, 2006 - ML1377623 - $499.00

Market Trends: Pet Products in Nontraditional Outlets
Feb 1, 2006 - LA1087709 - $1,995.00

Market Trends: Pet Supplements and Nutraceuticals
May 1, 2005 - LA1073644 - $1,995.00

Market Trends: Natural, Organic and "Eco-Friendly" Pet Products
Feb 1, 2005 - LA1006027 - $1,995.00

MarketLooks: Pet Food
Jul 1, 2004 - ML1003147 - $399.00

The U.S. Pet Food Market
Jun 1, 2004 - LA950918 - $3,000.00

MarketLooks: The U.S. Pet Food Market
Jul 9, 2002 - ML795559 - $399.00

---

Privacy Policy   |   Terms and Conditions   |   Site Map   |   Return Policy   |   Press   |   Help FAQs

Copyright © 2006 Packaged Facts. All Rights Reserved.
A division of MarketResearch.com

Contact Us: 800.298.5294 (U.S.)
or +1.240.747.3095 (Int'l)
Hours: 8:30 a.m. to 7:00 p.m. EST Monday through Thursday
and 8:30 a.m. to 6:30 p.m. EST Friday






Home | About Us | My Account | Personal Library | Contact Us

Welcome Guest
(not Guest? Register/Login)

View Cart (0 items)

**Essential Insights on Consumer Markets**

Consumer Goods | Food & Beverage | Demographics | Personal Care | Financial Services | Pet Products & Services

**Pet Products & Services**

Pet Supplements

Keyword Search

Go

Advanced Search | Tips

American Pet Association                    Changing the way America cares about its Pets

Media Services



Media Services are currently suspended.  When they are available again, it will be posted here.

Please feel free to use the following statistics.

Note:  Currently these are the only statistics available.  **Please do not call or email asking for additional statistics**.  When updates are available, they will be posted here.  Thank you :)

- Home
- Members
- Humane Societies
- Pet Owners
- Guardian
- Good Neighbor
- Media Services
- Product Approval
- Contact us



**These are basic fun facts about the cats and dogs. All statistics are as of March, 2006 unless noted. This page will be updated again in late 2007.  See note at bottom of page regarding updates**

**There are 44,892,454 dog owners in the United States, who own a total of 62,995,801 million dogs, and there are 76,954,111 million cats for a total of 139,949,912 pets.**

**Of the 106.4 million households in the U.S., 33.6 million have at least one cat as a pet.**

**The following statistics exemplify pet owners feelings towards their pets.**

**31,507,457 dog owners purchase Christmas gifts for their dogs.**

**39,754,847 cats receive Christmas gifts from their owners.**

**13,498,254 cats have their birthdays celebrated.**

**9,849,021 dog owners celebrate their dogs' birthdays in the following ways;**

| Give dog a special treat | 4,567,598 |
| Make dog a special meal | 1,978,636 |
| Give dog a cake | 1,850,665 |
| Give dog a new toy | 1,801,445 |
| Give dog ice cream | 1,102,524 |

**Exhibit 14**

| | |
|---|---|
| Give dog a new bone | 964,708 |
| Sing or wish dog happy birthday | 698,921 |
| Give dog a party with other dogs or pets | 659,545 |
| Take dog to favorite place | 393,758 |
| Take Photographs | 216,567 |

**More than half of American dog owners are more attached to their pets than to at least one other human being. The following numbers represent those who say they are as attached to their dogs as to the following persons;**

**A) Best Friend 16,213,555**

**B) Children 8,321,566**

**C) Spouse 5,421,959**

**39% of America's pet owners display their pet's picture in their home.**

**16% of America's pet owners keep a picture of their pet in their wallet or purse.**

**American dogs sleep in the following places;**

| | |
|---|---|
| On Top Of The Bed | 10,100,000 |
| In a Dog House | 8,635,500 |
| On The Floor | 7,524,500 |
| In a Dog Bed | 7,322,500 |
| Outside In The Garage :( | 6,413,500 |
| In Their Owner's Bed | 1,262,500 |

**67% of America's cats are allowed to sleep on their owner's bed or anywhere they want.**

**More than half of America's dogs can perform at least one trick (25,300,500).**

**America's dog and cat owners say they acquired their pets for the following reasons;**

| Reason for Ownership | Dogs | Cats |
|---|---|---|
| Someone To Play With | 90% | 93% |
| Companionship | 83% | 84% |
| Help Children Learn | 82% | 78% |
| Someone To Communicate With | 57% | 62% |
| Security | 79% | 51% |

**NOTE: These numbers add up to more than 100% showing that people must have a pet for more than one reason.**

**Pet Safety:**

| Cause of Death | Lifetime Odds of Dying* |
|---|---|
| Car crash | 1 in 242 |
| Drowning | 1 in 1,028 |

| | |
|---|---|
| Plane crash | 1 in 4,608 |
| Lightning strike | 1 in 71,501 |
| **Bitten by dog** | **1 in 137,694** |
| Venomous spider bite | 1 in 716,010 |
| *for someone born in 2000 | |
| Source: National Safety Council | |

**Source: 1998-2006 American Pet Association Polls**

**Poll taken of 19,211 pet owners in February 2005  Error +- 3%**

Home  :  Members  :  Humane Societies  :  Pet Owners  :  Guardian Membership  :  Good Neighbor Program  : Media : Pet Product Approval  :  Contact us

American Pet Association / American Companion Animal Association © 1991-2006 • Privacy Policy • Terms Of Use



**Economist.com**  **BUSINESS**

### The pet industry

## A dog's dinner

Mar 31st 2007
From Economist.com

### A recall of contaminated pet-food in North America

Hamish



THE grief cycle describes a common pattern of emotional responses to death, starting with denial, changing to anger and then depression, and ending with acceptance. Pet-owners in North America are adding another stage to the process—litigation. In mid-March Menu Foods, a Canadian contract manufacturer, pulled 95 brands of dog and cat food from shelves in America, Canada and Mexico. The recall came after reports from consumers of contaminated food were confirmed by the company's own "taste" tests, in which nine cats died. Further tests by American government officials identified aminopterin, a type of rat poison, in the food.

Menu Foods has confirmed 16 animal deaths so far but that number will rise. Michael Dillon, a pet industry consultant, conservatively estimates a final death toll in the thousands. Local newspapers issue sombre reports on victims such as TJ, a Yorkshire terrier in Missouri who enjoyed the smell of roses. Enter the lawyers. Distressed owners have filed class-action lawsuits against Menu Foods, as well as against a retailer who stocked the items and a manufacturer who used the Canadian firm to make its products.

The depth of response may baffle the petless but comes as no surprise to industry insiders, who identify "humanisation" as a principal feature of the sector. Many owners think of their pets as children—childless consumers accounted for 60% of pet-related expenditure in America in 2005—and treat them more like people than animals. Trends in human food are quickly replicated in pet products, says Bob Vetere, president of the American Pet Products Manufacturers Association.

The recalled pet foods were "cuts and gravy", which are designed to mimic the food people eat (wheat gluten, the probable source of the contamination, is used to thicken the gravy). Health foods are fast spreading from dinner tables to doggie bowls: Wal-Mart and Target, America's two biggest retailers, both introduced natural pet-food lines last year. The recall is likely to reinforce this trend.

Doting owners don't only spend big money on food. Overall, pet-related sales are forecast to hit $40.8 billion in America this year, 6% more than in 2006. Absurdities such as diamond-studded Cartier dog collars and Goyard travelling bowls are out of the reach of most owners but the better-off are happy to splash out on branded carriers and clothing. Pet services are booming too. Speciality retailers already boost sales by offering grooming and boarding. Mr Dillon expects to see "human" retailers such as Wal-Mart branching into pet services over the next couple of years.

**Exhibit 15**

The pet-food recall highlights two risks faced by firms using contract manufacturers. One is reputational. Many pet owners have expressed surprise that premium brands were being made with common ingredients and at the same facility as a host of cheaper, own-label brands. Why pay more for branded goods, they ask? The criticism may be unfair—differences between products lie largely in the varying proportions of ingredients used—but the perception of reduced value will be hard to shift.

The second risk relates to extended supply chains. The pet-food industry is more lightly policed than the human-food one and testing procedures were in the hands of Menu Foods. Aminopterin is banned in America but the wheat gluten at the centre of the contamination investigation was imported from China, where the poison is used. There are mutterings about how quickly Menu Foods reacted to reports of pet deaths. Things can go wrong at companies' own facilities too but Mr Vetere predicts that the recall will prompt tougher provisions in agreements with contract manufacturers.

Just as owners come to resemble their dogs so too the human and pet markets are converging. Picky customers and growth in premium products are already familiar features of many consumer landscapes. But pet owners turning to the courts for redress over the loss of a loved one will notice that people and animals are still different in law. Pets are treated as property not as people, severely crimping the opportunity for bumper payouts to the bereft that Americans have become used to.



Beneful® is not affected by the Alpo® Prime Cuts in Gravy canned dog food voluntary national recall or the Menu foods recall. Please **click here** for a message from the Employees of Nestlé Purina PetCare Company and **"The Facts about Contamination and the Recent Pet Food Recall"**.

Terms and Conditions     Privacy Policy     Linking Policy     Purina.com     How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

Exhibit 16



## Good food inspired by pet-loving people like you.

We don't believe people are pet owners. People own TVs, cars and vacation homes. But they don't own pets. They have a relationship with their pets. They enjoy bonds that are sometimes stronger than family. So it's not surprising that people want to provide their pets with the healthiest and best tasting food. That's where The Goodlife Recipe™ pet food comes in. We use the best ingredients in the right balance to create great food and snacks for cats and dogs. Because we believe, pets that eat well are pets that live well. And when your pet is living well, you're living well.





"My dad created this website!"
Malcolm & Chestnut



"I'm the girl who helped make the TV commercial
Susannah & Emily



"I put the 'good' in every package."
Kevin & Chumley

"We helped create this website too!"
Heather & Keta



**Exhibit 17**

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee
© 2007 Mars, Incorporated and its affiliates. All rights reserved.



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

## A healthy, balanced diet your four-legged friends will love!

Every bag of The Goodlife Recipe™ food for cats or dogs is a perfect blend of six tasty ingredient groups like real chicken, beef or salmon, healthy vegetables and hearty whole grains - created with our nutritionally balanced "pet food pyramid" as a guide. It's our way of giving your pets all the enjoyable taste and essential nutrients they need without any of the artificial additives they don't. And who wouldn't love that?

◄ ROLL OVER TO SEE WHAT'S INSIDE

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee
© 2007 Mars, Incorporated and its affiliates. All rights reserved.

Exhibit 18



**Dogs Rule.™**

www.pedigree.com



Help your dog be the best he can be with PEDIGREE® Dry Food.

Feature product



**PEDIGREE Healthy Maturity®** has an easier-to-crunch kibble because dogs over six often have more sensitive teeth and gums. It provides essential nutrients such as antioxidants, key minerals, and Omega Fatty Acids to promote healthy joints and keep older dogs healthy and active.



**DID YOU KNOW?**

Obesity can lead to joint damage, respiratory difficulties, heat and exercise intolerance, diabetes mellitus and circulatory problems.



Watch our new commercial! Real chicken.

**REALPLAYER REQUIRED**
**View commercial**

## DRY

Not only does PEDIGREE® Brand Dry Food For Dogs provide your dog with a balanced diet of vitamins, minerals, essential fatty acids, fiber and protein, it's a delicious foundation to your dog's overall diet. It's also helpful in preventing the accumulation of dental tartar and plaque. And dry food has the added benefit of being very convenient for you.

Dry

**For Puppies**
PUPPY

**For Adult Dogs**
CHICKEN, RICE & VEGETABLES
SMALL BREED
LARGE BREED
PEDIGREE COMPLETE NUTRITION™
LAMB & RICE
PEDIGREE PERFORMANCE™
WEIGHT LOSS
WEIGHT MAINTENANCE

**For Senior Dogs**
PEDIGREE HEALTHY MATURITY®

**For Overweight Dogs**
WEIGHT LOSS
WEIGHT MAINTENANCE




Exhibit 19

Contact us     FAQs     My Profile     Legal     Site Owner     Newsroom     **Privacy**     Site map     Other Countries

© 2007 Mars, Incorporated and its Affiliates.  All Rights Reserved.



**Dogs Rule.™**

www.pedigree.com

**Dry Nutrition for Adult Dogs**



## PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs - Dry

New, improved PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs (formerly PEDIGREE COMPLETE NUTRITION® Meaty Chunks With Rice & Vegetables) offers a way for dogs to get the healthy benefits of real vegetables and real chicken in a tasty balanced meal owners can feel good about feeding every day. It's made up of five different components to offer a variety of flavors and textures that dogs love.

- PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Made with real chicken, a high quality protein source
- Made with healthy real vegetables that dogs love
- Higher guaranteed levels of protein than BENEFUL® Original (Based on guaranteed analysis: PEDIGREE WITH CHICKEN RICE & VEGETABLES™: 26% protein, BENEFUL® Original: 25% protein)
- Nutritionally complete and balanced for both **puppies** and adult dogs
- Contains patented HEALTHY NUGGETS™ pocket kibbles that have a dual texture- crispy outside with a soft, creamy inner
- Contains the Advanced Antioxidant Recipe with guaranteed levels of vitamins E & C
- Highly digestible ingredients so nutrients are easily absorbed
- Improved taste that dogs love
- Select sizes available with the SLIDE RITE® Zipper for easy opening and resealing between feedings
- No artificial flavors or fillers

**Overall health**
Balanced protein and fat levels to help older dogs stay fit and lean

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**

## Nutrition Statement:

PEDIGREE WITH CHICKEN RICE & VEGETABLES™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for growth and maintenance.

## INGREDIENTS

Ground Whole Corn, Meat and Bone Meal, Corn Gluten Meal, Chicken By-product Meal, Animal Fat (preserved with BHA/BHT), Natural Poultry Flavor, Wheat Flour, Chicken, Rice, Dried Whole Peas, Wheat Mill Run, Dried Beet Pulp, Wheat Gluten, Salt, Carrot

**Exhibit 20**

High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### RECOMMENDED DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF DOG | CUPS PER DAY+ |
|---|---|
| Up To 10 lbs. | 1/3 to 1 |
| 10 to 25 lbs. | 1 to $2^{1/4}$ |
| 25 to 50 lbs. | $2^{1/4}$ to $3^{1/2}$ |
| 50 to 75 lbs. | $3^{1/2}$ to $4^{3/4}$ |
| 75 to 150 lbs. | $4^{3/4}$ to 8 |

1 cup = 8 oz. measuring cup, 1 can = 13.2 oz, 1 pouch = 5.3 oz.

An individual dog's requirements may differ from this guide. Puppies can be fed up to 1-1/2 times the highest amount listed in their category.

**MIXING WITH CANNED?**
Replace 1-1/4 cups for each can of PEDIGREE® TRADITIONAL GROUND DINNER® Food For Adult Dogs.

**MIXING WITH POUCHES?**
Replace 1/3 cup for each pouch of PEDIGREE® LITTLE CHAMPIONS® Food For Adult Dogs.

| Moisture max. | 12.0% |
|---|---|
| Linoleic Acid, min. | 1.7% |
| Calcium, min. | 1.0% |
| Phosphorus, min. | 0.8% |
| Vitamin E, min. | 225 IU/kg |
| Vitamin C, min. | 70 mg/kg |

### TYPICAL ANALYSIS

| Moisture | % | 8.15 |
|---|---|---|
| Protein | % | 27.55 |
| Fat | % | 14.14 |
| Crude Fiber | % | 2.08 |
| Linoleic Acid | % | 2.09 |
| Calcium | % | 1.80 |
| Phosphorus | % | 1.21 |
| Vitamin E | IU/kg | 272.00 |
| Vitamin C | mg/kg | 82.40 |

### TYPICAL ANALYSIS:

| Nutrients | Per 100g "As Is" | Typical Nutrient Analysis per 1000 kcal |
|---|---|---|
| Crude Protein, g | 27.3 | 77.36 |
| Crude Fat, g | 14.3 | 40.52 |
| Crude Fiber, g | 1.9 | 5.38 |
| Ash, g | 10.5 | 29.75 |
| **Minerals** | | |
| Calcium, g | 1.56 | 4.43 |
| Copper, mg | 1.46 | 4.14 |
| Magnesium, g | 0.12 | .035 |
| Phosphorus, g | 1.38 | 3.92 |
| Potassium, g | 0.79 | 2.23 |
| Sodium, g | 0.61 | 1.72 |
| Zinc, mg | 20.80 | 58.94 |

**Vitamins**

| | | |
|---|---|---|
| Vitamin A, IU | 822 | 2329 |
| Vitamin E, IU | 27.4 | 77.64 |



**Pedigree** NEW! **PEDIGREE**
## 2-STEP WEIGHT PROGRAM™

PRODUCT INFO • WEIGHT TRACKER • ASK THE EXPERT • FAQ • HEALTH TEST

**PRODUCT INFO**

## PEDIGREE 2-STEP WEIGHT PROGRAM™ is designed to help dogs lose weight and keep it off!

PEDIGREE introduces a unique approach to weight loss for dogs with the new PEDIGREE 2-STEP WEIGHT PROGRAM™. This program consists of two different formulas:

Step 1: PEDIGREE WEIGHT LOSS™ and
Step 2: PEDIGREE WEIGHT MAINTENANCE™.

**Step 1: PEDIGREE WEIGHT LOSS™** for Overweight Adult Dogs is a unique high protein diet designed to help dogs safely lose up to 10% excess body weight in only 12 weeks.

- Contains more than twice the protein of PEDIGREE COMPLETE NUTRITION™ Dry Food and is designed to help dogs burn more calories.
- Intended for overweight but otherwise healthy dogs
- Once the 12-week program is completed, gradually transition to Step 2: PEDIGREE WEIGHT MAINTENANCE™

**Guaranteed Analysis:**
Crude Protein (Min.) 50.0%
Crude Fat (Min.) 8.0%
Crude Fiber (Max.) 3.0%
Moisture (Max.) 12.0%
Vitamin E (Min.) 225 IU/kg
Vitamin C* (Min.) 70 mg/kg

**Ingredients:** CHICKEN BY-PRODUCT MEAL, SOY PROTEIN CONCENTRATE, GROUND YELLOW CORN, CORN GLUTEN MEAL, NATURAL POULTRY FLAVOR, CARAMEL COLOR, POTASSIUM CHLORIDE, METHYL ESTER OF VEGETABLE OIL FATTY ACID, VEGETABLE OIL (SOURCE OF LINOLEIC ACID), VITAMINS (DL-ALPHA TOCOPHEROL, ACETATE [SOURCE OF VITAME E], CHOLINE CHLORIDE, L-ASCORBYL-2 POLYPHOSPHATE [SOURCE OF VIAMIN C*] VITAMIN A, ACETATE, THIAMINE MONONITRATE [VITAMIN B], BIOTIN, D-CALCIUM PANTOTHENATE, RIBOFLAVIN SUPPLEMENT [VITAMIN B2], VITAMIN D3 SUPPLEMENT, VITAMIN B12 SUPPLEMENT), TRACE MINERALS (ZINC SULFATE, COPPER SULFATE, POTASSIUM IODIDE), BHA / BHT (A PRESERVATIVE)

*NOT RECOGNIZED AS AN ESSENTIAL NUTRIENT BY THE AAFCO DOG FOOD NUTRIENT PROFILES.

**Step 2: PEDIGREE WEIGHT MAINTENANCE™** for Overweight or Less Active Dogs is designed to help promote lean muscle mass while keeping off fat. It combines meat protein, rice, vitamin-rich vegetables, and HEALTH NUGGETS™ in a savory meal that dogs love.

- Highly digestible ingredients so nutrients are easily absorbed
- Balanced protein and fat levels to help dogs stay fit and lean
- Contains the ADVNACE ANTIOXIDANT RECIPE™ Blend (including Vitamins C&E) to help protect every cell in your dog's body
- The right balance of calcium and phosphorus for strong teeth and bones
- Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat
- High quality proteins which provide amino acids for strong, healthy muscles

### View the Commercial

Watch the **TV commercial** for the new PEDIGREE 2-STEP WEIGHT PROGRAM™.

### Need some extra support?

Our **Weight Matters Discussion Forum** allows you to share your experience with other dog owners using PEDIGREE 2-STEP WEIGHT PROGRAM™.

**Exhibit 21**

**Guaranteed Analysis**
Crude Protein (Min.) 25.0%
Crude Fat (Min.) 7.0%
Crude Fat (Max.) 9.0%
Crude Fiber (Max.) 3.0%
Moisture (Max.) 12.0%
Vitamin E (Min.) 225 IU/kg
Vitamin C* (Min.) 70 mg/kg

**Ingredients**: GROUND YELLOW CORN, CORN GLUTEN MEAL, MEAT AND BONE MEAL, CHICKEN BY-PRODUCT MEAL, DRIED PEAS, WHEAT MILL RUN, NATURAL POULTRY FLAVOR, ANIMAL FAT (PRESERVED WITH BHA / BHT) POTASSIUM CHLORIDE, CARROT POWDER, WHEAT FLOUR, SALT, CARAMEL COLOR, ALFALFA PROTEIN CONCENTRATE, VEGETABLE OIL (SOURCE OF LINOLEIC ACID), VITAMINS (DL-ALPHA TOCOPHEROL, ACETATE [SOURCE OF VITAME E], CHOLINE CHLORIDE, L-ASCORBYL-2 POLYPHOSPHATE [SOURCE OF VIAMIN C*] VITAMIN A, ACETATE, THIAMINE MONONITRATE [VITAMIN B], BIOTIN, D-CALCIUM PANTOTHENATE, RIBOFLAVIN SUPPLEMENT [VITAMIN B2], VITAMIN D3 SUPPLEMENT, VITAMIN B12 SUPPLEMENT), TRACE MINERALS (ZINC SULFATE, COPPER SULFATE, POTASSIUM IODIDE), BHA / BHT (A PRESERVATIVE)

*NOT RECOGNIZED AS AN ESSENTIAL NUTRIENT BY THE AAFCO DOG FOOD NUTRIENT PROFILES.





**Dogs Rule.™**

www.pedigree.com

For dogs, variety is not the spice of life. Unless you're talking about snacks & treats!

Feature product



**PEDIGREE WITH CHICKEN, RICE & VEGETABLES ™ Food for Dogs**

Dogs don't know what's good for them, but you do. That's why you'll both be incredibly satisfied with the wholesome ingredients, advanced antioxidants, and great taste our PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ product offers.

## We feed more dogs than anyone around the world

As the leader in pet nutrition, we have the right product for all of your dog's life stages so he can live a longer, healthier and happier life. PEDIGREE contains the complete nutrition your dog needs to keep him healthy from puppy-hood right through to his senior years. And with so many products to choose from, you can be sure that your dog's needs are always satisfied.

Canned

Pouch

Dry

Snacks & treats

For Puppies

For Adult Dogs

For Senior Dogs

For Overweight Dogs



Does your dog chew things he shouldn't?

## DID YOU KNOW **?**

Obesity can lead to joint damage, respiratory difficulties, heat and exercise intolerance, diabetes mellitus and circulatory problems.

Contact us    FAQs    My Profile    Legal    Site Owner    Newsroom    **Privacy**    Site map    Other Countries

© 2007 Mars, Incorporated and its Affiliates.  All Rights Reserved.



Dogs Rule.™

www.pedigree.com

**Dry Nutrition for Adult Dogs**



## PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs - Dry

New, improved PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs (formerly PEDIGREE COMPLETE NUTRITION® Meaty Chunks With Rice & Vegetables) offers a way for dogs to get the healthy benefits of real vegetables and real chicken in a tasty balanced meal owners can feel good about feeding every day. It's made up of five different components to offer a variety of flavors and textures that dogs love.

- PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Made with real chicken, a high quality protein source
- Made with healthy real vegetables that dogs love
- Higher guaranteed levels of protein than BENEFUL® Original (Based on guaranteed analysis: PEDIGREE WITH CHICKEN RICE & VEGETABLES™: 26% protein, BENEFUL® Original: 25% protein)
- Nutritionally complete and balanced for both **puppies** and adult dogs
- Contains patented HEALTHY NUGGETS™ pocket kibbles that have a dual texture- crispy outside with a soft, creamy inner
- Contains the Advanced Antioxidant Recipe with guaranteed levels of vitamins E & C
- Highly digestible ingredients so nutrients are easily absorbed
- Improved taste that dogs love
- Select sizes available with the SLIDE RITE® Zipper for easy opening and resealing between feedings
- No artificial flavors or fillers

**Overall health**
Balanced protein and fat levels to help older dogs stay fit and lean

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**

## Nutrition Statement:

PEDIGREE WITH CHICKEN RICE & VEGETABLES™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for growth and maintenance.

## INGREDIENTS

Ground Whole Corn, Meat and Bone Meal, Corn Gluten Meal, Chicken By-product Meal, Animal Fat (preserved with BHA/BHT), Natural Poultry Flavor, Wheat Flour, Chicken, Rice, Dried Whole Peas, Wheat Mill Run, Dried Beet Pulp, Wheat Gluten, Salt, Carrot

High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### RECOMMENDED DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF DOG | CUPS PER DAY+ |
|---|---|
| Up To 10 lbs. | 1/3 to 1 |
| 10 to 25 lbs. | 1 to $2^{1/4}$ |
| 25 to 50 lbs. | $2^{1/4}$ to $3^{1/2}$ |
| 50 to 75 lbs. | $3^{1/2}$ to $4^{3/4}$ |
| 75 to 150 lbs. | $4^{3/4}$ to 8 |

1 cup = 8 oz. measuring cup, 1 can = 13.2 oz, 1 pouch = 5.3 oz.

An individual dog's requirements may differ from this guide. Puppies can be fed up to 1-1/2 times the highest amount listed in their category.

**MIXING WITH CANNED?**
Replace 1-1/4 cups for each can of PEDIGREE® TRADITIONAL GROUND DINNER® Food For Adult Dogs.

**MIXING WITH POUCHES?**
Replace 1/3 cup for each pouch of PEDIGREE® LITTLE CHAMPIONS® Food For Adult Dogs.

| Moisture max. | 12.0% |
|---|---|
| Linoleic Acid, min. | 1.7% |
| Calcium, min. | 1.0% |
| Phosphorus, min. | 0.8% |
| Vitamin E, min. | 225 IU/kg |
| Vitamin C, min. | 70 mg/kg |

### TYPICAL ANALYSIS

| Moisture | % | 8.15 |
|---|---|---|
| Protein | % | 27.55 |
| Fat | % | 14.14 |
| Crude Fiber | % | 2.08 |
| Linoleic Acid | % | 2.09 |
| Calcium | % | 1.80 |
| Phosphorus | % | 1.21 |
| Vitamin E | IU/kg | 272.00 |
| Vitamin C | mg/kg | 82.40 |

### TYPICAL ANALYSIS:

| Nutrients | Per 100g "As Is" | Typical Nutrient Analysis per 1000 kcal |
|---|---|---|
| Crude Protein, g | 27.3 | 77.36 |
| Crude Fat, g | 14.3 | 40.52 |
| Crude Fiber, g | 1.9 | 5.38 |
| Ash, g | 10.5 | 29.75 |
| **Minerals** | | |
| Calcium, g | 1.56 | 4.43 |
| Copper, mg | 1.46 | 4.14 |
| Magnesium, g | 0.12 | .035 |
| Phosphorus, g | 1.38 | 3.92 |
| Potassium, g | 0.79 | 2.23 |
| Sodium, g | 0.61 | 1.72 |
| Zinc, mg | 20.80 | 58.94 |

**Vitamins**

| | | |
|---|---|---|
| Vitamin A, IU | 822 | 2329 |
| Vitamin E, IU | 27.4 | 77.64 |



**Dogs Rule.™**

www.pedigree.com

---

**Dry Nutrition for Adult Dogs**



## PEDIGREE LARGE BREED™ Food for Adult Dogs

PEDIGREE LARGE BREED™ Food for Dogs (formerly PEDIGREE COMPLETE NUTRITION™ Large Crunchy Bites food for adult dogs) has twice as much chicken protein and rice* for healthy digestion. It is a 100% complete and balanced meal that contains the ADVANCED ANTIOXIDANT RECIPE® blend and essential nutrition for bone and joint health.

- PEDIGREE LARGE BREED™ Food for Dogs now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Easy to digest so your dog absorbs more of the nutrient essential to his health
- Contains the ADVANCED ANTIOXIDANT RECIPE® Blend to promote healthy cells
- Contains Omega fatty acids plus essential nutrition for the healthiest skin and shiniest coat
- The right balance of calcium and phosphorus, essential for building string bones and joints, plus antioxidants to keep joints healthy

Select another flavor

**Overall health**
Contains the ADVANCED ANTIOXIDANT RECIPE™ blend (including vitamins C & E) to help protect every cell in your dog's body

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**
High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### Nutrition Statement:

PEDIGREE LARGE BREED™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for all life stages.

## INGREDIENTS

Ground Whole Corn, Meat and Bone Meal (Natural Source of Calcium), Chicken By-Product Meal (Natural Source of Glucosamine), Corn Gluten Meal, Rice, Animal Fat (preserved with BHA/BHT), Natural Poultry Flavor, Dried Beet Pulp, Wheat Flour, Salt, Potassium Chloride, Wheat Mill Run, Carmel Color, Vegetable Oil (Source of Linoleic Acid), Wheat Gluten, Vitamins (Choline Chloride, dl-Alpha Tocopherol Acetate [Source of Vitamin E], L-Ascorbyl-2-Polyphosphate [Source of Vitamin C*], Vitamin A Supplement, Thiamine Mononitrate [Vitamin B1], Biotin, d-Calcium Pantothenate, Riboflavin Supplement [Vitamin B2], Vitamin D3 Supplement,

**DAILY FEEDING GUIDE FOR ADULT DOGS***

| WEIGHT OF DOG** | CUPS PER DAY + |
|---|---|
| 55 to 75 lbs | 4 to 5 cups |

**SERVE AT ROOM TEMPERATURE.
REFRIGERATE UNUSED PORTION.
KEEP FRESH WATER AVAILABLE.**

**AVAILABLE SIZES:**
20 lbs, 32 lbs, 40 lbs

**RECOMMENDED FOR:**
Maintenance of Adult Dogs

| | | |
|---|---|---|
| Crude Fiber (Max.) | | 4.0% |
| Moisture (Max.) | | 12% |
| Calcium (Min.) | | 1% |
| Phosphorus (Min.) | | 0.8% |
| Glucosamine, (Min.) | | 350 mg/kg |
| Vitamin E (Min.) | | 225 IU/Kg |
| Vitamin C, (Min.) | | 70 mg/kg |

## TYPICAL ANALYSIS

| | | |
|---|---|---|
| Moisture | % | 7.30 |
| Protein | % | 23.00 |
| Fat | % | 11.88 |
| Crude Fiber | % | 1.90 |
| Calcium | % | 1.42 |
| Phosphorus | % | 0.99 |
| Vitamin E | IU/kg | 250.00 |
| Vitamin C | mg/kg | 72.26 |
| Glucosamine | mg/kg | 1089.00 |



**Dogs Rule.™**

www.pedigree.com

---

**Dry Nutrition for Adult Dogs**



## PEDIGREE SMALL BREED ™ Food for Adult Dogs

About 30% of dogs in the US are less than 25 lbs., yet there are few dry food choices that are specifically designed to meet their needs. PEDIGREE SMALL BREED™ dry food is specifically designed for the needs of small breed dogs. It has small, easy to crunch kibbles for the little teeth and jaws. It also outperforms the competition in taste and enjoyment, and has excellent digestibility and stool quality.

- PEDIGREE SMALL BREED™ now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Nutritionally complete and balanced and designed for the specific needs of small breed dogs
- Contains the ADVANCED ANTIOXIDANT RECIPE® Blend to promote healthy cells
- Highly digestible ingredients so nutrients are easily absorbed.
- No artificial flavors or fillers
- 2x Easier to Crunch™ than PEDIGREE COMPLETE NUTRITION™ Small Crunchy Bites Original Flavor

Select another flavor

**Overall health**
Contains the ADVANCED ANTIOXIDANT RECIPE™ blend (including vitamins C & E) to help protect every cell in your dog's body

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**
High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### Nutrition Statement:
PEDIGREE SMALL BREED™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for all life stages.

### INGREDIENTS
Ground Whole Corn, Chicken By-Product Meal, Rice, Corn Gluten Meal, Animal Fat (preserved with BHA/BHT), Meat and Bone Meal, Natural Poultry Flavor, Wheat Mill Run, Potassium Chloride, Wheat Flour, Salt, Carmel Color, Vegetable Oil (Source of Linoleic Acid), Vitamins (Choline Chloride, dl-Alpha Tocopherol Acetate [Source of Vitamin E], L-Ascorbyl-2-Polyphosphate [Source of Vitamin C*], Vitamin A Supplement, Thiamine Mononitrate [Vitamin B1], Biotin, d-Calcium Pantothenate, Riboflavin Supplement [Vitamin B2], Vitamin D3 Supplement, Vitamin B12 Supplement), Minerals (Zinc Sulfate, Copper

**DAILY FEEDING GUIDE FOR ADULT DOGS**

| WEIGHT OF DOG | CUPS PER DAY |
|---|---|

**AVAILABLE SIZES:**

4.4 lbs, 15.9 lbs

**RECOMMENDED FOR:**

Maintenance of Adult Dogs

| | | |
|---|---|---|
| Moisture | % | 7.40 |
| Protein | % | 22.70 |
| Fat | % | 11.70 |
| Crude Fiber | % | 1.60 |
| Vitamin E | IU/kg | 332.00 |
| Vitamin C | mg/kg | 111.00 |



Dogs Rule.™

www.pedigree.com

**Dry Nutrition for Puppies**



## PEDIGREE WEIGHT LOSS FORMULA™

Now available in new PEDIGREE® Slide-Rite® Zipper bag

- Unique, high-protein formula that has more than twice the protein of PEDIGREE COMPLETE NUTRITION™ Small Crunchy Bites and is designed to help dogs burn more calories
- The highest protein, lowest carbohydrate dry dog food on the market
- Designed to help dogs safely lose up to 10% excess body weight in just 12 weeks
- Made with high-quality proteins and a taste that dogs love
- Tasty HEALTHY NUGGETS™ Kibble and the ADVANCED ANTIOXIDANT RECIPE® Blend (including Vitamins C & E) to help promote healthy cells and support the immune system to help your dog live a long, healthy life

## INGREDIENTS

CHICKEN BY-PRODUCT MEAL, SOY PROTEIN CONCENTRATE, GROUND YELLOW CORN, CORN GLUTEN MEAL, NATURAL POULTRY FLAVOR, CARAMEL COLOR, POTASSIUM CHLORIDE, METHYL ESTER OF VEGETABLE OIL FATTY ACID, VEGETABLE OIL (SOURCE OF LINOLEIC ACID), VITAMINS (DL-ALPHA TOCOPHEROL ACETATE [SOURCE OF VITAMIN E], CHOLINE CHLORIDE, L-ASCORBYL-2-POLYPHOSPHATE [SOURCE OF VITAMIN C*], VITAMIN A ACETATE, THIAMINE MONONITRATE [VITAMIN B1], BIOTIN, D-CALCIUM PANTOTHENATE, RIBOFLAVIN SUPPLEMENT [VITAMIN B2], VITAMIN D3 SUPPLEMENT, VITAMIN B12 SUPPLEMENT), MINERALS (ZINC SULFATE, COPPER SULFATE, POTASSIUM IODIDE), BHA/BHT (A PRESERVATIVE).

*NOT RECOGNIZED AS AN ESSENTIAL NUTRIENT BY THE AAFCO DOG FOOD NUTRIENT PROFILES.

### DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF DOG | CUPS (8 oz.) PER DAY+ |
|---|---|
| 6 to 10 lbs. | $3/4$ to 1 |
| 10 to 25 lbs. | 1 - $2^{1/4}$ |
| 25 to 40 lbs. | $2^{1/4}$ to 3 |
| 40 to 55 lbs. | 3 to 4 |
| 55 to 70 lbs. | 4 to $4^{3/4}$ |
| 70 to 85 lbs. | $4^{3/4}$ to $5^{1/2}$ |
| 85 to 100 lbs. | $5^{1/2}$ to $6^{1/4}$ |
| Over 100 lbs. | $6^{1/4}$ cups + 1/2 cup for each additional 10 lbs. > 100 lbs. |

* An individual dog's requirements may differ from this guide. Adjust quantities appropriately for your dog.

** The PEDIGREE WEIGHT LOSS™ feeding guide provides approximately 20% less energy than the PEDIGREE COMPLETE NUTRITION™ Small Crunchy Bites Original Beef Flavor feeding guide.

+ Not intended for puppies, pregnant dogs, and nursing dogs.

## MIXING CANS OF PEDIGREE LEAN™?

Replace 1 cup of PEDIGREE WEIGHT MAINTENANCE™ Food For Dogs for each can of PEDIGREE LEAN™ Food For Adult Dogs. After feeding 12 weeks of PEDIGREE

## METABOLIZABLE ENERGY:

3,355 kcal/kg, 246 kcal/cup

**AVAILABLE SIZES:**
8 lbs, 15 lbs

**RECOMMENDED FOR:**
Overweight or Less Active Adult Dogs

1 cup = 8 oz measuring cup

**KEEP FRESH WATER AVAILABLE.**



**Pouch Nutrition for Puppies**



### PEDIGREE® LITTLE CHAMPIONS® COMPLETE NUTRITION in the FLAVOR-LOCK™ POUCH
### Healthy Start for Puppies Morsels in Sauce with Lamb

- Nourishing morsels in a delicious gravy
- The ADVANCED ANTIOXIDANT RECIPE® Blend (including Vitamins C & E) plus taurine, proven to help promote healthy cell development and support the immune system to help your dog live a long, healthy life
- Higher protein and fat levels to provide the energy your growing **puppy** needs
- Highly digestible ingredients so nutrients are easily absorbed

Select another flavor

The FLAVOR-LOCK™ pouch seals in mouthwatering flavor and is easy to open and serve.



**Available Sizes:** MORSELS IN SAUCE™ With Chicken (5.3 oz), MORSELS IN SAUCE™ With Lamb (5.3 oz)

Recommended For: Puppy Growth, Pregnant/Nursing Dogs, or as a Dry Food Topper for All Breeds

**Daily Feeding Guide for Puppies\***
**PEDIGREE® LITTLE CHAMPIONS® Puppy Food For Puppies MORSELS IN SAUCE™ With Chicken (5.3 oz)**

| WEIGHT OF PUPPY + | Pouches Per Day\* |
|---|---|
| Up to 7 lbs. | $^{1/2}$ to 2 |
| 7 to 16 lbs. | $1^{1/4}$ to 4 |
| 16 to 35 lbs. | $2^{1/3}$ to 7 |

\* This daily amount can be spread out over 2 or more feedings. An individual puppy's requirements may differ from this guide.

+ Pregnant and nursing dogs can be fed up to 50% more than the highest amount listed in their weight category.

1 pouch = 5.3 oz
1 cup = 8 oz measuring cup

**Mixing With / Serve:**

MIXING WITH DRY? Replace 1/3 cup of PEDIGREE PUPPY® Food For Puppies with 1 pouch. **SERVE AT ROOM TEMPERATURE. REFRIGERATE UNUSED PORTION. KEEP FRESH WATER AVAILABLE**

### INGREDIENTS

Sufficient Water For Processing, Poultry, Meat By-Products, Lamb, Dried Egg Product, Wheat Gluten, Sodium Tripolyphosphate, Starch, Wheat Flour, Dried Tomato Pomace, Salt, Dried Chicory Pulp (Source Of Soluble Fiber), Taurine, Caramel Coloring, Minerals (Potassium Chloride, Zinc Sulfate, Copper Sulfate, Potassium Iodide), Sodium Alginate, Guar Gum, Vitamins (L-Ascorbyl-2-Polyphosphate [Source Of Vitamin C], dl-Alpha Tocopherol Acetate [Source Of Vitamin E], d-Calcium Pantothenate, Thiamine Mononitrate [Vitamin B1], Vitamin A & D Supplements, Biotin), Marigold Meal, Bay Leaves, Iron Oxide, Natural Flavor Blend.

### METABOLIZABLE ENERGY:
123 kcal/150g pouch

### GUARANTEED ANALYSIS

| | |
|---|---|
| Crude Protein Min. | 9.0% |
| Crude Fat Min. | 4.0% |
| Crude Fiber Max. | 1.5% |
| Moisture Max. | 82.0% |
| Calcium Min. | 0.28% |
| Phosphorus Min. | 0.17% |
| Vitamin E Min. | 100 IU/kg |

Case 1:07-cv-21221-CMA      Document 156-8      Entered on FLSD Docket 07/27/2007      Page 36 of 91



**Dry Nutrition for Adult Dogs**



## PEDIGREE PERFORMANCE for Adult Dogs Original Beef Flavor

More protein and fat for the added energy active or high performing dogs need. Appropriate for all breed sizes.

- ADVANCED ANTIOXIDANT RECIPE™ blend to promote healthy cells
- Omega Fatty Acids plus essential nutrition for the healthiest skin & shiniest coat
- High-quality proteins for strong, healthy muscles

**Overall health**
Contains the ADVANCED ANTIOXIDANT RECIPE™ blend (including vitamins C & E) to help protect every cell in your dog's body

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**
High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### RECOMMENDED DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF ADULT DOG | CUPS PER DAY + |
|---|---|
| Up To 10 lbs. | $1/3$ to $1\,1/4$ |
| 10 - 25 lbs. | $1\,1/4$ to $2\,1/2$ |
| 25 to 50 lbs. | $2\,1/2$ to $4\,1/4$ |
| 50 to 75 lbs. | $4\,1/4$ to $5\,3/4$ |
| Over 75 lbs. | $5\,3/4$ to $9\,3/4$ |

This feeding guide provides approximately 25% more energy than the PEDIGREE COMPLETE NUTRITION™ Food For Adult Dogs Small Crunchy Bites Original Beef Flavor feeding guide.

*An individual dog's requirements may differ from this guide.

+**Puppies** can be fed up to 11/4 times the highest amount listed in their category.

Pregnant and nursing dogs can be fed up to 2 1/3 times the amount listed.

## INGREDIENTS

GROUND YELLOW CORN, CHICKEN BY-PRODUCT MEAL, MEAT AND BONE MEAL, CORN GLUTEN MEAL, ANIMAL FAT (PRESERVED WITH BHA/BHT), RICE, NATURAL POULTRY FLAVOR, POTASSIUM CHLORIDE, DICALCIUM PHOSPHATE, SALT, WHEAT FLOUR, VEGETABLE OIL, WHEAT GLUTEN, CARAMEL COLOR, CALCIUM CARBONATE, TAURINE*, VITAMINS (DL-ALPHA TOCOPHEROL ACETATE [SOURCE OF VITAMIN E], CHOLINE CHLORIDE, L-ASCORBYL-2-POLYPHOSPHATE [SOURCE OF VITAMIN C*], VITAMIN A ACETATE, THIAMINE MONONITRATE [VITAMIN B1], D-CALCIUM PANTOTHENATE, VITAMIN D3 SUPPLEMENT, RIBOFLAVIN SUPPLEMENT [VITAMIN B2], BIOTIN, VITAMIN B12 SUPPLEMENT), MARIGOLD MEAL (SOURCE OF LUTEIN*), TRACE MINERALS (ZINC SULFATE, COPPER SULFATE, POTASSIUM IODIDE).

*NOT RECOGNIZED AS AN ESSENTIAL NUTRIENT BY THE AAFCO DOG FOOD NUTRIENT PROFILES.

## GUARANTEED ANALYSIS

| | |
|---|---|
| Crude Protein (Min.) | 27.0% |
| Crude Fat (Min.) | 15.0% |
| Crude Fiber (Max.) | 3.0% |
| Moisture (Max.) | 12% |
| Vitamin E (Min.) | 225 IU/Kg |
| Vitamin C* (Min.) | 70 IU/Kg |

KEEP FRESH WATER AVAILABLE.

**Pedigree**

**Dogs Rule.™**

www.pedigree.com

**Dry Nutrition for Adult Dogs**



## PEDIGREE COMPLETE NUTRITION™ for Adult Dogs - Small Crunchy Bites Original Beef Flavor

PEDIGREE COMPLETE NUTRITION™ Small Crunchy Bites Original Flavor provides all the nutrition and taste your dog deserves. PEDIGREE COMPLETE NUTRITION™ has the HEALTHY NUGGETS™ with Meaty Centers kibble, a delicious way for your dog to enjoy nutrition. The HEALTHY NUGGETS™ with Meaty Centers kibble are the first dual texture kibble in dry dog food. With it's crunchy outside and soft meaty center, the HEALTHY NUGGETS™ with Meaty Centers kibble is an innovative way to balance both nutrition and enjoyment. The crunchy outside is packed with essential nutrients along with our ADVANCED ANTIOXIDANT RECIPE® Blend. The soft, savory inside is a blend of meaty flavors that entice your dog. Together this balance of nutrition and taste creates a healthy eating experience that your dog will enjoy.

- PEDIGREE COMPLETE NUTRITION™ Small Crunchy Bites Original Flavor now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Nutritionally complete and balanced for all life stages
- Contains the ADVANCED ANTIOXIDANT RECIPE® Blend with Guaranteed levels of vitamins E & C
- Highly digestible ingredients so nutrients are easily absorbed
- No artificial flavors or fillers
- Contains Omega fatty acids plus essential nutrition for the healthiest skin and shiniest coat
- Contains quality protein for strong, healthy muscles
- Appropriate for all breed sizes

**Healthy cell development**
Contains antioxidants (including taurine, and Vitimins C & E) proven to promote the development of healthy cells

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**
High quality proteins which provide amino

## Nutrition Statement:

PEDIGREE COMPLETE NUTRITION™ Food For Dogs Small Crunchy Bites Original Flavor is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for all life stages.

## INGREDIENTS

Ground Whole Corn, Meat and Bone Meal, Corn Gluten Meal, Animal Fat (preserved with BHA/BHT), Wheat Mill Run, Ground Wheat, Natural Poultry Flavor, Wheat Flour, Salt, Potassium Chloride, Carmel Color, Vegetable Oil (Source of

acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients
are easily absorbed

**Daily Feeding Guide for Adult Dogs\***
**PEDIGREE® COMPLETE NUTRITION™ Small**
**Crunch Bites**

| WEIGHT OF DOG | CUPS PER DAY + |
|---|---|
| Up To 10 lbs. | $1/3$ to $1^{1/4}$ |
| 10 - 25 lbs. | $1^{1/4}$ to $2^{1/3}$ |
| 25 to 50 lbs. | $2^{1/3}$ to 4 |
| 50 to 75 lbs. | 4 to $5^{1/3}$ |
| 75 to 150 lbs. | $5^{1/3}$ to 9 |

An individual dog's requirements may differ from this
guide. **Puppies** can be fed up to 1-1/2 times the
highest amount listed in their category. Pregnant and
nursing dogs can be fed 3 times the amount listed.

1 cup = 8 oz measuring cup, 1 can = 13.2 oz, 1 pouch
= 5.3 oz

**MIXING WITH CANNED?**
Replace 1½ cups for each can of PEDIGREE®
TRADITIONAL GROUND DINNER® Food For Adult Dogs
Chopped or Chunky varieties.

**MIXING WITH POUCHES?**
Replace 1/3 cup for each pouch of PEDIGREE® LITTLE
CHAMPIONS® Food For Adult Dogs. KEEP FRESH
WATER AVAILABLE.

**AVAILABLE SIZES:** 4.4 lbs, 8.8 lbs, 22 lbs, 35.3 lbs,
44.1 lbs, 52 lbs

**RECOMMENDED FOR:** Maintenance of Adult Dogs,
Puppy Growth, Pregnant/Nursing Dogs

Vitamin E, Min.    225 IU/Kg
Vitamin C, min.    70 mg/kg

## TYPICAL ANALYSIS

| | | |
|---|---|---|
| Moisture | % | 9.25 |
| Protein | % | 22.85 |
| Fat | % | 12.09 |
| Crude Fiber | % | 1.84 |
| Linoleic Acid | % | 2.05 |
| Calcium | % | 2.20 |
| Phosphorus | % | 1.36 |
| Vitamin E | IU/kg | 299.00 |
| Vitamin C | mg/kg | 85.00 |

e-mail: [_____]     password: [_____]     login >

not registered? click here     forgot password?



**porterhouse steak flavor**
in meaty juices

Considered to be the finest cut of beef, the exquisitely tender and flavorful porterhouse is the inspiration for
Cesar® Canine Cuisine Porterhouse Steak Flavor in Meaty Juices.

NUTRITIONAL INFORMATION     |     INGREDIENTS

– MEAT SELECTIONS
**porterhouse steak**
filet mignon
beef
braised beef &
garden vegetables
top sirloin
lamb
pork tenderloin

+ POULTRY SELECTIONS
+ PUPPY MENU

**fine dining reviews**
See what other small-dog lovers are
saying about cesar® canine cuisine.
Read more

Read all dining reviews
Write your own review

**where to buy**

make your dinner
reservations now!

Privacy Policy   | Legal   | FAQs   | Contact Us   | Site Owner   | International Sites   | Archive

© 2007 Mars, Incorporated and its Affiliates. All Rights Reserved.

SEND TO A FRIEND | PRINT PAGE

<



## A healthy, balanced diet your four-legged friends will love!

**THE GOODLIFE RECIPE™ Food For Cats With Real Salmon, Brown Rice & Garden Greens**

**GUARANTEED ANALYSIS:**

| CRUDE PROTEIN | MIN. 34.0% | CALCIUM | MIN. 1.0% |
|---|---|---|---|
| CRUDE FAT | MIN. 13.0% | PHOSPHORUS | MIN. 0.8% |
| CRUDE FIBER | MAX. 4.5% | VITAMIN A | MIN. 11,000 IU/kg |
| MOISTURE | MAX. 12.0% | VITAMIN E | MIN. 225 IU/kg |
| LINOLEIC ACID | MIN. 1.4% | TAURINE | MIN. 0.15% |

**INGREDIENTS:**

GROUND CORN, CHICKEN-BY-PRODUCT MEAL, CORN GLUTEN MEAL, ANIMAL FAT, SALMON,   WHOLE GRAIN BROWN RICE, NATURAL POULTRY FLAVOR,  DRIED PEAS, DRIED BEET PULP, WHEAT FLOUR, RICE, BREWERS DRIED YEAST, SALT, POTASSIUM CHLORIDE, WHEAT GLUTEN, CHOLINE CHLORIDE, IRON OXIDE, TITANIUM DIOXIDE, CALCIUM CARBONATE, DRIED SPINACH, DRIED TOMATOES, DRIED CARROTS, SKIM MILK POWDER, DICALCIUM PHOSPHATE, TAURINE, dl-METHIONINE, MINERALS (ZINC SULFATE, COPPER SULFATE, MANGANESE SULFATE, POTASSIUM IODIDE), VITAMINS  (dl-ALPHA TOCOPHEROL ACETATE [SOURCE OF VITAMIN E], FOLIC ACID,  VITAMIN A ACETATE, L-ASCORBYL-2-POLYPHOSPHATE [SOURCE OF VITAMIN C], VITAMIN B12 SUPPLEMENT, NIACIN, RIBOFLAVIN SUPPLEMENT [VITAMIN B2], d-CALCIUM PANTOTHENATE, THIAMINE MONONITRATE [VITAMIN B1], VITAMIN D3 SUPPLEMENT, BIOTIN, PYRIDOXINE HYDROCHLORIDE [VITAMIN B6] ), VEGETABLE OIL (SOURCE OF LINOLEIC ACID), CHLOROPHYLL, NATURALLY PRESERVED WITH MIXED TOCOPHEROLS, MARIGOLD MEAL.

The Goodlife Recipe™ Food For Cats With Real Salmon, Brown Rice & Garden Greens is formulated to meet the nutritional levels established by the AAFCO Cat food Nutrient Profiles for all life stages.

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee

© 2007 Mars, Incorporated and its affiliates. All rights reserved.



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

FOOD FOR DOGS • FOOD FOR CATS

SNACKS & TREATS

WHERE TO BUY

## Variety makes The Goodlife Recipe™ brand food even better for dogs



You care about your dog. We care about your dog. That's why The Goodlife Recipe™ products contain high-quality natural ingredients like real beef or chicken, nutrient-rich vegetables and healthy whole grains. And we didn't forget that it has to taste great, too - so we made sure every bag of The Goodlife Recipe™ food is filled with the flavors dogs absolutely love.

**The Goodlife Recipe**™ Food for Dogs is available in two varieties and four sizes:

- **With Real Beef**, Brown Rice & Vegetables: 4-pound, 7-pound, 15.5-pound and 31.1-pound bags
  Ingredients and Nutritional Information

- **With Real Chicken**, Brown Rice & Vegetables: 4-pound, 7-pound and 15.5-pound bags
  Ingredients and Nutritional Information

## Our dog food isn't just good. It's the best you can buy.

Compare the The Goodlife Recipe™ brand with other brands and see for yourself.

| DRY DOG FOOD | Complete Nutrition Formula By Nestle | Original By Nestle | IAMS Chunks By IAMS | ONE Total Nutrition Chicken & Rice Formula | Complete Care By Nestle | |
|---|---|---|---|---|---|---|
| Real Meat/ Chicken/Fish | ✗ | ✓ | ✓ | ✓ | ✗ | ✓ |
| Min % Protein | 21% | 25% | 26% | 26% | 21% | 26% |
| With Real Vegetables | ✗ | ✓ | ✗ | ✗ | ✗ | ✓ |
| Whole Grain Brown Rice | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ |
| No Artificial Preservatives | ✓ | ✗ | ✓ | ✓ | ✓ | ✓ |
| No FD&C Dyes | ✗ | ✗ | ✓ | ✓ | ✗ | ✓ |
| No Soy | ✗ | ✗ | ✓ | ✓ | ✗ | ✓ |
| Great Taste | | The Goodlife Recipe™ Taste Guarantee – Your Dog Will Love It. | | | | ✓ |

More Nutritional Information

Privacy Policy | Legal |
Contact Us |
Where to Buy |
Product Guarantee

© 2007 Mars, Incorporated and its affiliates. All rights reserved.





FOOD FOR DOGS    FOOD FOR CATS

## Nutritional value. Unbeatable taste. That's The Goodlife Recipe™ pet food

The Goodlife Recipe™ Pet Care Company believes that natural is always best. That's why The Goodlife Recipe™ products are made up of real food, without any artificial flavors, preservatives or fillers. You know, more of the things your pets need and love, and less of the things they don't.

Nutritional Information





THE GOODLIFE RECIPE™
FOOD FOR DOGS

THE GOODLIFE RECIPE™
FOOD FOR CATS

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee

© 2007 Mars, Incorporated and its affiliates. All rights reserved.



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

## A healthy, balanced diet your four-legged friends will love!

Every bag of The Goodlife Recipe™ food for cats or dogs is a perfect blend of six tasty ingredient groups like real chicken, beef or salmon, healthy vegetables and hearty whole grains - created with our nutritionally balanced "pet food pyramid" as a guide. It's our way of giving your pets all the enjoyable taste and essential nutrients they need without any of the artificial additives they don't. And who wouldn't love that?

◄ ROLL OVER TO SEE WHAT'S INSIDE

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee
© 2007 Mars, Incorporated and its affiliates. All rights reserved.



Sheba® | The Only Food Worthy™



PHILOSOPHY    CUISINE    PORTRAYALS    COMPLIMENTARY ENTRÉE

POULTRY: CAT CUISINE CAREFULLY PREPARED BY HAND.

NEW SHEBA® PREMIUM CUTS™ POULTRY DINNERS ARE A NEW FELINE
EATING EXPERIENCE — MADE FROM THE THINGS THAT CATS REALLY LOVE.
SIMPLE YET SUCCULENT INGREDIENTS LIKE FILETS OF CHICKEN AND DUCK
THAT ARE NEVER SULLIED BY THE ADDITION OF ARTIFICIAL FLAVORS OR
BY-PRODUCTS. CONTAINING ONLY THE HIGHEST-QUALITY PROTEIN FROM
REAL MEAT, SHEBA® IS CUISINE TRULY WORTHY OF YOUR CAT.

- CHICKEN & TUNA DINNER WITH SAUCE
- CHICKEN BREAST DINNER WITH SAUCE
- CHICKEN & DUCK DINNER WITH SAUCE

©2007 Mars, Incorporated and its affiliates. All rights reserved.



username: [_____]   password: [_____]   **LOGIN**

Not Registered? Click here                                    Forgot Password?



## WHISKAS® MEATY SELECTIONS™

NEW PURRFECTLY FISH     WHISKAS DRY FOOD     WHISKAS POUCH FOOD     SNACK FOOD



- Purrfectly Fish
- Dry Food
- Pouch Food
- Snacks
- Product FAQs
- Testimonials









WHISKAS® MEATY SELECTIONS™ cat food is specially prepared to give your cat great taste and 100% complete and balanced nutrition for all his life stages. We've crafted a perfect mix of chicken and turkey flavored kibbles, double-basted and with a light and crunchy texture. To pique your cat's interest and appetite, we blend in our unique CRUNCHY MEATY NUGGETS™. Cats can't resist emptying their bowls to get to these tasty bits with crunchy outer shells and soft, flavor-rich centers.

Crude Protein: Min 30.0%, Crude Fat: Min 12.0%, Crude Fiber: Max 4.5%, Moisture: Max 12.0%, Calcium: Min 1.0%, Phosphorus: Min 0.8%, Taurine: Min 0.1%

321 kcals per 8-oz. cup (367 kcals per 100 g)

View Ingredients

**Ingredients**
Ground Yellow Corn, Chicken By-product Meal, Corn Gluten Meal, Animal Fat (Preserved with BHA/BHT), Natural Poultry Flavor, Wheat Flour, Rice, Brewers Dried Yeast, Salt, Potassium Chloride, Choline Chloride, Turkey By-product Meal, Caramel Color, Calcium Carbonate, dl-Methionine, Taurine, Trace Minerals (Zinc Sulfate, Copper Sulfate, Manganese Sulfate, Potassium Iodide), White Fish Meal, Vitamins (dl-Alpha Tocopherol)

### See These Other Foods Your Cat May Also Like







Seafood Selections          WHISKAS®          CHOICE CUTS® Seafood
                            TEMPTATIONS®       Menu Multi-Pack (12-pack)
                            Tantalizing Turkey Flavor







Store Locator | Contact Us | Privacy Policy | Legal | Press Room | Mars, Inc. | International
®/™ Trademarks © Mars, Incorporated 2007

username: | password: | LOGIN

Not Registered? Click here                                    Forgot Password?



## WHISKAS® POUCH FOOD

NEW PURRFECTLY FISH        WHISKAS DRY FOOD        WHISKAS POUCH FOOD        SNACK FOOD



- Purrfectly Fish
- Dry Food
- Pouch Food
- Snacks
- Product FAQs
- Testimonials







### WHISKAS® POUCH FOODS ARE MADE WITH REAL FISH AND MEAT. SO MY CAT REGIS COMES RUNNING WHEN IT'S TIME TO EAT.

Your cat can't resist tasty WHISKAS® foods in a pouch. With two mouth-watering textures and a variety of flavors, WHISKAS® pouch foods will satisfy even the most finicky of eaters. Made with real meat, poultry and fish, slow-cooked in natural juices, these meals will delight your cat. And for your convenience, the new FLAVOR-LOCK™ pouch makes serving quick and easy.



Store Locator | Contact Us | Privacy Policy | Legal | Press Room | Mars, Inc. | International
®/™ Trademarks © Mars, Incorporated 2007

username: | password: | LOGIN

Not Registered? Click here                                    Forgot Password?



## WHISKAS® CHOICE CUTS® WITH POACHED SALMON IN SAUCE

NEW PURRFECTLY FISH     WHISKAS DRY FOOD     WHISKAS POUCH FOOD     SNACK FOOD



- **Purrfectly Fish**
- **Dry Food**
- **Pouch Food**
- **Snacks**
- **Product FAQs**
- **Testimonials**









Even though she hates the water, your cat would swim upstream to catch this slow-cooked dinner. Hearty chunks of salmon and poultry smothered in a mouth-watering gravy make this a popular choice among the fish-loving cat crowd.

WHISKAS® CHOICE CUTS® are blends of delicious, meaty chunks marinated in rich, succulent sauces and slow cooked for a mouth-watering, homemade taste your cat will love. The special FLAVOR-LOCK™ pouch seals in the slow-cooked flavor and natural juices so the homemade taste your cat wants stays fresh and delicious. For cat lovers' convenience, the new FLAVOR-LOCK™ pouch makes serving quick and easy.

Crude Protein: Min 8.0%, Crude Fat: Min 3.0%, Crude Fiber: Max 1.0%, Moisture: Max 82.0%, Ash: Max 3.0%, Taurine: Min 0.05%

Approximately 50-60 kcals per 3.0-oz. (85 g) pouch

View Ingredients

**Ingredients**
Sufficient Water For Processing, Chicken, Meat By-Products, Wheat Flour, Salmon, Wheat Gluten, Starch, Salt, Natural Flavors, Sodium Tripolyphosphate, Caramel Coloring, Guar Gum, Potassium Chloride, Choline Chloride, Taurine, Dl-Methionine, Vitamin E & D3 Supplements, Iron Oxide, Thiamine Mononitrate (Vitamin B1), Zinc Sulfate, Ferrous Sulfate, Manganese Sulfate, Folic Acid, Pyridoxine Hydrochloride (Vitamin B6), Menadione Sodium Bisulfite Complex (Source Of Vitamin K Activity).

## See These Other Foods Your Cat May Also Like







CHOICE CUTS® With Cod & Shrimp in Sauce

TENDER BITES® With Beef in Juices

TENDER BITES® Chicken Dinner in Juices









The scrumptious seafood your cat can't resist.

LEARN MORE

Store Locator | Contact Us | Privacy Policy | Legal | Press Room | Mars, Inc. | International
®/™ Trademarks © Mars, Incorporated 2007

Sign In | Register

Site Map    Help    **Contact Iams® Pet Care and Nutrition Center**    | Search [        ] GO



**CATS**

| New Owner | Kitten | **Adult** | Mature/Senior |
| What to Feed | Health Solutions | Training & Behavior |

Home    Dogs    Cats    Products    Health & Nutrition    Toy Box    What's New



## Adult Cat
### Friends forever: How to enhance your cat's health.

She's your dearest friend–your confidante. Giving her the best of everything has always been your priority, and it's ours, too. Here, we've found the keys to helping your cat live well and be happy, with nutrition designed to promote her optimal health and vitality.

**Helpful Links**
Product Selector
Nutrition Factbook
Health Solutions
Breed Guide

**Fit Tips**



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.
**SIGN UP**
View sample newsletter



**Filter Articles**
Simply click below and you're on your way to keeping your pet healthy and active for a lifetime.

Topic [?]    ☐ Nutrition    ☐ Health    ☐ Training    ☐ Behavior
            ☐ Pet Stories    ☐ Technical Bulletin    ☐ Special Needs

**Find Articles**    or **View all articles**

### Cat Articles
Here are some of our most popular articles.
: : Five Steps to a Fitter Feline
: : Fiber and Your Cat's Nutrition
: : Healthy Skin and Coat for Your Cat
: : Managing Your Cat's Weight

Exhibit 22





NEW! IAMS®
SLOW-COOKED
CANNED RECIPES

Now mealtimes
are irresistible!

**Learn More!**

:: Two More Ways to Fight Hairballs
**More Articles**

TRY! IAMS® cat food for multi-cat homes!

LARGE or small,
IAMS® Multi-Cat™
nourishes all.

**IAMS Pet Poll**

Do you buy special treats for your
pet?

☐ **Yes**    ☐ **No**

**Vote**    See Results

For Veterinarians    For Breeders    For Shelters

Select Country | P&G Links | About The Iams Company | IAMSTruth.com | Privacy | Legal | News Room | Partners

Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:**  RSS  XML

By using the information contained in this site, you are bound by the terms in our Legal statement.



PRIVACY
BBBOnLine

BBBOnLine
RELIABILITY
PROGRAM

Sign In | Register

Site Map    Help    **Contact Iams® Pet Care and Nutrition Center**    | Search [            ] GO

**Life's Better**
**IAMS**

# HEALTH & NUTRITION

| Dog | Cat |
| Pet Health Insurance | IAMS Science |

| Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New |

## Health & Nutrition
### Ingredients for a healthier pet.



**Fit Tips**

**IAMS Newsletter**

Get info tailored to your pet's needs, news and valuable tips to help you enjoy more healthy years with your best friend.
**SIGN UP**
View sample newsletter

Our mission, just like yours, is to help your pet live a long and healthy life. When you feed IAMS premium nutrition, you're nourishing your dog or cat with natural ingredients and added vitamins and minerals. There are IAMS formulas made to support your pet during every life stage, for any lifestyle and for every activity level. We also can help you address other needs your pet may have, like weight management through diet and exercise, mature nutrition and hairball control.



**Filter Articles**
Simply click below and you're on your way to keeping your pet healthy and active for a lifetime.

**Species** [?] □ | Dog □ | Cat

**Breed Size** [?] □ | Small □ | Medium □ | Large

**Life Stage** [?] □ | Puppy / Kitten □ | Adult □ | Mature/Senior

**Topic** [?] □ | Nutrition □ | Health □ | Training □ | Behavior
□ | Pet Stories □ | Technical Bulletin □ | Special Needs

**Find Articles** or View all articles

**Useful Links**
Video for Iams Slow-Cooked Canned Dog Recipes
IAMS Science

**Exhibit 23**

[Pet Health Insurance](#)
[Cat Health & Nutrition](#)
[Dog Health & Nutrition](#)



**IAMS Pet Poll**

Do you buy special treats for your pet?

☐ **Yes**    ☐ **No**

[Vote] [See Results](#)

For Veterinarians    For Breeders    For Shelters

Select Country  |  P&G Links  |  About The Iams Company  |  IAMSTruth.com  |  Privacy  |  Legal  |  News Room  |  Partners

Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:**  

By using the information contained in this site, you are bound by the terms in our [Legal statement.](#)

IAMS COMPANY

Contact Us Now!   search   GO

About the Iams Company    Iams People    Iams University

How can we help you and your pet?

JOBS   ABOUT R&D   FAQ   NEWS / STORIES   IAMS.COM   EUKANUBA.COM

## About the Iams Company



# A message from the dog and cat lovers at Iams

Welcome to Iams on the Web. If you currently feed your dog or cat Eukanuba® and Iams® products, we hope you find this web site useful for product updates, literature and general information regarding your pet's health and nutrition. If you are not yet familiar with The Iams Company but are interested in our products, this site will explain how we can help your dog or cat live a long, healthy life.

**Our Mission...** Is to enhance the well-being of dogs and cats by providing world-class quality foods and pet care products that delight the consumer and strengthen the human-pet bond.

Our History    Our Mission    Our Beliefs

*Help keep your cat healthy. Check out the lineup of Eukanuba nutrition products.*

*Eukanuba has veterinarian-prescribed pet food formulas for dogs and cats.*

*Find out the benefits of our Iams dog food products.*

*Want to learn more about our Eukanuba dog food products?*

# Our History - Quick Facts About The Iams Company

* Animal nutritionist Paul Iams founded The Iams Company in 1946 in a small feed mill near Dayton, Ohio. Clay Mathile joined Iams in 1970 and purchased the company in 1982. Paul Iams established the company's nutritional foundation, and Clay Mathile provided the vision to enable The Iams Company to become a world leader in dog and cat nutrition.

* The Procter & Gamble Company (P&G) acquired Iams in September 1999. Iams joined P&G's Health Care global business unit.

* Paul Iams wanted an unusual, memorable name for his superior product. He called it Eukanuba (you can noo' bah), an expression used in the 1940s to mean "the best." Jazz musician Hoagie Carmichael made the expression popular.

* The Iams Company sells Eukanuba® and Iams® premium dog and cat foods (dry and canned) in 70 countries. Iams employs more than 2500 people.

* Iams makes dry dog and cat food at plants in Lewisburg, Ohio; Aurora, Neb.; Henderson, N.C.; Leipsic, Ohio; and Coevorden, The Netherlands. The Iams Heartland plant in North Sioux City, S.D., makes canned dog and cat food.

* Eukanuba Dog & Cat Foods are sold in pet specialty stores and veterinary offices and clinics. Iams Dog & Cat Foods are sold in pet specialty stores, veterinary offices and clinics, feed and grain stores, gourmet food stores, and pet boarding & grooming locations. Iams Dog & Cat Foods is also available in grocery stores, mass merchandisers and drug stores in North America. Eukanuba Veterinary Diets — therapeutic foods for dogs and cats — are available exclusively from veterinarians to help manage specific pet health disorders.

* The Paul F. Iams Technical Center is one of the premier companion animal facilities in the world. The Iams team of nutritionists, veterinarians and food scientists conducts controlled feeding studies to enhance the well being of dogs and cats.

* The Iams Pet Professionals offer information on proper pet care and nutrition through a toll-free answer line at 1-800-675-3849.

Exhibit 24

## Our Mission

The mission of The Iams Company is to enhance the well-being of dogs and cats by providing world-class quality foods and pet care products that delight the consumer and strengthen the human-pet bond.

## Iams Beliefs

This is the way we will conduct business:
* We operate with integrity in all aspects of our business.

* Quality is the cornerstone of our business and the number one responsibility of all our employees, suppliers and distributors.

* We are sensitive to the needs of our internal and external customers and we guarantee to fulfill the promises we make.

* Our employees are essential to our success and we will provide opportunities for job challenge, training and self-development.

* We work as a team to attain success and our team concept can only be achieved by recognizing our mutual inter-dependence and by maintaining open and honest communication free of third-party intervention. It is every team member's responsibility to:

1. Be honest.
2. Do your best.
3. Treat others with dignity and respect.

* We conduct ongoing research to continuously improve existing products and develop innovative, highly nutritious new products.

* We are committed to a safe work environment and safe work practices.

* We will be environmentally responsible.

* We will actively support community betterment for the mutual improvement of the communities where we operate and The Iams Company.

* We run our business to earn a reasonable return on investment.

Back to Top

---

Launch Iams.com                              Launch Eukanuba.com

The Iams Company - 7250 Poe Avenue - Dayton, Ohio 45414
Phone: (800) 675-3849
Copyright© 2005 The Iams Company. All rights reserved worldwide.
Copyright (c) 1995-2005 The Iams Company. All rights reserved worldwide.

Iams Company News: RSS XML

Privacy Statement

By using the information contained in this site, you are bound to the terms in our Legal Statement.

 



Sign In    Register      Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**     Search [ ] GO

**PRODUCTS**     Dog Food     Cat Food     Veterinary Diet     Where to Buy

Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New

## Cat Formulas



**Vet Recommended**

Eukanuba Veterinary Diets Cat Formulas can provide important nutritional benefits to cats with unique needs such as weight control, intestinal or urinary conditions and critical care. Consult your veterinarian about the best diet for your cat's condition.



Eukanuba
VETERINARY DIETS®

**Allergy, Skin and Coat Conditions**
Response™ LB/Feline Canned Formula

**Intestinal Health**
Low-Residue™ Adult/Feline Dry Formula
Low-Residue™ Adult/Feline Canned Formula

**Weight Management**
Restricted-Calorie™/Feline Dry Formula
Restricted-Calorie™/Feline Canned Formula
Optimum Weight Control/Feline Dry Formula
Maximum-Calorie™/Canine & Feline Canned Formula

**Kidney Conditions**
Multi-Stage Renal™/Feline Dry Formula
Multi-Stage Renal™/Feline Canned Formula

**Urinary Conditions**
Low pH/S™/Feline Dry Formula
Low pH/S™/Feline Canned Formula
Moderate pH/O™/Feline Dry Formula
Moderate pH/O™/Feline Canned Formula

Vets recommend **Iams** to help cats live healthier, longer. Learn more. ▶▶

**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

**IAMS Pet Poll**

Do you buy special treats for your pet?

◯ Yes    ◯ No

[ Vote ]   See Results

**Vets Recommend Iams**



Vets recommend **Iams** to help pets live healthier, longer. Learn more. ▶▶

**For Veterinarians**    **For Breeders**    **For Shelters**

Select Country | P&G Links | About The Iams Company | IAMSTruth.com | Privacy | Legal | News Room | Partners

Sporting Dog | Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:** 

By using the information contained in this site, you are bound by the terms in our Legal statement.



**Exhibit 25**



Sign In   Register          Site Map   Help   Contact Iams® Pet Care and Nutrition Center     Search [____] GO

**PRODUCTS**

Dog Food | Cat Food
Veterinary Diet | Where to Buy

Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New

## Restricted-Calorie™/Feline Dry Formula

Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

### Product Information

Restricted-Calorie formulas are high-quality foods that have been specially developed to help your pet lose excess pounds safely. You can feed a reasonable amount of the Formula and still control fat and calorie intake.

Restricted-Calorie formulas are low-calorie, low-fat diets with high-quality, animal-based proteins. This helps your pet lose fat and keep lean muscle. These protein sources also provide great taste. Instead of using excessive levels of inexpensive fiber, Restricted-Calorie contains normal fiber levels from beet pulp, an excellent source that promotes normal bowel function and small, firm stools. Restricted-Calorie formulas also have an appropriate balance of omega-6 and omega-3 fatty acids for healthy skin and coat.



### Calories

3,564 kcal/kg, 277 kcal/cup, 2.68 oz/cup

### Ingredients

Chicken By-Product Meal, Corn Grits, Corn Meal, Ground Whole Grain Sorghum, Dried Beet Pulp (sugar removed), Fish Meal (source of fish oil), Dried Egg Product, Chicken Fat (preserved with Mixed Tocopherols, a source of vitamin E, and Citric Acid), Natural Chicken Flavor, Potassium Chloride, Brewers Dried Yeast, DL-Methionine, Calcium Carbonate, Choline Chloride, Salt, Chromium Picolinate, Vitamin E Supplement, Vitamin A Acetate, Zinc Oxide, Manganese Sulfate, Niacin, Ascorbic Acid, L-Carnitine, Ethoxyquin (a preservative), Calcium Pantothenate, Biotin, Rosemary Extract, Thiamine Mononitrate (source of Vitamin B1), Copper Sulfate, Pyridoxine Hydrochloride (source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (source of Vitamin B2), Vitamin D3 Supplement, Inositol, Folic Acid, Potassium Iodide, Cobalt Carbonate

### Guaranteed Analysis

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 32.0% |
| Crude Fat not less than | 8.5% |
| Crude Fat not more than | 10.5% |
| Crude Fiber not more than | 3.0% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.11% |
| Taurine not less than | 0.12% |
| Vitamin A not less than | 75,000 IU/kg |
| L-Carnitine not less than | 80 mg/kg* |
| Omega-6 Fatty Acids not less than | 0.90%* |
| Omega-3 Fatty Acids not less than | 0.18%* |

Exhibit 26

\* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

**Feeding Guidelines**

| Weight (lbs.) | Maintenance (cups/day) | Weight Loss (cups/day) |
| --- | --- | --- |
| 4 to 8 | 1/3 to 1 | 1/4 to 2/3 |
| 8 to 12 | 1 to 1 1/3 | 2/3 to 3/4 |
| 12 to 16 | 1 1/3 to 1 3/4 | 3/4 to 1 1/4 |
| 16 to 22 | 1 3/4 to 2 1/2 | 1 1/4 to 1 2/3 |

Dry/Canned Mix: For each 1/3 cup of dry food you may substitute 1/2 of a can.

These guideline amounts are a starting point and your cat may need more food depending on age, activity, and temperament. In order to reach an optimal body condition, you may need to adjust food intake. This chart represents the total recommended volume of food per day. You should divide the total recommended volume by the number of times you feed your cat per day to get the actual portion size per feeding. Consult your Iams Representative for detailed feeding instructions or call 1-800-535-VETS (8387).

**Product Availability**
4.5 lbs Bag
11 lbs Bag
20 lbs Bag



IAMS Pet Poll

Do you buy special treats for your pet?

◯ **Yes**   ◯ **No**

[ Vote ]   See Results



For Veterinarians     For Breeders     For Shelters

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:     RSS  XML

By using the information contained in this site, you are bound by the terms in our Legal statement.



CERTIFIED MAIL RETURN RECEIPT REQUESTED

In Reply refer to # CVM-06002V

Mr. Gerald G. May Director, Government and Trade Affairs Product Safety and Regulatory Affairs
The Iams Company
6571 State Route 503 North
P. O. Box 189

Lewisburg, Ohio 45338-0189

WARNING LETTER

Dear Mr. May:

The Center for Veterinary Medicine (CVM) reviewed The Iams Company website with respect to several Eukanuba brand products containing chromium tripicolinate. Chromium tripicolinate when added to food is a food additive as defined in section 201(s) of the Federal Food, Drug, and Cosmetic Act (the Act) [Title 21 United States Cod (U.S.C.) Section 321(s)(21 U.S.C. 321 (s))]. The Iams Company stated in a letter dated January 6, 2006, and on The Iams Company website as recently as November 17, 2006, that Eukanuba Veterinary Diets Optimum Weight Control/Canine dry, Optimum Weight Control/Feline dry, Restricted-Calorie/Canine dry and canned, and Restricted-Calorie/Feline dry an canned contain chromium tripicolinate. Because the food additive chromium tripicolinate is not the subject of a regulation prescribing the conditions under which it maybe safely used,
it is unsafe under section 409 [21 U.S.C. 348] of the Act. Foods, including animal feed and the products listed above, that contain food additives that are unsafe within the meaning of section 409 [21 U.S.C.348] of the Act are adulterated under section 402(a)(2)(C)(i) [21 U.S.C. 342(a)(2)(C)(i)] of the Act. The introduction or delivery for introduction into interstate commerce of an adulterated food is a prohibited act as specified in section 301(a) [21 U.S.C. 331(a)] of the Act.

On January 11, 1996, CVM indicated it was not likely to take enforcement action with respect to the inclusion of chromium tripicolinate as a source of supplemental chromium in diets for swine at levels of 0.2 ppm (200 parts per billion (ppb)) or less, however, we did not make this statement with respect to the use of chromium tripicolinate in any other animal feed. In a July 9, 2004 letter, CVM denied The Iams Company's request to extend the exercise of its enforcement discretion to the use of chromium tripicolinate in dog food at amounts up to 150 ppb and in cat food at amounts up to 200 ppb. In a January 6, 2006 letter to CVM, The Iams Company submitted data purporting to demonstrate that chromium tripicolinate is non-genotoxic. CVM responded in an April 25, 2006, letter, informing The Iams Company that the data it submitted are inconclusive and not sufficient to address CVM 's target animal safety concerns. CVM reminded The Iams Company that we did not intend to exercise enforcement discretion with respect to the use of chromium tripicolinate in any animal feed products other than diets for swine.

This letter is not intended to be an all-inclusive review of the products The Iams Company manufactures and markets. It is The Iams Company's responsibility to ensure that its over all operation and the products it manufactures and markets are in compliance with the Act.

The Iams Company should take prompt action to correct the above cited violations, and should establish procedures whereby such violations do not recur. Failure to do so may result in regulatory action without further notice, including seizure and/or injunction.

Please notify this office in writing within fifteen (15) working days of receipt of this letter of the specific steps The Iams Company has taken to correct the noted violations. Include an explanation of each step being taken to identify and to correct any underlying problems necessary to assure similar violations will not recur. You should include in your response copies of documents that support your corrective actions. If corrective action cannot be completed within fifteen (15) working days, state the reason for delay and the time within which the corrections will be completed.

Your written response should be sent to Mr. Kim Young, Deputy Director, Acting Director, Division of Compliance, HFV 230, FDA-Center for Veterinary Medicine, 7519 Standish Place, Rockville, Maryland 20855. If you have any questions about this letter, please contact Dr. Cathie Marshall by telephone at 240-276-9217 or by email at cathie.marshall@fda.hhs.gov.

Sincerely,

/S/

Kim R. Young
Deputy Director Division of Compliance
HFV-230 Center for Veterinary Medicine



Exhibit 27



Sign In    Register          Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**     Search [        ] GO

**Life's Better IAMS** **PRODUCTS**

| Dog Food | Cat Food |
| Veterinary Diet | Where to Buy |

Home   Dogs   Cats   Products   Health & Nutrition   What's New   Friends for Life

## Multi-Stage Renal™/Feline Dry Formula

Product Information | Calories | Ingredients
Guaranteed Analysis | Feeding Guidelines | Product Availability

**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

**Product Information**
**How can the Renal Management System help?** Nutritional Kidney Formula Multi-Stage Renal is designed to address the nutritional needs of your cat once kidney failure has been identified by your veterinarian. It provides appropriate amounts of protein to help your cat maintain overall condition, plus special ingredients to help minimize the buildup of wastes in the bloodstream.



**Calories**
4,400 kcal/kg, 535 kcal/cup, 4.28 oz./cup

**Ingredients**
Corn Grits, Chicken, Corn Gluten Meal, Chicken Fat (preserved with mixed Tocopherols, a source of vitamin E, and Citric Acid), Soy Protein Isolate, Dried Beet Pulp (sugar removed), Gum Arabic, Fish Oil (preserved with Ethoxyquin), Natural Chicken Flavor, Fructooligosaccharides, Calcium Carbonate, Potassium Citrate, Potassium Chloride, DL-Methionine, Choline Chloride, Salt, Taurine, L-Tryptphan, Vitamin E Supplement, Zinc Oxide, Manganese Sulfate, Ethoxyquin (a preservative), Niacin, Ascorbic Acid, Copper Sulfate, Vitamin A Acetate, Calcium Pantothenate, Biotin, Rosemary Extract, Thiamine Mononitrate (source of Vitamin B1), Pyridoxine Hydrochloride (source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (source of Vitamin B2), Vitamin D3 Supplement, Inositol, Folic Acid, Potassium Iodide, Cobalt Carbonate

**Guaranteed Analysis**

| Nutrient | (percent) |
| --- | --- |
| Crude Protein not less than | 27.5% |
| Crude Fat not less than | 22.0% |
| Crude Fiber not more than | 4.0% |
| Moisture not more than | 10.0% |
| Ash not more than | 6.5% |
| Magnesium not more than | 0.090% |
| Taurine not less than | 0.15% |
| Omega-6 Fatty Acids not less than | 3.30%* |
| Omega-3 Fatty Acids not less than | 0.65%* |

* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

**Feeding Guidelines**

| Weight (lbs.) | Maintenance (cup/day) |
| --- | --- |
| 4 to 8 | 1/8 to 1/2 |
| 8 to 12 | 1/2 to 2/3 |
| 12 to 16 | 2/3 to 1 |

**Exhibit 28**

| 16 to 20 | 1 to 1 1/4 |
| 20 to 24 | 1 1/4 to 1 1/3 |

These guideline amounts are a starting point and your cat may need more food depending upon age, activity, and temperament. In order to reach an optimal body condition, you may need to adjust food intake. This chart represents the total recommended volume of food per day. You should divide the total recommended volume by the number of times you feed your cat per day to get the actual portion size per feeding.

**Product Availability**
5.5 lbs Bag



**IAMS Pet Poll**

Do you buy special treats for your pet?

○ Yes    ○ No

[ Vote ]    See Results

**For Veterinarians**    **For Breeders**    **For Shelters**    **Friends For Life**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:    

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In    Register            Site Map    Help    Contact Iams® Pet Care and Nutrition Center    Search [____] GO

PRODUCTS

| Dog Food | Cat Food |
| Veterinary Diet | Where to Buy |

Home    Dogs    Cats    Products    Health & Nutrition    What's New    Friends for Life



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

## Restricted-Calorie™/Feline Dry Formula

Product Information | Calories | Ingredients
Guaranteed Analysis | Feeding Guidelines | Product Availability

**Product Information**

Restricted-Calorie formulas are high-quality foods that have been specially developed to help your pet lose excess pounds safely. You can feed a reasonable amount of the Formula and still control fat and calorie intake.



Restricted-Calorie formulas are low-calorie, low-fat diets with high-quality, animal-based proteins. This helps your pet lose fat and keep lean muscle. These protein sources also provide great taste. Instead of using excessive levels of inexpensive fiber, Restricted-Calorie contains normal fiber levels from beet pulp, an excellent source that promotes normal bowel function and small, firm stools. Restricted-Calorie formulas also have an appropriate balance of omega-6 and omega-3 fatty acids for healthy skin and coat.

**Calories**

3,564 kcal/kg, 277 kcal/cup, 2.68 oz/cup

**Ingredients**

Chicken By-Product Meal, Corn Grits, Corn Meal, Ground Whole Grain Sorghum, Dried Beet Pulp (sugar removed), Fish Meal (source of fish oil), Dried Egg Product, Chicken Fat (preserved with Mixed Tocopherols, a source of vitamin E, and Citric Acid), Natural Chicken Flavor, Potassium Chloride, Brewers Dried Yeast, DL-Methionine, Calcium Carbonate, Choline Chloride, Salt, Chromium Picolinate, Vitamin E Supplement, Vitamin A Acetate, Zinc Oxide, Manganese Sulfate, Niacin, Ascorbic Acid, L-Carnitine, Ethoxyquin (a preservative), Calcium Pantothenate, Biotin, Rosemary Extract, Thiamine Mononitrate (source of Vitamin B1), Copper Sulfate, Pyridoxine Hydrochloride (source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (source of Vitamin B2), Vitamin D3 Supplement, Inositol, Folic Acid, Potassium Iodide, Cobalt Carbonate

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 32.0% |
| Crude Fat not less than | 8.5% |
| Crude Fat not more than | 10.5% |
| Crude Fiber not more than | 3.0% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.11% |
| Taurine not less than | 0.12% |
| Vitamin A not less than | 75,000 IU/kg |
| L-Carnitine not less than | 80 mg/kg* |
| Chromium not less than | 500 ug/kg* |
| Omega-6 Fatty Acids not less than | 0.90%* |

| Omega-3 Fatty Acids not less than | 0.18%* |
|---|---|

\* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

**Feeding Guidelines**

| Weight (lbs.) | Maintenance (cups/day) | Weight Loss (cups/day) |
|---|---|---|
| 4 to 8 | 1/3 to 1 | 1/4 to 2/3 |
| 8 to 12 | 1 to 1 1/3 | 2/3 to 3/4 |
| 12 to 16 | 1 1/3 to 1 3/4 | 3/4 to 1 1/4 |
| 16 to 22 | 1 3/4 to 2 1/2 | 1 1/4 to 1 2/3 |

Dry/Canned Mix: For each 1/3 cup of dry food you may substitute 1/2 of a can.

These guideline amounts are a starting point and your cat may need more food depending on age, activity, and temperament. In order to reach an optimal body condition, you may need to adjust food intake. This chart represents the total recommended volume of food per day. You should divide the total recommended volume by the number of times you feed your cat per day to get the actual portion size per feeding. Consult your Iams Representative for detailed feeding instructions or call 1-800-535-VETS (8387).

**Product Availability**
4.5 lbs Bag
11 lbs Bag
20 lbs Bag

**IAMS Pet Poll**

Do you buy special treats for your pet?

○ **Yes**    ○ **No**

[ Vote ]    See Results

**For Veterinarians**    **For Breeders**    **For Shelters**    **Friends For Life**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:    

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In | Register          Site Map | Help  Contact Iams® Pet Care and Nutrition Center          Search [_____] GO

Life's Better **IAMS** | **PRODUCTS**

Dog Food | Cat Food

Veterinary Diet | Where to Buy

Home | Dogs | Cats | Products | Health & Nutrition | What's New | Friends for Life



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

## Low pH/S™/Feline Dry Formula

Product Information | Calories | Ingredients
Guaranteed Analysis | Feeding Guidelines | Product Availability

**Product Information**
The Urinary Management System offers two specific formulas for the nutritional management of struvite-associated and calcium oxalate-associated crystals.



The two diets nutritionally manage urine acidity (or pH). For example, there is less chance of struvite crystals forming in urine that is more acidic. So feeding your cat Nutritional Urinary Formula Low pH/S, which delivers a more acidic urine, helps create an environment unfavorable to struvite formation. On the other hand, there is less chance of calcium oxalate crystals forming in urine that is less acidic. Therefore, feeding your cat Nutritional Urinary Formula Moderate pH/O, which delivers a less acidic urine, helps create an environment unfavorable to calcium oxalate formation.

Your veterinarian will discuss with you which formula may be best for your cat's individual needs.

**Calories**
4,286 kcal/kg, 441 kcal/cup, 3.62 oz./cup

**Ingredients**
Corn Grits, Chicken Liver, Chicken By-Product Meal, Chicken, Dried Egg Product, Fish Meal (source of Fish Oil), Brewers Rice, Chicken By-Products, Dried Beet Pulp (sugar removed), Chicken Fat (preserved with mixed Tocopherols, a source of Vitamin E, and Citric Acid), Natural Chicken Flavor, Potassium Chloride, Calcium Carbonate, Brewers Dried Yeast, DL-Methionine, Choline Chloride, Salt, Zinc Oxide, Vitamin E Supplement, Manganese Sulfate, Niacin, Ascorbic Acid, Copper Sulfate, Vitamin A Acetate, Calcium Pantothenate, Biotin, Rosemary Extract, Thiamine Mononitrate (source of Vitamin B1), Pyridoxine Hydrochloride (source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (source of Vitamin B2), Vitamin D3 Supplement, Inositol, Potassium Iodide, Folic Acid, Cobalt Carbonate

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 32.0% |
| Crude Fat not less than | 15.5% |
| Crude Fiber not more than | 2.5% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.2% |
| Magnesium not more than | 0.099% |
| Taurine not less than | 0.15% |
| Omega-6 Fatty Acids not less than | 1.40%* |
| Omega-3 Fatty Acids not less than | 0.28%* |

* Not recognized as an essential nutrient by the AAFCO Cat Food

Nutrient Profiles.

**Feeding Guidelines**

| Weight (lbs.) | Dry (cups/day) |
|---|---|
| 4 to 8 | 1/8 to 1/2 |
| 8 to 12 | 1/2 to 3/4 |
| 12 to 16 | 3/4 to 1 1/4 |
| 16 to 20 | 1 1/4 to 1 1/2 |
| 20 to 24 | 1 1/2 to 1 3/4 |

These guideline amounts are a starting point and your cat may need more food depending upon age, activity, and temperament. In order to reach an optimal body condition, you may need to adjust food intake. This chart represents the total recommended volume of food per day. You should divide the total recommended volume by the number of times you feed your cat per day to get the actual portion sizer per feeding.

**Product Availability**
5.5 lbs Bag
20 lbs Bag



**IAMS Pet Poll**

Do you buy special treats for your pet?

○ **Yes**    ○ **No**

[ **Vote** ]    See Results

**For Veterinarians**    **For Breeders**    **For Shelters**    **Friends For Life**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:    

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In    Register          Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**    Search [        ] GO

**IAMS** Life's Better    **PRODUCTS**

| Dog Food | Cat Food |
| Veterinary Diet | Where to Buy |

Home | Dogs | Cats | Products | Health & Nutrition | What's New | Friends for Life



**Vet Recommended**



Vets recommend **Iams** to help dogs live healthier, longer. Learn more ▸▸

**IAMS Newsletter**

Get info tailored to your dog's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

## Response™ FP/Canine Dry Formula

**Product Information** | **Calories** | **Ingredients**
**Guaranteed Analysis** | **Feeding Guidelines** | **Product Availability**

**Product Information**
**How can Nutritional Skin & Coat Formulas help?** Response Formula is designed to aid in the nutritional management of skin and coat problems in several ways. First is through fatty acids. Specific types, called omega-6 and omega-3 fatty acids, are important. Response Formula has an optimal balance of these two fatty acid types. Second, Response Formula includes alternate protein and carbohydrate sources which can be important if your veterinarian suspects that your pet's skin condition may have a food allergy component. Response FP, for example, contains protein from fish and carbohydrates from potatoes.



**Calories**
4,082 kcal/kg, 301 kcal/cup, 2.60 oz./cup

**Ingredients**
Potato, Herring Meal (source of fish oil), Catfish, Animal Fat (preserved with mixed Tocopherols, a source of Vitamin E, and Citric Acid), Dried Beet Pulp (sugar removed), Fish Digest, Calcium Carbonate, Dicalcium Phosphate, Sodium Hexametaphosphate, Choline Chloride, Potassium Chloride, DL-Methionine, Ferrous Sulfate, Vitamin E Supplement, Zinc Oxide, Ascorbic Acid, Ethoxyquin (a preservative), Manganese Sulfate, Copper Sulfate, Manganous Oxide, Vitamin A Acetate, Calcium Pantothenate, Biotin, Rosemary Extract, Thiamine Mononitrate (source of vitamin B1), Vitamin B12 Supplement, Niacin, Riboflavin Supplement (source of Vitamin B2), Inositol, Pyridoxine Hydrochloride (source of Vitamin B6), Vitamin D3 Supplement, Potassium Iodide, Folic Acid, Cobalt Carbonate

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 22.0% |
| Crude Fat not less than | 12.0% |
| Crude Fiber not more than | 4.0% |
| Moisture not more than | 10.0% |
| Omega-6 Fatty Acids not less than | 1.20%* |
| Omega-3 Fatty Acids not less than | 0.24%* |

* Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

**Feeding Guidelines**

| Weight (lbs.) | Dry (cups/day) | Dry/Canned Mixed (per day) |
|---|---|---|
| 3 to 10 | 1/3 to 1 | 1/3 - 2/3 cup dry + 1/8 can |
| 10 to 20 | 1 to 1 1/2 | 2/3 - 1 cup dry + 1/8 - 1/4 can |
| 20 to 30 | 1 1/2 to 2 | 1 1/2 - 2 cups dry + 1/4 - 1/3 can |

| 30 to 40 | 2 to 2 1/4 | 1 1/2 - 1 3/4 cups dry + 1/3 can |
| 40 to 60 | 2 1/4 to 3 | 1 3/4 - 2 1/4 cups dry + 1/3 - 1/2 can |
| 60 to 80 | 3 to 3 2/3 | 2 1/4 - 2 3/4 cups dry + 1/2 can |
| 80 to 100 | 3 2/3 to 4 1/4 | 2 3/4 - 3 1/4 cups dry + 1/2 - 2/3 can |

Your dog may eat more or less depending on age, temperament, and activity. In order to reach an optimal body condition, you may need to adjust food intake. This chart represents the total recommended volume of food per day. You should divide the total recommended volume by the numer of times you feed your dog per day to get the actual portion size per feeding.

**Product Availability**
6 lbs Bag
15 lbs Bag
30 lbs Bag







For Veterinarians     For Breeders     For Shelters     Friends For Life

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:     

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In    Register          Site Map    Help    Contact Iams® Pet Care and Nutrition Center    Search [_____] GO

Home   Dogs   Cats   Products   Health & Nutrition   What's New   Friends for Life



**Vet Recommended**



Vets recommend Iams to help dogs live healthier, longer. Learn more ▶▶

**IAMS Newsletter**

Get info tailored to your dog's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

## Adult Plus™/Canine Dry Formula

Product Information | Calories | Ingredients
Guaranteed Analysis | Feeding Guidelines | Product Availability

**Product Information**

Joint health issues affect more than 11 million dogs in the U.S.A.* - dogs of every size, age, and breed. The good news is, your veterinarian can recommend measures that can help delay the aging progression of such joint issues. Nutrition is one vital component of that regimen. Eukanuba Veterinary Diets Adult Plus™ is specially formulated to help keep your dog active for longer. Ask your veterinarian how Eukanuba Veterinary Diets Adult Plus™ can help keep a spring in your dog's step.
*Veterinary Medicine, February 2002



**Calories**

3,913 kcal/kg, 379 kcal/cup, 3.41 oz./cup

**Ingredients**

Chicken, Corn Meal, Ground Whole Grain Sorghum, Ground Whole Grain Barley, Chicken By-Product Meal, Fish Meal (source of fish oil), Natural Chicken Flavor, Dried Beet Pulp (sugar removed), Chicken Fat (preserved with mixed tocopherols, a source of vitamin E, and Citric Acid), Dried Egg Product, Brewers Dried Yeast, Calcium Carbonate, Potassium Chloride, Salt, Sodium Hexametaphosphate, Flax Meal, Choline Chloride, Dicalcium Phosphate, DL-Methionine, Ferrous Sulfate, Glucosamine Hydrochloride, Vitamin E Supplement, Zinc Oxide, Ascorbic Acid, Manganese Sulfate, Copper Sulfate, L-Carnitine, Beta-Carotene, Chondroitin Sulfate, Manganous Oxide, Vitamin A Acetate, Calcium Pantothenate, Biotin, Rosemary Extract, Vitamin B12 Supplement, Thiamine Mononitrate (source of vitamin B1), Niacin, Riboflavin Supplement (source of vitamin B2), Inositol, Pyridoxine Hydrochloride (source of vitamin B6), Vitamin D3 Supplement, Potassium Iodide, Folic Acid, Cobalt Carbonate

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 23.0% |
| Crude Fat not less than | 13.0% |
| Crude Fat not more than | 16.0% |
| Crude Fiber not more than | 5.0% |
| Moisture not more than | 10.0% |
| Vitamin E not less than | 200.00 IU/kg |
| L-Carnitine not less than | 40.00 ppm* |
| Omega-6 Fatty Acids not less than | 1.50%* |
| Omega-3 Fatty Acids not less than | 0.30%* |
| Glucosamine not less than | 475.00 mg/kg* |
| Chondroitin Sulfate not less than | 45.00 mg/kg* |

* Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

Manufactured under U.S. Patent No. 5,616,569, 6,093,418, 5,932,258,
and 6,238,708; other U.S. and foreign patents pending

**Feeding Guidelines**

| Weight (lbs.) | Maintenance (cups/day) |
| --- | --- |
| 3 to 10 | 1/3 to 3/4 |
| 10 to 20 | 3/4 to 1 1/4 |
| 20 to 30 | 1 1/4 to 1 1/2 |
| 30 to 40 | 1 1/2 to 1 3/4 |
| 40 to 60 | 1 3/4 to 2 1/3 |
| 60 to 80 | 2 1/3 to 3 |
| 80 to 100 | 3 to 3 1/3 |

These guideline amounts are a starting point and your dog may need more food depending upon age,
activity, and temperament. In order to reach an optimal body condition, you may need to adjust food
intake. This chart represents the total recommended volume of food per day. You should divide the total
recommended volume by the number of times you feed your dog per day to get the actual portion size
per feeding.

When deemed age appropriate by the veterinarian, patients fed Adult Plus™ should be transitioned to
Senior Plus™.

**Product Availability**
6 lbs Bag
15 lbs Bag
30 lbs Bag







**For Veterinarians**    **For Breeders**    **For Shelters**    **Friends For Life**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News: 

By using the information contained in this site, you are bound by the terms in our Legal statement.

**IAMS** Life's Better

**PRODUCTS**    Dog Food    Cat Food    Veterinary Diet    Where to Buy

Home   Dogs   Cats   Products   Health & Nutrition   Toy Box   What's New



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**
View sample newsletter

## Iams Hairball Care™

Recommended For | Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability

### Recommended For
Adult cats - 1 year and older; hairball control.

### Product Information
**Formulated to Nutritionally Control Hairballs**
Iams Hairball Care helps reduce the risk of hairball formation with a patent-pending fiber system that gently moves hair through the digestive tract. Like all Iams formulas, it helps maintain healthy digestion and colon health. Enhanced with vitamin-rich fish oils for overall health, Iams Hairball Care promotes a healthy skin and coat to help control hairball formation. Our patented carbohydrate system helps supply energy for a healthy level of activity throughout the day.

**Iams Daily Dental Care.**
As your cat chews, Iams Daily Dental Care helps slow tartar build-up by up to 40%.

### Calories
Nutrient per 8 oz cup: 442.5 kcal

### Ingredients
Chicken, Chicken By-Product Meal, Corn Meal, Dried Beet Pulp (Sugar Removed), Powdered Cellulose, Chicken Fat (Preserved with mixed Tocopherols, a source of Vitamin E), Natural Chicken Flavor, Corn Grits, Dried Egg Product, Sodium Bisulfate, Fish Oil (Preserved with mixed Tocopherols, a source of Vitamin E), Potassium Chloride, DL-Methionine, Brewers Dried Yeast, Choline Chloride, Calcium Carbonate, Vitamins (Vitamin E Supplement, Niacin, Ascorbic Acid, Vitamin A Acetate, Calcium Pantothenate, Biotin, Thiamine Mononitrate (Source of Vitamin B1), Pyridoxine Hydrochloride (Source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (Source of Vitamin B2), Inositol, Vitamin D3 Supplement, Folic Acid), Minerals (Zinc Oxide, Manganese Sulfate, Copper Sulfate, Potassium Iodide, Cobalt Carbonate), Salt, Rosemary Extract

"I just wanted to let you know that your Iams Hairball formula cat food has rejuvenated our 15-year-old cat, Mitzy, and probably saved her life. Last year, she had been getting terribly bound by hairballs, even though she is a short-haired cat, and also, she walked with a hesitation, like someone with arthritis. Well, the vet recommended Iams Hairball formula, and our geriatric cat is now chasing our Sheltie around the house and pouncing on us from doorways. She no longer walks arthritically, and looks younger. We thought she was at the end of her life, but apparently, she is at the beginning of another one. - Pat, Williamsburg, VA "

NEXT

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 32.0% |
| Crude Fat not less than | 21.0% |
| Crude Fiber not more than | 8.5% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.10% |
| Taurine not less than | 0.15% |
| Omega-6 Fatty Acids not less than | 2.30%* |
| Omega-3 Fatty Acids not less than | 0.23%* |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profile

Iams Hairball Care™ Formula Cat Food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.

Manufactured under U.S. Patent No. 5,616,569, 6,093,418 and 6,383,529; other U.S. and foreign patents pending.

**Feeding Guidelines**

| Weight (lbs) | Weight Maintenance (cups/day) |
|---|---|
| 4 | 1/4 |
| 8 | 1/3 - 1/2 |
| 12 | 2/3 - 3/4 |
| 16 | 3/4 - 1 1/4 |
| 22 | 1 1/4 - 1 1/2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

**Product Availability**
4 lbs Bag
8 lbs Bag
20 lbs Bag

**IAMS Pet Poll**

Do you buy special treats for your pet?

○ **Yes**   ○ **No**

[ Vote ]   See Results



**For Veterinarians     For Breeders     For Shelters**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:** RSS XML

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In   Register                Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**        Search [          ] GO

**IAMS** Life's Better    **PRODUCTS**

Dog Food | Cat Food
Veterinary Diet | Where to Buy

Home   Dogs   Cats   Products   Health & Nutrition   Toy Box   What's New



**IAMS Newsletter**

Get info tailored to your mature cat's needs, news and valuable tips to help you enjoy more healthy years with your feline friend.

**SIGN UP**

View sample newsletter

## Iams Indoor Hairball Care™

**Recommended For | Product Information | Calories | Ingredients Guaranteed Analysis | Product Availability**

**Recommended For**
Adult cats - 7 years and older; hairball control.

**Product Information**
**Boost Immune System Health and Help Avoid Hairball Formation** Just like Iams Active Maturity™, Iams Indoor Hairball Care contains vitamin E to help strengthen your older cat's immune system, plus it contains a patent-pending fiber system that helps provide hairball relief. Indoor Hairball Care is also enhanced with vitamin-rich fish oils for overall health.  Wholesome protein provides essential amino acids to help maintain healthy muscle tone and promote a shiny skin and coat, and naturally provides taurine for clear eyes and a strong heart.



**Iams Daily Dental Care.**
As your cat chews, Iams Daily Dental Care helps slow tartar build-up by up to 40%.

**Calories**
Nutrient per 8 oz cup: 364.34 kcal

**Ingredients**
Chicken By-Product Meal, Corn Grits, Dried Beet Pulp (Sugar Removed), Powdered Cellulose, Ground Whole Grain Sorghum, Corn Meal, Chicken, Chicken Fat (Preserved with mixed Tocopherols, a source of Vitamin E), Natural Chicken Flavor, Dried Egg Product, Potassium Chloride, Fish Oil (Preserved with mixed Tocopherols, a source of Vitamin E), DL-Methionine, Brewers Dried Yeast, Vitamins (Vitamin E Supplement, Vitamin A Acetate, Niacin, Ascorbic Acid, Calcium Pantothenate, Biotin, Thiamine Mononitrate (Source of Vitamin B1), Pyridoxine Hydrochloride (Source of Vitamin B6), Vitamin B12 Supplement, Vitamin D3 Supplement, Riboflavin Supplement (Source of Vitamin B2), Inositol, Folic Acid), Choline Chloride, Salt, Minerals (Zinc Oxide, Manganese Sulfate, Copper Sulfate, Potassium Iodide, Cobalt Carbonate), Rosemary Extract

"I just wanted to tell you that we have a 15 year old cat, Belvin, who had lost a tremendous amount of weight, and had a problem with throwing up and diarrhea. The Veterinarians tested him for everything under the sun and they found nothing. The poor little guy was skin and bones. We were feeding him another cat food and meat baby food and it still wasn't helping. We could hardly stand watching him get worse and worse, month by month. Then one day while I was doing my grocery shopping, I noticed they had Iams and bought some. He loved it! He has been eating Iams for three weeks now, and has almost entirely put his weight back on. He had a terrible rash around his chin and nose, and that's gone too!!.He's almost back to normal and in only 3 weeks. What's in that stuff - magic??. We can't thank you

enough. He's a sweet creature, and very dear to us and to see him feeling like his old self again means so much to us. Thank you, -Toni & Lou, Newfoundland, NJ"

NEXT



**Guaranteed Analysis**

| Nutrient | (percent) |
|----------|-----------|
| Crude Protein not less than | 32.0% |
| Crude Fat not less than | 14.0% |
| Crude Fat not more than | 16.5% |
| Crude Fiber not more than | 6.5% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.10% |
| Vitamin E not less than | 250 IU/kg |
| Taurine not less than | 0.15% |
| Omega-6 Fatty Acids not less than | 2.30%* |
| Omega-3 Fatty Acids not less than | 0.23%* |

\* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profile.

Iams Indoor Hairball Care™ Formula Cat Food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.

Manufactured under U.S. Patent No. 5,616,569, 6,383,529, and 6,093,418; other US and foreign patents pending.

**Feeding Guidelines**

| Weight (lbs) | Weight Maintenance (cups/day) |
|--------------|-------------------------------|
| 4 | 1/4 - 1/3 |
| 8 | 1/2 - 2/3 |
| 12 | 3/4 - 1 |
| 16 | 1 - 1 1/3 |
| 22 | 1 1/3 - 2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

**Product Availability**
24 oz Bag
4 lbs Bag
8 lbs Bag

**IAMS Pet Poll**

Do you buy special treats for your pet?

 Yes　　  No

Vote　　See Results

**Questions? Contact Us!**

 Have a question about IAMS Kitten or Cat Foods? Our experienced Pet Care and Nutrition Specialists can help.

Contact Us

**For Veterinarians**     **For Breeders**     **For Shelters**

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:**     

By using the information contained in this site, you are bound by the terms in our Legal statement.

Sign In   Register                Site Map   Help   Contact Iams® Pet Care and Nutrition Center      Search [        ] GO

Life's Better **IAMS** | **PRODUCTS**

Dog Food | Cat Food
Veterinary Diet | Where to Buy

Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New



## Iams Multi-Cat with Chicken & Salmon

Recommended For | Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability

### Recommended For
Multi-cat households with adult cats of varying sizes and weights - 1 year and older.



### Product Information
Large or small, Iams Multi-Cat nourishes all your adult cats. Formulated specifically for mutli-cat households, Iams Multi-Cat Formula helps all your adult cats maintain proper body condition, without compromising on meeting their individual nutritional needs. For larger cats that tend to gain weight, L-Carnitine is a proven fat burner, while the addition of Vitamin A can help lower the risk of gaining extra weight in the first place. We've also included high levels of protein to help both heavy and trim cats maintain leanmuscle mass and a healthy body condition. Plus, our patent-pending fiber system helps reduce the likelihood of hairball formation for smooth digestive function, and optimal colon health.

### Calories
Nutrient per 8 oz cup: 344.48 kcal

### Ingredients
Chicken By-Product Meal, Chicken, Corn Grits, Dried Beet Pulp (Sugar Removed), Powdered Cellulose, Salmon, Ground Whole Grain Sorghum, Chicken Fat (Preserved with mixed Tocopherols, a source of Vitamin E), Brewers Rice, Natural Chicken Flavor, Dried Egg Product, Sodium Bisulfate, Potassium Chloride, Fructooligosaccharides, Corn Meal, DL-Methionine, Vitamins (Vitamin E Supplement, Vitamin A Acetate, Niacin, Ascorbic Acid, Calcium Pantothenate, Biotin, Thiamine Mononitrate (Source of Vitamin B1), Pyridoxine Hydrochloride (Source of Vitamin B6), Vitamin B12 Supplement, Vitamin D3 Supplement, Riboflavin Supplement (Source of Vitamin B2), Inositol, Folic Acid), Brewers Dried Yeast, Choline Chloride, Calcium Carbonate, Minerals (Zinc Oxide, Manganese Sulfate, Copper Sulfate, Potassium Iodide, Cobalt Carbonate), Salt, L-Carnitine, Rosemary Extract

"I just wanted to compliment you on the Multicat formula. I cut the coupon out of the paper a few Sundays ago and finally got around to using it. My adult cat is overweight but it is next to impossible to put her on a special diet. This product seems to be a great answer. They ate it right away in fact the second feeding bowl has another kind of food in it and they are eating the Iams first. Cats are so finicky so it is very impressive that they are eating the Iams rather than the kind of food they have been used to. A great product and a new customer. - Gwen "

NEXT

### Guaranteed Analysis

| Nutrient | (percent) |
|---|---|
| Protein not less than | 35.0% |
| Crude Fat not less than | 17.0% |

**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**
View sample newsletter

| | |
|---|---|
| Crude Fiber not more than | 8.50% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.90% |
| Magnesium not more than | 0.10% |
| Vitamin A not less than | 70,000 IU/kg |
| Taurine not less than | 0.15% |
| L-Carnitine not less than | 80 mg/kg* |
| Omega-6 Fatty Acids not less than | 2.30%* |
| Omega-3 Fatty Acids not less than | 0.23%* |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

Iams Multi-Cat with Salmon is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.

**Feeding Guidelines**

| Weight (lbs) | Weight Maintenance (cups) |
|---|---|
| 4 | 1/4 - 1/3 |
| 8 | 1/2 - 3/4 |
| 12 | 3/4 - 1 |
| 16 | 1 - 1 1/2 |
| 22 | 1 1/2 - 2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

**Product Availability**
8 lbs Bag
16.5 lbs Bag
20 lbs Bag

**IAMS Pet Poll**

Do you buy special treats for your pet?

◯ Yes    ◯ No

[ Vote ]    See Results



**For Veterinarians**    **For Breeders**    **For Shelters**

Select Country    P&G Links    About The Iams Company    IAMSTruth.com    Privacy    Legal    News Room    Partners

Sporting Dog    Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:**    

By using the information contained in this site, you are bound by the terms in our Legal statement.

Sign In    Register          Site Map    Help    **Contact Iams® Pet Care and Nutrition Center**     Search [          ] GO

**Life's Better IAMS** | **PRODUCTS**

Dog Food | Cat Food
Veterinary Diet | Where to Buy

Home   Dogs   Cats   Products   Health & Nutrition   Toy Box   What's New



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

## Iams Indoor Weight & Hairball Care™

**Recommended For** | **Product Information** | **Calories** | **Ingredients**
**Guaranteed Analysis** | **Product Availability**

**Recommended For**
Adult cats - 1 year and older.

**Product Information**
**Formulated for Weight Management and Hairball Relief** Iams Indoor Weight & Hairball Care helps your cat gradually lose weight and maintain a healthy weight, *plus* it helps reduce the likelihood of hairball formation. We've also added vitamin-rich fish oils for a lustrous coat and healthy skin that reflect your cat's vibrant overall health. Our patent-pending fiber system gently moves hair through the digestive tract and helps maintain colon health. All in one great-tasting formula.



**Iams Daily Dental Care.**
As your cat chews, Iams Daily Dental Care helps slow tartar build-up by up to 40%.

**Calories**
Nutrient per 8 oz cup: 303.02 kcal

**Ingredients**
Chicken By-Product Meal, Corn Grits, Corn Meal, Dried Beet Pulp (Sugar Removed), Powdered Cellulose, Ground Whole Grain Sorghum, Chicken, Dried Egg Product, Natural Chicken Flavor, Chicken Fat (Preserved with mixed Tocopherols, a source of Vitamin E), Sodium Bisulfate, Potassium Chloride, DL-Methionine, Fish Oil (Preserved with mixed Tocopherols, a source of Vitamin E), Brewers Dried Yeast, Choline Chloride, Salt, Dicalcium Phosphate, Calcium Carbonate, Vitamins (Vitamin E Supplement, Niacin, Ascorbic Acid, Vitamin A Acetate, Calcium Pantothenate, Biotin, Thiamine Mononitrate (Source of Vitamin B1), Pyridoxine Hydrochloride (Source of Vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (Source of Vitamin B2), Inositol, Vitamin D3 Supplement, Folic Acid), Minerals (Zinc Oxide, Manganese Sulfate, Copper Sulfate, Potassium Iodide, Cobalt Carbonate), L-Carnitine, Rosemary Extract

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 28.0% |
| Crude Fat not less than | 11.0% |
| Crude Fat not more than | 13.5% |
| Crude Fiber not more than | 6.5% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.10% |
| L-Carnitine not less than | 80 mg/kg* |
| Taurine not less than | 0.13% |
| Omega-6 Fatty Acids not less than | 2.00%* |
| Omega-3 Fatty Acids not less than | 0.20%* |

\* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profile.

Iams Indoor Weight & Hairball Care™ Formula Cat Food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.

Manufactured under U.S. Patent No. 5,616,569 and 6,093,418; other US and foreign patents pending.

### Feeding Guidelines

| Weight (lbs) | Weight Maintenance (cups/day) | Weight Loss (cups/day) |
|---|---|---|
| 4 | 1/3 | 1/4 |
| 8 | 2/3 - 3/4 | 1/2 |
| 12 | 1 - 1 1/4 | 3/4 |
| 16 | 1 1/4 - 1 2/3 | 1 |
| 22 | 1 2/3 - 2 1/3 | 1 1/2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

### Product Availability
4 lbs Bag
8 lbs Bag
20 lbs Bag

**IAMS Pet Poll**

Do you buy special treats for your pet?

○ <u>Yes</u>    ○ <u>No</u>

[Vote]   <u>See Results</u>



For Veterinarians    For Breeders    For Shelters

Select Country   P&G Links   About The Iams Company   IAMSTruth.com   Privacy   Legal   News Room   Partners

Sporting Dog   Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:** 

By using the information contained in this site, you are bound by the terms in our <u>Legal statement.</u>



Sign In     Register                    Site Map     Help     Contact Iams® Pet Care and Nutrition Center        Search [          ]  GO

## There are lots of great reasons for vets to recommend Iams. Here are just a few:



**There's science behind it.**                                          close ▲

At Iams, our scientists are constantly developing new and better formulas based on intensive and responsible research. Recent examples include the DHA we've integrated into our Smart Puppy™ food and the Daily Dental Care™ you'll find in our dry cat food.

read related article >>

**Premium pets deserve premium ingredients.**          read more ▼

**Our foods are naturally better.**                              read more ▼

**All dogs and cats are not the same.**                      read more ▼



Introducing the Iams Vet Council

**Coming soon!** Exclusive advice, tips and forums from our panel of experts.

Be the first to know when it's here!

Register now.

For Veterinarians      For Breeders      For Shelters

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:  

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In    Register          Site Map    Help    Contact Iams® Pet Care and Nutrition Center        Search [ ] GO

PRODUCTS

Dog Food | Cat Food | Veterinary Diet | Where to Buy

Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New



**Vet Recommended**

## Iams® Adult Small and Toy Formula

Recommended For | Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability



Vets recommend **Iams** to help dogs live healthier, longer. Learn more ▸▸

**IAMS Newsletter**

Get info tailored to your dog's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**

View sample newsletter

**Recommended For**

Small Breed Adult Dogs - 1 year and older

**Product Information**

Iams® Small & Toy Breeds formula provides concentrated nutrition for the unique needs of small breed dogs. Pound for pound, small breed dogs require more energy than larger breed dogs. Driven by their longer lifespan, small breeds tend to have unique health characteristics that make feeding high-quality premiun nutrition even more important.



- Nutrient-dense kibble - ideal for small stomachs
- Up to 33% smaller kibble than Iams MiniChunks® *(based on kibble volume)*
- Unique kibble shape - ideal for small mouths
- Iams Daily Dental Care - as your dog chews, Iams Daily Dental Care helps reduce tartar build-up

**Calories**

Nutrient per 8 oz cup: 436.87 kcal

**Ingredients**

Chicken, Corn Meal, Chicken By-Product Meal, Ground Whole Grain Sorghum, Chicken Fat (preserved with mixed Tocopherols, a source of Vitamin E), Natural Chicken Flavor, Dried Beet Pulp (sugar removed), Fish Meal, Potassium Chloride, Dried Egg Product, Brewers Dried Yeast, Salt, Flax Meal, Sodium Hexametaphosphate, Fish Oil (preserved with mixed Tocopherols, a source of Vitamin E), Choline Chloride, Minerals (Ferrous Sulfate, Zinc Oxide, Manganese Sulfate, Copper Sulfate, Manganous Oxide, Potassium Iodide, Cobalt Carbonate), Calcium Carbonate, Vitamins (Vitamin E Supplement, Ascorbic Acid, Vitamin A Acetate, Calcium Pantothenate, Biotin, Thiamine Mononitrate (source of vitamin B1), Vitamin B12 Supplement, Niacin, Riboflavin Supplement (source of vitamin B2), Inositol, Pyridoxine Hydrochloride (source of vitamin B6), Vitamin D3 Supplement, Folic Acid), DL-Methionine, Rosemary Extract

**Guaranteed Analysis**

| Nutrient | Percent |
| --- | --- |
| Crude Protein not less than | 27.00 % |
| Crude Fat not less than | 17.00 % |
| Crude Fiber not more than | 4.00 % |
| Moisture not more than | 10.00 % |
| Omega-6 Fatty Acids not less than | 2.50 %* |
| Omega-3 Fatty Acids not less than | 0.25 %* |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

Iams Adult Small Breed Maintenance is formulated to meet the nutritional levels established by the AAFCO Dog Food Nutrient Profiles for Maintenance.

**Feeding Guidelines**

| Weight (lbs) | Weight Maintenance (cups/day) |
| --- | --- |
| 3 | 1/4 |
| 5 | 1/3 |
| 10 | 2/3 |
| 15 | 3/4 |
| 20 | 1 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

**Product Availability**
7 lbs Bag
17.5 lbs Bag







For Veterinarians　　For Breeders　　For Shelters

Select Country　　P&G Links　　About The Iams Company　　IAMSTruth.com　　Privacy　　Legal　　News Room　　Partners

Sporting Dog　　Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News: 

By using the information contained in this site, you are bound by the terms in our Legal statement.



Sign In   Register        Site Map   Help   **Contact Iams® Pet Care and Nutrition Center**    Search [        ] GO

## PRODUCTS

| | |
|---|---|
| Dog Food | Cat Food |
| Veterinary Diet | Where to Buy |

Home | Dogs | Cats | Products | Health & Nutrition | Toy Box | What's New



**Vet Recommended**

# Iams Weight Control™

**Recommended For | Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability**

**Recommended For**
Overweight, spayed or neutered dogs one year and older; also for dogs that receive less than 20 minutes of daily exercise.

**Product Information**
Iams Weight Control contains 30% less fat than Iams Chunks, but it doesn't deprive your dog of essential nutrients that support the immune system and help maintain good health. It contains L-carnitine to help burn fat and maintain muscle mass during weight loss. A patented fiber source helps maintain colon heath and enhance your dog's ability to absorb nutrients. This formula also contains a patented blend of select, healthy grains that are a rich source of the carbohydrates that provide energy while nutritionally managing his weight. Iams Weight Control has a great taste.

**Iams Daily Dental Care.**
As your dog chews, Iams Daily Dental Care helps slow tartar build-up by up to 50%.

**Calories**
Nutrient per 8 oz cup: 337.03 kcal

**Ingredients**
Corn Meal, Chicken By-Product Meal, Ground Whole Grain Sorghum, Fish Meal, Chicken, Dried Beet Pulp (Sugar Removed), Chicken Fat (Preserved with mixed Tocopherols, a source of Vitamin E), Ground Whole Grain Barley, Natural Chicken Flavor, Dried Egg Product, Brewers Dried Yeast, Potassium Chloride, Calcium Carbonate, Salt, Flax Meal, Sodium Hexametaphosphate, Vitamins (Vitamin E Supplement, Ascorbic Acid, Vitamin A Acetate, Calcium Pantothenate, Biotin, Thiamine Mononitrate (Source of Vitamin B1), Vitamin B12 Supplement, Niacin, Riboflavin Supplement (Source of Vitamin B2), Inositol, Pyridoxine Hydrochloride (Source of Vitamin B6), Vitamin D3 Supplement, Folic Acid), DL-Methionine, Minerals (Ferrous Sulfate, Zinc Oxide, Manganese Sulfate, Copper Sulfate, Manganous Oxide, Potassium Iodide, Cobalt Carbonate), Fish Oil (Preserved with mixed Tocopherols, a source of Vitamin E), Choline Chloride, L-Carnitine, Rosemary Extract



Vets recommend **Iams** to help dogs live healthier, longer. Learn more ▶▶

**IAMS Newsletter**

Get info tailored to your dog's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**
View sample newsletter

"Your Iams food for overweight dogs is great. My dog Hannah is twelve years old and had become lethargic. After putting her on your product she lost weight and looks great. She hadn't been interested in playing for years, and now I had to buy her new toys to play with. Her fatty tumors have also shrunk. Thanks for giving me back my best friend. Sincerely, Kent Boise, ID"

NEXT

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 20.0% |
| Crude Fat not less than | 10.0% |

| Crude Fat not more than | 12.5% |
|---|---|
| Crude Fiber not more than | 5.0% |
| Moisture not more than | 10.0% |
| L-Carnitine not less than | 30 mg/kg* |
| Omega-6 Fatty Acids not less than | 2.00%* |
| Omega-3 Fatty Acids not less than | 0.20%* |

\* Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profile.

Iams Weight Control™ Formula is formulated to meet the nutritional levels established by the AAFCO Dog Food Nutrient Profiles for Maintenance.

Manufactured under U.S. Patent No. 5,616,569 and 5,932,258; other US and foreign patents pending.

### Feeding Guidelines

| Weight (lbs) | Weight Maintenance (cups/day) | Weight Loss (cups/day) |
|---|---|---|
| 3 | 1/3 | 1/3 |
| 10 | 3/4 | 2/3 |
| 20 | 1 1/4 | 1 1/4 |
| 30 | 1 2/3 | 1 1/2 |
| 40 | 2 | 1 3/4 |
| 50 | 2 1/3 | 2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

### Product Availability
4 lbs Bag
8 lbs Bag
20 lbs Bag
40 lbs Bag
44 lbs Bag
48 lbs Bag







**For Veterinarians**     **For Breeders**     **For Shelters**

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

**Iams News:**   RSS  XML

By using the information contained in this site, you are bound by the terms in our Legal statement.



**Eukanuba**
FEED THE BREED

WELCOME TO EUKANUBA | LOGIN | REGISTER    SEARCH:    GO

| HOME | DOGS | CATS | PRODUCTS • | EXPERT ADVICE | MY STUFF | ABOUT EUKANUBA |

FOR DOGS •    FOR CATS    INGREDIENT ANALYZER    PET HEALTH INSURANCE

## EUKANUBA PRODUCTS
## Large Breed Weight Control

Back to Listing





CHECK OUT THE INGREDIENT ANALYZER

NUTRITION. OPTIMAL HEALTH. THE BREED.

Whatever your question. Our Breed Experts will answer.

**Recommended For:**
LARGE BREED - ADULT - 51 LBS. AND OVER 1+ YEARS

**Product Description:**
If your Large breed dog's weight is making him a little more than just large lately, Eukanuba Large Breed Adult Weight Control can help your dog achieve a healthier weight. This food has 31% less fat, compared to Eukanuba Large Breed Adult, and L-Carnitine, to help your dog naturally burn fat instead of storing it. Eukanuba Large Breed Adult Weight Control also has benefits similar to our regular Large Breed Adult food such as natural sources of Glucosamine and Chondroitin Sulfate to support healthy joints stressed by a large breed dogs greater weight, and an appropriate level of natural fiber to help aid digestion and promote appropriate stool volume for easier clean-up.

**FEED THE BREED™** For your overweight dog we suggest Eukanuba Weight Loss, part of a full line-up of Custom Care foods including Sensitive Skin, Sensitive Stomach, Healthy Joints, and Weaning.

### OUR HIGHEST QUALITY INGREDIENTS

- **31% Less Fat:** Made with 31% less fat than Eukanuba Large Breed Adult and L-Carnitine which helps your dog burn fat
- **Wholesome Grains:** Made with highly digestible barley and grain sorghum to help maintain healthy blood sugar and energy levels
- **No Unnecessary Extras:** No fillers, artificial preservatives, artificial flavors or colors added
- **JointFlex:** Natural sources of Glucosamine and Chondroitin Sulfate to help maintain joint and cartilage health
- **Natural Fish Oil:** Natural fish oil provides Omega-3 fatty acids for healthy skin and coat. These nutrients also help support the immune system and nervous system
- **Antioxidants:** Made with antioxidants such as Vitamin E to support your dog's immune system
- **Healthy Fiber:** Made with beet pulp fiber to help maintain a healthy digestive system
- **DentaDefense®:** Crunchy kibbles with a coating of micro-crystals scrub your dog's teeth with every bite, reducing plaque and tartar buildup that can lead to bad breath

| RELATED INFORMATION | FEEDING GUIDELINES | INGREDIENTS | CALORIES | GUARANTEED ANALYSIS | SIZES |

**Related Products**

- Canned Adult Reduced Fat Formula
- Reduced Fat Bites With Savory Chicken in Gravy- Recalled
- Healthy Extras Adult Reduced Fat Biscuits

**Related Articles**

- The Right Nutrition for Overweight Dogs
- Nutrition for Large Breed Adult Dogs
- Total Weight Management for Dogs

| CONTACT US | WHERE TO BUY | | | | | |

© 2007 The Iams Company. All rights reserved worldwide.

Eukanuba Home | Dogs | Cats | Products | Expert Advice | My Stuff | About Eukanuba | For Breeders | News | Veterinary Diets    RSS XML
Sporting Dog | Global Home | Site Map | Privacy Statement | Terms & Conditions | About the Iams Company | Procter and Gamble Pet Care



PRIVACY
BBB OnLine



WELCOME TO EUKANUBA | LOGIN | REGISTER    SEARCH    GO

| HOME | DOGS | CATS | PRODUCTS • | EXPERT ADVICE | MY STUFF | ABOUT EUKANUBA |

FOR DOGS •    FOR CATS    INGREDIENT ANALYZER    PET HEALTH INSURANCE

## EUKANUBA PRODUCTS
## Medium Breed Small Bite

Back to Listing





CHECK OUT THE INGREDIENT ANALYZER

»»

NUTRITION. OPTIMAL HEALTH. THE BREED.

» Whatever your question. Our Breed Experts will answer.

**Recommended For:**
MEDIUM BREED - ADULT - 21 - 50 LBS. 1+ YEARS

**Product Description:**
There's something nice about being in the middle; you're not too large, or too small. Medium breed dogs need balanced nutrition. Eukanuba recognizes this and designed Eukanuba Medium Breed Adult Small Bite to provide high-quality, complete & balanced nutrition specially formulated with moderate protein and fat levels to maintain their long-term nutritional health. This food has a smaller kibble than our regular Medium Breed Adult for dogs that prefer a smaller kibble. Eukanuba Medium Breed Adult Small Bite also contains an optimal ratio of Omega-6 and Omega-3 fatty acids to help your medium breed dog have healthy skin and a beautiful coat.

**FEED THE BREED™**

**OUR HIGHEST QUALITY INGREDIENTS**

- **Small Bite Kibble:** Ideal for medium breed dogs that prefer a smaller kibble
- **Chicken is the #1 Ingredient:** Real chicken as the #1 ingredient provides an excellent source of protein
- **No Unnecessary Extras:** No fillers, artificial preservatives, artificial flavors or colors added
- **Wholesome Grains:** Made with highly digestible barley and grain sorghum to help maintain healthy blood sugar and energy levels
- **Antioxidants:** Made with antioxidants such as Vitamin E, to support your dog's immune system
- **Natural Fish Oil:** A natural source of fish oil provides Omega-3 fatty acids for healthy skin and coat. These nutrients also help support the immune system and nervous system
- **Healthy Fiber:** Made with beet pulp fiber to help maintain a healthy digestive system
- **DentaDefense®:** Crunchy kibbles with a coating of micro-crystals scrub your dog's teeth with every bite, reducing plaque and tartar buildup that can lead to bad breath

| RELATED INFORMATION | FEEDING GUIDELINES | INGREDIENTS | CALORIES | GUARANTEED ANALYSIS | SIZES |

**Related Products**

- Chunks in Gravy Hearty Stew with Beef- Recalled
- Healthy Extras Adult Maintenance Biscuits
- Chunks in Gravy With Savory Chicken- Recalled

**Related Articles**

- Nutrition for Medium Breed Adult Dogs
- Flax Meal and Omega-3 Fatty Acids
- Protein, Fat and Fiber: Key Nutrients for Dogs

| CONTACT US | WHERE TO BUY | | | | |

© 2007 The Iams Company. All rights reserved worldwide.

Eukanuba Home | Dogs | Cats | Products | Expert Advice | My Stuff | About Eukanuba | For Breeders | News | Veterinary Diets    RSS XML
Sporting Dog | Global Home | Site Map | Privacy Statement | Terms & Conditions | About the Iams Company | Procter and Gamble Pet Care



PRIVACY BBB OnLine



WELCOME TO EUKANUBA | LOGIN | REGISTER    SEARCH:    GO ▸▸

| HOME | DOGS | CATS | PRODUCTS ● | EXPERT ADVICE | MY STUFF | ABOUT EUKANUBA |

FOR DOGS ●    FOR CATS    INGREDIENT ANALYZER    PET HEALTH INSURANCE

## EUKANUBA PRODUCTS
## Medium Breed Weight Control Natural Lamb & Rice Formula

Back to Listing

**Recommended For:**
MEDIUM BREED - ADULT - 21 - 50 LBS. 1+ YEARS

**Product Description:**
Eukanuba® Medium Breed Adult Weight Control Natural Lamb & Rice Formula is made with 100% natural New Zealand lamb meat, not lamb meal, as a key ingredient and wholesome rice. It's formulated with 21% less fat, than Eukanuba Medium Breed Adult Natural Lamb & Rice Formula without sacrificing in optimal nutrition or flavor. It's the ideal choice for dogs that are prone to weight gain and love the taste of lamb meat. Eukanuba Medium Breed Adult Weight Control Natural Lamb & Rice Formula is unsurpassed nutrition, with all the nutrients your medium breed dog needs - without added artificial preservatives, colors or flavors.

**FEED THE BREED™** For your overweight dog we suggest Eukanuba Weight Loss, part of a full line-up of Custom Care foods including Sensitive Skin, Sensitive Stomach, Healthy Joints, and Weaning.

**OUR HIGHEST QUALITY INGREDIENTS**

- **21% Less Fat:** Made with 21% less fat, than Eukanuba Medium Breed Adult Natural Lamb & Rice Formula, and L-Carnitine, which helps your dog burn fat
- **Real Lamb Meat is a key Ingredient:** Real New Zealand lamb provides an excellent source of protein plus the great taste of lamb meat your dog will love
- **Wholesome Grains:** Made with highly digestible rice and other grains to help maintain healthy blood sugar and energy levels
- **Skin, Coat and Digestive Health:** Lamb provides an alternate protein source for dogs with sensitive skin and stomach.
- **No Unnecessary Extras:** No fillers, artificial preservatives, artificial flavors or colors added
- **Natural Fish Oil:** A natural source of fish oil provides Omega-3 fatty acids for healthy skin and coat. These nutrients also help support the immune system and nervous system
- **Antioxidants:** Made with antioxidants such as Vitamin E to support your dog's immune system.
- **Healthy Fiber:** Made with beet pulp fiber to help maintain a healthy digestive system
- **DentaDefense®:** Crunchy kibbles with a coating of micro-crystals scrub your dog's teeth with every bite, reducing plaque and tartar buildup that can lead to bad breath



CHECK OUT THE INGREDIENT ANALYZER

▸▸

NUTRITION. OPTIMAL HEALTH. THE BREED.

▸▸ Whatever your question. Our Breed Experts will answer.

| RELATED INFORMATION | FEEDING GUIDELINES | INGREDIENTS | CALORIES | GUARANTEED ANALYSIS | SIZES |

**Related Products**

- Canned Adult Reduced Fat Formula
- Reduced Fat Bites With Savory Chicken in Gravy- Recalled
- Healthy Extras Adult Reduced Fat Biscuits

**Related Articles**

- Nutrition for Medium Breed Adult Dogs
- Canine Obesity
- Total Weight Management for Dogs

| CONTACT US | WHERE TO BUY | | | | | |

© 2007 The Iams Company. All rights reserved worldwide.

Eukanuba Home | Dogs | Cats | Products | Expert Advice | My Stuff | About Eukanuba | For Breeders | News | Veterinary Diets | RSS XML
Sporting Dog | Global Home | Site Map | Privacy Statement | Terms & Conditions | About the Iams Company | Procter and Gamble Pet Care



PRIVACY BBBOnLine

**Eukanuba**
FEED THE BREED

WELCOME TO EUKANUBA | LOGIN | REGISTER          SEARCH:          GO ▸▸

| HOME | DOGS | CATS | PRODUCTS ● | EXPERT ADVICE | MY STUFF | ABOUT EUKANUBA |

FOR DOGS ●      FOR CATS      INGREDIENT ANALYZER      PET HEALTH INSURANCE

## EUKANUBA PRODUCTS
## Large Breed Senior

Back to Listing



**Recommended For:**
LARGE BREED - SENIOR - 51 LBS. AND OVER 5+ YEARS

**Product Description:**
Large breed dogs become seniors sooner compared to their smaller-sized counterparts. By age 5, giant breed dogs are seniors; large breeds are seniors by age 6. They have special nutritional needs, owing to their size as well as life stage. Eukanuba recognizes this and has formulated Eukanuba Large Breed Senior Adult with L-Carnitine to help your dog naturally burn fat instead of storing it, to help control weight to minimize joint stress and natural sources of Glucosamine and Chondroitin Sulfate to support joint health. Eukanuba Large Breed Senior also contains two powerful antioxidants, Vitamin E and Beta-Carotene, to help support the strength of your senior dog's immune system. Eukanuba Large Breed Senior also contains our exclusive formulation of fiber, beet pulp and FOS (fructooligosaccharides), to support a healthy intestinal environment for the senior dog's digestive system.

**FEED THE BREED™**

**OUR HIGHEST QUALITY INGREDIENTS**

- **Antioxidants:** Made with antioxidants such as Vitamin E and Beta-Carotene to support your senior dog's immune system
- **Wholesome Grains:** Made with highly digestible barley and grain sorghum to help maintain healthy blood sugar and energy levels
- **No Unnecessary Extras:** No fillers, artificial preservatives, artificial flavors or colors added
- **Natural Fish Oil:** Natural fish oil provides Omega-3 fatty acids for healthy skin and coat. These nutrients also help support the immune system and nervous system
- **JointFlex:** Made with natural sources of Glucosamine and Chondroitin Sulfate to help maintain joint and cartilage health
- **DigestiCare Plus:** Made with beet pulp fiber and FOS that work with your dog's natural defenses to help maintain a healthy digestive tract
- **DentaDefense®:** Crunchy kibbles with a coating of micro-crystals scrub your dog's teeth with every bite, reducing plaque and tartar buildup that can lead to bad breath



CHECK OUT THE INGREDIENT ANALYZER

▸▸

NUTRITION. OPTIMAL HEALTH. THE BREED.

▸▸ Whatever your question. Our Breed Experts will answer.

| RELATED INFORMATION | FEEDING GUIDELINES | INGREDIENTS | CALORIES | GUARANTEED ANALYSIS | SIZES |

**Related Products**

- Senior Chunks in Gravy with Hearty Beef- Recalled
- Canned Senior Maintenance Formula
- Healthy Extras Senior Maintenance Biscuits

**Related Articles**

- Special Nutritional Needs of Older Pets
- Senior Dog Food Science
- Nutrition for Large Breed Senior Dogs

| CONTACT US | WHERE TO BUY | | | | |

© 2007 The Iams Company. All rights reserved worldwide.

Eukanuba Home | Dogs | Cats | Products | Expert Advice | My Stuff | About Eukanuba | For Breeders | News | Veterinary Diets   RSS XML
Sporting Dog | Global Home | Site Map | Privacy Statement | Terms & Conditions | About the Iams Company | Procter and Gamble Pet Care



PRIVACY BBB OnLine

# Eukanuba

**FEED THE BREED**

WELCOME TO EUKANUBA | LOGIN | REGISTER     SEARCH:     GO ▸▸

| HOME | DOGS | CATS | PRODUCTS ● | EXPERT ADVICE | MY STUFF | ABOUT EUKANUBA |

FOR DOGS ●    FOR CATS    INGREDIENT ANALYZER    PET HEALTH INSURANCE

## EUKANUBA PRODUCTS

## Bites in Gravy with Hearty Beef for Puppies- Recalled

Back to Listing





CHECK OUT THE INGREDIENT ANALYZER

▸▸

NUTRITION. OPTIMAL HEALTH. THE BREED.

▸ Whatever your question. Our Breed Experts will answer.

**Recommended For:**
Puppies up to 12 months.

**Product Description:**

You don't have to choose between taste and nutrition with Eukanuba pouches. Eukanuba Pouches offer a variety of flavors to satisfy your dog's taste buds and nourish his body and mind. Eukanuba pouches are cooked in broth for maximum taste. Every pouch contains the optimal nutrition and quality that you've discovered in our dry foods, including the Eukanuba Vital Health System targeting 5 essential health functions, delivering nutrients when and where they are needed.

Each Eukanuba pouch has been developed for great taste and balanced nutrition that is designed to:

- Promote healthy eyesight and mental sharpness with essential nutrients and antioxidants
- Reduce the risk of digestive upset with a special fiber blend
- Help rejuvenate dry skin and produce a healthy, shiny coat with a proven ratio of Omega-6 and -3 fatty acids
- Promote lean muscle mass with optimal levels of protein from sources like chicken and beef
- Support proper brain development in puppies with key brain-building nutrients

| RELATED INFORMATION | FEEDING GUIDELINES | INGREDIENTS | CALORIES | GUARANTEED ANALYSIS | SIZES |

**Related Products**

- Canned Puppy Growth
- Bites in Gravy with Savory Chicken for Puppies- Recalled
- Healthy Extras Puppy Growth Biscuits

**Related Articles**

- Is Your Puppy Ready for Premium Adult Dog Food?
- A Rich, Lustrous Coat Begins With Good Health
- Are You Feeding Your Puppy Right?

| CONTACT US | WHERE TO BUY | | | | | |

© 2007 The Iams Company. All rights reserved worldwide.

Eukanuba Home | Dogs | Cats | Products | Expert Advice | My Stuff | About Eukanuba | For Breeders | News | Veterinary Diets   RSS XML
Sporting Dog | Global Home | Site Map | Privacy Statement | Terms & Conditions | About the Iams Company | Procter and Gamble Pet Care



PRIVACY
BBBOnLine