

How Can We Help? | Purina | Terms & Conditions | Privacy Policy | Linking Policy | Site Map

All trademarks and other intellectual property on the site are owned by
Société des Produits Nestlé S.A., Vevey, Switzerland

Exhibit 41





**Al's Grill™ Brand Dog Treats serve up a variety of meaty, fun-shaped treats that are sure to excite your dog.** Flame Broiled Steaks, Flame Broiled Burgers, Flame Broiled Drumsticks, and Smoky Riblets.

    



How Can We Help? | Purina | Terms & Conditions | Privacy Policy | Linking Policy | Site Map
All trademarks and other intellectual property on the site are owned by
SociÃ©tÃ© des Produits NestlÃ© S.A., Vevey, Switzerland

Case 1:07-cv-21221-CMA    Document 156-10    Entered on FLSD Docket 07/27/2007    Page 3 of 47



Beneful® is not affected by the Alpo® Prime Cuts in Gravy canned dog food voluntary national recall or the Menu foods recall. Please **click here** for a message from the Employees of Nestlé Purina PetCare Company and **"The Facts about Contamination and the Recent Pet Food Recall"**.

Terms and Conditions     Privacy Policy     Linking Policy     Purina.com     How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



**PRODUCTS** | **DOG'S LIFE** | **SHARE DOG STORIES** | **PUPPY'S LIFE**

ORIGINAL | HEALTHY WEIGHT | HEALTHY RADIANCE™ | HEALTHY GROWTH | HEALTHY HARVEST™ | PREPARED MEALS™

# All the Ingredients for a Happy, Healthy Dog

## Healthful. Flavorful. Beneful.®

Beneful® food for dogs serves up a whole variety of superb formulas for the perfect balance of healthful ingredients, quality nutrition, and great taste. For your best friend, that means pure contentment.



### Beneful® Prepared Meals™ ●

Real, wholesome ingredients that you can see in a resealable container. Ready to serve and enjoy! ™

*Please note that Beneful® Prepared Meals™ is only available in select areas. To find out if Beneful® Prepared Meals™ is available near you, use the Product Locator.*



### Original ●
It reads like a Who's Who of Ingredients.



### Healthy Weight ●
Who knew calorie smart could taste so good?



### Healthy Radiance™ ●
Now bathtime isn't the only good thing for your dog's skin and coat.



### Healthy Growth ●
To help ensure your puppy grows up happy healthy, and strong.



### Healthy Harvest™ ●
Health smart nutrition with real soy protein.

 **SEARCH**



Terms and Conditions    Privacy Policy    Linking Policy    Purina.com    How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland





| PRODUCTS | DOG'S LIFE | SHARE DOG STORIES | PUPPY'S LIFE |
| --- | --- | --- | --- |

ORIGINAL | **HEALTHY WEIGHT** | HEALTHY RADIANCE™ | HEALTHY GROWTH | HEALTHY HARVEST™ | PREPARED MEALS™

## Healthy Weight

### A reduced-calorie dog food that actually keeps your dog happy! With 10% fewer calories than Beneful Original.

 Moist, chewy chunks made with real chicken are rich in quality protein, for a food your dog will love that will help build strong muscles.

 Enriched with calcium for healthy teeth and strong bones, iron for healthy blood.

 Wholesome rice and other crunchy grains packed with carbohydrates for energy, linoleic acid for a shiny coat.

 Contains vegetables with Vitamin A and other important vitamins, minerals and nutrients.

 High quality protein, including natural soy, helps maintain lean muscle mass during weight loss.

 Omega fatty acids, along with antioxidants like Vitamin E and selenium, help support a healthy immune system.



### Guaranteed Analysis

| Crude Protein (Min) | 25.0% | Calcium (Ca) (Min) | 1.3% |
| --- | --- | --- | --- |
| Crude Fat (Min) | 7.0% | Iron (Fe) (Min) | 200 mg/kg |
| Crude Fiber (Max) | 9.0% | Selenium (Se) (Min) | 0.2 mg/kg |
| Moisture (Max) | 14.0% | Vitamin A (Min) | 10,000 IU/kg |
| Linoleic Acid (Min) | 1.2% | Vitamin E (Min) | 100 IU/kg |

### CALORIE CONTENT
Metabolizable Energy (ME)
3143 kcal/kg
1426 kcal/lb
306 kcal/cup

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Beneful® Healthy Weight provides complete and balanced nutrition for maintenance of adult dogs.

### Ingredients

Ground yellow corn, chicken by-product meal, corn gluten meal, soybean hulls*, whole wheat flour, rice flour, chicken, soy flour, beef tallow preserved with mixed-tocopherols (source of Vitamin E), sugar, animal digest, tricalcium phosphate, sorbitol, water, salt, phosphoric acid, potassium chloride, dicalcium phosphate, sorbic acid (a preservative), L-Lysine monohydrochloride, dried green beans, dried carrots, calcium carbonate, calcium propionate (a preservative), choline chloride, vitamin supplements (E, A, B-12, D-3), zinc sulfate, added color (Yellow 5, Red 40, Yellow 6, Blue 2), DL-Methionine, ferrous sulfate, glyceryl monostearate, manganese sulfate, niacin, calcium pantothenate, riboflavin supplement, biotin, thiamine mononitrate, copper sulfate, garlic oil, pyridoxine hydrochloride, folic acid, menadione sodium bisulfite complex (source of Vitamin K activity), calcium iodate, sodium selenite. A-4091
*14% - a source of fiber

[ SEARCH ]



Terms and Conditions    Privacy Policy    Linking Policy    Purina.com    How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland





**PRODUCTS**    DOG'S LIFE    SHARE DOG STORIES    PUPPY'S LIFE

ORIGINAL | HEALTHY WEIGHT | HEALTHY RADIANCE™ | HEALTHY GROWTH | HEALTHY HARVEST™ | PREPARED MEALS™

## Healthy Harvest™

A premium dry dog food with the benefits of soy and the healthy goodness of real, wholesome ingredients.

 Moist, chewy chunks including real protein from soy for active muscles.

 Enriched with calcium for healthy teeth and strong bones.

 Crunchy barley packed with carbohydrates for energy.

 Linoleic Acid to help promote a thick glossy coat.

 Antioxidant-rich nutrition accented with vegetables and apples to help support a healthy immune system.

 Premium dry dog food pieces contain iron for healthy blood.



### Guaranteed Analysis

| | | | |
|---|---|---|---|
| Crude Protein (Min) | 25.0% | Calcium (Ca) (Min) | 1.1% |
| Crude Fat (Min) | 10.0% | Phosphorus (P) (Min) | 0.9% |
| Crude Fiber (Max) | 4.0% | Iron (Fe) (Min) | 100 mg/kg |
| Moisture (Max) | 14.0% | Vitamin A (Min) | 10,000 IU/kg |
| Linoleic Acid (Min) | 1.3% | Vitamin E (Min) | 100 IU/kg |

**CALORIE CONTENT**
Metabolizable Energy (ME)
3628 kcal/kg
1646 kcal/lb
345 kcal/cup

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Beneful Healthy Harvest dog food provides complete and balanced nutrition for all life stages.

### Ingredients

Ground yellow corn, corn gluten meal, whole wheat flour, animal fat preserved with mixed-tocopherols (form of Vitamin E), soy protein concentrate, soybean meal, pearled barley, brewers rice, tricalcium phosphate, sugar, water, animal digest, sorbitol, phosphoric acid, salt, potassium chloride, L-Lysine monohydrochloride, calcium carbonate, sorbic acid (a preservative), dried spinach, dried sweet potatoes, dried apples, dicalcium phosphate, choline chloride, calcium propionate (a preservative), DL-Methionine, added color (Red 40, Yellow 5, Blue 2, Yellow 6), zinc sulfate, ferrous sulfate, Vitamin E supplement, manganese sulfate, Vitamin A supplement, niacin, Vitamin B-12 supplement, calcium pantothenate, riboflavin supplement, copper sulfate, biotin, garlic oil, thiamine hydrochloride, pyridoxine hydrochloride, thiamine mononitrate, folic acid, Vitamin D-3 supplement, menadione sodium bisulfite complex (source of Vitamin K activity), calcium iodate, sodium selenite. B-4087





Terms and Conditions    Privacy Policy    Linking Policy    Purina.com    How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



## Benefits

**High protein**
For muscle development.

**Appropriate calories**
For proper body growth.

**Added rice**
For easy digestion.

**Kitten-size morsels**
Easy for kittens to chew.

**Nutrient-rich kibbles**
For excellent nutrition in every bite.

**Calcium and minerals**
For strong bones and teeth.

**Taurine**
For bright eyes and healthy heart.

**Ulti-Pro Enhanced Protein System®**
Helps support proper muscle and immune system development.

**Great taste**
Encourages consistent eating.

### AT HOME

With Purina® Cat Chow® brand Cat Food Mary Ann talks about her lunchtime surprise, Benny.

### COMMUNITY INTEREST

MENTOR INTERVIEW
Dr. Debbie Horwitz, DVM talks about kittens.

► LEARN MORE

MENTOR Q&A
Why does my kitten like to jump on the doorframe?

► LEARN MORE

REAL CATS REAL STORIES
A Spooky Connection
submitted by: Lindsay

► LEARN MORE



Home  :  Site Map  :  Purina  :  Tidy Cats  :  Legal  :  Privacy  :  Linking  :  How Can We Help?  :  Help FAQ  :  Add Purina® RSS Feed

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



**Benefits**

**Ulti-Pro Enhanced Protein System®**
Helps maintain a healthy heart and immune system.

**Whole-grain wheat and brewer's rice**
For energy and digestibility.

**Calcium and phosphorus**
For strong bones and teeth.

**Vitamin A and Taurine**
For healthy vision.

**Omega-6 Fatty Acids**
Help keep skin healthy and coat shiny.

**Cat-Tested, Cat-Approved Great Taste**
Encourages consistent eating.

Home : Site Map : Purina : Tidy Cats : Legal : Privacy : Linking : How Can We Help? : Help FAQ : Add Purina® RSS Feed

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

# Purina® Puppy Chow® brand Puppy Food Large Breed Formula

LARGE BREED PUPPIES, those weighing over 50 lbs. at maturity, have special nutritional needs. That's why Purina® Puppy Chow® Large Breed Formula targets the nutritional areas that are important to the proper development of large breed puppies:

**Healthy Growth Rate**

- Managing caloric intake as directed on package helps you feed your large breed puppy to an ideal body condition, which helps keep muscular and skeletal growth rates at an ideal pace
- Formulated with an appropriate ratio of protein to fat in a complete and balanced formula for large breed puppies
- Concentrated high-quality protein for strong, healthy muscles
- Contains DHA, a nutrient important for healthy brain and vision development

**Bones & Joints**

- Guaranteed levels of calcium and phosphorus
- An optimal level of Vitamin D to promote the nutrient absorption important to bone development
- Added Vitamin C to help support cartilage formation

View Feeding Instructions

---

## Product Information

### Guaranteed Analysis



| | |
|---|---|
| Crude Protein (Min) | 27.0% |
| Crude Fat (Min) | 10.0% |
| Crude Fiber (Max) | 5.0% |
| Moisture (Max) | 12.0% |
| Calcium (Ca) (Min) | 1.1% |
| Phosphorus (P) (Min) | 0.9% |
| Iron (Fe) (Min) | 150 mg/kg |
| Vitamin D (Min) | 500 IU/kg |
| Ascorbic Acid (Vitamin C)** (Min) | 70 mg/kg |
| Docosahexaenoic Acid ** (DHA) (Min) | 0.05% |

**Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

### Ingredients

Whole grain corn, chicken by-product meal, corn gluten meal, brewers rice, soybean meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), pearled barley, dried beet pulp, animal digest, calcium carbonate, calcium phosphate, fish oil, salt, potassium chloride, L-Lysine monohydrochloride, choline chloride, L-ascorbyl-2-polyphosphate (source of Vitamin C), Vitamin E supplement, zinc sulfate, zinc proteinate, ferrous sulfate, DL-Methionine, manganese sulfate, manganese proteinate, niacin, Vitamin A supplement, copper sulfate, copper proteinate, calcium pantothenate, garlic oil, pyridoxine hydrochloride, Vitamin B-12 supplement, thiamine mononitrate, riboflavin supplement, calcium iodate, Vitamin D-3 supplement, menadione sodium bisulfite complex (source of Vitamin K activity), folic acid, biotin, sodium selenite. M-4035

Back to top

---

## How Much To Feed

**Recommended Daily Feeding Amount using a standard 8-oz. measuring cup**
Purina® Puppy Chow® Large Breed Formula





**Ideal**
Can feel and see outline of ribs. dog has a waist when viewed from above.  Belly is tucked up when viewed from the side. Maintain current feeding regimen.



**Too Heavy**
Dog has no waist when viewed from above. Belly is rounded when viewed from the side. Decrease amount you are feeding.  After 2 or 3 weeks, compare again.  Adjust as necessary.

| Age & Weight at Maturity | 1-1/2 to 3 Months | 3 to 5 Months | 5 to 7 Months | 7 Mos. to 1 Year | 1 to 2 Years |
|---|---|---|---|---|---|
| Up to 50 lbs.. | 1/2 to 1 cup | 1-1/2 to 2-1/4 cups | 2-3/4 to 3-1/2 cups | 2-1/2 to 3 cups | 3 to 3-1/2 cups |
| Up to 75 lbs. | 3/4 to 1-1/4 cups | 2-1/4 to 3-1/2 cups | 4-1/4 to 4-3/4 cups | 4 to 4-1/4 cups | 4-1/2 to 5-1/4 cups |
| Up to 100 lbs. | 1 to 2-1/4 cups | 3-1/4 to 4-1/2 cups | 6 to 6-1/4 cups | 5-1/4 to 5-1/2 cups | 6 to 7-1/2 cups |
| Up to 130 lbs. | 1-1/4 to 2-1/2 cup | 3-1/2 to 4-3/4 cups | 5-3/4 to 10 cups | 7-3/4 to 9-1/4 cups | 8-1/4 to 9 cups |

Overfeeding can be harmful, especially for large breed puppies (those weighing over 50 lbs. at maturity). That's why it is crucial that you follow the feeding guidelines shown, check your puppy's weight regularly, and adjust his food intake as necessary to maintain an ideal body condition.

<u>Back to top</u>

---

**FEEDING WEANING PUPS:** Puppies start to nibble on solid foods at three to four weeks of age. Keep moistened Purina® Puppy Chow® Large Breed Formula (3 parts kibble to 1 part water) available to puppies at all times until fully weaned (6 to 8 weeks of age).

**FEEDING GROWING PUPS:** After weaning, Purina® Puppy Chow® Large Breed Formula can be fed moistened or dry at the same time every day - very young puppies three times a day, older puppies twice a day. Use the feeding guidelines shown here, but remember individual needs can vary. Feed to maintain ideal body condition as shown. Slight appetite changes and occasional digestive upsets are normal in puppies. If upsets become severe or linger longer than a day or two, contact your veterinarian.

**SWITCHING TO PURINA® PUPPY CHOW® LARGE BREED FORMULA:** When switching to Purina® Puppy Chow® Large Breed Formula from another food, allow 7 to 10 days for the transition. Gradually add more Purina® Puppy Chow® Large Breed Formula and less of the previous food to your pet's dish each day until the changeover is complete.

**WATER:** Make sure your puppy has plenty of fresh water, in a clean container, at all times.

**VETERINARY CARE:** Puppies need regular veterinary care. If your puppy is not on a complete veterinary care program, please make an appointment today.

This product is not appropriate for females in stages of gestation and lactation

<u>Back to top</u>

# Purina® Puppy Chow® brand Puppy Food Healthy Morsels™ Soft & Crunchy Bites

CHEWY CHUNKS AND CRUNCHY BITES from corn, real beef and vegetable accents in Purina® Puppy Chow® Healthy Morsels™ deliver the extra nutrition puppies need during growth. This advanced formula goes beyond "ordinary nutrition" with carefully-selected, high-quality ingredients that help Build, Replenish and Nourish your puppy's body around the clock.



- 100% complete & balanced nutrition for your puppy's first year, up to two years for large breeds
- High-quality protein for strong muscles
- Vegetable accents and added vitamins help support overall good health
- Great taste encourages a healthy appetite
- Contains DHA, a nutrient important for healthy brain and vision development

View Feeding Instructions

## Product Information

### Guaranteed Analysis



| | |
|---|---|
| Crude Protein (Min) | 27.0% |
| Crude Fat (Min) | 12.0% |
| Crude Fiber (Max) | 4.0% |
| Moisture (Max) | 14.0% |
| Linoleic Acid (Min) | 1.5% |
| Calcium (Ca) (Min) | 1.1% |
| Phosphorus (P) (Min) | 0.9% |
| Iron (Fe) (Min) | 150 mg/kg |
| Vitamin E (Min) | 100 IU/kg |
| Docosahexaenoic Acid* (DHA) (Min) | 0.05 |

*Not recognized as essential by the AAFCO Dog Food Nutrient Profiles

### Ingredients

Whole grain corn, corn gluten meal, whole grain wheat, chicken by-product meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), soybean meal, brewers rice, meat and bone meal, beef, pearled barley, sugar, sorbitol, fish oil, calcium phosphate, animal digest, salt, phosphoric acid, potassium chloride, sorbic acid (a preservative), dried peas, dried carrots, L-Lysine monohydrochloride, calcium propionate (a preservative), added color (Red 40, Yellow 5, Blue 2), Vitamin E supplement, choline chloride, brewers dried yeast, zinc sulfate, zinc proteinate, ferrous sulfate, niacin, manganese sulfate, manganese proteinate, Vitamin A supplement, calcium carbonate, DL-Methionine, Vitamin B-12 supplement, calcium pantothenate, copper sulfate, copper proteinate, thiamine mononitrate, garlic oil, pyridoxine hydrochloride, riboflavin supplement, Vitamin D-3 supplement, menadione sodium bisulfite complex (source of Vitamin K activity), calcium iodate, folic acid, biotin, sodium selenite.
G-4037

Back to top

## How Much To Feed

**Recommended Daily Feeding Amount using a standard 8-oz. measuring cup**
Purina® Puppy Chow® Healthy Morsels™ Formula



**Too Thin**
Ribs are highly visible. Increase the amount you are feeding. After 2 or 3 weeks, compare again. Adjust until dog exhibits Ideal Body Condition.



**Ideal**
Can feel and see outline of ribs. dog has a waist when viewed from above.  Belly is tucked up when viewed from the side. Maintain current feeding regimen.



**Too Heavy**
Dog has no waist when viewed from above. Belly is rounded when viewed from the side. Decrease amount you are feeding.  After 2 or 3 weeks, compare again.  Adjust as necessary.

| Age & Weight at Maturity | 1-1/2 to 3 Months | 3 to 5 Months | 5 to 7 Months | 7 Mos. to 1 Year | 1 to 2 Years |
|---|---|---|---|---|---|
| Toy 3-12 lbs. | 1/3 to 3/4 cup | 3/4 to 1-1/4 cups | 1-1/4 to 1-2/3 cups | 1-1/4 to 1-2/3 cups | * |
| Small 13-20 lbs. | 1/3 to 1-1/4 cup | 1-1/4 to 2 cups | 2 to 2-3/4 cups | 2 to 2-3/4 cups | * |
| Medium 21-50 lbs. | 1-2/3 to 5 cups | 3 to 5-3/4 cups | 4 to 6 cups | 4 to 5-1/2 cups | * |
| Large 51-100 lbs. | 2 to 5-1/4 cups | 4-1/4 to 6-3/4 cups | 5-3/4 to 8 cups | 5-1/2 to 8 cups | 5-1/2 to 6-3/4 cups |
| Extra Large 51-100 lbs. and over | 5-1/4 to 6-1/3 cups | 6-1/3 to 8-3/4 cups | 8 to 11 cups | 8 to 13 cups | 6-3/4 to 10-2/3 cups |

* Transition to the Purina® Dog Chow® Formula That's Right For Your Dog

Back to top

---

**FEEDING WEANING PUPS:** Puppies start to nibble on solid foods at three to four weeks of age. Keep moistened Purina® Puppy Chow® Healthy Morsels Formula® (3 parts kibble to 1 part water) available to puppies at all times until fully weaned (6 to 8 weeks of age).

**FEEDING GROWING PUPS:** After weaning, Purina® Puppy Chow® Healthy Morsels™ Formula can be fed moistened or dry at the same time every day - very young puppies three times a day, older puppies twice a day. Use the feeding guidelines shown here, but remember individual needs can vary. Feed to maintain ideal body condition as shown. Slight appetite changes and occasional digestive upsets are normal in puppies. If upsets become severe or linger longer than a day or two, contact your veterinarian.

**FEEDING FOR REPRODUCTION:** Food intake may vary during gestation and may double or even quadruple during lactation, so feed the amount needed to maintain a good body condition.

**SWITCHING TO Purina® Puppy Chow® Healthy Morsels™ Formula:** When switching to Purina® Puppy Chow® Healthy Morsels™ Formula from another food, allow 7 to 10 days for the transition. Gradually add more Purina® Puppy Chow® Healthy Morsels Formula® and less of the previous food to your pet's dish each day until the changeover is complete.

**WATER:** Make sure your puppy has plenty of fresh water, in a clean container, at all times.

**VETERINARY CARE:** Puppies need regular veterinary care. If your puppy is not on a complete veterinary care program, please make an appointment today.

Back to top

Case 1:07-cv-21221-CMA     Document 156-10     Entered on FLSD Docket 07/27/2007     Page 14 of 47

# Purina® Fit & Trim® brand Adult Dog Food Healthy Weight



FOR WEIGHT LOSS AND CONTINUED MAINTENANCE, Purina® Fit & Trim® Healthy Weight brand Adult Dog Food is an ideal solution. When fed according to the Recommended Feeding Amounts (found on package) and combined with regular exercise, Purina® Fit & Trim® Healthy Weight brand Adult Dog Food is formulated to promote an ideal body condition, which can help to reduce stress on bones & joints and improve mobility. Developed by veterinarians, this complete adult formula provides your dog with the nutrition he needs to Build, Replenish and Nourish his body every day during weight loss and continued maintenance.

- Triple Source Protein from Turkey, Chicken, and Beef has been added for great taste.
- Each bite contains added fiber that helps keep dogs from feeling hungry.
- 100% complete and balanced diet for adult dogs.



View Feeding Instructions

---

## Product Information

### Guaranteed Analysis



| | |
|---|---|
| Crude Protein (Min) | 25.0% |
| Crude Fat (Min) | 6.0% |
| Crude Fat (Max) | 8.0% |
| Crude Fiber (Max) | 12.0% |
| Moisture (Max) | 12.0% |
| Vitamin A (Min) | 10,000 IU/kg |

### Ingredients

Ground yellow corn, ground whole wheat, soybean meal, corn germ meal, soybean hulls*, corn gluten meal, turkey by-product meal, chicken by-product meal, meat and bone meal, animal digest, animal fat preserved with mixed-tocopherols (form of Vitamin E), calcium carbonate, salt, added color (Red 40, Yellow 5, Blue 2), zinc sulfate, Vitamin E supplement, zinc proteinate, ferrous sulfate, choline chloride, L-Lysine monohydrochloride, brewers dried yeast, manganese sulfate, manganese proteinate, niacin, Vitamin A supplement, copper sulfate, calcium pantothenate, copper proteinate, garlic oil, pyridoxine hydrochloride, Vitamin B-12 supplement, thiamine mononitrate, Vitamin D-3 supplement, riboflavin supplement, calcium iodate, menadione sodium bisulfite complex (source of Vitamin K activity), folic acid, biotin, sodium selenite. A-4490
*13% - a source of fiber

Back to top

---

## How Much To Feed

**Recommended Daily Feeding Amount using a standard 8-oz. measuring cup**
Purina® Fit & Trim® Healthy Weight brand Adult Dog Food


**Too Thin** Ribs are highly visible. Increase the amount you are feeding. After 2 or 3 weeks, compare again. Adjust until dog exhibits Ideal Body Condition.


**Ideal** Can feel and see outline of ribs. dog has a waist when viewed from above. Belly is tucked up when viewed from the side. Maintain current feeding regimen.



**Too Heavy**
Dog has no waist when viewed from above.
Belly is rounded when viewed from the side.
Decrease amount you are feeding.  After 2 or 3
weeks, compare again.  Adjust as necessary.

| | FOR WEIGHT LOSS | | FOR WEIGHT MAINTENANCE | |
|---|---|---|---|---|
| **Current Weight** | **Feeding Amount** | **Dog's Ideal Weight** | **Weight Maintenance** | |
| 5 to 9 lbs. | 2/3 cup | 3 to 12 lbs. | 1/2 to 1-1/3 cups | |
| 10 to 19 lbs. | 3/4 to 1-1/4 cups | 13 to 20 lbs. | 1-1/3 to 2 cups | |
| 20 to 29 lbs. | 1-1/2 to 1-2/3 cups | 21 to 35 lbs. | 2 to 2-3/4 cups | |
| 30 to 39 lbs. | 1-3/4 to 2 cups | 36 to 50 lbs. | 2-3/4 to 3-1/2 cups | |
| 40 to 49 lbs. | 2-1/4 to 2-1/3 cups | 51 to 75 lbs. | 3-1/2 to 4-2/3 cups | |
| 50 to 59 lbs. | 2-1/2 to 2-3/4 cups | 76 to 100 lbs. | 4-2/3 to 5-2/3 cups | |
| 60 to 69 lbs. | 2-3/4 to 3 cups | 100+ lbs. | 5-2/3 cups plus 1/3 cup for each 10 lbs. body weight over 100 lbs. | |
| 70 to 79 lbs. | 3 to 3-1/4 cups | | | |
| 80 to 89 lbs. | 3-1/3 to 3-1/2 cups | | | |
| 90 to 99 lbs. | 3-2/3 to 3-3/4 cups | | | |
| 100+ lbs. | 3-3/4 cups plus 1/4 cup for each 10 lbs. body weight over 100 lbs. | | | |

The feeding amounts shown on this chart are designed to help dogs lose 2% of their
weight per week. Check your dog's weight regularly. If your dog does not lose weight or
loses more than 12% of body weight within 4 weeks, talk to your veterinarian about the
amount of food you're feeding.

*Using a standard 8-oz. cup

Back to top

---

**THE PURINA® LIFE PLAN®** An unprecedented fourteen-year study by Purina proves
that you can help extend your dog's healthy years by feeding to his ideal body condition
throughout his life. Use the Recommended Daily Feeding Amounts as shown

**SWITCHING TO PURINA® DOG CHOW SENIOR 7+®:** When switching to Purina® Dog
Chow Senior 7+® from another food, allow 7 to 10 days for the transition. Gradually add
more Purina® Dog Chow Senior 7+® and less of the previous food to your pet's dish
each day until the changeover is complete.

**EASY TO FEED:** If desired, serve moistened by adding warm water (3 parts kibble to 1
part water).

**WATER:** Provide adequate fresh water, in a clean container, for your dog daily.

Purina® Dog Chow Senior 7+® is not intended for growing puppies, pregnant or
lactating females, or hardworking dogs. Purina® Puppy Chow® brand Puppy Food and
Purina® Dog Chow® brand Dog Food have products specifically formulated to meet the
nutritional needs of each of these dogs.

**VETERINARY CARE:** Consult your veterinarian for specific nutritional needs, regular
checkups, routine vaccinations and other health care for your dog.

**Calorie Content**
Metabolizable Energy (ME)

2861 kcal/kg
1299 kcal/lb.
320 kcal/cup

Back to top

# Purina® Little Bites Indoor Complete Dog Food

YOUR DOG'S GOT IT MADE. He spends most of his time indoors, enjoying familiar surroundings and all the comforts of home. But did you know indoor dogs may get less exercise and may be prone to dry skin? That's why Purina veterinarians and nutritionists developed Purina® Little Bites Indoor Complete, formulated to meet the nutritional needs of indoor dogs like yours, as well as the nutrition needed to Build, Replenish and Nourish his body every day.



View Feeding Instructions

---

## Product Information

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein (Min) | 25.0% |
| Crude Fat (Min) | 9.0% |
| Crude Fiber (Max) | 4.5% |
| Moisture (Max) | 12.0% |
| Linoleic Acid (Min) | 1.5% |
| Calcium (Ca) (Min) | 1.1% |
| Phosphorus (P) (Min) | 0.9% |
| Copper (Cu) (Min) | 10 mg/kg |
| Zinc (Zn) (Min) | 135 mg/kg |
| Vitamin A (Min) | 10,000 IU/kg |
| Vitamin E (Min) | 150 IU/kg |



### Ingredients

Ground yellow corn, meat and bone meal, corn gluten meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), soybean meal, animal digest, brewers rice, salt, potassium chloride, L-Lysine monohydrochloride, choline chloride, calcium phosphate, Vitamin E supplement, zinc sulfate, zinc proteinate, ferrous sulfate, parsley flakes, added color (Yellow 6, Yellow 5, Red 40, Blue 2), manganese sulfate, manganese proteinate, niacin, Vitamin A supplement, calcium carbonate, brewers dried yeast, copper sulfate, calcium pantothenate, copper proteinate, garlic oil, pyridoxine hydrochloride, Vitamin B-12 supplement, thiamine mononitrate, Vitamin D-3 supplement, riboflavin supplement, calcium iodate, menadione sodium bisulfite complex (source of Vitamin K activity), folic acid, biotin, sodium selenite.
A-4120

Back to top

---

## How Much To Feed

**Recommended Daily Feeding Amount using a standard 8-oz. measuring cup**
Purina® Little Bites Indoor Complete Dog Food



**Too Thin**
Ribs are highly visible. Increase the amount you are feeding. After 2 or 3 weeks, compare again. Adjust until dog exhibits Ideal Body Condition.



**Ideal**
Can feel and see outline of ribs. dog has a waist when viewed from above. Belly is tucked up when viewed from the side. Maintain current feeding regimen.



**Too Heavy**
Dog has no waist when viewed from above.
Belly is rounded when viewed from the side.
Decrease amount you are feeding. After 2 or 3
weeks, compare again. Adjust as necessary.

| Adult Dog Size | Feeding Amount |
|---|---|
| 3 to 12 lbs. | 1/2 to 1 cup |
| 13 to 20 lbs. | 1 to 1-1/2 cups |
| 21 to 35 lbs. | 1-1/2 to 2-1/3 cups |
| 36 to 50 lbs. | 2-1/3 to 3 cups |
| 51 to 75 lbs. | 3 to 3-3/4 cups |
| 76 to 100 lbs. | 3-3/4 to 4-2/3 cups |
| Over 100 lbs. | 4-2/3 cups plus 1/4 cup for each 10 lbs. of body weight over 100 lbs. |

Amounts are recommended for an average adult dog with normal activity. Remember
food intake requirements vary depending on age, activitiy, and environment, and should
be adjusted accordingly.

Back to top

**THE PURINA® LIFE PLAN®** An unprecedented fourteen year study by Purina proves
that you can help extend your dog's healthy years by feeding to his ideal body condition
throughout his life. Use the Recommended Daily Feeding Amounts as shown.

**FEEDING WEANING PUPS:** Puppies start to nibble on solid foods at three to four
weeks of age. Keep moistened Purina® Little Bites Indoor Complete (3 parts kibble to 1
part water) available to puppies at all times until fully weaned (6 to 8 weeks of age).

**FEEDING GROWING PUPS:** After weaning, Purina® Little Bites Indoor Complete can
be fed moistened or dry at the same time every day - very young puppies three times a
day, older puppies twice a day. Use the feeding guidelines shown here, but remember
individual needs can vary. Feed to maintain ideal body condition as shown. Slight
appetite changes and occasional digestive upsets are normal in puppies. If upsets
become severe or linger longer than a day or two, contact your veterinarian.

**FEEDING FOR REPRODUCTION:** Food intake may vary during gestation and may
double or even quadruple during lactation, so feed the amount needed to maintain a
good body condition.

**SWITCHING TO PURINA® LITTLE BITES INDOOR COMPLETE:** When switching to
Purina® Little Bites Indoor Complete from another food, allow 7 to 10 days for the
transition. Gradually add more Purina® Little Bites Indoor Complete and less of the
previous food to your pet's dish each day until the changeover is complete.

**WATER:** Make sure your dog has plenty of fresh water, in a clean container, at all times.

**VETERINARY CARE:** Dogs need regular veterinary care. If your dog is not on a
complete veterinary care program, please make an appointment today.

Back to top





# Friskies® Dry Varieties

In each Friskies® dry variety, your cat will find exciting flavors that make every meal deliciously unique, no matter which Friskies® dry you choose. Plus, you will know that you are giving your cat the nutrition she needs to be happy and healthy.



▸ Wet
▸ **Dry**
▸ Treats
▸ Friskies 365 Menu Builder

Always Friskies Time!

Feeding Friskies / Dry / Friskies® Special Diet Chicken

## Friskies® Special Diet Chicken



A great tasting dry cat food specially formulated to help maintain urinary tract health in adult cats by reducing urinary pH and contains low magnesium. A golden brown single Y shaped dry/hard, extruded kibble. Is complete and balanced for maintenance of adult cats.

- Helps maintain Urinary Tract Health By Reducing Urinary pH
- Low Magnesium
- Complete & Balanced Nutrition for Maintenance of Adult Cats

### Guaranteed Analysis:

| | |
|---|---:|
| Crude Protein (Min) | 29.00 % |
| Crude Fat (Min) | 14.00 % |
| Crude Fiber (Max) | 2.50 % |
| Moisture (Max) | 10.00 % |
| Ash (Max) | 6.50 % |
| Taurine (Min) | 0.10 % |
| Calories | 358 |



### Ingredients:

Ground yellow corn, corn gluten meal, digest (chicken by-products, phosphoric acid), poultry by-product meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), calcium carbonate, potassium chloride, natural and artificial flavors, calcium phosphate, brewers dried yeast, salt, lecithin, choline chloride, taurine, DL-Methionine, zinc sulfate, ferrous sulfate, ethoxyquin (a preservative), Vitamin E supplement, copper sulfate, niacin, Vitamin A supplement, manganese sulfate, thiamine mononitrate (Vitamin B-1), riboflavin supplement (Vitamin B-2), Vitamin B-12 supplement, pyridoxine hydrochloride (Vitamin B-6), calcium pantothenate, Vitamin D-3 supplement, menadione sodium bisulfite complex (source of Vitamin K activity), potassium iodide, folic acid, sodium selenite, biotin. B-5010

Terms & Conditions | Linking Policy | Privacy Policy | How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Dog Products
## Senior Protection Formula





🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.



COMPARE »

WHERE TO BUY »

- **Antioxidant-rich nutrition helps maintain healthy organs and immune system**
- Optimal protein level helps older dogs maintain lean body mass for strong muscles and muscle mobility
- Contains natural sources of glucosamine to help maintain healthy joints
- Helps reduce the accumulation of plaque, tartar and dental stains for healthy teeth and gums
- Formulated with yogurt and other highly digestible protein sources

### Guaranteed analysis

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 28.0% |
| CRUDE FAT (MIN) | 12.0% |
| CRUDE FIBER (MAX) | 4.5% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.3% |
| CALCIUM (CA) (MIN) | 1.0% |
| PHOSPHORUS (P) (MIN) | 0.8% |
| SELENIUM (SE) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 14,000 IU/kg |
| VITAMIN E (MIN) | 460 IU/kg |
| ASCORBIC ACID ** (MIN) | 70 mg/kg |
| GLUCOSAMINE** (MIN) | 400 ppm |

**Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

### Ingredients

Chicken (natural source of glucosamine), brewers rice, corn gluten meal, poultry by-product meal (natural source of glucosamine), whole grain corn, oat meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), whole grain wheat, corn bran, fish meal, non-fat yogurt, pea fiber, animal digest, dicalcium phosphate, potassium chloride, salt, Vitamin E supplement, choline chloride, L-Lysine monohydrochloride, zinc sulfate, ascorbic acid (source of Vitamin C), ferrous sulfate, manganese sulfate, niacin, calcium carbonate, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride,

garlic oil, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.
E-4182

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Senior Protection Formula provides complete and balanced nutrition for maintenance of adult dogs.

### Recommended daily feeding amounts

| Weight (lbs./kg) | Amount to Feed (standard or metric) |
| --- | --- |
| 3 to 12 lbs. (1-5 kg) | 1/3 to 1 cup |
| 13 to 20 lbs. (6-9 kg) | 1 to 1⅓ cups |
| 21 to 35 lbs. (10-16 kg) | 1⅓ to 2 cups |
| 36 to 50 lbs. (17-23 kg) | 2 to 2½ cups |
| 51 to 75 lbs. (24-34 kg) | 2½ to 3⅓ cups |
| 76 to 100 lbs. (35-45 kg) | 3⅓ to 4 cups |
| Over 100 lbs. (Over 45 kg) | 4 cups plus 1/3 cup (34 g) for each 10 lbs. (4.5 kg) of body weigh over 100 lbs. (45 kg) |

### Adult Dog Feeding Instructions

The recommended feeding amounts are based upon the average nutritional needs of an adult dog with a normal activity level (using a standard 8 oz./250 ml measuring cup - approximately 101g of product). Factors such as a dog's metabolism, breed size, activity level, age and whether the dog is spayed or neutered will affect the amount of Purina ONE needed to maintain an ideal body condition. The pet experts at Purina have provided the feeding amounts indicated as a starting point. If you find that your dog is losing weight or becomes overweight when fed these amounts, please adjust accordingly. To help your dog maintain an ideal body condition, monitor your dog's weight on a regular basis, making sure that his ribs are easily felt and his waist is visible when viewed from above. Maintaining an ideal body condition can impact your dog's health.

### It's Not For All Dogs

Purina ONE Senior Protection Formula is specifically formulated for adult dogs. If you have a puppy, pregnant or nursing dog, feed Purina ONE Healthy Puppy Formula.

### May be served dry or moistened

Purina ONE may be fed dry or mixed with water. If mixed, we suggest one part liquid to four parts Purina ONE.

### Making the Switch to Purina ONE?

Although you'll be anxious to see the difference Purina ONE can make in your dog, please allow seven to ten days to ease the transition from his current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help avoid dietary upsets.

**No supplements necessary**

Purina ONE provides 100% complete and balanced nutrition for maintenance of adult dogs. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

**Fresh water, proper diet & veterinary care**

Be sure to provide fresh water in a clean container for your dog daily. Proper diet, exercise and veterinary care are the best ways to keep your dog healthy. If your dog hasn't had a check-up in the past year, please make an appointment today.



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Dog Products
## Large Breed Adult Formula



Take the
**Purina ONE
30-Day
Challenge**



🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.

- **Helps Maintain Lean Body Mass For Ideal Body Condition**
- Contains Natural Sources of Glucosamine to Help Maintain Healthy Joints
- Highly Digestible Ingredients Help Ensure Optimal Nutrient Absorption
- Omega fatty acids and Vitamin E nourish healthy skin and shiny coat
- Formulated with yogurt and other highly digestible protein sources

**Guaranteed analysis**

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 26.0% |
| CRUDE FAT (MIN) | 12.0% |
| CRUDE FIBER (MAX) | 4.5% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.3% |
| CALCIUM (CA) (MIN) | 1.0% |
| PHOSPHORUS (P) (MIN) | 0.8% |
| SELENIUM (SE) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 15,000 IU/kg |
| VITAMIN E (MIN) | 460 IU/kg |
| ASCORBIC ACID** (MIN) | 70 mg/kg |
| GLUCOSAMINE** (MIN) | 400 ppm |

**Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

**Ingredients**

Chicken (natural source of glucosamine), brewers rice, poultry by-product meal (natural source of glucosamine), corn gluten meal, whole grain wheat, whole grain corn, animal fat preserved with mixed-tocopherols (form of Vitamin E), pea fiber, oat meal, non-fat yogurt, fish meal, animal digest, dicalcium phosphate, salt, potassium chloride, potassium citrate, Vitamin E supplement, L-Lysine monohydrochloride, choline chloride, zinc sulfate, ascorbic acid (source of Vitamin C), ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, calcium carbonate, copper sulfate, calcium pantothenate, garlic oil, pyridoxine hydrochloride, Vitamin B-12 supplement, thiamine mononitrate, riboflavin supplement, calcium iodate, Vitamin D-3 supplement, menadione sodium



bisulfite complex (source of Vitamin K activity), folic acid, biotin, sodium selenite.
E-4183

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Large Breed Adult Formula provides complete and balanced nutrition for maintenance of large breed adult dogs.

**Recommended daily feeding amounts**

| Weight (lbs./kg) | Amount to Feed (standard or metric) |
|---|---|
| 51 to 75 lbs. (24 to 34 kg) | 2¾ to 3⅔ cups |
| 76 to 100 lbs. (35 to 45 kg) | 3⅔ to 4½ cups |
| Over 100 lbs. (Over 45 kg) | 4½ cups plus ½ cup (53 g) for each 10 lbs. (4.5 kg) of body weight over 100 lbs. (45 kg) |

**Adult Dog Feeding Instructions**

The recommended feeding amounts are based upon the average nutritional needs of an adult dog with a normal activity level (using a standard 8 oz./250 ml measuring cup - approximately 106g of product). Factors such as a dog's metabolism, breed size, activity level, age and whether the dog is spayed or neutered will affect the amount of Purina ONE needed to maintain an ideal body condition. The pet experts at Purina have provided the feeding amounts indicated as a starting point. If you find that your dog is losing weight or becomes overweight when fed these amounts, please adjust accordingly. To help your dog maintain an ideal body condition, monitor your dog's weight on a regular basis, making sure that his ribs are easily felt and his waist is visible when viewed from above. Maintaining an ideal body condition can impact your dog's lifelong health.

**It's Not For All Dogs**

Purina ONE Large Breed Adult Formula is specifically formulated for adult dogs. If you have a puppy, pregnant or nursing dog, feed Purina ONE Healthy Puppy Formula.

**May Be Served dry or moistened**

Purina ONE may be fed dry or mixed with water. If mixed, we suggest one part liquid to four parts Purina ONE.

**Making the Switch to Purina ONE?**

Although you'll be anxious to see the difference Purina ONE can make in your dog, please allow seven to ten days to ease the transition from his current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help

avoid dietary upsets.

## No Supplements Necessary

Purina ONE provides 100% complete and balanced nutrition for maintenance of adult dogs. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

## Fresh water, Proper Diet & Veterinary Care

Be sure to provide fresh water in a clean container for your dog daily. Proper diet, exercise and veterinary care are the best ways to keep your dog healthy. If your dog hasn't had a check-up in the past year, please make an appointment today.

Home   Site Map   Purina   Legal   Privacy   Linking   How Can We Help?   Petfinder   For Veterinarians   Add Purina® RSS Feed   XML

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Dog Products
## Large Breed Healthy Weight



Take the
**Purina ONE
30-Day
Challenge**



Products shown are U.S. offerings. Get information about Canadian products here.

- **Helps maintain lean muscle mass for ideal body condition**
- Optimal protein level helps promote healthy weight
- 25% less fat and 10% fewer calories than Purina ONE Total Nutrition Lamb & Rice Formula
- Contains natural sources of glucosamine to help maintain healthy joints
- Formulated with yogurt and other highly digestible protein sources

**Guaranteed analysis**

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 26.0% |
| CRUDE FAT (MIN) | 8.0% |
| CRUDE FAT (MAX) | 12.0% |
| CRUDE FIBER (MAX) | 5.0% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.3% |
| CALCIUM (Ca) (MIN) | 0.9% |
| PHOSPHORUS (P) (MIN) | 0.7% |
| SELENIUM (Se) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 15,000 IU/kg |
| VITAMIN E (MIN) | 460 IU/kg |
| ASCORBIC ACID* (MIN) | 70 mg/kg |
| GLUCOSAMINE* (MIN) | 400 ppm |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

**Ingredients**

Chicken (natural source of glucosamine), brewers rice, corn gluten meal, whole grain wheat, whole grain corn, poultry-by-product meal (natural source of glucosamine), pea fiber, oat meal, corn bran, non-fat yogurt, fish meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), animal digest, egg product, dicalcium phosphate, salt, potassium chloride, calcium carbonate, potassium citrate, L-Lysine monohydrochloride, Vitamin E supplement, choline chloride, zinc sulfate, ascorbic acid (source of Vitamin C), ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, copper sulfate, calcium pantothenate, garlic oil, pyridoxine hydrochloride, Vitamin B-12 supplement, thiamine mononitrate, riboflavin supplement, calcium iodate, Vitamin D-3

supplement, menadione sodium bisulfite complex (source of Vitamin K activity), folic acid, biotin, sodium selenite.
A-4192

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE® Large Breed Dog Healthy Weight Formula provides complete and balanced nutrition for maintenance of adult dogs.

### Recommended daily feeding amounts

| Dog's current weight | For weight maintenance | 25% calorie reduction |
|---|---|---|
| 51 to 75 lbs. (24 to 34 kg) | 3¼ to 4¼ cups | 2 ⅓ to 3¼ cups |
| 76 to 100 lbs. (35 to 45 kg) | 4¼ to 5 cups | 3¼ to 3¾ cups |
| Over 100 lbs. (over 45 kg) | 5 cups plus ½ cup (53 g) for each 10 lbs. (4.5 kg) body weight over 100 lbs. (45 kg) | 3¾ cups plus ⅓ cup (36 g) for each 10 lbs. (4.5 kg) weight over 100 lbs. (45 kg) |

### Adult Dog Feeding Instructions

The recommended feeding amounts indicated are based upon the average nutritional needs of an adult dog who is older, less active or is not at an ideal body condition (using a standard 8 oz./250 ml. measuring cup - approximately 106 g of product). Factors such as a dog's metabolism, breed size, activity level, age and whether the dog is spayed or neutered will affect the amount of Purina ONE needed to achieve an ideal body condition. The pet experts at Purina have provided the feeding amounts indicated in the Weight Maintenance column as a starting point. If you find that your dog has a tendency to gain weight when fed these amounts recommended you may need to reduce his calorie intake by feeding the amount recommended in the alternate column. Continue to adjust feeding amounts accordingly to help your dog reach and maintain his ideal body condition. Be sure to monitor his weight on a regular basis, making sure that his ribs are easily felt and his waist is visible when viewed from above. Reaching and maintaining an ideal body condition can impact your dog's lifelong health.

### It's Not For All Dogs

Purina ONE Large Breed Dog Healthy Weight Formula is specifically formulated for adult dogs. If you have a puppy, pregnant or nursing dog, feed Purina ONE Healthy Puppy Formula.

### May be Served Dry or Moistened

Purina ONE may be fed dry or mixed with water. If mixed, we

suggest one part liquid to four parts Purina ONE.

### Making the Switch to Purina ONE?

Although you'll be anxious to see the difference Purina ONE can make in your dog, please allow seven to ten days to ease the transition from his current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help avoid dietary upsets.

### No supplements necessary

Purina ONE provides 100% complete and balanced nutrition for maintenance of adult dogs. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

### Fresh water, proper diet, & veterinary care

Be sure to provide fresh water in a clean container for your dog daily. Proper diet, exercise and veterinary care are the best ways to keep your dog healthy. If your dog hasn't had a check-up in the past year, please make an appointment today.

Home   Site Map   Purina   Legal   Privacy   Linking   How Can We Help?   Petfinder   For Veterinarians   Add Purina® RSS Feed   XML

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Dog Products
## Sensitive Systems



Take the
**Purina ONE
30-Day
Challenge**

🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.



COMPARE »

WHERE TO BUY »

- **Real salmon provides an omega-rich protein source for your sensitive dog**
- Easily digestible ingredients, like rice and oat meal, for your dog's sensitive stomach
- High levels of skin-essential nutrients (Vitamin E and Omega Fatty Acids) help avoid dry skin
- Contains natural sources of glucosamine to help maintain healthy joints
- Formulated with yogurt and other highly digestible protein sources

### Guaranteed analysis

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 26.0% |
| CRUDE FAT (MIN) | 16.0% |
| CRUDE FIBER (MAX) | 3.0% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.4% |
| CALCIUM (CA) (MIN) | 1.0% |
| PHOSPHORUS (P) (MIN) | 0.8% |
| SELENIUM (SE) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 15,000 IU/kg |
| VITAMIN E (MIN) | 450 IU/kg |
| GLUCOSAMINE* (MIN) | 350 ppm |
| OMEGA-3 FATTY ACIDS (MIN) | 0.7% |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

### Ingredients

Salmon (natural source of glucosamine), brewers rice, pearled barley, oat meal, corn gluten meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), fish meal (natural source of glucosamine), salmon meal (source of fish oil), non-fat yogurt, animal digest, salt, potassium chloride, dicalcium phosphate, calcium carbonate, L-Lysine monohydrochloride, Vitamin E supplement, choline chloride, zinc sulfate, ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, garlic oil, folic acid, Vitamin D-3 supplement, calcium iodate,

biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.
D-4187

Manufactured by: Nestle' Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Sensitive Systems provides complete and balanced nutrition for maintenance of adult dogs.

| Weight (lbs./kg) | Amount to Feed (standard or metric) |
|---|---|
| 3 to 12 lbs. (1 to 5 kg) | 1/4 to 1 cup |
| 13 to 20 lbs. (6 to 9 kg) | 1 to 1-1/3 cups |
| 21 to 35 lbs. (10 to 16 kg) | 1-1/3 to 2 cups |
| 36 to 50 lbs. (17 to 23 kg) | 2 to 2 1/2 cups |
| 51 to 75 lbs. (24 to 34 kg) | 2-1/2 to 3-1/3 cups |
| 76 to 100 lbs. (35 to 45 kg) | 3-1/3 to 4 cups |
| Over 100 lbs. (Over 45 kg) | 4 cups plus 1/3 cup (37 g) for each 10 lbs. (4.5 kg) of body weight over 100 lbs. (45 kg) |

### Adult Dog Feeding Instructions

The recommended feeding amounts indicated are based upon the average nutritional needs of an adult dog with a normal activity level (using a standard 8 oz./250 ml measuring cup - approximately 112g of product). Factors such as a dog's metabolism, breed size, activity level, age and whether the dog is spayed or neutered will affect the amount of Purina ONE needed to maintain an ideal body condition. The pet experts at Purina have provided the feeding amounts indicated as a starting point. If you find that your dog is losing weight or becomes overweight when fed these amounts, please adjust accordingly. To help your dog maintain an ideal body condition, monitor your dog's weight on a regular basis, making sure that his ribs are easily felt and his waist is visible when viewed from above. Maintaining an ideal body condition can impact your dog's lifelong health.

### It's Not For All Dogs

Purina ONE Sensitive Systems formula is specifically formulated for adult dogs. If you have a puppy, pregnant or nursing dog, feed Purina ONE Healthy Puppy Formula.

### May be served dry or moistened

Purina ONE may be fed dry or mixed with water. If mixed, we suggest one part liquid to four parts Purina ONE.

### Feed only one

A dog's digestive system works best when it receives the same food each day. Although humans crave variety in their diets, dogs do not. Feeding different dog foods can turn your dog into a finicky

eater. Avoid feeding table scraps, as they can upset the nutrient balance provided by your dog's regular food, and may lead to obesity. The best way to feed your dog is to feed only one dog food each and every day.

### Making the Switch to Purina ONE?

Although you'll be anxious to see the difference Purina ONE can make in your dog, please allow seven to ten days to ease the transition from his current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help avoid dietary upsets.

### No supplements necessary

Purina ONE provides 100% complete and balanced nutrition for maintenance of adult dogs. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

### Fresh water, Proper Diet & Veterinary Care

Be sure to provide fresh water in a clean container for your dog daily. Proper diet, exercise and veterinary care are the best ways to keep your dog healthy. If your dog hasn't had a check-up in the past year, please make an appointment today.

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Cat Products
## Healthy Weight Formula





🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.



- **Formulated with 40% protein to work with your cat's natural metabolism to help maintain healthy weight**
- High-quality protein, including real turkey, promotes a lean, energetic body and strong muscles
- Formulated with yogurt and other highly digestible protein sources
- 15% fewer calories compared to Purina ONE Total Nutrition Chicken & Rice Formula
- Formulated with yogurt and other highly digestible protein sources

### Guaranteed analysis

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 40.0% |
| CRUDE FAT (MIN) | 9.0% |
| CRUDE FIBER (MAX) | 5.0% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.4% |
| CALCIUM (CA) (MIN) | 0.8% |
| PHOSPHORUS (P) (MIN) | 0.7% |
| SELENIUM (Se) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 11,000 IU/kg |
| VITAMIN E (MIN) | 100 IU/kg |
| TAURINE (MIN) | 0.15% |

### Ingredients

Turkey, poultry by-product meal, corn gluten meal, soy flour, brewers rice, whole grain corn, soybean hulls*, fish meal, brewers dried yeast, non-fat yogurt, animal fat preserved with mixed-tocopherols (form of Vitamin E), phosphoric acid, wheat gluten, animal digest, calcium carbonate, tetra sodium pyrophosphate, potassium chloride, salt, choline chloride, taurine, Vitamin E supplement, zinc sulfate, ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.
G-4177
*5% - a source of fiber

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Special Care Healthy Weight Formula provides complete and balanced nutrition for maintenance of adult cats.

### Recommended daily feeding instructions

| Weight of Cat | Amount to Feed – Weight Maintenance | Amount to Feed – 10% Calorie Reduction |
|---|---|---|
| 5 to 9 lbs. (2 to 4 kg) | 1/2 to 3/4 cup* (52 to 77 g) | 1/3 to 2/3 cup* (46 to 70 g) |
| 10 to 14 lbs. (4 to 6 kg) | 3/4 to 1¼ cup* (77 to 129 g) | 2/3 to 1 cup* (70 to 106 g) |

*Using a standard 8 oz./ 250 ml measuring cup, which contains approximately 106 g of Purina ONE.

### Adult Cat Feeding Instructions

Fill your cat's bowl with the recommended measured amount every morning and allow your cat to eat on a "free choice" basis throughout the day, rather than as a single feeding at meal time. Food intake required to maintain an ideal body condition will vary, depending on age, activity and environment. Monitor your cat's weight and adjust food amounts accordingly.

### It's not for all cats

Purina ONE Special Care Healthy Weight Formula is specifically formulated for adult cats. If you have a kitten, pregnant or nursing cat, feed Purina ONE Healthy Kitten Formula.

### Making the Switch to Purina ONE?

Although you'll be anxious to see the difference Purina ONE can make in your cat, please allow seven to ten days to ease the transition from her current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help avoid dietary upsets.

### No Supplements Necessary

Purina ONE provides 100% complete and balanced for maintenance of adult cats. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

### Fresh Water, Proper Diet & Veterinary Care

Be sure to provide fresh water in a clean container for your cat daily. Proper diet, exercise and veterinary care are the best ways to keep your cat healthy. If your cat hasn't had a check-up in the past year, please make an appointment today.

Home  Site Map  Purina  Legal  Privacy  Linking  How Can We Help?  Petfinder  For Veterinarians  Add Purina® RSS Feed  XML

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



SEARCH

| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Cat Products
## Advanced Nutrition Hairball Formula





🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.



COMPARE »

WHERE TO BUY »

- **Helps minimize the formation of hairballs before they start**
- Helps your cat avoid the discomfort of hairballs
- Formulated with the Nutra-Sorb System™ to help optimize nutrient absorption
- Omega fatty acids and Vitamin E nourish healthy skin and a shiny coat
- Formulated with yogurt and other highly digestible protein sources

### Guaranteed analysis

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 34.0% |
| CRUDE FAT (MIN) | 14.0% |
| CRUDE FIBER (MAX) | 5.0% |
| MOISTURE (MAX) | 12.0% |
| LINOLEIC ACID (MIN) | 1.4% |
| CALCIUM (Ca) (MIN) | 1.0% |
| PHOSPHORUS (P) (MIN) | 0.9% |
| SELENIUM (Se) (MIN) | 0.30 mg/kg |
| VITAMIN A (MIN) | 11,000 IU/kg |
| VITAMIN E (MIN) | 100 IU/kg |
| TAURINE (MIN) | 0.15% |

### Ingredients

Brewers rice, poultry by-product meal, corn gluten meal, chicken, soybean meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), wheat flour, fish meal, non-fat yogurt, whole grain corn, soy lecithin, powdered cellulose, malt extract, soybean hulls, brewers dried yeast, phosphoric acid, animal digest, potassium chloride, calcium carbonate, tetra sodium pyrophosphate, salt, choline chloride, Vitamin E supplement, taurine, zinc sulfate, ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, copper sulfate, calcium pantothenate, thiamine mononitrate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.
C-4185

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO

63164

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Special Care Advanced Nutrition Hairball Formula provides complete and balanced nutrition for maintenance of adult cats.

**Feeding instructions**

| Weight of Cat | Amount to Feed Daily * |
|---|---|
| 5 to 9 lbs. (2 to 4 kg) | 1/3 to 2/3 cup (39 to 71 g) |
| 10 to 14 lbs. (4.5 to 6.5 kg) | 2/3 to 1 cup (71 to 106 g) |

* Using a standard 8 oz./250 ml measuring cup, which contains approximately 112g of Purina ONE® Advanced Nutrition Hairball Formula.

**Adult Cat Feeding Instructions**

Fill your cat's bowl with the recommended measured amount every morning and allow your cat to eat on a "free choice" basis throughout the day, rather than as a single feeding at meal time. Food intake required to maintain an ideal body condition will vary, depending on age, activity and environment. Monitor your cat's weight and adjust food amounts accordingly.

**It's Not For All Cats**

Purina ONE Advanced Nutrition Hairball Formula is specifically formulated for adult cats. If you have a kitten, pregnant or nursing cat, feed Purina ONE Healthy Kitten Formula.

**Making the Switch to Purina ONE?**

Although you'll be anxious to see the difference Purina ONE can make in your cat, please allow seven to ten days to ease the transition from her current food. Each day, simply feed a little less of the previous food and a little more of Purina ONE until you're feeding Purina ONE exclusively. This gradual transition will help avoid dietary upsets.

**No Supplements Necessary**

Purina ONE provides 100% complete and balanced nutrition for the maintenance of adult cats. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

**Fresh Water, Proper Diet & Veterinary Care**

Be sure to provide fresh water in a clean container for your cat daily. Proper diet, exercise and veterinary care are the best ways to keep your cat healthy. If your cat hasn't had a check-up in the past year, please make an appointment today.

Case 1:07-cv-21221-CMA     Document 156-10     Entered on FLSD Docket 07/27/2007     Page 37 of 47

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



| Cat Care | Dog Care | Online Vet | Products | 30 Day Challenge | Pictures of Health |

# Cat Products
## Urinary Tract Health Formula



Take the
**Purina ONE
30-Day
Challenge**



🇨🇦 Products shown are U.S. offerings. Get information about Canadian products here.



COMPARE »

WHERE TO BUY »

- **Helps Maintain Urinary Tract Health by Reducing Urinary pH**
- Provides Low Dietary Magnesium

### Guaranteed analysis

| | |
|---|---|
| CRUDE PROTEIN (MIN) | 31.0% |
| CRUDE FAT (MIN) | 12.5% |
| CRUDE FAT (MAX) | 16.5% |
| CRUDE FIBER (MAX) | 2.0% |
| MOISTURE (MAX) | 10.0% |
| ASH (MAX) | 6.2% |
| CALCIUM (CA) (MIN) | 0.8% |
| PHOSPHORUS (P) (MIN) | 0.7% |
| MAGNESIUM (MG) (MAX) | 0.08% |
| TAURINE (MIN) | 0.15% |

### Ingredients

Corn gluten meal, ground yellow corn, chicken, brewers rice, wheat flour, beef tallow preserved with mixed-tocopherols (source of vitamin E), egg product, phosphoric acid, calcium carbonate, potassium chloride, animal digest, sodium caseinate, defluorinated phosphate, L-lysine, dried whey, salt, choline chloride, taurine, zinc oxide, ferrous sulfate, vitamin supplements (A, D-3, E, B-12), riboflavin supplement, niacin, calcium pantothenate, citric acid, manganese sulfate, biotin, thiamine mononitrate, folic acid, pyridoxine hydrochloride, copper sulfate, menadione sodium bisulfite complex (source of vitamin K activity), calcium iodate, sodium selenite.
K-4158

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Purina ONE Special Care Urinary Tract Health Formula provides complete and balanced nutrition for maintenance of adult cats.

### Feeding instructions for your cat

Recommended daily feeding amounts for adult cats with normal

activity (using standard 8 oz./250 ml measuring cup - approximately 100 g of product). Remember food intake requirements vary depending on age, activity, and environment, and should be adjusted accordingly.

| Cat size | Weight | Amount to feed |
|----------|--------|----------------|
| Small | 5-9 lbs. (2-4 kg) | 1/3 to 3/4 cup (35-75g) |
| Large | 10-14 lbs. (4-6 kg) | 3/4 to 1-1/6 cups (75-120g) |

### It's not for all cats

Purina ONE Special Care Urinary Tract Health Formula is specifically formulated for adult cats. If you have a kitten, a pregnant or nursing cat, feed Purina ONE Healthy Kitten Formula. It's specially formulated for their unique nutritional needs. If your veterinarian has your cat on a specific diet, see him/her before making any changes.

### Feed less. Purina ONE® Urinary Tract Health Formula Formula is nutrient dense

Be aware that you feed less Purina ONE Special Care Urinary Tract Health Formula than average foods, because Purina ONE Special Care Urinary Tract Health Formula contains more digestible calories per cup. Food intake required to maintain ideal body condition will vary, depending on age, activity and environment. Keep an eye on your cat's weight, and adjust food amounts accordingly.

### Allow your cat to eat Purina ONE® Urinary Tract Health Formula Formula at will throughout the day

It is important that you feed Purina ONE Special Care Urinary Tract Health Formula to your cat "free-choice" throughout the day, rather than as just a single feeding only at meal time.

### No supplements necessary

Purina ONE Special Care Urinary Tract Health Formula is complete and balanced nutrition for the maintenance of the adult cat. There is no need to add vitamins, minerals or other supplements, unless specifically directed by a veterinarian.

### When you begin feeding Purina ONE® Urinary Tract Health Formula Formula

When switching your cat to Purina ONE Special Care Urinary Tract Health Formula from another cat food, please allow seven to ten days for the transition. Each day feed more Purina ONE Special Care Urinary Tract Health Formula and less of the previous food, until you're feeding Purina ONE Special Care Urinary Tract Health Formula exclusively. This gradual transition will help avoid dietary upsets.

### Feed only one

A cat's digestive system works best when it receives the same

food each day. Although humans crave variety in their diets, cats do not. Feeding different cat foods can turn your cat into a finicky eater. Avoid feeding table scraps, as they can upset the nutrient balance provided by your cat's regular food, and may lead to obesity. Great tasting Purina ONE Special Care Urinary Tract Health Formula is designed to be fed exclusively and should not be mixed with any other type of cat food. That's because Purina ONE Special Care Urinary Tract Health Formula is carefully balanced to reduce urinary pH and provide low dietary magnesium. By mixing in other products or switching to other brands, Purina ONE Special Care Urinary Tract Health Formula may no longer be effective in reducing urinary pH, which is essential in maintaining urinary tract health. For questions related to the health of your cat, see your veterinarian.

## Water

Provide adequate fresh water in a clean container for your cat daily.

## Helps Maintain Urinary Tract Health

A cat's urinary tract health is a big concern for many cat owners. And research shows that a diet of Purina ONE Special Care Urinary Tract Health Formula can help certain adult cats maintain a healthy urinary tract. How? With a diet that reduces urine pH and provides low dietary magnesium.

## The Importance of Veterinary Care

Proper diet, exercise and regular veterinary care are the best ways to keep your pet healthy. If your cat has not had a veterinary check-up in the past 12 months, please make an appointment today.

.

Home  Site Map  Purina  Legal  Privacy  Linking  How Can We Help?  Petfinder  For Veterinarians  Add Purina® RSS Feed  XML

.

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



## For Your Cat

## DH Feline Formula

Contains a patented kibble texture, with added antioxidants plus a natural source of glucosamine. Perfect nutrition for adult and senior cats.

### Dietary Characteristics

Purina Veterinary Diets® DH® brand Feline Formula has been formulated to provide complete and balanced nutrition for adult and senior cats, while providing the following characteristics:

- Optimal kibble size
- Patented kibble texture
- Added antioxidants A and E
- Natural source of glucosamine
- Moderate calories
- Exceptional palatability
- Perfect solution for everyday feeding of adult and senior cats

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

| | |
|---|---|
| Crude Protein (Min) | 34.0% |
| Crude Fat (Min) | 12.0% |
| Crude Fiber (Max) | 6.0% |
| Moisture (Max) | 12.0% |
| Linoleic Acid (Min) | 1.8% |
| Calcium (Ca) (Min) | 1.1% |
| Phosphorus (P) (Min) | 1.0% |
| Vitamin A (Min) | 10,000 IU/kg |
| Vitamin E (Min) | 500 IU/kg |
| Taurine (Min) | 0.125% |
| Glucosamine* (Min) | 450 ppm |

*Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.

### Packaging

Bags of 8 lbs.

### Ingredients

Ground yellow corn, poultry by-product meal (natural source of glucosamine), corn gluten meal, animal digest, animal fat preserved with mixed-tocopherols (form of Vitamin E), powdered cellulose, fish meal (natural source of glucosamine), glycerin, brewers dried yeast, tricalcium phosphate, potassium chloride, natural and artificial flavors, tetra sodium pyrophosphate, soy flour, choline chloride, salt, calcium carbonate, Vitamin E supplement, added color, taurine, zinc sulfate, ferrous sulfate, ethoxyquin (a preservative), copper sulfate, niacin, Vitamin A supplement, manganese sulfate, thiamine mononitrate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, calcium pantothenate, Vitamin D-3 supplement, menadione sodium bisulfite complex (source of Vitamin K activity), potassium iodide, folic acid, sodium selenite, biotin.

A-4578

Terms & Conditions  |  Privacy Policy  |  Linking Policy  |  How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.





## For Your Cat

## OM Feline Formula

Is a low-fat, high-fiber, low calorie diet. Available in dry and canned
forms.

### Dietary Characteristics

Purina Veterinary Diets® OM® brand feline formulas provide balanced
nutrition for safe and effective weight loss and have been formulated
to achieve the following characteristics:

- Low fat
- Low calorie
- High protein : calorie ratio
- High fiber

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

### Guaranteed Analysis (Dry)

| | |
|---|---|
| Crude Protein (Min) | 50.0% |
| Crude Fat (Min) | 6.0% |
| Crude Fat (Max) | 10.0% |
| Crude Fiber (Max) | 10.0% |
| Moisture (Max) | 11.0% |

### Guaranteed Analysis (Canned)

| | |
|---|---|
| Crude Protein (Min) | 9.0% |
| Crude Fat (Min) | 2.0% |
| Crude Fiber (Max) | 3.0% |
| Moisture (Max) | 77.0% |

### Packaging

Cases of 24, 5.5-oz. cans. Bags of 8 and 18 lbs.

### Ingredients (Dry)

Corn gluten meal, wheat gluten, soybean meal, poultry by-product meal, oat fiber, soy protein isolate,
brewers rice, fish meal, powdered cellulose, animal fat preserved with mixed-tocopherols (form of
Vitamin E), phosphoric acid, brewers dried yeast, calcium carbonate, animal digest, potassium
chloride, tetra sodium pyrophosphate, salt, choline chloride, L-Lysine monohydrochloride, Vitamin E
supplement, taurine, zinc sulfate, ferrous sulfate, ascorbic acid (source of Vitamin C), manganese
sulfate, niacin, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate,
riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3
supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity),
sodium selenite.

K-4561

### Ingredients (Canned)

Water, liver, beef, tuna, brewers rice, pea fiber, wheat flour, corn oil (preserved with TBHQ), oat
fiber, fish oil, calcium carbonate, defluorinated phosphate, potassium chloride, guar gum, L-Lysine
monohydrochloride, taurine, salt, choline chloride, ferrous sulfate, zinc sulfate, niacin, thiamine
mononitrate, manganese sulfate, Vitamin E supplement, copper sulfate, calcium pantothenate,
Vitamin B-12 supplement, pyridoxine hydrochloride, riboflavin supplement, biotin, folic acid, Vitamin
D-3 supplement, calcium iodate, sodium selenite, menadione sodium bisulfite complex.

F-4572

Terms & Conditions | Privacy Policy | Linking Policy | How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.



## For Your Dog

# HA Canine Formula

Is a highly digestible diet containing a single hydrolyzed protein source and a low allergen carbohydrate source. This unique formula is also a vegetarian diet.

## Dietary Characteristics

Purina Veterinary Diets® HA® brand canine formula provides complete and balanced nutrition for the growth of puppies and maintenance of the adult dog and has been formulated to achieve the following characteristics:

- Hydrolyzed protein source with an average molecular weight below 12,200 daltons
- Single protein source
- Source of Medium Chain Triglycerides (MCTs)-23% of fat
- High digestibility
- Vegetarian diet
- Low allergen carbohydrate source
- Canine Gentle Snackers is based on the successful HA Formula, and are a perfect complement when using the HA formula.

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

## Guaranteed Analysis (Dry)

| Crude Protein (Min) | 18.0% |
|---|---|
| Crude Fat (Min) | 8.0% |
| Crude Fiber (Max) | 4.0% |
| Moisture (Max) | 10.0% |

## Packaging

Bags of 8, 18.5 and 35 lbs.

## Ingredients (Dry)

Ingredients Corn starch, modified isolated soy protein, coconut oil, dicalcium phosphate, canola oil preserved with TBHQ, powdered cellulose, corn oil preserved with TBHQ, potassium chloride, vegetable gums (gum arabic and guar gum), choline chloride, DL-Methionine, salt, magnesium oxide, lecithin, taurine, zinc sulfate, ferrous sulfate, Vitamin E supplement, manganese sulfate, niacin, calcium carbonate, Vitamin A supplement, copper sulfate, calcium pantothenate, thiamine mononitrate, riboflavin supplement, garlic oil, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.

F-4571

Terms & Conditions   |   Privacy Policy   |   Linking Policy   |   How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.



## For Your Dog

## JM Canine Formula

It contains a unique blend of nutrients, high levels of long chain omega-3 fatty acids including EPA and DHA. Additionally, JM provides a natural source of glucosamine and antioxidants.

### Dietary Characteristics

Purina Veterinary Diets® JM® brand canine formula has been formulated to provide complete and balanced nutrition for adult and senior dogs, while providing the following characteristics:

- High EPA and omega-3 fatty acid content
- Appropriate levels of omega-6 fatty acids
- Moderate fat content
- High levels of antioxidant vitamins E and C
- High protein: calorie ratio
- Natural source of glucosamine
- Excellent palatability
- Canine Dental Chews and Canine Lite Biscuits are a perfect complement when using the JM Formula.

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

### Guaranteed Analysis (Dry)

| | |
|---|---|
| Crude Protein (Min) | 30.0% |
| Crude Fat (Min) | 12.0% |
| Crude Fiber (Max) | 4.0% |
| Moisture (Max) | 10.0% |
| Vitamin E (Min) | 800 IU/kg |
| Ascorbic Acid* (Vitamin C) (Min) | 100 mg/kg |
| Omega-3 Fatty Acids* (Min) | 0.85% |
| Omega-6 Fatty Acids* (Min) | 1.65% |
| Glucosamine* (Min) | 1000 mg/kg |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

### Packaging

Bags of 8, 20 and 35 lbs.

### Ingredients (Dry)

Brewers rice, trout, salmon meal, corn gluten meal, poultry by-product meal, egg product, oat fiber, animal digest, animal fat preserved with mixed-tocopherols (form of Vitamin E), fish oil, chicken cartilage (natural source of glucosamine), potassium chloride, Vitamin E supplement, salt, choline chloride, taurine, zinc sulfate, ascorbic acid (source of Vitamin C), ferrous sulfate, manganese sulfate, niacin, calcium carbonate, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.

A-4576

Terms & Conditions | Privacy Policy | Linking Policy | How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.



**For Your Dog**

## LA Canine Formula

Contains high levels of omega-3 fatty acids including EPA and DHA, as well as alternative protein sources, such as - salmon meal, trout and canola meal.

### Dietary Characteristics

Purina Veterinary Diets® LA® brand canine formula provides complete and balanced nutrition for growth of puppies and maintenance of the adult dog and has been formulated to achieve the following characteristics:

- Limited number of alternative protein ingredients
- Appropriate levels of omega-6 fatty acids
- High omega-3 fatty acid content
- Increased antioxidant vitamins A and E
- Canine Gentle Snackers is a perfect complement when using the LA Formula.

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

### Guaranteed Analysis (Dry)

| | |
|---|---|
| Crude Protein (Min) | 24.0% |
| Crude Fat (Min) | 12.0% |
| Crude Fiber (Max) | 4.0% |
| Moisture (Max) | 10.0% |
| Vitamin A (Min) | 35,000 IU/kg |
| Vitamin E (Min) | 110 IU/kg |
| Omega-6 Fatty Acids* (Min) | 1.05% |
| Omega-3 Fatty Acids* (Min) | 1.05% |

*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles.

### Packaging

Bags of 8, 20 and 35 lbs.

### Ingredients (Dry)

Brewers rice, salmon meal, trout, canola meal, animal fat preserved with mixed-tocopherols (form of Vitamin E), brewers dried yeast, canola oil preserved with TBHQ, potassium chloride, fish oil, corn oil preserved with TBHQ, salt, choline chloride, zinc sulfate, taurine, ferrous sulfate, Vitamin E supplement, manganese sulfate, ascorbic acid, niacin, calcium carbonate, beta-carotene, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.

F-4570

Terms & Conditions  |  Privacy Policy  |  Linking Policy  |  How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.



## For Your Cat

## UR St/Ox Feline Formula

This special diet contains complete and balanced nutrition for cats. It is formulated to promote increased water intake, which is recommended for urinary tract health.

### Dietary Characteristics

Purina Veterinary Diets® UR™ St/Ox brand canned and dry feline formulas provide complete and balanced nutrition for adult maintenance and have been formulated to achieve the following characteristics:

- Urinary acidification
- Promotes increased water intake
- Promotes increased urine volume
- Added taurine

USE ONLY AS DIRECTED BY YOUR VETERINARIAN

### Guaranteed Analysis (Dry)

| Crude Protein (Min) | 40.0% |
|---|---|
| Crude Fat (Min) | 11.0% |
| Crude Fiber (Max) | 4.0% |
| Moisture (Max) | 12.0% |
| Magnesium (Mg) (Max) | 0.09% |

### Guaranteed Analysis (Canned)

| Crude Protein (Min) | 10.5% |
|---|---|
| Crude Fat (Min) | 5.0% |
| Crude Fiber (Max) | 1.5% |
| Moisture (Max) | 78.0% |
| Magnesium (Mg) (Max) | 0.03% |

### Packaging

Bags of 4, 8 and 18 lbs. (dry). Cases of 24, 5.5-oz. cans. Cases of 24, 12.75-oz. cans.

### Ingredients (Dry)

Corn gluten meal, chicken, poultry by-product meal, brewers rice, whole grain corn, oat fiber, wheat gluten, animal fat preserved with mixed-tocopherols (form of Vitamin E), salt, phosphoric acid, dried egg product, calcium carbonate, brewers dried yeast, potassium chloride, animal digest, fish oil, tetra sodium pyrophosphate, choline chloride, taurine, zinc sulfate, Vitamin E supplement, ferrous sulfate, manganese sulfate, niacin, Vitamin A supplement, calcium pantothenate, thiamine mononitrate, copper sulfate, riboflavin supplement, Vitamin B-12 supplement, pyridoxine hydrochloride, folic acid, Vitamin D-3 supplement, calcium iodate, biotin, menadione sodium bisulfite complex (source of Vitamin K activity), sodium selenite.

M-4551

### Ingredients (Canned)

Meat by-products, liver, chicken, water sufficient for processing, poultry by-products, brewers rice, calcium gluconate, oat fiber, guar gum, sodium bisulfate, potassium chloride, caramel color, carrageenan, salt, taurine, Vitamin E supplement, calcium phosphate, zinc sulfate, thiamine mononitrate, ferrous sulfate, manganese sulfate, Vitamin A supplement, pyridoxine hydrochloride, copper sulfate, niacin, Vitamin B-12 supplement, riboflavin supplement, calcium pantothenate, menadione sodium bisulfite complex (source of Vitamin K activity), Vitamin D-3 supplement, folic acid,

potassium iodide, biotin.

G-4555

Terms & Conditions  |  Privacy Policy  |  Linking Policy  |  How can we help?

All trademarks and intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.