

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

### MOTION FOR LIMITED APPEARANCE OF AMY W. SCHULMAN, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Amy W. Schulman, of the law firm of DLA Piper US LLP, 1251 Avenue of the Americas, New York, New York 10020-1104, (212)335-4700, for purposes of limited appearance as co-counsel on behalf of Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Amy W. Schulman to

TAMPDOCS\536743.1

receive electronic filings in this case, and in support thereof states as follows:

1. Amy W. Schulman is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

2. Movant, S. Douglas Knox, Esquire, of the law firm of DLA Piper US LLP, 101 E. Kennedy Boulevard, Suite 2000, Tampa, Florida 33602, (813)229-2111, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Amy W. Schulman has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Amy W. Schulman, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amy W. Schulman at the following email address: amy.schulman@dlapiper.com.

TAMPDOCS\536743.1

**WHEREFORE**, S. Douglas Knox moves this Court to enter an Order permitting Amy W. Schulman to appear before this Court on behalf of Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amy W. Schulman.

Dated:  July 23, 2007

Respectfully submitted,

*/s/ Lonnie L. Simpson*
Lonnie L. Simpson
Florida Bar No. 821871
lonnie.simpson@dlapiper.com
S. Douglas Knox
Florida Bar No. 849871
Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard
Suite 2000
Tampa, Florida  33602
813/229-2111
Fax:  813/229-1447
**Attorneys for Defendants
MENU FOODS, INC. and
MENU FOODS INCOME FUND**

TAMPDOCS\536743.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-Altonaga/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUM,
And PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## CERTIFICATION OF AMY W. SCHULMAN

Amy W. Schulman, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York, and the United States District Court for the Southern District of New York and the United States District Court for the Southern District of New York.

_____
AMY W. SCHULMAN

TAMPDOCS\536743.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail on July 23rd, 2007, on all counsel or parties of record on the service list.

_____
S. Douglas Knox

Case No.07-21221-CIV-Altonaga/Turnoff

SERVICE LIST

**Charles H. Abbott**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Dane H. Butswinkas**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Cassidy Yen Dang**
505 74th Street
Unit A-6
Miami Beach, FL 33141

**Charles Philip Flick**
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134

**Alan Graham Greer**
Richman Greer Weil Brumbaugh
201 S Biscayne Boulevard,
Suite 1000
Miami, FL 33131

**Craig A. Hoover**
Hogan & Hartson
555 13th Street NW
Washington, DC 20004-1109

**Gary L. Justice**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**James D. Arden**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**Sherril May Colombo**
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131

**Rolando Andres Diaz**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1712

**Jeffrey Eric Foreman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**Robin Lea Hanger**
Squire, Sanders & Dempsey L.L.P.
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131-2398

**Patrick J. Houlihan**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Maria Kayanan**
Kubicki Draper
25 W Flagler Street
Penthouse
Miami, FL 33130-1780

**Miranda L. Berge**
Hogan & Hartson
555 13th Street NW
Washington, DC 20004-1109

**Christopher M. D'Angelo**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**Richard Fama**
Cozen O'Connor
45 Broadway
New York, NY 10006

**Darren Wayne Friedman**
Maltzman Foreman PA
2 S Biscayne Boulevard , Ste 2300
One Biscayne Tower
Miami, FL 33131-1803

**Thomas G. Hentoff**
Williams & Connolly
725 12th Street NW
Washington, DC 20005-3901

**D. Jeffrey Ireland**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Michael K. Kennedy**
Gallagher & Kennedy PA
2575 E Camelback Road
Suite 1100
Phoenix, AZ 85016

**John J. Kuster**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019-6018

**Catherine J. MacIvor**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**Kara L. McCall**
Sidley Austin LLP
1 S Dearborn Street
Chicago, IL 60603

**John F. Mullen**
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103

**Kathleen Suzanne Phang**
Seipp Flick & Kissane
2 Alahabra Plaza
Suite 800
Miami, FL 33134

**Michael R. Ross**
Gallagher & Kennedy PA
2575 E Camelback Road
Suite 1100
Phoenix, AZ 85016

**Alexander Shaknes**
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

**Hugh J. Turner, Jr.**
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006

**Gail E. Lees**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Jeffrey Bradford Maltzman**
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803

**John J. McDonough**
Cozen O'Connor
45 Broadway
New York, NY 10006

**John Brian Thomas Murray, Jr.**
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198

**Benjamine Reid**
Carlton Fields
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101

**Laura A. Sanom**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

**Martin Leonard Steinberg**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

**Olga M. Vieira**
Carlton Fields
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101

**Carol Ann Licko**
Hogan & Hartson
1111 Brickell Avenue
Suite 1900
Miami, FL 33131

**William C. Martin**
DLA Piper US LLP
203 N LaSalle Street
Suite 1900
Chicago, IL 60601

**Susan Elizabeth Mortensen**
Coffey Burlington
2699 S Bayshore Drive
Penthouse
Miami, FL 33133

**Omar Ortega**
Dorta & Ortega, P.A.
800 S Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134

**Adriana Riviere-Badell**
Hunton & Williams
1111 Brickell Avenue
Suite 2500
Miami, FL 33131

**Philip A. Sechler**
Williams & Connolly
725 Twelfth Street NW
Washington, DC 20005-5901

**Robert C. Troyer**
Hogan & Hartson
1200 17th Street
One Tabor Center, Suite 1500
Denver, CO 80202

**William Edward Wegner**
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197

**Brian D. Wright**
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.07-21221-CIV-Altonaga/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUM,
And PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AMY W. SCHULMAN, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Amy W. Schulman and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Amy W. Schulman in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

TAMPDOCS\536743.1

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Amy W. Schulman is granted to appear and participate in this action on behalf of Defendants, MENU FOODS, INC. and MENU FOODS INCOME FUND. The Clerk shall provide electronic notification of all electronic filings to Amy W. Schulman at amy.schulman@dlapiper.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2007.

_____
CECILIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record