UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

Defendants.

_____/

Dockets.Justia.com

*SUMMONS IN A CIVIL CASE*

TO:    **HILL'S PET NUTRITION, INC**
       **Registered Agent – The Corporation Trust Company**
       Corporation Trust Center
       1209 Orange Street
       Wilmington, DE 19801

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                                    JUL 2 7 2007
CLERK                                              DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

                          CATHERINE J. MACIVOR (FBN 932711)
                          cmacivor@mflegal.com
                          JEFFREY B. MALTZMAN (FBN 0048860)
                          jmaltzman@mflegal.com
                          JEFFREY E. FOREMAN (FBN 0240310)
                          jforeman@mflegal.com
                          DARREN W. FRIEDMAN (FBN 0146765)
                          dfriedman@mflegal.com
                          MALTZMAN FOREMAN, PA
                          One Biscayne Tower
                          2 South Biscayne Boulevard -Suite 2300
                          Miami, Florida 33131
                          Tel: 305-358-6555 / Fax: 305-374-9077
                          Attorneys for Plaintiffs

                                   2
                    CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.· MIAMI

      Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:    **NEW ALBERTSON'S INC.**
**Registered Agent - CT Corporation System**
1200 South Pine Island Rd
Plantation, FL  33324

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

   Catherine J. MacIvor
   Florida Bar No. 932711
   Maltzman Foreman, P.A.
   One Biscayne Tower
   2 South Biscayne Boulevard, Suite 2300
   Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.  You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____          _____
CLERK                                                                            JUL 2 7 2007
                                                                                                    DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
          Miami, FL

                                        _____
                                        CATHERINE J. MACIVOR (FBN 932711)
                                        cmacivor@mflegal.com
                                        JEFFREY B. MALTZMAN (FBN 0048860)
                                        jmaltzman@mflegal.com
                                        JEFFREY E. FOREMAN (FBN 0240310)
                                        jforeman@mflegal.com
                                        DARREN W. FRIEDMAN (FBN 0146765)
                                        dfriedman@mflegal.com
                                        MALTZMAN FOREMAN, PA
                                        One Biscayne Tower
                                        2 South Biscayne Boulevard -Suite 2300
                                        Miami, Florida 33131
                                        Tel: 305-358-6555 / Fax: 305-374-9077
                                        *Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



        Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
_____/

### *SUMMONS IN A CIVIL CASE*

TO:    **THE IAMS COMPANY**
**Registered Agent – CT Corporation Systems**
1200 S. Pine Island Road
Plantation, FL  33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____                _____
CLERK                                              JUL 2 7 2007
                                                            DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
           Miami, FL

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs

2

CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

        Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:   **ALBERTSON'S LLC.**
      **Registered Agent - CT Corporation System**
      1200 South Pine Island Rd
      Plantation, FL  33324

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

      Catherine J. MacIvor
      Florida Bar No. 932711
      Maltzman Foreman, P.A.
      One Biscayne Tower
      2 South Biscayne Boulevard, Suite 2300
      Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____       JUL 2 7 2007
CLERK                                        DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
      Miami, FL

_____

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

2

CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff



FILED by _____ D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,

     Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

     Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:     **STOP AND SHOP SUPERMARKET COMPANY**
        **Registered Agent – Corporation Service Company**
        84 State Street
        Boston, MA 02109

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

        Catherine J. MacIvor
        Florida Bar No. 932711
        Maltzman Foreman, P.A.
        One Biscayne Tower
        2 South Biscayne Boulevard, Suite 2300
        Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                          JUL 2 7 2007
_____    _____
CLERK                                    DATE

_____    _____
(BY) DEPUTY CLERK

Dated: _____, 2007
        Miami, FL

                                    _____
                                    CATHERINE J. MACIVOR (FBN 932711)
                                    cmacivor@mflegal.com
                                    JEFFREY B. MALTZMAN (FBN 0048860)
                                    jmaltzman@mflegal.com
                                    JEFFREY E. FOREMAN (FBN 0240310)
                                    jforeman@mflegal.com
                                    DARREN W. FRIEDMAN (FBN 0146765)
                                    dfriedman@mflegal.com
                                    MALTZMAN FOREMAN, PA
                                    One Biscayne Tower
                                    2 South Biscayne Boulevard -Suite 2300
                                    Miami, Florida 33131
                                    Tel: 305-358-6555 / Fax: 305-374-9077
                                    *Attorneys for Plaintiffs*

                            2
                CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by ____ D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

        Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
_____/

*SUMMONS IN A CIVIL CASE*

TO:    **H.E. BUTT GROCERY COMPANY**
       **Registered Agent – Abel Martinez**
       646 S. Main Avenue
       San Antonio, TX 78204

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____                    JUL 2 7 2007
CLERK                                           _____
                                                DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

---

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ JC D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

     Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

     Defendants.
_____/

## *SUMMONS IN A CIVIL CASE*

TO:    **DOANE PET CARE ENTERPRISES, INC.**
       **Registered Agent - CT Corporation System**
       1200 South Pine Island Rd
       Plantation, FL  33324

          **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.  You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

CLERK  Clarence Maddox                            JUL 2 7 2007
                                                  DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
         Miami, FL

                    CATHERINE J. MACIVOR (FBN 932711)
                    cmacivor@mflegal.com
                    JEFFREY B. MALTZMAN (FBN 0048860)
                    jmaltzman@mflegal.com
                    JEFFREY E. FOREMAN (FBN 0240310)
                    jforeman@mflegal.com
                    DARREN W. FRIEDMAN (FBN 0146765)
                    dfriedman@mflegal.com
                    MALTZMAN FOREMAN, PA
                    One Biscayne Tower
                    2 South Biscayne Boulevard -Suite 2300
                    Miami, Florida 33131
                    Tel: 305-358-6555 / Fax: 305-374-9077
                    *Attorneys for Plaintiffs*

2

CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



        Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
_____/

*SUMMONS IN A CIVIL CASE*

TO:  **MARS PETCARE US, INC.**
**Registered Agent – The Corporation Trust Company**
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

JUL 2 7 2007

CLERK

DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
         Miami, FL

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



          Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

          Defendants.
_____/

*SUMMONS IN A CIVIL CASE*

TO:    **MEIJER, INC.**
       **Registered Agent – Robert J. Verheulen**
       2929 Walker NW
       Grand Rapids, MI  49544

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

_____          JUL 2 7 2007
CLERK                                       _____
                                            DATE

_____
(BY) DEPUTY CLERK

Dated:_____, 2007
       Miami, FL

                          _____
                          CATHERINE J. MACIVOR (FBN 932711)
                          cmacivor@mflegal.com
                          JEFFREY B. MALTZMAN (FBN 0048860)
                          jmaltzman@mflegal.com
                          JEFFREY E. FOREMAN (FBN 0240310)
                          jforeman@mflegal.com
                          DARREN W. FRIEDMAN (FBN 0146765)
                          dfriedman@mflegal.com
                          MALTZMAN FOREMAN, PA
                          One Biscayne Tower
                          2 South Biscayne Boulevard -Suite 2300
                          Miami, Florida 33131
                          Tel: 305-358-6555 / Fax: 305-374-9077
                          *Attorneys for Plaintiffs*

                          2
               CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



        Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:    **THE KROGER CO. OF OHIO**
       **Registered Agent – Corporation Service Company**
       1201 Hays Street
       Tallahassee, FL  32301

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.  You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                          JUL 2 7 2007
_____          _____
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

                          _____
                          CATHERINE J. MACIVOR (FBN 932711)
                          cmacivor@mflegal.com
                          JEFFREY B. MALTZMAN (FBN 0048860)
                          jmaltzman@mflegal.com
                          JEFFREY E. FOREMAN (FBN 0240310)
                          jforeman@mflegal.com
                          DARREN W. FRIEDMAN (FBN 0146765)
                          dfriedman@mflegal.com
                          MALTZMAN FOREMAN, PA
                          One Biscayne Tower
                          2 South Biscayne Boulevard -Suite 2300
                          Miami, Florida 33131
                          Tel: 305-358-6555 / Fax: 305-374-9077
                          *Attorneys for Plaintiffs*

                          2
            CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:    **MEIJER SUPER MARKETS, INC.**
       **Registered Agent – Frederick D. Kolk**
       2929 Walker NW
       Grand Rapids, MI 49544

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                                    JUL 2 7 2007
_____                         _____
CLERK                                              DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

                                   _____
                                   CATHERINE J. MACIVOR (FBN 932711)
                                   cmacivor@mflegal.com
                                   JEFFREY B. MALTZMAN (FBN 0048860)
                                   jmaltzman@mflegal.com
                                   JEFFREY E. FOREMAN (FBN 0240310)
                                   jforeman@mflegal.com
                                   DARREN W. FRIEDMAN (FBN 0146765)
                                   dfriedman@mflegal.com
                                   MALTZMAN FOREMAN, PA
                                   One Biscayne Tower
                                   2 South Biscayne Boulevard -Suite 2300
                                   Miami, Florida 33131
                                   Tel: 305-358-6555 / Fax: 305-374-9077
                                   *Attorneys for Plaintiffs*

                                   2
                        CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ JC D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

      Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.

_____/

*SUMMONS IN A CIVIL CASE*

TO:    **PET SUPPLIES PLUS, INC**
        **Registered Agent – Jack L. Berry**
        37720 Amrhein
        Livonia, MI 48150

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

        Catherine J. MacIvor
        Florida Bar No. 932711
        Maltzman Foreman, P.A.
        One Biscayne Tower
        2 South Biscayne Boulevard, Suite 2300
        Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

CLERK                                                    JUL 2 7 2007
                                                         DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
        Miami, FL

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ D.C.

JUL 27 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

         Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

         Defendants.
_____/

*SUMMONS IN A CIVIL CASE*

TO:    **PET SUPPLIES PLUS/U.S.A., INC**
       **Registered Agent – Harvey L. Solway**
       22710 Haggerty Rd., Ste 100
       Farmington Hills, MI 48335

       **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

       Catherine J. MacIvor
       Florida Bar No. 932711
       Maltzman Foreman, P.A.
       One Biscayne Tower
       2 South Biscayne Boulevard, Suite 2300
       Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                              JUL 2 7 2007

CLERK                                        DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

                          CATHERINE J. MACIVOR (FBN 932711)
                          cmacivor@mflegal.com
                          JEFFREY B. MALTZMAN (FBN 0048860)
                          jmaltzman@mflegal.com
                          JEFFREY E. FOREMAN (FBN 0240310)
                          jforeman@mflegal.com
                          DARREN W. FRIEDMAN (FBN 0146765)
                          dfriedman@mflegal.com
                          MALTZMAN FOREMAN, PA
                          One Biscayne Tower
                          2 South Biscayne Boulevard -Suite 2300
                          Miami, Florida 33131
                          Tel: 305-358-6555 / Fax: 305-374-9077
                          *Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



        Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
_____/

*SUMMONS IN A CIVIL CASE*

TO:   **NESTLE PURINA PETCARE COMPANY**
      **Registered Agent – CT Corporation System**
      1200 South Pine Island Rd.
      Plantation, FL  33324

        **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

        Catherine J. MacIvor
        Florida Bar No. 932711
        Maltzman Foreman, P.A.
        One Biscayne Tower
        2 South Biscayne Boulevard, Suite 2300
        Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.  You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____                 _____
CLERK                                                                         JUL 2 7 2007
                                                                                DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
          Miami, FL

                        _____
                        CATHERINE J. MACIVOR (FBN 932711)
                        cmacivor@mflegal.com
                        JEFFREY B. MALTZMAN (FBN 0048860)
                        jmaltzman@mflegal.com
                        JEFFREY E. FOREMAN (FBN 0240310)
                        jforeman@mflegal.com
                        DARREN W. FRIEDMAN (FBN 0146765)
                        dfriedman@mflegal.com
                        MALTZMAN FOREMAN, PA
                        One Biscayne Tower
                        2 South Biscayne Boulevard -Suite 2300
                        Miami, Florida 33131
                        Tel: 305-358-6555 / Fax: 305-374-9077
                        *Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,



FILED by _____ D.C.

JUL 2 7 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

        Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

        Defendants.
                                                    /

### SUMMONS IN A CIVIL CASE

TO:    **SAFEWAY, INC.**
    **Registered Agent – Corporation Service Company**
    1201 Hays St.
    Tallahassee, FL 32301 US

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 2300
    Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                              JUL 2 7 2007

CLERK                                        DATE

(BY) DEPUTY CLERK

Dated: _____, 2007
    Miami, FL

    CATHERINE J. MACIVOR (FBN 932711)
    cmacivor@mflegal.com
    JEFFREY B. MALTZMAN (FBN 0048860)
    jmaltzman@mflegal.com
    JEFFREY E. FOREMAN (FBN 0240310)
    jforeman@mflegal.com
    DARREN W. FRIEDMAN (FBN 0146765)
    dfriedman@mflegal.com
    MALTZMAN FOREMAN, PA
    One Biscayne Tower
    2 South Biscayne Boulevard -Suite 2300
    Miami, Florida 33131
    Tel: 305-358-6555 / Fax: 305-374-9077
    *Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff