UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS, et al.
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.
_____/

## REQUEST FOR ELECTRONIC NOTIFICATION

Defendant, NESTLE USA, Inc. ("Nestle"), by and through undersigned counsel and pursuant to Section 2B, Southern District of Florida CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Miranda L. Berge of the law firm of Hogan & Hartson, L.L.P. Ms. Berge was admitted to appear in this action *pro hac vice* on behalf of Nestle by this Court on June 29, 2007 (D.E. 116). Ms. Berge's email address is mlberge@hhlaw.com

    Respectfully submitted,

    HOGAN & HARTSON L.L.P.
    Mellon Financial Center
    1111 Brickell Avenue, Suite 1900
    Miami, Florida  33131
    (305) 459-6500
    (305) 459-6550 (fax)

    By    /s/Carol A. Licko
        Florida Bar No. 435872
        calicko@hhlaw.com

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 30, 2007, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                          /sCarol A. Licko

## CERTIFICATE OF SERVICE

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.
### Case No. 07-21221-CIV-ALTONAGA/TURNOFF

## SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: cmacivor@mflegal.com

*Attorneys for Plaintiff*

John B.T. Murray, Jr.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
Telephone: 561.650.7200
Facsimile: 561.655.1509
E-Mail: jbmurray@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jforeman@mflegal.com

*Attorneys for Plaintiff*

Rolando Andres Diaz
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: RD@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email: jmaltzman@mflegal.com

*Attorneys for Plaintiff*

Cassidy Yen Dang
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
Email: smortensen@coffeyburlington.com

*Attorneys for Defendant Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: 954-463-2700
Facsimile: 954-463-2224
Email: hugh.turner@akerman.com

*Attorneys for Defendant Publix Supermarkets, Inc.*

Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 12th St. NW
Washington DC 20005
Telephone: 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
Facsimile: 202-434-5029
Email: psechler@wc.com

*Attorneys for Defendant Mars Incorporated*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
Email: oortega@dortaandortega.com

*Attorneys for Defendant Mars, Incorporated*

Maria Kayanan
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: 305-982-6708
Facsimile: 305-374-7846
E-Mail: cyd@kubickidraper.com

*Attorneys for Defendant Pet Supermarket, Inc.*

Marty Steinberg
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: msteinberg@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Facsimile: 305-810-2460
E-Mail: ariviere-badell@hunton.com

*Attorneys for Defendant Nutro Products, Inc.*

John J. Kuster
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-7336
Facsimile: 212-839-5599
Email: jkuster@sidley.com

*Attorneys for Defendant Colgate-Palmolive Company*

4

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-704-5945
Facsimile: 305-704-5955

*Attorneys for Defendant Del Monte Foods, Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-Mail: agreer@richmangreer.com

*Attorney for Defendant Procter & Gamble Co.*

Lonnie L. Simpson
Lonnie.simpson@dlapiper.com
S. Douglas Knox
Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard
Suite 2000
Tampa, Florida  33602-5149
(813) 229-2111

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Benjamine Reid
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida  33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055
E-mail: breid@carltonfields.com

*Attorney for Defendant Colgate-Palmolive Company*

Kathleen S. Phang
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
Email: kphang@sfklaw.com

*Attorneys for Defendant Target Corp.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida  33131-2398
Telephone:  (305) 577-7040
Facsimile:  (305) 577-7001
rlhanger@ssd.com

*Attorney for Defendants PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Olga M. Vieira
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida  33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055
E-mail: ovieira@carltonfields.com

*Attorney for Defendant Colgate Palmolive Company*

Darren W. Friedman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
E-mail: dfriedman@mflegal.com

*Attorney for Plaintiffs*

John J. McDonough
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: jmcdonough@cozen.com

*Attorney for Defendant Del Monte Foods*

D. Jeffrey Ireland
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: djireland@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Brian D. Wright
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: Bwright@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

*Attorney for Defendant Del Monte Foods*

Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile: 305-995-6100
E-mail: cflick@sfklaw.com

*Attorney for Defendant Target Corp.*

Laura A. Sanom
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
E-mail: lsanom@ficlaw.com

*Attorney for Defendant Procter & Gamble Co.*

Robert C. Troyer, Esq.
**HOGAN & HARTSON L.L.P.**
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: rctroyer@hhlaw.com

*Attorney for Defendant Nestle USA, Inc.*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2179
Facsimile:  (215) 665-2013
E-mail:  jmullen@cozen.com

*Attorney for Defendant Del Monte Foods, Co.*

James D. Arden
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York  10019
Telephone:  (212) 839-5300
E-mail:  jarden@sidley.com

*Attorney for Defendant Colgate-Palmolive Company*

Gary L. Justice
Charles H. Abbott
Gail E. Lees
William Edward Wegner
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California  90071
(213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

Alexander Shaknes
Amy W. Schulman
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Robert D. McIntosh
**ADORNO & YOSS**
888 S.E. 3rd Avenue, Suite 300
Fort Lauderdale, Florida  33316-1159
Telephone:  (954) 523-5885
Facsimile:  (954) 760-9531
E-mail:  rdm@adorno.com

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Thomas G. Hentoff
Dane H. Butswinkas
Christopher M. D'Angelo
Patrick J. Houlihan
Philip A. Sechler
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  200005

*Attorneys for Defendant Mars Incorported*

Michael R. Ross
Michael K. Kennedy
**GALLAGHER AND KENNEDY, P.A.**
2575 E. Camelback Road
Suite 1100
Phoenix, Arizona  85016
(602) 530-8498

*Attorney for Defendant PetSmart, Inc*

William C. Martin
**DLA PIPER LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293

*Attorney for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
(312) 853-2666
kmccall@Sidley.com

*Attorney for Defendant Colgate-Palmolive Company*