IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.
_____/

**DEFENDANT PETSMART, INC.'S NOTICE TO CLIENT
AND MOTION FOR SUBSTITUTION OF COUNSEL**
**(Rule 7.1 Certificate Attached)**

Defendant PetSmart, Inc. moves to substitute the law firm of Squire, Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401 as counsel of record for Defendant PetSmart, Inc. and to permit the law firms of Coffey Burlington and Gallagher & Kennedy PA to withdraw from their representation. All further pleadings and correspondence to Defendant PetSmart, Inc. should be mailed to Squire, Sanders & Dempsey L.L.P., 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401.

Dated: August 3, 2007

| | |
|---|---|
| **SQUIRE, SANDERS & DEMPSEY L.L.P** <br> 1900 Phillips Point West <br> 777 South Flagler Drive <br> West Palm Beach, Florida 33480 <br> Telephone: 561.650.7200 <br> Facsimile:  561.655.1509 <br><br> By: /s/ John B. T. Murray, Jr._____ <br>     John B.T. Murray, Jr., Esq. <br>     Florida Bar Number 962759 <br>     E-Mail: jbmurray@ssd.com | **GALLAGHER & KENNEDY PA** <br> 2575 E. Camelback Road <br> Suite 1100 <br> Phoenix, Arizona 85016 <br> Telephone: 602.530.8000 <br> Facsimile: 602.530.8500 <br><br> By: /s/_____ <br>     Michael K. Kennedy, Esq. <br>     Michael R. Ross, Esq. <br>     Email: mkk@gknet.com; <br>     mrr@gknet.com |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

**COFFEY BURLINGTON**
2699 S. Bayshore Drive
Penthouse
Miami, Florida 33133
Telephone: 305.858.2900
Fax: 305.858.5261

By: /s/
     Susan Elizabeth Mortensen, Esq.
     Florida Bar Number 676446
     E-Mail: smortensen@coffeyburlington.com

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **RULE 7.1 CERTIFICATE**

I HEREBY CERTIFY that on July 26, 2007, I emailed Plaintiffs' counsel, Catherine MacIvor, Esquire, to determine whether Plaintiffs objected to the relief requested in this motion. Ms. MacIvor responded by email on July 26, 2007 and indicated that Plaintiffs do not oppose the relief requested.

   /s/ John B. T. Murray, Jr.
John B.T. Murray, Jr.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

/s/ John B.T. Murray, Jr.
John B.T. Murray, Jr.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
Case No. 07-21221-CIV-ATONAGA/TURNOFF

**SERVICE LIST**

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   305-374-9077
E-Mail:  cmacivor@mflegal.com
*Attorneys for Plaintiffs*

Darren W. Friedman
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, FL 33131
Telephone:  305-358-6555
Facsimile:   305-374-9077
E-Mail:  dfriedman@mflegal.com
*Attorneys for Plaintiffs*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:   jforeman@mflegal.com
*Attorneys for Plaintiffs*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:  jmaltzman@mflegal.com
*Attorneys for Plaintiffs*

John B.T. Murray, Jr.
Robin Lea Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone:  561-.650-7200
Facsimile:   561-655-1509
E-Mail:    jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Christopher M. D'Angelo
Dane H. Butswinkas
Patrick J. Houlihan
Philip A. Sechler
Thomas G. Hentoff
**WILLIAMS & CONNOLLY**
725 12th Street NW
Washington, DC  20005-3901
Telephone:  202-434-5000
E-Mail:  cdangelo@wc.com
E-Mail:  dbutswinkas@wc.com
E-Mail:  phoulihan@wc.com
E-Mail:  psechler@wc.com
E-Mail:  thentoff@wc.com
*Attorneys for Defendant Mars Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Omar Ortega
**DORTA AND ORTEGA P.A.**
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
Telephone: 305-461-5454
Facsimile: 305-461-5226
E-Mail: oortega@dortaandortega.com
*Attorneys for Defendant Mars Inc.*

Alan G. Greer
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Telephone: 305-373-4000
Facsimile: 305-373-4099
E-Mail: agreer@richmangreer.com
*Attorneys for Defendant Proctor & Gamble Co.*

Brian D. Wright
D. Jeffrey Ireland
Laura A. Sanom
**FARUKI IRELAND & COX**
10 N. Ludlow Street
500 Courthouse Plaza, SW
Dayton, OH 45402
Telephone:
E-Mail: bwright@ficlaw.com
E-Mail: djireland@ficlaw.com
E-Mail: lsanom@ficlaw.com
*Attorneys for Defendant Proctor & Gamble Co.*

Benjamine Reid
Olga M. Vieira
**CARLTON FIELDS**
100 SE 2nd Street, Suite 4000
Miami, FL 33131-9101
Telephone: 305-530-0050
Facsimile: 305-530-0055
E-Mail: breid@carltonfields.com
E-Mail: ovieira@carltonfields.com
*Attorneys for Defendant Colgate Palmolive Company*

James D. Arden
John J. Kuster
**SIDLEY AUSTIN BROWN & WOOD**
787 Seventh Avenue
New York, NY 10019-6018
Telephone: 212-839-5300
Facsimile: 212-839-5889
E-Mail: jarden@sidley.coom
E-mail: jkuster@sidley.com
*Attorneys for Defendant Colgate Palmolive Company*

Kara L. McCall
**SIDLEY AUSTIN LLPO**
1 S. Dearborn Street
Chicago, IL 60603
Telephone: 312-953-2666
E-Mail: kmccall@sidley.com
*Attorneys for Defendant Colgate Palmolive Company*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

John J. McDonough
Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, NY 10006
Telephone: 212-509-9402
Facsimile: 212-509-9492
E-Mail: jmcdonough@cozen.com
E-Mail: rfama@cozen.com
*Attorneys for Defendant Del Monte Foods*

Sherril May Colombo
**COZEN O'CONNOR**
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
Telephone: 305-704-5940
Facsimile: 305-704-5955
E-Mail: scolombo@cozen.com
*Attorneys for Defendant Del Monte Foods*

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, Suite 1500
Denver, CO 80202
*Attorneys for Defendant Nestle USA, Inc.*

Robert D. McIntosh
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316-1159
Telephone: 954-523-5885
Facsimile: 954-760-9531
E-Mail: rdm@adorno.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
3rd Floor, The Atrium
Philadelphia, PA 19103
Telephone: 215-665-2179
E-Mail:
*Attorneys for Defendant Del Monte Foods*

Craig A. Hoover, Esq.
Miranda L. Berge
**HOGAN & HARTSON L.L.P.**
555 13th Street NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Facsimile: 202-637-5910
E-Mail:
*Attorneys for Defendant Nestle USA, Inc.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
E-Mail: calicko@hhl.com
*Attorneys for Defendant Nestle USA, Inc.*

Alexander Shaknes
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: 212-335-4829
E-Mail: alex.shaknes@dlapiper.com
*Attorneys for Defendant Menu Foods, Inc. and Menu Foods Income Fund*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

William C. Martin, Esq.
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL  60601-1293
Telephone:  312-368-4027
Facsimile:  312-236-7516
E-Mail:  William.martin@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc.*
*and Menu Foods Income Fund*

Rolando Andres Diaz
Maria Kayanan
Cassidy Yen Dang
**KUBICKI DRAPER P.A.**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:  305-374-7846
E-Mail:        RD@kubickidraper.com
E-Mail:  mek@kubickidraper.com
E-Mail:  cyd@kubickidraper.com
*Attorneys for Defendant Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone:  305-858-2900
Facsimile:  305-858-5261
E-Mail:  smortensen@coffeyburlington.com
*Attorneys for Defendant Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone:  954-463-2700
Facsimile:   954-463-2224
E-Mail:       hugh.turner@akerman.com
*Attorneys for Defendant Publix Supermarkets, Inc.*

Michael K. Kennedy
Michael R. Ross
**GALLAGHER & KENNEDY PA**
2575 E. Camelback Road, Suite 1100
Phoenix, AZ  85016
Telephone:   602-530-8504
E-Mail:  mkk@gknet.com
E-Mail:  mrr@gknet.com
*Attorneys for Defendant Petsmart Inc.*

Kathleen S. Phang
Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile:  305-995-6100
E-Mail:  kphang@sfklaw.com
E-Mail:  cflick@sfklaw.com
*Attorneys for Defendant Target Corp.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Marty Steinberg<br>Adriana Riviere-Badell<br>**HUNTON & WILLIAMS, LLP**<br>Mellon Financial Center<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, Florida 33131<br>Telephone: 305-810-2500<br>Facsimile: 305-810-2460<br>E-Mail: msteinberg@hunton.com<br>E-Mail: ariviere-badell@hunton.com<br>*Attorneys for Defendant Nutro Products, Inc.* | Charles Abbott<br>Gail E. Lees<br>Gary L. Justice<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 S. Grand Avenue<br>Suite 4600<br>Los Angeles, CA 90071<br>Telephone: 213-229-7887<br>Facsimile: 213-229-6887<br>E-Mail: cabbott@gibsondunn.com<br>E-Mail: glees@gibsondunn.com<br>E-Mail: gjustice@gibsondunn.com<br>*Attorneys for Defendant Nutro Products Inc.* |

Steve Busey
**SMITH HULSEY & BUSEY**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Telephone: 904-359-7700
Facsimile: 904-353-9908
E-Mail: busey@smithhulsey.com
*Attorneys for Defendant Winn Dixie Stores, Inc.*

WESTPALMBEACH/505196.2