IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, etc. et al.,

        Plaintiffs,

v.

MARS, INC. et al,

        Defendants.
_____/

**ORDER SUBSTITUTING COUNSEL
OF DEFENDANT PETSMART, INC.**

THIS CAUSE having come before the Court on Defendant PetSmart, Inc.'s Notice to Client and Motion for Substitution of Counsel (the "Motion"), the Court having reviewed the Motion and otherwise being duly advised, it is hereby

ORDERED AND ADJUDGED as follows:

The Motion is granted and the law firm of Squire, Sanders & Dempsey L.L.P. shall be and is hereby substituted as counsel of record for Defendant PetSmart, Inc. All further pleadings for Defendant PetSmart, Inc. shall be served on Squire, Sanders & Dempsey L.L.P. at 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401. The law firms of Coffey Burlington and Gallagher & Kennedy PA are hereby relieved of any and all further responsibility in this matter.

DONE AND ORDERED at Miami, Florida this _____ day of August, 2007.

                                              CECILIA ALTONAGA
                                              U.S. DISTRICT COURT JUDGE

Copies furnished to:
All counsel and parties on attached Service List

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
Case No. 07-21221-CIV-ATONAGA/TURNOFF

## SERVICE LIST

Catherine J. MacIvor
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   305-374-9077
E-Mail:  cmacivor@mflegal.com
*Attorneys for Plaintiffs*

Darren W. Friedman
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, FL 33131
Telephone: 305-358-6555
Facsimile:  305-374-9077
E-Mail:  dfriedman@mflegal.com
*Attorneys for Plaintiffs*

Jeffrey Eric Foreman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:      jforeman@mflegal.com
*Attorneys for Plaintiffs*

Jeffrey Bradford Maltzman
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   374-9077
E-Mail:  jmaltzman@mflegal.com
*Attorneys for Plaintiffs*

John B.T. Murray, Jr.
Robin Lea Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone:  561-.650-7200
Facsimile:   561-655-1509
E-Mail:      jbmurray@ssd.com
*Attorneys for Defendant PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Christopher M. D'Angelo
Dane H. Butswinkas
Patrick J. Houlihan
Philip A. Sechler
Thomas G. Hentoff
**WILLIAMS & CONNOLLY**
725 12th Street NW
Washington, DC  20005-3901
Telephone:  202-434-5000
E-Mail:  cdangelo@wc.com
E-Mail:  dbutswinkas@wc.com
E-Mail:  phoulihan@wc.com
E-Mail:  psechler@wc.com
E-Mail: thentoff@wc.com
*Attorneys for Defendant Mars Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Omar Ortega<br>**DORTA AND ORTEGA P.A.**<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Telephone: 305-461-5454<br>Facsimile: 305-461-5226<br>E-Mail: oortega@dortaandortega.com<br>*Attorneys for Defendant Mars Inc.* | Alan G. Greer<br>**RICHMAN GREER WEIL BRUMBAUGH**<br>**MIRABITO & CHRISTENSEN**<br>201 S. Biscayne Boulevard<br>Suite 1000<br>Miami, FL  33131<br>Telephone:  305-373-4000<br>Facsimile:  305-373-4099<br>E-Mail:  agreer@richmangreer.com<br>*Attorneys for Defendant Proctor & Gamble Co.* |
| Brian D. Wright<br>D. Jeffrey Ireland<br>Laura A. Sanom<br>**FARUKI IRELAND & COX**<br>10 N. Ludlow Street<br>500 Courthouse Plaza, SW<br>Dayton, OH  45402<br>Telephone:<br>E-Mail:  bwright@ficlaw.com<br>E-Mail:  djireland@ficlaw.com<br>E-Mail:  lsanom@ficlaw.com<br>*Attorneys for Defendant Proctor & Gamble Co.* | Benjamine Reid<br>Olga M. Vieira<br>**CARLTON FIELDS**<br>100 SE 2nd Street, Suite 4000<br>Miami, FL  33131-9101<br>Telephone:  305-530-0050<br>Facsimile:  305-530-0055<br>E-Mail:  breid@carltonfields.com<br>E-Mail:  ovieira@carltonfields.com<br>*Attorneys for Defendant Colgate Palmolive Company* |
| James D. Arden<br>John J. Kuster<br>**SIDLEY AUSTIN BROWN & WOOD**<br>787 Seventh Avenue<br>New York, NY  10019-6018<br>Telephone:  212-839-5300<br>Facsimile:  212-839-5889<br>E-Mail:  jarden@sidley.coom<br>E-mail:  jkuster@sidley.com<br>*Attorneys for Defendant Colgate Palmolive Company* | Kara L. McCall<br>**SIDLEY AUSTIN LLPO**<br>1 S. Dearborn Street<br>Chicago, IL  60603<br>Telephone:  312-953-2666<br>E-Mail:  kmccall@sidley.com<br>*Attorneys for Defendant Colgate Palmolive Company* |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

John J. McDonough
Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, NY 10006
Telephone: 212-509-9402
Facsimile: 212-509-9492
E-Mail: jmcdonough@cozen.com
E-Mail: rfama@cozen.com
*Attorneys for Defendant Del Monte Foods*

Sherril May Colombo
**COZEN O'CONNOR**
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
Telephone: 305-704-5940
Facsimile: 305-704-5955
E-Mail: scolombo@cozen.com
*Attorneys for Defendant Del Monte Foods*

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, Suite 1500
Denver, CO 80202
*Attorneys for Defendant Nestle USA, Inc.*

Robert D. McIntosh
**ADORNO & YOSS LLP**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316-1159
Telephone: 954-523-5885
Facsimile: 954-760-9531
E-Mail: rdm@adorno.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
3rd Floor, The Atrium
Philadelphia, PA 19103
Telephone: 215-665-2179
E-Mail:
*Attorneys for Defendant Del Monte Foods*

Craig A. Hoover, Esq.
Miranda L. Berge
**HOGAN & HARTSON L.L.P.**
555 13th Street NW
Washington, DC 20004-1109
Telephone: 202-637-5600
Facsimile: 202-637-5910
E-Mail:
*Attorneys for Defendant Nestle USA, Inc.*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
E-Mail: calicko@hhl.com
*Attorneys for Defendant Nestle USA, Inc.*

Alexander Shaknes
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: 212-335-4829
E-Mail: alex.shaknes@dlapiper.com
*Attorneys for Defendant Menu Foods, Inc. and Menu Foods Income Fund*

4

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

William C. Martin, Esq.
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL  60601-1293
Telephone:  312-368-4027
Facsimile:  312-236-7516
E-Mail:  William.martin@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc.*
*and Menu Foods Income Fund*

Rolando Andres Diaz
Maria Kayanan
Cassidy Yen Dang
**KUBICKI DRAPER P.A.**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:  305-374-7846
E-Mail:       RD@kubickidraper.com
E-Mail:  mek@kubickidraper.com
E-Mail:  cyd@kubickidraper.com
*Attorneys for Defendant Pet Supermarket, Inc.*

Susan Elizabeth Mortensen
**COFFEY BURLINGTON**
2699 S Bayshore Drive
Penthouse
Miami, FL 33133
Telephone:  305-858-2900
Facsimile:   305-858-5261
E-Mail:  smortensen@coffeyburlington.com
*Attorneys for Defendant Petsmart Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone:  954-463-2700
Facsimile:   954-463-2224
E-Mail:       hugh.turner@akerman.com
*Attorneys for Defendant Publix Supermarkets, Inc.*

Michael K. Kennedy
Michael R. Ross
**GALLAGHER & KENNEDY PA**
2575 E. Camelback Road, Suite 1100
Phoenix, AZ  85016
Telephone:   602-530-8504
E-Mail:  mkk@gknet.com
E-Mail:  mrr@gknet.com
*Attorneys for Defendant Petsmart Inc.*

Kathleen S. Phang
Charles Philip Flick
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza
Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile:   305-995-6100
E-Mail:  kphang@sfklaw.com
E-Mail:  cflick@sfklaw.com
*Attorneys for Defendant Target Corp.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Marty Steinberg
Adriana Riviere-Badell
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460
E-Mail:  msteinberg@hunton.com
E-Mail:  ariviere-badell@hunton.com
*Attorneys for Defendant Nutro Products, Inc.*

Charles Abbott
Gail E. Lees
Gary L. Justice
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
Telephone: 213-229-7887
Facsimile:  213-229-6887
E-Mail:  cabbott@gibsondunn.com
E-Mail:  glees@gibsondunn.com
E-Mail:  gjustice@gibsondunn.com
*Attorneys for Defendant Nutro Products Inc.*

Steve Busey
**SMITH HULSEY & BUSEY**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Telephone: 904-359-7700
Facsimile:  904-353-9908
E-Mail:     busey@smithhulsey.com
*Attorneys for Defendant Winn Dixie Stores, Inc.*

6