UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**, individually and on behalf of others similarly situated,

　　　　Plaintiffs,
vs.

**MARS, INC.**, et al.,

　　　　Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, PetSmart, Inc.'s ("Petsmart['s]") Notice to Client and Motion for Substitution of Counsel (the "Motion") [D.E. 165], filed on August 3, 2007. The Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 165]** is **GRANTED**. The law firm of Squire, Sanders & Dempsey L.L.P. shall be and is hereby substituted as counsel of record for Petsmart. All further pleadings for Petsmart shall be served on Squire, Sanders & Dempsey L.L.P. at 1900 Phillips Point West, 777 South Flagler Drive, West Palm Beach, Florida 33401. The law firms of Coffey Burlington and Gallagher & Kennedy PA are hereby relieved of any and all further responsibility in this matter.

Case No. 07-21221-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of August, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record