UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

                  Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

                  Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

**Local Rule 7.1 Certificate Included**

      Defendants, by and through their undersigned counsel, respectfully request that the Court

extend the time in which to respond to Plaintiffs' Amended Complaint and, in support of this

Motion, state the following:

      1.      On May 9, 2007, Plaintiffs Renee Blaszkowski, Amy Hollub and Patricia Davis

filed a class action Complaint against the following defendants: Mars Incorporated, The Procter

and Gamble Company, Colgate Palmolive Co., Del Monte Foods Co., Nestle U.S.A., Inc., Nutro

Products, Inc., Menu Foods, Inc., Menu Foods Income Fund, Target Corp., Wal-Mart Stores,

Case No. 07-21221-CIV-Altonaga

Inc., Publix Supermarkets, Inc., PETCO Animal Supplies Stores, Inc., Pet Supermarket, Inc.,

and PetSmart Inc. (collectively, the "Original Defendants"). [D.E. 1] 1/

2.    Plaintiffs filed an Amended Complaint on July 25, 2007, which names all of the

Original Defendants and also adds fifteen new defendants: Mars Petcare U.S., Inc., The Iams

Co., Hill's Pet Nutrition, Nestle Purina PetCare Co., Nestle, S.A., Doane Pet Care Enterprises,

Inc., New Albertson's Inc., Albertson's LLC, The Kroger Co. of Ohio, Safeway Inc., H.E. Butt

Grocery Co., Meijer Inc., Meijer Super Markets, Inc., The Stop & Shop Supermarket Company,

Pet Supplies "Plus," and Pet Supplies Plus/USA Inc. (collectively the "Additional Defendants").

[D.E. 153] 2/

3.    At the July 6, 2007 status conference, this Court indicated its preference for a

single, consolidated responsive pleading by all Defendants to the Amended Complaint.

4.    The current deadline for the Original Defendants to file responsive pleadings is

August 13, 2007.

5.    To date, some but not all Additional Defendants have been served with the

Amended Complaint and have varying response deadlines.

6.    In order to respond to the new allegations in the Amended Complaint and to

coordinate with the Additional Defendants in an effort to prepare a single, consolidated

responsive pleading, Defendants require additional time in which to respond.

---

1/    Winn-Dixie Stores, Inc. was voluntarily dismissed from the action. [D.E. 26]

2/    Plaintiffs subsequently filed another version of the Amended Complaint on July 27, 2007 "correcting scrivener's errors" in the prior version. [D.E. 156]

Case No. 07-21221-CIV-Altonaga

7.      Hence, Defendants respectfully request that the Court grant an extension of forty-five (45) days from the current deadline, or September 27, 2007, to respond to Plaintiffs' Amended Complaint. Defendants seek this extension based on the representation by Plaintiffs' counsel that she will serve most of the Additional Defendants by August 13, 2007, thereby allowing Defendants some time to coordinate the filing of one consolidated responsive pleading with the Additional Defendants.

8.      Pursuant to Southern District Local Rule 7.1(A)(3)(a), counsel for Defendants have conferred with counsel for Plaintiffs who consents to this requested extension of time. Counsel for Plaintiffs has further indicated that if she is not able to serve most of the Additional Defendants by August 13, 2007, such that Defendants may still require some further time to file one responsive pleading, that she will be reasonable in agreeing to further additional time.

9.      No party will be prejudiced by granting this Motion. This Motion has been filed in good faith and is not intended to hamper or delay prosecution in this case. Pursuant to Southern District Local Rule 7.1(A)(2), Defendants have included a proposed order with this Motion.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Unopposed Motion for Extension of Time through and including September 27, 2007 to respond to the Amended Complaint.

3

Case No. 07-21221-CIV-Altonaga

Dated:  August 9, 2007

Respectfully submitted,

By: /s/ Carol A. Licko
   Carol A. Licko
   Florida Bar Number 435872
   **HOGAN & HARTSON L.L.P.**
   Mellon Financial Center
   1111 Brickell Avenue, Suite 1900
   Miami, FL 33131
   Telephone: 305-459-6500
   Fax: 305-459-6550
   E-Mail: calicko@hhlaw.com

   Craig A. Hoover
   Miranda L. Berge
   **HOGAN & HARTSON L.L.P.**
   555 Thirteenth Street, NW
   Washington D.C., 20004
   Telephone: 202-637-5600
   Fax: 202-637-5910
   E-Mail:  cahoover@hhlaw.com
   mlberge@hhlaw.com

   Robert C. Troyer
   **HOGAN & HARTSON L.L.P.**
   1200 17th Street
   One Tabor Center, Suite 1500
   Denver, CO 80202
   Telephone: 303-899-7300
   Fax: 303-899-7333
   Email: rctroyer@hhlaw.com

   *Attorneys for Defendant Nestle USA, Inc.*

4

Case No. 07-21221-CIV-Altonaga

/s/ Omar Ortega
Omar Ortega
Florida Bar Number 0095117
**DORTA & ORTEGA, P.A.**
800 S. Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134
Telephone: 305-461-5454
Fax: 305-461-5226
Email: ortegalaw@bellsouth.net

Christopher M. D'Angelo
Dane H. Butswinkas
Patrick J. Houlihan
Philip A. Sechler
Thomas G. Hentoff
**WILLIAMS & CONNOLLY**
725 12th Street, NW
Washington, DC 20005-3901
Telephone: 202-434-5000
Email: cdangelo@wc.com
dbutswinkas@wc.com
phoulihan@wc.com
psechler@wc.com
thentoff@wc.com

*Attorneys for Mars Incorporated*

5

Case No. 07-21221-CIV-Altonaga

/s/ Alan G. Greer
Alan G. Greer
Florida Bar Number 123294
**RICHMAN GREER WEIL
BRUMBAUGH MIRABITO &
CHRISTENSEN**
201 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: 305-373-4000
Fax: 305-373-4099
Email: agreer@richmangreer.com

D. Jeffrey Ireland
Brian D. Wright
Laura A. Sanom
**FARUKI IRELAND & COX  P.L.L.**
10 North Ludlow Street
500 Courthouse Plaza, S.W.
Dayton, OH 45402
Telephone: 937-227-3710
Fax: 937-227-3717
Email: djireland@ficlaw.com
bwright@ficlaw.com
lsanom@ficlaw.com

*Attorneys for The Procter & Gamble
Company*

6

Case No. 07-21221-CIV-Altonaga

/s/ Benjamine Reid
Benjamine Reid
Florida Bar Number 183522
Olga M. Vieira
Florida Bar Number 999172
**CARLTON FIELDS, P.A.**
100 SE 2nd Street, Suite 4000
Miami, FL 33131-9101
Telephone: 305-530-0050
Fax: 305-530-0055
Email: breid@carltonfields.com
ovieira@caroltonfields.com

James D. Arden
John J. Kuster
Kara L. McCall
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019-6018
Telephone: 212-839-5300
Fax: 212-839-5889
Email: jarden@sidley.com
jkuster@sidley.com
kmccall@sidley.com

*Attorneys for Colgate Palmolive Company*

/s/ Sherril M. Colombo
Sherril M. Colombo
Florida Bar Number 948799
**COZEN O'CONNOR**
200 S. Biscayne Blvd., Suite 4410
Miami, FL 33131
Telephone: 305-704-5940
Fax: 305-704-5955
Email: scolombo@cozen.com

7

Case No. 07-21221-CIV-Altonaga

Richard Fama
John J. McDonough
**COZEN O'CONNOR**
45 Broadway
New York, NY 10006
Telephone: 212-509-9400
Fax: 212-509-9492
Email: jmcdonough@cozen.com

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103
Telephone: 215-665-2179
Email: jmullen@cozen.com

*Attorneys for Del Monte Foods, Co.*


/s/ Lonnie L. Simpson
/s/ S. Douglas Knox
Lonnie L. Simpson
Florida Bar Number 821871
S. Douglas Knox
Florida Bar Number 849871
**DLA PIPER US LLP**
101 E. Kennedy Blvd., Suite 2000
Tampa, FL 33602
Telephone:  813-229-2111
Fax: 813-229-1447
Email: lonnie.simpson@dlapiper.com
douglas.knox@dlapiper.com

8

Case No. 07-21221-CIV-Altonaga

Amy W. Schulman
Alexander Shaknes
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: 212-335-4829
Email: amy.schulman@dlapiper.com
alex.shaknes@dlapiper.com

William C. Martin
**DLA Piper US LLP**
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone:  312-368-4027
Fax: 312-236-7516
Email: william.martin@dlapiper.com

*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*


/s/ Hugh J. Turner, Jr.
Hugh J. Turner, Jr.
Florida Bar Number 203033
**AKERMAN SENTERFITT & EIDSON**
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone: 954-463-2700
Fax: 954-463-2224
Email: hugh.turner@akerman.com

*Attorney for Publix Supermarket, Inc.*

9

Case No. 07-21221-CIV-Altonaga

/s/ John Brian Thomas Murray, Jr.
John B. T. Murray, Jr.
Florida Bar Number 962759
**SQUIRE SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 S Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Fax: 561-655-1509
Email: jbmurray@ssd.com

*Attorneys for PETCO Animal Supplies, Inc.,*
*PetSmart Inc., and Wal-Mart Stores, Inc.*

/s/ Robin L. Hanger
Robin L. Hanger
Florida Bar Number 177172
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Telephone: 305-577-7040
Fax: 305-577-7001
Email: rlhanger@ssd.com

*Attorneys for PETCO Animal Supplies, Inc.,*

10

Case No. 07-21221-CIV-Altonaga

/s/ Rolando Andres Diaz
/s/ Maria Kayanan
/s/ Cassidy Yen Dang
Rolando Andres Diaz
Florida Bar Number 963150
Maria Kayanan
Florida Bar Number 305601
Cassidy Yen Dang
Florida Bar Number 16482
**KUBICKI DRAPER**
25 W Flagler Street, Penthouse
Miami, FL 33130-1780
Telephone: 305-982-6615
Fax: 305-374-7846
Email: rd@kubickidraper.com
mek@kubickidraper.com
cyd@kubickidraper.com

*Attorneys for Pet Supermarket, Inc.*


/s/ Charles P. Flick
/s/ Kathleen S. Phang
Charles P. Flick
Florida Bar Number 253324
Kathleen S. Phang
Florida Bar Number 348650
**SEIPP FLICK & KISSANE LLP**
Two Alhambra Plaza , Suite 800
Miami, FL 33134
Telephone: 305-995-5600
Fax: 305-995-6100
Email: cflick@sfklaw.com
kphang@sfklaw.com

*Attorneys for Target Corp.*

11

Case No. 07-21221-CIV-Altonaga

/s/ Martin L. Steinberg
/s/ Adriana Riviere-Badell
Martin L. Steinberg
Florida Bar Number 187293
Adriana Riviere-Badell
Florida Bar Number 30572
**HUNTON & WILLIAMS**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: 305-810-2500
Fax: 305-810-2460
Email: msteinberg@hunton.com
ariviere-badell@hunton.com

Charles H. Abbott
Gail E. Lees
Gary L. Justice
William Edward Wegner
**GIBSON DUNN & CRUTCHER**
333 S Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Email: cabbott@gibsondunn.com
glees@gibsondunn.com
gjustice@gibsondunn.com
wwegner@gibsondunn.com

*Attorneys for Nutro Products, Inc.*

12

Case No. 07-21221-CIV-Altonaga

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system and served the following counsel via transmission of

Notices of Electronic Filing generated by CM-ECF:

Catherine J. MacIvor
Jeffrey E. Foreman
Jeffrey Bradford Maltzman
Darren W. Friedman
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: 305-358-6555
Facsimile: 305-374-9077
Email:    cmacivor@mflegal.com
          jforeman@mflegal.com
          jmaltzman@mflegal.com
          dfriedman@mflegal.com

By: /s/ Carol A. Licko
    Carol A. Licko

13