UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

             Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
             Defendants.
_____/

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

     THIS CAUSE came before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Amended Complaint. The Court having reviewed the Motion and being otherwise fully advised on the premises, it is hereby

     ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Defendants, including Original Defendants and any Additional Defendants served with the Amended Complaint, shall respond to the Amended Complaint on or before September 27, 2007.

     DONE and ORDERED in Chambers at Miami, Florida, this ___ day of August, 2007.

                                                                                      _____
                                                                                      CECILIA M. ALTONAGA
                                                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record