UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

      Plaintiffs,
vs.

MARS, INC., et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendants' Unopposed Motion for Extension of Time to Respond to Amended Complaint [D.E. 168], filed on August 9, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 168]** is **GRANTED IN PART**. Defendants shall file their consolidated response to Plaintiffs' Amended Complaint **on or before September 13, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2007.

                                    _____
                                    **CECILIA M. ALTONAGA**
                                    **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record