Blaszkowski et al v. Mars Inc. et al  
Case 1:07-cv-21221-CMA   Document 170   Entered on FLSD Docket 08/23/2007   Page 1 of 6  
Doc. 170

# RETURN OF SERVICE

State of Florida  County of Southern  Court

Case Number: 07-21221 CIV ALTONAGA/TURNOFF

Plaintiff:
**RENEE BLASKOWSKI, ET AL.,**

vs.

Defendant:
**MARS, INC., ET AL.,**

For:
Cathrine Macivor
Maltzman Foreman, PA
2 S Biscayne Blvd.
Ste. 2300

Received by T.C. Mann, Inc. on the 30th day of July, 2007 at 12:00 pm to be served on **THE KROGER CO. OF OHIO C/O CORPORATION SERVICE COMPANY, R.A., 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher M. Compton, do hereby affirm that on the **31st day of July, 2007** at **1:00 pm**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Case and Corrected Amended Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **KIM GLOVER** as **OPERATION SPECIALIST** for **THE KROGER CO. OF OHIO C/O CORPORATION SERVICE COMPANY, R.A.**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher M. Compton
Process Server # 101

T.C. Mann, Inc.
1001 N America Way
Suite 107
Miami, FL 33132
(305) 577-0220
Our Job Serial Number: 2007104157

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO: **THE KROGER CO. OF OHIO**
Registered Agent – Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

_____Clarence Maddox_____      ____JUN 2 7 2007____
CLERK                                                  DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
Miami, FL

_____
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Plaintiffs

2
CASE NO. 07-21221 ALTONAGA/Turnoff

## CORRECTED AMENDED CLASS ACTION COMPLAINT
(Correcting scrivener's errors in text of Amended Complaint only)

1. Plaintiffs/Class Representatives, Renee Blaszkowski ("Blaszkowski"), Amy Hollub ("Hollub"), Patricia Davis ("Davis"), Susan Peters ("Peters"), Deborah Hock ("Hock"), Mike Floyd ("Floyd"), Beth Wilson ("Wilson"), Claire Kotzampaltiris ("Kotzampaltiris"), Donna Hopkins-Jones ("Hopkins-Jones"), Nicole Piazza ("Piazza"), Marian Lupo ("Lupo"), Jane Herring ("Herring"), Jo-Ann Murphy ("Murphy"), Stephanie Stone ("Stone"), Patricia Hanrahan ("Hanrahan"), Debbie Rice ("Rice"), Ann Quinn ("Quinn"), Sharon Mathisen ("Mathiesen"), Sandy Shore ("Shore"), Carolyn White ("White"), Lou Wiggins ("Wiggins"), Michelle Lucarelli (Lucarelli), Raul Isern (Isern") and Danielle Valoras ("Valoras") (hereinafter collectively referred to as Plaintiffs/Class Representatives"), individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, Mars Inc., a Delaware corporation, Mars Petcare U.S. Inc., a Delaware corporation, Procter & Gamble Co., an Ohio corporation, the Iams Co., an Ohio Corporation, Colgate Palmolive Company, a Delaware corporation, Hill's Pet Nutrition, a Delaware corporation, Del Monte Foods Co., a Delaware corporation, Nestlé USA, Inc., a Connecticut corporation, Nestlé Purina Petcare Co., a Missouri corporation, Nestlé, S.A., a Swiss corporation, Nutro Products, Inc., a California corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Income Fund, a Canadian unincorporated open-ended trust, Doane Pet Care Enterprises, Inc., a Delaware corporation, Publix Super Markets, Inc., a Florida corporation, New Albertson's, Inc., a Delaware corporation, Albertson's LLC, a Delaware corporation, The Kroger Co. of Ohio, an Ohio corporation, Safeway Inc., a Delaware corporation, H.E. Butt Grocery Company, a Texas corporation, Meijer Inc., a Michigan corporation, Meijer Super Markets Inc., a Michigan corporation, Mars Petcare US, Inc., a Delaware corporation, The Stop & Shop Supermarket Co., a Delaware corporation, Petco

## AMENDED CLASS ACTION COMPLAINT

1. Plaintiffs/Class Representatives, Renee Blaszkowski ("Blaszkowski"), Amy Hollub ("Hollub"), Patricia Davis ("Davis"), Susan Peters ("Peters"), Deborah Hock ("Hock"), Mike Floyd ("Floyd"), Beth Wilson ("Wilson"), Claire Kotzampaltiris ("Kotzampaltiris"), Donna Hopkins-Jones ("Hopkins-Jones"), Nicole Piazza ("Piazza"), Marian Lupo ("Lupo"), Jane Herring ("Herring"), Jo-Ann Murphy ("Murphy"), Stephanie Stone ("Stone"), Patricia Hanrahan ("Hanrahan"), Debbie Rice ("Rice"), Ann Quinn ("Quinn"), Sharon Mathisen ("Mathiesen"), Sandy Shore ("Shore"), Carolyn White ("White"), Lou Wiggins ("Wiggins"), Michelle Lucarelli (Lucarelli), Raul Isern (Isern") and Danielle Valoras ("Valoras") (hereinafter collectively referred to as Plaintiffs/Class Representatives"), individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, Mars Inc., a Delaware corporation, Mars Petcare U.S. Inc., a Delaware corporation, Procter & Gamble Co., an Ohio corporation, the Iams Co., an Ohio Corporation, Colgate Palmolive Company, a Delaware corporation, Del Monte Foods Co., a Delaware corporation, Nestlé USA, Inc., a Connecticut corporation, Nestlé Purina Petcare Co., a Missouri corporation, Nestlé, S.A., a Swiss corporation, Nutro Products, Inc., a California corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Income Fund, a Canadian unincorporated open-ended trust, Doane Pet Care Enterprises, Inc., a Delaware corporation, Publix Super Markets, Inc., a Florida corporation, New Albertson's, Inc., a Delaware corporation, Albertson's LLC, a Delaware corporation, The Kroger Co. of Ohio, an Ohio corporation, Safeway Inc., a Delaware corporation, H.E. Butt Grocery Company, a Texas corporation, Meijer Inc., a Michigan corporation, Meijer Super Markets Inc., a Michigan corporation, Mars Petcare US, Inc., a Delaware corporation, The Stop & Shop Supermarket Co., a Delaware corporation, Petco Animal Supplies Stores, Inc., a Delaware corporation, Pet

2

*2 Pk Tall*
*Malzu ?????*

```
            FLAGLER POST OFFICE
               MIAMI, Florida
                 331019998
              1158540102 -0091
07/28/2007    (800)275-8777    09:11:24 AM

                  Sales Receipt
                   Sale   Unit        Final
Product            Qty    Price       Price
Description

TALLAHASSEE FL 32301
Zone-4 Priority Mail
7 lb.  2.2 oz.
```

```
  Issue PVI:
```

```
TALLAHASSEE FL 32301                   $11.00
Zone-4 Priority Mail
6 lb. 15.40 oz.
                                       ========
  Issue PVI:                            $11.00

Total:
```

```
Paid by:                               $23.00
Cash
Change Due:                            -$0.05

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000900497313
Clerk: 17

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
*********************************************
*********************************************
         HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

             YOUR OPINION COUNTS
*********************************************
*********************************************


                  Customer Copy
```