# RETURN OF SERVICE

State of Florida        County of Southern        Court

Case Number: 07-21221 CIV ALTONAGA/TURNOFF

Plaintiff:
**RENEE BLASKOWSKI, ET AL.,**

vs.

Defendant:
**MARS, INC., ET AL.,**

For:
Cathrine Macivor
Maltzman Foreman, PA
2 S Biscayne Blvd.
Ste. 2300

Received by T.C. Mann, Inc. on the 30th day of July, 2007 at 12:00 pm to be served on **SAFEWAY, INC. C/O CORPORATION SERVICE COMPANY, R.A., 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher M. Compton, do hereby affirm that on the **31st day of July, 2007** at **1:00 pm**, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Case and Corrected Amended Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **KIM GLOVER** as **OPERATION SPECIALIST** for **SAFEWAY, INC. C/O CORPORATION SERVICE COMPANY, R.A.**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Christopher M. Compton
Process Server # 101

T.C. Mann, Inc.
1001 N America Way
Suite 107
Miami, FL 33132
(305) 577-0220
Our Job Serial Number: 2007104156

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

JUL 2 7 2007

## SUMMONS IN A CIVIL CASE

TO:   SAFEWAY, INC.
Registered Agent – Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301 US

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox                                    JUL 2 7 2007
_____           _____
CLERK                                              DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
Miami, FL

```
                                    CATHERINE J. MACIVOR (FBN 932711)
                                    cmacivor@mflegal.com
                                    JEFFREY B. MALTZMAN (FBN 0048860)
                                    jmaltzman@mflegal.com
                                    JEFFREY E. FOREMAN (FBN 0240310)
                                    jforeman@mflegal.com
                                    DARREN W. FRIEDMAN (FBN 0146765)
                                    dfriedman@mflegal.com
                                    MALTZMAN FOREMAN, PA
                                    One Biscayne Tower
                                    2 South Biscayne Boulevard -Suite 2300
                                    Miami, Florida 33131
                                    Tel: 305-358-6555 / Fax: 305-374-9077
                                    Attorneys for Plaintiffs
```

2
CASE NO. 07-21221 ALTONAGA/Turnoff

# CORRECTED AMENDED CLASS ACTION COMPLAINT
(Correcting scrivener's errors in text of Amended Complaint only)

1. Plaintiffs/Class Representatives, Renee Blaszkowski ("Blaszkowski"), Amy Hollub ("Hollub"), Patricia Davis ("Davis"), Susan Peters ("Peters"), Deborah Hock ("Hock"), Mike Floyd ("Floyd"), Beth Wilson ("Wilson"), Claire Kotzampaltiris ("Kotzampaltiris"), Donna Hopkins-Jones ("Hopkins-Jones"), Nicole Piazza ("Piazza"), Marian Lupo ("Lupo"), Jane Herring ("Herring"), Jo-Ann Murphy ("Murphy"), Stephanie Stone ("Stone"), Patricia Hanrahan ("Hanrahan"), Debbie Rice ("Rice"), Ann Quinn ("Quinn"), Sharon Mathisen ("Mathiesen"), Sandy Shore ("Shore"), Carolyn White ("White"), Lou Wiggins ("Wiggins"), Michelle Lucarelli (Lucarelli), Raul Isern (Isern") and Danielle Valoras ("Valoras") (hereinafter collectively referred to as Plaintiffs/Class Representatives"), individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, Mars Inc., a Delaware corporation, Mars Petcare U.S. Inc., a Delaware corporation, Procter & Gamble Co., an Ohio corporation, the Iams Co., an Ohio Corporation, Colgate Palmolive Company, a Delaware corporation, Hill's Pet Nutrition, a Delaware corporation, Del Monte Foods Co., a Delaware corporation, Nestlé USA, Inc., a Connecticut corporation, Nestlé Purina Petcare Co., a Missouri corporation, Nestlé, S.A., a Swiss corporation, Nutro Products, Inc., a California corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Income Fund, a Canadian unincorporated open-ended trust, Doane Pet Care Enterprises, Inc., a Delaware corporation, Publix Super Markets, Inc., a Florida corporation, New Albertson's, Inc., a Delaware corporation, Albertson's LLC, a Delaware corporation, The Kroger Co. of Ohio, an Ohio corporation, Safeway Inc., a Delaware corporation, H.E. Butt Grocery Company, a Texas corporation, Meijer Inc., a Michigan corporation, Meijer Super Markets Inc., a Michigan corporation, Mars Petcare US, Inc., a Delaware corporation, The Stop & Shop Supermarket Co., a Delaware corporation, Petco

## AMENDED CLASS ACTION COMPLAINT

1. Plaintiffs/Class Representatives, Renee Blaszkowski ("Blaszkowski"), Amy Hollub ("Hollub"), Patricia Davis ("Davis"), Susan Peters ("Peters"), Deborah Hock ("Hock"), Mike Floyd ("Floyd"), Beth Wilson ("Wilson"), Claire Kotzampaltiris ("Kotzampaltiris"), Donna Hopkins-Jones ("Hopkins-Jones"), Nicole Piazza ("Piazza"), Marian Lupo ("Lupo"), Jane Herring ("Herring"), Jo-Ann Murphy ("Murphy"), Stephanie Stone ("Stone"), Patricia Hanrahan ("Hanrahan"), Debbie Rice ("Rice"), Ann Quinn ("Quinn"), Sharon Mathisen ("Mathiesen"), Sandy Shore ("Shore"), Carolyn White ("White"), Lou Wiggins ("Wiggins"), Michelle Lucarelli (Lucarelli), Raul Isern (Isern") and Danielle Valoras ("Valoras") (hereinafter collectively referred to as Plaintiffs/Class Representatives"), individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, Mars Inc., a Delaware corporation, Mars Petcare U.S. Inc., a Delaware corporation, Procter & Gamble Co., an Ohio corporation, the Iams Co., an Ohio Corporation, Colgate Palmolive Company, a Delaware corporation, Del Monte Foods Co., a Delaware corporation, Nestlé USA, Inc., a Connecticut corporation, Nestlé Purina Petcare Co., a Missouri corporation, Nestlé, S.A., a Swiss corporation, Nutro Products, Inc., a California corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Income Fund, a Canadian unincorporated open-ended trust, Doane Pet Care Enterprises, Inc., a Delaware corporation, Publix Super Markets, Inc., a Florida corporation, New Albertson's, Inc., a Delaware corporation, Albertson's LLC, a Delaware corporation, The Kroger Co. of Ohio, an Ohio corporation, Safeway Inc., a Delaware corporation, H.E. Butt Grocery Company, a Texas corporation, Meijer Inc., a Michigan corporation, Meijer Super Markets Inc., a Michigan corporation, Mars Petcare US, Inc., a Delaware corporation, The Stop & Shop Supermarket Co., a Delaware corporation, Petco Animal Supplies Stores, Inc., a Delaware corporation, Pet

*2 Pk Tall*
*Malzer Friman*

```
        FLAGLER POST OFFICE
           MIAMI, Florida
              331019998
           1158540102 -0091
07/28/2007   (800)275-8777   09:11:24 AM

                 Sales Receipt
Product          Sale    Unit       Final
Description       Qty    Price      Price

TALLAHASSEE FL 32301                $11.95
Zone-4 Priority Mail
7 lb.  2.2 oz.

   Issue PVI:                       $11.95

TALLAHASSEE FL 32301                $11.00
Zone-4 Priority Mail
6 lb. 15.40 oz.
                                   ========
   Issue PVI:                       $11.00

Total:                              $22.95

Paid by:
Cash                                $23.00
Change Due:                         -$0.05
```

*Bill Atty*
*11.95*
*Postage*
*each SM*

Customer Copy