| | |
|---|---|
| RENEE BLASZKOWSKI, ET, AL<br>Plaintiff | CASE NO.: 07 21221 CIV ALTONAGA/TURNOFF<br>CIVIL DIV.: County Court _____<br>Circuit Court _____ Federal Court **X** |
| MARS INC., ET, AL<br>Defendant | SUMMONS AND CORRECTED AMENDED CLASS<br>ACTION COMPLAINT<br>*Type of Writ* |

Received this process on **7/27/07 at 1pm**

**X** Served ____ Returned, same on **NESTLE PURINA PET CARE CO.**
Within named, on **7/30/07**, at **2P** M., in **BRO.** County, FL
**1200 S. PINE ISLAND RD., PLANTATION FL**

☐ INDIVIDUAL SERVICE. By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to-wit: _____ and informing such person of their contents.

**X** CORPORATE SERVICE. By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to **DONNA MOCH/CT CORP SYSTEM** as **REG. AGENT/SUPERVISOR OF PROCESS** of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL. By attaching a copy of this summons together with a copy of the complaint to a conspicuous place on the property described therein. After at least two attempts a minimum of six (6) hours apart ____ neither the above named tenant nor a person residing therein who is 15 years of age or older could be found at _____ the usual place of residence of the tenant in _____ County, Florida.

☐ NO SERVICE. For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ OTHER RETURNS _____

I ACKNOWLEDGE that I am a **SHERIFF APPOINTED** ~~CERTIFIED~~ Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_/s/ signature_ # **723**
PROCESS SERVER (Signature)   D. NO.
**CHRISTOPHER R. PALLIS**
PROCESS SERVER   PRINTED NAME

CATHERINE J. MACIVOR, ESQ.
2 S. BISCAYNE BLVD., STE 2300
MIAMI FL 33130
ATTORNEY

The foregoing instrument was acknowledged before me this **30** day of **JUL**, 20**07**
by **CHRISTOPHER PALLIS** **SHERIFF APPOINTED** ~~CERTIFIED~~ PROCESS SERVER who is personally known to me or who has produced _____ as _____ and who **DID** take an oath.

MAILYN LEYVA
MY COMMISSION # DD 684728
EXPIRES: June 12, 2011
Bonded Thru Notary Public Underwriters

Tel. 877-0220