| | |
|---|---|
| RENEE BLASZKOWSKI, ET, AL <br> *Plaintiff* | CASE NO.: 07 21221 CIV ALTONAGA/TURNOFF <br> CIVIL DIV.: County Court <br> Circuit Court _____  Federal Court __X__ |
| MARS INC, ET, AL <br> *Defendant* | SUMMONS AND CORRECTED AMENDED CLASS <br> *Type of Writ* <br> ACTION COMPLAINT |

Received this process on __7/27/07 AT 1PM__

__X__ Served _____ Returned, same on __ALBERTSON'S LLC__

Within named, on __7/30/07__, at __2PM__ M., in __BRO.__ County, FL

__1200 S. PINE ISLAND RD., PLANTATION FL__

☐ INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15)/(18) years to wit: _____ and informing such person of their contents.

☒ CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to __DONNA MOCH/CT CORP SYSTEM__ as __REG. AGENT/SUPERVISOR OF PROCESS__ of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL. By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therein. After at least two attempts, a minimum of six (6) hours apart _____ neither the above named tenant nor a person residing therein who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida.

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ OTHER RETURNS: _____

SHERIFF APPOINTED
I ACKNOWLEDGE that I am a ~~certified~~ Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____ 723
PROCESS SERVER (Signature)   I.D. NO.

CHRISTOPHER R. PALLIS
PROCESS SERVER (PRINTED NAME)

CATHERINE J. MACIVOR, ESQ.
2 S. BISCAYNE BLVD., STE 2300
MIAMI FL 33130
ATTORNEY

The foregoing instrument was acknowledged before me this __30__ day of __JUL__, 20__07__

SHERIFF APPOINTED
by __CHRISTOPHER PALLIS__ ~~XXXXXXXX~~ PROCESS SERVER who is personally known to me or who has produced _____ and who __DID__ take an oath.

MAILYN LEYVA
MY COMMISSION # DD 684728
EXPIRES: June 12, 2011
Bonded Thru Notary Public Underwriters

FORM 2   T. C. MANN, INC.  Tel. 577-0220