RENEE BLASZKOWSKI, ET. AL
Plaintiff

CASE NO.: 07 21221 CIV ALTONAGA/TURNOFF

CIVIL DIV.: County Court

Circuit Court _____   Federal Court  X

MARS INC., ET. AL
Defendant

SUMMONS AND CORRECTED AMENDED CLASS
Type of Writ
ACTION COMPLAINT

Received this process on  7/27/07 AT 1PM

X Served ___ Returned, same on  NEW ALBERTSON'S INC.
Within named, on 7/30/07, at 2P M., in BRO. County, FL
1200 S. PINE ISLAND RD., PLANTATION, FL

☐ INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ and informing such person of their contents.

X CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to DONNA MOCH/CT CORP SYSTEM as REG. AGENT/SUPERVISOR OF PROCESS of said corporation in the absence of any superior officer.

☐ POSTED RESIDENTIAL: By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart: _____ neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at the usual place of residence of the tenant in _____ County, Florida.

☐ NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ OTHER RETURNS: _____

SHERIFF APPOINTED
I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____ 723
PROCESS SERVER (Signature)   I.D. NO.
CHRISTOPHER R. PALLIS
PROCESS SERVER  (PRINTED NAME)

CATHERINE J. MACIVOR, ESQ.
2 S. BISCAYNE BLVD., STE 2300
MIAMI FL 33130
ATTORNEY

The foregoing instrument was acknowledged before me this 30 day of JUL, 20 07
SHERIFF APPOINTED
by CHRISTOPHER PALLIS  CERTIFIED PROCESS SERVER who is personally known to me or who has produced _____ and who DID take an oath.

NOTARY
MAILYN LEYVA
MY COMMISSION # DD 684728
EXPIRES: June 12, 2011
Bonded Thru Notary Public Underwriters
BONDED THRU GENERAL INS INC

T. C. MANN, INC. Tel. 577-0220