RENEE BLASZKOWSKI, ET, AL.                    CASE NO.: __07 21221 ICV ALTONAGA/TURNOFF__
_____Plaintiff_____

_____              CIVIL DIV.: County Court _____

                                             Circuit Court _____  Federal Court X

MARS INC., ET, AL.                           __SUMMONS AND CORRECTED AMENDED CLASS__
_____Defendant_____                              Type of Writ

_____              __ACTION COMPLAINT__


Received this process on ____7/27/07 at 1pm_____

__X__ Served _____ Returned, same on __THE IAMS CO._____

Within named, on __7/30/07__, at __2P_____ M., in _____BRO._____ County, FL.

    1200 S. PINE ISLAND RD., PLANTATION, FL

[ ]  INDIVIDUAL SERVICE: By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

[ ]  SUBSTITUTE SERVICE: By leaving a copy of this writ, with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ _____ and informing such person of their contents.

[X]  CORPORATE SERVICE: By delivering a copy of this writ with the date and hour of service endorsed thereon by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to __DONNA MOCH/CT CORP SYSTEM__ as __REG. AGENT/SUPERVISOR OF__ of said corporation in the absence of any superior officer. PROCESS

[ ]  POSTED RESIDENTIAL. By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart _____ _____ _____ ____ neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida.

[ ]  NO SERVICE: For the reason that after diligent search and inquiry failed to find said _____ _____ in _____ County, Florida.

[ ]  OTHER RETURNS: _____

                                    SHERIFF APPOINTED
I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

_____ # 723                 CATHERINE J. MACIVOR, ESQ.
PROCESS SERVER (Signature)      I.D. NO.        2 S. BISCAYNE BLVD, STE 2300
                                                MIAMI FL 33130
CHRISTOPHER R. PALLIS
PROCESS SERVER     (PRINTED NAME)                       ATTORNEY

The foregoing instrument was acknowledged before me this __30__ day of __JUL_____, 20__07__
                                    SHERIFF APPOINTED
by __CHRISTOPHER PALLIS__    XXXXXXXXX PROCESS SERVER    who is personally known to me or who has

produced _____ and who ____DID____ take an oath.
                                                    did    did not

MAILYN LEYVA
MY COMMISSION # DD 684728
EXPIRES: June 12, 2011
Bonded Thru Notary Public Underwriters

                                                BONDED THRU GENERAL INS. UND

FORM #              T. C. MANN, INC.    Tel. 577-0220                    Dockets.Justia.com