# Affidavit of Process Server

United States District Court Southern District Of Florida
(NAME OF COURT)

Blaszkowski vs Mars Inc, Et Al   07-21221
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

Tom Fredericks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Hill's Pet Nutrition Inc
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with Scott LaScala 1-302-777-0226   At
NAME   RELATIONSHIP

☐ Residence
ADDRESS   CITY / STATE

☑ Business 1209 Orange St   Wilmington, DE 19801
ADDRESS   CITY / STATE

On August 16th, 2007   at 12:48 P.M
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY   STATE   ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME   DATE TIME
(3) _____ (4) _____ (5) _____
DATE TIME   DATE TIME   DATE TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 24th day of August, 2007

Anthony Palmer
Notary Public
State Of New Jersey
My Commission Expires: 3/2/10

Fredericks & Palmer Process Serving LLC
614 Herzel Avenue
Northfield, NJ 08225
(609) 677-8850

SIGNATURE OF NOTARY PUBLIC
PUBLIC for the state of NJ

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS