UNITED STATES DISTRICT COURT

IN THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RENEE BLASZKOWSKI, et al

v.                                    Plaintiff        Court File #    07-21221 CIV
                                                                       ALTONAGA/Turnoff

MEIJER SUPER MARKETS, Inc., etal.,
                                                       Hon.

                                                            Return of Service
                         Defendant
_____/

State of Michigan
          ss
County of Kent

    NOW COMES Todd L. Rogers of Legal Support Services, 161 Ottawa NW, Grand Rapids, MI, who deposes and says that he is a person of suitable age and discretion to serve process in the State of Michigan and that on 8/17/2007 at 12:55 pm, he personally served the *Summons and Complaint* on MEIJER SUPER MARKETS, Inc. at 2929 Walker NW, Grand Rapids, Mi.

    Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Race | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Lt Brown | 28 | 5'9" | 180 |

_Todd L. Rogers_

Prepared for:                                    Sworn to and subscribed before me
                                                 this day         August 18, 2007

Fredericks & Palmer Process Serving, LLC         _Kim B. Horan_

614 Herzel Ave                                   Kim B. Horan
Northfield, NJ                    08225          Notary Public, Montcalm County, MI
                                                 My commission expires 3/17/2013

Dockets.Justia.com