UNITED STATES DISTRICT COURT

IN THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RENEE BLASZKOWSKI, et al

v.                                                                 Court File #    07-21221 CIV
                                    Plaintiff                                 ALTONAGA/Turnoff

MEIJER, Inc, et al
                                                                    Hon.

                                                          Return of Service
                                    Defendant
_____/

State of Michigan
                ss
County of Kent

   NOW COMES Todd L. Rogers of Legal Support Services, 161 Ottawa NW, Grand Rapids, MI, who deposes and says that he is a person of suitable age and discretion to serve process in the State of Michigan and that on 8/17/2007 at 12:55 pm, he personally served the *Summons and Complaint* on MEIJER, Inc. at 2929 Walker NW, Grand Rapids, Mi.

   Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Race | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Lt Brown | 28 | 5'9" | 180 |

Todd L. Rogers

Prepared for:

Sworn to and subscribed before me
this day           August 18, 2007

Fredericks & Palmer Process Serving, LLC

                                                          Kim B. Horan
614 Herzel Ave                                       Notary Public, Montcalm County, MI
Northfield, NJ              08225              My commission expires 3/17/2013