## AFFIDAVIT OF SERVICE

**State of FLORIDA**                                                              Southern District Court

Case Number: 07-21221

RENEE BLASZKOWSKI, E:
vs.
MARS, INC., ET AL:

For:
Anthony Palmer
FREDERICKS & PALMER PROCESS SERVING, LLC
614 Herzel Avenue
Northfield, NJ  08225

Received by RTR & I on the 16th day of August, 2007 at 12:38 pm to be served on **H.E. BUTT GROCERY COMPANY, 646 S. Main Street, San Antonio, TX 78204**.

I, Robert C. Hill, being duly sworn, depose and say that on the **16th day of August, 2007 at 3:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Sarah Luna** as **Registered Agent** at the address of: **646 S. Main, San Antonio, TX 78204** on behalf of **H.E. BUTT GROCERY COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 18th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

JAN WELLS
MY COMMISSION EXPIRES
OCTOBER 2, 2007

Robert C. Hill
Process Server

RTR & I
1406 West Salinas
San Antonio, TX  78207
(210) 490-2868

Our Job Serial Number: 2007000935

Copyright © 1992-2005 Database Services, Inc - Process Server's Toolbox V6.1c