# Affidavit of Process Server

United States District Court Southern District Of Florida
(NAME OF COURT)

Blaszkowski vs Mars Inc, Et Al    07-21221
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

Tom Fredericks, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Mars Petcare Us, Inc
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with Scott LaScala  1-302-777-0226    At
NAME    RELATIONSHIP

☐ Residence
ADDRESS    CITY / STATE

☑ Business 1209 Orange St    Wilmington, DE 19801
ADDRESS    CITY / STATE

On August 16th, 2007    AT 12:48 P.M
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE    TIME    DATE    TIME
(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

Description: Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 24th day of August, 2007

Anthony Palmer    Fredericks & Palmer Process Serving LLC.
Notary Public    614 Herzel Avenue    SIGNATURE OF NOTARY PUBLIC
State of New Jersey    Northfield, NJ 08225
My Commission Expires: 3/2/10    (609) 677-8850    NOTARY PUBLIC for the state of NJ

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS