# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA
(NAME OF COURT)

| Renee Blaszkowski, et al. | vs Doane Pet Care Enterprises, Inc. | 07-21221 CIV Altonaga |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Jennifer Plott, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Doane Pet Care Enterprises c/o CT Corporation, Registered Agent for Service of Process
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Case, Corrected Amended Class Action Complaint, Amended Class Action Complaint, Exh 1 thru 62

by leaving with ERIKA MILLIGAN / SERVICE OF PROCESS SPECIALIST At
NAME / RELATIONSHIP

☐ Residence ___
ADDRESS / CITY / STATE

☑ Business  800 S. Gay Street, Suite 2021 / Knoxville, TN 37929
ADDRESS / CITY / STATE

On 8/15/07 AT 1:20 pm
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on ___
DATE

from ___
CITY  STATE  ZIP

**Manner of Service:**
☑ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other ___

**Service Attempts:** Service was attempted on: (1) 8/15/07 1:20pm (2) ___ (3) ___ (4) ___ (5) ___

**Description:** Age 25 Sex F Race W Height 5'8" Weight 125 Hair BR Beard — Glasses —

_Jennifer Plott_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 15 day of August, 2007

_Barry A. Kaley_
SIGNATURE OF NOTARY PUBLIC

(Seal: BARRY A. KALEY, STATE OF TENNESSEE NOTARY PUBLIC)

NOTARY PUBLIC for the state of Tennessee
MY COMMISSION EXPIRES: April 30, 2011

FORM 2 — NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS (NAPPS)