**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court**
**Southern District of Florida**

I hereby certify and return that today, August 16, 2007, at 3:12 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Stop & Shop Supermarket Company, by giving in hand to Bernardo Montanez, Agent in Charge. Said service was effected at: Stop & Shop Supermarket Company, Registered Agent-Corporation Service Company, 84 State Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 16, 2007.

*[signature]*

Constable David G. BeDugnis, Jr., Process Server
& Disinterested Person over Age 18. %
**Fredericks & Palmer Process Serving, LLC**
614 Herzel Avenue
Northfield, NJ 08225
Phone (609) 677-8850
Fax (609) 677-9808

Dockets.Justia.com

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court
Southern District of Florida

I hereby certify and return that today, August 16, 2007, at 3:12 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Stop & Shop Supermarket Company, by giving in hand to Bernardo Montanez, Agent in Charge. Said service was effected at: Stop & Shop Supermarket Company, Registered Agent-Corporation Service Company, 84 State Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 16, 2007.

*David G. BeDugnis Jr* (signature)
Constable David G. BeDugnis, Jr., Process Server
& Disinterested Person over Age 18. %
Fredericks & Palmer Process Serving, LLC
614 Herzel Avenue
Northfield, NJ 08225
Phone (609) 677-9850
Fax (609) 677-9808