## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB, and PATRICIA DAVIS, individually and on behalf of others similarly situated,

        Plaintiffs,

vs.

MARS, INC., et al.,

        Defendants.
_____/

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of PATINO & ASSOCIATES, P.A., hereby enters its appearance as counsel for Defendant, PET SUPPLIES "PLUS"and PET SUPPLIES/PLUS USA, INC., and requests that the undersigned be served with copies of all pleadings, orders, notices correspondence and all related papers be served upon same at the address indicated below.

1

Dated: September 7, 2007
Miami, Florida

Respectfully submitted,

s/ Ralph G. Patino
RALPH G. PATINO
Florida Bar No.768881
rpatino@patinolaw.com

DOMINICK V. TAMARAZZO
Florida Bar No. 92835
dtamarazzo@patinolaw.com

CARLOS B. SALUP
Florida Bar No. 26952
csalup@patinolaw.com

PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
(305) 443 - 6163
(305) 443 - 5635
Attorneys for Co-Defendant
PET SUPPLIES "PLUS", and
PET SUPPLIES PLUS/USA, INC.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on to all counsels on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Ralph G. Patino

**SERVICE LIST**

CASE No. 07-21221-CIV-ALTONAGA/TURNOFF

**Counsel for Plaintiffs:**
Catherine J. Macivor
cmacivor@mflegal.com
Jeffrey B. Maltzman
jmaltzman@mflegal.com
Jeffrey E. Foreman
jforeman@mflegal.com
Daren W. Fridman Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Blvd, Suite 2300
Miami, Florida 33131
Tel.: (305)358-6555
Fax.: (305)374-9077

**Counsel for Co-Defendant Target Corp:**
Kathleen S. Phang, Esq.
kphang@sfklaw.com
Charles Philip Flick, Esq.
cflick@sfklaw.com
Seipp, Flick & Kissane
Two Alhambra Plaza,
Suite 800
Miami, Florida 33134-5241
Tel.: (305)995-5600
Fax.: (305)995-6100

**Counsel for Co-Defendant Proctor & Gamble Co:**
Alan Graham Greer
agreer@richmangreer.com
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Tel.: (305)373-4010
Fax.: (305)373-4099

**Counsel for Co-Defendant Mars:**
Philip A. Sechler
psechler@wc.com
Thomas G. Hentoff
thentonff@wc.com
Dane H. Butswinkas
dbutswinkas@wc.com
Christopher M. D'Angelo
cdeangelo@wc.com
Patrick J. Houlihan
phoulihan@wc.com
Williams & Conolly LLP
725 12th Street, N.W.
Washigton, D.C. 20005
Tel.: (202)434-5459
Fax.: (202)434-5029

**Counsel for Co-Defendant Mars, Inc.:**
Omar Ortega, Esq.
oortega@dortaandortega.com
Dorta & Ortega, P.A.
Douglas Entrance
800 South Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel.: (305)461-5454
Fax.: (305)461-5226

**Counsel for Co-Defendant Colgate Palmolive Co.:**
John J. Kuster, Esq.
jkuster@sidley.com
James D. Arden
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212)839-7336
Fax.: (212)839-5599

**Counsel for Co-Defendant**
**Proctor & Gamble Co.:**
D. Jeffrey Ireland
djireland@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
lsamon@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel.: (937)227-3710
Fax.: (937)227-3717

**Counsel for Co-Defendant**
**Del Monte Foods, Co.:**
Sherril M. Colombo, Esq.
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131-2303
Tel.: (305)704-5945
Fax.: (305)704-5955

**Co-Counsel Co-Defendant**
**Del Monte Foods, Co.:**
John J. McDonough, Esq.
jmcdonough@cozen.com
Richard Fama, Esq.
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel.: (212)509-9400
Fax.: (212)509-9492

**Co-Counsel for Co-Defendant,**
**Del Monte Foods, Co.**
John F. Mullen, Esq.
jmullen@cozen.com
Cozen O'Connor
The Atrium-3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel.:(215)665-2179
Fax.: (215)665-2013

**Counsel for Co-Defendant, Colgate**
**Palmolive Co.:**
Olga M. Vieira
**ovieira@carltonfields.com**
Benjamine Reid, Esq.
**breid@carltonfields.com**
Carlton Fields, P.A.
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Tel.: (305)530-0050
Fax.: (305)530-0055

**Co-Counsel for Co-Defendant, Colgate**
**Palmolive Co.:**
Kara L. McCall, Esq.
kmcall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312)853-2666
Fax.: (312)853-7036

**Counsel for Co-Defendant Nestle U.S.A.,**
**Inc.**
Robert C. Troyer, Esq.
retroyer@hhlaw.com
Hogan & Hartson LLP
one Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel.: (303)899-7300
Fax.: (303)899-7333

**Counsel for Nestle U.S.A., Inc.**
Miranda L. Berge, Esq.
mlberge@hhlaw.com
Craig A. Hoover, Esq.
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel.: (202)637-5600
Fax.: (202)637-5910

**Co-Counsel for Co-Defendant Nutro Products, Inc.**
Charles Abbott
cabbott@gibsondunn.com
Ben Broderick
broderick@gibsondunn.com
Gary L. Justice
gjustice@gibsondunn.com
William Edward Wegner
wwegner@gibsondunn.com
Gail E. Lees
gless@gibsondunn.com
Gibson Dunn & Crutcher L.L.P.
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071
Tel.: (213)229-7887
Fax.: (213)229-6887

**Counsel for Co-Defendant Nutro Products, Inc.**
Marty Steinberg
msteinberg@hunton.com
Adriana Riviere-Badell
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue, #2500
Miami, Florida 33131
Tel.:(305)810-2500
Fax.: (305)810-2460

**Counsel for Co-Defendants, Petco Animal Supplies, Inc., and Wal-Mart Stores, Inc.**
John B. T. Murray, Jr.
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Philips Point West
777 South Flagler Drive, # 1900
West Palm Beach, Florida 33401
Tel.(561)650-7200
Fax.: (561)655-1509

**Counsel for Co-Nestle U. S. A., Inc.**
Carol A. Licko
calicko@hhlaw.com
Hogan & Hartson, LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel.: (305)459-6500
Fax.: (305)459-6550

**Counsel for Co-Defendant, Publix Supermarket:**
Hugh J. Turner Jr.
hugh.turner@akerman.com
Akerman Senterfitt & Edison
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel.:(954)463-2700
Fax.: (954)463-2224

**Counsel for Co-Defendant, Pet Supermarket, Inc.**
Rolando Andres Diaz
rd@kubickidraper.com
Maria Kayanan
me@kubickidraper.com
Cassidy Yen Dang
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street, Penthouse
Miami, Florida 33130
Tel.:(305)982-6722.
Fax.: (305)374-7846

**Counsel for Co-Defendant, Petco Animal Supplies, Inc., and Wal-Mart Stores, Inc.**
Robin Lea Hanger
rjhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, Florida 331-2398
Tel.: (305)577-7040
Fax.: (305)577-7001

**Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc.:**
Alexander Shaknes
alex.shaknes@dlapier.com
Amy W. Schulman
amy.schulman@dlapier.com
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: (212)335-4829
Fax.: (212)884-8629

**Co-Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc:**
William C. Martin
william.martin@dlapiper.com
DLA Piper US LLP
203 North LaSalle Street, # 1900
Chicago, IL 60601-1293
Tel.: (312)368-3449
Fax.: (312)630-7318

**Co-Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc.**
Lonnie L. Simpson
lonnie.simpson@dlapier.com
S. Douglas Knox
sdouglas.knox@dlapier.com
DLA Piper US LLP
101 E. Kennedy Blvd, # 2000
Tampa, Florida 33602
Tel.: (813)229-2111
Fax.: (813)229-1447

**Counsel for Co-Defendant, Petsmart, Inc.**
Susan Elizabeth Mortensen
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel.: (305)858-2900
Fax.: (305)858-5261

**Co-Counsel for Co-Defendant, Petsmart, Inc.**
Michael K. Kennedy
mkk@gknet.com
Michael R. Ross
mrr@gknet.com
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, #1100
Phoenix, Arizona 85016
Tel.: (602)530-8504
Fax.: (602)530-8500