

EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, PATRICIA DAVIS, *et. al.*,
individually and on behalf of others
similarly situated,

                    Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

                    Defendants.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO CORRECTED AMENDED CLASS ACTION COMPLAINT**

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Extension of

Time to Respond to Corrected Amended Class Action Complaint. The Court having reviewed the

Motion and being otherwise fully advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Defendants,

Safeway, Inc., The Stop & Shop Company LLC, Nestle S.A., The Kroger Co. of Ohio, H.E. Butt

Grocery Company, New Albertson's Inc., Meijer, Inc. and Meijer Super Markets, Inc., shall

respond to the Corrected Amended Class Action Complaint on or before September 20, 2007.

DONE and ORDERED in Chambers at Miami, Florida, this ___ day of September, 2007.

_____
CELIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record

309425.1