# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.,

    Plaintiffs,

vs.

**MARS INC.**, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendants, Safeway, Inc. and The Stop & Shop Supermarket Company LLC's (the "Moving Defendants[']") Unopposed Motion for Extension of Time to Respond to Corrected Amended Class Action Complaint [D.E. 186], filed on September 12, 2007. The Moving Defendants move, on behalf of themselves and specified other Defendants, for an extension of time in which to respond to Plaintiffs' Amended Complaint. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 186]** is **GRANTED**. Defendants shall file their combined response to Plaintiffs' Amended Complaint **on or before September 20, 2007**.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2007.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
(1) Magistrate Judge William C. Turnoff
(2) counsel of record