UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

     Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

     Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DOANE PET CARE ENTERPRISES, INC. DUE TO THE DEFENDANT'S REPRESENTATIONS THAT COMPANY HAS BEEN MERGED**

The Plaintiffs, Renee Blaszkowski *et al.*, pursuant to Fed. R. Civ. P. 41(a)(1) hereby dismisses the above styled action as to Defendant Doane Pet Care Enterprises, Inc. without prejudice based upon the Defendant's representations that company has been merged.

Dated: August 13, 2007
       Miami, FL

/s Catherine J. MacIvor
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 13th day of August, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s Catherine J. MacIvor
Catherine MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR** <br> cmacivor@mflegal.com <br> **JEFFREY B. MALTZMAN** <br> jmaltzman@mflegal.com <br> **JEFFREY E. FOREMAN** <br> jforeman@mflegal.com <br> **DARREN W. FRIEDMAN** <br> dfriedman@mflegal.com <br> MALTZMAN FOREMAN, PA <br> One Biscayne Tower <br> 2 South Biscayne Boulevard -Suite 2300 <br> Miami, Florida 33131 <br> Tel: 305-358-6555 / Fax: 305-374-9077 <br> *Attorneys for Plaintiffs* | **PHILIP A. SECHLER** <br> psechler@wc.com <br> **THOMAS G. HENTOFF** <br> thentoff@wc.com <br> **DANE H. BUTSWINKAS** <br> dbutswinkas@wc.com <br> **CHRISTOPHER M. D'ANGELO** <br> cdeangelo@wc.com <br> **PATRICK J. HOULIHAN** <br> phoulihan@wc.com <br> Williams & Connolly LLP <br> 725 12th Street, N.W. <br> Washington, D.C. 20005 <br> Tel: 202.434.5459 / Fax: 202.434.5029 <br> *Attorneys for Defendant Mars, Inc.* |
| **KATHLEEN S. PHANG** <br> kphang@sfklaw.com <br> **CHARLES PHILIP FLICK** <br> cflick@sfklaw.com <br> Seipp, Flick & Kissane <br> Two Alhambra Plaza -Suite 800 <br> Miami, Florida 33134-5241 <br> Tel: 305.995.5600 / Fax: 305.995-6100 <br> *Attorney for Defendant Target Corp.* | **OMAR ORTEGA** <br> oortega@dortaandortega.com <br> Dorta and Ortega, P.A. <br> Douglas Entrance <br> 800 S. Douglas Road, Suite 149 <br> Coral Gables, Florida 33134 <br> Tel: 305-461-5454 / Fax: 305-461-5226 <br> *Attorneys for Defendant Mars, Inc.* |
| **ALAN GRAHAM GREER** <br> agreer@richmangreer.com <br> Richman Greer Weil Brumbaugh <br>  Mirabito & Christensen <br> 201 South Biscayne Boulevard – STE 1000 <br> Miami, Florida 33131 <br> Tel: 305.373.4010 / Fax: 305.373.4099 <br> *Attorneys for Defendant Proctor and Gamble Co.* | **JOHN J. KUSTER** <br> jkuster@sidley.com <br> **JAMES D. ARDEN** <br> jarden@sidley.com <br> Sidley Austin LLP <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Tel: 212.839.7336 / Fax: 212.839.5599 <br> *Attorneys for Defendant Colgate Palmolive Company* |

| | |
|---|---|
| **D. JEFFREY IRELAND**<br>djireland@ficlaw.com<br>**BRIAN D. WRIGHT**<br>bwright@ficlaw.com<br>**LAURA A. SANOM**<br>lsanom@ficlaw.com<br>Faruki Ireland & Cox P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow St.<br>Dayton, OH 45402<br>Tel: 937.227.3710 / Fax: 937.227.3717<br>*Attorneys for Defendant Proctor and Gamble Co.* | **OLGA M. VIEIRA**<br>ovieira@carltonfields.com<br>**BENJAMINE REID**<br>breid@carltonfields.com<br>Carlton Fields, PA<br>100 SE 2nd Street - #4000<br>Miami, FL 33131<br>Tel: 305.530.0050 / Fax:<br>*Attorneys for Defendant Colgate Palmolive Company* |
| **SHERRIL M. COLOMBO**<br>scolombo@cozen.com<br>Cozen O'Connor<br>200 South Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131-2303<br>Tel: 305.704.5945 / Fax: 305.704.5955<br>*Attorneys for Defendant Del Monte Foods, Co.* | **KARA L. McCALL**<br>kmccall@sidley.com<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, Illinios  60603<br>Tel: 312.853.2666 / Fax:<br>*Attorneys for Defendant Colgate Palmolive Company* |
| **JOHN J. McDONOUGH**<br>jmcdonough@cozen.com<br>**RICHARD FAMA**<br>rfama@cozen.com<br>Cozen O'Connor<br>45 Broadway<br>New York, NY  10006<br>Tel: 212.509.9400 / Fax: 212-509.9492<br>*Attorneys for Defendant Del Monte Foods Co.* | **ROBERT C. TROYER**<br>rctroyer@hhlaw.com<br>Hogan & Hartson LLP<br>One Tabor Center -Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Tel: 303-899-7300 / Fax: 303-899-7333<br>*Attorneys for Nestle U.S.A., Inc.* |
| **JOHN F. MULLEN**<br>jmullen@cozen.com<br>Cozen O'Connor<br>The Atrium – 3rd Floor<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel: 215.665.2179 / Fax: 215.665.2013<br>*Attorneys for Defendant Del Monte Foods Co.* | **MIRANDA L. BERGE**<br>mlberge@hhlaw.com<br>**CRAIG A. HOOVER**<br>cahoover@hhlaw.com<br>Hogan & Hartson, LLP<br>555 13th Street, NW<br>Washington, DC  20004<br>Tel: 202.637.5600 / Fax: 202.637.5910<br>*Attorneys for Nestle U.S.A., Inc.* |

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
**GARY L. JUSTICE**
gjustice@gibsondunn.com
**WILLIAM EDWARD WEGNER**
wwegner@gibsondunn.com
**GAIL E. LEES**
glees@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue - #2500
Miami, Florida 33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

**ROBIN LEA HANGER**
rlhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard – 40th Floor
Miami, Florida  33131-2398
Tel: 305.577.7040 / Fax: 305.577.7001
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street - #1900
Chicago, Illinois 60601-1293
Tel: 312.368.3449 / Fax: 312.630.7318
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**LONNIE L. SIMPSON**
lonnie.simpson@dlapiper.com
**S. DOUGLAS KNOX**
sdouglas.knox@dlapiper.com
DLA PIPER US LLP
101 E. Kennedy Boulevard - #2000
Tampa, Florida  33602
Tel:   / Fax:
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**MICHAEL K. KENNEDY**
mkk@gknet.com
**MICHAEL R. ROSS**
mrr@gknet.com
Gallagher and Kennedy, PA
2575 E. Camelback Road - #1100
Phoenix, Arizona 85016
Tel: 602.530.8504 / Fax: 602.530.8500
*Attorneys for Defendant Petsmart, Inc.*

**RALPH G. PATINO**
rpartino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
Patino & Associates, PA
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305-443-6163 / Fax: 305-443-5635
*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*