UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

       Plaintiffs,

vs.

MARS, INC., et al.,

       Defendants.
_____/

**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CORRECTED AMENDED CLASS ACTION COMPLAINT**

**THIS CAUSE** came before the Court upon Defendants, PET SUPPLIES "PLUS" and PET SUPPLIES/PLUS USA, INC.'S (hereinafter "Pet Supplies 'Plus'"), Unopposed Motion for Extension of Time to Respond to Corrected Amended Class Complaint [D.E. ___], filed on September 13, 2007. Pet Supplies "Plus" move for an extension of time in which to respond to Plaintiffs' Amended Complaint. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 190]** is **GRANTED**. Defendants, Pet Supplies "Plus" shall file a responsive pleading to Plaintiffs' Amended Complaint no later than ten (10) days from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of September, 2007.

                                                                                                     _____
                                                                                                 **CECILIA M. ALTONAGA**
                                                                                                 **UNITED STATES DISTRICT JUDGE**

cc:

All counsel of record