UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21221 CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

    Plaintiffs,

v.

MARS, INC., et al,

    Defendants.
_____/

### STIPULATION FOR ORDER APPROVING SUBSTITUTION OF COUNSEL

It is hereby stipulated that Seipp, Flick & Kissane, LLP Two Alhambra Plaza, Suite 800, Miami, Florida 33134 heretofore appearing as counsel of record for Defendant Target Corporation, may withdraw as counsel of record for said Defendant and that Squire Sanders & Dempsey, LLP, 1900 Phillips Point West, 777 S. Flagler Drive, Suite 1900, West Palm Beach, FL 33401-6198, shall be substituted as counsel for the said Defendant and that Seipp, Flick, & Kissane, LLP may be excused from further attendance upon the Court on behalf of Defendant Target Corporation.

Dated this /8 day September, 2007.

| | |
|---|---|
| SEIPP, FLICK & KISSANE, LLP<br>Withdrawing as Counsel for<br>Defendant Target Corporation<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5214<br>Tel: 305-995-5604<br>Fax: 305-995-6100<br><br>Charles P. Flick, Esquire<br>FBN: 253324<br>cflick@sfklaw.com | SQUIRE SANDERS & DEMPSEY, LLP<br>Appearing as Counsel for Defendant<br>Target Corporation<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Tel: 561-650-7200<br>Fax: 561-655-1509<br><br>Mark C. Goodman, Esquire<br>mgoodman@ssd.com<br>John B.T. Murray, Esquire<br>jbmurray@ssd.com<br>FBN: 962759 |