UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21221 CIV-CMA

RENEE BLASZKOWSKI, AMY HOLLUB,
and PATRICIA DAVIS, individually and on
Behalf of others similarly situated,

    Plaintiffs,
v.

MARS, INC., et al,

    Defendants.
_____/

### ORDER APPROVING SUBSTITUTION OF COUNSEL

UPON the foregoing Stipulation and the Court being fully advised in the premises, it is, upon consideration

ORDERED AND ADJUDGED that Seipp, Flick, & Kissane, LLP is hereby permitted to withdraw as counsel of record for the Defendant Target Corporation and that Squire Sanders & Dempsey, LLP be substituted as counsel of record for the Defendant. Seipp, Flick, & Kissane, LLP is hereby excused from further attendance upon the Court on behalf of Defendant Target Corporation.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2007.

                                                  U.S. District Court Judge

**Copies furnished to :**
All Counsel