UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al*

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MEIJER SUPER MARKETS INC DUE TO THE DEFENDANT'S REPRESENTATIONS THAT COMPANY HAS BEEN MERGED WITH MEIJER INC.**

The Plaintiffs, Renee Blaszkowski *et al.*, pursuant to Fed. R. Civ. P. 41(a)(1) hereby dismiss the above styled action as to the Defendant, Meijer Super Markets Inc., without prejudice based upon the Defendant's representations that the company has been merged with Meijer Inc.

Dated: September 18, 2007
       Miami, FL

                                  /s Catherine J. MacIvor
                                  CATHERINE J. MACIVOR (FBN 932711)
                                  cmacivor@mflegal.com
                                  MALTZMAN FOREMAN, PA
                                  One Biscayne Tower
                                  2 South Biscayne Boulevard -Suite 2300
                                  Miami, Florida 33131
                                  Tel: 305-358-6555 / Fax: 305-374-9077
                                  *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 18th day of September, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s Catherine J. MacIvor
Catherine MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR**<br>cmacivor@mflegal.com<br>**JEFFREY B. MALTZMAN**<br>jmaltzman@mflegal.com<br>**JEFFREY E. FOREMAN**<br>jforeman@mflegal.com<br>**DARREN W. FRIEDMAN**<br>dfriedman@mflegal.com<br>MALTZMAN FOREMAN, PA<br>One Biscayne Tower<br>2 South Biscayne Boulevard -Suite 2300<br>Miami, Florida 33131<br>Tel: 305-358-6555 / Fax: 305-374-9077<br>*Attorneys for Plaintiffs* | **PHILIP A. SECHLER**<br>psechler@wc.com<br>**THOMAS G. HENTOFF**<br>thentoff@wc.com<br>**DANE H. BUTSWINKAS**<br>dbutswinkas@wc.com<br>**CHRISTOPHER M. D'ANGELO**<br>cdeangelo@wc.com<br>**PATRICK J. HOULIHAN**<br>phoulihan@wc.com<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202.434.5459 / Fax: 202.434.5029<br>*Attorneys for Defendant Mars, Inc.* |
| **KATHLEEN S. PHANG**<br>kphang@sfklaw.com<br>**CHARLES PHILIP FLICK**<br>cflick@sfklaw.com<br>Seipp, Flick & Kissane<br>Two Alhambra Plaza -Suite 800<br>Miami, Florida 33134-5241<br>Tel: 305.995.5600 / Fax: 305.995-6100<br>*Attorney for Defendant Target Corp.* | **OMAR ORTEGA**<br>oortega@dortaandortega.com<br>Dorta and Ortega, P.A.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Tel: 305-461-5454 / Fax: 305-461-5226<br>*Attorneys for Defendant Mars, Inc.* |
| **ALAN GRAHAM GREER**<br>agreer@richmangreer.com<br>Richman Greer Weil Brumbaugh<br> Mirabito & Christensen<br>201 South Biscayne Boulevard – STE 1000<br>Miami, Florida 33131<br>Tel: 305.373.4010 / Fax: 305.373.4099<br>*Attorneys for Defendant Proctor and Gamble Co.* | **JOHN J. KUSTER**<br>jkuster@sidley.com<br>**JAMES D. ARDEN**<br>jarden@sidley.com<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: 212.839.7336 / Fax: 212.839.5599<br>*Attorneys for Defendant Colgate Palmolive Company* |

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax: 215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, Illinios 60603
Tel: 312.853.2666 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax: 202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

| | |
|---|---|
| **CHARLES ABBOTT**<br>cabbott@gibsondunn.com<br>**BEN BRODERICK**<br>bbroderick@gibsondunn.com<br>**GARY L. JUSTICE**<br>gjustice@gibsondunn.com<br>**WILLIAM EDWARD WEGNER**<br>wwegner@gibsondunn.com<br>**GAIL E. LEES**<br>glees@gibsondunn.com<br>Gibson Dunn & Crutcher L.L.P<br>333 S. Grand Avenue -Suite 4600<br>Los Angeles, CA 90071<br>Tel: 213.229.7887 / Fax: 213.229.6887<br>*Attorneys for Defendant Nutro Products Inc.* | **CAROL A. LICKO**<br>calicko@hhlaw.com<br>Hogan & Hartson L.L.P<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel: 305.459.6500 / Fax: 305.459.6550<br>*Attorneys for Nestle U.S.A., Inc.* |
| **MARTY STEINBERG**<br>msteinberg@hunton.com<br>**ADRIANA RIVIERE-BADELL**<br>ariviere-badell@hunton.com<br>Hunton & Williams, LLP<br>1111 Brickell Avenue - #2500<br>Miami, Florida  33131<br>Tel: 305.810.2500 / Fax: 305.810.2460<br>*Attorneys for Defendant Nutro Products Inc.* | **HUGH J. TURNER JR.**<br>Hugh.turner@akerman.com<br>Akerman Senterfitt & Eidson<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, Florida 33301-2229<br>Tel: 954.463.2700 / Fax: 954.463.2224<br>*Attorneys for Defendant Publix Supermarkets, Inc.* |
| **JOHN B. T. MURRAY, JR.**<br>jbmurray@ssd.com<br>Squire, Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 South Flagler Drive - #1900<br>West Palm Beach, Florida 33401<br>Tel: 561.650.7200 / Fax: 561.655.1509<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **ROLANDO ANDRES DIAZ**<br>rd@kubickidraper.com<br>**MARIA KAYANAN**<br>mek@kubickidraper.com<br>**CASSIDY YEN DANG**<br>cyd@kubickidraper.com<br>Kubicki Draper, P.A.<br>25 West Flagler Street - Penthouse<br>Miami, Florida 33130<br>Tel: 305.982.6722 / Fax: 305.374.7846<br>*Attorneys for Defendant Pet Supermarket, Inc.* |

| | |
|---|---|
| **ROBIN LEA HANGER**<br>rlhanger@ssd.com<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard – 40th Floor<br>Miami, Florida  33131-2398<br>Tel: 305.577.7040 / Fax: 305.577.7001<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **MICHAEL K. KENNEDY**<br>mkk@gknet.com<br>**MICHAEL R. ROSS**<br>mrr@gknet.com<br>Gallagher and Kennedy, PA<br>2575 E. Camelback Road - #1100<br>Phoenix, Arizona 85016<br>Tel: 602.530.8504 / Fax: 602.530.8500<br>*Attorneys for Defendant Petsmart, Inc.* |
| **ALEXANDER SHAKNES**<br>Alex.shaknes@dlapiper.com<br>**AMY W. SCHULMAN**<br>Amy.schulman@dlapiper.com<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: 212.335.4829 / Fax: 212.884.8629<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | **RALPH G. PATINO**<br>rpartino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>csalup@patinolaw.com<br>Patino & Associates, PA<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Tel: 305-443-6163 / Fax: 305-443-5635<br>*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |
| **WILLIAM C. MARTIN**<br>William.martin@dlapiper.com<br>DLA PIPER US LLP<br>203 North LaSalle Street - #1900<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.3449 / Fax: 312.630.7318<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | |
| **LONNIE L. SIMPSON**<br>lonnie.simpson@dlapiper.com<br>**S. DOUGLAS KNOX**<br>sdouglas.knox@dlapiper.com<br>DLA PIPER US LLP<br>101 E. Kennedy Boulevard - #2000<br>Tampa, Florida  33602<br>Tel:   / Fax:<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | |