UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.,

    Plaintiffs,
vs.

**MARS INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs and Defendant, Target Corporation's ("Target['s]") Stipulation for Order Approving Substitution of Counsel [D.E. 193], filed on September 18, 2007. Upon the foregoing Stipulation, it is

**ORDERED AND ADJUDGED** that Seipp, Flick, & Kissane, LLP is hereby permitted to withdraw as counsel of record for Target and that Squire Sanders & Dempsey, LLP be substituted as counsel of record for Target. Seipp, Flick, & Kissane, LLP is hereby excused from further attendance upon the Court on behalf of Target.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2007.

                                        **CECILIA M. ALTONAGA**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record