UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
Individually and on behalf of others
Similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.
_____/

## AFFIDAVIT

State of Ohio    )
                     ) ss
County of Hamilton )

    I, Martha Cutright Sarra, having first been duly cautioned and sworn, depose and say:

(1)    I am employed by The Kroger Co. ("Kroger") as an in-house attorney, a position I have held since March, 1998. I have personal knowledge of the matters attested to herein.

(2)    Kroger (referred to as "The Kroger Co. of Ohio" in plaintiffs' Corrected Amended Complaint) is an Ohio corporation with its principal place of business in the State of Ohio.

(3)    Kroger operates over 2,400 retail supermarkets in several states, but does not operate any retail supermarkets or stores in the State of Florida.

(4)  While Kroger does not operate any retail supermarkets or stores in the State of Florida, Kroger and its subsidiary corporations have sales operations in the State of Florida which account for less than 1.0% of the total sales of Kroger and its subsidiary corporations.

Further sayeth the affiant naught.

_____Martha Cutright Sarro_____

STATE OF OHIO            )
                         ) ss.
COUNTY OF Hamilton       )

Sworn to before me and subscribed in my presence this 19 day of September, 2007.

_____
Notary Public

ERIN C. DRISKELL
Notary Public, State of Ohio
My Commission Expires
March 15, 2010