UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
Individually and on behalf of others
Similarly situated,

      Plaintiffs,

vs.

MARS, INC., et al.,

      Defendants.
_____/

### DEFENDANT THE KROGER CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant The Kroger Co. (designated "The Kroger Co. of Ohio" in plaintiffs' Corrected Amended Complaint) hereby discloses that it has no parent corporation and that no publicly-held company owns 10% or more of its stock.

 

FULMER LeROY ALBEE
BAUMANN & GLASS, PLC
Counsel for The Kroger Co.
2866 East Oakland Park Boulevard
Fort Lauderdale, Fl 33306
Ph: (954) 707-4430
Fax: (954) 707-4431
By: _____
    C. RICHARD FULMER, JR.
    Fla. Bar. #0370037

## CERTIFICATE OF SERVICE

I hereby certify that on _September 20_, 2007, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ C. Richard Fulmer, Jr.

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.**
**Case No. 07-21221-CIV-Altonaga/Turnoff**

## SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor<br>E-mail: cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>E-mail: jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>E-mail: jmaltzman@mflegal.com<br>Darren W. Friedman<br>E-mail: dfriedman@mflegal.com<br>MALTZMAN FOREMAN PA<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, Florida 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile: (305) 374-9077<br><br>*Attorneys for Plaintiffs* | John B.T. Murray, Jr.<br>Squire, Sanders & Dempsey, L.L.P.<br>1900 Phillips Point West<br>777 South Flagler Deive<br>West Palm Beach, Florida 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile: (561) 655-1509<br>E-mail: jbmurray@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies, Inc., PetSmart, Inc. and Wal-Mart Stores, Inc.* |
| Rolando Andres Diaz<br>E-mail: rd@kubickidraper.com<br>Cassidy Yen Dang<br>E-mail: cyd@kubickidraper.com<br>Maria Kayanan<br>E-mail: mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street<br>Penthouse<br>Miami, Florida 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile: (305) 374-7846<br><br>*Attorneys for Defendant<br> Pet Supermarket, Inc.* | Alexander Shaknes<br>E-mail: Alex.Shaknes@dlapiper.com<br>Amy W. Schulman<br>E-mail: amy.schulman@dlapiper.com<br>Lonnie L. Simpson<br>E-mail: Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>E-mail: Douglas.know@dlapiper.com<br>DLA PIPER LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Defendant Menu Foods, Inc. and Menu Foods Income Fund* |

Case 1:07-cv-21221-CMA    Document 199    Entered on FLSD Docket 09/20/2007    Page 4 of 7

| | |
|---|---|
| Hugh J. Turner, Jr.<br>AKERMAN SENTERFITT<br>250 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>E-mail: hugh.turner@akerman.com<br><br>*Attorneys for Defendant Publix Super Markets, Inc.* | Marty Steinberg<br>E-mail: msteinberg@hunton.com<br>Adiana Riviere-Badell<br>E-mail: ariviere-badell@hunton.com<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305) 810-2460<br><br>*Attorneys for Defendant Nutro Products, Inc.* |
| Omar Ortega<br>Dorta and Ortega, P.A.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br>E-mail: oortega@dortaandortega.com<br><br>*Attorneys for Defendant Mars, Incorporated and Mars Petcare U.S.* | John J. Kuster<br>E-mail: jkuster@sidley.com<br>James D. Arden<br>E-mail: jarden@sidley.com<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* |
| Sherril M. Colombo<br>COZEN O'CONNOR<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>E-mail: scolombo@cozen.com<br><br>*Attorney for Defendant Del Monte Foods, Co.* | Charles Philip Flick<br>E-mail: cflick@sfklaw.com<br>Kathleen S. Phang<br>E-mail: kphang@sfklaw.com<br>Seipp, Flick & Kissane<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5241<br>Telephone: (305) 995-5600<br>Facsimile: (305) 995-6100<br><br>*Attorneys for Defendant Target Corp.* |

| | |
|---|---|
| Alan G. Greer<br>Richman Greer, P.A.<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>E-mail: (305) 373-4099<br>E-mail: agreer@richmangreer.com<br><br>*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.* | Carol A. Licko<br>Hogan & Hartson L.L.P.<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>E-mail: calicko@hhlaw.com<br><br>*Attorneys for Defendants Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* |
| D. Jeffrey Ireland<br>E-mail: djireland@ficlaw.com<br>Brian D. Wright<br>E-mail: Bwright@ficlaw.com<br>Laura A. Sanom<br>E-mail: lsanom@ficlaw.com<br>Faruki Ireland & Cox P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402<br><br>*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.* | Robin L. Hanger<br>Squire, Sanders & Dempsey, L.L.P.<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, Florida 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile: (305) 577-7001<br>E-mail: rlhanger@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies, Inc.* |
| Benjamine Reid<br>E-mail: breid@carltonfields.com<br>Olga M. Vieira<br>E-mail: ovieira@carltonfields.com<br>Carlton Fields, P.A.<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, Florida 33131-9101<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br><br>*Attorneys for Defendants Colgate-Palmolive* | Richard Farna<br>E-mail: rfarna@cozen.com<br>John J. McDonough<br>E-mail: jmcdonough@cozen.com<br>Cozen O'Connor<br>45 Broadway<br>New York, NY 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br><br>*Attorneys for Defendant Del Monte Foods* |

| | |
|---|---|
| Thomas G. Hentoff<br>E-mail: thenoff@wc.com<br>Dane H. Butswinkas<br>E-mail: dbutswinkas@wc.com<br>Christopher M. D'Angelo<br>E-mail: cdangelo@wc.com<br>Patrick J. Houlihan<br>E-mail: phoulihan@wc.com<br>Philip A. Sechler<br>E-mail: psechler@wc.com<br>Williams & Connolly LLP<br>725 Twelfth Street, NW<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants Mars, Incorporated and Mars Petcare U.S.* | Kara L. McCall<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-2666<br>E-mail: kmccall@Sidley.com<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* |
| John F. Mullen<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2179<br>Facsimile: (215) 665-2013<br>E-mail: jmullen@cozen.com<br><br>*Attorneys for Defendant Del Monte Foods, Co.* | William C. Martin<br>DLA Piper LLP<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, IL 60601-1293<br>E-mail: William.Martin@dlapiper.com<br><br>*Attorneys for Defendant Menu Foods, Inc. and Menu Foods Income Fund* |
| Gary L. Justice<br>E-mail: gjustice@gibsondunn.com<br>Charles H. Abbott<br>E-mail: cabbott@gibsondunn.com<br>Gail E. Lees<br>E-mail: glees@gibsondunn.com<br>William Edward Wegner<br>E-mail: wwegner@gibsondunn.com<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br><br>*Attorneys for Defendant Nutro Products, Inc.* | Ralph G. Patino<br>E-mail: rpatino@patinolaw.com<br>Dominick V. Tamarazzo<br>E-mail: dtamarazzo@patinolaw.com<br>Carols B. Salup<br>E-mail: csalup@patinolaw.com<br>Patino & Associates, P.A.<br>225 Alcazar Avenue<br>Coral Gables, FL 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |

| | |
|---|---|
| Robert C. Troyer<br>Hogan & Hartson L.L.P.<br>1200 17th Street<br>One Tabor Center, Suite 1500<br>Denver, CO 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br>E-mail: rctroyer@hhlaw.com<br><br>*Attorneys for Defendants Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* | Craig A. Hoover<br>E-mail: cahoover@hhlaw.com<br>Miranda L. Berge<br>E-mail: mlgerge@hhlaw.com<br>Hogan & Hartson, L.L.P.<br>555 13th Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>*Attorneys for Defendant Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* |
| Robert Valadez<br>E-mail: rvaladez@shelton-valadez.com<br>Javier Thomas Duran<br>E-mail: jduran@shelton-valadez.com<br>Shelton & Valadez, P.C.<br>600 Navarro, Suite 500<br>San Antonio, TX 78205<br>Telephone: (210) 349-0515<br>Facsimile: (210) 349-3666<br><br>*Attorneys for Defendant H.E. Butt Grocery Co.* | Marcos Daniel Jimenez<br>Robert J. Alwine<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>E-mail: mdj@kennynachwalter.com<br>E-mail: ralwine@kennynachwalter.com<br><br>*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company* |
| W. Randolph Teslik<br>E-mail: rteslik@akingump.com<br>Andrew Dober<br>E-mail: adober@akingump.com<br>Akin Gump Strauss Hauer & Feld<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Attorney for Defendants New Albertson's Inc. and Albertson's LLC* | |