

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS, INC., MARS PETCARE US, INC.,
PROCTOR AND GAMBLE, CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLE USA INC., NESTLE PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPERMARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of **W. Randolph Teslik** of the law firm of **Akin Gump Strauss Hauer & Feld LLP**, 1333 New Hampshire Ave., N.W., Washington, D.C. 20036, (202) 887-4000, for purposes of limited appearance as co-counsel on behalf of Albertson's LLC and New Albertson's, Inc., herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit W. Randolph Teslik to receive electronic filings in this case, and in support thereof states as follows:

1. W. Randolph Teslik is not admitted to practice in the United States District Court for the Southern District of Florida but is a member in good standing of the Bar of the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Federal Claims, the United States District Court for the District of Colorado, the United States District Court for the District of Columbia, the United States District Court for the Northern District of Florida, the United States District Court for the District of Maryland, and the Supreme Court of the United States.

2. Movant, Craig P. Kalil, Esquire, of the law firm of Aballí Milne Kalil & Escagedo, P.A., 2250 Sun Trust International Center, One Southeast Third Avenue, Miami, Florida 33131, is a

member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

   3. In accordance with the local rules of this Court, W. Randolph Teslik has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4.B is attached hereto.

   4. W. Randolph Teslik, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to W. Randolph Teslik at the following email address: rteslik@akingump.com

   WHEREFORE, Craig P. Kalil, moves this Court to enter an Order for W. Randolph Teslik, to appear before this Court on behalf of Albertson's LLC and New Albertsons, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to W. Randolph Teslik.

Date: September 19, 2007.

Respectfully submitted,

*/s/ Craig Kalil*
Craig Kalil
Fla. Bar No. 607282
ckalil@aballi.com
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel: (305) 372-5924
Fax (305) 373 7929
Attorneys for ALBERTSON'S LLC and
    NEW ALBERTSON'S, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS, INC., MARS PETCARE US, INC.,
PROCTOR AND GAMBLE, CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLE USA INC., NESTLE PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPERMARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## CERTIFICATION OF W. RANDOLPH TESLIK

W. Randolph Teslik, Esquire, pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, , the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit , the United States District Court for the District of Columbia, the United States District Court for the Northern District of Florida, the United States District Court for the District of Maryland, and the Supreme Court of the United States.

_____
W. Randolph Teslik

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of the Court by the CM/ECF filing system on September 19, 2007, which will send notice to all counsel or parties of record on the attached service list.

_____
Craig P. Kalil

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS, INC., MARS PETCARE US, INC.,
PROCTOR AND GAMBLE, CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLE USA INC., NESTLE PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPERMARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion for Limited Appearance of W. Randolph Teslik, and Consent to Designation, requesting, pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of W. Randolph Teslik, in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. W. Randolph Teslik is granted permission to appear and participate in this action on behalf of Albertson's LLC and New Albertson's, Inc. The Clerk shall provide electronic notification of all electronic filings to W. Randolph Teslik at: rteslik@akingump.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of September, 2007.

_____
CECLIA M. ALTONAGA
United States District Judge

Copies furnished to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

Service List

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**KATHLEEN S. PHANG**
kphang@sfklaw.com
**CHARLES PHILIP FLICK**
cflick@sfklaw.com
Seipp, Flick & Kissane
Two Alhambra Plaza -Suite 800
Miami, Florida 33134-5241
Tel: 305.995.5600 / Fax: 305.995-6100
*Attorney for Defendant Target Corp.*

**ALAN GRAHAM GREER**
agreer@richmangreer.com
Richman Greer Weil Brumbaugh
Mirabito & Christensen
201 South Biscayne Boulevard – STE 1000
Miami, Florida 33131
Tel: 305.373.4010 / Fax: 305.373.4099
*Attorneys for Defendant Proctor and Gamble Co.*

**PHILIP A. SECHLER**
psechler@wc.com
**THOMAS G. HENTOFF**
thentoff@wc.com
**DANE H. BUTSWINKAS**
dbutswinkas@wc.com
**CHRISTOPHER M. D'ANGELO**
cdeangelo@wc.com
**PATRICK J. HOULIHAN**
phoulihan@wc.com
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202.434.5459 / Fax: 202.434.5029
*Attorneys for Defendant Mars, Inc.*

**OMAR ORTEGA**
oortega@dortaandortega.com
Dorta and Ortega, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel: 305-461-5454 / Fax: 305-461-5226
*Attorneys for Defendant Mars, Inc.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
*Attorneys for Defendant Colgate Palmolive Company*

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax: 215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, Illinios 60603
Tel: 312.853.2666 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax: 202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
**GARY L. JUSTICE**
gjustice@gibsondunn.com
**WILLIAM EDWARD WEGNER**
wwegner@gibsondunn.com
**GAIL E. LEES**
glees@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue - #2500
Miami, Florida 33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

**ROBIN LEA HANGER**
rlhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard – 40th Floor
Miami, Florida 33131-2398
Tel: 305.577.7040 / Fax: 305.577.7001
*Attorneys for Defendants Petco Animal Supplies,*
*Inc. and Wal-Mart Stores, Inc.*

**SUSAN ELIZABETH MORTENSEN**
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive - Penthouse
Miami, Florida 33133
Tel: 305.858.2900 / Fax: 305.858.5261
*Attorneys for Defendant Petsmart, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund
andMenu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street - #1900
Chicago, Illinois 60601-1293
Tel: 312.368.3449 / Fax: 312.630.7318
*Attorneys for Menu Foods Income Fund
and Menu Foods, Inc.*

**MICHAEL K. KENNEDY**
mkk@gknet.com
**MICHAEL R. ROSS**
mrr@gknet.com
Gallagher and Kennedy, PA
2575 E. Camelback Road - #1100
Phoenix, Arizona 85016
Tel: 602.530.8504 / Fax: 602.530.8500
*Attorneys for Defendant Petsmart, Inc.*

**LONNIE L. SIMPSON**
lonnie.simpson@dlapiper.com
**S. DOUGLAS KNOX**
sdouglas.knox@dlapiper.com
DLA PIPER US LLP
101 E. Kennedy Boulevard - #2000
Tampa, Florida 33602
Tel: 813-229-2111/ Fax: 813-229-1447
*Attorneys for Menu Foods Income Fund
and Menu Foods, Inc.*

**ROBERT D. MCINTOSH**
rdm@adorno.com
ADORNO & YOSS LLP
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316-1159
Tel: 954-523-5885 / Fax: 954-760-9531
*Attorneys for Defendants Menu Foods,
Inc. and Menu Foods Income Fund*

**RALPH G. PATINO**
rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305-443-6163 / Fax: 305-443-5635
*Attorneys for Co-Defendant Pet Supplies
"Plus" and Pet Supplies Plus/USA, Inc.*