**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM, PATRICIA
DAVIS, SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE
VALORAS, individually and on behalf of others similarly
situated,

        Plaintiffs/Class Representatives,

vs.

MARS, INC., MARS PETCARE US, INC., PROCTOR AND
GAMBLE, CO., THE IAMS CO., COLGATE PALMOLIVE
COMPANY, HILL'S PET NUTRITION, DEL MONTE FOODS,
CO., NESTLE USA INC., NESTLE PURINA PETCARE CO.,
NESTLE S.A., NUTRO PRODUCTS INC., MENU FOODS,
INC., MENU FOODS INCOME FUND, DOANE PET CARE
ENTERPRISES, INC.,
PUBLIX SUPERMARKETS, INC., NEW ALBERTSON'S INC.,
ALBERTSON'S LLC, THE KROGER CO. OF OHIO,
SAFEWAY INC., H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC., THE STOP
& SHOP SUPERMARKET COMPANY, PETCO ANIMAL
SUPPLIES STORES, INC., PET SUPERMARKET, INC., PET
SUPPLIES "PLUS," PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP., WAL-MART STORES,
INC.,

        Defendants.
_____/

**DEFENDANT MEIJER, INC.'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Meijer, Inc. files this Motion to Dismiss the Corrected Amended Class Action Complaint under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. In support, Meijer, Inc. states:

1.    As this Court is aware, the plaintiffs have filed a putative class-action (corrected amended) complaint against twenty-six defendants that makes various allegations concerning the manufacturing and marketing practices of the entire pet food industry in the United States. The core of the plaintiffs' attack is the claim that the commercial pet food industry advertises its dog and cat food products as healthy and nutritious without disclosing allegedly harmful ingredients.

2.    The plaintiffs, however, do not allege that any one of them purchased food sold or manufactured by Meijer, Inc. in the State of Florida.

3.    The plaintiffs do not allege that Meijer, Inc. ever advertised in Florida.[1]

4.    The plaintiffs' Corrected Amended Class Action Complaint includes only one specific allegation as to Meijer, Inc. and an entity they have named "Meijer Supermarkets, Inc.", which has now been dismissed:

> Defendant, Meijer Inc., is a Michigan corporation with its principal place of business in Grand Rapids, Michigan[2] and Defendant Meijer Supermarkets, Inc., is a Michigan corporation with its principal place of business in Grand Rapids, Michigan (collectively "Meijer"). Meijer is in the business of manufacturing, producing, distributing, advertising and/or selling Defendant pet food products. Meijer markets and sells the Defendant Manufacturers' brands of commercial pet food in its grocery stores in Michigan and other states. Meijer adopts the marketing representations of the Defendant Manufacturers by placing point of purchase advertising at or near the Defendant Manufacturers [sic] pet food in its retail stores. Meijer markets and advertises its commercial pet food with the intent to induce consumers to purchase its products. (*See* Corrected Amended Class Action Complaint at ¶ 46.)

5.    In fact, Meijer, Inc.:

---

[1]    Subject to this motion, Meijer joins in the comprehensive motion to dismiss submitted by all defendants under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

[2]    *See* Exhibit A at ¶ 3 (confirming allegation).

    a. does not own or operate any grocery stores in Florida;

    b. is not qualified to do business in Florida;

    c. does not have a principal place of business in Florida;

    d. does not have any offices or agents in Florida;

    e. does not own or lease tangible personal or real property in Florida;

    f. does not have a telephone listing, bank account or mailing address in Florida; and

    g. at all times relevant to the allegations in the action, did not engage in any advertisement, marketing or sale of pet food or other products from retail stores located in the State of Florida. (*See* Exhibit A, affidavit of Robert VerHeulen ("Verheulen Aff.") at ¶¶ 4-7.)

6. "Meijer SuperMarkets, Inc." does not exist as a legal entity. (VerHeulen Aff. at ¶ 8.)

## **MEMORANDUM OF LAW**

Meijer, Inc. adopts and incorporates by reference the Motion to Dismiss filed by the Defendant H.E. Butt Grocery Company ("HEB"), as the analysis in HEB's Motion to Dismiss applies equally here.

As shown, Meijer, Inc. has no contacts, and has had no contact, with the State of Florida. It meets none of the requirements of Florida's long-arm statute. Fla. Stat. § 48.193. The plaintiffs' operative pleading in this action also fails to satisfy the requirements of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

WHEREFORE, Meijer, Inc. respectfully requests that the Court dismiss the plaintiffs' Corrected Amended Class Action Complaint as to Meijer, Inc. for lack of personal jurisdiction.

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Dated: September 20, 2007

Respectfully submitted,

SQUIRE SANDERS & DEMPSEY, LLP
200 South Biscayne Boulevard
Suite 4000
Miami, FL 33131
Phone: 305-577-7000
Facsimile: 305-577-7001
Email: JJoffe@ssd.com

By: /s/ Jason Joffe
    Jason Joffe
    Florida Bar No. 0013564

Attorneys for Defendant Meijer, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record identified on the attached Service List.

/s/ Jason Joffe
Jason Joffe

4

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ETC., ET AL., VS. MARS, INC., et al.**
**Case No. 07-21221-CIV-ALTONAGA/TURNOFF**

## SERVICE LIST

Catherine J. MacIvor
cmacivor@mflegal.com
Jeffrey Eric Foreman
jforeman@mflegal.com
Jeffrey Bradford Maltzman
jmaltzman@mflegal.com
Darren W. Friedman
dfriedman@mflegal.com
**MALTZMAN FOREMAN PA**
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone:  305-358-6555
Facsimile:   305-374-9077

*Attorneys for Plaintiffs*

John B.T. Murray, Jr.
jbmurray@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West Palm Beach
777 South Flagler Drive
West Palm Beach, Florida 33480
John B.T. Murray, Jr., Esquire
Telephone:  561-.650-7200
Facsimile:   561-655-1509

*Attorneys for Defendant PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

Robin Lea Hanger
rlhanger@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Telephone: 305-577-7040
Facsimile:  305-577-7001

*Attorneys for Defendant PETCO Animal Supplies, Inc.*

Gary L. Justice
gjustice@gibsondunn.com
Charles Abbott
cabbott@gibsondunn.com
Gail E. Lees
glees@gibsondunn.com
William Edward Wegner
wwegner@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile:  213-229-6163

Adriana Riviere-Badell
ariviere-badell@hunton.com
Marty Steinberg
msteinberg@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
Facsimile:  305-810-2460


*Attorneys for Nutro Products, Inc.*

Kathleen S. Phang
kphang@sfklaw.com
Charles Philip Flick
cflick@sfklaw.com
**SEIPP, FLICK & KISSANE**
Two Alhambra Plaza, Suite 800
Miami, FL 33134-5241
Telephone: 305-995-5600
Facsimile:  305-995-6100

*Attorneys for Target Corp.*

Alan Graham Greer
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-373-4010
Facsimile:  305-373-4099

D. Jeffery Ireland
djireland@ficlaw.com
Laura A. Sanom
lsanom@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
**FAUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: 937-227-3710
Facsimile:  937-227-3717

*Attorneys for Proctor & Gamble Co.*

Hugh J. Turner, Jr.
hugh.turner@akerman.com
**AKERMAN SENTERFITT & EIDSON**
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Telephone:  954-463-2700
Facsimile:   954-463-2224

*Attorneys for Publix Supermarkets, Inc.*

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Omar Ortega<br>oortega@dortaandortega.com<br>**DORTA AND ORTEGA P.A.**<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Telephone: 305-461-5454<br>Facsimile: 305-461-5226 | Sherril M. Colombo<br>scolombo@cozen.com<br>**COZEN O'CONNOR**<br>Wachovia Financial Center<br>200 South Biscayne Boulevard, Suite 4410<br>Miami, FL 33131-2303<br>Telephone: 305-704-5945<br>Facsimile: 305-704-5955 |
| Philip A. Sechler<br>psechler@wc.com<br>Patrick J. Houlihan<br>phoulihan@wc.com<br>Dane H. Butswinkas<br>dbutswinkas@wc.com<br>Christopher M. DAngelo<br>cdangelo@wc.com<br>Thomas G. Hentoff<br>thentoff@wc.com<br>Dane H. Butsinkas<br>dbutswinkas@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-434-5000<br>Facsimile: 202-434-5029 | Richard Fama<br>rfama@cozen.com<br>John J. McDonough<br>jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>16th Floor, 45 Broadway<br>New York, New York 10006<br>Telephone: 212-509-9400<br>Facsimile: 212-509-9492<br><br>John F. Mullen<br>jmullen@cozen.com<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215-665-2179<br>Facsimile: 215-665-2013 |
| *Attorneys for Mars, Inc.* | *Attorneys for Del Monte Foods, Co.* |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Alexander Shaknes
alex.shaknes@dlapiper.com
Amy W. Schulman
amy.schulman@dlapiper.com
DLA PIPER LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile:  212-335-4501

Lonnie L. Simpson
lonnie.simpson@dlapiper.com
S. Douglas Knox
douglas.knox@dlapiper.com
101 East Kennedy Boulevard, Suite 2000
Tampa, Florida 33602
Telephone: 813-229-2111
Facsimile:  813-229-1447

William C. Martin
william.martin@dlapiper.com
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: 312-368-4000
Facsimile:  312-236-7516

*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*

Steve Busey
busey@smithhulsey.com
**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800
Jacksonville, FL 32202
Telephone: 904-359-7700
Facsimile:  904-353-9908

*Attorneys for Winn Dixie Stores, Inc.*

8

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| John J. Kuster<br>jkuster@sidley.com<br>James D. Arden<br>jarden@sidley.com<br>Kara L. McCall<br>kmccall@sidley.com<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: 212-839-5300<br>Facsimile:  212-839-5599<br><br>Benjamine Reid<br>breid@carltonfields.com<br>Olga M. Vieira<br>ovieira@carltonfields.com<br>CARLTON FIELDS, P.A.<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, Florida 33131-9101<br>Telephone: 305-530-0050<br>Facsimile:  305-530-0055<br><br>*Attorneys for Colgate-Palmolive Company* | Carol A. Licko<br>calicko@hhl.com<br>**HOGAN & HARTSON LLP**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: 305-459-6500<br>Facsimile:  305-459-6550<br><br>Robert Troyer<br>rctroyer@hhlaw.com<br>**HOGAN & HARTSON LLP**<br>One Tabor Center, Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Telephone: 303-899-7300<br>Facsimile:  303-899-7333<br><br>Craig A. Hoover<br>cahoover@hhlaw.com<br>Miranda L. Berge<br>mlberge@hhlaw.com<br>**HOGAN & HARTSON LLP**<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>Telephone: 202-637-5600<br>Facsimile:  202-637-5910<br><br>*Attorneys for Nestle U.S.A., Inc.* |

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

Rolando Andres Diaz
RD@kubickidraper.com
Cassidy Yen Dang
cyd@kubickidraper.com
Maria Kayanan
mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street, Penthouse
Miami, FL 33130-1712
Telephone:  305-982-6708
Facsimile:   305-374-7846

*Attorneys for Pet Supermarket, Inc.*

James K. Reuss
jreuss@lanealton.com
LANE ALTON & HORST, LLC
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone:    614-233-4719
Facsimile:    614-228-0146

C. Richard Fulmer, Jr.
FULMER LEROY ALBEE BAUMANN & GLASS, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: 954-707-4430
Facsimile:  954-707-4431

*Attorneys for The Kroger Co.*

Ralph G. Patino
rpatino@patinolaw.com
Dominick V. Tamarazzo
dtamarazzo@patinolaw.com
Carlos B. Salup
csalup@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: 305-443-6163
Facsimile:  305-443-5635

*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

Robert Valadez
rvaladez@shelton-valadez.com
Javier Thomas Duran
jduran@shelton-valadez.com
SHELTON & VALADEZ, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: 210-349-0515
Facsimile:  210-349-3666

*Attorneys for H.E. Butt Grocery Co.*

10

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| W. Randolph Teslik<br>rteslik@akingump.com<br>Andrew Dober<br>adober@akingump.com<br>AKIN GUMP STAUSS HAUER & FELD<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: 202-887-4000<br>Facsimile:  202-887-4288<br><br>Daniel S. Day<br>dan.day@supervalu.com<br>SUPERVALU—LEGAL DEPARTMENT<br>250 Parkcenter Boulevard<br>Boise, Idaho 83726<br>Telephone: 208-395-5194<br><br><br>*Attorneys for New Albertson's Inc., and Albertson's LLC* | Marcus D. Jimenez<br>mdj@kennynachwalter.com<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305-373-1000<br>Facsimile:  305-372-1861<br><br>*Attorneys for Safeway, Inc. and The Stop & Shop Supermarket Company* |