# EXHIBIT B

Dockets.Justia.com

## AFFIDAVIT OF DANIEL S. DAY

STATE OF IDAHO      )
                         )   ss:

COUNTY OF ADA      )

BEFORE ME, this date, personally appeared Daniel S. Day who, after being duly sworn, deposes and says:

My name is Daniel S. Day, Senior Attorney, Litigation for New Albertsons, Inc., a Delaware corporation. The following facts are within my personal knowledge, are facts of which I have been informed, or are facts that are disclosed by the books and records of New Albertsons, Inc.

1. In June 2006, the company formerly known as Albertson's, Inc., was sold to three separate entities: Supervalu, CVS and AB Acquisition LLC, a consortium of investors led by Cerberus Capital Management, L.P.

2. Supervalu, through a wholly owned-subsidiary now called New Albertsons, Inc. acquired stores under the Albertsons banner in Southern California, Idaho, Montana, Nevada, North Dakota, Oregon, Utah, Washington and Wyoming.

3. Albertsons bannered stores located in other parts of the country, including Florida, were acquired by Albertsons LLC, a wholly-owned subsidiary of AB Acquisition LLC.

FURTHER AFFIANT SAYETH NAUGHT.

Daniel S. Day, being duly sworn, deposes and says that the foregoing is true and correct to the best of his knowledge, information and belief.

DATED this 19th day of September, 2007.

_____
Daniel S. Day

SWORN TO AND SUBSCRIBED before me this 19th day of September, 2007.

_____
NOTARY PUBLIC
My commission expires: March 8, 2013