UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

            Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
            Defendants.

**DEFENDANT H.E. BUTT GROCERY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant H.E. BUTT GROCERY COMPANY hereby discloses that it has no parent corporation and that no publicly-held company owns ten percent (10%) or more of its stock.

Dated: September 20, 2007

            Respectfully Submitted,

            **AKERMAN SENTERFITT**
            350 East Las Olas Boulevard, Suite 1600
            Fort Lauderdale, FL 33301-2229
            Telephone: (954) 759-8930
            Facsimile: (954) 847-5365
            E-mail: hugh.turner@akerman.com

            By: s/ Hugh J. Turner Jr.
                Hugh J. Turner Jr.
                Florida Bar Number: 203033
                *Attorneys for Defendant H.E. Butt Grocery Company*

Of Counsel:

**SHELTON & VALADEZ**
**Robert A. Valadez, Esq.**
**Javier T. Duran, Esq.**
600 Navarro
Suite 500
San Antonio, TX 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
Email:  rvaladez@shelton-valadez.com
Email:  jduran@shelton-valadez.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and served same on all counsel or parties of record on the attached service list via transmission of Notices of Electronic Filing generated by CM-ECF.

                                                    s/Hugh J. Turner Jr._____
                                                    Hugh J. Turner Jr., Esq.

## SERVICE LIST

**Catherine J. MacIvor, Esq.**
**Jeffrey Eric Foreman, Esq.**
**Jeffrey Bradford Maltzman, Esq.**
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300, One Biscayne Tower
Miami, FL 33131
*Counsel for Plaintiffs*

**John J. Kuster, Esq.**
**James D. Arden, Esq.**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Counsel for Colgate Palmolive Company*

**Benjamine Reid, Esq.**
**Olga M. Vieira, Esq.**
Carlton Fields, P.A.
100 SE 2nd Street, Suite 4000
Miami, FL 33131
*Counsel for Colgate Palmolive Company*

**Sherrill May Colombo, Esq.**
Cozen O'Connor
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
*Counsel for Del Monte Foods Co.*

**John Mullen, Esq.**
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Del Monte Foods Co.*

**Richard Fama, Esq.**
**John J. McDonough, Esq.**
Cozen O'Connor
45 Broadway
New York, NY 10006
*Counsel for Del Monte Foods Co.*

**Philip A. Sechler, Esq.**
**Thomas G. Hentoff, Esq.**
**Patrick J. Houlihan, Esq.**
**Christopher M. D'Angelo, Esq.**
**Dane H. Butswinkas, Esq.**
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel for Mars, Inc.*

**Omar Ortega, Esq.**
Dorta & Ortega, P.A.
800 S. Douglas Road
Douglas Entrance, Suite 149
Coral Gables, FL 33134
*Counsel for Mars, Inc.*

**Lonnie L. Simpson, Esq.**
**S. Douglas Knox**
DLA Piper US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

**Amy Weinfeld Schulman**
**Alexander Shaknes, Esq.**
DLA Piper US LLP
1251 Avenue of the Americans
New York, NY 10020
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

**William C. Martin, Esq.**
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601-1293
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

**Rolando Andres Diaz, Esq.**
**Maria Kayanan, Esq.**
**Cassidy Yen Dang, Esq.**
Kubicki Draper
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
*Counsel for Pet Supermarket, Inc.*

**Charles Abbott, Esq.**
**William E. Wegner, Esq.**
**Gail E. Lees, Esq.**
**Gary L. Justice, Esq.**
Gibson Dunn
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071
*Counsel for Nutro Products, Inc.*

**Martin Steinberg, Esq.**
**Adriana Riviere-Badell, Esq.**
Hunton & Williams
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Counsel for Nutro Products, Inc.*

**Carol Licko, Esq.**
Hogan and Hartson
Mellon Financial Center, Suite 1900
1111 Brickell Avenue
Miami, FL 33131
*Counsel for Nestle U.S.A. Inc.*

**Craig A. Hoover, Esq.**
**Miranda Berge, Esq.**
Hogan and Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
*Counsel for Nestle U.S.A. Inc.*

**Robert C. Troyer, Esq.**
Hogan and Hartson LLP
1200 Seventeenth St.
One Tabor Center, Suite 1500
Denver, CO 80202
*Counsel for Nestle U.S.A. Inc.*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
*Counsel for Petco Animal Supplies, Inc.*

**Robin Lea Hanger, Esq.**
Squire, Sanders & Dempsey L.L.P.
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131-2398
*Counsel for Petco Animal Supplies, Inc.*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
*Counsel for Petsmart, Inc.*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
*Counsel for Target Corp.*

**Robin Lea Hanger, Esq.**
Squire, Sanders & Dempsey LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131-2398
*Counsel for Target Corp.*

**John Brian Thomas Murray, Jr., Esq.**
Squire Sanders & Dempsey, LLP
777 S. Flagler Drive, Suite 1900
West Palm Beach, FL 33401-6198
*Counsel for Wal-Mart Stores, Inc.*

**Robin Lea Hanger, Esq.**
Squire, Sanders & Dempsey LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131-2398
*Counsel for Wal-Mart Stores, Inc.*

**Alan Graham Greer, Esq.**
RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN
Miami Center, Tenth Floor
201 South Biscayne Boulevard
Miami, FL 33131
*Counsel for The Proctor & Gamble Company*

**D. Jeffrey Ireland, Esq.,**
**Laura Sanon, Esq.**
**Brian D. Wright, Esq.**
FARUKI IRELAND & COX, P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
*Counsel for The Proctor & Gamble Company*

**Ralph George Patino, Esq.**
**Carlos B. Salup, Esq.**
**Dominick V. Tamarazzo, Esq.**
Patino & Associates, P.A.
225 Alcazar Avenue
Coral Gables, FL 33134
*Counsel for Pet Supplies "Plus" and Pet Supplies "Plus"/USA, Inc.*

**Craig P. Kalil, Esq.**
Aballi Milne Kalil & Escagedo
SunTrust International Center
1 SE 3rd Avenue, Suite 2250
Miami, FL 33131
*Counsel for New Albertson's Inc. and Albertson's LLC*

**Andrew J. Dober, Esq.**
**W. Randolph Teslik, Esq.**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036
*Counsel for New Albertson's Inc. and Albertson's LLC*

**Marcos Daniel Jimenez, Esq.**
Kenny Nachwalter Seymour Arnold
Critchlow & Spector
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131-4327
*Counsel for Stop and Shop Supermarket Company*

**Charles Richard Fulmer, Jr., Esq.**
Fulmer, LeRoy, Albee, Baumann & Galss
2866 East Oakland Park Boulevard
Ft. Lauderdale, FL 33006
*Counsel for The Kroger Co. of Ohio*

**Marcos Daniel Jimenez, Esq.**
Kenny Nachwalter Seymour Arnold
Critchlow & Spector
201 S. Biscayne Boulevard, Suite 1100
Miami, FL 33131-4327
*Counsel for Safeway, Inc.*

**Hugh J. Turner Jr. Esq.**
Akerman Senterfitt
350 East Las Olas Boulevard, Suite 1600
Ft. Lauderdale, FL 33301
*Counsel for Publix Super Markets, Inc.*