UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

      Plaintiffs,

vs.

MARS, INC., et al.,

      Defendants.
_____/

## ORDER ON DEFENDANTS' DEFENDANTS', PET SUPPLIES "PLUS" AND PET SUPPLIES PLUS/USA, INC., MOTION TO DISMISS

**THIS CAUSE** came before the Court upon Defendants, PET SUPPLIES "PLUS" and PET SUPPLIES "PLUS"/USA, INC.'S, Motion To Dismiss the Plaintiffs' Corrected Amended Class Complaint [D.E. 209], filed on September 20, 2007. The Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 209 ]** is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of September, 2007.

                                                                  **CECILIA M. ALTONAGA**
                                                                  **UNITED STATES DISTRICT JUDGE**

cc:
All counsel of record