# EXHIBIT B

# HOGAN & HARTSON

Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
+1.305.459.6500 Tel
+1.305.459.6550 Fax

www.hhlaw.com

August 16, 2007

Carol A. Licko, Esq.
Partner
+1.305.459.6612
calicko@hhlaw.com

Catherine J. MacIvor, Esq.
Maltzman Foreman PA
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131

Re: <u>Blaszkowski v. Mars, et al.,</u>
Case No. 07-21221-CIV-Altonaga-Turnoff, U.S.D.C. S.D. Florida, Miami Division

Dear Catherine:

Consistent with our prior discussions, and as you requested in your e-mail of August 7, 2007, I am writing to ask that you voluntarily notice the dismissal without prejudice of Nestlé USA, Inc. ("NUSA") and Nestlé S.A. ("NSA") from the above-referenced case. For the following reasons, neither NUSA or NSA is a proper party to that action.

First, by way of background, NSA is a Swiss corporation that owns a holding company that in turn owns a number of subsidiaries, including NUSA and Nestlé Purina PetCare Company ("NPPC"). Thus, NPPC and NUSA are separate corporations with a common parent.

Second, unlike NPPC, which you have now named and served, neither NUSA nor NSA conducts business in the pet food industry.

Third, the court here lacks personal jurisdiction over NSA because NSA does not have any contacts with the forum.

Given these facts, it is clear that both NSA and NUSA are not proper party Defendants in this case. For that reason, we ask that you file a notice with the court voluntarily dismissing both NUSA and NSA from the case.

I appreciate your consideration of this request and look forward to your prompt response.

Very truly yours,

Carol A. Licko