UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,

      Plaintiffs,

v.

MARS, INCORPORATED, *et al.*,

      Defendants.

_____/

**DEFENDANT NESTLÉ PURINA PETCARE COMPANY'S CORPORATE
<u>DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES</u>**

    1.    Pursuant to Fed. R. Civ. P. 7.1, Defendant Nestlé Purina PetCare Company ("Nestlé Purina PetCare") hereby discloses that it is a wholly-owned corporate subsidiary of Nestlé Holdings, Inc. and that no publicly-held corporation owns 10% or more of Nestlé Purina PetCare's stock.

    2.    Pursuant to this Court's order of May 17, 2007, Defendant Nestlé Purina PetCare also hereby provides the following list of interested parties:

    Nestlé Holdings, Inc.

    Nestlé S.A.

    Lasalle Park Development Corporation

    Checkerboard Holding Company, Inc.

    Nestlé Purina Child Development Center, Inc.

    Nestlé Purina Government Affairs, Inc.

Case No. 07-21221-CIV-Altonaga

Purina Pets for People Fund

PurinaCare, Inc.

Dated: September 20, 2007

          Respectfully submitted,

By: /s/ Carol A. Licko
      Carol A. Licko
      Florida Bar Number 435872
      **HOGAN & HARTSON L.L.P.**
      Mellon Financial Center
      1111 Brickell Avenue, Suite 1900
      Miami, FL 33131
      Telephone: (305) 459-6500
      Fax: (305) 459-6550
      E-Mail: calicko@hhlaw.com

      Craig A. Hoover
      Miranda L. Berge
      **HOGAN & HARTSON L.L.P.**
      555 Thirteenth Street, NW
      Washington D.C., 20004
      Telephone: (202) 637-5600
      Fax: (202) 637-5910
      E-Mail: cahoover@hhlaw.com
      mlberge@hhlaw.com

      Robert C. Troyer
      **HOGAN & HARTSON L.L.P.**
      1200 17th Street
      One Tabor Center, Suite 1500
      Denver, CO 80202
      Telephone: (303) 899-7300
      Fax: (303) 899-7333
      Email: rctroyer@hhlaw.com

      *Attorneys for Defendant Nestlé Purina PetCare Company*

Case No. 07-21221-CIV-Altonaga

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and to all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM-ECF and/or by some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.

By: /s/ Carol A. Licko
Carol A. Licko

Case No. 07-21221-CIV-Altonaga

## CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.**
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

**SERVICE LIST**

| | |
|---|---|
| Catherine J. MacIvor<br>E-mail:    cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>E-mail:  jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>E-mail:  jmaltzman@mflegal.com<br>Darren W. Friedman<br>E-mail:  dfriedman@mflegal.com<br>**MALTZMAN FOREMAN PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile:  (305) 374-9077<br><br>*Attorneys for Plaintiffs* | John B.T. Murray, Jr.<br>E-mail:    jbmurray@ssd.com<br>Mark C. Goodman<br>E-mail:     mgoodman@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile:  (561) 655-1509<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation* |
| Rolando Andres Diaz<br>E-Mail:    rd@kubickdraper.com<br>Cassidy Yen Dang<br>E-mail:    cyd@kubickidraper.com<br>Maria Kayanan<br>E-mail:  mek@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile:  (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* | Alexander Shaknes<br>E-mail:  Alex.Shaknes@dlapiper.com<br>Amy W. Schulman<br>E-mail:  amy.schulman@dlapiper.com<br>Lonnie L. Simpson<br>E-mail:  Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>E-mail:  Douglas.knox@dlapiper.com<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |

Case No. 07-21221-CIV-Altonaga

William C. Martin
**DLA PIPER LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
E-mail:  William.Martin@dlapiper.com

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Gary L. Justice
E-mail:  gjustice@gibsondunn.com
Charles H. Abbott
E-mail:  cabbott@gibsondunn.com
Gail E. Lees
E-mail:  glees@gibsondunn.com
William Edward Wegner
E-mail:  wwegner@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  (213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
E-mail: oortega@dortaandortega.com

*Attorneys for Defendant Mars, Incorporated and Mars Petcare U.S.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile:  (954) 463-2224
E-mail:       hugh.turner@akerman.com

*Attorneys for Defendants Publix Super Markets, Inc. and H.E. Butt Grocery Co.*

Marty Steinberg
E-mail:  msteinberg@hunton.com
Adriana Riviere-Badell
E-mail:       ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile:  (305  810-2460

*Attorneys for Defendant Nutro Products, Inc.*

Dane H. Butswinkas
E-mail:  dbutswinkas@wc.com
Philip A. Sechler
E-mail:  psechler@wc.com
Thomas G. Hentoff
E-mail:  thentoff@wc.om
Christopher M. D'Angelo
E-mail:  cdangelo@wc.com
Patrick J. Houlihan
E-mail:  phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  200005

*Attorneys for Defendants Mars, Incorporated and Mars Petcare U.S.*

Benjamine Reid
E-mail: breid@carltonfields.com
Olga M. Vieira
E-mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida  33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853-2666
E-mail:  kmccall@Sidley.com

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail:  scolombo@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

John J. Kuster
E-mail: jkuster@sidley.com
James D. Arden
E-mail:  jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Marcus D. Jimenez
E-mail:  mdj@kennynachwalter.com
Robert J. Alwine II
E-mail:  ralwine@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 373-1000
Facsimile:  (305) 372-1861

*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company LLC*

Richard Fama
E-mail:  rfama@cozen.com
John J. McDonough
E-mail:  jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York  10006
Telephone:  (212) 509-9400
Facsimile:  (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

Case No. 07-21221-CIV-Altonaga

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2179
Facsimile:  (215) 665-2013
E-mail:  jmullen@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado  80202
Telephone:  (303) 899-7300
Facsimile:  (303) 899-7333
E-mail:  rctroyer@hhlaw.com

*Attorneys for Defendants Nestlé USA, Inc.
Nestlé Purina Petcare Co. and Nestlé S.A.*

James K. Reuss
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio  43215
Telephone:  (614) 233-4719
E-mail:  JReuss@lah4law.com

*Attorneys for Defendant The Kroger Co. of Ohio*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendants Nestlé USA, Inc.
Nestlé Purina Petcare Co. and Nestlé S.A.*

Craig A. Hoover
E-mail:  cahoover@hhlaw.com
Miranda L. Berge
E-mail:  mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C.  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

*Attorneys for Defendants Nestlé USA, Inc.
Nestlé Purina Petcare Co. and Nestlé S.A.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.*

Case No. 07-21221-CIV-Altonaga

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com
Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402

*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.*

Ralph G. Patino
E-mail: rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail: dtamarazzo@patinolaw.com
Carlos B. Salup
E-mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida  33134
Telephone:  (305) 443-6163
Facsimile:  (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

Craig P. Kalil
E-mail: ckalil@aballi.com
Joshua D. Poyer
E-mail: jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida  33131
Telephone:  (305) 373-6600
Facsimile:  (305) 373-7929

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida  33131-2398
Telephone:  (305) 577-7040
Facsimile:  (305) 577-7001
E-mail: rlhanger@ssd.com

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*

Robert Valadez
E-mail: rvaladez@shelton-valadez.com
Javier Thomas Duran
E-mail: jduran@shelton-valadez.com
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas  78205
Telephone:  (210) 349-0515
Facsimile:  (210) 349-3666

*Attorneys for Defendant H.E. Butt Grocery Co.*

W. Randolph Teslik
E-mail: rteslik@akingump.com
Andrew Dober
E-mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C.  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Case No. 07-21221-CIV-Altonaga

| | |
|---|---|
| C. Richard Fulmer, Jr.<br>**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, Florida  33306<br>Telephone:  (954) 707-4430<br>Facsimile:  (954) 707-4431<br>E-mail:  rfulmer@Fulmer.LeRoy.com<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* | Jason Joffe<br>**SQUIRE SANDERS & DEMPSY, LLP**<br>200 South Biscayne Boulevard<br>Suite 4000<br>Miami, Florida 33131<br>Telephone:  (305) 577-7000<br>Facsimile:  (305) 577-7001<br>E-mail:  jjoffe@ssd.com<br><br>*Attorneys for Defendant Meijer, Inc.* |