UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS, *et. al.*, individually and on behalf of others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

        Defendants.

_____/

## DEFENDANT THE STOP & SHOP SUPERMARKET COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Stop & Shop Supermarket Company LLC hereby discloses that Ahold USA, Inc. owns 100% of the membership interests in The Stop & Shop Supermarket Company LLC. No other corporation owns 10% or more of the membership interests in The Stop & Shop Supermarket Company LLC.

        Respectfully submitted,

        /s/ Marcos Daniel Jiménez
        Marcos Daniel Jiménez (Fla. Bar No.441503 )
        E-mail: mjimenez@kennynachwalter.com
        Robert J. Alwine II (Fla. Bar No. 404179)
        E-Mail: ralwine@kennynachwalter.com
        KENNY NACHWALTER, P.A.
        201 South Biscayne Boulevard
        1100 Miami Center
        Miami, Florida 33131-4327
        Telephone: (305) 373-1000
        Facsimile: (305) 372-1861
        *Attorneys for Defendants Safeway Inc. and The Stop & Shop Supermarket Company LLC*

1

**CERTIFICATE OF SERVICE**

**I hereby certify** that on September 21, 2007, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Marcos Daniel Jiménez
Marcos Daniel Jiménez

# SERVICE LIST

## RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.
### Case No. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| Catherine J. MacIvor<br>E-mail:   cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>E-mail: jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>E-mail: jmaltzman@mflegal.com<br>Darren W. Friedman<br>E-mail: dfriedman@mflegal.com<br>**MALTZMAN FOREMAN PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile: (305) 374-9077<br><br>*Attorneys for Plaintiffs* | John B.T. Murray, Jr.<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile: (561) 655-1509<br>E-mail:   jbmurray@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies, Inc., PetSmart, Inc. and Wal-Mart Stores, Inc.* |
| Rolando Andres Diaz<br>E-Mail:   rd@kubickdraper.com<br>Cassidy Yen Dang<br>E-mail:   cyd@kubickidraper.com<br>Maria Kayanan<br>E-mail: mek@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile: (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* | Alexander Shaknes<br>E-mail: Alex.Shaknes@dlapiper.com<br>Amy W. Schulman<br>E-mail: amy.schulman@dlapiper.com<br>Lonnie L. Simpson<br>E-mail: Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>E-mail: Douglas.knox@dlapiper.com<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |

| | |
|---|---|
| Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>E-mail: hugh.turner@akerman.com<br><br>*Attorneys for Defendant Publix Super Markets, Inc.* | Marty Steinberg<br>E-mail: msteinberg@hunton.com<br>Adriana Riviere-Badell<br>E-mail: ariviere-badell@hunton.com<br>**HUNTON & WILLIAMS, LLP**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>Facsimile: (305 810-2460<br><br>*Attorneys for Defendant Nutro Products, Inc.* |
| Omar Ortega<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br>E-mail: oortega@dortaandortega.com<br><br>*Attorneys for Defendant Mars, Incorporated and Mars Petcare U.S.* | John J. Kuster<br>E-mail: jkuster@sidley.com<br>James D. Arden<br>E-mail: jarden@sidley.com<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* |
| Sherril M. Colombo<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>E-mail: scolombo@cozen.com<br><br>*Attorneys for Defendant Del Monte Foods, Co.* | Charles Philip Flick<br>E-mail: cflick@sfklaw.com<br>Kathleen S. Phang<br>E-mail: kphang@sfklaw.com<br>**SEIPP, FLICK & KISSANE**<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134-5241<br>Telephone: (305) 995-5600<br>Facsimile: (305) 995-6100<br><br>*Attorneys for Defendant Target Corp.* |

| | |
|---|---|
| Alan G. Greer<br>**RICHMAN GREER, P.A.**<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Facsimile: (305) 373-4099<br>E-mail: agreer@richmangreer.com<br><br>*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.* | Carol A. Licko<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>E-mail: calicko@hhlaw.com<br><br>*Attorneys for Defendants Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* |
| D. Jeffrey Ireland<br>E-mail: djireland@ficlaw.com<br>Brian D. Wright<br>E-mail: Bwright@ficlaw.com<br>Laura A. Sanom<br>E-mail: lsanom@ficlaw.com<br>**FARUKI IRELAND & COX P.L.L.**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.* | Robin L. Hanger<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, Florida 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile: (305) 577-7001<br>E-mail: rlhanger@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies, Inc.* |
| Benjamine Reid<br>E-mail: breid@carltonfields.com<br>Olga M. Vieira<br>E-mail: ovieira@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, Florida 33131-9101<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* | Richard Fama<br>E-mail: rfama@cozen.com<br>John J. McDonough<br>E-mail: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br><br>*Attorneys for Defendant Del Monte Foods* |

| | |
|---|---|
| Thomas G. Hentoff<br>E-mail: thentoff@wc.om<br>Dane H. Butswinkas<br>E-mail: dbutswinkas@wc.com<br>Christopher M. D'Angelo<br>E-mail: cdangelo@wc.com<br>Patrick J. Houlihan<br>E-mail: phoulihan@wc.com<br>Philip A. Sechler<br>E-mail: psechler@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 200005<br><br>*Attorneys for Defendants Mars, Incorported and Mars Petcare U.S.* | Kara L. McCall<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-2666<br>E-mail: kmccall@Sidley.com<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* |
| John F. Mullen<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2179<br>Facsimile: (215) 665-2013<br>E-mail: jmullen@cozen.com<br><br>*Attorneys for Defendant Del Monte Foods, Co.* | William C. Martin<br>**DLA PIPER LLP**<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, Illinois 60601-1293<br>E-mail: William.Martin@dlapiper.com<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |
| Gary L. Justice<br>E-mail: gjustice@gibsondunn.com<br>Charles H. Abbott<br>E-mail: cabbott@gibsondunn.com<br>Gail E. Lees<br>E-mail: glees@gibsondunn.com<br>William Edward Wegner<br>E-mail: wwegner@gibsondunn.com<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br><br>*Attorneys for Defendant Nutro Products, Inc.* | Ralph G. Patino<br>E-mail: rpatino@patinolaw.com<br>Dominick V. Tamarazzo<br>E-mail: dtamarazzo@patinolaw.com<br>Carlos B. Salup<br>E-mail: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |

| | |
|---|---|
| Robert C. Troyer<br>**HOGAN & HARTSON L.L.P.**<br>1200 17th Street<br>One Tabor Center, suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br>E-mail: rctroyer@hhlaw.com<br><br>*Attorneys for Defendants Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* | Craig A. Hoover<br>E-mail: cahoover@hhlaw.com<br>Miranda L. Berge<br>E-mail: mlberge@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>555 13TH Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>*Attorneys for Defendants Nestle USA, Inc. Nestle Purina Petcare Co. and Nestle S.A.* |
| Robert Valadez<br>E-mail: rvaladez@shelton-valadez.com<br>Javier Thomas Duran<br>E-mail: jduran@shelton-valadez.com<br>**SHELTON & VALADEZ, P.C.**<br>600 Navarro, Suite 500<br>San Antonio, Texas 78205<br>Telephone: (210) 349-0515<br>Facsimile: (210) 349-3666<br><br>*Attorneys for Defendant H.E. Butt Grocery Co.* | James K. Reuss<br>**LANE ALTON & HORST, LLC**<br>Two Miranova Place<br>Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br>E-mail: JReuss@lah4law.com<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* |
| W. Randolph Teslik<br>E-mail: rteslik@akingump.com<br>Andrew Dober<br>E-mail: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | Marcus D. Jimenez<br>**KENNY NACHWALTER, P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>E-mail: mdj@kennynachwalter.com<br><br>*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company* |