# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

       Plaintiffs,

vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

       Defendants.

_____/

## NOTICE OF HEARING

       PLEASE TAKE NOTICE that a telephonic hearing on the all pending motions has been set

for **Thursday, September 27, 2007, at 3:30 p.m.**, before the Honorable Cecilia M. Altonaga.

Counsel for each party are instructed to call 1-660-422-4555 on the date and time set forth above.

Please advise the operator that the conference I.D. is 18263701, and that Judge Altonaga is the

chairperson.  **For clarity, please do not use a cell phone or a speaker phone.**

Date:   September 21, 2007

                                               CLARENCE MADDOX, CLERK


                          By:       /s/  Patricia Snead
                                Courtroom Deputy for the
                                Honorable Cecilia M. Altonaga
                                (305) 523-5515


cc:     counsel of record