UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

    Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
    Defendants.



### MOTION FOR LIMITED APPEARANCE OF ROBERT A. VALADEZ, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Robert A. Valadez, of the firm of Shelton & Valadez, 600 Navarro, Suite 500, San Antonio, Texas 78205, (210) 349-0515, for purposes of limited appearance as co-counsel on behalf of H.E. BUTT GROCERY COMPANY, herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Robert A. Valadez to receive electronic filings, and in support thereof states as follows:

  1. Robert A. Valadez is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of Texas, the United States District Court for the Western District of Texas, and the United States District Court for the Southern District of Texas.

{FT424354;1}

2. Movant, Hugh J. Turner Jr., Esquire, of the law firm of Akerman Senterfitt, 350 East Las Olas Boulevard, Fort Lauderdale, Florida 33301, (954) 463-2700, is a member in good standing of The Florida Bar and The United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert A. Valadez has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Robert A. Valadez, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert A. Valadez at the following email address: rvaladez@shelton-valadez.com.

WHEREFORE, Hugh J. Turner Jr. moves this Court to enter an Order permitting Robert A. Valadez to appear before this Court on behalf of Defendant, H.E. BUTT GROCERY COMPANY, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert A. Valadez.

Dated: September 21, 2007

                                            Respectfully Submitted,

**AKERMAN SENTERFITT**
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 759-8930
Facsimile: (954) 847-5365

By: _____
     Hugh J. Turner Jr.
     Florida Bar Number: 203033
     *Attorneys for Defendant H.E. Butt*
     *Grocery Company*

Of Counsel:

**SHELTON & VALADEZ**
**Robert A. Valadez, Esq.**
**Javier T. Duran, Esq.**
600 Navarro
Suite 500
San Antonio, TX 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
Email: rvaladez@shelton-valadez.com
Email: jduran@shelton-valadez.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of the Court and served by the CM/ECF system on September __21__, 2007, which will send notice to all counsel or parties of record on the attached service list.

By: _____
     Hugh J. Turner Jr., Esq.

- 3 -

{FT424354;1}

## CERTIFICATE OF SERVICE

Catherine J. MacIvor, Esq.
Jeffrey Eric Foreman, Esq.
Jeffrey Bradford Maltzman, Esq.
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300, One Biscayne Tower
Miami, FL 33131
*Counsel for Plaintiffs*

John J. Kuster, Esq.
James D. Arden, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
*Counsel for Colgate Palmolive Company*

Benjamine Reid, Esq.
Olga M. Vieira, Esq.
Carlton Fields, P.A.
100 SE 2nd Street, Suite 4000
Miami, FL 33131
*Counsel for Colgate Palmolive Company*

Sherrill May Colombo, Esq.
Cozen O'Connor
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
*Counsel for Del Monte Foods Co.*

John Mullen, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Del Monte Foods Co.*

Richard Fama, Esq.
John J. McDonough, Esq.
Cozen O'Connor
45 Broadway
New York, NY 10006
*Counsel for Del Monte Foods Co.*

Philip A. Sechler, Esq.
Thomas G. Hentoff, Esq.
Patrick J. Houlihan, Esq.
Christopher M. D'Angelo, Esq.
Dane H. Butswinkas, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel for Mars, Inc.*

Omar Ortega, Esq.
Dorta & Ortega, P.A.
800 S. Douglas Road
Douglas Entrance, Suite 149
Coral Gables, FL 33134
*Counsel for Mars, Inc.*

Lonnie L. Simpson, Esq.
S. Douglas Knox
DLA Piper US LLP
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

Amy Weinfeld Schulman
Alexander Shaknes, Esq.
DLA Piper US LLP
1251 Avenue of the Americans
New York, NY 10020
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

William C. Martin, Esq.
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601-1293
*Counsel for Menu Foods, Inc. and Menu Foods Income Fund*

| | |
|---|---|
| **Rolando Andres Diaz, Esq.**<br>**Maria Kayanan, Esq.**<br>**Cassidy Yen Dang, Esq.**<br>Kubicki Draper<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>*Counsel for Pet Supermarket, Inc.* | **John Brian Thomas Murray, Jr., Esq.**<br>Squire Sanders & Dempsey, LLP<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Petco Animal Supplies, Inc.*<br><br>**Robin Lea Hanger, Esq.**<br>Squire, Sanders & Dempsey L.L.P.<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br>*Counsel for Petco Animal Supplies, Inc.* |
| **Charles Abbott, Esq.**<br>**William E. Wegner, Esq.**<br>**Gail E. Lees, Esq.**<br>**Gary L. Justice, Esq.**<br>Gibson Dunn<br>333 S. Grand Avenue, Suite 4600<br>Los Angeles, CA 90071<br>*Counsel for Nutro Products, Inc.*<br><br>**Martin Steinberg, Esq.**<br>**Adriana Riviere-Badell, Esq.**<br>Hunton & Williams<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Counsel for Nutro Products, Inc.* | **John Brian Thomas Murray, Jr., Esq.**<br>Squire Sanders & Dempsey, LLP<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Petsmart, Inc.* |
| | **John Brian Thomas Murray, Jr., Esq.**<br>Squire Sanders & Dempsey, LLP<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Target Corp.*<br><br>**Robin Lea Hanger, Esq.**<br>Squire, Sanders & Dempsey LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br>*Counsel for Target Corp.* |
| **Carol Licko, Esq.**<br>Hogan and Hartson<br>Mellon Financial Center, Suite 1900<br>1111 Brickell Avenue<br>Miami, FL 33131<br>*Counsel for Nestle U.S.A. Inc.*<br><br>**Craig A. Hoover, Esq.**<br>**Miranda Berge, Esq.**<br>Hogan and Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>*Counsel for Nestle U.S.A. Inc.*<br><br>**Robert C. Troyer, Esq.**<br>Hogan and Hartson LLP<br>1200 Seventeenth St.<br>One Tabor Center, Suite 1500<br>Denver, CO 80202<br>*Counsel for Nestle U.S.A. Inc.* | **John Brian Thomas Murray, Jr., Esq.**<br>Squire Sanders & Dempsey, LLP<br>777 S. Flagler Drive, Suite 1900<br>West Palm Beach, FL 33401-6198<br>*Counsel for Wal-Mart Stores, Inc.*<br><br>**Robin Lea Hanger, Esq.**<br>Squire, Sanders & Dempsey LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, FL 33131-2398<br>*Counsel for Wal-Mart Stores, Inc.* |

{FT424354;1}

| | |
|---|---|
| **Alan Graham Greer, Esq.**<br>RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN<br>Miami Center, Tenth Floor<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>*Counsel for The Proctor & Gamble Company*<br><br>**D. Jeffrey Ireland, Esq.,**<br>**Laura Sanon, Esq.**<br>**Brian D. Wright, Esq.**<br>FARUKI IRELAND & COX, P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402<br>*Counsel for The Proctor & Gamble Company* | **Marcos Daniel Jimenez, Esq.**<br>Kenny Nachwalter Seymour Arnold Critchlow & Spector<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131-4327<br>*Counsel for Stop and Shop Supermarket Company* |
| | **Charles Richard Fulmer, Jr., Esq.**<br>Fulmer, LeRoy, Albee, Baumann & Galss<br>2866 East Oakland Park Boulevard<br>Ft. Lauderdale, FL 33006<br>*Counsel for The Kroger Co. of Ohio* |
| **Ralph George Patino, Esq.**<br>**Carlos B. Salup, Esq.**<br>**Dominick V. Tamarazzo, Esq.**<br>Patino & Associates, P.A.<br>225 Alcazar Avenue<br>Coral Gables, FL 33134<br>*Counsel for Pet Supplies "Plus" and Pet Supplies "Plus"/USA, Inc.* | **Marcos Daniel Jimenez, Esq.**<br>Kenny Nachwalter Seymour Arnold Critchlow & Spector<br>201 S. Biscayne Boulevard, Suite 1100<br>Miami, FL 33131-4327<br>*Counsel for Safeway, Inc.* |
| | **Hugh J. Turner Jr. Esq.**<br>Akerman Senterfitt<br>350 East Las Olas Boulevard, Suite 1600<br>Ft. Lauderdale, FL 33301<br>*Counsel for Publix Super Markets, Inc.* |
| **Craig P. Kalil, Esq.**<br>Aballi Milne Kalil & Escagedo<br>SunTrust International Center<br>1 SE 3rd Avenue, Suite 2250<br>Miami, FL 33131<br>*Counsel for New Albertson's Inc. and Albertson's LLC*<br><br>**Andrew J. Dober, Esq.**<br>**W. Randolph Teslik, Esq.**<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>*Counsel for New Albertson's Inc. and Albertson's LLC* | |

{FT424354;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, et. al.,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, et al.,
        Defendants.
_____/

## CERTIFICATION OF ROBERT A VALADEZ

Robert A. Valadez, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of State Bar of Texas, United States District Court for the Western District of Texas, and the United States District Court for the Southern District of Texas.

                                      _____
                                      ROBERT A. VALADEZ