UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a status conference on September 27, 2007, upon Defendants' Motions to Dismiss [D.E. 197, 202, 203, 206, 209, 210, 211, 212], filed on September 20, 2007. For the reasons stated in open Court, it is

**ORDERED AND ADJUDGED** that Defendants' Motions **[D.E. 197, 202, 203, 206, 209, 210, 211, 213]** are **DENIED** without prejudice. Defendants shall file a *single* Amended Motion to Dismiss by **October 12, 2007**. Given that Defendants' aforementioned Motions have placed Plaintiffs on notice of the arguments that Defendants will present and combine in their Amended Motion to Dismiss, Plaintiffs should begin to formulate their Response, and shall file their Response to Defendants' Amended Motion to Dismiss by **October 29, 2007**. Defendants' single and combined reply memorandum shall be filed by **November 12, 2007**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of September, 2007.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record