UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
Individually and on behalf of others
Similarly situated,

      Plaintiffs,

vs.

MARS, INC., et al.,

      Defendants.

_____/

## ORDER GRANTING MOTION FOR *PRO HAC VICE* APPEARANCE OF JAMES K. REUSS, ESQ., CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

**THIS CAUSE** having come before the Court on the Motion for *Pro Hac Vice* Appearance of James K. Reuss, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a *Pro Hac Vice* appearance of James K. Reuss, Esq. in this matter and request to electronically receive notice of electronic filings at jreuss@lanealton.com. This Court having considered the motion and all other relevant factors, it is hereby

      ORDERED and ADJUDGED that:

      The Motion for *Pro Hac Vice* Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings is GRANTED. James K. Reuss,

Dockets.Justia.com

Esq., is granted to appear and participate in this action on behalf of The Kroger Co.

The Clerk shall provide electronic notification of all electronic filings to James K. Reuss,

Esq. at jreuss@lanealton.com.

      DONE AND ORDERED in Chambers at Miami-Dade, Florida this _____ day of

_____, 2007.


                             _____
                             United States District Judge

Copies furnished to:
All Counsel of Record