# EXHIBIT C

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, PATRICIA DAVIS, *et. al.*,
individually and on behalf of others
similarly situated,
    Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

    Defendants.
_____/

## DECLARATION OF LAURA A. DONALD

Laura A. Donald, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an Assistant Vice President and Assistant Secretary of Safeway Inc. ("Safeway"). I am over the age of 18 and make this declaration based upon my own personal knowledge from information obtained in the course of my duties as Assistant Vice President and Assistant Secretary of Safeway.

2. Safeway is a Delaware corporation with its principal place of business in Pleasanton, California.

3. Safeway is in the business of food and drug retail sales.

4. Safeway has retail stores in the District of Columbia and 21 states, including California, Oregon, Washington, Alaska, Colorado, Arizona, Texas, Illinois and Virginia. Safeway has no stores south of Northern Virginia.

5. Safeway does not have any retail stores in the State of Florida.

6. Safeway does not does not own or lease any real or personal property located in

1

the State of Florida.

7. Safeway does not operate or maintain any retail, manufacturing or other facilities in the State of Florida.

8. Safeway has not manufactured, distributed, sold, marketed, promoted or advertised any products, including commercial pet food products, in Florida.

9. Safeway does not maintain an office, mailing address, or telephone listing in the State of Florida.

10. Safeway does not have any bank or investment accounts of any type in the State of Florida.

11. Safeway does not have any employees in the State of Florida.

12. Safeway is qualified to do business in the State of Florida, but has not and does not conduct business operations in the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2007    *Laura A. Donald*
                                           Laura A. Donald