# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, PATRICIA DAVIS, et. al.,
individually and on behalf of others
similarly situated,
          Plaintiffs,

vs.

MARS, INCORPORATED, et al.,

          Defendants.

_____

## DECLARATION OF STEVEN F. ROWELL

Steven F. Rowell, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am the Vice President and Assistant Secretary of The Stop & Shop Supermarket Company LLC ("Stop & Shop"). I am over the age of 18 and make this declaration based upon my personal knowledge.

2. Stop & Shop is organized under the laws of Delaware with its principal place of business in Quincy, Massachusetts.

3. Stop & Shop is in the business of operating retail food stores.

4. Stop & Shop's retail stores are located in Massachusetts, New Hampshire, Rhode Island, Connecticut, New Jersey, Maine and New York.

5. Stop & Shop does not have retail stores in the State of Florida.

6. Stop & Shop does not does not own or lease any real or personal property located in the State of Florida.

7. Stop & Shop does not operate or maintain any retail, manufacturing or other

facilities in the State of Florida.

8.  Stop & Shop has not manufactured, distributed, sold, marketed, promoted or advertised any products, including commercial pet food products, in the State of Florida.

9.  Stop & Shop does not maintain an office, mailing address, or telephone listing in the State of Florida.

10. Stop & Shop does not have any bank or investment accounts of any type in the State of Florida.

11. Stop & Shop does not have any employees in the State of Florida.

12. Stop & Shop is not authorized to do business in the State of Florida and does not have a registered agent in the State of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2007

_____
Steven F. Rowell