# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY
HOLLUB, and PATRICIA DAVIS,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, INC., et al.,

    Defendants.
_____/

### AFFIDAVIT OF HARVEY L. SOLWAY

STATE OF MICHIGAN  )
                         ) SS:
COUNTY OF OAKLAND  )

    BEFORE ME, the undersigned authority, personally appeared Harvey L. Solway who is well known to me or who has produced a driver's license as identification, and, who after first being duly sworn and cautioned, deposes and states as follows.

    1.    My name is Harvey L. Solway, and I am over the age of 18. I am the General Counsel for PET SUPPLIES "PLUS"/USA., INC., ("PSP") located at 22710 Haggerty Road, Suite 100, Farmington Hills, Michigan, 48335.

    2    I am legally competent to testify to the matters contained herein in this Affidavit and, further, I am aware that this Affidavit will be used in a legal proceeding.

    3    Furthermore, the matters set forth herein are based upon my personal knowledge and said knowledge is within the scope of my job duties at PSP.

Affidavit of Harvey Solway
07-21221 CIV Altonoga/Turnoff
Page 2 of 3

4. PSP is a corporate entity registered in the State of Michigan with its principal place of business also in the State of Michigan.

5. PSP is in the business of granting franchises for the right to operate retail pet food and supply stores under the trade name: Pet Supplies "Plus".

6. Pet Supplies "Plus" is not a corporate entity and is solely a trade name licensed for use by PSP's franchisees.

7. All Pet Supplies "Plus" stores operating in the United States are independently owned and registered through corporations within the state they are located in.

8. PSP is not a retail seller of pet products nor does it operate Pet Supplies "Plus" stores.

9. PSP's true and correct corporate name is: PET SUPPLIES "PLUS"/U.S.A., INC.

FURTHER AFFIANT SAYETH NAUGHT.

Pet Supplies "Plus"/U.S.A., Inc.
22710 Haggerty Road, Suite 100
Farmington Hills, Michigan 48335

BY: _____
HARVEY L. SOLWAY

Affidavit of Harvey Solway
07-21221 CIV Altonoga/Turnoff
Page 3 of 3

## ACKNOWLEDGMENT

The foregoing instrument was acknowledged before me this 20 day of September, 2007, by <u>Harvey L. Solway</u>, General Counsel for PSP, who is personally known to me or has produced <u>his Michigan Driver's License</u> as identification, and who did take an oath

_____
Notary Public

MICHELE A. FOX
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jan 21, 2012
ACTING IN COUNTY OF Oakland

Print name of notary

My Commission Expires: