UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

        Defendants.
_____/

**ORDER GRANTING ORAL ARGUMENT ON**
**<u>CONSOLIDATED MOTION TO DISMISS</u>**

Upon Defendants' Unopposed Request for Oral Argument on their Consolidated Motion to Dismiss, the Court, being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The Court will set a date and time for oral argument once briefing on the Consolidated Motion to Dismiss has been completed.

DONE AND ORDERED at Miami, Florida on this ___ day of October, 2007.

                                                                 _____
                                                                 CECILIA M. ALTONAGA
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record