UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, and **PATRICIA DAVIS**,
individually and on behalf of others
similarly situated,

    Plaintiffs,
vs.

**MARS, INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On October 12, 2007, Defendants filed their lengthy Consolidated Motion to Dismiss [D.E. 232]. Defendants have properly filed their Motion electronically through the CM/ECF system; however, in order to more easily access, review, and mark the documents, it is

**ORDERED** that Defendants shall submit to the Court courtesy copies of their Motion and exhibits by **October 18, 2007**. Moreover, the parties shall submit courtesy copies of all documents filed with the Court that are in excess of 25 pages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October, 2007.

                                                         **CECILIA M. ALTONAGA**
                                                         **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) counsel of record