**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 07-21221-CIV-ALTONAGA/Turnoff**

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

      Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

      Defendants.
_____/

**ORDER GRANTING ORAL ARGUMENT ON**
**CONSOLIDATED MOTION TO DISMISS**

THIS CAUSE came before the Court upon Defendants' Unopposed Request for Oral

Argument on their Consolidated Motion to Dismiss [D.E. 233], filed on October 12, 2007.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [D.E. 233] is **GRANTED**.  The parties

are responsible for coordinating the date of argument, and so advising the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of October,

2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
counsel of record

Dockets.Justia.com