UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al,*

    Defendants.

_____/

**PLAINTIFFS'/CLASS RERESENTATIVES MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMSS**

Plaintiffs/Class Representatives, Renee Blaszkowski, *et al.,* respectfully request this Honorable Court to enter an Order enlarging the time to respond to the Defendants' Consolidated Motion to Dismiss and states as follows:

1.    The Plaintiffs filed their Class Action Complaint on May 9, 2009. [DE 1]. All Defendants were served within two (2) weeks and representatives of many of the defendants contacted the undersigned within 2-10 days after it was filed. While the Plaintiffs amended their Complaint on July 25, 2007 [DE 153], the factual allegations were the same. After requesting and receiving the Plaintiff's agreement to additional extensions of time to respond, the Defendants filed a Motion to Dismiss [DE 232] and a number of other Motions to Dismiss relating to Personal Jurisdiction. [DE 197, 202-03, 206, 209, 210, 212-13] on September 20, 1997.

1
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

2. At a status conference, the Court requested the Defendants to file a consolidated Motion to Dismiss and in a subsequent order set a briefing schedule which required the Plaintiff's to respond by October 29, 2007. [DE 225]. Per the Court's request, the Defendant's filed a consolidated Motion to Dismiss [DE 232] on October 12, 2006.

3. The majority of the Defendants have been on notice of the Plaintiff's claims since at least mid-May 2007 and therefore have had *five (5) months* to file their 78 page Consolidated Motion to Dismiss that challenges every possible issue that could be raised as to the complaint. Since the Plaintiff's do not have the resources of the legions of lawyers representing the Defendants, the Plaintiff's require additional time to respond to the Consolidated Motion to Dismiss since, despite diligent efforts, it is impossible to file a response by October 29, 2007. Additionally, the Plaintiffs are contemporaneously filing a motion for leave to conduct personal jurisdiction discovery.[1]

4. The Plaintiffs' lead counsel and the person who will be responding to the Motion will also be unavailable from October 22 through November 9, 2007 and from November 19, through November 22, 2007 due to commitments that were planned prior to the filing of the Defendants Motion to Dismiss.

5. The Plaintiffs therefore request that the deadline to respond to the Defendants' Motion to Dismiss be extended until the Plaintiff's have concluded personal jurisdiction discovery, which, depending on the availability of the witnesses and depending on how quickly

---

[1] The Plaintiffs originally requested that any Defendant who claimed it was an improper party to the suit to provide an affidavit with the reasons for same and the Plaintiffs would consider voluntary dismissal. While no Defendant provided one, several Defendants have cooperated prior to filing the motion to dismiss by providing the Plaintiffs with information that has resulted in several voluntary dismissals. The Plaintiffs now seek personal jurisdiction discovery because discovery has not been allowed to this point and they need to test some of the statements made in the Defendants' Motion and supporting documents. If, after wither written discovery and/or a 30(b)(6) deposition limited to personal jurisdiction, the Plaintiffs are provided with information indicating that any Defendant is not a proper party, the Plaintiffs will also voluntarily dismiss those Defendants so as not to burden the Court.

documents may be produced, it is anticipated will take up to approximately December 15, 2007 to complete, which would still be far short of the Defendants' five (5) month period of time to prepare their Motion to Dismiss.

6. Even if the Court denies the Motion for Leave for Personal Jurisdiction Discovery of certain Defendants, the Plaintiffs will nevertheless require a minimum of up to and including November 30, 2007 to file the response, which would allow the Plaintiffs approximately sixty (60) days to respond to a 78 page motion that was finalized last Friday, October 12, 2007. Given that the Defendants had five (5) months to prepare the lengthy motion, involving almost every conceivable issue in the complaint, the Plaintiffs cannot prepare and file a response more quickly despite best efforts.

7. The Plaintiffs have no desire to delay the prosecution of the case but request additional time to conduct personal jurisdiction discovery so that they are not prejudiced in responding to the Defendant's Motion. Moreover, even if that motion is not granted, the Plaintiffs are working as expeditiously as possible to respond to the Motion and cannot do so prior to November 30, 2007.

WHEREFORE, the Plaintiffs respectfully request that the Court allow the Plaintiffs a sufficient period of time until after personal jurisdiction discovery has concluded to respond to the Defendant's Motion to Dismiss, particularly since discovery has been stayed, or in the alternative to allow at least up to and including November 30, 2007 to file a Response to the Motion to Dismiss and for all other relief that the Court deems just and proper.

**Rule 7.1 Certificate**

Prior to filing this Motion, the undersigned conferred with counsel for Nestle, Carol Licko, who, on behalf of all defense counsel, represented that they take no position on this Motion and leave resolution of this Motion to the discretion of the Court.

Dated: October 17, 2007
       Miami, FL

                                          S/ Catherine J. MacIvor

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
BJORG EIKELAND (FBN 037005)
beikeland@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19 day of October 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                  S/   Catherine J. MacIvor
                                  _____
                                  Catherine MacIvor

## SERVICE LIST

### CASE NO. 07-21221 ALTONAGA/Turnoff

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**PHILIP A. SECHLER**
psechler@wc.com
**THOMAS G. HENTOFF**
thentoff@wc.com
**DANE H. BUTSWINKAS**
dbutswinkas@wc.com
**CHRISTOPHER M. D'ANGELO**
cdeangelo@wc.com
**PATRICK J. HOULIHAN**
phoulihan@wc.com
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Tel: 202.434.5459 / Fax: 202.434.5029
*Attorneys for Defendant Mars, Inc.*

**MARK C. GOODMAN**
mgoodman@ssd.com
**JOHN B.T. MURRAY**
jbmurrary@ssd.com
Squire Sanders & Demspey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655-1509
*Attorney for Defendant Target Corp.*

**OMAR ORTEGA**
oortega@dortaandortega.com
Dorta and Ortega, P.A.
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel: 305-461-5454 / Fax: 305-461-5226
*Attorneys for Defendant Mars, Inc.*

**ALAN GRAHAM GREER**
agreer@richmangreer.com
Richman Greer Weil Brumbaugh
 Mirabito & Christensen
201 South Biscayne Boulevard – STE 1000
Miami, Florida 33131
Tel: 305.373.4010 / Fax: 305.373.4099
*Attorneys for Defendant Proctor and Gamble Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: 212.839.7336 / Fax: 212.839.5599
*Attorneys for Defendant Colgate Palmolive Company and Hill's Pet Nutrition, Inc.,*

| | |
|---|---|
| **D. JEFFREY IRELAND**<br>djireland@ficlaw.com<br>**BRIAN D. WRIGHT**<br>bwright@ficlaw.com<br>**LAURA A. SANOM**<br>lsanom@ficlaw.com<br>Faruki Ireland & Cox P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow St.<br>Dayton, OH 45402<br>Tel: 937.227.3710 / Fax: 937.227.3717<br>*Attorneys for Defendant Proctor and Gamble Co.* | **OLGA M. VIEIRA**<br>ovieira@carltonfields.com<br>**BENJAMINE REID**<br>breid@carltonfields.com<br>Carlton Fields, PA<br>100 SE 2nd Street - #4000<br>Miami, FL 33131<br>Tel: 305.530.0050 / Fax:<br>*Attorneys for Defendant Colgate Palmolive Company* |
| **SHERRIL M. COLOMBO**<br>scolombo@cozen.com<br>Cozen O'Connor<br>200 South Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131-2303<br>Tel: 305.704.5945 / Fax: 305.704.5955<br>*Attorneys for Defendant Del Monte Foods, Co.* | **KARA L. McCALL**<br>kmccall@sidley.com<br>Sidley Austin, LLP<br>One South Dearborn<br>Chicago, Illinios 60603<br>Tel: 312.853.2666 / Fax:<br>*Attorneys for Defendant Colgate Palmolive Company* |
| **JOHN J. McDONOUGH**<br>jmcdonough@cozen.com<br>**RICHARD FAMA**<br>rfama@cozen.com<br>Cozen O'Connor<br>45 Broadway<br>New York, NY 10006<br>Tel: 212.509.9400 / Fax: 212-509.9492<br>*Attorneys for Defendant Del Monte Foods Co.* | **ROBERT C. TROYER**<br>rctroyer@hhlaw.com<br>Hogan & Hartson LLP<br>One Tabor Center -Suite 1500<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Tel: 303-899-7300 / Fax: 303-899-7333<br>*Attorneys for Nestle U.S.A., Inc.* |
| **JOHN F. MULLEN**<br>jmullen@cozen.com<br>Cozen O'Connor<br>The Atrium – 3rd Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.665.2179 / Fax: 215.665.2013<br>*Attorneys for Defendant Del Monte Foods Co.* | **MIRANDA L. BERGE**<br>mlberge@hhlaw.com<br>**CRAIG A. HOOVER**<br>cahoover@hhlaw.com<br>Hogan & Hartson, LLP<br>555 13th Street, NW<br>Washington, DC 20004<br>Tel: 202.637.5600 / Fax: 202.637.5910<br>*Attorneys for Nestle U.S.A., Inc.* |

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
**GARY L. JUSTICE**
gjustice@gibsondunn.com
**WILLIAM EDWARD WEGNER**
wwegner@gibsondunn.com
**GAIL E. LEES**
glees@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue - #2500
Miami, Florida  33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

**ROBIN LEA HANGER**
rlhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard – 40th Floor
Miami, Florida 33131-2398
Tel: 305.577.7040 / Fax: 305.577.7001
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street - #1900
Chicago, Illinois 60601-1293
Tel: 312.368.3449 / Fax: 312.630.7318
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**MICHAEL K. KENNEDY**
mkk@gknet.com
**MICHAEL R. ROSS**
mrr@gknet.com
Gallagher and Kennedy, PA
2575 E. Camelback Road - #1100
Phoenix, Arizona 85016
Tel: 602.530.8504 / Fax: 602.530.8500
*Attorneys for Defendant Petsmart, Inc.*

**RALPH G. PATINO**
rpartino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
Patino & Associates, PA
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305.443.6163 / Fax: 305.443.5635
*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**C. RICHARD FULMER, JR.**
rfulmer@FulmerLeRoy.com
Fulmer Leroy Albee Baumann & Glass, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Tel: 954.707.4430 / Fax: 954.707.4431
*Attorneys for The Kroger Co.*
**JAMES K. REUSS, ESQ.**
jreuss@lanealton.com
Lane Alton & Horst, LLC
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Tel: 614.233.4719
*Attorneys for The Kroger Co.*

**ROBERT A. VALEDEZ**
rvaladez@shelton-valadez.com
**JAVIER T. DURAN**
jduran@shelton-valadez.com
Shelton & Valadez
600 Navarro, Suite 500
San Antonio, RX 78205
Tel: 954.759.8930 / Fax: 954-847-5365
*Attorneys for H.E. Butt Grocery Company*

**MARCOS DANIEL JIMENEZ**
mjimenez@kennynachwalter.com
**ROBERT J. ALWINE**
ralwine@kennynachwalter.com
Kenny Nachwalter, PA
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Tel: 305.373.1000 / Fax: 305.372.1861
*Attorneys for Safeway Inc. and The Stop and Shop Supermarket Company, LLC*

**CRAIG KALIL**
ckalil@aballi.com
Aballi Milne Kalil & Escagedo, PA
2250 Sun Trust International Center
One SE 3rd Avenue
Miami, Florida  33131
Tel: 305.372.5924 / Fax: 305.373.7929
*Attorneys for Albertson's LLC and New Albertson's, Inc.*

**JASON JOFFE**
jjoffe@ssd.com
Squire Sanders & Dempsey, LLP
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Tel: 305.577-7000 / fax: 305.577.7001
*Attorneys for Meijer, Inc.*

10
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**