UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al,*

    Defendants.
_____/

**PLAINTIFFS'/CLASS REPRESENTATIVES REPLY
IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMSS**

Plaintiffs/Class Representatives, Renee Blaszkowski, *et al.,* hereby reply to the Defendants' response to the requested enlargement of time [DE 240] and state:

To clarify the Defendants representations about the hearing dates, which is in any event unrelated to the Plaintiffs' Motion for Enlargement of Time to File a Response to the Motion to Dismiss, the Defendants proposed six (6) dates. Due to other commitments, the undersigned is not available on those specific days, but the undersigned never represented that she was unavailable for a "hearing on any date in November." [DE 241-1 p.2].

Dated: October 17, 2007
       Miami, FL

                              S/ Catherine J. MacIvor

1
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

Dockets.Justia.com

>CATHERINE J. MACIVOR (FBN 932711)
>cmacivor@mflegal.com
>BJORG EIKELAND (FBN 037005)
>beikeland@mflegal.com
>MALTZMAN FOREMAN, PA
>One Biscayne Tower
>2 South Biscayne Boulevard -Suite 2300
>Miami, Florida 33131
>Tel: 305-358-6555 / Fax: 305-374-9077
>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19 day of October 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                           S/   Catherine J. MacIvor
                                           _____
                                           Catherine MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR** | **PHILIP A. SECHLER** |
| cmacivor@mflegal.com | psechler@wc.com |
| **JEFFREY B. MALTZMAN** | **THOMAS G. HENTOFF** |
| jmaltzman@mflegal.com | thentoff@wc.com |
| **JEFFREY E. FOREMAN** | **DANE H. BUTSWINKAS** |
| jforeman@mflegal.com | dbutswinkas@wc.com |
| **DARREN W. FRIEDMAN** | **CHRISTOPHER M. D'ANGELO** |
| dfriedman@mflegal.com | cdeangelo@wc.com |
| MALTZMAN FOREMAN, PA | **PATRICK J. HOULIHAN** |
| One Biscayne Tower | phoulihan@wc.com |
| 2 South Biscayne Boulevard -Suite 2300 | Williams & Connolly LLP |
| Miami, Florida 33131 | 725 12th Street, N.W. |
| Tel: 305-358-6555 / Fax: 305-374-9077 | Washington, D.C. 20005 |
| *Attorneys for Plaintiffs* | Tel: 202.434.5459 / Fax: 202.434.5029 |
| | *Attorneys for Defendant Mars, Inc.* |
| **MARK C. GOODMAN** | **OMAR ORTEGA** |
| mgoodman@ssd.com | oortega@dortaandortega.com |
| **JOHN B.T. MURRAY** | Dorta and Ortega, P.A. |
| jbmurrary@ssd.com | Douglas Entrance |
| Squire Sanders & Demspey, LLP | 800 S. Douglas Road, Suite 149 |
| 1900 Phillips Point West | Coral Gables, Florida 33134 |
| 777 S. Flagler Drive | Tel: 305-461-5454 / Fax: 305-461-5226 |
| West Palm Beach, Florida  33401 | *Attorneys for Defendant Mars, Inc.* |
| Tel: 561.650.7200 / Fax: 561.655-1509 | |
| *Attorney for Defendant Target Corp.* | |
| | **JOHN J. KUSTER** |
| | jkuster@sidley.com |
| **ALAN GRAHAM GREER** | **JAMES D. ARDEN** |
| agreer@richmangreer.com | jarden@sidley.com |
| Richman Greer Weil Brumbaugh | Sidley Austin LLP |
|  Mirabito & Christensen | 787 Seventh Avenue |
| 201 South Biscayne Boulevard – STE 1000 | New York, NY 10019 |
| Miami, Florida 33131 | Tel: 212.839.7336 / Fax: 212.839.5599 |
| Tel: 305.373.4010 / Fax: 305.373.4099 | *Attorneys for Defendant Colgate Palmolive Company and Hill's Pet Nutrition, Inc.,* |
| *Attorneys for Defendant Proctor and Gamble Co.* | |

<div style="columns: 2">

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax: 215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, Illinios 60603
Tel: 312.853.2666 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax: 202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

</div>

5
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
**GARY L. JUSTICE**
gjustice@gibsondunn.com
**WILLIAM EDWARD WEGNER**
wwegner@gibsondunn.com
**GAIL E. LEES**
glees@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue - #2500
Miami, Florida  33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

**ROBIN LEA HANGER**
rlhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard – 40th Floor
Miami, Florida  33131-2398
Tel: 305.577.7040 / Fax: 305.577.7001
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street - #1900
Chicago, Illinois 60601-1293
Tel: 312.368.3449 / Fax: 312.630.7318
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**MICHAEL K. KENNEDY**
mkk@gknet.com
**MICHAEL R. ROSS**
mrr@gknet.com
Gallagher and Kennedy, PA
2575 E. Camelback Road - #1100
Phoenix, Arizona 85016
Tel: 602.530.8504 / Fax: 602.530.8500
*Attorneys for Defendant Petsmart, Inc.*

**RALPH G. PATINO**
rpartino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
Patino & Associates, PA
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305.443.6163 / Fax: 305.443.5635
*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**C. RICHARD FULMER, JR.**
rfulmer@FulmerLeRoy.com
Fulmer Leroy Albee Baumann & Glass, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Tel: 954.707.4430 / Fax: 954.707.4431
*Attorneys for The Kroger Co.*
**JAMES K. REUSS, ESQ.**
jreuss@lanealton.com
Lane Alton & Horst, LLC
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Tel: 614.233.4719
*Attorneys for The Kroger Co.*

**ROBERT A. VALEDEZ**
rvaladez@shelton-valadez.com
**JAVIER T. DURAN**
jduran@shelton-valadez.com
Shelton & Valadez
600 Navarro, Suite 500
San Antonio, RX 78205
Tel: 954.759.8930 / Fax: 954-847-5365
*Attorneys for H.E. Butt Grocery Company*

**CRAIG KALIL**
ckalil@aballi.com
Aballi Milne Kalil & Escagedo, PA
2250 Sun Trust International Center
One SE 3rd Avenue
Miami, Florida 33131
Tel: 305.372.5924 / Fax: 305.373.7929
*Attorneys for Albertson's LLC and New Albertson's, Inc.*

**MARCOS DANIEL JIMENEZ**
mjimenez@kennynachwalter.com
**ROBERT J. ALWINE**
ralwine@kennynachwalter.com
Kenny Nachwalter, PA
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Tel: 305.373.1000 / Fax: 305.372.1861
*Attorneys for Safeway Inc. and The Stop and Shop Supermarket Company, LLC*

**JASON JOFFE**
jjoffe@ssd.com
Squire Sanders & Dempsey, LLP
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Tel: 305.577-7000 / fax: 305.577.7001
*Attorneys for Meijer, Inc.*