UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221-Civ-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.,

      Plaintiffs,
vs.

**MARS INC.**, et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon Plaintiffs' Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss [D.E. 240], filed on October 19, 2007. Plaintiffs seek an extension of time, until December 15, 2007, to respond to the Motion to Dismiss, and the ability to engage in limited, jurisdictional discovery. The Motion to Dismiss consolidates into one document several motions to dismiss filed on September 20, 2007, several of which challenged personal jurisdiction. The Court has considered the Motion for Enlargement, and being otherwise duly advised, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 240]** is **GRANTED** in part. Plaintiffs are allowed to engage in jurisdictional discovery, and shall file their memorandum in opposition to the Motion to Dismiss by no later than November 30, 2007. The parties are responsible for advising the Court of their availability for oral argument.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 19th day of October, 2007.

                                                         _/s/ Cecilia M. Altonaga_
                                                         **CECILIA M. ALTONAGA**
                                                         **UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
     counsel of record