UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

    Defendants.
_____/

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

## NOTICE OF APPEARANCE

The undersigned counsel BJORG EIKELAND, ESQ., associated with the law firm of MALTZMAN FOREMAN, PA hereby notifies all parties of her appearance on behalf of RENEE BLASZKOWSKI, AMY HOLLUB and PATRICIA DAVIS, individually and on behalf of others similarly situated, and request that all correspondence, pleadings and/or documents otherwise relating to this action be directed to the undersigned accordingly.

Dated:  October 25, 2007
         Miami, FL

/s/ *Bjorg Eikeland*_____
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
JEFFREY B. MALTZMAN (FBN 0048860)
jmaltzman@mflegal.com
JEFFREY E. FOREMAN (FBN 0240310)
jforeman@mflegal.com
DARREN W. FRIEDMAN (FBN 0146765)
dfriedman@mflegal.com
BJORG EIKELAND (FBN 037005)
beikeland@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
*Attorneys for Plaintiffs*

**CASE NO. 07-21221 CIV ALTONAGA/Turnoff**

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 25th day of October, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

*/s/ Bjorg Eikeland*
Bjorg Eikeland

**CASE NO. 07-21221 ALTONAGA/Turnoff**

**SERVICE LIST**

| | |
|---|---|
| **CATHERINE J. MACIVOR** <br> cmacivor@mflegal.com <br> **JEFFREY B. MALTZMAN** <br> jmaltzman@mflegal.com <br> **JEFFREY E. FOREMAN** <br> jforeman@mflegal.com <br> **DARREN W. FRIEDMAN** <br> dfriedman@mflegal.com <br> MALTZMAN FOREMAN, PA <br> One Biscayne Tower <br> 2 South Biscayne Boulevard -Suite 2300 <br> Miami, Florida 33131 <br> Tel: 305-358-6555 / Fax: 305-374-9077 <br> *Attorneys for Plaintiffs* | **PHILIP A. SECHLER** <br> psechler@wc.com <br> **THOMAS G. HENTOFF** <br> thentoff@wc.com <br> **DANE H. BUTSWINKAS** <br> dbutswinkas@wc.com <br> **CHRISTOPHER M. D'ANGELO** <br> cdeangelo@wc.com <br> **PATRICK J. HOULIHAN** <br> phoulihan@wc.com <br> Williams & Connolly LLP <br> 725 12th Street, N.W. <br> Washington, D.C. 20005 <br> Tel: 202.434.5459 / Fax: 202.434.5029 <br> *Attorneys for Defendant Mars, Inc.* |
| **MARK C. GOODMAN** <br> mgoodman@ssd.com <br> **JOHN B.T. MURRAY** <br> jbmurrary@ssd.com <br> Squire Sanders & Demspey, LLP <br> 1900 Phillips Point West <br> 777 S. Flagler Drive <br> West Palm Beach, Florida 33401 <br> Tel: 561.650.7200 / Fax: 561.655-1509 <br> *Attorney for Defendant Target Corp.* | **OMAR ORTEGA** <br> oortega@dortaandortega.com <br> Dorta and Ortega, P.A. <br> Douglas Entrance <br> 800 S. Douglas Road, Suite 149 <br> Coral Gables, Florida 33134 <br> Tel: 305-461-5454 / Fax: 305-461-5226 <br> *Attorneys for Defendant Mars, Inc.* |
| **ALAN GRAHAM GREER** <br> agreer@richmangreer.com <br> Richman Greer Weil Brumbaugh <br> Mirabito & Christensen <br> 201 South Biscayne Boulevard – STE 1000 <br> Miami, Florida 33131 <br> Tel: 305.373.4010 / Fax: 305.373.4099 <br> *Attorneys for Defendant Proctor and Gamble Co.* | **JOHN J. KUSTER** <br> jkuster@sidley.com <br> **JAMES D. ARDEN** <br> jarden@sidley.com <br> Sidley Austin LLP <br> 787 Seventh Avenue <br> New York, NY 10019 <br> Tel: 212.839.7336 / Fax: 212.839.5599 <br> *Attorneys for Defendant Colgate Palmolive Company and Hill's Pet Nutrition, Inc.,* |

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax: 937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax: 305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax: 215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, Illinois 60603
Tel: 312.853.2666 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax: 202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

**CHARLES ABBOTT**
cabbott@gibsondunn.com
**BEN BRODERICK**
bbroderick@gibsondunn.com
**GARY L. JUSTICE**
gjustice@gibsondunn.com
**WILLIAM EDWARD WEGNER**
wwegner@gibsondunn.com
**GAIL E. LEES**
glees@gibsondunn.com
Gibson Dunn & Crutcher L.L.P
333 S. Grand Avenue -Suite 4600
Los Angeles, CA 90071
Tel: 213.229.7887 / Fax: 213.229.6887
*Attorneys for Defendant Nutro Products Inc.*

**CAROL A. LICKO**
calicko@hhlaw.com
Hogan & Hartson L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel: 305.459.6500 / Fax: 305.459.6550
*Attorneys for Nestle U.S.A., Inc.*

**MARTY STEINBERG**
msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue - #2500
Miami, Florida  33131
Tel: 305.810.2500 / Fax: 305.810.2460
*Attorneys for Defendant Nutro Products Inc.*

**HUGH J. TURNER JR.**
Hugh.turner@akerman.com
Akerman Senterfitt & Eidson
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel: 954.463.2700 / Fax: 954.463.2224
*Attorneys for Defendant Publix Supermarkets, Inc.*

**JOHN B. T. MURRAY, JR.**
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Phillips Point West
777 South Flagler Drive - #1900
West Palm Beach, Florida 33401
Tel: 561.650.7200 / Fax: 561.655.1509
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ROLANDO ANDRES DIAZ**
rd@kubickidraper.com
**MARIA KAYANAN**
mek@kubickidraper.com
**CASSIDY YEN DANG**
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street - Penthouse
Miami, Florida 33130
Tel: 305.982.6722 / Fax: 305.374.7846
*Attorneys for Defendant Pet Supermarket, Inc.*

| | |
|---|---|
| **ROBIN LEA HANGER**<br>rlhanger@ssd.com<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard – 40th Floor<br>Miami, Florida  33131-2398<br>Tel: 305.577.7040 / Fax: 305.577.7001<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **MICHAEL K. KENNEDY**<br>mkk@gknet.com<br>**MICHAEL R. ROSS**<br>mrr@gknet.com<br>Gallagher and Kennedy, PA<br>2575 E. Camelback Road - #1100<br>Phoenix, Arizona 85016<br>Tel: 602.530.8504 / Fax: 602.530.8500<br>*Attorneys for Defendant Petsmart, Inc.* |
| **ALEXANDER SHAKNES**<br>Alex.shaknes@dlapiper.com<br>**AMY W. SCHULMAN**<br>Amy.schulman@dlapiper.com<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: 212.335.4829 / Fax: 212.884.8629<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | **RALPH G. PATINO**<br>rpartino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>csalup@patinolaw.com<br>Patino & Associates, PA<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Tel: 305.443.6163 / Fax: 305.443.5635<br>*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |
| **WILLIAM C. MARTIN**<br>William.martin@dlapiper.com<br>DLA PIPER US LLP<br>203 North LaSalle Street - #1900<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.3449 / Fax: 312.630.7318<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | **C. RICHARD FULMER, JR.**<br>rfulmer@FulmerLeRoy.com<br>Fulmer Leroy Albee Baumann & Glass, PLC<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306<br>Tel: 954.707.4430 / Fax: 954.707.4431<br>*Attorneys for The Kroger Co.*<br>**JAMES K. REUSS, ESQ.**<br>jreuss@lanealton.com<br>Lane Alton & Horst, LLC<br>Two Miranova Place, Suite 500<br>Columbus, Ohio 43215<br>Tel: 614.233.4719<br>*Attorneys for The Kroger Co.* |

**ROBERT A. VALEDEZ**
rvaladez@shelton-valadez.com
**JAVIER T. DURAN**
jduran@shelton-valadez.com
Shelton & Valadez
600 Navarro, Suite 500
San Antonio, RX 78205
Tel: 954.759.8930 / Fax: 954-847-5365
*Attorneys for H.E. Butt Grocery Company*

**MARCOS DANIEL JIMENEZ**
mjimenez@kennynachwalter.com
**ROBERT J. ALWINE**
ralwine@kennynachwalter.com
Kenny Nachwalter, PA
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Tel: 305.373.1000 / Fax: 305.372.1861
*Attorneys for Safeway Inc. and The Stop and Shop Supermarket Company, LLC*

**CRAIG KALIL**
ckalil@aballi.com
Aballi Milne Kalil & Escagedo, PA
2250 Sun Trust International Center
One SE 3rd Avenue
Miami, Florida 33131
Tel: 305.372.5924 / Fax: 305.373.7929
*Attorneys for Albertson's LLC and New Albertson's, Inc.*

**JASON JOFFE**
jjoffe@ssd.com
Squire Sanders & Dempsey, LLP
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Tel: 305.577-7000 / fax: 305.577.7001
*Attorneys for Meijer, Inc.*

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**