# AFFIDAVIT OF OFFICER AND DIRECTOR CHANGE

STATE OF IDAHO )
)
County of Ada )

I Julie Thomson Backe, hereby certify on behalf of New Albertson's, Inc., a Delaware corporation (the "Corporation"), that I am the duly elected and acting Assistant Corporate Secretary of the Corporation, that the attached list is the current directors and officers of the Corporation effective as of August 1, 2006.

_____
Julie Thomson Backe
Assistant Corporate Secretary

Subscribed and sworn to before me
this 1st day of August, 2006.

_____
Notary Public for the State of Idaho
Residing at Boise, Idaho
My commission expires: 10-25-06

F:\Certificates\AFIDAVIT.DOC



# DIRECTORS AND OFFICERS

## NEW ALBERTSON'S, INC.

| Director | Title |
|---|---|
| David L. Boehnen | Director |
| John P. Breedlove | Director |
| Pamela K. Knous | Director |

| Officer | Title |
|---|---|
| David L. Boehnen | President - New Albertson's, Inc. |
| Romeo R. Cefalo | Executive Vice President - New Store Formats & Development |
| Kathy J. Herbert | Executive Vice President - Human Resources |
| Pamela K. Knous | Executive Vice President & Chief Financial Officer |
| Duncan C. Mac Naughton | Executive Vice President - Merchandising |
| Kevin H. Tripp | Executive Vice President - Drug Operations & President, Drug Store Div |
| James F. Gentile | Senior Vice President - Six Sigma Quality |
| Susan M. "Sue" Neumann | Senior Vice President - Education, Communications & Public Affairs |
| Pamela S. Powell | Senior Vice President - Customer Service |
| Paul L. Singer | Senior Vice President |
| Sherry M. Smith | Senior Vice President - Finance |
| William H. Arnold | Group Vice President - Real Estate Law |
| John F. Boyd | Group Vice President & Treasurer |
| Sheila A. Close | Group Vice President - Applications Development |
| Charles F. Cole | Group Vice President - Litigation & Regulatory Affairs |
| Michael F. DePaola | Group Vice President - Asset Management |
| Adrian J. Downes | Group Vice President & Controller |
| Nicholas M. Kormeluk | Group Vice President - Center Store |
| Timothy J. Lynch | Group Vice President - Food Operations |
| Linda K. Massman | Group Vice President - Finance & Corporate Planning |
| Michael S. Plecki | Group Vice President - Compensation & Benefits |
| David A. Robertson | Group Vice President - Distribution |
| James P. Smits | Group Vice President - Fresh Foods Merchandising |
| Judith Watson | Group Vice President - Strategic Planning & Replenishment |
| Pete J. Van Helden | President & CEO, California |
| Michael K. Clawson | President - Intermountain West Division |
| Carl L. Jablonski | President - Shaw's Division |
| Judith A. Spires | President - Eastern Division |
| Larry D. Wahlstrom | President - Jewel-Osco Division |
| Susan M. Klug | Sr. Vice President - Marketing, California Division |
| Keith I. Nielsen | Sr. Vice President - Operations, Jewel-Osco Division |
| Brian J. Pijanowski | Sr. Vice President - Merchandising |
| Fred J. Schuit | Sr. Vice President - Operations, Southern California Division |
| Darnell M. Allen | Vice President - HR, Intermountain West Division |
| Blake T. Barnett | Division CFO - California Division |
| Dennis J. Bassler | Vice President - L. A. Area, Southern California Region |
| Gerald D. Bay | Vice President - Pharmacy Operations, East Area, Drug Division |
| Dario J. Bell | Vice President - Regional Supply Chain, Sundries |
| Bart E. Bohlen | Vice President - Regional Operations |
| Stephen C. Bowater | Division CFO - Jewel-Osco Division |
| John P. Breedlove | Vice President & Corporate Secretary |
| Blaine Bringhurst | Vice President - Sales & Merchandising |
| Craig P. Brown | Vice President - Energy Management & Project Development |
| Tammy L. Brusseau | Vice President - Merchandising Fresh, California Food |
| Richard R. Bunnell | Vice President - Regional Supply Chain, Florida, Eastern Division |
| James A. Cadres | Vice President - Merchandising Support |
| Nancy E. Chagares | Vice President - Fresh Food Merchandising, Jewel-Osco Division |

FILED 06 AUG -3 AM 11:16 SECRETARY OF STATE TALLAHASSEE, FLORIDA

## DIRECTORS AND OFFICERS

| | |
|---|---|
| Bruce R. Christiansen | Vice President - Grocery Non-Foods Merchandising |
| Timothy A. Corry | Vice President - Human Resources, Midwest Division |
| Douglas M. Cygan | Vice President - GM & Grocery Merchandising, Jewel-Osco Division |
| Christopher T. Dimos | Vice President - Pharmacy Services |
| Joseph "Joe" G. Fehringer | Vice President - Finance |
| James Fowler | Vice President - Grocery & Non Foods Buying |
| Anthony Frederico | Vice President - Operations, East Area, Eastern Division |
| Elizabeth S. "Liz" Garrett | Vice President - Human Resources, Drug Division |
| Charla J. Giles | Vice President - San Diego Area, Southern California Division |
| Michael S. Goulart | Vice President - Ocean Region |
| Kip Bradley Gruel | Vice President - Merchandising |
| Gregory E. Gullickson | Vice President - Central Area, Jewel-Osco Division |
| Edward N. Hanson | Vice President - Marketing & Merchandising, Jewel-Osco Division |
| Larry C. Harmon | Vice President - Internal Controls |
| Hema Hira | Vice President - Strategic Sourcing - Indirect |
| Robert L. Hughes | Vice President - South Area, Jewel-Osco Division |
| Gary D. Hunstiger | Vice President - Central Area, Drug Division |
| James A. "Jake" Jacobsen, Jr. | Vice President - Information Technology |
| Leslie R."Trey" Johnson, III | Vice President - Grocery Merchandising |
| Tony Z. Jolley | Vice President - Information Technology |
| Michael R. Ketcham | Vice President - Merchandising, Center Store, California Division |
| Stephen P. Kilgriff | Vice President |
| Katherine A. Kirk | Vice President - Design |
| Steven A. LaMontagne | Vice President - New Store Development |
| Barron P. Lambert | Vice President - General Counsel Real Estate |
| Mark J. Lavin | Vice President - Project Development |
| Michael E. Lech | Vice President - Supply Chain Management |
| Terry C. Lee | Vice President - Corporate Brands |
| Michael A. Massimino | Vice President - GM Sales, Food Stores |
| Colin K. McKeon | Vice President - Real Estate & Construction |
| Joseph M. McKeska | Vice President - Real Estate & Construction |
| Greg A. McNiff | Vice President - Marketing, California Division |
| Peggy C. McReynolds | Vice President - Reverse Logistics |
| Gerald L. Melville | Vice President - Florida Area, Eastern Division |
| Ronald T. Mendes | Vice President - Pharmacy Law & Compliance |
| Todd M. Michael | Vice President - Sales & Merchandising, Intermountain West Division |
| James A. "Jim" Michaud | Division CFO - Shaw's Division |
| Chris S. Mielke | Vice President - Marketing |
| Jacqueline C. Morris | Vice President - Central Coast Area, Southern California Division |
| Susan D. Morris | Vice President - Regional Operations, Boise Metro |
| Michele A. Murphy | Vice President - Human Resources, Eastern Division |
| John J. Nieman III | Vice President - Human Resources, Shaw's |
| Mitchell W. Oddo | Vice President - Liquor Merchandising/Procurement |
| John G. Ortiz | Vice President - Las Vegas Area, Southern California Division |
| Jeffrey T. Osban | Vice President - Information Technology |
| John C. Owen | Vice President - Regional Supply Chain, Midwest Division |
| David T. Parker | Vice President - Investor Relations & Government Affairs |
| Kevin D. Patrick | Division CFO - Eastern Division |
| Steven K. Prebble | Vice President - Marketing |
| Cynthia K. Rapshus | Vice President - Floral Merchandising/Procurement |
| Alexander P. Reichert | Vice President - Merchandising Strategy |
| Terry E. Rocheleau | Vice President - Quad Counties Area, Southern California Division |
| Brian D. Rood | Vice President - Regional Supply Chain, Eastern Division |
| Barbara G. Russell | Vice President - Energy & Facilities |
| Daniel J. Salemi | Vice President - Pharmacy Procurement & Support |

08/01/2006

## DIRECTORS AND OFFICERS

| | |
|---|---|
| Erin S. Sharp | Division CFO - Intermountain West Division |
| Nancy Superchi | Vice President - Human Resources, Shared Services |
| Martin J. Joe Teall | Vice President - Logistics & Systems Design |
| Bradley M. Trom | Vice President - Pharmacy Operations |
| Doyle J. Troyer | Vice President - Tax |
| Thomas P. Vesey | Vice President - Mountain Region |
| Thomas J. Walter | Vice President - Labor Relations & Employment Law, Midwest Division |
| Roy C. Whitmore | Vice President - North Area, Jewel-Osco Division |
| Marcia E. Williams | Vice President - Diversity |
| Mike K. Withers | Vice President - Operations, Intermountain West Division |
| J. Frank Yaksitch | Vice President - Marketing, Intermountain West Division |
| Daniel J. Zvonek | Vice President - Finance, Drug & GM Operations |
| Linda K. Massman | Assistant Treasurer |
| Julie Thomson Backe | Assistant Corporate Secretary |
| Warren E. Simpson | Assistant Corporate Secretary |
| Carol L. Wood | Assistant Corporate Secretary |

**CSC.**
**CORPORATION SERVICE COMPANY**

F06000003669

ACCOUNT NO. : 072100000032

REFERENCE : 284042   4338223

AUTHORIZATION : *[signature]*

COST LIMIT : $35

ORDER DATE : August 2, 2006

ORDER TIME : 9:23 AM

ORDER NO. : 284042-005

CUSTOMER NO: 4338223

---

AFFIDAVIT OF OFFICER/DIRECTOR

NAME: NEW ALBERTSON'S INC.

XX___ AFFIDAVIT

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

_____ CERTIFIED COPY
XXX___ PLAIN STAMPED COPY
_____ CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Harry B. Davis - Ext. 2926

EXAMINER'S INITIALS: *[initials]*

FILED 06 AUG -3 AM 11:15 SECRETARY OF STATE TALLAHASSEE, FLORIDA