

# EXHIBIT A

Dockets.Justia.com

## AFFIDAVIT OF JULIE T. BACKE

STATE OF IDAHO      )
                           ) ss:

COUNTY OF ADA      )

BEFORE ME, this date, personally appeared Julie T. Backe who, after being duly sworn, deposes and says:

My name is Julie T. Backe and I am Assistant Corporate Secretary of New Albertson's, Inc., a Delaware corporation ("New Albertsons"). The following facts are within my personal knowledge, are facts of which I have been informed, or are facts that are disclosed by the books and records of New Albertson's, Inc.

1. Attached hereto as Exhibit A to this Affidavit is a true and correct copy of the list of current directors and officers of New Albertsons as of October 26, 2007.

2. New Albertsons filed an Affidavit of Officer and Director Change with the Florida Secretary of State's Office on August 3, 2006. The inclusion of Richard R. Bunnell as Vice President – Regional Supply Chain, Florida, Eastern Division, and Gerald T. Melville as Vice President – Florida Operations, Eastern Division, on the list of Directors and Officers was the result of clerical oversight following the sale of Albertson's, Inc. in June 2006.

3. Mr. Bunnell, who had been employed by Albertson's, Inc., became an employee and officer of Albertson's LLC after the sale. Mr. Bunnell was never an employee of New Albertsons.

4. Mr. Melville is employed by New Albertsons as Senior Vice President of Operations, Eastern Division, but is based in Pennsylvania, not Florida. Mr. Melville relocated to Pennsylvania shortly before the sale of the company. His Eastern Division job responsibilities do not include Florida.

5. As I stated in my earlier affidavit, New Albertsons does not own or operate any Albertsons stores in Florida, nor does it conduct any retail operations in the state.

FURTHER AFFIANT SAYETH NAUGHT.

Julie Backe, being duly sworn, deposes and says that the foregoing is true and correct to the best of her knowledge, information and belief.

DATED this 29th day of October, 2007.

_____

Julie T. Backe

SWORN TO AND SUBSCRIBED before me this 27th day of October, 2007.

_____

NOTARY PUBLIC

My commission expires: _8·16·11_

LOREEN BOWDEN
RY PUBLIC
E OF IDAHO

2

# EXHIBIT A

## to

## Affidavit of

## Julie T. Backe

10/26/2007

## DIRECTORS AND OFFICERS

**NEW ALBERTSON'S, INC.**

| Director | Title |
|---|---|
| David L. Boehnen | Director |
| John P. Breedlove | Director |
| Pamela K. Knous | Director |

| Officer | Title |
|---|---|
| Jeffrey Noddle | Chief Executive Officer |
| David L. Boehnen | President - New Albertson's, Inc. |
| Michael L. Jackson | Executive Vice President |
| Pamela K. Knous | Executive Vice President & Chief Financial Officer |
| Duncan C. Mac Naughton | Executive Vice President - Marketing & Merchandising |
| David E. Pylipow | Executive Vice President - Human Resources |
| Kevin H. Tripp | Executive Vice President - Retail Midwest |
| Peter J. Van Helden | Executive Vice President - Retail West |
| Paul L. Singer | Senior Vice President & Chief Information Officer |
| Gerald D. Bay | Senior Vice President - Pharmacy Operations |
| Nancy E. Chagares | Senior Vice President - Marketing & Merchandising, Jewel-Osco |
| James F. Gentile | Senior Vice President - Six Sigma |
| Gregory C. Heying | Senior Vice President - Logistics |
| Gerald L. Melville | Senior Vice President - Operations, Eastern |
| Michele A. Murphy | Senior Vice President - Labor Relations |
| Fred J. Schuit | Senior Vice President - Operations, Southern California |
| Sherry M. Smith | Senior Vice President - Finance |
| Thomas P. Vesey | Senior Vice President - Operations, Shaw's |
| Joseph F. Yaksitch | Senior Vice President - Operations, Intermountain West |
| William H. Arnold | Group Vice President - Real Estate Law |
| John F. Boyd | Group Vice President & Treasurer |
| Sheila A. Close | Group Vice President - Application Services |
| Leland J. Dake | Group Vice President - Wholesale Merchandising |
| Adrian J. Downes | Group Vice President & Controller |
| Edward N. Hanson | Group Vice President - Retail Merchandising - Midwest |
| Timothy J. Lynch | Group Vice President - Retail Operations Support |
| Linda K. Massman | Group Vice President - Finance & Corporate Planning |
| Todd M. Michael | Group Vice President - Retail Merchandising - West |
| James P. Smits | Group Vice President - Fresh Merchandising |
| Michael K. Clawson | President - Intermountain West |
| Christopher T. Dimos | President - Pharmacy Operations |
| Susan M. Klug | President - Southern California Division |
| Keith I. Nielsen | President - Jewel-Osco Division |
| Judith A. Spires | President - Acme |
| Larry D. Wahlstrom | President - Shaw's Division |
| Eric Hymas | Sr. Vice President - Center Store Merchandising - IMT West |
| Darnell M. Allen | Vice President - Diversity & Inclusion |
| Dennis J. Bassler | Vice President - Operations, Southern California |
| Shannon Bennett | Vice President - Corporate Communications |
| Judy Bequette | Vice President - Bakery Merchandising |
| Bart E. Bohlen | Vice President - Operations, Acme |
| Stephen C. Bowater | Vice President - Chief Financial Officer, Jewel-Osco |
| John P. Breedlove | Vice President & Corporate Secretary |
| Blaine Bringhurst | Vice President - Sales & Merchandising |
| Gary Bronson | Vice President - Technical Operations |
| Craig P. Brown | Vice President - Store Development Support & Office Services |
| Tammy L. Brusseau | Vice President - Fresh Merchandising |

10/26/2007

## DIRECTORS AND OFFICERS

| | |
|---|---|
| Mike Buck | Vice President - Service Deli Merchandising |
| James A. Cadres | Vice President - Merchandising Support |
| Diane Cercle | Vice President - Brand Management & Strategy |
| Timothy A. Corry | Vice President - Human Resources, Retail Midwest |
| Douglas M. Cygan | Vice President - GM & Grocery Merchandising, Jewel-Osco |
| Joseph "Joe" G. Fehringer | Vice President - Retail Planning & Consolidations |
| James Fowler | Vice President - Grocery & Non Foods Buying |
| Anthony Frederico | Vice President - Operations, Eastern |
| Elizabeth S. "Liz" Garrett | Vice President - Human Resources, Retail West |
| Eric Gerratt | Vice President - Accounting |
| Charla J. Giles | Vice President - Operations, Southern California |
| Michael S. Goulart | Vice President - Operations, Shaw's |
| Kip Bradley Gruell | Vice President - Meat & Seafood Merchandising |
| Larry C. Harmon | Vice President - Internal Audit |
| Robert L. Hughes | Vice President - Operations, Jewel-Osco |
| Gary D. Hunstiger | Vice President - Operations, Drug Stores |
| Chris Irmscher | Vice President - Human Resources, Pharmacy |
| Tony Z. Jolley | Vice President - IT Engineering |
| Michael R. Ketcham | Vice President - Center Store Merchandising |
| Stephen P. Kilgriff | Vice President |
| Barron P. Lambert | Vice President - General Counsel Real Estate - Shaw's |
| Mark J. Lavin | Vice President - Real Estate & Store Development - West Region |
| Michael E. Lech | Vice President - Supply Chain Management |
| Tom Lofland | Vice President - Center Store Merchandising IMT - West |
| Colin K. McKeon | Vice President - Real Estate & Construction |
| Joseph M. McKeska | Vice President - Real Estate & Construction |
| Greg A. McNiff | Vice President - Marketing |
| Ronald T. Mendes | Vice President - Pharmacy Law & Regulatory Affairs |
| Chris S. Mielke | Vice President - Marketing |
| Jacqueline C. Morris | Vice President - Operations, Southern California |
| Scott Morris | Vice President - Fresh Merchandising - IMT - West |
| Susan D. Morris | Vice President - Operations, Western Idaho Area, Intermountain West |
| John J. Nieman III | Vice President - Human Resources, Retail East |
| Mitchell W. Oddo | Vice President - Total Alcohol Beverage |
| John G. Ortiz | Vice President - Las Vegas, Southern California |
| Jeffrey T. Osban | Vice President - Mdsg & Mktg Applications, Co-sourcing & Resource Mgmt |
| John C. Owen | Vice President - Regional Supply Chain |
| Thomas A. Pankow | Vice President - Chief Financial Officer, Retail West |
| Peggy Pfaltzgraff-Holden | Vice President - Operations, Shaw's |
| David A. Robertson | Vice President - Logistics, Southern California & IMW Supply Chain |
| Terry E. Rocheleau | Vice President - Operations, Southern California |
| Brian D. Rood | Vice President - Regional Supply Chain |
| Daniel J. Salemi | Vice President - Central Services |
| Randall t. Stewart | Vice President - Operations, Portland Metro Area |
| Nancy Superchi | Vice President - Human Resources, Shared Services |
| Martin J. Teall | Vice President - Supply Chain |
| Bradley M. Trom | Vice President - Pharmacy Operations, West |
| Doyle J. Troyer | Vice President - Tax |
| Thomas J. Walter | Vice President - Labor Relations, East |
| Roy C. Whitmore | Vice President - Operations, Jewel-Osco |
| Daniel J. Zvonek | Vice President & Chief Financial Officer - Retail East |
| Linda K. Massman | Assistant Treasurer |
| Julie Thomson Backe | Assistant Corporate Secretary |
| Warren E. Simpson | Assistant Corporate Secretary |
| Carol L. Wood | Assistant Corporate Secretary |

10/26/2007

## DIRECTORS AND OFFICERS



# EXHIBIT B

Adresse du destinataire :
ADRESS OF THE ADDRESSE :
*Name und Adresse des Empfänger :*
Indirizzo del destinatario :
*Dirección del interesado :*

> NESTLE SA
> Prise en la personne de ses représentants légaux
> Av. Nestlé 55
> 1800 Vevey

**Très important**
**Le document ci-joint est de nature juridique et peut affecter vos droits et obligations.**
**Les "éléments essentiels de l'acte" vous donnent quelques informations sur sa nature et**
**son objet.**
**Il est toutefois indispensable de lire attentivement le texte même du document. Il peut être**
**nécessaire de demander un avis juridique.**
**Si vos ressources sont insuffisantes, renseignez-vous sur la possibilité d'obtenir l'assistance**
**judiciaire et la consultation juridique soit dans votre pays soit dans le pays d'origine du document.**

**IMPORTANT**
THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND
OBLIGATIONS.
THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS
NATURE AND PURPOSE.
YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY.  IT MAY BE NECESSARY TO
SEEK LEGAL ADVICE.
IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE
POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN
THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

***Sehr wichtig***
*Das beiliegende Schriftstück ist rechtlicher Art und kann ihre Rechte und Pflichten berühren.*
*Die "Angaben über den wesentlichen Inhalt des zuzustellenden Schriftstücks" geben Ihnen einige Auskünfte über*
*dessen Natur und Gegenstand.*
*Es ist dennoch unerlässlich, den Text des Schriftstückes selber aufmerksam zu lesen.*
*Es kann auch nötig sein, hierüber eine Rechtsauskunft zu verlangen.*
*Falls Ihre finanziellen Mittel dafür nicht ausreichen, erkundigen Sie sich über die Möglichkeiten der untentgeltlichen*
*Rechtshilfe und der unentgeltlichen Rechtsberatung, und zwar entweder in Ihrem Land*
*oder im Herkunftsland dieses Schriftstücks.*

**Importante**
L'allegato documento ha natura giuridica e puó incidere sui vostri diritti e obblighi.
Gli "elementi essenziali dell'atto" contengono alcune informazioni sulla sua natura ed il suo oggetto.
E' tuttavia indispensabile leggere attentamente anche il testo del documento.
Potrebbe essere necessario chiedere una consulenza legale.
Se i vostri mezzi finanziari sono insufficienti, chiedete informazioni nel paese in cui risiedete o nel
paese dal quale il documento proviene circa la possibilità di ottenere l'assistenza giudiziaria o la consulenza legale.

***Muy importante***
*El documento adjunto es de naturaleza jurídica y puede afectar a sus derechos y obligaciones.*
*Los "elementos esenciales del acta" le proporcionan una información sobre su naturaleza y objeto.*
*Es, sin embargo, indispensable que lea atentamente el texto del documento, pudiendo llegar a serle*
*necessario un asesoramiento jurídico.*
*Si sus recursos fueren insuficientes, infórmese sobre la posibilidad de obtener el beneficio de justicia gratuita*
*así como un assoramiento jurídico, ya sea en su país de origen del documento.*

TRIBUNAL CANTONAL VAUDOIS
Palais de justice de l'Hermitage
Route du Signal 8
CH – 1014 LAUSANNE
Switzerland

## RECEPISSE  -  RECEIPT

Affaire n° :
Affare n. :                        TC N°   863 / 07
Case n° :

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorità richiedente<br>Issuing Authority<br>Autoridad requeriente | MALTZMAN FOREMAN, P.A.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>USA - Miami, Florida 33131<br>United States of America |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | Réf. :   Renee Blaskowsky v. Mars Inc. et al. |
| Désignation des actes à notifier<br><br>Bezeichnung der zuzustellenden Akten<br><br>Designazione degli atti da notificare<br><br>Indication of the documents to be served<br><br>Designación de los autos a notificar | - Amended class action complaint<br><br>- Corrected amended class action complaint |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | no |
| Nom et domicile de la personne à laquelle la notification doit être faite<br><br>Name und Wohnort der Person, für welche die Zustellung bestimmt ist<br><br>Nome e domicilio della persona alla quale deve essere fatta la notifica<br><br>Name and address of the person upon whom service shall take place<br><br>Filiación y dirección del destinatario | **NESTLE SA**<br>**Prise en la personne de**<br>**ses représentants légaux**<br><br>Av. Nestlé 55<br><br>CH – 1800 Vevey<br><br>Switzerland |
| Nationalité du destinataire   (si connue)<br>Nationalität des Empfängers   (falls bekannt)<br>Nazionalità del destinatario   (se conosciuta)<br>Nationality of receiver   (if known)<br>Nacionalidad del destinatario   (si se conoce) | |
| Date de la notification et signature du destinataire<br><br>Datum der Zustellung und Unterschrift des Empfängers<br><br>Data della notifica e firma del destinatario<br><br>Date of service and signature<br><br>Fecha de la notificación y firma del destinatario | 28.08.2007<br><br>Zingaro |

**SUMMARY OF THE DOCUMENT TO BE SERVED**
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

MALTZMAN FOREMAN, P.A., 2 S. BISCAYNE BLVD, SUITE 2300, MIAMI, FL, 33131 UNITED STATES

**Particulars of the parties:**
*Identité des parties:*

RENEE BLASZKOWSKY V. MARS, INC, ET AL.

**JUDICIAL DOCUMENT**
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

TO GIVE NOTICE TO THE DEFENDANT OF THE INSTITUTION AGAINST THEM OF A CLAIM, FOR CIVIL DAMAGES, AND SUMMON THEM TO ANSWER THE COMPLAINT

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

PLAINTIFF IS SEEKING TO RECOVER CIVIL DAMAGES, AMOUNT TO BE DETERMINED IN COURT

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

DEFENDANT HAS TWENTY DAYS FROM RECEIPT OF SUMMONS TO ANSWER THE COMPLAINT, ADDRESS PROVIDED ON SUMMONS

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

N/A

**Dale of judgment**:**
*Date de la décision:*

N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

N/A

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

N/A

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*

N/A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS
individually and on behalf of
others similarly situated,

      Plaintiffs/Class Representatives,
vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

      Defendants.
_____/

### *SUMMONS IN A CIVIL CASE*

TO:  Nestle S.A.
     **Avenue Nestle 5**
     **Vevey**
     **CH-1800**
     **Vaud, Switzerland**

     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S
ATTORNEY(S):

     Catherine J. MacIvor
     Florida Bar No. 932711
     Maltzman Foreman, P.A.
     One Biscayne Tower
     2 South Biscayne Boulevard, Suite 2300
     Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. You must
also file your Answer with the Clerk of this Court within a reasonable time after service.

Clarence Maddox

_____          AUG - 8 2007
CLERK                                    _____
                                                 DATE

_____
(BY) DEPUTY CLERK

Dated: _____, 2007
       Miami, FL

2
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, AMY HOLLUB, PATRICIA DAVIS,
SUSAN PETERS,  DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE VALORAS,
individually and on behalf of
others similarly situated,

       Plaintiffs/Class Representatives,

vs.

MARS INC., MARS PETCARE US, INC.,
PROCTER AND GAMBLE CO., THE IAMS CO.,
COLGATE PALMOLIVE COMPANY,
HILL'S PET NUTRITION, a Delaware Corporation,
DEL MONTE FOODS, CO.,
NESTLÉ USA INC., NESTLÉ PURINA
PETCARE CO., NESTLE S.A., NUTRO PRODUCTS INC.,
MENU FOODS, INC., MENU FOODS INCOME FUND,
DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPER MARKETS, INC.,
NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, SAFEWAY INC.,
H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC.,
THE STOP & SHOP SUPERMARKET COMPANY,
PETCO ANIMAL SUPPLIES STORES, INC.,
PET SUPERMARKET, INC., PET SUPPLIES "PLUS,"
PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP.,
WAL-MART STORES, INC.,

       Defendants.
_____/

1

## CORRECTED AMENDED CLASS ACTION COMPLAINT
### (Correcting scrivener's errors in text of Amended Complaint only)

1.    Plaintiffs/Class Representatives, Renee Blaszkowski ("Blaszkowski"), Amy Hollub ("Hollub"), Patricia Davis ("Davis"), Susan Peters ("Peters"), Deborah Hock ("Hock"), Mike Floyd ("Floyd"), Beth Wilson ("Wilson"), Claire Kotzampaltiris ("Kotzampaltiris"), Donna Hopkins-Jones ("Hopkins-Jones"), Nicole Piazza ("Piazza"), Marian Lupo ("Lupo"), Jane Herring ("Herring"), Jo-Ann Murphy ("Murphy"), Stephanie Stone ("Stone"), Patricia Hanrahan ("Hanrahan"), Debbie Rice ("Rice"), Ann Quinn ("Quinn"), Sharon Mathisen ("Mathiesen"), Sandy Shore ("Shore"), Carolyn White ("White"), Lou Wiggins ("Wiggins"), Michelle Lucarelli (Lucarelli), Raul Isern (Isern") and Danielle Valoras ("Valoras") (hereinafter collectively referred to as Plaintiffs/Class Representatives"), individually and on behalf of others similarly situated, file this Class Action Complaint against Defendants, Mars Inc., a Delaware corporation, Mars Petcare U.S. Inc., a Delaware corporation, Procter & Gamble Co., an Ohio corporation, the Iams Co., an Ohio Corporation, Colgate Palmolive Company, a Delaware corporation, Hill's Pet Nutrition, a Delaware corporation, Del Monte Foods Co., a Delaware corporation, Nestlé USA, Inc., a Connecticut corporation, Nestlé Purina Petcare Co., a Missouri corporation, Nestlé, S.A., a Swiss corporation, Nutro Products, Inc., a California corporation, Menu Foods, Inc., a New Jersey corporation, Menu Foods Income Fund, a Canadian unincorporated open-ended trust, Doane Pet Care Enterprises, Inc., a Delaware corporation, Publix Super Markets, Inc., a Florida corporation, New Albertson's, Inc., a Delaware corporation, Albertson's LLC, a Delaware corporation, The Kroger Co. of Ohio, an Ohio corporation, Safeway Inc., a Delaware corporation, H.E. Butt Grocery Company, a Texas corporation, Meijer Inc., a Michigan corporation, Meijer Super Markets Inc., a Michigan corporation, Mars Petcare US, Inc., a Delaware corporation, The Stop & Shop Supermarket Co., a Delaware corporation,  Petco

2



# EXHIBIT C

Robert Alwine - FW: Blazskowski

REDACTED

From: Catherine J. MacIvor [mailto:CMacIvor@mflegal.com]
Sent: Wednesday, August 22, 2007 6:38 PM
To: Licko, Carol A.
Subject: RE: case law


Carol,

I will look at these cases, but if no agreement has been reached as to
spoliation, discovery has not been stayed in any event.  Since I advised
quite some time ago that the mandatory disclosure was so deficient, it
should have been updated a long time ago.  As far as mandatory
disclosure goes, it was a false advertising claim from the beginning and
I frankly disagree with your position that there is a difference in the
complaints.  I have prepared mandatory disclosure as a defense lawyer
with far less information in the initial complaint.

I will get back to you about the draft spoliation agreement by next
week.

Thank you.



Catherine J. MacIvor
Partner
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel :    (305) 358-6555
Fax:    (305) 374-9077
Email: CMacIvor@mflegal.com <mailto:CMacIvor@mflegal.com>

<http://www.mflegal.com/mfmail/maltz.jpg>

          Website <http://www.mflegal.com/>  | V. Card
<http://www.mflegal.com/mfmail/cmacivor.vcf>

The information transmitted herein is intended only for the person or
entity to which it is addressed and may contain confidential and/or
privileged material. Any review, retransmission, dissemination or other
use of, or taking of any action in reliance upon, this information by
persons or entities other than the intended recipient is prohibited. If
you received this message in error, please contact the sender and delete
the material from any computer. Under applicable U.S. Treasury
Regulations, we are required to inform you that any advice contained in
this electronic mail message (or any attachment hereto) is not intended
to be used, and cannot be used, to avoid tax penalties imposed under the
Internal Revenue Code.

From: Licko, Carol A. [mailto:CALicko@HHLAW.com]
Sent: Wednesday, August 22, 2007 6:06 PM
To: Catherine J. MacIvor
Cc: Robin Hanger; Fry, Alan; Riviere-Badell, Adriana; Shaknes,
Alexander; Mullen, John
Subject: case law


Catherine:  Here are the two cases we offered to discuss with you:

Hilliard v. Black, 125 S.Supp.2d 1071 (N.D. Fla. 2000)

Medhekar v. U.S. Dist. Court, 99 F.3d 325 (9th Cir. 1996)

Pls. provide us with any case law supporting your contention that
notwithstanding the court-imposed stay of all discovery, that we are now
required to amend the initial disclosures served with respect to the
initial complaint.  As discussed, if you have such case law, we will
gladly review it promptly and get back to you.  Also please provide us
with the names of those defendants whose initial disclosures you stated
are satisfactory.

Finally, as discussed, we are available to discuss the draft
preservation agreement previously provided to you at any time.  Please
advise us as to when you will be prepared to discuss and/or give us
comments to this draft agreement.  Thank-you.


Carol Licko, Partner
HOGAN & HARTSON LLP
Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL
33131
direct +1.305.459.6612 | tel +1.305.459.6500 | fax +1.305.459.6550
calicko@hhlaw.com <mailto:calicko@hhlaw.com> | http://www.hhlaw.com
<http://www.hhlaw.com/>




This electronic message transmission contains information from this law
firm which may be confidential or privileged. The information is
intended to be for the use of the individual or entity named above. If
you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this information is
prohibited.

If you have received this electronic transmission in error, please
notify us by telephone (+1-202-637-5600) or by electronic mail
(PostMaster@HHLAW.COM) immediately.

**CC:**  "Licko, Carol A." <CALicko@HHLAW.com>