

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

           Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

           Defendants.
_____/

### MOTION FOR SUBSTITUTION OF COUNSEL AND
### MOTION FOR ADMISSION OF MARK WHITBURN *PRO HAC VICE*

Defendant Nutro Products, Inc. ("Nutro") moves this Court for withdrawal of Charles H. Abbott of Gibson, Dunn & Crutcher LLP as co-counsel in the above referenced matter. Also, in accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Mark Whitburn of Gibson, Dunn & Crutcher LLP, 2100 McKinney Avenue, Suite 1100, Dallas, Texas, 75201, (214) 698-3100, for purposes of appearing as co-counsel *pro hac vice* for Defendant Nutro Products, Inc, in substitution for Charles H. Abbott. This withdrawal and substitution is approved by Nutro and is not sought for delay.

    1.    Mark Whitburn certifies that he has studied the Local Rules of this Court and is an active member in good standing of the State Bar of Texas.

**MOTION FOR SUBSTITUTION OF COUNSEL** – Page 1

SCANNED

dockets.Justia.com

2. In further support of this motion, it is hereby designated that Marty Steinberg is a member of the bar of this Court and maintains an office in this District for the practice of law. He is the person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Hunton & Williams LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, telephone number (305) 810-2500 acts as local counsel on behalf of Defendant.

3. In accordance with the local rules of this Court, Mark Whitburn has made payment of this Court's $75 admission fee.

4. Mark Whitburn, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mark Whitburn at email address: MWhitburn@gibsondunn.com.

## APPLICANT'S CERTIFICATION

I HEREBY CERTIFY that I have studied the Local Rules of this Court and that I am a member in good standing of the State Bar of Texas.

By: /s/ Mark Whitburn
Mark Whtiburn
Texas Bar No. 24042144

## CONSENT TO DESIGNATION

I HEREBY CONSENT to the foregoing designation, this 29 day of October, 2007.

By: _____
Marty Steinberg, Local Counsel
Florida Bar No. 187293

Respectfully submitted,

By: _____
Marty Steinberg
Florida Bar No. 187293
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
E-Mail: msteinberg@hunton.com

_____
Charles H. Abbott
California Bar No. 227488
GIBSON DUNN & CRUTCHER LLP
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
E-Mail: cabbott@gibsondunn.com

_____
Mark Whtiburn
Texas Bar No. 24042144
(*Not yet admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214-698-3100
E-Mail: mwhitburn@gibsondunn.com
***Attorneys for Nutro Products, Inc.***

## RULE 7.1 CERTIFICATE

I HEREBY CERTIFY that on October 25, 2007, I contacted Plaintiffs' counsel, Bjorg Eikeland, via email and voice mail, who replied that she does not oppose the relief request in this motion.

_____
Adriana Riviere-Badell
HUNTON & WILLIAMS LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: 305-810-2500
e-mail: ariviere-badell@hunton.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2007, the foregoing document is being served on all counsel of record or pro se parties on the attached Service List by U.S. Mail.

_____
Adriane [signature]

| | |
|---|---|
| **JOHN B. T. MURRAY, JR.**<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY LLP<br>1900 Phillips Point West<br>777 South Flagler Drive, #1900<br>West Palm Beach, Florida 33401<br>Tel: 561-650-7200/Fax: 561-655-1509<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **MICHAEL K. KENNEDY**<br>mkk@gknet.com<br>**MICHAEL R. ROSS**<br>mrr@gknet.com<br>GALLAGHER & KENNEDY, PA<br>2575 E. Camelback Road, #1100<br>Phoenix, Arizona 85016<br>Tel: 602-530-8504/Fax: 602-530-8500<br>*Attorneys for Defendant Petsmart, Inc.* |
| **ROBIN LEA HANGER**<br>rlhanger@ssd.com<br>SQUIRE, SANDERS & DEMPSEY LLP<br>200 S. Biscayne Boulevard, 40th Floor<br>Miami, Florida 33131-2398<br>Tel: 305-577-7040/Fax: 305-577-7001<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **RALPH G. PATINNO**<br>rpartino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>csalup@patinolaw.com<br>PATINO & ASSOCIATES PA<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Tel: 305-443-6163/Fax: 305-443-5635<br>*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |
| **ALEXANDER SHAKNES**<br>Alex.shaknes@dlapiper.com<br>**AMY W. SCHULMAN**<br>Amy.schulman@dlapiper.com<br>DLA PIPER US LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Tel: 212-335-4829/Fax: 212-884-8629<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | **C. RICHARD FULMER, JR.**<br>rfulmer@FulmerLeRoy.com<br>FULMER LEROY ALBEE BAUMANN & GLASS PLC<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306<br>Tel: 954-707-4430/Fax: 954-707-4431<br>*Attorneys for The Kroger Co.* |
| **WILLIAM C. MARTIN**<br>William.martin@dlapiper.com<br>DLA PIPER US LLP<br>203 North LaSalle Street, #1900<br>Chicago, Illinois 60601-1293<br>Tel: 312-368-3449/Fax: 312-630-7318<br>*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.* | **JAMES K. REUSS**<br>jreuss@lanealton.com<br>LANE ALTON & HORST, LLC<br>Two Miranova Place, Suite 500<br>Columbus, Ohio 43215<br>Tel: 614-233-4719<br>*Attorneys for The Kroger Co.* |

| | |
|---|---|
| **ROBERT A. VALEDEZ**<br>rvaladez@shelton-valadez.com<br>**JAVIER T. DURAN**<br>jduran@shelton-valadez.com<br>SHELTON & VALADEZ<br>600 Navarro, Suite 500<br>San Antonio, Texas  78205<br>Tel:  954-759-8930/Fax:  954-847-5365<br>*Attorneys for H.E. Butt Grocery Company* | **CRAIG KALIL**<br>ckalil@aballi.com<br>ABALI MILNE KALIL & ESCAGEDO, PA<br>2250 Sun Trust International Center<br>One SE 3rd Avenue<br>Miami, Florida  33131<br>Tel:  305-372-5924/Fax:  305-373-7929<br>*Attorneys for Albertson's LLC and New Albertson's, Inc.* |
| **MARCOS DANIEL JIMENEZ**<br>mjimenez@kennynachwalter.com<br>**ROBERT J. ALWINE**<br>Ralwine@kennynachwalter.com<br>KENNY NACHWALTER, PA<br>201 South Biscayne Boulevard<br>1100 Miami Center<br>Miami, Florida  33131-4327<br>Tel:  305-373-1000/Fax:  305-372-1861<br>*Attorneys for Safeway Inc. and The Stop and Shop Supermarket Company LLC* | **JASON JOFFE**<br>jjoffe@ssd.com<br>SQUIRE SANDERS & DEMPSEY, LLP<br>200 South Biscayne Boulevard<br>Suite 4000<br>Miami, Florida  33131<br>Tel:  305-577-7000/Fax:  305-577-7001<br>*Attorneys for Meijer, Inc.* |

100319553_3.DOC

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

        Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
AND MOTION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before the Court on Defendant Nutro Products, Inc.'s Motion for withdrawal of Charles H. Abbott as co-counsel and the Motion of Mark Whitburn to appear as co-counsel *pro hac vice* in substitution of Charles H. Abbott, and designating Marty Steinberg of Hunton & Williams LLP as local counsel for Defendant, Nutro Products, Inc., the Court having reviewed the Motions and otherwise being duly advised, it is hereby

**ORDERED AND ADJUDGED** that said Motions are hereby **GRANTED**. Mark Whitburn is granted to appear and participate in this action on behalf of Nutro Products, Inc., in substitution for Charles H. Abbott, who is hereby relieved of any and all further responsibility in this matter. The Clerk shall provide electronic notification of all electronic filings to Mark Whitburn at MWhitburn@gibsondunn.com.

**DONE AND ORDERED** at Miami, Florida this _____ day of October 2007.

                                      **CECILIA ALTONAGA**
                                      **U.S. DISTRICT COURT JUDGE**

Copies furnished to:
All counsel and parties on the attached Service List

## SERVICE LIST

### RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.
### Case No. 07-21221-CIV-ALTONAGA/TURNOFF

| | |
|---|---|
| **CATHERINE J. MACIVOR**<br>cmacivor@mflegal.com<br>**JEFFREY B. MALTZMAN**<br>jmaltzman@mflegal.com<br>**JEFFREY E. FOREMAN**<br>jforeman@mflegal.com<br>**DARREN W. FRIEDMAN**<br>dfriedman@mflegal.com<br>**BJORG EIKELAND**<br>beikeland@mflegal.com<br>MALTZMAN FOREMAN, PA<br>One Biscayne Tower<br>2 South Biscayne Boulevard – Suite 2300<br>Miami, Florida 33131<br>Tel: 305-358-6555/Fax: 305-374-9077<br>*Attorneys for Plaintiffs* | **PHILIP A. SECHLER**<br>psechler@wc.com<br>**THOMAS G. HENTOFF**<br>thentoff@wc.com<br>**DANE H. BUTSWINKAS**<br>dbutswinkas@wc.com<br>**CHRISTOPHER M. D'ANGELO**<br>cdeangelo@wc.com<br>**PATRICK J. HOULIHAN**<br>phoulihan@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202-434-5459/Fax: 202-434-5029<br>*Attorneys for Defendant Mars, Inc.* |
| **MARK C. GOODMAN**<br>mgoodman@ssd.com<br>**JOHN B. T. MURRAY**<br>jbmurray@ssd.com<br>SQUIRE SANDERS & DEMPSEY, LLP<br>1900 Phillips Point West<br>777 S. Flagler Drive<br>West Palm Beach, Florida 33401<br>Tel: 561-650-7200/Fax: 561-655-1509<br>*Attorney for Defendant Target Corp.* | **OMAR ORTEGA**<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>Douglas Entrance<br>800 s. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Tel: 305-461-5454/Fax: 305-461-5226<br>*Attorneys for Defendant Mars, Inc.* |
| **ALAN GRAHAM GREER**<br>agreer@richmangreer.com<br>RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN<br>201 South Biscayne Boulevard – STE 1000<br>Miami, Florida 33131<br>Tel: 305-373-4010/Fax: 305-373-4099<br>*Attorneys for Defendant Proctor & Gamble Co.* | **JOHN J. KUSTER**<br>jkuster@sidley.com<br>**JAMES D. ARDEN**<br>jarden@sidley.com<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: 212-839-7336/Fax: 212-839-5599<br>*Attorneys for Defendants Colgate Palmolive Company and Hill's Pet Nutrition, Inc.* |

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH  45402
Tel: 937-227-3710/Fax: 937-227-3717
*Attorneys for Defendant Proctor & Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
COZEN O'CONNOR
200 South Biscayne Boulevard
Suite 4410
Miami, Florida  33131-2303
Tel: 305-704-5945/Fax: 305-704-5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
COZEN O'CONNOR
45 Broadway
New York, NY  10006
Tel: 212-509-9400/Fax: 212-509-9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen @cozen.com
COZEN O'CONNOR
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA  19103
Tel: 215-665-2179/Fax: 215-665-2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
CARLTON FIELDS, P.A.
100 SE 2nd Street, #4000
Miami, FL  33131
Tel: 305-530-0050/Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARL L. McCALL**
kmccall@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Tel: 312-853-2666/Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
HOGAN & HARTSON LLP
One Tabor Center – Suite 1500
1200 Seventeenth Street
Denver, CO  80202
Tel: 303-899-7300/Fax: 303-899-7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
HOGAN & HARTSON, LLP
555 13th Street, N.W.
Washington, DC  20004
Tel: 202-637-5600/Fax: 202-637-5910
*Attorneys for Nestle U.S.A., Inc.*

| | |
|---|---|
| **CHARLES ABBOTT**<br>cabbott@gibsondunn.com<br>**BEN BRODERICK**<br>bbroderick@gibsondunn.com<br>**GARY L. JUSTICE**<br>gjustice@gibsondunn.com<br>**WILLIAM EDWARD WEGNER**<br>wwegner@gibsondunn.com<br>**GAIL E. LEES**<br>glees@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue, Suite 4600<br>Los Angeles, CA 90071<br>Tel: 213-229-7887/Fax: 213-229-6887<br>*Attorneys for Defendant Nutro Products Inc.* | **CAROL A. LICKO**<br>calick@hhlaw.com<br>HOGAN & HARTSON LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, Florida 3313<br>Tel: 305-459-6500/Fax: 305-459-6550<br>*Attorneys for Nestle U.S.A., Inc.*<br><br>**HUGH J. TURNER JR.**<br>Hugh.turner@akerman.com<br>AKERMAN SENTERFITT & EDISON<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, Florida 33301-2229<br>Tel: 954-463-2700/Fax: 954-463-2224<br>*Attorneys for Defendant Publix Supermarkets, Inc.* |
| **MARTY STEINBERG**<br>msteinberg@hunton.com<br>**ADRIANA RIVIERE-BADELL**<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, #2500<br>Miami, Florida 33131<br>Tel: 305-810-2500/Fax: 305-810-2460<br>*Attorneys for Defendant Nutro Products Inc.* | **ROLANDO ANDRES DIAZ**<br>rd@kubickidraper.com<br>**MARIA KAYANAN**<br>mek@kubickidraper.com<br>**CASSIDY YEN DANG**<br>cyd@kubickidraper.com<br>KUBICKI DRAPER, P.A.<br>25 West Flagler Street, Penthouse<br>Miami, Florida 33130<br>Tel: 305-982-6722./Fax: 305-374-7846<br>*Attorneys for Defendant Pet Supermarket, Inc.* |
| **JOHN B. T. MURRAY, JR.**<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY LLP<br>1900 Phillips Point West<br>777 South Flagler Drive, #1900<br>West Palm Beach, Florida 33401<br>Tel: 561-650-7200/Fax: 561-655-1509<br>*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.* | **MICHAEL K. KENNEDY**<br>mkk@gknet.com<br>**MICHAEL R. ROSS**<br>mrr@gknet.com<br>GALLAGHER & KENNEDY, PA<br>2575 E. Camelback Road, #1100<br>Phoenix, Arizona 85016<br>Tel: 602-530-8504/Fax: 602-530-8500<br>*Attorneys for Defendant Petsmart, Inc.* |

**ROBIN LEA HANGER**
rlhanger@ssd.com
SQUIRE, SANDERS & DEMPSEY LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, Florida 33131-2398
Tel: 305-577-7040/Fax: 305-577-7001
*Attorneys for Defendants Petco Animal Supplies, Inc. and Wal-Mart Stores, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212-335-4829/Fax: 212-884-8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street, #1900
Chicago, Illinois 60601-1293
Tel: 312-368-3449/Fax: 312-630-7318
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**ROBERT A. VALEDEZ**
rvaladez@shelton-valadez.com
**JAVIER T. DURAN**
jduran@shelton-valadez.com
SHELTON & VALADEZ
600 Navarro, Suite 500
San Antonio, Texas 78205
Tel: 954-759-8930/Fax: 954-847-5365
*Attorneys for H.E. Butt Grocery Company*

**RALPH G. PATINNO**
rpartino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
PATINO & ASSOCIATES PA
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305-443-6163/Fax: 305-443-5635
*Attorneys for Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**C. RICHARD FULMER, JR.**
rfulmer@FulmerLeRoy.com
FULMER LEROY ALBEE BAUMANN & GLASS PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Tel: 954-707-4430/Fax: 954-707-4431
*Attorneys for The Kroger Co.*

**JAMES K. REUSS**
jreuss@lanealton.com
LANE ALTON & HORST, LLC
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Tel: 614-233-4719
*Attorneys for The Kroger Co.*

**CRAIG KALIL**
ckalil@aballi.com
ABALI MILNE KALIL & ESCAGEDO, PA
2250 Sun Trust International Center
One SE 3rd Avenue
Miami, Florida 33131
Tel: 305-372-5924/Fax: 305-373-7929
*Attorneys for Albertson's LLC and New Albertson's, Inc.*

| | |
|---|---|
| **MARCOS DANIEL JIMENEZ**<br>mjimenez@kennynachwalter.com<br>**ROBERT J. ALWINE**<br>Ralwine@kennynachwalter.com<br>KENNY NACHWALTER, PA<br>201 South Biscayne Boulevard<br>1100 Miami Center<br>Miami, Florida 33131-4327<br>Tel: 305-373-1000/Fax: 305-372-1861<br>*Attorneys for Safeway Inc. and The Stop and Shop Supermarket Company LLC* | **JASON JOFFE**<br>jjoffe@ssd.com<br>SQUIRE SANDERS & DEMPSEY, LLP<br>200 South Biscayne Boulevard<br>Suite 4000<br>Miami, Florida 33131<br>Tel: 305-577-7000/Fax: 305-577-7001<br>*Attorneys for Meijer, Inc.* |