TRIBUNAL CANTONAL VAUDOIS
Palais de justice de l'Hermitage
Route du Signal 8
CH ~ 1014 LAUSANNE
Switzerland

## RECEPISSE - RECEIPT

Affaire n° :
Affare n. :            TC N°   863 / 07
Case n° :

| | |
|---|---|
| Autorité requérante<br>Ersuchende Behörde<br>Autorità richiedente<br>Issuing Authority<br>Autoridad requeriente | MALTZMAN FOREMAN, P.A.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>USA - Miami, Florida 33131<br>United States of America |
| Nature de la procédure<br>Art des Verfahrens<br>Natura della procedura<br>Nature of proceeding<br>Naturaleza del procedimiento | Réf. :   Renee Blaskowsky v. Mars Inc. et al. |
| Désignation des actes à notifier<br>Bezeichnung der zuzustellenden Akten<br>Designazione degli atti da notificare<br>Indication of the documents to be served<br>Designación de los autos a notificar | - Amended class action complaint<br><br>- Corrected amended class action complaint |
| Traduction<br>Übersetzung<br>Traduzione<br>Translation<br>Traducción | no |
| Nom et domicile de la personne à laquelle la notification doit être faite<br><br>Name und Wohnort der Person, für welche die Zustellung bestimmt ist<br><br>Nome e domicilio della persona alla quale deve essere fatta la notifica<br><br>Name and address of the person upon whom service shall take place<br><br>Filiación y dirección del destinatario | **NESTLE SA**<br>**Prise en la personne de**<br>**ses représentants légaux**<br><br>Av. Nestlé 55<br><br>CH – 1800 Vevey<br><br>Switzerland |
| Nationalité du destinataire   (si connue)<br>Nationalität des Empfängers   (falls bekannt)<br>Nazionalità del destinatario   (se conosciuta)<br>Nationality of receiver   (if known)<br>Nacionalidad del destinatario   (si se conoce) | |
| Date de la notification et signature du destinataire<br>Datum der Zustellung und Unterschrift des Empfängers<br>Data della notifica e firma del destinatario<br>Date of service and signature<br>Fecha de la notificación y firma del destinatario | 23.03.2007<br><br>NESTEC S.A.<br>Avenue Nestlé 55<br>CH-1800 VEVEY |

Dockets.Justia.com

remise à :
NESTLE SA, à Vevey
N° TC : 863 / 07

## ATTESTATION / CERTIFICATE

L'autorité soussignée a l'honneur d'attester, conformément à l'article 6 de ladite Convention :
**The undersigned Authority has the honour to certify, in conformity with article 6 of the Convention :**

1. que la demande a été exécutée le (date) :
   **that the document has been served the (date) :**   28.08.2007

   - à (localité, rue, numéro)
   - **at (place, street, number)**   Vevey

   dans une des formes suivantes prévues à l'article 5 :
   **in one of the following methods authorised by article 5 :**

   a) ~~selon les formes légales (article 5, alinéa premier, lettre a)~~
   ~~in accordance with the provisions of sub-paragraph (A) of the first paragraph of article 5 of the Convention~~

   b) ~~selon la forme particulière suivante :~~
   ~~in accordance with the following particular method :~~

   c) par remise simple
   **by delivery to the addressee, who accepted it voluntarily**

   Les documents mentionnés dans la demande ont été remis à :
   **The documents referred to in the request have been delivered to :**

   - (identité et qualité de la personne) :
   - **(identity and decription of person) :**

   - lien de parenté, de subordination ou autres, avec le destinataire de l'acte :
   - **relationship to the addressee (family, business or other) :**

2. ~~que la demande n'a pas été exécutée, en raison des faits suivants :~~
   ~~that the document has not been served, by reason of the following facts :~~

~~Conformément à l'article 12, alinéa 2 de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.~~
~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.~~

**Annexes :**
- pièces renvoyées / **documents returned :**   - copy of the act
- le cas échéant, la pièce justificative de l'exécution :   - a receipt
- **in appropriate cases, document establishing the service :**

Fait à :  Lausanne          Signature et cachet :
**Done at :**  Switzerland    **Signature and stamp :**

le (date) :
**the (date) :** 30 August 2007

