UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.*,
Individually and on behalf of
Others similarly situated,

    Plaintiffs/Class Representatives

vs.

MARS INC., *et al.*

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

TO:  Natura Pet Products, Inc.
Registered Agent
John G. Rademakers
7249 Gold Creek Way
San Jose, California 95120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

Catherine J. MacIvor
Florida Bar No. 932711
Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Phone: 305-358-6555
Facsimile: 305-374-9077

an Answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

                                                           **11-28-07**
                                                       DATE



**SUMMONS**

s/Yvonne Cedeño
Deputy Clerk
U.S. District Courts

Clarence Maddox
Clerk of Court