## 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED May 17, 2007 8:00 am Secretary of State**
05-17-2007 90037 028 ***150.00

**DOCUMENT # 858259**

1. Entity Name
THE KROGER CO. OF OHIO



40115573



| Principal Place of Business | Mailing Address |
|---|---|
| 1014 VINE STREET<br>CINCINNATI, OH 45202-1100 | 1014 VINE STREET<br>CINCINNATI, OH 45202-1100 |

04122007   No Chg-P   CR2E034 (11/05)

DO NOT WRITE IN THIS SPACE

| 4. FEI Number | | Applied For |
|---|---|---|
| 31-0345740 | | Not Applicable |

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

DO NOT WRITE IN THIS SPACE

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

| FILE NOW!!! FEE IS $150.00<br>After May 1, 2007 Fee will be $550.00 | 9. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|

**10. OFFICERS AND DIRECTORS**

| TITLE | CD |
|---|---|
| NAME | DILLON, DAVID B |
| STREET ADDRESS | 1014 VINE ST |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

| TITLE | VCD |
|---|---|
| NAME | MCMULLEN, RODNEY W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

| TITLE | SVPS |
|---|---|
| NAME | HELDMAN, PAUL W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

| TITLE | TV |
|---|---|
| NAME | HENDERSON, SCOTT M |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

| TITLE | DP |
|---|---|
| NAME | MCGEORGE, DON W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

| TITLE | AT |
|---|---|
| NAME | SMITH, THOMAS A |
| STREET ADDRESS | 1014 VINE ST |
| CITY-ST-ZIP | CINCINNATI, OH 452021100 |

**Exhibit B**

DO NOT WRITE IN THIS SPACE

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____   Thomas A. Smith/AT   4/12/07   513-762-4401
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

*See Attached.*