UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,
vs.

**MARS INC.**, et al.,

    Defendants.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** came before the Court on the Motion for Leave to Conduct Personal Jurisdiction Discovery, filed on December 3, 2007 (D.E. 262). Upon careful consideration of the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that oral argument is scheduled before the undersigned on **Wednesday, December 12, 2007 at 3:00 p.m.** It is further

**ORDERED AND ADJUDGED** that Defendants shall file a response by Friday, December 7, 2007, and Plaintiffs shall file a reply memorandum by Monday, December 10, 2007.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of December, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
    counsel of record