UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*,

    Defendants.
_____/

**NOTICE OF FILING CORRECTED EXHIBITS TO PLAINTIFFS'/CLASS REPRESENTATIVES MOTION FOR LEAVE TO CONDUCT PERSONAL JURISDICTION DISCOVERY**

Plaintiffs Renee Blaszkowski *et al.* hereby file Corrected Exhibits to Plaintiffs'/Class Representatives Motion for Leave to Conduct Personal Jurisdiction Discovery [DE 262-2].

Dated: December 5, 2007
       Miami, FL

          /s Catherine J. MacIvor
          CATHERINE J. MACIVOR (FBN 932711)
          cmacivor@mflegal.com
          JEFFREY B. MALTZMAN (FBN 0048860)
          jmaltzman@mflegal.com
          JEFFREY E. FOREMAN (FBN 0240310)
          jforeman@mflegal.com
          DARREN W. FRIEDMAN (FBN 0146765)
          dfriedman@mflegal.com
          MALTZMAN FOREMAN, PA
          One Biscayne Tower
          2 South Biscayne Boulevard -Suite 2300
          Miami, Florida 33131
          Tel: 305-358-6555 / Fax: 305-374-9077
          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of December, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

    /s Catherine J. MacIvor
    Catherine J. MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR** <br> cmacivor@mflegal.com <br> **JEFFREY B. MALTZMAN** <br> jmaltzman@mflegal.com <br> **JEFFREY E. FOREMAN** <br> jforeman@mflegal.com <br> **DARREN W. FRIEDMAN** <br> dfriedman@mflegal.com <br> **MALTZMAN FOREMAN, PA** <br> One Biscayne Tower <br> 2 South Biscayne Boulevard -Suite 2300 <br> Miami, Florida 33131 <br> Tel: 305-358-6555 / Fax: 305-374-9077 <br><br> *Attorneys for Plaintiffs* | **JOHN B.T. MURRAY, JR.** <br> **E-Mail:** Jbmurray@ssd.com <br> **SQUIRE, SANDERS & DEMPSEY L.L.P.** <br> 1900 Phillips Point West <br> 777 South Flagler Drive <br> West Palm Beach, Florida 33401-6198 <br> Telephone: (561) 650-7200 <br> Facsimile:   (561) 655-1509 <br><br> *Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation and Meijner, Inc.* |
| **ROLANDO ANDRES DIAZ** <br> E-Mail: **rd@kubickdraper.com** <br> **CASSIDY YEN DANG** <br> E-Mail**:** **cyd@kubickidraper.com** <br> **MARIA KAYANAN** <br> E-Mail**:** **mek@kubickidraper.com** <br> **KUBICKI DRAPER** <br> 25 W. Flagler Street <br> Penthouse <br> Miami, Florida 33130-1712 <br> Telephone: (305) 982-6708 <br> Facsimile:  (305) 374-7846 <br><br> *Attorneys for Defendant Pet Supermarket, Inc.* | **ALEXANDER SHAKNES** <br> E-Mail: Alex.Shaknes@dlapiper.com <br> **AMY W. SCHULMAN** <br> E-Mail: Amy.schulman@dlapiper.com <br> **LONNIE L. SIMPSON** <br> E-Mail: Lonnie.Simpson@dlapiper.com <br> S. DOUGLAS KNOX <br> E-Mail: Douglas.knox@dlapiper.com <br> **DLA PIPER LLP** <br> 1251 Avenue of the Americas <br> New York, New York 10020 <br><br> *Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |
| **WILLIAM C. MARTIN** <br> **DLA PIPER LLP** <br> 203 North LaSalle Street <br> Suite 1900 <br> Chicago, Illinois 60601-1293 <br> E-Mail: William.Martin@dlapiper.com <br><br> *Attorneys for Defendants Menu Foods, Inc. And Menu Foods Income Fund* | **HUGH J. TURNER, JR.** <br> **AKERMAN SENTERFITT** <br> 350 E. Las Olas  Boulevard <br> Suite 1600 <br> Fort Lauderdale, Florida 33301-2229 <br> Telephone: (954)463-2700 <br> Facsimile:   (954)463-2224 <br> E-Mail: hugh.turner@ackerman.com <br> *Attorneys for Defendants Publix Super Markets, Inc. and H.E. Butt Grocery Co.* |

**GARY L. JUSTICE**
E-Mail: gjustice@gibsondunn.com
**CHARLES H. ABBOTT**
E-Mail: cabbott@gibsondunn.com
GAIL E. LEES
E-Mail: glees@gibsondunn.com
**WILLIAM EDWARD WEGNER**
E-Mail: wwegner@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

**OMAR ORTEGA**
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile:  (305) 461-5226
E-Mail: oortega@dortandortega.com

*Attorneys for Defendant Mars, Incorporated
And Mars Petcare U.S.*

**MARTY STEINBERG**
E-Mail: msteinberg@hunton.com
ADRIANA RIVIERE-BADELL
E-Mail: ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickel Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*Attorneys for Defendant Nutro Products, Inc.*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**CHRISTOPHER M. D'ANGELO**
E-Mail: cdangelo@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC  20005

*Attorneys for Defendants Mars, Incorporated
And Mars Petcare U.S.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**OLGA M. VIEIRA**
E-Mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Colgate-Palmolive
Company and Hill's Pet Nutrition, Inc.*

**MARCOS DANIEL JIMINEZ**
E-Mail: ndj@kennynachwalter.com
**ROBERT J. ALWINE, II**
E-Mail ralwine@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile:  (305) 372-1861

*Attorneys for Defendants Safeway, Inc. and
The Stop & Shop Supermarket Company LLC*

**SHERRIL M. COLOMBO**
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-Mail: scolombo@cozen.com

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-Mail: jmullen@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
**HOGAN & HARTSON L.LP.**
1200 17th Street
 One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-Mail: rctroyer@hhlaw.com

*Attorneys for Defendant Nestle USA, Inc.*
*Nestle Purina Petcare Co. and Nestle S.A.*

**JAMES K. REUSS**
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
E-Mail: JReuss@lanealton.com
*Attorneys for Defendant The Kroger Co. of Ohio*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**CAROL A. LICKO**
**HOGAN & HARTSON L.L.P**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorneys for Nestle U.S.A., Inc.*
*Nestle Purinia Petcare Co. and Nestle S.A.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
*Attorneys for Defendants Nestle USA, Inc. and Nestle Purina Petcare Co.*

**ALAN G. GREER**
**RICHMAN GREER, P.A.**
Miami-Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
*Attorneys for Defendants Proctor & Gamble Co. and The Iams Co.*

5
CASE NO. 07-21221 ALTONAGA/Turnoff

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: Bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant Proctor & Gamble Co. and The Iams Co.*

**RALPH G. PATINO**
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtmarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO& ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A**.
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone: (303) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendant's Inc. and Albertson's LLC*

**ROBIN L. HANGER**
**JASON JOFFEE**
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
E-Mail: rlhanger@ssd.com
E-Mail: jjoffe@ssd.com

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc. and Meijer, Inc., and Meijer, Inc.*

**ROBERT VALADEZ**
E-Mail: rvaladez@shelton-valadez.com
**JAVIER THOMAS DURAN**
E-Mail: jduran@shelton-valadez.com
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666

*Attorneys for Defendant H.E. Butt Grocery Co.*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW DOBER**
E-Mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

**C. RICHARD FULMER, JR.**
**FULMER, LEROY, ALBEE, BAUMANN, &**
**GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
E-Mail: rfulmer@Fulmer.LeRoy.com

*Attorneys for Defendant The Kroger Co. of Ohio*