

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**

**Events**   No Name History

Entity Name Search

# Detail by Entity Name

## Foreign Profit Corporation
THE KROGER CO. OF OHIO

## Filing Information

| | |
|---|---|
| Document Number | 858259 |
| FEI Number | 310345740 |
| Date Filed | 10/27/1983 |
| State | OH |
| Status | ACTIVE |
| Last Event | AMENDMENT |
| Event Date Filed | 03/17/1988 |
| Event Effective Date | NONE |

## Principal Address

1014 VINE STREET
CINCINNATI OH 45202-1100

Changed 05/04/1992

## Mailing Address

1014 VINE STREET
CINCINNATI OH 45202-1100

Changed 05/04/1992

## Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE FL 32301 US

Name Changed: 02/13/2003

Address Changed: 02/13/2003

## Officer/Director Detail

**Name & Address**

Title CD

DILLON, DAVID B
1014 VINE ST
CINCINNATI OH 45202-1100

Title VCD

MCMULLEN, RODNEY W
1014 VINE STREET

CASE NO.
07-21221
ALTONAGA/
Turnoff

MALTZMAN
FOREMAN, PA, 2 South
Biscayne Boulevard,

Exhibit A

CINCINNATI OH 45202-1100

Title SVPS

HELDMAN, PAUL W
1014 VINE STREET
CINCINNATI OH 45202-1100

Title TV

HENDERSON, SCOTT M
1014 VINE STREET
CINCINNATI OH 45202-1100

Title DP

MCGEORGE, DON W
1014 VINE STREET
CINCINNATI OH 45202-1100

Title AT

SMITH, THOMAS A
1014 VINE ST
CINCINNATI OH 45202-1100

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| **2005** | 05/04/2005 |
| **2006** | 04/28/2006 |
| **2007** | 05/17/2007 |

## Document Images

| | |
| --- | --- |
| 05/17/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2004 -- ANNUAL REPORT | View image in PDF format |
| 03/03/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2003 -- Reg. Agent Change | View image in PDF format |
| 05/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/16/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/18/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/29/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/21/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/08/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/05/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/31/1995 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**    **Next on List**    **Return To List**

**Events**    No Name History    Entity Name Search

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright  and  Privacy Policies
Copyright © 2007 State of Florida, Department of State.

## 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**May 17, 2007 8:00 am**
**Secretary of State**
05-17-2007 90037 028 ***150.00

**DOCUMENT # 858259**

1. Entity Name
THE KROGER CO. OF OHIO



Principal Place of Business
1014 VINE STREET
CINCINNATI, OH  45202-1100

Mailing Address
1014 VINE STREET
CINCINNATI, OH  45202-1100

**40115573**



04122007    No Chg-P    CR2E034 (11/05)

4. FEI Number
31-0345740

☐ Applied For
☐ Not Applicable

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL  32301

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE_____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

| FILE NOW!!! FEE IS $150.00 After May 1, 2007 Fee will be $550.00 | 9. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |
|---|---|---|

**10.    OFFICERS AND DIRECTORS**

| TITLE | CD |
|---|---|
| NAME | DILLON, DAVID B |
| STREET ADDRESS | 1014 VINE ST |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

| TITLE | VCD |
|---|---|
| NAME | MCMULLEN, RODNEY W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

| TITLE | SVPS |
|---|---|
| NAME | HELDMAN, PAUL W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

| TITLE | TV |
|---|---|
| NAME | HENDERSON, SCOTT M |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

| TITLE | DP |
|---|---|
| NAME | MCGEORGE, DON W |
| STREET ADDRESS | 1014 VINE STREET |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

| TITLE | AT |
|---|---|
| NAME | SMITH, THOMAS A |
| STREET ADDRESS | 1014 VINE ST |
| CITY-ST-ZIP | CINCINNATI, OH  452021100 |

**Exhibit B**

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____/s/ Thomas A. Smith/AT_____   Thomas A. Smith/AT   4/12/07   513-762-4401
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

*See Attached.*

ATTACHMENT

A0115573

#858259

**THE KROGER CO.**
1014 VINE STREET
CINCINNATI, OH 45202-1100
FEDERAL I.D. #31-0345740
INCORPORATED IN:     OH

## OFFICERS:

| NAME | TITLE | BUSINESS ADDRESS |
|---|---|---|
| DAVID B. DILLON | C.E.O.  C.O.B | 1014 VINE ST., CINTI., OH 45202-1100 |
| W. RODNEY McMULLEN | VICE CHAIRMAN | 1014 VINE ST., CINTI., OH 45202-1100 |
| DON W. McGEORGE | PRES.  C.O.O. | 1014 VINE ST., CINTI., OH 45202-1100 |
| LYNN MARMER | GRP.  V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| PAUL W. HELDMAN | SR. V.P. SEC.  GEN.  COUNSEL | 1014 VINE ST., CINTI., OH 45202-1100 |
| SCOTT M. HENDERSON | TREAS. V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| MARTHA CUTRIGHT SARRA | ASST.  SEC. | 1014 VINE ST., CINTI., OH 45202-1100 |
| J. MICHAEL SCHLOTMAN | SR. V.P. C.F.O. | 1014 VINE ST., CINTI., OH 45202-1100 |
| MARY ELIZABETH VAN OFLEN | V.P.  CORP. CONTROLLER  ASST.  TREAS. | 1014 VINE ST., CINTI., OH 45202-1100 |
| BRUCE M. GACK | ASST.  SEC. | 1014 VINE ST., CINTI., OH 45202-1100 |
| DELLA WALL | GRP.  V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| DON BECKER | EXEC.V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| PAUL SCUTT | SR. V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| CARVER L. JOHNSON | GRP V.P /CHIEF DIVERSITY OFFICER | 1014 VINE ST., CINTI., OH 45202-1100 |
| WILLIAM T. BOEHM | SR. V.P. & PRES./ MANUFACTURING | 1014 VINE ST., CINTI., OH 45202-1100 |
| JON C. FLORA | SR. V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| JEFFREY M. FIKE | ASST.  TREAS. | 1014 VINE ST., CINTI., OH 45202-1100 |
| THOMAS A. SMITH | ASST.  TREAS. | 1014 VINE ST., CINTI., OH 45202-1100 |
| KATHY L. HANNA | ASST.  TREAS. | 1014 VINE ST., CINTI., OH 45202-1100 |
| CYNTHIA K. HOLMES | ASST.  TREAS. | 1014 VINE ST., CINTI., OH 45202-1100 |
| MARNETTE PERRY | SR. V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| PATRICIA T. ASH | ASST.  SEC. | 1014 VINE ST., CINTI., OH 45202-1100 |
| JOSEPH A. GRIESHABER, JR | GRP V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| KEVIN M. DOUGHERTY | GRP V.P. | 1014 VINE ST., CINTI., OH 45202-1100 |
| DOROTHY D. ROBERTS | ASST.  SEC. | 1014 VINE ST., CINTI., OH 45202-1100 |
| CHRISTOPHER T. HJELM | SR. V.P. CHIEF INFORMATION OFFICER | 1014 VINE ST., CINTI., OH 45202-1100 |

## DIRECTORS:

| NAME | ADDRESS |
|---|---|
| REUBEN V. ANDERSON | PHELPS DUNBAR, 200 S. Lamar St./Suite 500 JACKSON, MS 39201 |
| ROBERT D. BEYER | TRUST CO. OF THE WEST, 1110 Santa Monica Blvd.,Suite 2000, L A, CA 90025 |
| JOHN L. CLENDENIN | BELLSOUTH CORP.,1873 Flagler Estates Dr., W. Palm Beach, FL 33411 |
| DAVID B. DILLON | THE KROGER CO., CINCINNATI, OH |
| JOHN T. LaMACCHIA | CINCINNATI BELL,7800 Deer Crossing, Cinti., OH 45243 |
| CLYDE R. MOORE | THOMAS & BETPS CORP.,9258 Forest Hill Lane, Germantown, TN 38133 |
| DON W. McGEORGE | 1014 VINE ST., CINTI., OH 45202-1100 |
| KATHERINE D. ORTEGA | 800 25th St., NW, #1003, Washington, D.C. 20037 |
| STEVEN R. ROGEL | WEYERHAEUSER CO., P.O. Box 2999 Tacoma, WA 98477-2999 |
| W. RODNEY McMULLEN | 1014 VINE ST., CINTI , OH 45202-1100 |
| BOBBY S. SHACKOULS | BURLINGTON RESOURCES, 5051 Westheimer, Suite 140 HOUSTON, TX 77056-5604 |
| DAVID B. LEWIS | 1300 FIRST NAT'L BLDG , 660 WOODWARD AVE., DETROIT, MI 48226 |
| SUSAN PHILLIPS | GEORGE WASHINGTON UNIVERSITY SCHOOL,710 21st St., Washington , D>C> 20052 |
| JAMES A. RUNDE | MORGAN STANLEY/INVESTMENT BANKING DIV, 1585 BROADWAY,FL 33, NY,NY 1003 |
| RONALD L. SARGENT | 1014 VINE ST., CINTI., OH 45202-1100 |
| JORGE P. MONTOYA | OCEAN CLUB-OCEAN TOWER II, 791 CRANDON BLVD. #803, KEY BISCAYNE, FL 3314 |

ELECTED =  3RD FRIDAY IN MAY

3/16/2007

OFFDIRE.123

**Pet Supplies "Plus" locations nearest the point you clicked, which was 22 miles east of St. Petersburg, FL**

| Miles | Phone | Click Address for Maps |
|---|---|---|
| 153 SE | 561-844-5898<br>561-844-6056 (FAX) | 1258 North Lake Blvd.<br>Lake Park, FL 33403 |
| 165 SE | 561-330-0663<br>561-330-0828 (FAX) | Linton Intl., Plaza 800 Linton Blvd.<br>Delray Beach, FL 33444 |
| 239 N | 912-267-5770<br>912-267-5772 (FAX) | 211 Golden Isles Plaza<br>Brunswick, GA 31520 |

select a state

[Find!] [Clear]

**Select a state *or* enter a location in the United States in any *one* of these formats:**

| Sample Input | Description |
|---|---|
| 95128 | ZIP Code |
| Chicago | City Name |
| 408 | U.S. Area Code |
| 408-293 | U.S. Area & Exchange |
| San Jose, CA | City, State |
| TX or Texas | State |

**Locator service by Know-Where Systems**

Exhibit C



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**  **Next on List**   **Return To List**

**Events**    No Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

PET SUPPLIES PLUS, INC.

### Filing Information

| | |
|---|---|
| Document Number | P04000129040 |
| FEI Number | NONE |
| Date Filed | 09/13/2004 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/16/2005 |
| Event Effective Date | NONE |

### Principal Address

19890 S.W. 200TH STREET
MIAMI FL 33187

### Mailing Address

19890 S.W. 200TH STREET
MIAMI FL 33187

### Registered Agent Name & Address

JACOBY, RONALD L
19890 S.W. 200TH STREET
MIAMI FL 33187

### Officer/Director Detail

**Name & Address**

Title D

JACOBY, RONALD L
19890 S.W. 200TH STREET
MIAMI FL 33187

### Annual Reports

**No Annual Reports Filed**

Exhibit D

### Document Images

09/13/2004 -- Domestic Profit    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**  **Next on List**   **Return To List**

**Events**  **No Name History**

Entity Name Search

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.