UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI *et al,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC. *et al,*

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF FILING 7.1 CERTIFICATE AS TO PLAINTIFFS'/CLASS REPRESENTATIVES MOTION FOR LEAVE TO CONDUCT PERSONAL JURISDICTION DISCOVERY

Plaintiffs hereby file their 7.1 Certificate which was inadvertently omitted from the Plaintiffs' Motion for Leave to Conduct Personal Jurisdiction Discovery. [DE 262]. Prior to filing the Motion the undersigned conferred with Carol Licko, Esquire, who represented that the Defendants contesting personal jurisdiction would oppose the Motion.

    s/Catherine J. MacIvor
    CATHERINE J. MACIVOR (FBN 932711)
    cmacivor@mflegal.com
    BJORG EIKELAND (FBN 037005)
    beikeland@mflegal.com
    MALTZMAN FOREMAN, PA
    One Biscayne Tower
    2 South Biscayne Boulevard -Suite 2300
    Miami, Florida 33131
    Tel: 305-358-6555 / Fax: 305-374-9077
    *Attorneys for Plaintiffs*

2
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of December 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                        s/Catherine J. MacIvor_____
                                        Catherine J. MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

| | |
|---|---|
| **CATHERINE J. MACIVOR**<br>cmacivor@mflegal.com<br>**JEFFREY B. MALTZMAN**<br>jmaltzman@mflegal.com<br>**JEFFREY E. FOREMAN**<br>jforeman@mflegal.com<br>**DARREN W. FRIEDMAN**<br>dfriedman@mflegal.com<br>**MALTZMAN FOREMAN, PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard -Suite 2300<br>Miami, Florida 33131<br>Tel: 305-358-6555 / Fax: 305-374-9077<br><br>*Attorneys for Plaintiffs* | **JOHN B.T. MURRAY, JR.**<br>**E-Mail:** Jbmurray@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile:  (561) 655-1509<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation and Meijer, Inc.* |
| **ROLANDO ANDRES DIAZ**<br>E-Mail: **rd@kubickdraper.com**<br>**CASSIDY YEN DANG**<br>E-Mail**:** **cyd@kubickidraper.com**<br>**MARIA KAYANAN**<br>E-Mail**:** **mek@kubickidraper.com**<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, Florida 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile:  (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* | **ALEXANDER SHAKNES**<br>E-Mail: Alex.Shaknes@dlapiper.com<br>**AMY W. SCHULMAN**<br>E-Mail: Amy.schulman@dlapiper.com<br>**LONNIE L. SIMPSON**<br>E-Mail: Lonnie.Simpson@dlapiper.com<br>S. DOUGLAS KNOX<br>E-Mail: Douglas.knox@dlapiper.com<br>**DLA PIPER LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |
| **WILLIAM C. MARTIN**<br>**DLA PIPER LLP**<br>203 North LaSalle Street<br>Suite 1900<br>Chicago, Illinois 60601-1293<br>E-Mail: William.Martin@dlapiper.com<br><br>*Attorneys for Defendants Menu Foods, Inc. And Menu Foods Income Fund* | **HUGH J. TURNER, JR.**<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas  Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301-2229<br>Telephone: (954)463-2700<br>Facsimile:  (954)463-2224<br>E-Mail: hugh.turner@ackerman.com<br>*Attorneys for Defendants Publix Super Markets, Inc. and H.E. Butt Grocery Co.* |

| | |
|---|---|
| **GARY L. JUSTICE**<br>E-Mail: gjustice@gibsondunn.com<br>**CHARLES H. ABBOTT**<br>E-Mail: cabbott@gibsondunn.com<br>GAIL E. LEES<br>E-Mail: glees@gibsondunn.com<br>**WILLIAM EDWARD WEGNER**<br>E-Mail: wwegner@gibsondunn.com<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7000<br><br>*Attorneys for Defendant Nutro Products, Inc.* | **MARTY STEINBERG**<br>E-Mail: msteinberg@hunton.com<br>ADRIANA RIVIERE-BADELL<br>E-Mail: ariviere-badell@hunton.com<br>**HUNTON & WILLIAMS, LLP**<br>Mellon Financial Center<br>1111 Brickel Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 810-2500<br>Facsimile:  (305) 810-2460<br><br>*Attorneys for Defendant Nutro Products, Inc.* |
| **OMAR ORTEGA**<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Telephone: (305) 461-5454<br>Facsimile:   (305) 461-5226<br>E-Mail: oortega@dortandortega.com<br><br>*Attorneys for Defendant Mars, Incorporated And Mars Petcare U.S.* | **DANE H. BUTSWINKAS**<br>E-Mail: dbutswinkas@wc.com<br>**PHILIP A. SECHLER**<br>E-Mail: psechler@wc.com<br>**THOMAS G. HENTOFF**<br>E-Mail: thentoff@wc.com<br>**CHRISTOPHER M. D'ANGELO**<br>E-Mail: cdangelo@wc.com<br>**PATRICK J. HOULIHAN**<br>E-Mail: phoulihan@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br><br>*Attorneys for Defendants Mars, Incorporated And Mars Petcare U.S.* |
| **BENJAMIN REID**<br>E-Mail: bried@carltonfields.com<br>**OLGA M. VIEIRA**<br>E-Mail: ovieira@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, Florida 33131-0050<br>Telephone: (305)530-0050<br>Facsimile: (305) 530-0050<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* | **MARCOS DANIEL JIMINEZ**<br>E-Mail: ndj@kennynachwalter.com<br>**ROBERT J. ALWINE, II**<br>E-Mail ralwine@kennynachwalter.com<br>**KENNY NACHWALTER, P.A.**<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile:   (305) 372-1861<br><br>*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company LLC* |

**SHERRIL M. COLOMBO**
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-Mail: scolombo@cozen.com

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-Mail: jmullen@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
**HOGAN & HARTSON L.LP.**
1200 17th Street
 One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-Mail: rctroyer@hhlaw.com

*Attorneys for Defendant Nestle USA, Inc.*
*Nestle Purina Petcare Co. and Nestle S.A.*

**JAMES K. REUSS**
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
E-Mail: JReuss@lanealton.com
*Attorneys for Defendant The Kroger Co. of Ohio*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**CAROL A. LICKO**
**HOGAN & HARTSON L.L.P**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorneys for Nestle U.S.A., Inc.*
*Nestle Purinia Petcare Co. and Nestle S.A.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
*Attorneys for Defendants Nestle USA, Inc. and*
*Nestle Purina Petcare Co.*

**ALAN G. GREER**
**RICHMAN GREER, P.A.**
Miami-Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
*Attorneys for Defendants Proctor & Gamble Co. and*
*The Iams Co.*

| | |
|---|---|
| **D. JEFFREY IRELAND**<br>E-Mail: djireland@ficlaw.com<br>**BRIAN D. WRIGHT**<br>E-Mail: Bwright@ficlaw.com<br>**LAURA A. SANOM**<br>E-Mail: lsanom@ficlaw.com<br>**FARUKI IRELAND & COX P.L.L.**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Attorneys for Defendant Proctor & Gamble Co. and The Iams Co.* | **ROBIN L. HANGER**<br>**JASON JOFFEE**<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, Florida 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile:  (305) 577-7001<br>E-Mail: rlhanger@ssd.com<br>E-Mail: jjoffe@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc. and Meijer, Inc., and Meijer, Inc.* |
| **RALPH G. PATINO**<br>E-Mail: rpatino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>E-Mail: dtmarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>E-Mail: csalup@patinolaw.com<br>**PATINO& ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile:  (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **ROBERT VALADEZ**<br>E-Mail: rvaladez@shelton-valadez.com<br>**JAVIER THOMAS DURAN**<br>E-Mail: jduran@shelton-valadez.com<br>**SHELTON & VALADEZ, P.C.**<br>600 Navarro, Suite 500<br>San Antonio, Texas 78205<br>Telephone: (210) 349-0515<br>Facsimile:  (210) 349-3666<br><br>*Attorneys for Defendant H.E. Butt Grocery Co.* |
| **CRAIG P. KALIL**<br>E-Mail: ckalil@aballi.com<br>**JOSHUA D. POYER**<br>E-Mail: jpoyer@aballi.com<br>**ABALLI, MILNE, KALIL & ESCAGEDO, P.A**.<br>2250 Sun Trust International Center<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>Telephone:  (303) 373-6600<br>Facsimile:  (305) 373-7929<br><br>*Attorneys for Defendant's Inc. and Albertson's LLC* | **W. RANDOLPH TESLIK**<br>E-Mail: rteslik@akingump.com<br>**ANDREW DOBER**<br>E-Mail: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile:  (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* |

7
CASE NO. 07-21221 ALTONAGA/Turnoff

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

**C. RICHARD FULMER, JR.**
**FULMER, LEROY, ALBEE, BAUMANN, &**
**GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile:  (954) 707-4431
E-Mail: rfulmer@Fulmer.LeRoy.com

*Attorneys for Defendant The Kroger Co. of Ohio*