# EXHIBIT C

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*

    Defendants.
_____/

**AMENDED NOTICE OF TAKING CORPORATE REPRESENTATIVE
DEPOSITION *DUCES TECUM* AS TO PERSONAL JURISDICTION
PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that undersigned counsel will take the deposition of:

| | |
|---|---|
| NAME: | The person or persons at New Albertsons, Inc., with the most knowledge concerning the topics set forth in exhibit "A" and to produce at the deposition the documents set forth in Exhibit "B." |
| DATE AND TIME: | Friday, November 30, 2007 @ 10:00 a.m. |
| LOCATION: | Maltzman Foreman, P.A.<br>2 South Biscayne Blvd.<br>Suite 2300<br>Miami, Florida 33131 |

Upon oral examination before a Notary Public, or any other officer, authorized by law to take depositions in the State of Florida. The oral examination(s) will continue from day to day until completed. The deposition(s) is/are being taken pursuant to Federal Rule of Procedure 30(b)(6) for the purpose of discovery and for the use at trial.

Dated: November 20, 2007
      Miami, Florida

Respectfully submitted,

_____
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
BJORG EIKELAND (FBN 0037005)
beikeland@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077
Attorneys for Defendant

## Exhibit "A"

1. The corporate structure of New Albertson's Inc. today, including predecessor company(ies), parent(s) and subsidiary(ies), past and present.

2. The corporate structure, business operations and the relation between and among New Albertson's Inc. and the following entities:

    a) Supervalu, Inc.

    b) New Aloha Corporation

    c) CVS, Inc.

    d) AB Acquisitions LLC

    e) Albertson's LLC

3. All agreements entered into between and/or among New Albertson's Inc. and the following entities, including, but not limited to, retail sales, supplies, distribution, advertisement(s), production or acquisition of goods and/or services from 2000 to present:

    a) Supervalu, Inc.

    b) New Aloha Corporation

    c) CVS, Inc.

    d) AB Acquisitions LLC

    e) Albertson's LLC

4. The business decision and purpose for establishing New Albertson's Inc. and Albertson's LLC.

5. New Albertson's Inc., its subsidiary(ies), parent(s) or sister company(ies) network of suppliers in Florida from 2000 to present.

6. New Albertson's Inc., business dealings in Florida, including, but not limited to, retail operations from 2000 to present.

7. Communications to and from the Florida Department of State from 2000 to the present on behalf of New Albertson's Inc, including, but not limited to:

    a. The purpose for New Albertson's Inc.'s registration to do business in Florida.
    b. Any and all registered agents in Florida.

  c. The identity(ies) of registered agents in Florida.

 8. Whether New Albertson's Inc. has been involved in any lawsuits in Florida, federal or state court from 2000 to present, and, if so, the nature of the proceedings.

 9. Any and all information relating to New Albertson's Corporate Officers who are designated for the area of Florida, including but not limited to Gerald L. Melville and Richard R. Bunnell.

 10. The job description, duties and responsibilities of Richard R. Bunnell, Vice President of Regional Supply Chain, Florida, Eastern Division, and the predecessor and/or successor of Mr. Bunnell, if any.

 11. The job description, duties and responsibilities of Gerald L. Melville, Vice President, Florida Area, Eastern Division, and the predecessor and/or successor of Mr. Melville, if any.

 12. The Eastern Division's corporate structure, including but not limited to, number of employees, contracts, suppliers and type(s) of business operation(s) from 2000 to present.

 13. Any manufacture, distribution, promotion, advertisement or sale of any product by New Albertson's Inc. in Florida from 2000 to present.

 14. Any contract entered into by New Albertson's Inc., for purchase or lease of real property located in Florida from 2000 to present.

 15. Any use of storage facilities in Florida by New Albertson's Inc from 2000 to present.

 16. Shipments of any product(s) to and from Florida by New Albertson's Inc from 2000 to present.

 17. New Albertson's Inc.'s utilization of any Florida port or airport for export, import, or shipment inter state of any product from 2000 to present.

 18. Bank accounts and/or investment accounts held by New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) in Florida from 2000 to present.

 19. Internet sales by New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) to Florida residents from 2000 to present, including but not limited to the type of products sold and the quantity.

 20. Internet services provided by New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) to Florida residents from 2000 to present, including but not limited to, the type of services provided.

21. Offices or storage facilities maintained in Florida by New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) from 2000 to present.

22. Leases held by New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) for personal properties located in Florida from 2000 to present, including, but not limited to, computer software or hardware or vehicles.

23. Any agent(s) for New Albertson's Inc. of any kind present in Florida from 2000 to present.

24. Any officer(s) or employee(s) of New Albertson's Inc., it's subsidiary(ies), agent(s) or sister company(ies) residing in Florida from 2000 to present.

25. Payroll records for officer(s) or employee(s) of New Albertson's Inc., its subsidiary(ies), agent(s) or sister company(ies) residing in Florida from 2000 to present.

26. Business travels to Florida by officers and/or employees of New Albertson's Inc., it's subsidiary(ies), agent(s) or sister company(ies), including frequency and duration of such travels, from 2000 to present.

27. New Albertson's Inc.'s operation of any business in Florida, directly or through a parent(s), agent(s), subsidiary(ies) or sister corporation from 2000 to present.

28. Any telephone listing(s) held by New Albertson's Inc., its parent(s), agent(s), subsidiary(ies) or sister corporation(s) in Florida from 2000 to present.

29. Any mailing address in Florida held by New Albertson's Inc., its parent, agent(s), subsidiary(ies) or sister corporation(s), from 2000 to the present.

30. Albertson's revenue from 2000 to present, including but not limited to revenue from any business in Florida.

31. Client or customer base in Florida.

32. Florida licenses of any kind held by New Albertson's or corporate officers, employees or agents of New Albertson's in Florida.

### Exhibit "B"

1. All documents reflecting New Albertson's Inc., registered agent(s) in Florida for the past ten (10) years.

2. All documents reflecting the length of time that New Albertson's Inc. has maintained a registered agent in Florida.

3. All documents reflecting the identity(ies) of New Albertson's Inc.'s registered agent for the past ten (10) years.

4. All documents relating to New Albertson's Inc. having qualified to do business in Florida.

5. Each and every document filed with the Florida Department of State on behalf of New Albertson's Inc. and any predecessor corporation, parent, subsidiary and/or sister corporation(s) from 2000 to present.

6. Documents reflecting the corporate structure of New Albertson's Inc. and/or New Aloha Corporation and/or any predecessor corporation, subsidiary(ies), parent company(ies) and sister corporation(s) from 2000 to the present.

7. All documents reflecting any and all of New Albertson's Inc.'s and/or New Aloha Corporation's business activities and operations from 2000 through the present.

8. All documents reflecting any and all of New Albertson's Inc.'s and/or New Aloha Corporation's suppliers in Florida from 2000 through the present.

9. All documents reflecting whether New Albertson's Inc. and/or New Aloha Corporation conducted any retail activity in Florida between 2000 through the present.

10. All documents reflecting whether New Albertson's and/or New Aloha Corporation operated any business in Florida between 2000 through the present.

11. All documents reflecting whether New Albertson's Inc. and/or New Aloha Corporation engaged in any business in Florida between 2000 through the present.

12. All documents reflecting whether New Albertson's Inc. and/or New Aloha Corporation carried on a business and/or business venture in Florida between 2000 through the present.

13. All documents reflecting whether New Albertsons' Inc. and/or New Aloha Corporation had any employees in Florida between 2000 through the present.

14. All documents reflecting the corporate structure of Supervalu, Inc. between 2000 to the present.

15. All documents reflecting the corporate structure of CVS, Inc. between 2000 to the present.

16. All documents reflecting the corporate structure of AB Acquisition LLC from 2000 to the present.

17. All documents reflecting the suppliers for New Albertson's Inc. stores, specifically including their location(s) from 2000 to present.

18. All documents reflecting the business activities, operations and business ventures of Supervalu, Inc. in Florida from 2000 through the present.

19. All documents reflecting the business activities, operations and business ventures of CVS, Inc. in Florida from 2000 through the present.

20. All documents reflecting the business activities, operations and business ventures of AB Acquisition LLC in Florida from 2000 through the present.

21. Whether New Albertson's Inc. and/or New Aloha Corporation entered into any leases or other written contracts in Florida or with any entities in Florida between 2000 and the present.

22. Documents reflecting all business activities engaged in or conducted by New Albertson's, Inc. and Albertson's LLC from 2000 to present.

23. Documents reflecting any and all health care services offered to Florida residents through automated systems and customer service agents by New Albertson's Inc., Albertson's LLC and/or any parent(s), subsidiary(ies) and/or sister corporation(s).

24. Documents reflecting all suppliers and other entities with whom Supervalu, Inc. has engaged from 2000 to the present.

25. Copies of all Summons and Complaints served on New Albertson's Inc.'s registered Agent in Florida from 2000 to the present.

26. Documents reflecting the corporate structure and business conducted by the Eastern Division of New Albertson's Inc.

27. Documents reflecting the job description, duties and responsibilities of the Vice President of the Regional Supply Chain, Florida, Eastern Division.

28. Documents reflecting job description, duties and responsibilities of the Vice President, Florida Area, Eastern Division.

29. Documents reflecting all corporate officers of New Albertson's Inc. from 2000 to present who are designated for the area of Florida, including but not limited to Gerald L. Melville and Richard R. Bunnell.

30. Any and all documents reflecting the location(s) of Mr. Melville's and Mr. Bunnell's offices.

31. Any and all documents reflecting appointments for Mr. Melville and Mr. Bunnell, including, but not limited to, written or electronic calendars, blackberry's, and appointment books.

32. Any and all written or electronic Rolodex or list of contacts for Mr. Melville and Mr. Bunnell.

33. Documents reflecting any announcement by New Albertson's Inc, parent(s), subsidiary(ies) or sister company(ies) of recalls of pet food products from 2000 to the present.

34. Documents reflecting complaints received by New Albertson's Inc. from consumer(s) in Florida from 2000 to the present.

35. Documents reflecting lawsuits filed by New Albertson's Inc in federal or state court in Florida, from 2000 to present.

36. Any documents regarding manufacture, distribution, promotion, advertisement or sale of any product and/or services by New Albertson's Inc. in Florida from 2000 to present.

37. Copies of contracts, including but not limited to joint ventures, letter(s) of intent, and memorandum(a) of understanding, entered into between and amongst New Albertson's Inc. and the following entities:

    a) Supervalu, Inc.
    b) New Aloha Corporation
    c) CVS, Inc.
    d) AB Acquisitions LLC
    e) Albertson's LLC

38. Copies of contract(s) entered into by New Albertson's Inc., for purchase or lease of real property in Florida.

39. All documents reflecting use of storage facilities by New Albertson's Inc., in Florida.

40. All documents reflecting purchase or sale of services in Florida by New Albertson's Inc.

41. Documents reflecting product(s) shipped to and from Florida from 2000 to present.

42. Documents reflecting New Albertson's Inc.'s utilization of ports or airports in Florida for export, import or shipment inter state of any product.

43. Documents reflecting supplies received from Florida by New Albertson's Inc from 2000 to present.

44. Documents reflecting bank accounts or investment accounts held by New Albertson's Inc. in Florida.

45. Documents reflecting any internet sale(s) of products to Florida, including, but not limited to, the type of product(s) sold and the quantity(ies).

46. Documents reflecting use of office space for any employee or agent of New Albertson's Inc. in Florida, including, but not limited to storage facilities, lease of real property or personal property.

47. Documents reflecting agency relationship between New Albertson's Inc and any entity(ies) located in Florida.

48. Documents reflecting compensation paid by New Albertson's Inc. to any officer, employee and/or agent in Florida.

49. Documents reflecting residency, permanent or temporary, of any officer(s) employee(s) or agent(s) of New Albertson's Inc. in Florida.

50. Documents reflecting travel or business meetings attended by officer(s), employee(s) or agents of New Albertson's Inc. in Florida.

51. Documents reflecting any business operation(s) by New Albertson's Inc. or subsidiary(ies) through an agent(s) in Florida.

52. Documents reflecting telephone listing(s) held by New Albertson's Inc. in Florida.

53. Documents reflecting any mailing address(es) held by New Albertson's Inc. in Florida.

54. Documents reflecting New Albertson's revenue from 2000 to present, including, but not limited to, documents reflecting revenue from sales in Florida.

55. Documents reflecting New Albertson's client or customer base in Florida.

56. Copies of all Florida licenses held by New Albertson's or corporate officers, employees or agents of New Albertson's in Florida.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Mail this 20th day of November, 2007 to all counsel of record on the attached service list.

_____
Catherine J. MacIvor

## SERVICE LIST

### CASE NO. 07-21221 ALTONAGA/Turnoff

CATHERINE J. MACIVOR
cmacivor@mflegal.com
JEFFREY B. MALTZMAN
jmaltzman@mflegal.com
JEFFREY E. FOREMAN
jforeman@mflegal.com
DARREN W. FRIEDMAN
dfriedman@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

ROLANDO ANDRES DIAZ
E-Mail: rd@kubickdraper.com
CASSIDY YEN DANG
E-Mail: cyd@kubickidraper.com
MARIA KAYANAN
E-Mail: mek@kubickidraper.com
KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

WILLIAM C. MARTIN
DLA PIPER LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
E-Mail: William.Martin@dlapiper.com

*Attorneys for Defendants Menu Foods, Inc.
And Menu Foods Income Fund*

JOHN B.T. MURRAY, JR.
E-Mail: Jbmurray@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies
Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc.,
Target Corporation and Meiner, Inc.*

ALEXANDER SHAKNES
E-Mail: Alex.Shaknes@dlapiper.com
AMY W. SCHULMAN
E-Mail: Amy.schulman@dlapiper.com
LONNIE L. SIMPSON
E-Mail: Lonnie.Simpson@dlapiper.com
S. DOUGLAS KNOX
E-Mail: Douglas.knox@dlapiper.com
DLA PIPER LLP
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

HUGH J. TURNER, JR.
AKERMAN SENTERFITT
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224
E-Mail: hugh.turner@ackerman.com

*Attorneys for Defendants Publix Super Markets, Inc.*

**GARY L. JUSTICE**
E-Mail: gjustice@gibsondunn.com
**CHARLES H. ABBOTT**
E-Mail: cabbott@gibsondunn.com
**GAIL E. LEES**
E-Mail: glees@gibsondunn.com
**WILLIAM EDWARD WEGNER**
E-Mail: wwegner@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

**OMAR ORTEGA**
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
E-Mail: oortega@dortandortega.com

*Attorneys for Defendant Mars, Incorporated And Mars Petcare U.S.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**OLGA M. VIEIRA**
E-Mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

and *H.E. Butt Grocery Co.*
**MARTY STEINBERG**
E-Mail: msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
E-Mail: ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickel Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*Attorneys for Defendant Nutro Products, Inc.*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**CHRISTOPHER M. D'ANGELO**
E-Mail: cdangelo@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Defendants Mars, Incorporated And Mars Petcare U.S.*

**MARCOS DANIEL JIMINEZ**
E-Mail: ndj@kennynachwalter.com
**ROBERT J. ALWINE, II**
E-Mail ralwine@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company LLC*

13
CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

SHERRIL M. COLOMBO
COZEN O'CONNOR
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-Mail: scolombo@cozen.com

*Attorneys for Defendant Del Monte Foods Co.*

JOHN F. MULLEN
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-Mail: jmullen@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

JAMES K. REUSS
LANE ALTON & HORST, LLC
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
E-Mail: JReuss@lanealton.com
*Attorneys for Defendant The Kroger Co. of Ohio*

D. JEFFREY IRELAND
E-Mail: djireland@ficlaw.com
BRIAN D. WRIGHT
E-Mail: Bwright@ficlaw.com
LAURA A. SANOM
E-Mail: lsanom@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant Proctor & Gamble Co. and The Iams Co.*

RICHARD FAMA
E-Mail: rfama@cozen.com
JOHN J. McDONOUGH
E-Mail: jmcdonough@cozen.com
COZEN O'CONNOR
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

CAROL A. LICKO
HOGAN & HARTSON L.L.P
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550
E-Mail: calicko@hhlaw.com

*Attorneys for Nestle U.S.A., Inc.
Nestle Purinia Petcare Co. and Nestle S.A.*

CRAIG A. HOOVER
E-Mail: cahoover@hhlaw.com
MIRANA L. BERGE
E-Mail: mlberge@hhlaw.com
HOGAN & HARTSON L.L.P.
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle USA, Inc.
Nestle Purina Petcare Co. and Nestle S.A.*

ALAN G. GREER
RICHMAN GREER, P.A.
Miami-Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

RALPH G. PATINO
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtmarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone: (303) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendant's Inc. and Albertson's LLC*

**C. RICHARD FULMER, JR.**
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
E-Mail: rfulmer@Fulmer.LeRoy.com

*Attorneys for Defendant The Kroger Co. of Ohio*

*Attorneys for Defendants Proctor & Gamble Co. and The Iams Co.*

**ROBIN L. HANGER**
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
E-Mail: rlhanger@ssd.com

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*

**ROBERT VALADEZ**
E-Mail: rvaladez@shelton-valadez.com
**JAVIER THOMAS DURAN**
E-Mail: jduran@shelton-valadez.com
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666

*Attorneys for Defendant H.E. Butt Grocery Co.*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW DOBER**
E-Mail: adober@akingump.com
**AKIN GUM STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

15
CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

**JASON JOFFE**
**SQUIRE SANDERS & DEMPSY, LLP**
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
E-Mail: jjoffee@ssd.com

*Attorneys for Defendant Meijer, Inc.*

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077