UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM, PATRICIA
DAVIS, SUSAN PETERS, DEBORAH HOCK, MIKE FLOYD,
BETH WILSON, CLAIRE KOTZAMPALTIRIS,
DONNA HOPKINS-JONES, NICOLE PIAZZA,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELE
VALORAS, individually and on behalf of others similarly
situated,

        Plaintiffs/Class Representatives,

vs.

MARS, INC., MARS PETCARE US, INC., PROCTOR AND
GAMBLE, CO., THE IAMS CO., COLGATE PALMOLIVE
COMPANY, HILL'S PET NUTRITION, a Delaware
Corporation, DEL MONTE FOODS, CO., NESTLE USA INC.,
NESTLE PURINA PETCARE CO., NESTLE S.A., NUTRO
PRODUCTS INC., MENU FOODS, INC., MENU FOODS
INCOME FUND, DOANE PET CARE ENTERPRISES, INC.,
PUBLIX SUPERMARKETS, INC., NEW ALBERTSON'S INC.,
ALBERTSON'S LLC, THE KROGER CO. OF OHIO,
SAFEWAY INC., H. E. BUTT GROCERY COMPANY,
MEIJER INC., MEIJER SUPER MARKETS, INC., THE STOP
& SHOP SUPERMARKET COMPANY, PETCO ANIMAL
SUPPLIES STORES, INC., PET SUPERMARKET, INC., PET
SUPPLIES "PLUS," PET SUPPLIES PLUS/USA INC.,
PETSMART INC., TARGET CORP., WAL-MART STORES,
INC.,

        Defendants.
_____/

**THIRD AFFIDAVIT OF ROBERT VERHEULEN IN SUPPORT OF
JURISDICTIONAL DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT PERSONAL
JURISDICTION DISCOVERY**

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

STATE OF MICHIGAN

COUNTY OF KENT

Before me, the undersigned authority, personally appeared Robert VerHeulen, who upon being duly sworn, deposes and states:

1. My name is Robert VerHeulen. I am over the age of eighteen (18) years old, am competent to testify and have personal knowledge of the facts contained in this Affidavit;

2. I am Vice President and Deputy General Counsel of Meijer, Inc.;

3. MeijerEcom, Inc., is a Michigan corporation and a wholly-owned subsidiary of Meijer, Inc. MeijerEcom, Inc. is the entity that owns and operates Meijer.com. Commencing 12/1/07, MeijerEcom is also the entity that purchases the goods that are sold to consumers on Meijer.com. Before that date, the purchasing entity was Meijer Distribution, Inc., another wholly-owned subsidiary of Meijer, Inc.

4. Meijer, Inc. offers Meijer credit and charge cards to its customers. The cards are issued by GE Money Bank, a member of the General Electric Company ("GE") corporate family, and are not issued by Meijer, Inc. Meijer has no control whatsoever over where or how GE accepts or processes customer payments made on the Meijer credit or charge card, and has no contractual right whatsoever to supervise, direct, change or manage this payment acceptance or processing function.

5. The New True Track Smart System is a blood glucose monitor designed by Home Diagnostics, Inc. for Meijer customers and is available only at Meijer's retail stores, which do not operate in Florida

2

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

FURTHER AFFIANT SAYETH NAUGHT

_____
ROBERT VERHEULEN

### ACKNOWLEDGMENT

I HEREBY CERTIFY that on this 10th day of December, 2007, personally appeared Robert VerHeulen, who is personally known to me or who produced the following identification _driver's license_ and he swore, subscribed and acknowledged before me that he executed the foregoing as his free act and deed as such officer or representative of said corporation or entity, for the uses and purposes therein mentioned, and that he did take an oath.

In witness whereof, I have hereunto set my hand and seal in _Kent County, MI_.

SEAL

_____
Signature

PAT A. BIGOROWSKI
Notary Public, Kent County, Michigan
Acting in Kent County
My Commission Expires July 1, 2012

3