UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

      Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*,

      Defendants.

_____/

**DECLARATION OF AMANDA SAMPLE**

     I, Amada Sample, declare and state the following is true and correct under penalty of perjury:

     1.     My name is Amanda Sample. I am over the age of eighteen and I have personal knowledge of all of the facts contained herein.

     2.     I am an associate at the law firm of Maltzman Foreman, P.A.

     3.     I have reviewed the Defendants' Response to the Plaintiff's Motion for Leave to Conduct Personal Jurisdiction and in particular the portions relating to the various websites operated by the Defendants. Each of these websites is highly interactive and clearly invites Florida residents to order products from each one. *See* examples from Defendants, Meijer, Inc., H.E. Butt Grocery Company, The Kroger Co. of Ohio, Safeway, Inc., and the Stop & Shop Supermarket Company attached hereto demonstrating the sale of a service or product to a Florida resident attached hereto as Exhibit "A."

**Exhibit A**

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

4.    Meijer Inc. specifically states in the Response that pet treats were offered for sale on its website after the filing of the Plaintiffs Second Amended Complaint and that, to date, no pet treat offered for sale on meijer.com has been sold to a Florida consumer through meijer.com. [DE 266-1]. That is a categorically false statement as best evidenced by the invoice received from an order for pet treats that I personally placed with meijer.com with Catherine J. MacIvor's credit card to be sent to Catherine J. MacIvor at Maltzman Foreman, PA in Miami, Florida on November 16, 2007. *See* invoice attached as Exhibit "B." Meijer also falsely states that it began offering pet treats on November 23, 2007, which was not during the class period. [DE 266-1 p. 13]. I am personally aware that pet treats were offered for sale to Florida residents on meijer.com prior to November 16, 2007, which was the date that I ordered the pet treat for Ms. MacIvor.

5.    As these Defendants must be aware, there is no publicly available information indicating the number of hits on the Defendants from Florida residents, the volume of products order, the total dollar amount in sales of products and services to Florida residents or any other indicia of the extent to which these virtual retail stores and services provided by the Defendants have derived a profit from Florida consumers other than Meijer, Inc.'s somewhat cryptic statement that only 2% of Meijer Inc's total internet sales have been derived from online sales to Florida consumers from meijer.com. Meijer, Inc., however, clearly fails to disclose the other internet portals through which it sells products and/or services to Florida consumers nor does it reveal the dollar amount of the sale. The Plaintiffs are unable to obtain this information publicly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2007.

Amanda Sample





## Premium Fruit & Gift Baskets
### at kroger.com

 

WHAT'S NEW    MY KROGER    SAVINGS    KIT...

**Enter Promo Code**
**Customer Service**

| Flowers | Fruit and Gift Baskets | Steaks and Meats |

## Fruit Gift Baskets

Return to Gifts Section

Our Exclusives
Best Sellers
Gift Baskets

Anniversary
Birthday
Congratulations
Love & Romance

Roses
Mixed Bouquets
Tulips
Lilies
Iris
Orchids/Exotics
Plants
Bonsai
Wreaths

New Arrivals
Special Savings
Bloom of the Month

Designer Collection
Pink Ribbon Collection

Track & Modify Orders

Fruit Gift Baskets

Premium Beef
Kobe Beef
Beef Values



**Exhibit "A"**

**Fruitasia Basket**



*$49.99*
**BUY TODAY**

**Organic Extravaganza**



*$34.99*
**BUY TODAY**

**Cherry Moon Farms Favorites**



*$32.99*
**BUY TODAY**

**Snack Attack**



*$34.99*
**BUY TODAY**

**Hand-Dipped Football Berries - 1 Dozen**



*$49.99*
**BUY TODAY**

**Classic Fruit Basket with 3 Free Gifts**



*$39.99*
**BUY TODAY**

**Favorites of Champions**



**Coffee King**



**Cherry Moon Farms Organic Favorites**





$34.99 **BUY TODAY**    $44.99 **BUY TODAY**    $39.99 **BUY TODAY**

**Country Gourmet Basket**    **Basket of Awesome Treasures**    **Gourmet Picnic Crate**

$69.99 **BUY TODAY**    $69.99 **BUY TODAY**    $59.99 **BUY TODAY**

All Contents © Copyright 2007 The Kroger Co.
All Rights Reserved.

Back to Gifts & Occasions   |   Investor Reports & Statement
Privacy Policy   |   Terms and Conditions of Use




Premium Flowers & Gifts







WHAT'S NEW | MY KROGER | SAVINGS | KITCHEN HELP | PHARMACY & HEALTH | GIFTS & OCCASIONS

## Deliver My Order To:

\* *Indicates Required Field*

**A Saved Address:** Select One

\* Recipient's First Name: b

\* Recipient's Last Name: s

Relationship: Business Contact

\* Location Type: Business    Details...

Company Name:

\* Address Line 1: 110 Jefferson Ave

Address Line 2:

\* City: Tallahassse    \* State: FL

\* Zip: 33014    ☐ I Don't Know the Zip Code.  (We'll suggest one later.)

\* Phone Number: 850-376-8790

## Card Message:

Occasion: I'm Sorry

Card Message: thanks

\* Card Signature: -bs

☐ I prefer to send this gift anonymously

[ < Back ]    [ Next > ]

**Your Ord Details:**

**Organic E**



They're wo
Make it extra-

☐ Hand-
Decorated
"Cherry Moor
Farms" Sugar
Cookie
**Only $5.99**

☐ Large
Ghirardelli
Chocolate Ba
**Only $5.99**

☐ 100% Organi
Jelly Pebbles
**Only $5.99**

☐ 100% Organi
Pistachios
**Only $5.99**



 **Your order is safe and secure.**

All transactions with this web site are secure, indicated by the icon in your browser window. Click here for more details.



All Contents © Copyright 2005 The Kroger Co.
All Rights Reserved.

Back to Gifts & Occasions    |    Investor Reports & Statements

Privacy Policy    |    Terms and Conditions of Use





Premium Flowers & Gifts

     

WHAT'S NEW    MY KROGER    SAVINGS    KITCHEN HELP    PHARMACY & HEALTH    GIFTS & OCCASIONS

## Deliver My Order To:

* Indicates Required Field

**A Saved Address:** s, b - House or Residence

* Recipient's First Name: b

* Recipient's Last Name: s

Relationship: Business Contact

* Location Type: House or Residence      Details...

* Address Line 1: 2626 PARK AVE

Address Line 2: APT

* City: tallahassee    * State: FL

* Zip: 33014    ☐ I Don't Know the Zip Code.  (We'll suggest one later.)

* Phone Number: 850-336-9087

## Card Message:

Occasion: Select Occasion...

Card Message: thanks

* Card Signature: -bs

☐ I prefer to send this gift anonymously

**Your Order Details:**

**Europea Bou**

They're wor
Make it extra-

☐ Square Glass
**Only $9.99**

☐ Teddy Bear
**Only $9.99**

☐ Rocky Mount
Chocolate
Truffles
**Only $9.99**

☐ NEW! Happy
Birthday Balla
- 7 in.
**Only $3.99**

Page 5



 **Your order is safe and secure.**

All transactions with this web site are secure, indicated by the icon in your browser window. <u>Click here</u> for more details.



All Contents © Copyright 2005 The Kroger Co.
All Rights Reserved.

Back to Gifts & Occasions    |    Investor Reports & Statements

Privacy Policy    |    Terms and Conditions of Use



**Kroger**

| Cart | Item 1<br>Order Options<br>Delivery | | Billing | Review & Submit |

---

**Step 1**  ENTER Delivery Date

Saturday<br>9.95<br>Arrives on or before<br>○ Sat 12/15/07

Overnight<br>9.95<br>Arrives on or before<br>● Tue 12/11/07

Shipping Schedule/Policies **FedEx**

---

**Step 2**  ENTER Recipient's Address

*Location Type: **Business**

Name of Business: **mforeman**

*Address: **2 S biscayne blvd**

*City: **Miami**

*State: **Florida**

*Zip Code: **33137** [Change Zip Code]

*Country: **United States**

Recipient's Phone #: **305-258-6555**    Ext.

---

**Step 3**  ENTER Special Delivery Instructions

Note: Deliveries for a specific time of day can not be guaranteed.  More Info.

thanks

180 characters max.

---

\* - Required Fields

◄ Back

▶ Submit ▶<br>Proceed to complete Billing

Item 1 Price: **$69.99**

Continue Shopping

**Secured by thawte**<br>2007-12-10

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.<br>Produced by Novator Systems Ltd.

https://ordering.ftdfloristsonline.com/kroger/scart/delivery.html?entry_id=53533425

12/10/2007

**Kroger**

|   | Cart |  | Item 1 | | Billing | Review & Submit |
|---|------|--|--------|--|---------|-----------------|
|   |      |  | Order Options | | | |
|   |      |  | Delivery | | | |

Select from your address book if Billing address is the same as Delivery Address:  CLICK HERE

| | |
|---|---|
| *First Name: | a |
| *Last Name: | s |

**Step 1** — **ENTER Billing Information**

*Address:  2 S Biscayne  blvd suite 2300

*City:  miami    *State/Province:  Florida

*Zip/Postal Code:  33137    *Country:  United States

*Daytime Phone #:  305-358-6555    Ext.

*Evening Phone #:    Ext.

*E-mail:

**Step 2** — **ENTER Credit Card Information**

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   Carte Blanche   Diners Club International

*Credit Card #:  00000000000000000

*Expiration Date:  February    2008

**Step 3** — **ENTER promotion code:**

**Step 4** — **ENTER Plus Shoppers Card Number**

Enter the 12 digits on the back side of your card, starting with the number 4

**Step 5** — **How did you hear about us?**

Quick Select:

Other-Describe:

60 characters max.

☐ Please select to add your name and e-mail address to our promotions list and we'll notify you of our newest products and promotions via e-mail.

* - Required Fields

◄ Back    ▶ Submit ▶    Item 1 Price: **$69.99**

Proceed to complete Review

Continue Shopping

https://ordering.ftdfloristsonline.com/kroger/scart/billing.html?entry_id=                     12/10/2007

Case 1:07-cv-21221-CMA    Document 268-2    Entered on FLSD Docket 12/10/2007    Page 11 of 58

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

https://ordering.ftdfloristsonline.com/kroger/scart/billing.html?entry_id=    12/10/2007

visit our consumer sites    -- sele

SITE MA

| | ABOUT US | CORPORATE NEWS | OPERATIONS | INVESTOR INFO | S D |
|---|---|---|---|---|---|

LATEST NEWS

WELCOME TO THE KROGER CO.

SEC Filin

Email Us

Also of I

Doing Our P
Co.'s Green

Public Respo

The Kroger C
Report

Annual Repo
Statement

2006 Kroger

The Kroger C
Directors Gu
of Corporate

The Kroger C
Business Eth

Kroger Empl

Animal Welfa

The Kroger F
Policy

The 2006 Kr
Spending Re

**November 9, 2007**
Kroger Associates in West Virginia Ratify New Labor Agreement

**November 8, 2007**
Kroger Associates in Cincinnati Ratify New Labor Agreement

**November 2, 2007**
Kroger and Ufcw Locals 400 in West Virginia and 1099 in Cincinnati Reach Tentative Agreements

**October 24, 2007**
Kroger Manufacturing Honored as One of America's Safest Companies

**October 19, 2007**
Kroger Named "Retailer of the Year" by the Nation's Largest Hunger Relief Organization

**October 12, 2007**
Food 4 Less Associates Ratify New Labor Agreement

**September 28, 2007**
Kroger Creates New Position to Strengthen its Hunger Relief Efforts

**September 27, 2007**
Kroger "Pink Tag" Campaign To Raise $2.5 Million For Breast Cancer

## Kroger's Corporate Home on the Web

**Customer, associate or investor** - you've come to the right place to find out more about The Kroger Co. Headquartered in Cincinnati, Ohio, Kroger (NYSE:KR) is one of the nation's largest grocery retailers, with fiscal 2006 sales of $66.1 billion.

The Kroger Co. spans many states with store formats that include grocery and multi-department stores, convenience stores and mall jewelry stores. We operate under nearly two dozen banners, all of which share the same belief in building strong local ties and brand loyalty with our customers.

We're proud to fly one of these banners in your neighborhood.

### Supermarkets




















### Price-Impact Warehouse Stores

### Multi-Department Stores

 



**September 20 , 2007**
Kroger Board of Directors Declares Quarterly Dividend

**September 20 , 2007**
Make a Date with Your Family: Kroger Encourages Families to Share a Meal on September 24, 2007

Awareness In October

## Convenience Stores

  

 

**September 19 , 2007**
Kroger Names Rick Going President of New Michigan Division

**September 18 , 2007**
Kroger Reports Second Quarter Results

## Jewelry Stores

  

**September 4 , 2007**
Kroger to Webcast Second Quarter Conference Call with Investors

## Financial Services



**August 29 , 2007**
QFC and Fred Meyer Associates Ratify New Labor Agreements

→ **MORE PRESS RELEASES**

**All Contents © Copyright The Kroger Co.**                    **Privacy Policy | Terms**




**Find Stores**

Home

What's New
My Kroger
Special Order
Savings
Kitchen Help
Pharmacy & Health
Flowers & Gifts

Find Stores
Contact Us
Site Map

About Our Company
Surplus Real Estate
SEC Filings
Careers
FAQ's

## SEARCH RESULTS

Listed below are the closest stores within 200 miles of your location.

| STORE ADDRESS | DISTANCE | DETAILED VIEWS |
|---|---|---|

### JEWELRY STORES
**You may also be interested in our family of jewelry stores in your area.**

| | | |
|---|---|---|
| 1. **LITTMAN JEWELERS**<br>19575 BISCAYNE BLVD., RM.<br>MIAMI,FL 33180<br>3059334770 | 10.54 miles | details \| directions |
| 2. **LITTMAN JEWELERS**<br>8000 WEST BROWARD BLVD.,<br>PLANTATION,FL 33388<br>9547230355 | 15.32 miles | details \| directions |
| 3. **LITTMAN JEWELERS**<br>801 NO. CONGRESS AVE., RM<br>BOYNTON BEACH,FL 33426<br>5617368699 | 45.63 miles | details \| directions |
| 4. **LITTMAN JEWELERS**<br>10300 FOREST HILL BLVD<br>WELLINGTON,FL 33414<br>5617954078 | 52.01 miles | details \| directions |
| 5. **LITTMAN JEWELERS**<br>1918 9TH STREET NORTH, SP<br>NAPLES,FL 34102<br>9412610220 | 94.70 miles | details \| directions |

Top

These maps/directions are informational only. No representation is made or warranty
given as to their content, road conditions or route usability or expeditiousness. User
assumes all risk of use. MapQuest, The Kroger CO., and their suppliers assume no
responsibility for any loss or delay resulting from such use.

All Contents © Copyright 2004 The Kroger Co. All Rights Reserved.          Privacy Policy  |  Terms and Conditions c

Powered by MapQuest.com, Inc.

Contact Us    Find a BI



For Consumers
For Businesses
For Charities and Donors       In Northwest Florida
About Us
News Center

**Find information you're looking for.**    I want to...

**For Consumers**

Home   For Consumers   Check Out a Business or Charity

Check Out a
Business or Charity

Complaints

Resource Library

BBB Accredited
Business & Charity
Directory

Programs and
Services

Find a BBB

**Reliability Report for**

# Tom Thumb Store# 15 & Store #31 850-626-2346

The BBB reports on businesses, both accredited and non-accredited. If an organization is a BBB Accredited business, it is stated in this report.

| | |
|---|---|
| Name: | Tom Thumb Store# 15 & Store #31 850-626-2346 |
| Phone: | (850) 626-2346 |
| Address: | 4141 Avalon Blvd. Milton,Fl.32583 Store#15 5953 Willard Norris Rd. Milton,Fl 32570 Store # 31 |
| | Milton, FL 32583 |
| Principal: | 850-623-1916 |
| File Open Date: | April 2006 |
| TOB Classification: | Convenience Stores |
| BBB Accreditation: | This organization is not a BBB Accredited business. |

The BBB has requested basic information from this company but has not received a response. As a result, the BBB may not have current information about the company

**Customer Experience**

The BBB processed a total of 0 complaints about this company in the last 36 months, our standard reporting period.

**Licensing**

This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. The BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

Report as of November 15, 2007
Copyright© 2007 BBB®, Inc.

If you choose to do business with this business, please let the company know that you contacted the BBB for a **report**.

BBB reports may not be reproduced for sales or promotional purposes.

The information in this report has either been provided by the company or has been
compiled by the BBB from other reliable sources.

As a matter of policy, the BBB does not endorse any product, service or company. BBB
reports generally cover a three-year reporting period, and are provided solely to assist
you in exercising your own best judgment. Information contained in this report is
believed reliable but not guaranteed as to accuracy. Reports are subject to change at
any time.

Privacy Policy      Trademarks      Terms of Use

© 2007 Council of Better Business Bureaus

Contact Us | FAQs | Log-In |  SEARCH



Home    Consumer    Business    Agency

Company Reports
Reports by Category
▷ File a Complaint
▷ Consumer Services
▷ Business Services
▷ Agency Services
▷ Media Services
Newsletter & Archives
▷ Topics of Special Interest
  ▷ BBB Membership
  ▷ Arbitration Services
    ▷ Advertising
    ▷ Contact Us
Member Directory

www.bbbsoutheastflorida.org
Southeast Florida and the
Caribbean

Company I

## Company Profile

| | | |
|---|---|---|
| **DBA:** | Tom Thumb Food Store No 328 | » Other |
| **Address:** | 4600 S.W. 160th Avenue Southwest Ranches, FL    33331 | » Other |
| **Primary Phone:** | (954) 680-5541 | » Other |
| **Primary Fax:** | | |
| **Primary Contact:** | Complaints Department | » Other |
| **Website:** | | |
| **Company ID:** | 11007017 | |
| **Business Start Date:** | | |
| **BBB Created Record on:** | 8/4/2006 | |

### Nature of Business:

This company's nature of business is Bulk Food Stores

## BBB Comments and Analysis

### Bureau's Comments and Analysis of Company's Business

We have no further comment about this company's business practices or analysis of its offer that may assist you in your consideration of this company.

## Licensing

**Licensing Agency:**

**License Number:**

**Status:**

### This license permits the company to perform the following services:

This company is in an industry that may require licensing, bonding or registration in

## Tom Thumb Food Sto
328



Company Rating

### Rating Explanat
The rating the Be
Business Bureau a
business is determ
composite score o
factors as its type
business, length o
business, complia

### » Full Rating Explanation

## Complaint Experience

### Bureau Summary and Analy customer complaints and co responses:

We have received no complaints a
company.

## Complaint Closing Statistic

The following grid displays the nu
responses to complaints over the
months:

| No. of Cmpl | Type of Res |
|---|---|
| 0 | Making a full ref consumer reques |
| 0 | Making a partial |
| 0 | Agreeing to perf according to thei |
| 0 | Refusing to mak adjustment |
| 0 | Refuse to adjust terms of agreem |
| 0 | Unanswered |
| 0 | Unassigned |
| **0** | **Total** |

order to lawfully do business. The Bureau encourages you to check with the appropriate agency to be certain any requirements are currently being met.

© Copyright 2004-2006 The Better Business Bureau of the Southland, Inc. All Rights Reserved. - D

Contact Us   Find a BI

For Consumers
For Businesses
For Charities and Donors
About Us
News Center

In Northwest Florida



**Find information you're looking for.**   I want to...

Home   For Consumers   Check Out a Business or Charity

### For Consumers

Check Out a
Business or Charity

Complaints

Resource Library

BBB Accredited
Business & Charity
Directory

Programs and
Services

Find a BBB

**Reliability Report for**

# Tom Thumb Food Store

The BBB reports on businesses, both accredited and non-accredited. If an organization is a BBB Accredited business, it is stated in this report.

| | |
|---|---|
| Name: | Tom Thumb Food Store |
| Phone: | (850) 944-0082 |
| Address: | 7422 Pine Forest Rd |
| | Pensacola, FL 32526-8814 |
| File Open Date: | March 2006 |
| TOB Classification: | Convenience Stores |
| BBB Accreditation: | This organization is not a BBB Accredited business. |

The BBB has requested basic information from this company but has not received a response. As a result, the BBB may not have current information about the company

**Customer Experience**

The BBB processed a total of 0 complaints about this company in the last 36 months, our standard reporting period.

**Licensing**

This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. The BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

Report as of November 15, 2007
Copyright© 2007 BBB®, Inc.

If you choose to do business with this business, please let the company know that you contacted the BBB for a **report**.

BBB reports may not be reproduced for sales or promotional purposes.

The information in this report has either been provided by the company or has been compiled by the BBB from other reliable sources.

As a matter of policy, the BBB does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist

you in exercising your own best judgment. Information contained in this report is
believed reliable but not guaranteed as to accuracy. Reports are subject to change at
any time.

Privacy Policy      Trademarks      Terms of Use

© 2007 Council of Better Business Bureaus



Home › Services › Specialty Foods

# Specialty Foods



### Order Hard-to-Find Specialty Food Items Online!

Is there a hard-to-find food product that you can't get at your local Meijer store? Now you can order it online and have it delivered right to you! Our special order store features health and wellness, kosher, organic products and more!

**⊙ Start Shopping**

Note: When you enter this site, you'll be leaving Meijer.com, but you can return at any time. The site you're entering is owned and operated by Kehe Food Distributors, Inc. and not Meijer.





| Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collection |

### Quick Search

Store [ ]

**Search**

Brand Search

#### Can't Find It?

Request It!

#### Shopping Cart

| Last 3 Products | Qty |
|---|---|
| *Empty* | |
| Cart Total #: | 0 |
| Cart Total $: | $0.00 |

#### Store Aisles

Entire Store
International/Regional
Health & Wellness
Organic
Collections
Kosher

*Brand*Stores

Alba Store
AMT Store
Arrowhead Mills Store
Bay Valley Store
Bear Creek Store
Bear Naked Store
Bertolli Store
Bigelow Store
BRIANNAS Store
Cabana Ice Store
Calhoun Bend Mill
Carb Options Store
Celestial Seasonings Store
Ceres Store
Da Vinci Store
DeCecco Store

Current Location: >> Home



**Entire Store**
Browse through all our departments in the online store.



**International**
Food from around the world.



**Health & Wellness**
Healthy living and special dietary-needs products.



**Organic**
Food processed and labeled in accordance with the National Organic Program.



**Collections**
Food collections from celebrities and gift ideas.



**Kosher**
Products that conform to Jewish dietary guidelines.

Featured Products



Siljans Mini Croustades

2 Pack 1.75 OZ

**$6.78**

**Buy**



Silver Spring Gardens Horseradish, All Natural Cranberry

3 Pack 8.5 OZ

**$5.95**

**Buy**



Estee Dark Chocolate Bar

3 Pack 2.5 OZ

**$6.42**

**Buy**



Celestial Seasonings Holiday Tea, Candy Cane Lane, DECAF

2 Pack 20 CT

**$5.98**

**Buy**

Page

Earths Best Store

Estee Store

Famous Dave's Store

Faribault Foods Store

Filippo Berio Store

Garden of Eatin' Store

Grandma Mauds Store

Green Mountain Gringo Store

Health Valley Store

Hero Store

Hodgson Mill Store

Hormel Foods Store

Jason Natural Store

JFC Store

Kedem Store

Kellogg Online Store

Kikkoman Store

King Arthur Flour Store

Knorr Store

La Preferida Store

La Tortilla Factory Store

Lawry's Store

Lipton Tea Store

LouAna Store

Lucini Store

Lundberg Family Farms Store

Marzetti Store

McCormick Spices Store

Mizkan Store

MORTON Salt Store

Mothers Natural Food Store

Mr. Krispers Store

Near East Store

Necta Sweet Sugar Store

Oregon Chai Store

Pacific Chai Store

Plochman's Store

Quaker Store

Quisp Store

Ray's Chilli

Reese Store

San-J Store

Santa Barbara Olives Store

Santa Barbara Salsa Store

Sara Lee Store

Siljans Store

Silver Spring & Bookbinder's Foods Store

Sweet Leaf Store

Teas Of Ceylon Store

Terra Chips Store

Thai Kitchen/Simply Asia Store

Traditional Medicinals Store



Celestial Seasonings Holiday Tea, Nutcracker Sweet Black Tea

2 Pack 20 CT

**$5.98**





Walkers Shortbread Fingers, single serving pack

12 Pack 1.4 OZ

**$9.09**





Nutcracker Music CD

Single

**$16.95**





Celestial Seasonings Holiday Tea Tin

Single

**$5.95**



Trinity Springs Store
Tumaro's Store
Vigo & Alessi Store
Walker's Store
Wasa Store
World Harbors Store
WorldFood Store
Yogi Tea Store
Zatarain's Store
Ziyad Store
Ziyad Wild Garden Store

Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review



Managed by 

   

Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher



| Checkout Steps | 🔒 **Secure** Checkout | | Checkout Step 2 of 6 |

**Checkout Steps**

✔ 1) Review Shopping Cart

2) **Billing & Shipping Information**

3) Delivery Options

4) Order Review & Payment Options

5) Submit Order

6) Order Confirmation

**Return to Shopping**

Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

🔒 **Secure** Checkout

**Billing & Shipping Information**

ℹ️ View Policies: -- Select a Policy --

\* - required

## Billing Address

ℹ️ An accurate Email provides you with information regarding order confirmation, backorders that may arise, and order shipment.
See Privacy Policy at upper right.

\* First Name: a

\* Last Name: SAmple

Company Name:

\* Address 1: 2 south biscayne

Address 2:

\* City: miami

\* State: FLORIDA

\* Zip Code: 33131

\* Country: United States

\* Daytime Phone: (305) 358-6555

Email:

## Shipping Address

ℹ️ P.O.Box addresses are undeliverable by UPS. A complete street address and postal code are required for delivery.

**Fill with Billing Address**

\* First Name: a

\* Last Name: sample

Company Name:

\* Address 1: 2 S Biscayne blvd. suite 2300

Address 2:

\* City: miami

\* State: FLORIDA

\* Zip Code: 33131

\* Country: United States
(We do not currently ship outside the United States.)

Checkout Step 2 of 6



Managed by 

Case 1:07-cv-21221-CMA   Document 268-2   Entered on FLSD Docket 12/10/2007   Page 26 of 58

      

Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher

🔒 **Secure** Checkout                                    ◀◀ Checkout Step 3 of 6 ▶▶

| Checkout Steps | |
| --- | --- |
| ✔ 1) | Review Shopping Cart |
| ✔ 2) | Billing & Shipping Information |
| 3) | **Delivery Options** |
| 4) | Order Review & Payment Options |
| 5) | Submit Order |
| 6) | Order Confirmation |

**Return to Shopping**

Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

# Delivery Options

ℹ **View Policies:** -- Select a Policy --

## Shipping Options

ℹ Order typically leave our warehouse in 2-5 business days if all items are in stock. We charge actual Published Shipping Rates based upon weight and distance. Click here for Transit Time Estimates.

Shipping Method **(Rates to FL Zip Code 33131)**

| Service | Fee |
| --- | --- |
| ○ UPS: Next Day Air. Usually delivered in 2-6 business days. | $51.00 |
| ○ UPS: 2nd Day Air. Usually delivered in 3-7 business days. | $24.40 |
| ● UPS: Ground. Usually delivered in 6-10 business days. | $8.14 |

Shipping Note to Carrier:

(For Example, "Leave package at back door.")

RUSH Shipments:  ☐ Yes, I would like to have this order RUSH shipped. I understand that I will be charged an additional $5.00 for this service.
View Shipping Policy for more information about RUSH shipments.

## Gift Options

ℹ Pricing information is removed from the packing slip on all gift orders.

Is this a gift?  No

To:  cathy

From:  amanda

Gift Message:  thanks

## Order Management Options

If at time of shipment, an item(s) on your order is found to be **backordered**, please instruct us below on how to proceed.

○ Hold my order and ship complete order once all items are in stock.

● Delete backordered items off my order and ship the remaining items.

○ Ship available items now. Create a 2nd order for backordered items that will ship once all items are in stock. I understand that an additional freight charge applies for the 2nd order.

◀◀ Checkout Step 3 of 6 ▶▶

Case 1:07-cv-21221-CMA    Document 268-2    Entered on FLSD Docket 12/10/2007    Page 27 of 58



Managed by

Page 25






Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher

## Checkout Steps

🔒 Secure Checkout

◀◀ Checkout Step 4 of 6    **Submit Order ▶▶**

✔ 1) Review Shopping Cart
✔ 2) Billing & Shipping Information
✔ 3) Delivery Options
4) **Order Review & Payment Options**
5) Submit Order
6) Order Confirmation

**Return to Shopping**

## Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

## Order Review & Payment Options

* - required

ⓘ View Policies: -- Select a Policy --

### Order Review

**Lipton Iced Tea Mix, Unsweetened**                                    UPC: 04100000753

| | Description | Weight | Price | Qty | Total |
|---|---|---|---|---|---|
| | 6 Pack 3 OZ | 7.0 lb. | $28.44 | 1 | $28.44 |

### Shopping Cart Totals

| | | | |
|---|---|---|---|
| **Subtotals:** | 7.0 lb. | 1 | **$28.44** |
| **Fees:** | | Handling Fee | **$0.00** |
| | | Shipping Fee | **$8.14** |
| **Totals:** | | | **$36.58** |

### Billing Address

First Name: a
Last Name: SAmple
Company Name:
Address 1: 2 south biscayne
Address 2:
City: miami
State: FL
Zip Code: 33131
Country: US
Phone: (305) 358-6555
Email:

### Shipping Address

First Name: a
Last Name: sample
Company Name:
Address 1: 2 S Biscayne blvd. suite 2300
Address 2:
City: miami
State: FL
Zip Code: 33131
Country: US

### Shipping Options

Method: UPS: Ground
Weight: 8.0 lb. (product plus packaging)
Note:
Rush Shipment: No

### Gift Options

Is this a gift? No
To:
From:
Message:

### Order Management Options

Shipment Option: Delete backordered items off my order and ship the remaining items.

### Payment Options

Credit Card

* Card Type: Visa

Case 1:07-cv-21221-CMA    Document 268-2    Entered on FLSD Docket 12/10/2007    Page 29 of 58

* Card Number: 000000000000000

* Card Holder Name: asample

* Expiration Date: 12 / 2009

☐ Yes, I would like to be informed of special offers, information and promotions. For more details, please view the Privacy policy.

**Returns are accepted only if items arrive damaged.**
**Orders usually ship in 2-5 business days, if all ordered items are in stock.**

◀◀ Checkout Step 4 of 6    Submit Order ▶▶



Managed by 

https://www.c-els.com/sfc/co/default.asp?sn=E032820060050185&ss=4&p=3          12/10/2007

Frequently Asked Questions

- Can I change my mailing address and phone number online?
- My Account does not show my most recent transactions. Where can I view my latest transactions?
- My personal information or account information is not correct. Who do I contact to make those changes?
- Can I contact Customer Service using email?
- What should I do if my credit card is stolen or lost?
- Can I request a Credit Line Increase online?
- Can I add or remove an authorized user to my account online?
- Can I request an additional card online?
- Why do I need to enter personal information on the Login Screen?
- If I have additional questions about my account, who can I contact?

Payment Information

- Where do I mail payments?
- Can I make payments at a Meijer store?
- Can I make payments online?
- Why didn't I receive my bill? Can you mail another?

Technical / Security Help

- Is the information that I enter secure?
- What should I do when I have finished viewing my account information?
- What should I do if I am using a "public" computer?
- Are there any scheduled times when e-Service is unavailable?
- What should I do when I am having trouble viewing my account information on the screen?
- Browser Requirements
- Compatible Browsers

---

**Frequently Asked Questions** (back to top)

**Can I change my mailing address and phone number online?** (back to top)

Yes, click on 'Manage your account'.

**My Account does not show my most recent transactions. Where can I view my latest transactions?** (back to top)

We update our system at 6:00 AM everyday. Any transaction made after that time will be updated the following day. In the meantime, please contact Customer Service at 1-866-7-MEIJER (63-4537), available 24 hours a day.

**My personal information or account information is not correct. Who do I contact to make those changes?** (back to top)

Please contact Customer Service and notify them of any differences in account information by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Can I contact Customer Service using email?** (back to top)

No, we do not accept emails online.

Please contact Customer Service for any questions by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**What should I do if my credit card is stolen or lost?** (back to top)

Please contact Customer Service immediately to report your card Lost or Stolen by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Can I request a Credit Line Increase online?** (back to top)

Yes. Click on the credit line increase link within eService.

**Can I add or remove an authorized user to my account online?** (back to top)

You can add an authorized user online by clicking on "Manage my Account". You cannot delete an authorized user without calling Customer Service at 1-866-7-MEIJER (63-4537).

**Can I request an additional card online?** (back to top)

Yes. After you log-in, select "Request Additional Card" from the e-Service menu. The online request will provide an additional card in the primary cardholder's name. The card will be sent to the address on record.

Please note: This online form should not be used if your card was lost or stolen. Please contact our customer service department immediately to report your card Lost or Stolen by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Why do I need to enter personal information on the Login Screen?** (back to top)

In order to protect your account from unauthorized access, we ask you to verify your information before we grant access to the site.

**If I have additional questions about my account, who can I contact?** (back to top)

You can contact Customer Service by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Payment Information** (back to top)

**Where do I mail payments?** (back to top)

You should mail your payment to: Meijer, PO Box 960013, Orlando, FL 32896-0013. Make your check payable to Meijer/GEMB and be sure to include the remittance stub from your billing statement. To ensure your payment is received on time, we suggest you mail your payment a minimum of 5 business days prior to the due date as shown on your monthly billing statement. We also accept electronic payments through banks, online service providers, and CheckFree, the free online payment service accessible through Meijer.com. Additionally, we accept payments over the phone for a fee by calling customer service at 1-866-7-MEIJER (63-4537). Gift certificates and other credit cards are not accepted as a form of payment.

**Can I make payments at a Meijer store?** (back to top)

Yes. You can pay your bill in a Meijer store with cash or a personal check. You will also need to bring your Meijer Credit Card.

Learn more about how to pay your bill instore

**Can I make payments online?** (back to top)

Yes, you can now pay your Meijer Credit Card bill online using CheckFree, a free online payment service. Click here to sign in and pay your bill. If you have any questions or problems with registering or using the CheckFree process, please contact us at 1-866-7-MEIJER (63-4537).

**Why didn't I receive my statement? Can you mail another?** (back to top)

There may be a problem with your mailing address. Please call 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas to request additional copies of your statement.

**Technical / Security Help** (back to top)

**Is the information that I enter secure?** (back to top)

Yes, we use SSL encryption, an industry standard to protect your account information from unauthorized access.

**What should I do when I have finished viewing my account information?** (back to top)

When you have finished using a secure area of e-Service, make sure you log out and then close your browser. This will decrease the possibility of anyone viewing confidential account information.

**What should I do if I am using a "public" computer?** (back to top)

If you use a computer that others also work on and you are uncomfortable that they may view "cached" pages after you have left the station, you should close the Internet browser to protect your information. This will decrease the possibility of anyone viewing confidential account information.

**Are there any times when e-Service is unavailable?** (back to top)

We may perform maintenance on our site Monday through Friday 1:00 AM to 3:00 AM and Saturday through Sunday 12:00 AM to 7:00 AM Eastern Time.

**What should I do when I am having trouble viewing my account information on the screen?**
(back to top)

Please contact Customer Service and notify them of any problems that you are having in viewing account information by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Browser Requirements** (back to top)

To log into the Meijer Credit Card e-Service you need to have a browser that is Internet Explorer 4.0 (AOL 5.0) compatible or higher.

**Compatible Browsers** (back to top)

Any browser that is Internet Explorer 4.0 (AOL 5.0) compatible or higher will be able to access the site. If your browser is not compatible please contact your Internet Service Provider or visit the site of the company that provides your browser for updates. In most cases, browser updates are free.

Meijer Credit Card Home │ GEMB's Privacy Policy │ GEMB's Web Site Usage Agreement

https://www.onlinecreditcenter2.com/Meijer/custserv/MeijerCustHelp.html                11/15/2007

**Web**   Images   Maps   News   Products   Gmail   more ▼    **CMacIvor@gmail.com** | Web History | My Account | Sign out

**Google**

[ bose earphones ]    [ Search ]    Advanced Search
                                    Preferences

**Web**   Products                   Results **1 - 10** of about **1,370,000** for **bose earphones**. (**0.10** seconds)

Sponsored Links                                                  Sponsored Links

### Bose ® In-Ear Headphones
www.ThrillingAudio.com    Low Price Guarantee. Expert Advice. Free Express
Shipping. Ships Today!

### Bose® headphones
www.**Bose**.com    Quality sound and noise reduction: QuietComfort®
headphones from **Bose**

### Bose Earphones
Crutchfield.com    Great Deals on Portable Earbuds, Noise Canceling Headsets,
& more!

**Product search results for bose earphones**

 **Bose**    $345.00 - doodlebugzbiz.com
 In-Ear Headphones    $99.99 - P.C. Richard & Son
 **Bose** Headphone    $139.99 - P.C. Richard & Son
See **bose earphones** results available through Google Checkout

### Bose QuietComfort 2 Noise Cancelling Headphones - Headphones and ...

Acoustic Noise Cancelling® headphones Proprietary **Bose** technology
electronically identifies and reduces unwanted sound while faithfully preserving the
audio ...
www.**bose**.com/controller?event=view_
product_page_event&product=qc2_headphones_index - 67k -
Cached - Similar pages - Note this

#### Bose In-Ear Headphones - Headphones and Headsets

**Bose** in-ear headphones offer high-quality audio from a comfortable and
stable in-ear headphone design. Full, rich sound with distinct clarity and
warmth.
www.**bose**.com/controller?event=view_product_
page_event&product=triport_ie_headphones_index - 65k -
Cached - Similar pages - Note this
[ More results from www.bose.com ]

### Amazon.com: BOSE (R) In-Ear Stereo Headphones: Electronics

**Bose** designed these **earphones** so poorly they created a "special carrying case"
to cover it up. Like most people, I wrap my **earphone** cords around my iPod. ...
www.amazon.com/**BOSE**-R-In-Ear-Stereo-Headphones/dp/B000HWP6SC - 263k -
Cached - Similar pages - Note this

#### Amazon.com: Bose® QuietComfort® 3 Acoustic Noise Cancelling ...

I have used the **Bose** QuietComfort QC-2 headphones for about a year, ..... Sony MDR-
EX90LP Stereo **Earphones**. 3 of 3 customers preferred this one. ...
www.amazon.com/QuietComfort®-Acoustic-Noise-Cancelling®-
Headphones/dp/B000GFDC7C - 268k - Cached - Similar pages - Note this
[ More results from www.amazon.com ]

### bose earphones - Headphones - Shopping.com

Compare 18 **bose earphones** - Headphones. ... **Bose** QuietComfort® 3 Acoustic Noise
Cancelling® Consumer Headphones · **Bose** QuietComfort® 3 Acoustic Noise ...
www.shopping.com/xPP-headphones-**bose_earphones** - 78k -
Cached - Similar pages - Note this

### Bose ® In Ear Headphones
Clearance Sale - Authorized Dealer
Free Shipping, No Sales Tax.
www.4ElectronicWarehouse.com
[Google Checkout]

### Shure® Official Website
Shure Sound Isolating **Earphones**
Focus on the Music. Shop Today!
www.Shure.com

### Bose Ear at Amazon.com
MP3 Players, Cameras, TVs & More
Qualified orders over $25 ship free
Amazon.com/electronics

### Bose Headphones Sale
Buy **Bose** Headphones for Less
Low Price Guarantee. Free Shipping!
www.MusiciansFriend.com

### Earphones
Compare Prices, Get Special Deals
& Savings. Shop at AOL® Shopping!
Shopping.AOL.com

### Headphones-Earbuds Sale
Save On Headphones & Earbuds.
Get Free Shipping Over $100!
Meijer.com

### Bose Earphones
**Bose Earphones** available.
**Bose Earphones**. Buy now!
www.audiocubes.com

### Bose Headphones
Headphones, Remotes, Cables & More!
Bid on **Bose** Headphones.
www.eBay.com

More Sponsored Links »

### Bose Headphones
Improved **Bose** In-Ear triport headphones - a more comfortable fit than the traditional **earphone**. Provides quality sound for your iPod, Zune, MP3 player or **...**
www.4electronicwarehouse.com/c/headphones/**bose** - 70k -
Cached - Similar pages - Note this

### Bose TriPort IE Earphones - BizRate - Compare prices, reviews ...
Find the lowest prices on **Bose** TriPort IE **Earphones** at BizRate. Read consumer reviews before you buy Electronics. Compare stores & shop for **Bose** TriPort IE **...**
www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**-
pid521088534/compareprices.html - 85k - Cached - Similar pages - Note this

#### Bose TriPort IE Earphones - Reviews, Best Prices and Product ...
BizRate helps you buy the **Bose** TriPort IE **Earphones** for the lowest price by comparing **Bose** TriPort IE **Earphones** prices at the top-rated stores online.
www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**--pid521088534/ -
72k - Cached - Similar pages - Note this

### Battle of the Noise Reducing Headphones! - Bose QuietComfort ...
Enjoy the Music.com's Chris Boylan reviews the **Bose** Quiet Comfort noise-cancelling headset, the Etymotic Research ER4P (ER-4P) headphones and the Headroom **...**
www.enjoythemusic.com/Magazine/equipment/1101/headphones.htm - 31k -
Cached - Similar pages - Note this

### Bose Improves TriPort Earphones
**Bose** has announced that its TriPort **earphones**, which have been affected by a "stability issue," will have an updated version released next week. **...**
ipod.about.com/b/2007/03/10/**bose**-improves-triport-**earphones**.htm - 19k -
Cached - Similar pages - Note this

Searches related to: **bose earphones**

**bose earphones review**          **noise cancelling** earphones

**1** 2 3 4 5 6 7 8 9 10          **Next**

**Free!** Get the Google Toolbar. Download Now - About Toolbar



bose earphones          [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Google Checkout  Learn more

http://www.google.com/search?q=bose+earphones&rls=com.microsoft:en-us:IE-Address&...   12/9/2007



Home › Electronics › Audio › Headphones
**Headphones**

- Brand
  - Creative Labs          • Price
  - JBL                      • <$50        • Color
  - Logitech                 • $50-$100     • Black
  - Motorola/GI              • $100-$200
  - Sennheiser
  - Turtle Beach-Voyetra   ✔ View        Showing 1-12 of 12   All          Sort By
  - Ultimate Ears         Comparison Now   Price: Low to High



**Sennheiser Ultralight Super Aural Headphones**

$26.99 Sale
$29.99

[Add To Cart]

[Preview]    ☐ Compare

**EarForce X-52 PC Headset**

$53.99 Sale
$59.99

[Add To Cart]

[Preview]    ☐ Compare



**Ultimate Ears Metro.fi 2 High Fidelity Earphones**

$61.74 Sale
$64.99

[Add To Cart]

[Preview]    ☐ Compare



**Motorola Stereo Bluetooth Headphones**

$75.99 Sale
$79.99

[Add To Cart]

☐ Compare



**Ultimate Ears Super.fi 3 Studio Earphones - Black**

$75.99 Sale
$79.99

[Add To Cart]

[Preview]    ☐ Compare



**Ultimate Ears Super.fi 3 Studio Earphones - White**

$75.99 Sale
$79.99

[Add To Cart]

☐ Compare





**ZEN Aurvana In-Ear Earphones**

$80.99 Sale
$89.99

Add To Cart

Preview          ☐ Compare

**Logitech FreePulse Wireless Headphone**

$85.49 Sale
$89.99

Add To Cart

Preview          ☐ Compare

**JBL Reference 510 Black On-Ear Headphones**

$94.99 Sale
$99.99

Add To Cart

Preview          ☐ Compare

**Sennheiser PXC 250 Stereo Mini Headphones with NoiseGard**

$123.49 Sale
$129.99

Add To Cart

Preview          ☐ Compare

**Ultimate Ears Super.fi 5 EB Super High Fidelity Earphones - Pearl White**

$151.99 Sale
$159.99

Add To Cart

Preview          ☐ Compare

**Ultimate Ears Super.fi 5 Pro Series High Fidelity Earphones**

$189.99 Sale
$199.99

Add To Cart

Preview          ☐ Compare

✔ View Comparison Now  Showing 1-12 of 12  All          Sort By  Price: Low to High

**gourmet gifts** *delivered* | **SAFEWAY**

Sign In | Register | View Cart | Checkout | My Account

Hello as. You have 4 items in your Shopping Cart

Fruit Baskets | Fresh Fruits & Nuts | Chocolate Covered Gifts | Truffles

Add Items    Review Cart    Give Addresses    Pick Delivery    Enter Payment

Session ID: SGJRZ6J1

## Enter Payment Information

**Billing Information as it appears on your credit card**

| | |
|---|---|
| First Name: | as |
| Last Name: | |
| Company: | |
| Street: | 2626 East Park Avenue |
| City: | Tallahassee |
| State: | Florida |
| Zip: | 32608 |

| | |
|---|---|
| Payment Type: | Visa |
| Card Number: | |
| V-Code: | |
| Expiration Month: | 11 |
| Expiration Year: | 2007 |
| Promotion Code: | |

**Step 5: Enter Payment Information**

- Enter your name and address as it appears on your credit card.
- Wondering what the V Code is?

AUTHORIZED SIGNATURE
4190 2234 1234 4321 23
NOT VALID UNLESS SIGNED
**V-Code**

Itâ€™s the 3 digit number on the back for your credit card. The V code is located in the signature line and is usually the last three numbers directly after your credit card number.
- To place your order select the "Submit Order" button.

---

Order Summary: Order Number: SGJRZ6J1

| | |
|---|---|
| Sub Total: | $171.80 |
| Shipping Total: | $117.36 |
| Grand Total: | $289.16 |

**Billing Information:**
as
2626 East Park Avenue
Tallahassee, FL 32608
(850)876-2230
Email: rsaone@aol.com

---

**Champagne Filled Truffles with Chocolate Dipped Strawberries**

as
2626 East Park Ave
Tallahassee, FL 32608
(850)876-2230
**Gift Message:**
merry merry

Product Code: SG403SW141
Quantity: 4
Price Per Item: $42.95

Ship Date:        Thu - Nov 29, 2007
Delivery Date:    Fri - Nov 30, 2007

Go Back            Complete Order

Contact Us | Privacy Policy | Terms of Use | FAQ





Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items











Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use

SAFEWAY ⒪  VONS  Dominick's.  Randalls  Tom Thumb  GENUARDIS ⒪.  PAVILIONS.  CARRS  SAFEWAY ⒪

Home | Login | **Register** | My Account | My Cart | Checkout

**Welcome Guest. You have 1 items in your Shopping Cart**

home
living
*delivered*

SEARCH [                    ] go

Tableware  |  Culinary  |  Drinkware  |  Furnishings  |  Accessories  |  Toys  |  Gift Finder  |  Featured Items

# Register

**My Account**

Your account information is used to login to the site. please save your password in safe place.

| | |
|---|---|
| * Your First Name: | amanda |
| * Your Last Name: | sampel |
| * Your E-Mail: | rsaone1@hotmail.com |
| * Create a Personal Password: | [        ]  (at least 6 chars long) |
| * Re Enter Your Password: | [        ] |
| *Phone (xxx-xxx-xxxx): | 305-358-6555 |
| * OK To E-Mail: | Yes ○   No ● (Can we contact you with product update/informaton, etc.) |

Submit

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use



Home | Login | Register | My Account | My Cart | C

**Welcome b s. You have 1 items in you**



SEARCH

Tableware  |  Culinary  |  Drinkware  |  Furnishings  |  Accessories  |  Toys  |  Gift Finder  |  Featured Items

# Final Checkout

| Ship Item To | Shipping Method | Product | Quantity |
|---|---|---|---|
| b S<br>2626 East Park Ave<br>Tallahassee, FL<br>32301<br>864-228-9797 | UPS Ground | Fusion Break Resistant Stemware S/4 Champagne | 1 |

Su

Shipping/Ha

To edit your order. <u>click here</u>

## Credit Card Info

Please Enter Your Credit Card Information Below:

*Name On Card:              b S

*Credit Card Number:                          (no spaces)

*Credit Card Verfication Code:              what's this

*Card Type:              Card Type

*Expiration Date:         Month    Year

**Review your order below to make sure it's correct.**
**Then click 'Submit Order' only once to place your order and prevent duplicate charges.**

home living *delivered*

SEARCH

# My Cart

| Ship Item To | Product | Quantity | Price |
|---|---|---|---|
| | 40 Bottle Modular wine Rack Natural | 1 | **$79.99** |
| | Weber Genesis Gas Grill | 2 | **$1,099.98** |

**Ship Item To:**
amanda sample

**Gift Message:**
thanks

Enter any special offer/discount coupon code here:

| | Subtotal: | **$1,179.97** |
|---|---|---|

Continue Shopping

Continue Checkout

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use

Home | Login | Register | My Account | **My Cart** | Checkout | Logout

**Welcome amanda sampel. You have 3 items in your Shopping Cart**

SEARCH

go

Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items

# My Cart

| Product | Quantity | | Price |
|---|---|---|---|
| 40 Bottle Modular wine Rack Natural | 1 | Delete | **$79.99** |
| Weber Genesis Gas Grill | 2 | Delete | **$1,099.98** |

Enter any special offer/discount coupon code here:

Subtotal: **$1,179.97**

**Continue Shopping**

**Continue Checkout**

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use



Home | Login | Register | **My Account** | My Cart | Checkout | Logout

**Welcome amanda sampel. You have 3 items in your Shopping Cart**

Tableware    |    Culinary    |    Drinkware    |    Furnishings    |    Accessories    |    Toys    |    Gift Finder    |    Featured Items

**Your shipping address could not be verified against USPS records**

# Account and Contact Info

Your account information
Your First Name:        **amanda**
Your Last Name:        **sampel**
Your E-Mail:        **rsaone1@hotmail.com**
Phone:        **305-358-6555**

Set up your address book here

### Billing Info

Enter your billing information below. (Same as account info: ☐ )

| | | | |
|---|---|---|---|
| Nickname: | a | Suite: | 2300 |
| *First Name: | amanda | *City: | miami |
| *Last Name: | sample | *State/Province: | Florida |
| *Phone (xxx-xxx-xxxx): | 305-358-6555 | *Zip: | 33131 |
| Company: | mforeman | | |
| *Address1: | 2 S Biscayne Blvd | | |
| Address2: | | | |

### Shipping Info

Enter your shipping information below. (Same as billing info: ☑ )

| | | | |
|---|---|---|---|
| Nick Name: | | Suite: | 2300 |
| *First Name: | amanda | *City: | miami |
| *Last Name: | sample | *State/Province: | Florida |
| *Phone (xxx-xxx-xxxx): | 305-358-6555 | *Zip: | 33131 |
| Company: | mforeman | | |
| *Address1: | 2 S Biscayne Blvd | (We're sorry but we are unable to ship to a P.O. Box address) | |
| Address2: | | | |

**Submit**

### Order/Billing History

| Order Number (Click For Receipt) | Order Date | Payment Type | Order Total | Billing Address |
|---|---|---|---|---|
| **No orders found** | | | | |

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use

Case 1:07-cv-21221-CMA          Document 268-2          Entered on FLSD Docket 12/10/2007          Page 45 of 58



**Sign In**
New User? **Sign Up**

Home • Weekly Ad • My Account • Gift Cards • Store Lo

Your H-E-B Store        Online Services        Mealtime        Comp

11/13/2007

search

Page 44





BE GOLD. SEND FTD

| | | | |
| --- | --- | --- | --- |
| ▶ **Cart** ' | **Item 1**<br>Order Options<br>Delivery | ▶ **Billing** | **Review & Submit** |

Step **1** | ENTER<br>Delivery Date | 13 November 2007 | Our next available delivery date is:<br>**Tuesday, November 13**

---

\*Location Type **Residence**

Step **2** | ENTER<br>Recipient's<br>Address

\*Address: **2626 East Park Avenue**

\*City: **Tallahassee**      \*State: **Florida**

\*Zip Code: 32301 **[Change Zip Code]**      \*Country: **United States**

Recipient's<br>Phone #:      Ext.

---

Step **3** | ENTER<br>Special Delivery<br>Instructions

Note: Deliveries for a specific time of day can not be guaranteed. **More Info**

*180 characters max.*

---

\* - Required Fields

◀ **Back**

🖳 **Submit** ▶

Proceed to complete Billing

**Item 1**

Continue Shopping    Account

**Secured**
**by**
**🛡 thawte**
**2007-11-12**

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.



Sign In
New User? **Sign Up**

Home • Weekly Ad • My Account • Gift Cards • Store Lo

**Your H-E-B Store     Online Services     Mealtime     Comp**

search

11/13/2007      H-E-B  /



# Online Defensive Driving

H-E-B brings you a new simple and convenient way to take a Defensive Driving course. You can purchase a course card at a participating H-E-B Business Center or simply pay on-line.  This course is approved by The Texas Education Agency and is available for your convenience 24 hours a day, 7 days a week. Whether you need to dismiss a traffic ticket or save some money on your insurance, our course can help!

## REGISTER HERE
or Call 866-432-2527

Learn More • Current Student Login

**Dismiss A Traffic Citation!**
**Save \$\$ On your insurance!**
**Available 24 / 7**
**Texas Education Agency Approved! (CP343)**
**Log On and Off At Anytime**
**Rush Certificate Delivery Available**

**H-E-B**

Our new
to order
photo c
online!

**H-E-B**

**Insura**

Easy, a
for your
today!





For Discount,
**Use Promotion Code: 8807**

## REGISTER HERE



---

**Careers     H-E-Buddy     Central Market     H-E-B Mexico     H-E-B Suppliers**

Home | Contact Us | Privacy Policy | Site Map | Help

Copyright 2001-2007, H.E. Butt Grocery Company

# Online Defensive Driving
TEA Course Approved CP343

*Haga Clic Aquí F*

**Before Enrolling in the course, be sure to have the following items handy:**
**Driver's License, Vehicle Registration, Traffic Citation (if applicable) and Vehicle License Plate number**

**Please Note:** All confidential student information submitted is for the purpose of satisfying court requirements only and v
sold or supplied to any outside parties.

**BOLD** fields are **REQUIRED**

| | |
|---|---|
| **Email Address** | |
| | ☐ Contact me occasionally about special offers, promotions and new features! |
| **Phone (DAY)** | |
| Phone (Night) | |
| **Gender** | ◯ Male  ◯ Female |

Please, enter your shipping address information below:

| | |
|---|---|
| **Address** | |
| **City** | |
| **State** | Florida |
| **Zip** | |

Discount Code (if any)          *(optional)*

Before clicking "Continue" please verify that all information you entered above is correct and curren

© 2007 Online Defensive Driving



## Apply now for the H-E-B MasterCard® [1]

- Earn 2 points for every dollar you spend when you use your H-E-B MasterCard at your neighborhood H-E-B or H-E-B *plus!*™ [2]

- Earn 1 point for every dollar you spend everywhere else MasterCard credit cards are accepted.[2]

- Earn a $20 H-E-B Gift Card with 2,000 points.

- Earn a $100 H-E-B Gift Card with 10,000 points.

*Watch your rewards add up on your monthly credit card statement.*

Click here to apply now or call **1-888-881-6403** to apply by phone and mention card code **B6G4.**



Choose your card design

Choose Card Design



Pricing & Terms | Privacy Policy

Solicite en Español





Pricing & Terms | Privacy Policy

Solicite en Español

### Or apply for the H-E-B Credit Card

- **Earn 1 point for every eligible dollar you spend when you use your H-E-B Credit Card at your neighborhood H-E-B or H-E-B *plus!*™ [3]**

- **Watch your rewards add up on your monthly credit card statement.**

- **Earn H-E-B Gift Cards!**

Click here to apply now or call **1-888-881-6403** to apply by phone and mention card code **B3F7.**

[1] If you choose but do not qualify for the H-E-B MasterCard, you will then automatically be considered for a H-E-B Credit Card. The H-E-B Credit Card can only be used at H-E-B locations and has different rates, fees, benefits, rewards, and cred availability. Certain restrictions, limitations, and exclusions apply for both cards. Once your account is opened, please see your credit card benefits materials for details.

[2] You will earn 2 points for each $1 of net purchases made at H-E-B. You will earn 1 point for each $1 of all other net purchases. You do not earn points on balance transfers, cash advances, cash-like charges such as travelers checks, foreign currency, and money orders, any checks that are used to access your account, overdraft advances, interest, unauthorized fraudulent charges, or fees of any kind, including fees for products that protect or insure the balances of your account. The is no maximum number of points that you can accumulate in the program. See Rewards Program Rules and Regulations, which will be mailed after your account is established.

[3] You will earn 1 point for each $1 of net purchases made at H-E-B (excluding H-E-B car wash facilities, H-E-B Spoonz Café H-E-B Mobile, and H-E-B Insurance Agency). You do not earn points on interest, unauthorized or fraudulent charges, or fe

**Careers   H-E-Buddy   Central Market   H-E-B Mexico   H-E-B Suppliers**

**Home | Contact Us | Privacy Policy | Site Map | Help**

Copyright 2001-2007, H.E. Butt Grocery Company

# H-E-B MasterCard®

## Application

Read Privacy Policy and Pricing and Terms for important information about rates, fees and other costs before applying.

🔒 Learn what we're doing to help keep you secure          What do I need to apply?

* indicates a required field.

## Application Information

Before completing the application, you should be able to answer "Yes" to the following statements by checking the boxes:

☐ Yes, my credit history is clear of bankruptcy.

☐ Yes, my credit history is clear of seriously delinquent accounts.

☐ Yes, I have NOT been denied credit by Chase within the last 6 months.

## Please Tell Us About Yourself

Your entries must consist of alpha-numeric characters only (e.g., characters such as "*", "$", "#", and commas will not be accepted in some fields).

|  | First* (Required) | M.I. | Last* (Required) | Suffix |
|---|---|---|---|---|
| Name: | | | | |

NOTE: Your name will appear on your card as depicted above.

Residential Address Line 1:*                    Unit/Apt #:

Residential Address Line 2:

City:*                                          State:*

Zip Code:*         -                    Home Phone:*       -       -

You must be a U.S. resident to apply. No P.O. boxes please.

Lived There:*  0  Years  0  Months

SSN:*        -        -        Why do we ask for this?

Date of Birth:*     /     /     (MM/DD/YYYY)

Mother's Maiden Name:*          Why do we ask for this?

E-mail Address: *

Please enter your ".edu" email address if active.

## Please Tell Us About Your Job

(If retired, note previous employer. If self-employed, note nature of business.)

Position:*

Employer:*

**Worked There:** * 0 [ ] **years** 0 [ ] **months**

**Alternate Phone:** * [____] - [____] - [____]

[ ] **Check here if you are a student.**

## Please Provide Some Financial Information

Alimony, child support, or separate maintenance income need not be revealed if you do not wish it to be considered as a basis for repaying this obligation.

**Annual Household Income:** * $ [_____] **.00** *(Please do not use commas.)*

**Please select the type(s) of bank account(s) you have:** * [_____]

**Select Residence:** * [____]

**Monthly Rent or Mortgage:** * $ [_____] **.00** *(Please do not use commas.)*

## 2nd Cardholder

(PLEASE LEAVE BLANK IF NO ADDITIONAL CARD IS REQUESTED)

Yes, please send a second card at no extra cost for:

**First Name:** [_____]   **M.I.:** [____]   **Last Name:** [_____]

## Balance Transfer Option

Transfer to my new account the amount(s) shown from the MasterCard®, VISA®, Discover® or American Express® account(s) listed below. If not transferring a balance, please leave blank. **Please do not use commas in the amount fields.**

**Amount:** $ [_____] . [__]   **Account Number:** [_____]

**Amount:** $ [_____] . [__]   **Account Number:** [_____]

**Amount:** $ [_____] . [__]   **Account Number:** [_____]

## Authorization

By submitting this application, I agree to the following:

- Everything I have stated in my application is true and correct.
- My personal credit history is clear of bankruptcies.
- I have read and agree to all the pricing and other terms on the previous pages and screens.
- By using the account or any card, or authorizing their use, I agree to the terms of the Cardmember Agreement that I will receive with my card(s).
- **The terms of my account, including the APRs, are subject to change. Any such changes will be made in accordance with the Cardmember Agreement.**
- I authorize Chase and the partner named in this offer to exchange information about me and my account(s).

**SCROLL DOWN FOR IMPORTANT INFORMATION ABOUT RATES, FEES AND OTHER COSTS. PLEASE GO BACK UP AND CHECK ALL ANSWERS CAREFULLY BEFORE SUBMITTING YOUR APPLICATION. DO NOT SUBMIT MORE THAN ONE APPLICATION.**

🔒 Learn what we're doing to help keep you secure

[ Submit Now ]

| RATE, FEE AND OTHER COST INFORMATION | |
| --- | --- |
| **MasterCard** | **Store-Branded Credit Card** |
| **Annual Percentage Rate (APR) for purchases** | |
| A 0% fixed APR for the first 6 billing cycles following the opening of your account. After that, 13.74% variable[a], 18.74% variable, or 22.74% variable, depending on our review of your application and credit history. | 23.74% variable.[a] |
| **Other APRs** | |
| Balance Transfer APR: A 0% fixed APR for the first 6 billing cycles following the opening of your account. After that, 13.74% variable | Balance Transfer APR: Not available. |

**Bank Information** (optional)

If you received a brochure about Chase credit cards from a Chase Relationship Banker, please help us recognize them by providing the following optional information:

**Bank No.:**

**Banking Center No.:**

**Employee Number:**

🔒 Learn what we're doing to help keep you secure

[ Submit Now ]

**STOP&SHOP** :

For Customer Service 888-693-5270

*All the ingredients™*

site map | store locator | e

FTD Keywo

| FLORAL HOME | HOLIDAYS | OCCASIONS | PRODUCTS | FTD DELIVERY INFO | FTD ACCOUNT | FTD GUARANTEE | SHOPPING CART |





**The FTD® Thanksgiving Centerpiece**
07-T1
**US $45.99**



**The FTD® Fall Harvest™ Bouquet**
07-T3
**US $42.99**



**The FTD® Bountiful™ Bouquet**
07-A1
**US $36.99**



**The FTD® Au Medley™ Bas**
B2-3713
**US $35.99**



**The FTD® Bountiful Color™ Cornucopia**
B4-3717
**US $60.99**



**The FTD® Wonderful Wishes™ Bouquet**
C49-4039
**US $50.99**



**The FTD® Happy Thoughts ™ Bouquet**
B3-3449
**US $55.99**



**The FTD® Br the Day ™ Rc Bouquet**
D3-821Y
**US $48.99**

Page 53

.



**For Customer Service 888-693-5270**

Floral Home  •  FTD Delivery Info  •  FTD Guarantee  •  FTD Account  •  Shopping Cart  •  Holiday Traditions

About Flowers  •  FTD Site Features  •  FTD Security and Privacy  •  Bookmark Us  •  FTD Site Map

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 6.0 or great
Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

.



**STOP & SHOP®**

▲   ▲ **Cart**   ▲   Item 1
Order Options
Delivery    ▲   ▲ **Billing**    ▲ **Review & Submit**

Step **1**   ENTER
Delivery Date

10   December   2007

Our next available delivery
date is:
**Monday, December 10**

Step **2**   ENTER
Recipient's
Address

*Location Type   Business

*Address: 2 S. Biscayne Blvd

*City: Miami

*Zip Code: 33137 **[Change Zip Code]**

Name of Business:

*State: Florida

*Country: United States

Recipient's
Phone #:     Ext.

Step **3**   ENTER
Special Delivery
Instructions

Note: Deliveries for a specific time of day can not be guaranteed. **More Info.**

180 characters max.

* - Required Fields

◀ **Back** ▼


Secured
by
thawte
2007-12-10

📇 **Submit** ▲

Proceed to complete Billing

Continue Shopping   Account

**Item 1 Price: $62.99**

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007, Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

## THANK YOU FOR YOUR ORDER!



**Contact Us**
www.Meijer.com\Help
1-877-E-MEIJER
(363-4537)

**Order #:** WEB0406021          **PO:** 0000004835          **Order Date:** 11/16/2007

Track your entire order at **www.Meijer.com/Help**

**Sold To:**
C MacIvor
2 S BISCAYNE BLVD STE 2300
MIAMI, FL 33131
US

**Ship to:**
C MacIvor
2 S BISCAYNE BLVD STE 2300
MIAMI, FL 33131
US

**Shipping Method**
Ground (carrier not specified)

### Gift Message
Thank you

| Qty | Description | UPC | Item # |
|-----|-------------|-----|--------|
| 1 | 3M Pet Care Products 16oz Small Pet Care Dental Tr | 051131848597 | 360503 |

### Return Information
Your satisfaction is 100% guaranteed! If for any reason you're unhappy with your purchase, just return it to us.

**Return by Mail**
a) Get a Return Label and Return Authorization Number (RA#) from Meijer.com/orderhistory.
b) Drop off at your nearest FedEx location.

**Take to a Meijer Store**
*Only items delivered by FedEx or UPS can be returned to a Meijer store. To return items that were Special Delivery, call 1-877-E-MEIJER (363-4537).*
a) Take this Packing Slip and the item to the store. (A Return Label and RA# are not required.)
b) Your shipping confirmation email includes a Receipt # and Order #, and can be used in place of a packing slip. Returns are subject to approval at the store.

**Return Policy**
*Credit cannot be applied if proper return procedures are not followed. All returns of items purchased on Meijer.com, whether to a Meijer store or to Meijer.com, are subject to the same policies:*
• Items must be returned in original packaging with accessories and manuals.
• Unopened music, movies, video games, computers, software, electronics, or collectibles may be returned or exchanged within 30 days of delivery. All other items may be returned or exchanged within 90 days.
  • **To make an exchange:** Call us toll-free at 1-877-E-MEIJER (363-4537) and we'll walk you through it.
  • **To make a return:** Visit your order details at Meijer.com/orderhistory.
• Opened music, movies, video games, computers, software, electronics, or collectibles may only be exchanged for the same item.
• We'll issue a refund after we receive the returned item. Your return confirmation email will have details.

**shop for more**
meijer.com

Page 1 of 1 page(s)



Exhibit "B"