

### SPONSORSHIPS



**Safeway**
Safeway, Inc. is one of the largest food and drug retailers in North America. Currently the company operates over 1,700 stores in the US and Canada. Stores operate under the following names. Safeway, Genuardi's, Randalls, Tom Thumb, Vons, Carrs, Dominick's, Pavilions, and Pak 'n Save Foods.

www.safeway.com



**Pepsi**
Pepsi is a world leader in beverages. Consumers spend about $33 billing on Peps-Cola beverages each year. Brands include Pepsi, Diet Pepsi, Mountain Dew, Slice, Sierra Mist, Aquafina bottled water, Fruitworks Sport and SoBe.

www.pepsi.com



**Kraft**
Kraft Foods has grown from modest beginnings to become the second largest food and beverage company in the world. Our business spans five core sectors: snacks, beverages, cheese, grocery and convenient meals. In the United States you can find our products in more than 99% of all households.

www.kraftfoods.com
www.nabiscoworld.com



**Toyota**
While Toyota is proud to be recognized 'world-wide' for its bench-mark quality cars and trucks, Toyota offers numerous other North America products and services; Lexus cars and light trucks, financial services, industrial equipment, 12 manufacturing facilities, 4 research and development operations such as Toyota Racing Development, and design research. For more information about Toyota, please visit our website or your local Toyota Dealer.

www.toyota.com



**Nike Golf**
Located in Beaverton, Oregon, Nike Golf designs and markets golf equipment, apparel, balls, footwear, bags and accessories worldwide. Nike Golf is passionately dedicated to honoring and respecting the traditions and heritage of the game, and to providing committed golfers with the absolute best equipment in the game.

www.nike.com/nikegolf



**Exhibit "B"**

### Restaurants

The Heathman
Oba Restaurante

### Safeway Suppliers

| | |
|---|---|
| Allied Domecq | J.M. Smucker Company, The |
| American Beverage Marketers | Johnson & Johnson |
| Anheuser Busch | Kellogg's Morning Foods Division |
| Bayer Healthcare | Kellogg's Snacks Division |
| BC Hot House Foods | Kendall Jackson Wine Estates |
| Bear Creek Country Kitchens, LLC | Kimberly Clark |
| Beringer Blass Wine Estates | Kraft Canada |
| BIC Corporation | Kraft Nabisco |
| Bimbo Bakeries | Litehouse Inc. |
| Bonert's Slice of Pie | Mike's Hard Lemonade |
| Bradshaw International | Miller Brewing Company |
| Campbell Sales Company | Mission Foods |
| Cargill Meat Solutions | Nestle Brands |
| ==Citrus World / Florida's Natural== | Nestle Purina |
| Clorox Company, The | Nestle Waters |
| Coca-Cola | New Belgium Brewing Company |
| ConAgra Foods | PAC Marketing |
| Constellation Wine US | Pepsi Bottling Group |
| Continental Mills | Pepsi-Cola |
| Coors Brewing Company | Pinnacle Foods |
| DPI | Potlatch Corporation |
| Daisy Brand / Acosta Sales & Marketing | Procter & Gamble |
| Del Monte Foods | Ready Pac Produce |
| Del Monte Fresh Produce | Redco Foods - Salada Tea |
| Deschutes Brewery | Revlon |
| Diageo NA | Robert Mondavi Winery |
| Diamond of California | S.C. Johnson & Son, Inc. |
| Distributech | Sorrento Lactalis - Precious Cheese |
| Dreyer's Grand Ice Cream | Southcorp Wines |
| Dulcinea Farms, LLC | St. Michelle Wine Estates |
| E&J Gallo | Sugarloaf |
| Foster Farms | Tillamook County Creamery Association |
| Fresh Express | Towers Perrin |
| GE Lighting | Trinchero Family Estates |
| General Mills - Yoplait | Tully's Coffee |
| Georgia Pacific | Tyson Foods |
| Gerber Products | Unilever Best Foods |

| | |
|---|---|
| GL Mezzetta, Inc. | Unilever HPC - Dove |
| Golden State Vinters | Unilever Ice Cream Company - Breyer's |
| Gourmet Award Foods / Tree of Life | US Nutrition |
| Graphics Atlanta | Vitasoy USA Inc. |
| Grimmway Farms | Welch's / Acosta Sales & Marketing |
| Hallmark Cards | Western Union |
| Heineken USA | |
| HJ Heinz | |

*Sponsors*

| | |
|---|---|
| Affluent Living Publications | Les Schwab Tire Centers |
| Aho Construction | Nike Golf |
| American Family Insurance | NW Natural |
| Bank of the West | Oregon Business Magazine |
| Clear Channel | The Oregonian |
| Comcast | Pacific Office Automation |
| Concannon Paper | Pizza Hut |
| Day Wireless Systems | Polselli & Associates |
| Durham & bates | Popeye's Famous Fried Chicken |
| Entercom Portland | Portland Tribune |
| Enterprise Rent-A-Car | Safeway |
| Ferguson Wellman Capital Management | Schick Xtreme 3 |
| Fidelity Investments | Stimson Lumber |
| FOX 12 / UPN 49 | Toyota |
| GMAC | Travel Oregon |
| Halton Rental | Tufcoat, Inc. |
| Interstate Distributing | Watson Publications & Promotions |
| KGW / NBC TV Channel 8 | West Coast Bank |
| KPAM | Wildhorse Resort & Casino |
| KXL Radio | |

For details on how your company can participate in the tournament contact Steve Wick at Tournament Golf Foundation, Inc. at 503.626.2711 ext. 16 or Steve.wick@tgfigolf.com