Blaszkowski et al v Mars Incorporated et al Doc. 268 Att. 3
Case 1:07-cv-21221-CMA   Document 268-4   Entered on FLSD Docket 12/10/2007   Page 1 of 4

bose earphones - Google Search                                                                              Page 1 of 2

Web  Images  Maps  News  Products  Gmail  more ▼     CMacIvor@gmail.com | Web History | My Account | Sign out

Google    [bose earphones]  [Search]  Advanced Search / Preferences

Web   Products                                   Results **1 - 10** of about **1,370,000** for **bose earphones**. (0.10 seconds)

Sponsored Links

**Bose ® In-Ear Headphones**
www.ThrillingAudio.com   Low Price Guarantee. Expert Advice. Free Express Shipping. Ships Today!

**Bose® headphones**
www.**Bose**.com   Quality sound and noise reduction: QuietComfort® headphones from **Bose**

**Bose Earphones**
Crutchfield.com   Great Deals on Portable Earbuds, Noise Canceling Headsets, & more!

**Product search results for bose earphones**

**Bose** $345.00 - doodlebugzbiz.com
In-Ear Headphones $99.99 - P.C. Richard & Son
**Bose** Headphone $139.99 - P.C. Richard & Son
See **bose earphones** results available through Google Checkout

**Bose QuietComfort 2 Noise Cancelling Headphones - Headphones and ...**
Acoustic Noise Cancelling® headphones Proprietary **Bose** technology electronically identifies and reduces unwanted sound while faithfully preserving the audio **...**
www.**bose**.com/controller?event=view_ product_page_event&product=qc2_headphones_index - 67k - Cached - Similar pages - Note this

> **Bose In-Ear Headphones - Headphones and Headsets**
> **Bose** in-ear headphones offer high-quality audio from a comfortable and stable in-ear headphone design. Full, rich sound with distinct clarity and warmth.
> www.**bose**.com/controller?event=view_product_ page_event&product=triport_ie_headphones_index - 65k - Cached - Similar pages - Note this
> [ More results from www.bose.com ]

**Amazon.com: BOSE (R) In-Ear Stereo Headphones: Electronics**
**Bose** designed these **earphones** so poorly they created a "special carrying case" to cover it up. Like most people, I wrap my **earphone** cords around my iPod. **...**
www.amazon.com/**BOSE**-R-In-Ear-Stereo-Headphones/dp/B000HWP6SC - 263k - Cached - Similar pages - Note this

> **Amazon.com: Bose® QuietComfort® 3 Acoustic Noise Cancelling ...**
> I have used the **Bose** QuietComfort QC-2 headphones for about a year, **.....** Sony MDR-EX90LP Stereo **Earphones**. 3 of 3 customers preferred this one. **...**
> www.amazon.com/QuietComfort®-Acoustic-Noise-Cancelling®-Headphones/dp/B000GFDC7C - 268k - Cached - Similar pages - Note this
> [ More results from www.amazon.com ]

**bose earphones - Headphones - Shopping.com**
Compare 18 **bose earphones** - Headphones. **...** **Bose** QuietComfort® 3 Acoustic Noise Cancelling® Consumer Headphones · **Bose** QuietComfort® 3 Acoustic Noise **...**
www.shopping.com/xPP-headphones-**bose_earphones** - 78k - Cached - Similar pages - Note this

Sponsored Links

**Bose ® In Ear Headphones**
Clearance Sale - Authorized Dealer Free Shipping, No Sales Tax.
www.4ElectronicWarehouse.com
[Google Checkout]

**Shure® Official Website**
Shure Sound Isolating **Earphones** Focus on the Music. Shop Today!
www.Shure.com

**Bose Ear at Amazon.com**
MP3 Players, Cameras, TVs & More Qualified orders over $25 ship free
Amazon.com/electronics

**Bose Headphones Sale**
Buy **Bose** Headphones for Less Low Price Guarantee. Free Shipping!
www.MusiciansFriend.com

**Earphones**
Compare Prices, Get Special Deals & Savings. Shop at AOL® Shopping!
Shopping.AOL.com

==Headphones-Earbuds Sale==
==Save On Headphones & Earbuds.==
==Get Free Shipping Over $100!==
==Meijer.com==

**Bose Earphones**
**Bose Earphones** available.
**Bose Earphones**. Buy now!
www.audiocubes.com

**Bose Headphones**
Headphones, Remotes, Cables & More! Bid on **Bose** Headphones.
www.eBay.com

More Sponsored Links »


Exhibit "C"

**Bose** Headphones
Improved **Bose** In-Ear triport headphones - a more comfortable fit than the traditional
**earphone**. Provides quality sound for your iPod, Zune, MP3 player or **...**
www.4electronicwarehouse.com/c/headphones/**bose** - 70k -
Cached - Similar pages - Note this

**Bose** TriPort IE **Earphones** - BizRate - Compare prices, reviews **...**
Find the lowest prices on **Bose** TriPort IE **Earphones** at BizRate. Read consumer reviews
before you buy Electronics. Compare stores & shop for **Bose** TriPort IE **...**
www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**--
pid521088534/compareprices.html - 85k - Cached - Similar pages - Note this

    **Bose** TriPort IE **Earphones** - Reviews, Best Prices and Product **...**
    BizRate helps you buy the **Bose** TriPort IE **Earphones** for the lowest price by comparing
    **Bose** TriPort IE **Earphones** prices at the top-rated stores online.
    www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**--pid521088534/ -
    72k - Cached - Similar pages - Note this

Battle of the Noise Reducing Headphones! - **Bose** QuietComfort **...**
Enjoy the Music.com's Chris Boylan reviews the **Bose** Quiet Comfort noise-cancelling
headset, the Etymotic Research ER4P (ER-4P) headphones and the Headroom **...**
www.enjoythemusic.com/Magazine/equipment/1101/headphones.htm - 31k -
Cached - Similar pages - Note this

**Bose** Improves TriPort **Earphones**
**Bose** has announced that its TriPort **earphones**, which have been affected by a "stability
issue," will have an updated version released next week. **...**
ipod.about.com/b/2007/03/10/**bose**-improves-triport-**earphones**.htm - 19k -
Cached - Similar pages - Note this

Searches related to: **bose earphones**

bose earphones review      noise cancelling earphones

                                      **1** 2 3 4 5 6 7 8 9 10    **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar

[Google Toolbar interface]

bose earphones    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

 Learn more



Home › Electronics › Audio › Headphones

**Headphones**

- **Brand**
    - Creative Labs
    - JBL
    - Logitech
    - Motorola/GI
    - Sennheiser
    - Turtle Beach-Voyetra
    - Ultimate Ears
- **Price**
    - <$50
    - $50-$100
    - $100-$200
- **Color**
    - Black

View Comparison Now

Showing 1-12 of 12    All

Sort By    Price: Low to High



Sennheiser Ultralight Super Aural Headphones

$26.99 Sale  $29.99

Add To Cart

Preview    ☐ Compare

EarForce X-52 PC Headset

$53.99 Sale  $59.99

Add To Cart

Preview    ☐ Compare



Ultimate Ears Metro.fi 2 High Fidelity Earphones

$61.74 Sale  $64.99

Add To Cart

Preview    ☐ Compare

Motorola Stereo Bluetooth Headphones

$75.99 Sale  $79.99

Add To Cart

Preview    ☐ Compare



Ultimate Ears Super.fi 3 Studio Earphones - Black

$75.99 Sale  $79.99

Add To Cart

Preview    ☐ Compare

Ultimate Ears Super.fi 3 Studio Earphones - White

$75.99 Sale  $79.99

Add To Cart

Preview    ☐ Compare



### ZEN Aurvana In-Ear Earphones
$80.99 Sale
$89.99

☐ Compare

### Logitech FreePulse Wireless Headphone
$85.49 Sale
$89.99

☐ Compare

### JBL Reference 510 Black On-Ear Headphones
$94.99 Sale
$99.99

☐ Compare

### Sennheiser PXC 250 Stereo Mini Headphones with NoiseGard
$123.49 Sale
$129.99

☐ Compare

### Ultimate Ears Super.fi 5 EB Super High Fidelity Earphones - Pearl White
$151.99 Sale
$159.99

☐ Compare

### Ultimate Ears Super.fi 5 Pro Series High Fidelity Earphones
$189.99 Sale
$199.99

☐ Compare

◉ View Comparison Now   Showing 1-12 of 12   All   Sort By   Price: Low to High