Blaszkowski v. Mars Incorporated et al
Case 1:07-cv-21221-CMA    Document 268-5    Entered on FLSD Docket 12/10/2007    Page 1 of 4

Fred Meyer Jewelers - Jewelry                                Page 1 of 2

Doc. 268 Att. 4



Home • Order Status • My Account • Wish List     Search by key

Engagement & Wedding | Jewelry | Watch | Clearance | Unmounted Stones | Online Catalog | Enter to W

Welcome                          Sign In    Create Account          Shopping Bag: 0 Ite

Buy Fast. Feel Secure.® Enjoy No Payments for 90 Days with BillMeLater  on purchases over
                                                                        Click here for important di

**CUSTOMER SERVICE**
Contact Us
Guarantees
Education
Returns
Privacy Policy
Secure Shopping
Forms of Payment
Shipping
Terms and Conditions
Site Map
FAQ
Jewelry Cleaning and Repair
Community Goodwill
Conflict Diamonds

**SHOPPING TOOLS**
Purchase Gift Cards

## STORE LOCATOR

Enter a ZIP Code:

33137          [Find]

Locator Results

LITTMAN JEWELERS
19575 BISCAYNE BLVD., RM.
MIAMI, FL, 33180
3059334770
Drive Distance: 10 miles
**>>Get Directions**

LITTMAN JEWELERS
8000 WEST BROWARD BLVD.,
PLANTATION, FL, 33388
9547230355
Drive Distance: 21 miles
**>>Get Directions**

LITTMAN JEWELERS
801 NO. CONGRESS AVE., RM
BOYNTON BEACH, FL, 33426
5617368699
Drive Distance: 50 miles
**>>Get Directions**

LITTMAN JEWELERS
10300 FOREST HILL BLVD
WELLINGTON, FL, 33414
5617954078
Drive Distance: 58 miles
**>>Get Directions**

LITTMAN JEWELERS
1918 9TH STREET NORTH, SP
NAPLES, FL, 34102
9412610220

**Exhibit "D"**



Drive Distance: 103 miles
**>>Get Directions**

1-800-457-5977   |   Store Locator   |   Customer Service
Sign up and receive e-mails [Enter your e-mail address] GO

Contact Us   |   Guarantee   |   Site Map   |   Catalog Request   |   About Us   |   Privacy/Security   |   © 2007 Fred

  







