Blaszkowski et al v. The Kroger Mart, Inc et al
The Kroger Family of Companies Career Opportunities
Case 1:07-cv-21221-CMA   Document 268-6   Entered on FLSD Docket 12/10/2007   Page 1 of 4
Page 1 of 3
Doc. 268 Att. 5



Since 1883, Kroger has presented endless opportunities to hundreds of thousands of people. W
for people who share our passion for customer service and who demonstrate our commitment
integrity, safety, diversity, inclusion and respect. Whatever your talents, and wherever you may
them, there's a place for you in The Kroger Family of Companies.

Use the search criteria below to identify the career opportunity you are looking for and click

**Refine Search With Additional Keywords:**

Search

[ New Search ]

**Jobs 1 to 1 of 1**                                    Show Jobs Posted:  All Jobs

View: **Brief** | Detailed

| Date | Job Title | Company | Location |
|---|---|---|---|
| Sep 25 | Pharmacist - Pensacola, FL | Kroger Atlanta | US-FL-Pensacola |

**Jobs 1 to 1 of 1**

**Page: [1]**

Exhibit "E"



"Success isn't measured by how much merchandise you sell. Real success is found in the dev and opportunities you provide for, the people who are selling it." **Barney Kroger 1860-1**
















Case 1:07-cv-21221-CMA   Document 268-6   Entered on FLSD Docket 12/10/2007   Page 3 of 4

All Contents © Copyright 2006 The Kroger Co. All Rights Reserved.    Pharmacy Privacy Notice | Investor Reports & Privacy Policy | Terms and Conditions



## Pharmacist - Pensacola, FL

| | |
|---:|:---|
| **Company** | Kroger Atlanta |
| **Status** | Full Time, Employee |
| **Career Level** | Experienced (Non-Manager) |

[Apply Now]

**Job Description**

Kroger Pharmacy is seeking a full time pharmacist to join our team in Pensacola, FL.  We offer flexib competitive wages and benefit plans including health/ dental/ prescription, life and income protection disability and pension plans.  With over 1900 pharmacies nationwide, Kroger is a leader in Pharmacy

Our benefits are superior to most other retail pharmacies, so if your situation has changed and you'd love to hear from you.

Job Qualifications:

B. S. or Pharm D degree in Pharmacy; FL licensure or licensure eligibility, verbal and written commu attention to 'The Customer' placing the Customer First.

**Contact Information**

| | |
|---:|:---|
| **Company:** | Kroger Atlanta |
| **Email:** | tracy.ward@kroger.com |
| **Recruiter/HR Associate:** | Tracy Ward |
| **Recruiter/HR Associate Email:** | tracy.ward@kroger.com |
| **Hiring Manager:** | Tracy Ward |
| **Exemption:** | Non-Exempt |
| **Shift:** | First Shift (Day), Second Shift (Afternoon) |


Send this Job

See all "Kroger Atlanta" opportunities
Learn more about Kroger Atlanta

Click here to see all " The Kroger Family of Companies" opportunities