**From:**   Licko, Carol A. [CALicko@HHLAW.com]

**Sent:**   Tuesday, November 27, 2007 7:30 PM

**To:**   Catherine J. MacIvor

**Subject:** Blasz

Catherine:  I know you're still ill, and haven't been able to tell me who you are dismissing -- so here is where that subgroup is  -- to the extent a jurisdictional defendant remains in this case and is contesting the jurisdictional allegations in your second amended complaint, that defendant is opposed to your motion to seek jurisdictional discovery. Of course, all the jurisdictional defendants still would rather have a voluntary dismissal from you, if that is at all possible -- and so I suspect you will get calls on this.  Thanks -- hope this helps.  Also, Jim Reuss (Kroger) has agreed to be the point person and coordinator on issues involving the jurisdictional defendants since my client (Nestle SA) is no longer a jurisdictional defendant.  Thanks -- hope you feel better.


CAROL LICKO, PARTNER
HOGAN & HARTSON LLP
Mellon Financial Center, 1111 Brickell Avenue, Suite 1900, Miami, FL 33131
direct +1.305.459.6612 | tel +1.305.459.6500 | fax +1.305.459.6550
calicko@hhlaw.com | http://www.hhlaw.com

This electronic message transmission contains information from this law firm which may be copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone

Exhibit "F"