

 

**Premium Fruit & Gift Baskets**
at kroger.com

WHAT'S NEW    MY KROGER    SAVINGS    KI…

Enter Promo Cod…
**Customer Service**

Flowers | **Fruit and Gift Baskets** | Steaks and Meats

# Fruit Gift Baskets

| Return to Gifts Section |

| Our Exclusives |
| Best Sellers |
| Gift Baskets |

| Anniversary |
| Birthday |
| Congratulations |
| Love & Romance |

| Roses |
| Mixed Bouquets |
| Tulips |
| Lilies |
| Iris |
| Orchids/Exotics |
| Plants |
| Bonsai |
| Wreaths |

| New Arrivals |
| Special Savings |
| Bloom of the Month |

| Designer Collection |
| Pink Ribbon Collection |

| Track & Modify Orders |

| Fruit Gift Baskets |

| Premium Beef |
| Kobe Beef |
| Beef Values |

**Exhibit "A"**

**Fruitasia Basket**



*$49.99*
BUY TODAY

**Organic Extravaganza**



*$34.99*
BUY TODAY

**Cherry Moon Farms Favorites**



*$32.99*
BUY TODAY

**Snack Attack**



*$34.99*
BUY TODAY

**Hand-Dipped Football Berries - 1 Dozen**



*$49.99*
BUY TODAY

**Classic Fruit Basket with 3 Free Gifts**



*$39.99*
BUY TODAY

**Favorites of Champions**



**Coffee King**

**Cherry Moon Farms Organic Favorites**





**$34.99**     **$44.99**     **$39.99**

**Country Gourmet Basket**     **Basket of Awesome Treasures**     **Gourmet Picnic Crate**

**$69.99**     **$69.99**     **$59.99**

All Contents © Copyright 2007 The Kroger Co.
All Rights Reserved.

Back to Gifts & Occasions   |   Investor Reports & Statement
Privacy Policy   |   Terms and Conditions of Use




## Premium Flowers & Gifts

     

WHAT'S NEW    MY KROGER    SAVINGS    KITCHEN HELP    PHARMACY & HEALTH    GIFTS & OCCASIONS

## Deliver My Order To:

*Indicates Required Field*

**A Saved Address:** Select One

\* Recipient's First Name: `b`

\* Recipient's Last Name: `s`

Relationship: Business Contact

\* Location Type: Business    Details...

Company Name:

\* Address Line 1: `110 Jefferson Ave`

Address Line 2:

\* City: `Tallahassse`    \* State: `FL`

\* Zip: `33014`    ☐ I Don't Know the Zip Code.  (We'll suggest one later.)

\* Phone Number: `850-376-8790`

## Card Message:

Occasion: I'm Sorry

Card Message: `thanks`

\* Card Signature: `-bs`

☐ I prefer to send this gift anonymously

[ < Back ]    [ Next > ]

### Your Order Details:

**Organic Ex**



They're wo
Make it extra-

☐ Hand-Decorated "Cherry Moor Farms" Sugar Cookie
**Only $5.99**

☐ Large Ghirardelli Chocolate Ba
**Only $5.99**

☐ 100% Organi Jelly Pebbles
**Only $5.99**

☐ 100% Organi Pistachios
**Only $5.99**

Page 3

 **Your order is safe and secure.**

All transactions with this web site are secure,
indicated by the icon in your browser window.
Click here for more details.



All Contents © Copyright 2005 The Kroger Co.
All Rights Reserved.

Back to Gifts & Occasions   |   Investor Reports & Statements

Privacy Policy   |   Terms and Conditions of Use





Premium Flowers & Gifts

    

WHAT'S NEW    MY KROGER    SAVINGS    KITCHEN HELP    PHARMACY & HEALTH    GIFTS & OCCASIONS

## Deliver My Order To:

*Indicates Required Field*

**A Saved Address:** s, b - House or Residence

\* Recipient's First Name: b

\* Recipient's Last Name: s

Relationship: Business Contact

\* Location Type: House or Residence        Details...

\* Address Line 1: 2626 PARK AVE

Address Line 2: APT

\* City: tallahassee    \* State: FL

\* Zip: 33014     ☐ I Don't Know the Zip Code.  (We'll suggest one later.)

\* Phone Number: 850-336-9087

## Card Message:

Occasion: Select Occasion...

Card Message: thanks

\* Card Signature: ~bs

☐ I prefer to send this gift anonymously

**Your Order Details:**

**European Bou**

Boi

**They're wo**
Make it extra-

☐ Square Glass
**Only $9.99**

☐ Teddy Bear
**Only $9.99**

☐ Rocky Mount
Chocolate
Truffles
**Only $9.99**

☐ NEW! Happy
Birthday Ballo
- 7 in.
**Only $3.99**

Page 5



 **Your order is safe and secure.**

All transactions with this web site are secure,
indicated by the icon in your browser window.
<u>Click here</u> for more details.



All Contents © Copyright 2005 The Kroger Co.

All Rights Reserved.

<u>Back to Gifts & Occasions</u>  |  <u>Investor Reports & Statements</u>

<u>Privacy Policy</u>  |  <u>Terms and Conditions of Use</u>



**Cart**            Item 1            **Billing**        **Review & Submit**
                    Order Options
                    Delivery

**Step 1**  **ENTER Delivery Date**

|  | Saturday 9.95 | Overnight 9.95 |
|---|---|---|
|  | Arrives on or before | Arrives on or before |
|  | ○ Sat 12/15/07 | ● Tue 12/11/07 |

Shipping Schedule/Policies FedEx

**Step 2**  **ENTER Recipient's Address**

*Location Type: Business          Name of Business: mforeman

*Address: 2 S biscayne blvd

*City: Miami                      *State: Florida

*Zip Code: 33137 [Change Zip Code]     *Country: United States

Recipient's Phone #: 305-258-6555   Ext.

**Step 3**  **ENTER Special Delivery Instructions**

Note: Deliveries for a specific time of day can not be guaranteed. More Info.

thanks

180 characters max.

* - Required Fields

[ ◄ Back ]        [ Submit ► ]        Item 1 Price: $69.99

Proceed to complete Billing

Continue Shopping

Secured by thawte 2007-12-10

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

**Kroger**

| | | | |
|---|---|---|---|
| ▶ Cart | ▶ ▶ Item 1 Order Options Delivery | Billing | Review & Submit |

Select from your address book if Billing address is the same as Delivery Address:  **CLICK HERE**

**Step 1** — **ENTER Billing Information**

*First Name:  a      *Last Name:  s

*Address:  2 S Biscayne  blvd suite 2300

*City:  miami      *State/Province:  Florida

*Zip/Postal Code:  33137      *Country:  United States

*Daytime Phone #:  305-358-6555      Ext.

*Evening Phone #:      Ext.

*E-mail:

**Step 2** — **ENTER Credit Card Information**

○ VISA  ○ MasterCard  ○ AMERICAN EXPRESS  ○ DISCOVER  ○ Carte Blanche  ○ Diners Club International

*Credit Card #:  00000000000000000

*Expiration Date:  February      2008

**Step 3** — **ENTER promotion code:**

**Step 4** — **ENTER Plus Shoppers Card Number**

**Enter the 12 digits on the back side of your card, starting with the number 4**

**Step 5** — **How did you hear about us?**

Quick Select:

Other-Describe:

60 characters max.

☐ Please select to add your name and e-mail address to our promotions list and we'll notify you of our newest products and promotions via e-mail.

* - Required Fields

[ ◀ **Back** ]          [ **Submit** ▶ ]          **Item 1 Price: $69.99**

Proceed to complete Review

**Continue Shopping**

https://ordering.ftdfloristsonline.com/kroger/scart/billing.html?entry_id=

12/10/2007

Case 1:07-cv-21221-CMA     Document 269-3     Entered on FLSD Docket 12/11/2007     Page 9 of 55

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

https://ordering.ftdfloristsonline.com/kroger/scart/billing.html?entry_id=                          12/10/2007

visit our consumer sites   -- sele

SITE MA

| ABOUT US | CORPORATE NEWS | OPERATIONS | INVESTOR INFO | S D |

**LATEST NEWS**

WELCOME TO THE KROGER CO.

**SEC Filin**

**Email Us**

**Also of I**

Doing Our P
Co.'s Green

Public Respo

The Kroger
Report

Annual Repo
Statement

2006 Kroger

The Kroger
Directors Gu
of Corporate

The Kroger
Business Eth

Kroger Empl

Animal Welfa

The Kroger I
Policy

The 2006 Kr
Spending Re

→ **November 9 , 2007**
Kroger Associates in West Virginia Ratify New Labor Agreement

→ **November 8 , 2007**
Kroger Associates in Cincinnati Ratify New Labor Agreement

→ **November 2 , 2007**
Kroger and Ufcw Locals 400 in West Virginia and 1099 in Cincinnati Reach Tentative Agreements

→ **October 24 , 2007**
Kroger Manufacturing Honored as One of America's Safest Companies

→ **October 19 , 2007**
Kroger Named "Retailer of the Year" by the Nation's Largest Hunger Relief Organization

→ **October 12 , 2007**
Food 4 Less Associates Ratify New Labor Agreement

→ **September 28 , 2007**
Kroger Creates New Position to Strengthen its Hunger Relief Efforts

→ **September 27 , 2007**
Kroger "Pink Tag" Campaign To Raise $2.5 Million For Breast Cancer

## Kroger's Corporate Home on the Web

**Customer, associate or investor** - you've come to the right place to find out more about The Kroger Co. Headquartered in Cincinnati, Ohio, Kroger (NYSE: KR) is one of the nation's largest grocery retailers, with fiscal 2006 sales of $66.1 billion.

The Kroger Co. spans many states with store formats that include grocery and multi-department stores, convenience stores and mall jewelry stores. We operate under nearly two dozen banners, all of which share the same belief in building strong local ties and brand loyalty with our customers.

We're proud to fly one of these banners in your neighborhood.

### Supermarkets

  

 

  



---

### Price-Impact Warehouse Stores

 

---

### Multi-Department Stores

Awareness In
October

→ **September 20 ,
2007**
Kroger Board of
Directors Declares
Quarterly Dividend

→ **September 20 ,
2007**
Make a Date with
Your Family: Kroger
Encourages Families
to Share a Meal on
September 24, 2007

→ **September 19 ,
2007**
Kroger Names Rick
Going President of
New Michigan
Division

→ **September 18 ,
2007**
Kroger Reports
Second Quarter
Results

→ **September 4 ,
2007**
Kroger to Webcast
Second Quarter
Conference Call with
Investors

→ **August 29 , 2007**
QFC and Fred Meyer
Associates Ratify
New Labor
Agreements

→ **MORE PRESS
RELEASES**

    



**Convenience Stores**

    

  

**Jewelry Stores**

    

**Financial Services**



**All Contents © Copyright The Kroger Co.**                    **Privacy Policy | Terms**





## Find Stores

WHAT'S NEW    MY KROGER    SPECIAL ORDER    SAVINGS    KITCHEN HELP    PH &

Home

What's New
My Kroger
Special Order
Savings
Kitchen Help
Pharmacy & Health
Flowers & Gifts

Find Stores
Contact Us
Site Map

About Our Company
Surplus Real Estate
SEC Filings
Careers
FAQ's

## SEARCH RESULTS

Listed below are the closest stores within 200 miles of your location.

| STORE ADDRESS | DISTANCE | DETAILED VIEWS |
|---|---|---|

### JEWELRY STORES
**You may also be interested in our family of jewelry stores in your area.**

| | STORE ADDRESS | DISTANCE | DETAILED VIEWS |
|---|---|---|---|
| 1. | **LITTMAN JEWELERS** 19575 BISCAYNE BLVD., RM. MIAMI,FL 33180 3059334770 | 10.54 miles | details \| directions |
| 2. | **LITTMAN JEWELERS** 8000 WEST BROWARD BLVD., PLANTATION,FL 33388 9547230355 | 15.32 miles | details \| directions |
| 3. | **LITTMAN JEWELERS** 801 NO. CONGRESS AVE., RM BOYNTON BEACH,FL 33426 5617368699 | 45.63 miles | details \| directions |
| 4. | **LITTMAN JEWELERS** 10300 FOREST HILL BLVD WELLINGTON,FL 33414 5617954078 | 52.01 miles | details \| directions |
| 5. | **LITTMAN JEWELERS** 1918 9TH STREET NORTH, SP NAPLES,FL 34102 9412610220 | 94.70 miles | details \| directions |

Top

These maps/directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest, The Kroger CO., and their suppliers assume no responsibility for any loss or delay resulting from such use.

All Contents © Copyright 2004 The Kroger Co. All Rights Reserved.

Privacy Policy  |  Terms and Conditions of

Powered by MapQuest.com, Inc.

Contact Us    Find a Bl

For Consumers
For Businesses
For Charities and Donors          In Northwest Florida
About Us
News Center

Find information you're looking for.    I want to...

Home   For Consumers   Check Out a Business or Charity

**For Consumers**

Check Out a
Business or Charity

Complaints

Resource Library

BBB Accredited
Business & Charity
Directory

Programs and
Services

Find a BBB

**Reliability Report for**

# Tom Thumb Store# 15 & Store #31 850-626-2346

The BBB reports on businesses, both accredited and non-accredited. If an organization is a BBB Accredited business, it is stated in this report.

| | |
|---|---|
| Name: | Tom Thumb Store# 15 & Store #31 850-626-2346 |
| Phone: | (850) 626-2346 |
| Address: | 4141 Avalon Blvd. Milton,Fl.32583 Store#15 5953 Willard Norris Rd. Milton,Fl 32570 Store # 31 |
| | Milton, FL 32583 |
| Principal: | 850-623-1916 |
| File Open Date: | April 2006 |
| TOB Classification: | Convenience Stores |
| BBB Accreditation: | This organization is not a BBB Accredited business. |

The BBB has requested basic information from this company but has not received a response. As a result, the BBB may not have current information about the company

**Customer Experience**

The BBB processed a total of 0 complaints about this company in the last 36 months, our standard reporting period.

**Licensing**

This company is in an industry that may require licensing, bonding or registration in order to lawfully do business. The BBB encourages you to check with the appropriate agency to be certain any requirements are currently being met.

Report as of November 15, 2007
Copyright© 2007 BBB®, Inc.

If you choose to do business with this business, please let the company know that you contacted the BBB for a **report**.

BBB reports may not be reproduced for sales or promotional purposes.

The information in this report has either been provided by the company or has been compiled by the BBB from other reliable sources.

As a matter of policy, the BBB does not endorse any product, service or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

Privacy Policy     Trademarks     Terms of Use

© 2007 Council of Better Business Bureaus

**Contact Us** | **FAQs** | **Log-In** |  SEARCH

| Home | Consumer | Business | Agency |

Company Reports
Reports by Category
▷ File a Complaint
▷ Consumer Services
▷ Business Services
▷ Agency Services
▷ Media Services
Newsletter & Archives
▷ Topics of Special Interest
▷ BBB Membership
▷ Arbitration Services
▷ Advertising
▷ Contact Us
Member Directory

www.bbbsoutheastflorida.org
Southeast Florida and the
Caribbean

## Company

## Company Profile

| | | |
|---|---|---|
| **DBA:** | Tom Thumb Food Store No 328 | » Other |
| **Address:** | 4600 S.W. 160th Avenue Southwest Ranches, FL 33331 | » Other |
| **Primary Phone:** | (954) 680-5541 | » Other |
| **Primary Fax:** | | |
| **Primary Contact:** | Complaints Department | » Other |
| **Website:** | | |
| **Company ID:** | 11007017 | |
| **Business Start Date:** | | |
| **BBB Created Record on:** | 8/4/2006 | |

### Nature of Business:

This company's nature of business is Bulk Food Stores

## BBB Comments and Analysis

### Bureau's Comments and Analysis of Company's Business

We have no further comment about this company's business practices or analysis of its offer that may assist you in your consideration of this company.

## Licensing

**Licensing Agency:**

**License Number:**

**Status:**

### This license permits the company to perform the following services:

This company is in an industry that may require licensing, bonding or registration in

# Tom Thumb Food Sto
328



Company Rating

### Rating Explanat
The rating the Be
Business Bureau a
business is determi
composite score o
factors as its type
business, length o
business, complia

» **Full Rating Explanation**

## Complaint Experience

### Bureau Summary and Analy customer complaints and c responses:

We have received no complaints a
company.

## Complaint Closing Statistic

The following grid displays the nu
responses to complaints over the
months:

| No. of Cmpl | Type of Re |
|---|---|
| 0 | Making a full ref consumer reques |
| 0 | Making a partial |
| 0 | Agreeing to perf according to thei |
| 0 | Refusing to mak adjustment |
| 0 | Refuse to adjust terms of agreem |
| 0 | Unanswered |
| 0 | Unassigned |
| **0** | **Total** |

order to lawfully do business. The Bureau
encourages you to check with the appropriate
agency to be certain any requirements are
currently being met.

© Copyright 2004-2006 The Better Business Bureau of the Southland, Inc. All Rights Reserved. - D

Contact Us    Find a BI



For Consumers

For Businesses

For Charities and Donors

About Us

News Center

In Northwest Florida

**Find information you're looking for.**    I want to...

Home    For Consumers    Check Out a Business or Charity

### For Consumers

Check Out a
Business or Charity

Complaints

Resource Library

BBB Accredited
Business & Charity
Directory

Programs and
Services

Find a BBB

**Reliability Report for**

# Tom Thumb Food Store

The BBB reports on businesses, both accredited and non-accredited. If an organization
is a BBB Accredited business, it is stated in this report.

| | |
|---|---|
| Name: | Tom Thumb Food Store |
| Phone: | (850) 944-0082 |
| Address: | 7422 Pine Forest Rd |
| | Pensacola, FL 32526-8814 |
| File Open Date: | March 2006 |
| TOB Classification: | Convenience Stores |
| BBB Accreditation: | This organization is not a BBB Accredited business. |

The BBB has requested basic information from this company but has not received a
response. As a result, the BBB may not have current information about the company

**Customer Experience**

The BBB processed a total of 0 complaints about this company in the last 36 months,
our standard reporting period.

**Licensing**

This company is in an industry that may require licensing, bonding or registration in
order to lawfully do business. The BBB encourages you to check with the appropriate
agency to be certain any requirements are currently being met.

Report as of November 15, 2007
Copyright© 2007 BBB®, Inc.

If you choose to do business with this business, please let the company know that you
contacted the BBB for a **report**.

BBB reports may not be reproduced for sales or promotional purposes.

The information in this report has either been provided by the company or has been
compiled by the BBB from other reliable sources.

As a matter of policy, the BBB does not endorse any product, service or company. BBB
reports generally cover a three-year reporting period, and are provided solely to assist

you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

Privacy Policy     Trademarks     Terms of Use

© 2007 Council of Better Business Bureaus



Home › Services › Specialty Foods

# Specialty Foods



### Order Hard-to-Find Specialty Food Items Online!

Is there a hard-to-find food product that you can't get at your local Meijer store? Now you can order it online and have it delivered right to you! Our special order store features health and wellness, kosher, organic products and more!

▶ Start Shopping

Note: When you enter this site, you'll be leaving Meijer.com, but you can return at any time. The site you're entering is owned and operated by Kehe Food Distributors, Inc. and not Meijer.

http://www.meijer.com/Specialty_Foods.cms                          11/15/2007

    

Store Home  |  Entire Store  |  International/Regional  |  Health & Wellness  |  Organic  |  Collection

**Quick Search**

Current Location:  >> Home

Store  

 **Search**

Brand Search

**Can't Find It?**


**Request It!**



**Entire Store**
Browse through all our departments in the online store.



**International**
Food from around the world.

**Shopping Cart**

| Last 3 Products | Qty |
|---|---|
| *Empty* | |
| Cart Total #: | 0 |
| Cart Total $: | $0.00 |



**Health & Wellness**
Healthy living and special dietary-needs products.



**Organic**
Food processed and labeled in accordance with the National Organic Program.

**Store Aisles**

Entire Store
International/Regional
Health & Wellness
Organic
Collections
Kosher



**Collections**
Food collections from celebrities and gift ideas.



**Kosher**
Products that conform to Jewish dietary guidelines.

*Brand*Stores

Alba Store
AMT Store
Arrowhead Mills Store
Bay Valley Store
Bear Creek Store
Bear Naked Store
Bertolli Store
Bigelow Store
BRIANNAS Store
Cabana Ice Store
Calhoun Bend Mill
Carb Options Store
Celestial Seasonings Store
Ceres Store
Da Vinci Store
DeCecco Store

Featured Products



Siljans Mini Croustades

2 Pack 1.75 OZ

**$6.78**

 **Buy**



Silver Spring Gardens Horseradish, All Natural Cranberry

3 Pack 8.5 OZ

**$5.95**

**Buy**



Estee Dark Chocolate Bar

3 Pack 2.5 OZ

**$6.42**

**Buy**



Celestial Seasonings Holiday Tea, Candy Cane Lane, DECAF

2 Pack 20 CT

**$5.98**

**Buy**

Earths Best Store
Estee Store
Famous Dave's Store
Faribault Foods Store
Filippo Berio Store
Garden of Eatin' Store
Grandma Mauds Store
Green Mountain Gringo Store
Health Valley Store
Hero Store
Hodgson Mill Store
Hormel Foods Store
Jason Natural Store
JFC Store
Kedem Store
Kellogg Online Store
Kikkoman Store
King Arthur Flour Store
Knorr Store
La Preferida Store
La Tortilla Factory Store
Lawry's Store
Lipton Tea Store
LouAna Store
Lucini Store
Lundberg Family Farms Store
Marzetti Store
McCormick Spices Store
Mizkan Store
MORTON Salt Store
Mothers Natural Food Store
Mr. Krispers Store
Near East Store
Necta Sweet Sugar Store
Oregon Chai Store
Pacific Chai Store
Plochman's Store
Quaker Store
Quisp Store
Ray's Chilli
Reese Store
San-J Store
Santa Barbara Olives Store
Santa Barbara Salsa Store
Sara Lee Store
Siljans Store
Silver Spring & Bookbinder's
Foods Store
Sweet Leaf Store
Teas Of Ceylon Store
Terra Chips Store
Thai Kitchen/Simply Asia
Store
Traditional Medicinals Store



Celestial Seasonings
Holiday Tea,
Nutcracker Sweet
Black Tea

2 Pack 20 CT

**$5.98**





Walkers Shortbread
Fingers, single
serving pack

12 Pack 1.4 OZ

**$9.09**





Nutcracker Music CD

Single

**$16.95**





Celestial Seasonings
Holiday Tea Tin

Single

**$5.95**



Trinity Springs Store

Tumaro's Store

Vigo & Alessi Store

Walker's Store

Wasa Store

World Harbors Store

WorldFood Store

Yogi Tea Store

Zatarain's Store

Ziyad Store

Ziyad Wild Garden Store

Customer Service

Store Policies

Store FAQ

Contact Store

Request It!

Order Review



Managed by 

http://www.c-els.com/sfc/pc/default.asp?sn=E032820060050185&ss=1                    11/15/2007






| Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher |

 Secure Checkout

### Checkout Steps

 Checkout Step 2 of 6

✔ 1) Review Shopping Cart

2) **Billing & Shipping Information**

3) Delivery Options

4) Order Review & Payment Options

5) Submit Order

6) Order Confirmation

**Return to Shopping**

#### Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

## Billing & Shipping Information

ⓘ View Policies: -- Select a Policy --

* - required

### Billing Address

ⓘ An accurate Email provides you with information regarding order confirmation, backorders that may arise, and order shipment.
See Privacy Policy at upper right.

* First Name: a

* Last Name: SAmple

Company Name:

* Address 1: 2 south biscayne

Address 2:

* City: miami

* State: FLORIDA

* Zip Code: 33131

* Country: United States

* Daytime Phone: (305) 358-6555

Email:

### Shipping Address

ⓘ P.O.Box addresses are undeliverable by UPS. A complete street address and postal code are required for delivery.

**Fill with Billing Address**

* First Name: a

* Last Name: sample

Company Name:

* Address 1: 2 S Biscayne blvd. suite 2300

Address 2:

* City: miami

* State: FLORIDA

* Zip Code: 33131

* Country: United States
(We do not currently ship outside the United States.)

 Checkout Step 2 of 6



Managed by 

https://www.c-els.com/sfc/co/default.asp?sn=E032820060050185&ss=4&p=0                     12/10/2007









| Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher |

🔒 **Secure** Checkout

Checkout Step 3 of 6

### Checkout Steps

✔ 1) Review Shopping Cart

✔ 2) Billing & Shipping Information

3) **Delivery Options**

4) Order Review & Payment Options

5) Submit Order

6) Order Confirmation

**Return to Shopping**

### Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

## Delivery Options

View Policies: -- Select a Policy --

### Shipping Options

ℹ Order typically leave our warehouse in 2-5 business days if all items are in stock. We charge actual Published Shipping Rates based upon weight and distance. Click here for Transit Time Estimates.

Shipping Method **(Rates to FL Zip Code 33131)**

| Service | Fee |
|---------|-----|
| ○ UPS: Next Day Air. Usually delivered in 2-6 business days. | $51.00 |
| ○ UPS: 2nd Day Air. Usually delivered in 3-7 business days. | $24.40 |
| ● UPS: Ground. Usually delivered in 6-10 business days. | $8.14 |

Shipping Note to Carrier:

(For Example, "Leave package at back door.")

RUSH Shipments: ☐ Yes, I would like to have this order RUSH shipped. I understand that I will be charged an additional $5.00 for this service. View Shipping Policy for more information about RUSH shipments.

### Gift Options

ℹ Pricing information is removed from the packing slip on all gift orders.

Is this a gift? No

To: cathy

From: amanda

Gift Message: thanks

### Order Management Options

If at time of shipment, an item(s) on your order is found to be **backordered**, please instruct us below on how to proceed.

○ Hold my order and ship complete order once all items are in stock.

● Delete backordered items off my order and ship the remaining items.

○ Ship available items now. Create a 2nd order for backordered items that will ship once all items are in stock. I understand that an additional freight charge applies for the 2nd order.

Checkout Step 3 of 6

Case 1:07-cv-21221-CMA    Document 269-3    Entered on FLSD Docket 12/11/2007    Page 25 of 55

Managed by

   

Store Home | Entire Store | International/Regional | Health & Wellness | Organic | Collections | Kosher

🔒 **Secure** Checkout

◀◀ Checkout Step 4 of 6   **Submit Order ▶▶**

## Order Review & Payment Options

ⓘ View Policies: 

\* - required

### Order Review

**Lipton Iced Tea Mix, Unsweetened**                                              UPC: 04100000753



| | Description | Weight | Price | Qty | Total |
|---|---|---|---|---|---|
| | 6 Pack 3 OZ | 7.0 lb. | $28.44 | 1 | $28.44 |

**Checkout Steps**

✔ 1) Review Shopping Cart
✔ 2) Billing & Shipping Information
✔ 3) Delivery Options
4) **Order Review & Payment Options**
5) Submit Order
6) Order Confirmation

**Return to Shopping**

Customer Service

Store Policies
Store FAQ
Contact Store
Request It!
Order Review

### Shopping Cart Totals

| | | | |
|---|---|---|---|
| **Subtotals:** | 7.0 lb. | 1 | $28.44 |
| **Fees:** | | Handling Fee | $0.00 |
| | | Shipping Fee | $8.14 |
| **Totals:** | | | $36.58 |

### Billing Address

First Name: a
Last Name: SAmple
Company Name:
Address 1: 2 south biscayne
Address 2:
City: miami
State: FL
Zip Code: 33131
Country: US
Phone: (305) 358-6555
Email:

### Shipping Address

First Name: a
Last Name: sample
Company Name:
Address 1: 2 S Biscayne blvd. suite 2300
Address 2:
City: miami
State: FL
Zip Code: 33131
Country: US

### Shipping Options

Method: UPS: Ground
Weight: 8.0 lb. (product plus packaging)
Note:
Rush Shipment: No

### Gift Options

Is this a gift? No
To:
From:
Message:

### Order Management Options

Shipment Option: Delete backordered items off my order and ship the remaining items.

### Payment Options

Credit Card

\* Card Type: Visa

Card Number: | 000000000000000

\* Card Holder Name: | asample

\* Expiration Date: | 12 [ ] / 2009 [ ]

[ ] Yes, I would like to be informed of special offers, information and promotions. For more details, please
view the Privacy policy.

 **Returns are accepted only if items arrive damaged.**
**Orders usually ship in 2-5 business days, if all ordered items are in stock.**

Checkout Step 4 of 6   Submit Order ▶▶



Managed by 

https://www.c-els.com/sfc/co/default.asp?sn=E032820060050185&ss=4&p=3                12/10/2007

Frequently Asked Questions

- Can I change my mailing address and phone number online?
- My Account does not show my most recent transactions. Where can I view my latest transactions?
- My personal information or account information is not correct. Who do I contact to make those changes?
- Can I contact Customer Service using email?
- What should I do if my credit card is stolen or lost?
- Can I request a Credit Line Increase online?
- Can I add or remove an authorized user to my account online?
- Can I request an additional card online?
- Why do I need to enter personal information on the Login Screen?
- If I have additional questions about my account, who can I contact?

Payment Information

- Where do I mail payments?
- Can I make payments at a Meijer store?
- Can I make payments online?
- Why didn't I receive my bill? Can you mail another?

Technical / Security Help

- Is the information that I enter secure?
- What should I do when I have finished viewing my account information?
- What should I do if I am using a "public" computer?
- Are there any scheduled times when e-Service is unavailable?
- What should I do when I am having trouble viewing my account information on the screen?
- Browser Requirements
- Compatible Browsers

---

**Frequently Asked Questions** (back to top)

**Can I change my mailing address and phone number online?** (back to top)

Yes, click on 'Manage your account'.

**My Account does not show my most recent transactions. Where can I view my latest transactions?** (back to top)

We update our system at 6:00 AM everyday. Any transaction made after that time will be updated the following day. In the meantime, please contact Customer Service at 1-866-7-MEIJER (63-4537), available 24 hours a day.

**My personal information or account information is not correct. Who do I contact to make those changes?** (back to top)

Please contact Customer Service and notify them of any differences in account information by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Can I contact Customer Service using email?** (back to top)

No, we do not accept emails online.

Please contact Customer Service for any questions by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**What should I do if my credit card is stolen or lost?** (back to top)

Please contact Customer Service immediately to report your card Lost or Stolen by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Can I request a Credit Line Increase online?** (back to top)

Yes. Click on the credit line increase link within eService.

**Can I add or remove an authorized user to my account online?** (back to top)

You can add an authorized user online by clicking on "Manage my Account". You cannot delete an authorized user without calling Customer Service at 1-866-7-MEIJER (63-4537).

**Can I request an additional card online?** (back to top)

Yes. After you log-in, select "Request Additional Card" from the e-Service menu. The online request will provide an additional card in the primary cardholder's name. The card will be sent to the address on record.

Please note: This online form should not be used if your card was lost or stolen. Please contact our customer service department immediately to report your card Lost or Stolen by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Why do I need to enter personal information on the Login Screen?** (back to top)

In order to protect your account from unauthorized access, we ask you to verify your information before we grant access to the site.

**If I have additional questions about my account, who can I contact?** (back to top)

You can contact Customer Service by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Payment Information** (back to top)

**Where do I mail payments?** (back to top)

You should mail your payment to: Meijer, PO Box 960013, Orlando, FL 32896-0013. Make your check payable to Meijer/GEMB and be sure to include the remittance stub from your billing statement. To ensure your payment is received on time, we suggest you mail your payment a minimum of 5 business days prior to the due date as shown on your monthly billing statement. We also accept electronic payments through banks, online service providers, and CheckFree, the free online payment service accessible through Meijer.com. Additionally, we accept payments over the phone for a fee by calling customer service at 1-866-7-MEIJER (63-4537). Gift certificates and other credit cards are not accepted as a form of payment.

**Can I make payments at a Meijer store?** (back to top)

Yes. You can pay your bill in a Meijer store with cash or a personal check. You will also need to bring your Meijer Credit Card.

Learn more about how to pay your bill instore

**Can I make payments online?** (back to top)

Yes, you can now pay your Meijer Credit Card bill online using CheckFree, a free online payment service. Click here to sign in and pay your bill. If you have any questions or problems with registering or using the CheckFree process, please contact us at 1-866-7-MEIJER (63-4537).

**Why didn't I receive my statement? Can you mail another?** (back to top)

There may be a problem with your mailing address. Please call 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas to request additional copies of your statement.

**Technical / Security Help** (back to top)

**Is the information that I enter secure?** (back to top)

Yes, we use SSL encryption, an industry standard to protect your account information from unauthorized access.

**What should I do when I have finished viewing my account information?** (back to top)

When you have finished using a secure area of e-Service, make sure you log out and then close your browser. This will decrease the possibility of anyone viewing confidential account information.

**What should I do if I am using a "public" computer?** (back to top)

If you use a computer that others also work on and you are uncomfortable that they may view "cached" pages after you have left the station, you should close the Internet browser to protect your information. This will decrease the possibility of anyone viewing confidential account information.

**Are there any times when e-Service is unavailable?** (back to top)

We may perform maintenance on our site Monday through Friday 1:00 AM to 3:00 AM and Saturday through Sunday 12:00 AM to 7:00 AM Eastern Time.

**What should I do when I am having trouble viewing my account information on the screen?** (back to top)

Please contact Customer Service and notify them of any problems that you are having in viewing account information by calling 1-866-7-MEIJER (63-4537), available 24 hours a day, every day except Christmas.

**Browser Requirements** (back to top)

To log into the Meijer Credit Card e-Service you need to have a browser that is Internet Explorer 4.0 (AOL 5.0) compatible or higher.

**Compatible Browsers** (back to top)

Any browser that is Internet Explorer 4.0 (AOL 5.0) compatible or higher will be able to access the site. If your browser is not compatible please contact your Internet Service Provider or visit the site of the company that provides your browser for updates. In most cases, browser updates are free.

Meijer Credit Card Home | GEMB's Privacy Policy | GEMB's Web Site Usage Agreement

https://www.onlinecreditcenter2.com/Meijer/custserv/MeijerCustHelp.html                11/15/2007

**Web**  Images  Maps  News  Products  Gmail  more ▼    CMacIvor@gmail.com | Web History | My Account | Sign out

**Google**

bose earphones                    Search    Advanced Search
                                           Preferences

Web  Products                    Results 1 - 10 of about **1,370,000** for **bose earphones**. (**0.10** seconds)

**Bose ® In-Ear Headphones**              Sponsored Links        Sponsored Links
www.ThrillingAudio.com  Low Price Guarantee. Expert Advice. Free Express
Shipping. Ships Today!                                   **Bose ® In Ear Headphones**
                                                         Clearance Sale - Authorized Dealer
**Bose® headphones**                                      Free Shipping, No Sales Tax.
www.Bose.com  Quality sound and noise reduction: QuietComfort®   www.4ElectronicWarehouse.com
headphones from **Bose**
                                                         Google  Checkout
**Bose Earphones**
Crutchfield.com  Great Deals on Portable Earbuds, Noise Canceling Headsets,   **Shure® Official Website**
& more!                                                  Shure Sound Isolating **Earphones**
                                                         Focus on the Music. Shop Today!
**Product search results for bose earphones**            www.Shure.com
  **Bose**  $345.00 - doodlebugzbiz.com
  **In-Ear Headphones**  $99.99 - P.C. Richard & Son     **Bose Ear at Amazon.com**
  **Bose Headphone**  $139.99 - P.C. Richard & Son       MP3 Players, Cameras, TVs & More
See **bose earphones** results available through Google Checkout   Qualified orders over $25 ship free
                                                         Amazon.com/electronics
**Bose QuietComfort 2 Noise Cancelling Headphones - Headphones
and ...**                                                **Bose Headphones Sale**
                                                         Buy Bose Headphones for Less
Acoustic Noise Cancelling® headphones Proprietary **Bose** technology   Low Price Guarantee. Free Shipping!
electronically identifies and reduces unwanted sound while faithfully preserving the   www.MusiciansFriend.com
audio ...
www.**bose**.com/controller?event=view_                  **Earphones**
  product_page_event&product=qc2_headphones_index - 67k -   Compare Prices, Get Special Deals
Cached - Similar pages - Note this                       & Savings. Shop at AOL® Shopping!
                                                         Shopping.AOL.com
    **Bose In-Ear Headphones - Headphones and Headsets**
                                                         **Headphones-Earbuds Sale**
    **Bose** in-ear headphones offer high-quality audio from a comfortable and   Save On Headphones & Earbuds.
    stable in-ear headphone design. Full, rich sound with distinct clarity and   Get Free Shipping Over $100!
    warmth.                                               Meijer.com
    www.**bose**.com/controller?event=view_product_
      page_event&product=triport_ie_headphones_index - 65k -   **Bose Earphones**
    Cached - Similar pages - Note this                    **Bose Earphones** available.
    [ More results from www.bose.com ]                    **Bose Earphones**. Buy now!
                                                         www.audiocubes.com
**Amazon.com: BOSE (R) In-Ear Stereo Headphones: Electronics**
                                                         **Bose Headphones**
**Bose** designed these **earphones** so poorly they created a "special carrying case"   Headphones, Remotes, Cables & More!
to cover it up. Like most people, I wrap my **earphone** cords around my iPod. ...   Bid on **Bose** Headphones.
www.amazon.com/**BOSE**-R-In-Ear-Stereo-Headphones/dp/B000HWP6SC - 263k -   www.eBay.com
Cached - Similar pages - Note this
                                                              More Sponsored Links »
    **Amazon.com: Bose® QuietComfort® 3 Acoustic Noise
    Cancelling ...**

    I have used the **Bose** QuietComfort QC-2 headphones for about a year, ..... Sony MDR-
    EX90LP Stereo **Earphones**. 3 of 3 customers preferred this one. ...
    www.amazon.com/QuietComfort®-Acoustic-Noise-Cancelling®-
      Headphones/dp/B000GFDC7C - 268k - Cached - Similar pages - Note this
    [ More results from www.amazon.com ]

**bose earphones - Headphones - Shopping.com**

Compare 18 **bose earphones** - Headphones. ... **Bose** QuietComfort® 3 Acoustic Noise
Cancelling® Consumer Headphones · **Bose** QuietComfort® 3 Acoustic Noise ...
www.shopping.com/xPP-headphones-**bose_earphones** - 78k -
Cached - Similar pages - Note this

### Bose Headphones
Improved **Bose** In-Ear triport headphones - a more comfortable fit than the traditional
**earphone**. Provides quality sound for your iPod, Zune, MP3 player or **...**
www.4electronicwarehouse.com/c/headphones/**bose** - 70k -
Cached - Similar pages - Note this

### Bose TriPort IE Earphones - BizRate - Compare prices, reviews ...
Find the lowest prices on **Bose** TriPort IE **Earphones** at BizRate. Read consumer reviews
before you buy Electronics. Compare stores & shop for **Bose** TriPort IE **...**
www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**--
pid521088534/compareprices.html - 85k - Cached - Similar pages - Note this

### Bose TriPort IE Earphones - Reviews, Best Prices and Product ...
BizRate helps you buy the **Bose** TriPort IE **Earphones** for the lowest price by comparing
**Bose** TriPort IE **Earphones** prices at the top-rated stores online.
www.bizrate.com/stereospeakers_headphones/**bose**-triport-ie-**earphones**--pid521088534/ -
72k - Cached - Similar pages - Note this

### Battle of the Noise Reducing Headphones! - Bose QuietComfort ...
Enjoy the Music.com's Chris Boylan reviews the **Bose** Quiet Comfort noise-cancelling
headset, the Etymotic Research ER4P (ER-4P) headphones and the Headroom **...**
www.enjoythemusic.com/Magazine/equipment/1101/headphones.htm - 31k -
Cached - Similar pages - Note this

### Bose Improves TriPort Earphones
**Bose** has announced that its TriPort **earphones**, which have been affected by a "stability
issue," will have an updated version released next week. **...**
ipod.about.com/b/2007/03/10/**bose**-improves-triport-**earphones**.htm - 19k -
Cached - Similar pages - Note this

Searches related to: **bose earphones**

**bose earphones review**          **noise cancelling earphones**

**1** 2 3 4 5 6 7 8 9 10      **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar



bose earphones              [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Google Checkout   Learn more

http://www.google.com/search?q=bose+earphones&rls=com.microsoft:en-us:IE-Address&...   12/9/2007



[Home](#) › [Electronics](#) › [Audio](#) › Headphones
**Headphones**

- [Brand](#)
  - [Creative Labs](#)
  - [JBL](#)
  - [Logitech](#)
  - [Motorola/GI](#)
  - [Sennheiser](#)
  - [Turtle Beach-Voyetra](#)
  - [Ultimate Ears](#)

- [Price](#)
  - [<$50](#)
  - [$50-$100](#)
  - [$100-$200](#)

- Color
  - Black

✓ [View](#) [Comparison Now](#)

Showing 1-12 of 12   All ▾        Sort By
Price: Low to High ▾



**Sennheiser Ultralight Super Aural Headphones**

$26.99 Sale
$29.99

[Add To Cart]

[Preview]      ☐ Compare

**EarForce X-52 PC Headset**

$53.99 Sale
$59.99

[Add To Cart]

[Preview]      ☐ Compare



**Ultimate Ears Metro.fi 2 High Fidelity Earphones**

$61.74 Sale
$64.99

[Add To Cart]

[Preview]      ☐ Compare

**Motorola Stereo Bluetooth Headphones**

$75.99 Sale
$79.99

[Add To Cart]

[Preview]      ☐ Compare



**Ultimate Ears Super.fi 3 Studio Earphones - Black**

$75.99 Sale
$79.99

[Add To Cart]

[Preview]      ☐ Compare



**Ultimate Ears Super.fi 3 Studio Earphones - White**

$75.99 Sale
$79.99

[Add To Cart]

[Preview]      ☐ Compare



**ZEN Aurvana In-Ear Earphones**

$80.99 Sale
$89.99

**Logitech FreePulse Wireless Headphone**

$85.49 Sale
$89.99

□ Compare

□ Compare

**JBL Reference 510 Black On-Ear Headphones**

$94.99 Sale
$99.99

**Sennheiser PXC 250 Stereo Mini Headphones with NoiseGard**

$123.49 Sale
$129.99

□ Compare

□ Compare

**Ultimate Ears Super.fi 5 EB Super High Fidelity Earphones - Pearl White**

$151.99 Sale
$159.99

□ Compare

**Ultimate Ears Super.fi 5 Pro Series High Fidelity Earphones**

$189.99 Sale
$199.99

□ Compare

View Comparison Now  Showing 1-12 of 12  All          Sort By  Price: Low to High

gourmet
gifts
delivered | SAFEWAY

Sign In | Register | View Cart | Checkout | My Account

Hello as. You have 4 items in your Shopping Cart

Fruit Baskets | Fresh Fruits & Nuts | Chocolate Covered Gifts | Truffles

Add Items | Review Cart | Give Addresses | Pick Delivery | Enter Payment

Session ID: SGJRZ6J1

**Step 5: Enter Payment Information**

# Enter Payment Information

**Billing Information as it appears on your credit card**

| | | |
|---|---|---|
| First Name: | as | |
| Last Name: | | |
| Company: | | |
| Street: | 2626 East Park Avenue | |
| City: | Tallahassee | |
| State: | Florida | |
| Zip: | 32608 | |

Payment Type: Visa

Card Number:

V-Code:

Expiration Month: 11

Expiration Year: 2007

Promotion Code:

- Enter your name and address as it appears on your credit card.
- Wondering what the V Code is?

AUTHORIZED SIGNATURE
4190 2234 1234 4321
NOT VALID UNLESS SIGNED
**V-Code**

It's the 3 digit number on the back for your credit card. The V code is located in the signature line and is usually the last three numbers directly after your credit card number.

- To place your order select the "Submit Order" button.

---

Order Summary: Order Number: SGJRZ6J1

| | |
|---|---|
| Sub Total: | $171.80 |
| Shipping Total: | $117.36 |
| Grand Total: | $289.16 |

**Billing Information:**
as
2626 East Park Avenue
Tallahassee, FL 32608
(850)876-2230
Email:
rsaone@aol.com

**Champagne Filled Truffles with Chocolate Dipped Strawberries**

as
2626 East Park Ave
Tallahassee, FL
(850)876-2230
**Gift Message:**
merry merry

Product Code: SG403SW141
Quantity: 4
Price Per Item: $42.95

Ship Date: Thu - Nov 29, 2007
Delivery Date: Fri - Nov 30, 2007

[Go Back]     [Complete Order]

Contact Us | Privacy Policy | Terms of Use | FAQ



**Home** | Login | Register | My Account | My Cart | Checkout

**Welcome Guest. You have 0 items in your Shopping Cart**

SEARCH [ ] go

Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items





Not Sure **What to Get?**
Here's a list of our favorites.



**Item of the Week:**
A Classic Favorite
**4 FREE**
Soup Bowls



**The Perfect Party**
Starts before the first Toast
From Wine Storage to Stylish Decanters



Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use



Home | Login | **Register** | My Account | My Cart | Checkout

**Welcome Guest. You have 1 items in your Shopping Cart**

SEARCH

Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items

# Register

**My Account**

Your account information is used to login to the site. please save your password in safe place.

* Your First Name:          amanda

* Your Last Name:           sampel

* Your E-Mail:              rsaone1@hotmail.com

* Create a Personal Password:                    (at least 6 chars long)

* Re Enter Your Password:

*Phone (xxx-xxx-xxxx):      305-358-6555

* OK To E-Mail:             Yes ○   No ●  (Can we contact you with product update/informaton, etc.)

Submit

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use




Welcome b s. You have 1 items in you

Q SEARCH

Tableware  |  Culinary  |  Drinkware  |  Furnishings  |  Accessories  |  Toys  |  Gift Finder  |  Featured Items

# Final Checkout

| Ship Item To | Shipping Method | Product | Quantity |
|---|---|---|---|
| b S<br>2626 East Park Ave<br>Tallahassee, FL<br>32301<br>864-228-9797 | UPS Ground | Fusion Break Resistant Stemware S/4 Champagne | 1 |

Su

Shipping/Ha

**To edit your order. click here**

**Credit Card Info**

Please Enter Your Credit Card Information Below:

*Name On Card:          b S

*Credit Card Number:                         (no spaces)

*Credit Card Verfication Code:              what's this

*Card Type:          Card Type

*Expiration Date:          Month   Year

**Review your order below to make sure it's correct.**
**Then click 'Submit Order' only once to place your order and prevent duplicate charges.**

Case 1:07-cv-21221-CMA     Document 269-3     Entered on FLSD Docket 12/11/2007     Page 39 of 55

home living *delivered*

Home | Login | Register | My Account | My Cart | Checkout | Logout

**Welcome amanda sampel. You have 3 items in your Shopping Cart**

SEARCH

go

Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items

# My Cart

| Ship Item To | Product | Quantity | Price |
|---|---|---|---|
| | | | |
| **Ship Item To:** | 40 Bottle Modular wine Rack Natural | 1 | **$79.99** |
| amanda sample | Weber Genesis Gas Grill | 2 | **$1,099.98** |

**Gift Message:**

thanks

Enter any special offer/discount coupon code here:

| | | Subtotal: | **$1,179.97** |

**Continue Shopping**                                           **Continue Checkout**

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use

home
living
*delivered*

SEARCH

go

Tableware | Culinary | Drinkware | Furnishings | Accessories | Toys | Gift Finder | Featured Items

# My Cart

| Product | Quantity | Price |
|---|---|---|
| 40 Bottle Modular wine Rack Natural | 1  Delete | **$79.99** |
| Weber Genesis Gas Grill | 2  Delete | **$1,099.98** |

Enter any special offer/discount coupon code here:

Subtotal: **$1,179.97**

Continue Shopping

Continue Checkout

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use



Home | Login | Register | **My Account** | My Cart | Checkout | Logout

**Welcome amanda sampel. You have 3 items in your Shopping Cart**

Q SEARCH | go

Tableware  |  Culinary  |  Drinkware  |  Furnishings  |  Accessories  |  Toys  |  Gift Finder  |  Featured Items

**Your shipping address could not be verified against USPS records**

# Account and Contact Info

Your account information
Your First Name:          **amanda**
Your Last Name:          **sampel**
Your E-Mail:               **rsaone1@hotmail.com**
Phone:                        **305-358-6555**

Set up your address book here

**Billing Info**

Enter your billing information below. (Same as account info: ☐ )

| | | | |
|---|---|---|---|
| Nickname: | a | Suite: | 2300 |
| *First Name: | amanda | *City: | miami |
| *Last Name: | sample | *State/Province: | Florida |
| *Phone (xxx-xxx-xxxx): | 305-358-6555 | *Zip: | 33131 |
| Company: | mforeman | | |
| *Address1: | 2 S Biscayne Blvd | | |
| Address2: | | | |

**Shipping Info**

Enter your shipping information below. (Same as billing info: ☑ )

| | | | |
|---|---|---|---|
| Nick Name: | | Suite: | 2300 |
| *First Name: | amanda | *City: | miami |
| *Last Name: | sample | *State/Province: | Florida |
| *Phone (xxx-xxx-xxxx): | 305-358-6555 | *Zip: | 33131 |
| Company: | mforeman | | |
| *Address1: | 2 S Biscayne Blvd | (We're sorry but we are unable to ship to a P.O. Box address) | |
| Address2: | | | |

Submit

**Order/Billing History**

| Order Number (Click For Receipt) | Order Date | Payment Type | Order Total | Billing Address |
|---|---|---|---|---|
| **No orders found** | | | | |

Contact Us | Shipping | FAQ | Privacy Policy | Terms of Use



**Sign In**
New User? **Sign Up**

Home • Weekly Ad • My Account • Gift Cards • Store Lc

Your H-E-B Store      Online Services      Mealtime      Comp

11/13/2007                                                    search

http://www.heb.com/creditcards/index.jsp                 11/13/2007





| | | | |
|---|---|---|---|
| ▶ | **Cart** ▸ | Item 1<br>Order Options<br>Delivery | ▶ **Billing** |



Step 1  **ENTER Delivery Date**    13   November   2007    Our next available delivery date is: **Tuesday, November 13**

Step 2  **ENTER Recipient's Address**

*Location Type  Residence

*Address:  2626 East Park Avenue
*City:  Tallahassee                    *State:  Florida
*Zip Code:  32301 **[Change Zip Code]**    *Country:  United States

Recipient's Phone #:                Ext.

Step 3  **ENTER Special Delivery Instructions**    Note:  Deliveries for a specific time of day can not be guaranteed.  **More Info**

180 characters max.

* - Required Fields

[ ◀ Back ]        [ 🖶 Submit ▶ ]        **Item 1**
Proceed to complete Billing

Continue Shopping    Account

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

https://ordering.ftdfloristsonline.com/heb/scart/delivery.html?entry_id=51466881                11/12/2007



**Sign In**
New User? **Sign Up**

Home • Weekly Ad • My Account • Gift Cards • Store Lo

Your H-E-B Store        Online Services        Mealtime        Comp

search

11/13/2007      H-E-B /



# Online Defensive Driving

H-E-B brings you a new simple and convenient way to take a Defensive Driving course. You can purchase a course card at a participating H-E-B Business Center or simply pay on-line.  This course is approved by The Texas Education Agency and is available for your convenience 24 hours a day, 7 days a week. Whether you need to dismiss a traffic ticket or save some money on your insurance, our course can help!

## REGISTER HERE
or Call 866-432-2527

Learn More • Current Student Login

**Dismiss A Traffic Citation!**
**Save $$ On your insurance!**
**Available 24 / 7**
**Texas Education Agency Approved! (CP343)**
**Log On and Off At Anytime**
**Rush Certificate Delivery Available**

**H-E-B**

Our new
to order
photo c
online!

**H-E-B**

**Insura**

Easy, a
for your
today!







For Discount,
**Use Promotion Code: 8807**

## REGISTER HERE

**Careers    H-E-Buddy    Central Market    H-E-B Mexico    H-E-B Suppliers**

Home | Contact Us | Privacy Policy | Site Map | Help

Copyright 2001-2007, H.E. Butt Grocery Company

# Online Defensive Driving
TEA Course Approved CP343

*Haga Clic Aquí*

**Before Enrolling in the course, be sure to have the following items handy:**
**Driver's License, Vehicle Registration, Traffic Citation (if applicable) and Vehicle License Plate number**

**Please Note:** All confidential student information submitted is for the purpose of satisfying court requirements only and w
sold or supplied to any outside parties.

**BOLD** fields are **REQUIRED**

**Email Address**

☐ Contact me occasionally about special offers, promotions and new features!

**Phone (DAY)**

Phone (Night)

**Gender**          ○ Male  ○ Female

Please, enter your shipping address information below:

**Address**

**City**

**State**          Florida

**Zip**

Discount Code (if any)          *(optional)*

Before clicking "Continue" please verify that all information you entered above is correct and curren

© 2007 Online Defensive Driving





## Apply now for the H-E-B MasterCard® 1

- Earn 2 points for every dollar you spend when you use your H-E-B MasterCard at your neighborhood H-E-B or H-E-B *plus!*™ 2

- Earn 1 point for every dollar you spend everywhere else MasterCard credit cards are accepted.2

- Earn a $20 H-E-B Gift Card with 2,000 points.

- Earn a $100 H-E-B Gift Card with 10,000 points.

*Watch your rewards add up on your monthly credit card statement.*

Click here to apply now or call **1-888-881-6403** to apply by phone and mention card code **B6G4.**



Choose your card design

Choose Card Design



Pricing & Terms | Privacy Policy

Solicite en Español

### Or apply for the H-E-B Credit Card

- **Earn 1 point for every eligible dollar you spend when you use your H-E-B Credit Card at your neighborhood H-E-B or H-E-B *plus!*™ 3**

- **Watch your rewards add up on your monthly credit card statement.**

- **Earn H-E-B Gift Cards!**

Click here to apply now or call **1-888-881-6403** to apply by phone and mention card code **B3F7.**





Pricing & Terms | Privacy Policy

Solicite en Español

1 If you choose but do not qualify for the H-E-B MasterCard, you will then automatically be considered for a H-E-B Credit Card. The H-E-B Credit Card can only be used at H-E-B locations and has different rates, fees, benefits, rewards, and cred availability. Certain restrictions, limitations, and exclusions apply for both cards. Once your account is opened, please see your credit card benefits materials for details.

2 You will earn 2 points for each $1 of net purchases made at H-E-B. You will earn 1 point for each $1 of all other net purchases. You do not earn points on balance transfers, cash advances, cash-like charges such as travelers checks, foreign currency, and money orders, any checks that are used to access your account, overdraft advances, interest, unauthorized fraudulent charges, or fees of any kind, including fees for products that protect or insure the balances of your account. The is no maximum number of points that you can accumulate in the program. See Rewards Program Rules and Regulations, which will be mailed after your account is established.

3 You will earn 1 point for each $1 of net purchases made at H-E-B (excluding H-E-B car wash facilities, H-E-B Spoonz Cafe H-E-B Mobile, and H-E-B Insurance Agency). You do not earn points on interest, unauthorized or fraudulent charges, or fe

**Careers   H-E-Buddy   Central Market   H-E-B Mexico   H-E-B Suppliers**

**Home** | **Contact Us** | **Privacy Policy** | **Site Map** | **Help**

Copyright 2001-2007, H.E. Butt Grocery Company

# H-E-B MasterCard®

## Application

Read Privacy Policy and Pricing and Terms for important information about rates, fees and other costs before applying.

🔒 Learn what we're doing to help keep you secure                      What do I need to apply?

\* indicates a required field.

## Application Information

Before completing the application, you should be able to answer "Yes" to the following statements by checking the boxes:

☐ Yes, my credit history is clear of bankruptcy.

☐ Yes, my credit history is clear of seriously delinquent accounts.

☐ Yes, I have NOT been denied credit by Chase within the last 6 months.

## Please Tell Us About Yourself

Your entries must consist of alpha-numeric characters only (e.g., characters such as "*", "$", "#", and commas will not be accepted in some fields).

|  | First* *(Required)* | M.I. | Last* *(Required)* | Suffix |
| --- | --- | --- | --- | --- |
| Name: | | | | |

NOTE: Your name will appear on your card as depicted above.

| Residential Address Line 1:* | | Unit/Apt #: | |
| --- | --- | --- | --- |

Residential Address Line 2:

| City: | | State:* |
| --- | --- | --- |

| Zip Code:* | - | Home Phone:* | - | - |
| --- | --- | --- | --- | --- |

You must be a U.S. resident to apply. No P.O. boxes please.

Lived There:*  0  Years  0  Months

SSN:*  ____ - ____ - ____      Why do we ask for this?

Date of Birth:*  ____ / ____ / ____  (MM/DD/YYYY)

Mother's Maiden Name:*      Why do we ask for this?

E-mail Address:*

Please enter your ".edu" email address if active.

## Please Tell Us About Your Job

(If retired, note previous employer. If self-employed, note nature of business.)

Position:*

Employer:*

Worked There: * 0 [ ] years 0 [ ] months

Alternate
Phone: * [____] - [____] - [____]

[ ] Check here if you are a student.

## Please Provide Some Financial Information

Alimony, child support, or separate maintenance income need not be revealed if you do not wish it to be considered as a basis for repaying this obligation.

Annual Household Income: * $ [_____] .00 *(Please do not use commas.)*

Please select the type(s) of bank account(s) you have: * [_____]

Select Residence: * [____]

Monthly Rent or Mortgage: * $ [_____] .00 *(Please do not use commas.)*

## 2nd Cardholder

(PLEASE LEAVE BLANK IF NO ADDITIONAL CARD IS REQUESTED)

Yes, please send a second card at no extra cost for:

First
Name: [_____]     M.I.: [____]     Last
Name: [_____]

## Balance Transfer Option

Transfer to my new account the amount(s) shown from the MasterCard®, VISA®, Discover® or American Express® account(s) listed below. If not transferring a balance, please leave blank. **Please do not use commas in the amount fields.**

Amount: [_____] . Account
$ [____]      Number: [_____]

Amount: [_____] . Account
$ [____]      Number: [_____]

Amount: [_____] . Account
$ [____]      Number: [_____]

## Authorization

By submitting this application, I agree to the following:

- Everything I have stated in my application is true and correct.
- My personal credit history is clear of bankruptcies.
- I have read and agree to all the pricing and other terms on the previous pages and screens.
- By using the account or any card, or authorizing their use, I agree to the terms of the Cardmember Agreement that I will receive with my card(s).
- **The terms of my account, including the APRs, are subject to change. Any such changes will be made in accordance with the Cardmember Agreement.**
- I authorize Chase and the partner named in this offer to exchange information about me and my account(s).

SCROLL DOWN FOR IMPORTANT INFORMATION ABOUT RATES, FEES AND OTHER COSTS. PLEASE GO BACK UP AND CHECK ALL ANSWERS CAREFULLY BEFORE SUBMITTING YOUR APPLICATION. DO NOT SUBMIT MORE THAN ONE APPLICATION.

🔒 Learn what we're doing to help keep you secure

Submit Now

| RATE, FEE AND OTHER COST INFORMATION | |
|---|---|
| **MasterCard** | **Store-Branded Credit Card** |
| **Annual Percentage Rate (APR) for purchases** | |
| A 0% fixed APR for the first 6 billing cycles following the opening of your account. After that, 13.74% variable[a], 18.74% variable, or 22.74% variable, depending on our review of your application and credit history. | 23.74% variable.[a] |
| **Other APRs** | |
| Balance Transfer APR: A 0% fixed APR for the first 6 billing cycles following the opening of your account. After that, 13.74% variable | Balance Transfer APR: Not available. |

## Bank Information (optional)

If you received a brochure about Chase credit cards from a Chase Relationship Banker, please help us recognize them by providing the following optional information:

Bank No.:

Banking Center No.:

Employee Number:

🔒 Learn what we're doing to help keep you secure

Submit Now

https://app.firstusa.com/ICBatch/?PID=none&SPID=B6G4&CELL=6VSP&AFFID=&C...    11/13/2007

**STOP&SHOP**

For Customer Service 888-693-5270

All the ingredients™

site map | store locator | e

FTD Keywo

| FLORAL HOME | HOLIDAYS | OCCASIONS | PRODUCTS | FTD DELIVERY INFO | FTD ACCOUNT | FTD GUARANTEE | SHOPPING CART |





**The FTD® Thanksgiving Centerpiece**
07-T1
**US $45.99**



**The FTD® Fall Harvest™ Bouquet**
07-T3
**US $42.99**



**The FTD® Bountiful™ Bouquet**
07-A1
**US $36.99**



**The FTD® Au Medley™ Bas**
B2-3713
**US $35.99**



**The FTD® Bountiful Color™ Cornucopia**
B4-3717
**US $60.99**



**The FTD® Wonderful Wishes™ Bouquet**
C49-4039
**US $50.99**



**The FTD® Happy Thoughts ™ Bouquet**
B3-3449
**US $55.99**



**The FTD® Br the Day ™ Ro Bouquet**
D3-821Y
**US $48.99**

.



**For Customer Service 888-693-5270**

Floral Home • FTD Delivery Info • FTD Guarantee • FTD Account • Shopping Cart • Holiday Traditions

About Flowers • FTD Site Features • FTD Security and Privacy • Bookmark Us • FTD Site Map

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 6.0 or great
Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.
.





| | Cart | ▸ | Item 1<br>Order Options<br>Delivery | ▸ | Billing | Review & Submit |

---

**Step 1**  **ENTER Delivery Date**

10   December   2007

Our next available delivery date is:
**Monday, December 10**

---

**Step 2**  **ENTER Recipient's Address**

*Location Type   Business          Name of Business: _____

*Address:   2 S. Biscayne Blvd

*City:   Miami          *State:   Florida

*Zip Code:   33137   **[Change Zip Code]**          *Country:   United States

Recipient's Phone #: _____   Ext. _____

---

**Step 3**  **ENTER Special Delivery Instructions**

Note: Deliveries for a specific time of day can not be guaranteed.  **More Info.**

180 characters max.

---

\* - Required Fields

◀ **Back**

**Submit** ▶

Proceed to complete Billing

Continue Shopping    Account

**Item 1 Price: $62.99**

---

Secured by thawte
2007-12-10

This site is best viewed with Microsoft Internet Explorer 5.5 or greater or Netscape Navigator 4.74 or greater.

Copyright © 2007. Florists' Transworld Delivery, Inc. All Rights Reserved.
Produced by Novator Systems Ltd.

file://C:\DOCUME~1\asample\LOCALS~1\Temp\CVR6MTHP.htm                    12/10/2007