

# THANK YOU FOR YOUR ORDER!

**Contact Us**
www.Meijer.com\Help
1-877-E-MEIJER
(363-4537)

**Order #:** WEB0406021  **PO:** 0000004835  **Order Date:** 11/16/2007
Track your entire order at **www.Meijer.com\Help**

**Sold To:**
C MacIvor
2 S BISCAYNE BLVD STE 2300
MIAMI, FL 33131
US

**Ship to:**
C MacIvor
2 S BISCAYNE BLVD STE 2300
MIAMI, FL 33131
US

**Shipping Method**
Ground (carrier not specified)

Case 1:07-cv-21221-CMA    Document 269-4    Entered on FLSD Docket 12/11/2007

**Gift Message**
Thank you

| Qty | Description | UPC | Item # |
|---|---|---|---|
| 1 | 3M Pet Care Products 16oz Small Pet Care Dental Tr | 051131848597 | 360503 |

**Return Information**
Your satisfaction is 100% guaranteed! If for any reason you're unhappy with your purchase, just return it to us.

**Return by Mail**
a) Get a Return Label and Return Authorization Number (RA#) from Meijer.com/orderhistory.
b) Drop off at your nearest FedEx location.

**Take to a Meijer Store**
*Only items delivered by FedEx or UPS can be returned to a Meijer store. To return items that were Special Delivery, call 1-877-E-MEIJER (363-4537).*
a) Take this Packing Slip and the item to the store. (A Return Label and RA# are not required.)
b) Your shipping confirmation email includes a Receipt # and Order #, and can be used in place of a packing slip. Returns are subject to approval at the store.

**Return Policy**
*Credit cannot be applied if proper return procedures are not followed. All returns of items purchased on Meijer.com, whether to a Meijer store or to Meijer.com, are subject to the same policies:*
• Items must be returned in original packaging with accessories and manuals.
• Unopened music, movies, video games, computers, software, electronics, or collectibles may be returned or exchanged within 30 days of delivery. All other items may be returned or exchanged within 90 days.
  • *To make an exchange:* Call us toll-free at 1-877-E-MEIJER (363-4537) and we'll walk you through it.
  • *To make a return:* Visit your order details at Meijer.com/orderhistory.
• Opened music, movies, video games, computers, software, electronics, or collectibles may only be exchanged for the same item.
• We'll issue a refund after we receive the returned item. Your return confirmation email will have details.

**shop for more**
**meijer.com**

Page 1 of 1 page(s)



Exhibit "B"

Page 1