UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**,
**AMY HOLLUB**, **PATRICIA**
**DAVIS**, et al.,

    Plaintiffs,
vs.

**MARS INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on December 12, 2007 upon Plaintiffs' Motion for Leave to Conduct Personal Jurisdiction Discovery [D.E. 262] and Plaintiffs' Cross Motion to Strike Portions of Response [D.E. 268]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion for Leave to Conduct Personal Jurisdiction Discovery **[D.E. 262]** is **GRANTED**. Plaintiffs' Cross Motion to Strike Portions of Response **[D.E. 268]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 13th day of December, 2007.

                                                   *Cecilia M. Altonaga*
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
counsel of record