## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

                Defendants.
_____/

### ORDER GRANTING ORAL ARGUMENT ON CONSOLIDATED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT

THIS CAUSE came before the Court upon Defendants' Unopposed Request for Oral Argument on their Consolidated Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, filed December 14, 2007. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties are responsible for coordinating the date of argument, and so advising the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of _____ _____, 2007.

                                      _____
                                      **CECILIA M. ALTONAGA**
                                      **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
Counsel of Record