UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION


FILED by _____ D.C.
DEC 14 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
Individually and on behalf of
Others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.,*

    Defendants.
_____/

### SUMMONS IN A CIVIL CASE

TO:  NATURA PET PRODUCTS, INC.
    1101 S. Winchester Blvd., Suite J 225
    San Jose, California 95128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY(S):

    Catherine J. MacIvor
    Florida Bar No. 932711
    Maltzman Foreman, P.A.
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 2300
    Phone: 305-358-6555/Facsimile: 305-374-9077

an Answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your Answer with the Clerk of this Court within a reasonable time after service.

DEC 14 2007
DATE

CLERK  Clarence Maddox
*Steven C. Xxxxxxx* (signature)

(BY) DEPUTY CLERK
DEC 14 2007

Dated: _____, 2007
    Miami, FL