# EXHIBIT A

| | |
|---|---|
| From: | "Catherine J. MacIvor" <CMacIvor@mflegal.com> |
| To: | "Marcos Jimenez" <mjimenez@kennynachwalter.com> |
| Date: | 12/17/2007 12:41:04 PM |
| Subject: | RE: Blaszkowski - Safeway |

Mr. Jimenez,

As previously discussed, I will serve interrogatories to you as to the
Safeway employees which will be directed to their employment and what
they do. While I have not seen the final draft, I anticipate that they
are less then 15 simple interrogatories and may be less than 10.
However, I am not waiving the right to seek their depositions after
receiving the answers and this is provided that we receive the responses
within 48 hours of service.

As for interrogatories in lieu of a 30(b)(6) deposition, I cannot agree
to that. I am happy to work with you to try to work out any objections
that you may have regarding the topics and the document requests.
Please provide potential dates as soon as possible for the Safeway and
Stop & Shop 30(b)(6) depositions.

I do not consent to interrogatories to the Plaintiffs at this time. I
will be happy to discuss that with you as well.

Regards,


Catherine J. MacIvor
Partner
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel :   (305) 358-6555
Fax:   (305) 374-9077
Email: CMacIvor@mflegal.com

The information transmitted herein is intended only for the person or entity to which it is addressed and
may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use
of, or taking of any action in reliance upon, this information by persons or entities other than the intended
recipient is prohibited. If you received this message in error, please contact the sender and delete the
material from any computer. Under applicable U.S. Treasury Regulations, we are required to inform you
that any advice contained in this electronic mail message (or any attachment hereto) is not intended to be
used, and cannot be used, to avoid tax penalties imposed under the Internal Revenue Code.

-----Original Message-----

From: Marcos Jimenez [mailto:mjimenez@kennynachwalter.com]
Sent: Friday, December 14, 2007 4:46 PM
To: Catherine J. MacIvor
Cc: Robert Alwine
Subject: RE: Blaszkowski - Safeway

Ms. MacIvor:

No problem with the typo.

I'm happy to attempt interrogatories without prejudice to your position regarding depositions, but two days seems awfully short without knowing the number of interrogatories and their topics. If you'd like to give me an idea of the number of interrogatories and topics, then perhaps we can continue to make progress. Two days might be enough, depending on your answer.

I have prepared a motion for protective order, which for now I will hold off filing until I hear back from you.

Also, please let me know whether you consent to our propounding limited interrogatories to your two Florida named plaintiffs without prejudice to our defenses.

Please let me know on both of these items by Monday.

Thank you.


Marcos Daniel Jimenez
Kenny Nachwalter, P.A.
1100 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131-4327
305.373.1000 (office)
305.372.1861 (facsimile)
mdj@kennynachwalter.com


>>> "Catherine J. MacIvor" <CMacIvor@mflegal.com> 12/14/2007 3:26 PM >>>
Mr. Jimenez,

I apologize for the typo.

I am willing to attempt interrogatories provided that I have an executed
response within two days of service and it is without prejudice to noticing a deposition if I believe that is still necessary based upon the responses.

I am available December 19, 2007 in the afternoon.

Regards,


Catherine J. MacIvor
Partner
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131

Tel:   (305) 358-6555
Fax:   (305) 374-9077
Email: CMacIvor@mflegal.com

The information transmitted herein is intended only for the person or
entity to which it is addressed and may contain confidential and/or
privileged material. Any review, retransmission, dissemination or other
use of, or taking of any action in reliance upon, this information by
persons or entities other than the intended recipient is prohibited. If
you received this message in error, please contact the sender and delete
the material from any computer. Under applicable U.S. Treasury
Regulations, we are required to inform you that any advice contained in
this electronic mail message (or any attachment hereto) is not intended
to be used, and cannot be used, to avoid tax penalties imposed under the
Internal Revenue Code.


-----Original Message-----

From: Marcos Jimenez [mailto:mjimenez@kennynachwalter.com]
Sent: Thursday, December 13, 2007 5:23 PM
To: Robert Alwine; Catherine J. MacIvor
Cc: Ana Gonzalez; Christina Frohock
Subject: Re: Blaszkowski - Safeway

Ms. MacIvor:

First, my last name is spelled Jimenez.

Second, we object to these depositions. Our position is that your
jurisdictional discovery can be accomplished in a cost-effective and
efficient manner through interrogatories.

Consider this our effort under Local Rule 7.1 to confer regarding this
discovery that you seek.

I am available for a hearing before Judge Altonaga any time at 3:30 pm
or after tomorrow, December 14, 2007, and also any time on Wednesday,
December 19, 2007.


Marcos Daniel Jimenez
Kenny Nachwalter, P.A.
1100 Miami Center
201 S. Biscayne Blvd.
Miami, FL 33131-4327
305.373.1000 (office)
305.372.1861 (facsimile)
mdj@kennynachwalter.com


>>> "Catherine J. MacIvor" <CMacIvor@mflegal.com> 12/13/2007 4:10 PM
>>>
Dear Mssrs. Jiminez and Alwine:

Please provide the names and addresses of the four employees who were

referenced in the Safeway Affidavit filed in mid-November as soon as possible as well as dates for their depositions. If we do not receive their names or addresses by Monday, we will serve notices for taking deposition on you with only the job title that we were provided.

Thank you for your anticipated cooperation.

Catherine J. MacIvor
Partner
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel :   (305) 358-6555
Fax:   (305) 374-9077
Email: CMacIvor@mflegal.com

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other
use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.
If
you received this message in error, please contact the sender and delete
the material from any computer. Under applicable U.S. Treasury Regulations, we are required to inform you that any advice contained in
this electronic mail message (or any attachment hereto) is not intended
to be used, and cannot be used, to avoid tax penalties imposed under the
Internal Revenue Code.