UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,
vs.

**MARS INC.**, et al.,

    Defendants.
_____/

### ORDER SETTING HEARING

**THIS CAUSE** came before the Court on the Request for Hearing on Motion for Protective Order, filed on December 17, 2007 (D.E. 284). Upon careful consideration of the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Request is **GRANTED**. Oral argument on Defendants' Motion for Protective Order is scheduled before the undersigned on **Wednesday, December 19, 2007 at 2:00 p.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge William C. Turnoff
    counsel of record