IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RENEE BLASZKOWSKI, *et al.,* § <br> Individually and on behalf of § <br> others similarly situated, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> MARS INC., *et al.* § <br> § <br> *Defendant.* § | Civil Action No. 07-cv-21221-CMA |

### DEFENDANT NEW ALBERTSONS, INC.'S MOTION FOR LEAVE TO TAKE LIMITED JURISDICTIONAL DISCOVERY

Defendant, New Albertsons, Inc. ("New Albertsons"), respectfully submits this motion to take limited jurisdictional discovery of the named Florida Plaintiffs, Patricia Davis ("Patricia Davis") and Raul Isern ("Raul Isern") (sometimes collectively "Plaintiffs"), and states:[1]

#### Argument

Plaintiffs' jurisdictional allegations concerning New Albertsons are non-specific, conclusory, and generically applied to several Defendant Retailers.[2] Second Amended Class Action Complaint ¶¶ 51 - 60. [D.E. 260]. They read as follows:

> New Albertsons is registered to do business in Florida and has a registered agent in Florida upon which service has been executed. [New] Albertson's conducts business in Florida and places products in the stream of commerce that reach Florida consumers. New Albertsons is in the business of manufacturing, producing, distributing, advertising and/or selling its own brand of pet food

---

[1] New Albertsons seeks leave to serve jurisdictional discovery on account of the Court's July 6, 2007 Order staying discovery pending the outcome of the motion to dismiss. [D.E. 130].
[2] Plaintiffs identify the Defendant Retailers as Target Corp., Wal-Mart Stores, Inc., Publix Supermarkets, Inc., Albertsons, LLC, New Albertsons, Inc., The Kroger Co. of Ohio, Safeway, Inc., H.E. Butt Grocery Company, Meijer Inc., and The Stop & Shop Supermarket Company.

> products in Florida, as well as distributing, advertising and/or selling the Defendant Manufacturers' pet food products in Florida, which has injured the Plaintiffs in Florida. New Albertson's markets and sells its own brands and the Defendants' brands of commercial pet food in Florida. New Albertsons adopts the marketing representations of the Defendant Manufacturers by placing point of purchase advertising at or near the Defendant Manufacturers' pet food in its retail stores with the intent to induce consumers to purchase its products.

Second Amended Class Action Complaint ¶ 55. [D.E. 260].

The omissions are glaring. For example, the Second Amended Class Action Complaint does not describe what, if anything, any Plaintiff purchased from New Albertsons in Florida. It does not describe which of New Albertsons products, if any, injured any Plaintiff, let alone a Florida Plaintiff.[3] New Albertsons is entitled to determine whether Plaintiffs' non-specific allegations provide the basis for the exercise of personal jurisdiction and which, if any, of the two named plaintiffs who live in Florida were allegedly injured by New Albertsons in Florida. In considering the elements of the constitutional limits of specific personal jurisdiction, it is the named class representatives whose claims must satisfy these elements in order for the Court to have personal jurisdiction over the defendants. Williams v. Firstplus Home Loan Trust 1996-2, 209 F.R.D. 404 (W.D. Tenn., 2002); Barry v. Mtg. Serv. Acquisition Corp., 909 F. Supp. 65 (D. R.I., 1995). See also Selman v. Harvard Medical School, 494 F. Supp. 603, 613 (S.D.N.Y. 1980) ("It is clear that the named class representative himself must satisfy all jurisdictional prerequisites [under the New York long-arm statute] before the action can go forward"). There is, however, a simple and efficient manner in which to answer those questions.

On October 30, 2007, the Court granted plaintiffs leave to conduct personal jurisdiction with regards to New Albertsons. [D.E. 251]. If this Court were to permit New Albertsons a reciprocal right to conduct very limited jurisdictional discovery, New Albertsons could

---

[3] For the reasons set forth in Defendants' Omnibus Motion to Dismiss, these defects, and others, are fatal and warrant dismissal of this case, in its entirety.

determine whether its conduct injured any Plaintiff in Florida to the extent it deserves to be hailed before this State's courts. If there is merit to Plaintiffs' allegations, Plaintiffs have no reason to pointlessly hide those facts. The inverse, however, is that New Albertsons is entitled to know whether Plaintiffs' jurisdictional allegations are as baseless as they are generic.

Again, the scope of the jurisdictional discovery would be limited both in terms of intended recipients, Patricia Davis and Raul Isern, the only two named Florida Plaintiffs, and topical breadth. Those topics would be limited to those set forth in the seven proposed interrogatories, per each named Florida Plaintiff, Patricia Davis and Raul Isern, attached hereto as Exhibit A.

In addition, New Albertsons proposes to proceed only by service of a limited set of interrogatories in lieu of either requests for production or depositions *duces tecum*, which, incidentally, New Albertsons believes to be the most efficient manner of moving forward for both Plaintiffs and Defendants at this early stage, recognizing the short amount of time the Parties have to complete this phase of discovery.

In this instance, limited interrogatories are a more efficient method of obtaining limited information in lieu of depositions. As pointed out in New Albertsons contemporaneous Motion for Leave to Provide Interrogatory Answers in lieu of 30(b)(6) Witnesses for Jurisdictional Discovery or, in the Alternative, for a Protective Order as to Specific Topics and Document Requests, Plaintiffs should have little difficulty answering New Albertsons simple, targeted interrogatories and the answers would provide New Albertsons with the clarity to which they are entitled.

WHEREFORE, New Albertsons, Inc., respectfully requests leave of this Court to serve limited jurisdictional discovery.

RULE 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1., the undersigned certifies that counsel for New Albertsons has conferred with plaintiffs' counsel in a good faith effort to resolve by agreement the issues raised in this Motion, but has been unable to do so.

Dated: December 18, 2007.

      Respectfully submitted,

      /s Craig P. Kalil
      Craig P. Kalil
      Fla. Bar No. 607282
      Joshua D. Poyer
      Fla. Bar No. 653349
      2250 Sun Trust International Center
      One Southeast Third Avenue
      Miami, Florida 33131
      Tel: (305) 372-5924
      Fax: (305) 373-7929

      W. Randolph Teslik
      *Pro Hac Vice*
      Andrew J. Dober
      *Pro Hac Vice*
      Akin Gump Strauss Hauer & Feld, LLP
      1333 New Hampshire Ave., NW
      Washington, DC 20036
      202-887-4000
      202-887-4288
      Attorneys for NEW ALBERTSONS, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Clerk of the Court by the CM/ECF filing system on December 18, 2007, which will send notice to all counsel or parties of record on the attached service list.

      s/ Joshua D. Poyer
      Joshua D. Poyer

**SERVICE LIST**

| | |
|---|---|
| **CATHERINE J. MACIVOR**<br>cmacivor@mflegal.com<br>**JEFFREY B. MALTZMAN**<br>jmaltzman@mflegal.com<br>**JEFFREY E. FOREMAN**<br>jforeman@mflegal.com<br>**DARREN W. FRIEDMAN**<br>dfriedman@mflegal.com<br>MALTZMAN FOREMAN, PA<br>One Biscayne Tower<br>2 South Biscayne Boulevard -Suite 2300<br>Miami, Florida 33131<br>Tel: 305-358-6555 / Fax: 305-374-9077<br>*Attorneys for Plaintiffs* | **PHILIP A. SECHLER**<br>psechler@wc.com<br>**THOMAS G. HENTOFF**<br>thentoff@wc.com<br>**DANE H. BUTSWINKAS**<br>dbutswinkas@wc.com<br>**CHRISTOPHER M. D'ANGELO**<br>cdeangelo@wc.com<br>**PATRICK J. HOULIHAN**<br>phoulihan@wc.com<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202.434.5459 / Fax: 202.434.5029<br>*Attorneys for Defendant Mars, Inc.* |
| **KATHLEEN S. PHANG**<br>kphang@sfklaw.com<br>**CHARLES PHILIP FLICK**<br>cflick@sfklaw.com<br>Seipp, Flick & Kissane<br>Two Alhambra Plaza -Suite 800<br>Miami, Florida 33134-5241<br>Tel: 305.995.5600 / Fax: 305.995.6100<br>*Attorney for Defendant Target Corp.* | **OMAR ORTEGA**<br>oortega@dortaandortega.com<br>Dorta and Ortega, P.A.<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Tel: 305-461-5454 / Fax: 305-461-5226<br>*Attorneys for Defendant Mars, Inc.* |
| **ALAN GRAHAM GREER**<br>agreer@richmangreer.com<br>Richman Greer Weil Brumbaugh Mirabito & Christensen<br>201 South Biscayne Boulevard – STE 1000<br>Miami, Florida 33131<br>Tel: 305.373.4010 / Fax: 305.373.4099<br>*Attorneys for Defendant Proctor and Gamble Co.* | **JOHN J. KUSTER**<br>jkuster@sidley.com<br>**JAMES D. ARDEN**<br>jarden@sidley.com<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: 212.839.7336 / Fax: 212.839.5599<br>*Attorneys for Defendant Colgate Palmolive Company* |

**D. JEFFREY IRELAND**
djireland@ficlaw.com
**BRIAN D. WRIGHT**
bwright@ficlaw.com
**LAURA A. SANOM**
lsanom@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Tel: 937.227.3710 / Fax:
        937.227.3717
*Attorneys for Defendant Proctor and Gamble Co.*

**SHERRIL M. COLOMBO**
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131-2303
Tel: 305.704.5945 / Fax:
        305.704.5955
*Attorneys for Defendant Del Monte Foods, Co.*

**JOHN J. McDONOUGH**
jmcdonough@cozen.com
**RICHARD FAMA**
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel: 212.509.9400 / Fax: 212-
        509.9492
*Attorneys for Defendant Del Monte Foods Co.*

**JOHN F. MULLEN**
jmullen@cozen.com
Cozen O'Connor
The Atrium – 3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel: 215.665.2179 / Fax:
        215.665.2013
*Attorneys for Defendant Del Monte Foods Co.*

**OLGA M. VIEIRA**
ovieira@carltonfields.com
**BENJAMINE REID**
breid@carltonfields.com
Carlton Fields, PA
100 SE 2nd Street - #4000
Miami, FL 33131
Tel: 305.530.0050 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, Illinios 60603
Tel: 312.853.2666 / Fax:
*Attorneys for Defendant Colgate Palmolive Company*

**ROBERT C. TROYER**
rctroyer@hhlaw.com
Hogan & Hartson LLP
One Tabor Center -Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel: 303-899-7300 / Fax: 303-899-
        7333
*Attorneys for Nestle U.S.A., Inc.*

**MIRANDA L. BERGE**
mlberge@hhlaw.com
**CRAIG A. HOOVER**
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel: 202.637.5600 / Fax:
        202.637.5910
*Attorneys for Nestle U.S.A., Inc.*

| | |
|---|---|
| **CHARLES ABBOTT**<br>cabbott@gibsondunn.com<br>**BEN BRODERICK**<br>bbroderick@gibsondunn.com<br>**GARY L. JUSTICE**<br>gjustice@gibsondunn.com<br>**WILLIAM EDWARD WEGNER**<br>wwegner@gibsondunn.com<br>**GAIL E. LEES**<br>glees@gibsondunn.com<br>Gibson Dunn & Crutcher L.L.P<br>333 S. Grand Avenue -Suite 4600<br>Los Angeles, CA 90071<br>Tel: 213.229.7887 / Fax:<br>   213.229.6887<br>*Attorneys for Defendant Nutro*<br>   *Products Inc.*<br><br>**CAROL A. LICKO**<br>calicko@hhlaw.com<br>Hogan & Hartson L.L.P<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Tel: 305.459.6500 / Fax:<br>   305.459.6550<br>*Attorneys for Nestle U.S.A., Inc.*<br><br>**MARTY STEINBERG**<br>msteinberg@hunton.com<br>**ADRIANA RIVIERE-BADELL**<br>ariviere-badell@hunton.com<br>Hunton & Williams, LLP<br>1111 Brickell Avenue - #2500<br>Miami, Florida 33131<br>Tel: 305.810.2500 / Fax:<br>   305.810.2460<br>*Attorneys for Defendant Nutro*<br>   *Products Inc.* | **JOHN B. T. MURRAY, JR.**<br>jbmurray@ssd.com<br>Squire, Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 South Flagler Drive - #1900<br>West Palm Beach, Florida 33401<br>Tel: 561.650.7200 / Fax:<br>   561.655.1509<br>*Attorneys for Defendants Petco*<br>   *Animal Supplies, Inc. and*<br>   *Wal-Mart Stores, Inc.*<br>**HUGH J. TURNER JR.**<br>Hugh.turner@akerman.com<br>Akerman Senterfitt & Eidson<br>Las Olas Centre II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, Florida 33301-2229<br>Tel: 954.463.2700 / Fax:<br>   954.463.2224<br>*Attorneys for Defendant Publix*<br>   *Supermarkets, Inc.*<br><br>**ROLANDO ANDRES DIAZ**<br>rd@kubickidraper.com<br>**MARIA KAYANAN**<br>mek@kubickidraper.com<br>**CASSIDY YEN DANG**<br>cyd@kubickidraper.com<br>Kubicki Draper, P.A.<br>25 West Flagler Street - Penthouse<br>Miami, Florida 33130<br>Tel: 305.982.6722 / Fax:<br>   305.374.7846<br>*Attorneys for Defendant Pet*<br>   *Supermarket, Inc.*<br><br>**ROBIN LEA HANGER**<br>rlhanger@ssd.com<br>Squire, Sanders & Dempsey, LLP<br>200 S. Biscayne Boulevard – 40th<br>   Floor<br>Miami, Florida 33131-2398<br>Tel: 305.577.7040 / Fax:<br>   305.577.7001<br>*Attorneys for Defendants Petco*<br>   *Animal Supplies,*<br>*Inc. and Wal-Mart Stores, Inc.* |

**SUSAN ELIZABETH MORTENSEN**
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive - Penthouse
Miami, Florida 33133
Tel: 305.858.2900 / Fax: 305.858.5261
*Attorneys for Defendant Petsmart, Inc.*

**ALEXANDER SHAKNES**
Alex.shaknes@dlapiper.com
**AMY W. SCHULMAN**
Amy.schulman@dlapiper.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: 212.335.4829 / Fax: 212.884.8629
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**WILLIAM C. MARTIN**
William.martin@dlapiper.com
DLA PIPER US LLP
203 North LaSalle Street - #1900
Chicago, Illinois 60601-1293
Tel: 312.368.3449 / Fax: 312.630.7318
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**MICHAEL K. KENNEDY**
mkk@gknet.com
**MICHAEL R. ROSS**
mrr@gknet.com
Gallagher and Kennedy, PA
2575 E. Camelback Road - #1100
Phoenix, Arizona 85016
Tel: 602.530.8504 / Fax: 602.530.8500
*Attorneys for Defendant Petsmart, Inc.*

**LONNIE L. SIMPSON**
lonnie.simpson@dlapiper.com
**S. DOUGLAS KNOX**
sdouglas.knox@dlapiper.com
DLA PIPER US LLP
101 E. Kennedy Boulevard - #2000
Tampa, Florida 33602
Tel: 813-229-2111/ Fax: 813-229-1447
*Attorneys for Menu Foods Income Fund and Menu Foods, Inc.*

**ROBERT D. MCINTOSH**
rdm@adorno.com
ADORNO & YOSS LLP
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316-1159
Tel: 954-523-5885 / Fax: 954-760-9531
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**RALPH G. PATINO**
rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
csalup@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
Tel: 305-443-6163 / Fax: 305-443-5635
*Attorneys for Co-Defendant Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**C. RICHARD FULMER, Jr.**
rfulmer@Fulmer.LeRoy.com
Fulmer LeRoy Albee Baumann & Glass, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Tel: 954-707-4430 / Fax: 954-707-4431
*Attorneys for The Kroger Co. of Ohio*

**JAMES K. REUSS**
jreuss@lanealton.com
**Lane Alton & Horst, LLC**
Two Miranova Place, Suite 500
Columbus, Ohio 43215
*Attorneys for The Kroger Co. of Ohio*

**MARCOS DANIEL JIMENEZ**
mjimenez@kennynachwalter.com
**ROBERT J. ALWINE II**
ralwine@kennynachwalter.com
Kenny Nachwalter, P.A.
201 South Biscayne Boulevard
1100 Miami Center
Miami, Florida 33131-4327
Tel: 305-373-1000 / Fax: 305-372-1861
*Attorneys for Safewy Inc. and The Stop & Shop Supermarket Company LLC*

**ROBERT VALADEZ**
rvaladez@shelton-valadez.com
**JAVIER THOMAS DURAN**
jduran@shelton-valadez.com
Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas 78205
Tel: 210-349-0515 / Fax: 210-349-3666
*Attorneys for Defendant H.E. Butt Grocery Co.*

**JASON JOFFE**
jjoffee@ssd.com
Square Sanders & Dempsy, LLP
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131
Tel: 305-577-7000 / Fax: 305-577-7001
*Attorneys for Defendant Meijer, Inc.*