# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,

vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## NOTICE REGARDING HEARING

PLEASE TAKE NOTICE that the Court will hear oral argument on the Motion for Protective Order and Motion for Leave to Take Limited Jurisdictional Discovery (D.E. 286) and (D.E. 287) at the hearing scheduled for Wednesday, December 20, 2007.

Date:   December 18, 2007

                                      CLARENCE MADDOX, CLERK

                          By:   /s/   Patricia Snead
                             Courtroom Deputy for the
                          Honorable Cecilia M. Altonaga
                                 (305) 523-5515

cc:   counsel of record