UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

      Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*

      Defendants.

                                     /

**RE-NOTICE OF TAKING CORPORATE REPRESENTATIVE
DEPOSITION OF MEIJER INC. *DUCES TECUM* AS TO PERSONAL JURISDICTION
PURSUANT TO RULE 30(b)(6)**

      PLEASE TAKE NOTICE that undersigned counsel will take the deposition of:

| | |
|---|---|
| **NAME:** | The person or persons at Meijer Inc. with the most knowledge concerning the topics set forth in Exhibit "A" and to produce at the deposition the documents set forth in Exhibit "B." |
| **DATE AND TIME:** | To Be Agreed Upon |
| **LOCATION:** | To Be Agreed Upon |

Upon oral examination before a Notary Public, or any other officer, authorized by law to take depositions in the State of Florida. The oral examination(s) will continue from day to day until completed. The deposition(s) is/are being taken pursuant to Federal Rule of Procedure 30(b)(6) for the purpose of discovery and for the use at trial.

Dated: December 17, 2007
      Miami, Florida

                     Respectfully submitted,

                     /s Catherine J. MacIvor
                     CATHERINE J. MACIVOR (FBN 932711)
                     cmacivor@mflegal.com
                     BJORG EIKELAND (FBN 0037005)
                     beikeland@mflegal.com
                     MALTZMAN FOREMAN, PA
                     One Biscayne Tower
                     2 South Biscayne Boulevard -Suite 2300
                     Miami, Florida 33131
                     Tel: 305-358-6555 / Fax: 305-374-9077
                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by Electronic Mail this 17th day of December, 2007 to all counsel of record on the attached service list.

                     /s Catherine J. MacIvor
                     Catherine J. MacIvor

## Exhibit "A"

1.    The corporate structure of Meijer Inc. today, including predecessor company(ies), parent(s) and subsidiary(ies), past and present.

2.    The business relationship between Meijer Inc. and any other company in which Meijer Inc. has an ownership interest, including any other companies that do or did business in Florida since 2000.

3.    As for each company identified as responsive to category 2 above, Meijer Inc.'s knowledge and/or understanding of the extent of any other companies' business operations in Florida since 2000.

4.    All agreements entered into between and/or among Meijer Inc. and the following entities from 2000 to the present which mention, concern or relate to retail sales in Florida or to Florida residents, the provision or procurement of supplies from Florida, the distribution of goods or services in Florida, advertisement(s) which appear nationwide or in Florida, production or acquisition of goods and/or services in Florida (regardless of whether "Florida" is mentioned by name in any such agreement) including but not limited to Florists' Transworld Delivery, Inc., Home Diagnostic, Inc. and any third parties with which Meijer Inc. does or did business or with which Meijer Inc. had a contractual relationship since 2000.

5.    Meijer Inc.'s suppliers in Florida from 2000 to present.

6.    Meijer Inc.'s business dealings in Florida, including, but not limited to, retail operations from 2000 to present.

7.    Any business dealings in Florida transacted by or through any Meijer Inc. subsidiary, affiliate and/or agent, including, but not limited to through websites; email customer lists; online purchase forms; freight and shipping information; credit card offer(s) for payment of services and/or products offered over the internet; agreements with any affiliate(s), agent(s), subsidiary(ies) or any third party to process, ship and/or deliver products to Florida residents.

8.    Whether Meijer Inc. has been involved in any lawsuits in Florida federal or state courts from 2000 to present, and, if so, the nature of the proceedings.

9.    Meijer Inc.'s corporate structure, including but not limited to, the number of employees in Florida; contracts which involve personnel, goods or services which are procured from Florida, delivered in Florida or pass through Florida; suppliers in the state of Florida; and type(s) of business operation(s) in the state of Florida from 2000 to present.

10.    Any manufacture, distribution, promotion, advertisement or sale of any product by Meijer, Inc. in Florida or targeted to Florida residents from 2000 to present.

11.    Any contract entered into by Meijer Inc. for purchase or lease of real property located in Florida from 2000 to present.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

12.     Any use of storage facilities in Florida by Meijer Inc. from 2000 to the present.

13.     Shipments of any product(s) to and from Florida by Meijer Inc. from 2000 to present.

14.     Meijer Inc.'s utilization of any Florida port or airport for export, import, or shipment of any product from 2000 to present including quantities of products, dollar value of products and descriptions of products passing through Florida.

15.     Bank accounts and/or investment accounts held by Meijer Inc. in Florida from 2000 to present.

16.     Bank accounts and/or investment accounts held by Meijer Inc.'s subsidiaries, affiliates, agent(s) and/or sister company(ies) in Florida from 2000 to present.

17.     Internet sales by Meijer Inc. to Florida residents from 2000 to present, including but not limited to identifying each and every website associated with Meijer Inc. and the type of products sold on each website, the quantity, the number of Florida residents accessing the website(s), the number of times Florida residents have requested information regarding services offered and the number of times representatives of Meijer Inc., their agents and/or third parties have responded to Florida resident internet inquiries, any "800" numbers to service on-line buyers, email addresses for customer inquiries, all online accounts opened by Florida residents, all marketing materials and any other communications sent to Florida residents' email accounts; information regarding the transfer of funds for website(s) purchase(s); electronic confirmations of purchases; all search engines where Meijer Inc. has paid to be marketed; the geographic limitations of the website(s), if any, product information on Meijer Inc. websites.

18.     The number of Florida residents who have accessed the Meijer Inc. websites from 2000 to the present.

19.     The number of times Florida residents have requested information regarding Meijer Inc.'s goods and/or services through Meijer Inc.'s website(s).

20.     The number of times Meijer Inc.'s representatives have responded to Florida residents regarding services/products sold by Meijer Inc.

21.     The number of sales and/or transactions that have resulted from on-line submissions from Florida residents.

22.     Whether Meijer Inc. offers products or services for sale over the internet.

23.     Whether Meijer Inc. has an "800" service telephone number to assist on-line buyers.

4

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

24.    Whether Meijer Inc. websites have e-mail addresses where customer assistance or customer queries can be directed since 2000.

25.    Any inquiries sent to the e-mail address referenced in 24 since 2000.

26.    Any responses from the e-mail address referenced in 24 since 2000.

27.    Whether Meijer Inc. websites have the capability for Florida residents to open accounts and/or register at the websites and, if so, whether Florida residents have opened any accounts or registered with the websites since 2000.

28.    Whether the websites have a page(s) for Florida residents to transmit funds over the websites for the purchase of goods and/or services.

29.    The number of Florida residents who have transmitted funds through Meijer Inc. websites for the purchase of goods and/or services since 2000.

30.    Whether Meijer Inc. offers account summaries, statements or histories over the internet to Florida residents since 2000, including past purchases.

31.    Whether Meijer Inc. provides electronic confirmation of purchases and/or transactions to Florida residents since 2000.

32.    Whether Meijer Inc. provides Florida residents with product information by email or web posting since 2000.

33.    Advertising by Meijer Inc. on search engines or in other media in Florida since 2000.

34.    Any geographical limitation on Meijer Inc. websites.

35.    The number of Florida residents who have purchased products over the internet from Meijer, Inc.'s website(s) since 2000.

36.    The number of transactions and/or sales that have taken place between Meijer Inc. and Florida residents over the internet since 2000 and the total gross dollar amount of the transactions and/or sales.

37.    The percentage and gross dollar amount of total sales to Florida residents by year since 2000 and the total gross dollar amount of Meijer Inc.'s total sales nationwide by year since 2000.

38.    The number of hits on Meijer Inc.'s websites from Florida residents since 2000.

39.    Whether the websites require Florida residents to accept the terms, obligations, and/or conditions for purchase before the transaction can be finalized.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

40.    Whether the Meijer Inc. websites offer terms and conditions for sale over the internet.

41.    Whether the Meijer Inc. websites are or have been advertised on the internet since 2000.

42.    Whether any Meijer Inc. advertising is restricted geographically.

43.    Whether Meijer Inc. offers Florida residents email offers, including, but not limited to, those Florida residents who have registered and/or opened an account since 2000.

44.    Whether Florida residents' personal information relating to on-line use of Meijer Inc. websites is retained for marketing and/or other purposes, including, but not limited to, names and addresses, since 2000.

45.    Forms for purchases for Florida residents to make purchases online through Meijer Inc. websites.

46.    Freight and/or shipping information available on the Meijer Inc. websites since 2000.

47.    Whether Meijer Inc. offers credit cards to pay for products and/or services offered for sale over the internet since 2000.

48.    Whether Meijer Inc. collaborates with any entity for deliveries, shipping and/or processing of the internet orders to Florida residents.

49.    Whether Meijer Inc. contracts with agents and/or third party entities located in Florida for the purpose of processing and/or delivering orders to Florida residents.

50.    Internet sales by Meijer Inc.'s, subsidiary(ies), agent(s) or sister company(ies) to Florida residents from 2000 to present.

51.    Revenue earned by Meijer Inc. from its subsidiary(ies), agent(s) or sister company(ies) from internet sales to Florida residents from 2000 to present.

52.    Names and identities of any and all Florida residents who have registered their names and Email addresses with Meijer Inc. through Meijer Inc.'s or any other Meijer Inc.-related web site from 2000 to present, including but not limited to, the type of goods and/or services provided.

53.    The names and addresses of all Florida residents who have been issued a discount card from 2000 to present by Meijer Inc., or its affiliates, agents or subsidiaries, which cards can be used at Meijer Inc.'s stores.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

54.     All marketing materials or emails sent by Email or mail by or on behalf of Meijer Inc. to Florida residents from 2000 to present.

55.     Offices or storage facilities maintained in Florida by Meijer Inc., its subsidiary(ies), agent(s) or sister company(ies) from 2000 to present.

56.     Leases held by Meijer Inc. for personal property located in Florida from 2000 to present, including, but not limited to, computer software or hardware or vehicles.

57.     Leases held by Meijer Inc.'s, subsidiary(ies), agent(s) or sister company(ies) for personal property located in Florida from 2000 to present, including, but not limited to, computer software or hardware or vehicles.

58.     Any agent(s) for Meijer Inc., of any kind present in Florida from 2000 to present.

59.     Any officer(s) or employee(s) of Meijer Inc., residing in Florida from 2000 to present.

60.     Any officer(s) or employee(s) of Meijer Inc.'s, subsidiary(ies), agent(s) or sister company(ies) residing in Florida from 2000 to present.

61.     All communications between employees of Meijer Inc., and any Meijer Inc. subsidiary(ies), agent(s) or sister company(ies) in Florida from 2000 to present.

62.     Payroll records for officer(s) or employee(s) of Meijer Inc., residing in Florida from 2000 to present.

63.     Business travels to Florida by officers and/or employees of Meijer Inc., including frequency and duration of such travels and purpose of such travels, from 2000 to present.

64.     Meijer Inc.'s, operation of any business in Florida, directly or through a parent(s), affiliate(s), business partner(s), agent(s), subsidiary(ies) or sister corporation, from 2000 to present.

65.     Any telephone listing(s) held by Meijer Inc., its parent(s), affiliate(s), business partner(s) agent(s), subsidiary(ies) or sister corporation(s) in Florida from 2000 to present.

66.     Any mailing address in Florida held by Meijer Inc., its parent, agent(s), subsidiary(ies) or sister corporation(s), from 2000 to the present.

67.     Meijer Inc.'s total revenues from 2000 to the present, including but not limited to, revenue from any business in Florida.

68.     Meijer Inc.'s client or customer base in Florida since 2000.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

69.    Florida business licenses of any kind held by Meijer Inc., or corporate officers, employees or agents of Meijer Inc.

70.    Names and addresses of all officers and directors of Meijer Inc., from 2000 to present.

71.    For each officer or director listed in item 70, Meijer Inc.'s knowledge of any other company or entity of which said individuals are officers or directors.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

## Exhibit "B"

1.      Each and every document in Meijer Inc.'s custody or control which reflect the corporate structure of Meijer Inc. and/or any predecessor corporation, subsidiary(ies), parent company(ies) and sister corporation(s) of Meijer Inc. from 2000 to the present.

2.      Each and every document in Meijer Inc.'s custody or control reflecting any and all of Meijer Inc.'s business activities and operations in Florida from 2000 through the present.

3.      All documents reflecting any and all of Meijer Inc.'s suppliers in Florida from 2000 through the present.

4.      All documents reflecting Meijer Inc.'s retail activity in Florida between 2000 through the present.

5.      All documents reflecting whether Meijer Inc. operated any business in Florida between 2000 through the present.

6.      All documents reflecting whether Meijer Inc. engaged in any business in Florida between 2000 through the present.

7.      All documents reflecting whether Meijer Inc. carried on a business and/or business venture in Florida between 2000 through the present.

8.      All documents reflecting whether Meijer Inc. had any employees in Florida since 2000.

9.      Each and every document in Meijer Inc.'s custody or control reflecting the corporate structure of Florists' Transworld Delivery, Inc., Home Diagnostic, Inc. and/or the relationship between Florists' Transworld Delivery, Inc., Home Diagnostic, Inc. and Meijer Inc. since 2000.

10.     All documents reflecting the Florida suppliers for Meijer Inc. stores, from 2000 to present, including, but not limited to, purchase orders and invoices.

11.     All documents which list all Meijer Inc. Florida suppliers since 2000.

12.     All documents reflecting the business activities, operations and business ventures of Florists' Transworld Delivery, Inc. and Home Diagnostic, Inc. in Florida from 2000 through the present.

13.     Whether Meijer Inc. entered into any leases or other written contracts in Florida or with any entities in Florida between 2000 and the present.

14.     Documents reflecting all business activities engaged in or conducted by Meijer Inc. in Florida from 2000 to the present.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

15.    Documents reflecting any and all flower deliveries offered to Florida residents by or through Meijer Inc. and/or any parent(s), subsidiary(ies), agent(s), business partner(s) and/or sister corporation(s).

16.    All documents in Meijer Inc.'s custody or control reflecting all Florida suppliers and other Florida entities which Meijer Inc. has engaged in Florida from 2000 to the present.

17.    Copies of all Summons and Complaints served on Meijer Inc.'s registered Agent in Florida from 2000 to the present.

18.    Documents reflecting the corporate structure and business conducted by Meijer Inc.  since 2000.

19.    Documents reflecting all Meijer Inc. Florida employees from 2000 to present.

20.    Any and all documents reflecting the location(s) of employment for any Florida employee's offices.

21.    Any and all documents reflecting appointments for any Meijer Inc. Florida employees including, but not limited to, written or electronic calendars, blackberry's, and appointment books from 2000 to present.

22.    Any and all written or electronic Rolodex or list of contacts maintained by or for Meijer, Inc. Florida employees from 2000 to present.

23.    Documents reflecting any announcement which was distributed to or made available to Florida residents by Meijer Inc. its parent(s), subsidiary(ies) or sister company(ies) of recalls of pet food products from 2000 to the present.

24.    Documents reflecting complaints received by Meijer Inc. from consumer(s) in Florida from 2000 to the present.

25.    Documents reflecting lawsuits filed against Meijer Inc. in federal or state court in Florida, from 2000 to present.

26.    Any documents regarding manufacture, distribution, promotion, advertisement or sale of any product and/or services by Meijer Inc. in Florida from 2000 to present.

27.    Copies of contracts, including but not limited to joint ventures, letter(s) of intent, and memorandum(a) of understanding, entered into between and amongst Meijer Inc. and the following entities relating to business activities in Florida (regardless whether the word "Florida" is mentioned in such document):

      a)    Florists' Transworld Delivery;
      b)    Home Diagnostic, Inc.; and

      b)     Any third party with which Meijer Inc. does business in Florida.

28.    Copies of contract(s) entered into by Meijer Inc., for purchase or lease of real property in Florida.

29.    All documents reflecting use of storage facilities by Meijer Inc., in Florida.

30.    All documents reflecting purchase or sale of services in Florida by Meijer Inc.

31.    Documents reflecting product(s) shipped to and from Florida from 2000 to the present.

32.    Documents reflecting Meijer Inc.'s utilization of ports or airports in Florida for export, import or shipment inter state of any product.

33.    Documents reflecting supplies received from Florida by Meijer Inc. from 2000 to present.

34.    Documents reflecting bank accounts or investment accounts held by Meijer Inc. in Florida.

35.    Documents reflecting any internet sale(s) of products to Florida, including, but not limited to, the type of product(s) sold and the quantity(ies).

36.    Documents reflecting the number of Florida residents who have accessed the Meijer Inc. websites.

37.    Documents reflecting the number of time Florida residents who have requested information regarding Meijer Inc.'s products and/or services through websites.

38.    Documents reflecting the number of times the company's representatives have responded to Florida residents regarding products and/or services sold by Meijer Inc. since 2000.

39.    Documents reflecting the number of sales and/or transactions that have resulted from on-line orders from Florida residents

40.    Documents reflecting whether Meijer Inc. offers products or services for sale over the internet to Florida residents

41.    Documents reflecting whether Meijer Inc. has an "800" telephone number to assist Florida resident on-line buyers with sales, service, returns and/or for customer complaints.

42.    Documents reflecting an email address available on the internet where assistance or customer queries can be directed since 2000.

43.     Documents reflecting any inquiries from Florida residents sent to the e-mail address referenced in 42 above.

44.     Documents reflecting any responses from Meijer Inc. to Florida residents from the e-mail address referenced in 42 above.

45.     Documents reflecting whether Meijer Inc.'s websites require or invite Florida residents to open an account or to register personal and financial information.

46.     Documents reflecting whether the Meijer Inc. websites require or invite Florida residents to transmit funds over the websites for the purchase of goods and/or services.

47.     Documents reflecting whether Meijer Inc. offers account statements, order information, account histories, prior purchase histories and/or lists over the internet

48.     Documents reflecting whether Meijer Inc. provides electric confirmation of purchases and/or transactions from Florida residents.

49.     Documents reflecting whether Meijer Inc. provides consumers with product information to Florida residents using email or web posting.

50.     Documents reflecting advertising by Meijer Inc. on search engines on the internet or in other media in Florida since 2000.

51.     Documents reflecting any geographical limitation on Meijer Inc.'s websites since 2000.

52.     Documents reflecting the number of Florida residents who have purchased products over the internet from Meijer Inc.'s websites since 2000.

53.     Documents reflecting how many transactions and/or sales have taken place between Meijer Inc., Inc. and Florida residents over the internet since 2000.

54.     Documents reflecting the total gross revenue of sales to Florida residents and total gross sales since 2000.

55.     Documents reflecting the number of hits on Meijer Inc.'s website from Florida residents since 2000.

56.     Documents reflecting whether the website requires Florida residents to accept the terms, obligations and/or conditions for purchase before the transaction can be finalized.

57.     Documents reflecting whether Meijer Inc. websites offers terms and conditions for sale over the internet.

58.     Documents reflecting Meijer Inc. websites advertising on the internet since 2000.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

59.    Documents reflecting whether the website advertising is restricted geographically since 2000.

60.    Documents reflecting whether Meijer Inc. offers Florida residents e-mail offers, including but not limited to, Florida residents who have registered and/or opened an account.

61.    Documents reflecting Florida resident information relating to on-line use of Meijer Inc. websites.

62.    Documents reflecting forms available for Florida residents to make purchases online since 2000.

63.    Documents reflecting freight/shipping information available on the Meijer Inc. websites and actual freight/shipping documents for goods sent to Florida residents since 2000.

64.    Documents reflecting whether Meijer Inc. offers credit cards to pay for products/services offered for sale over the internet since 2000.

65.    Documents reflecting whether Meijer Inc. collaborates with any entity regarding deliveries, shipping, or processing of internet orders to Florida residents since 2000.

66.    Documents reflecting contracts with agents and/or third party entities located in Florida for the purpose of processing and/or delivering orders to Florida residents since 2000.

67.    Documents reflecting use of office space for any employee or agent of Meijer Inc. in Florida, including, but not limited to storage facilities, lease of real property or personal property.

68.    Documents reflecting any agency relationship between Meijer Inc. and any entity(ies) located in Florida since 2000.

69.    Documents reflecting compensation paid by Meijer Inc. to any officer, employee and/or agent in Florida.

70.    Documents reflecting residency, permanent or temporary, of any officer(s) employee(s) or agent(s) of Meijer Inc. in Florida from 2000 to present.

71.    Documents reflecting travel or business meetings attended by officer(s), employee(s) or agents of Meijer Inc. in Florida from 2000 to present.

72.    Documents reflecting any business operation(s) by Meijer Inc. or subsidiary(ies) through an agent(s) in Florida.

73.    Documents reflecting telephone listing(s) held by Meijer Inc. in Florida.

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

74.     Documents reflecting any mailing address(es) held by Meijer Inc. in Florida.

75.     Documents reflecting Meijer Inc.'s total yearly revenue from 2000 to present, including, but not limited to, documents reflecting Meijer Inc.'s total yearly revenue from sales in Florida.

76.     Documents reflecting Meijer Inc.'s client or customer base in Florida.

77.     Copies of all Florida business licenses held by Meijer Inc., Inc. or corporate officers, employees or agents of Meijer Inc. in Florida.

## SERVICE LIST

### CASE NO. 07-21221 ALTONAGA/Turnoff

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**MARIA KAYANAN**
E-Mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**JOHN B.T. MURRAY, JR.**
E-Mail: **jbmurray@ssd.com**
**MARK C. GOODMAN**
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile:  (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation and Meijer, Inc.*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**HUGH J. TURNER, JR.**
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224

*Attorneys for Defendants Publix Super Markets, Inc.
and H.E. Butt Grocery Co.*

**GARY L. JUSTICE**
E-Mail: gjustice@gibsondunn.com
**CHARLES H. ABBOTT**
E-Mail: cabbott@gibsondunn.com
**GAIL E. LEES**
E-Mail: glees@gibsondunn.com
**WILLIAM EDWARD WEGNER**
E-Mail: wwegner@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue, Suite 4600
Los Angeles, California 90071-3197
Telephone: (213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

**MARTY STEINBERG**
E-Mail: msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
E-Mail: ariviere-badell@hunton.com
**HUNTON & WILLIAMS**
Mellon Financial Center
1111 Brickel Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*Attorneys for Defendant Nutro Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc.
and Mars Petcare U.S.*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**CHRISTOPHER M. D'ANGELO**
E-Mail: cdangelo@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202)434-5000

*Attorneys for Defendants Mars, Incorporated
and Mars Petcare U.S.*

**CASSIDY YEN DANG**
E-Mail**:** cyd@kubickidraper.com
**KUBICKI DRAPER**
505 74th Street
Unit A-6
Miami Beach, FL 33141
Telephone: (305) 865-3348

*Attorney for Pet Supermarket, Inc.*


**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**OLGA M. VIEIRA**
E-Mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Colgate-Palmolive
Company and Hill's Pet Nutrition, Inc.*


**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*


**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
101 E. Kennedy Boulevard, Suite 2000
Tampa, FL  33602
Telephone: (813) 229-2111
Fax:        (813) 229-1447

*Attorney for Menu Foods Income Fund*


**MARCOS DANIEL JIMINEZ**
E-Mail: mjimenez@kennynachwalter.com
**ROBERT J. ALWINE, II**
E-Mail ralwine@kennynachwalter.com
**KENNY NACHWALTER, P.A.**
201 South Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile:  (305) 372-1861

*Attorneys for Defendants Safeway, Inc. and
The Stop & Shop Supermarket Company, H.E. Butt
Grocery Company, Meijer Inc., Safeway, Inc. , Pet
Supplies "Plus", Pet Supplies Plus/USA Inc., and
The Kroger Co. of Ohio*


**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile:  (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**JOHN F. MULLEN**
**COZEN O'CONNOR**
E-Mail: jmullen@cozen.com
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile:  (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*


**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
 One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile:   (303) 899-7333

*Attorneys for Defendant Nestle USA, Inc.*


**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*


**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile  (305) 459-6550

*Attorneys for Nestle U.S.A., Inc.*
*Nestle Purinia Petcare Co.*


**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle USA, Inc. and*
*Nestle Purina Petcare Co.*


**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN   GREER   WEIL   BRUMBAUGH**
**MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile:  (305) 373-4099

*Attorneys for Defendants Proctor & Gamble Co.*

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant Proctor & Gamble*
*Co. and The Iams Co.*

**RALPH G. PATINO**
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile:  (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and*
*Pet Supplies Plus/USA, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@aballi.com
**ABALLI MILNE KALIL & ESCAGEDO**
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone:  (303) 373-6600
Facsimile:  (305) 373-7929

*Attorneys for Albertson's LLC*

**ROBIN L. HANGER**
E-Mail: rlhanger@ssd.com
**JASON JOFFEE**
E-Mail: jjoffe@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile:  (305) 577-7001

*Attorneys for Defendants PETCO Animal Supplies*
*Stores, Inc. and Meijer, Inc.*

**ROBERT VALADEZ**
E-Mail: rvaladez@shelton-valadez.com
**JAVIER THOMAS DURAN**
E-Mail: jduran@shelton-valadez.com
**SHELTON & VALADEZ**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile:  (210) 349-3666

*Attorneys for Defendant H.E. Butt Grocery Co.*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW J. DOBER**
E-Mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288

*Attorneys for Defendants Safeway, Inc.   and*
*Albertson's LLC*

**C. RICHARD FULMER, JR.**
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile:  (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

**JAMES D. ARDEN**
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019-6018
Telephone: (212) 839-5300
Fax:        (212) 839-5589

*Attorneys for Colgate Palmolive Company*

**CHARLES PHLIP FLICK**
cflick@sfklaw.com
Seipp Flick & Kissane
2 Alhambra Plaza
Suite 800
Miami, FL  33134
Telephone: (305) 995-5600
Fax:        (305)995-6100

*Attorney for Target Corp.*

**MARK C. GOODMAN**
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S Flagler Drive
Suite 1900
West Palm Beach, FL  33401-6198
Telephone: (561) 650-7200
Fax:        (561) 655-1509

*Attorneys for Target Corp.*

**ROBERT DEWITT McINTOSH**
Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, FL  33335-9002

*Attorney for Del Monte Foods, Co.*

**MARK  L. WHITBURN**
mwhitburn@gibsondunn.com
Gibson Dunn & Crutcher
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100

*Attorney for Nutro Products, Inc.*

**SUSAN ELIZABETH MORTENSEN**
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive
Penthouse
Miami, FL  33133
Telephone: (305) 858-2900
Fax:        (305) 858-5261

*Attorney for Petsmart, Inc.*

**JOHN J. KUSTER**
jkuster@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorney for Colgate Palmolive Company*

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

**KARA L. McCALL**
kmccall@sidley.com
Sidley Austin LLP
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorney for Colgate Palmolive Company*

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**