UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., *et al.*,

    Defendants.
_____/

**NOTICE OF FILING E-MAIL TO COUNSEL FOR NEW ALBERTSON'S, INC. IN OPPOSITION TO THEIR MOTION FOR PROTECTIVE ORDER**

Plaintiffs, Renee Blaszkowski *et al.,* hereby file an e-mail from the undersigned to C. Kalil regarding discussions concerning the scope of discovery in opposition to New Albertson's Inc.'s untimely Motion for Protective Order.

Dated: December 19, 2007
      Miami, FL

    /s Catherine J. MacIvor
    CATHERINE J. MACIVOR (FBN 932711)
    cmacivor@mflegal.com
    JEFFREY B. MALTZMAN (FBN 0048860)
    jmaltzman@mflegal.com
    JEFFREY E. FOREMAN (FBN 0240310)
    jforeman@mflegal.com
    DARREN W. FRIEDMAN (FBN 0146765)
    dfriedman@mflegal.com
    MALTZMAN FOREMAN, PA
    One Biscayne Tower
    2 South Biscayne Boulevard -Suite 2300
    Miami, Florida 33131
    Tel: 305-358-6555 / Fax: 305-374-9077
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19th day of December, 2007. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

      /s Catherine J. MacIvor
      Catherine J. MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Turnoff**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**CASSIDY YEN DANG**
E-mail: cyd@kubickidraper.com
**MARIA KAYANAN**
E-Mail**:** mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**JOHN B.T. MURRAY, JR.**
E-Mail**: jbmurray@ssd.com**
**MARK C. GOODMAN**
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile:   (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation and Meijer, Inc.*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**GARY L. JUSTICE**
E-Mail: gjustice@gibsondunn.com
**CHARLES H. ABBOTT**
E-Mail: cabbott@gibsondunn.com
**GAIL E. LEES**
E-Mail: glees@gibsondunn.com
**WILLIAM EDWARD WEGNER**
E-Mail: wwegner@gibsondunn.com
**GIBSON DUNN & CRUTCHER LLP**
333 South Grand Avenue, Suite 4600
Los Angeles, California 90071-3197
Telephone: (213) 229-7000

*Attorneys for Defendant Nutro Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile:   (305) 461-5226

*Attorneys for Defendant Mars, Inc. and Mars Petcare U.S.*

**HUGH J. TURNER, JR.**
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile:   (954)463-2224

*Attorneys for Defendants Publix Super Markets, Inc. and H.E. Butt Grocery Co.*

**MARTY STEINBERG**
E-Mail: msteinberg@hunton.com
**ADRIANA RIVIERE-BADELL**
E-Mail: ariviere-badell@hunton.com
**HUNTON & WILLIAMS**
Mellon Financial Center
1111 Brickel Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*Attorneys for Defendant Nutro Products, Inc.*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**CHRISTOPHER M. D'ANGELO**
E-Mail: cdangelo@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC  20005
Telephone: (202)434-5000

*Attorneys for Defendants Mars, Incorporated and Mars Petcare U.S.*

| | |
|---|---|
| **BENJAMIN REID**<br>E-Mail: bried@carltonfields.com<br>**OLGA M. VIEIRA**<br>E-Mail: ovieira@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Miami, Florida 33131-0050<br>Telephone: (305)530-0050<br>Facsimile: (305) 530-0050<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* | **JOHN J. KUSTER**<br>jkuster@sidley.com<br>**JAMES D. ARDEN**<br>jarden@sidley.com<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, New York 10019-6018<br>Telephone: (212) 839-5300<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* |
| **KARA L. McCALL**<br>kmccall@sidley.com<br>Sidley Austin LLP<br>One S. Dearborn Street<br>Chicago, ILL 60633<br>Telephone: (312) 853-2666<br><br>*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.* | **MARCOS DANIEL JIMINEZ**<br>E-Mail: mjimenez@kennynachwalter.com<br>**ROBERT J. ALWINE, II**<br>E-Mail ralwine@kennynachwalter.com<br>**KENNY NACHWALTER, P.A.**<br>201 South Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br>Facsimile:   (305) 372-1861<br><br>*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company* |
| **SHERRIL M. COLOMBO**<br>E-Mail: scolombo@cozen.com<br>**COZEN O'CONNOR**<br>200 South Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131<br>Telephone: (305) 704-5945<br>Facsimile:  (305) 704-5955<br><br>*Attorneys for Defendant Del Monte Foods Co.* | **RICHARD FAMA**<br>E-Mail: rfama@cozen.com<br>**JOHN J. McDONOUGH**<br>E-Mail: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile:   (212) 509-9492<br><br>*Attorneys for Defendant Del Monte Foods* |

**JOHN F. MULLEN**
**COZEN O'CONNOR**
E-Mail: jmullen@cozen.com
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
 One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile:  (303) 899-7333

*Attorneys for Defendants Nestle U.S.A., Inc. and Nestle Purina Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile  (305) 459-6550

*Attorneys for Defendants Nestle U.S.A., Inc. and Nestle Purina Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle U.S.A., Inc. and Nestle Purina Petcare Co.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile:  (305) 373-4099

*Attorneys for Defendants Proctor & Gamble Co. and The Iams Co.*

| | |
|---|---|
| **D. JEFFREY IRELAND**<br>E-Mail: djireland@ficlaw.com<br>**BRIAN D. WRIGHT**<br>E-Mail: bwright@ficlaw.com<br>**LAURA A. SANOM**<br>E-Mail: lsanom@ficlaw.com<br>**FARUKI IRELAND & COX**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Attorneys for Defendant Proctor & Gamble Co. and The Iams Co.* | **ROBIN L. HANGER**<br>E-Mail: rlhanger@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY LLP**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, Florida 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile:  (305) 577-7001<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.* |
| **RALPH G. PATINO**<br>E-Mail: rpatino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>E-Mail: dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>E-Mail: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile:  (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **ROBERT VALADEZ**<br>E-Mail: rvaladez@shelton-valadez.com<br>**JAVIER THOMAS DURAN**<br>E-Mail: jduran@shelton-valadez.com<br>**SHELTON & VALADEZ**<br>600 Navarro, Suite 500<br>San Antonio, Texas 78205<br>Telephone: (210) 349-0515<br>Facsimile:  (210) 349-3666<br><br>*Attorneys for Defendant H.E. Butt Grocery Co.* |
| **CRAIG P. KALIL**<br>E-Mail: ckalil@aballi.com<br>**JOSHUA D. POYER**<br>E-Mail: jpoyer@aballi.com<br>**ABALLI MILNE KALIL & ESCAGEDO**<br>2250 Sun Trust International Center<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>Telephone: (303) 373-6600<br>Facsimile:  (305) 373-7929<br><br>*Attorneys for New Albertson's Inc. and Albertson's LLC* | **W. RANDOLPH TESLIK**<br>E-Mail: rteslik@akingump.com<br>**ANDREW J. DOBER**<br>E-Mail: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile:  (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* |

| | |
|---|---|
| **C. RICHARD FULMER, JR.**<br>E-Mail: rfulmer@Fulmer.LeRoy.com<br>**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-4430<br>Facsimile:  (954) 707-4431<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* | **JASON JOFFEE**<br>E-Mail: jjoffe@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY LLP**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, Florida 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile:   (305) 577-7001<br><br>*Attorneys for Defendant Meijer, Inc.* |