UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, **PATRICIA DAVIS**, et al.,

    Plaintiffs,
vs.

**MARS INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on December 19, 2007 upon Defendants, Safeway Inc. and The Stop & Shop Supermarket Company LLC's Motion for Protective Order [D.E. 283]; Defendant, New Albertsons, Inc.'s ("New Albertsons[']") Motion for Protective Order [D.E. 286]; New Albertsons' Motion for Leave to Take Limited Jurisdictional Discovery [D.E. 287]; Defendant, Meijer, Inc.'s Motion For Protective Order and Objections to Plaintiff's Deposition Notice [D.E. 289]; Defendants, Safeway Inc. and The Stop & Shop Supermarket Company LLC's Notice of Joinder [D.E. 290]; and Defendant, The Kroger Company's Motion for Protective Order [D.E. 291]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that

1. New Albertsons' Motion for Leave to Take Limited Jurisdictional Discovery **[D.E. 287]** is **GRANTED**.

2. All other motions **[D.E. 283, D.E. 286, D.E. 289, D.E. 290, D.E. 291]** are **DENIED AS MOOT**, in light of the parties' representation to the Court that they will meet and confer regarding the scope of jurisdictional discovery.

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

3. The briefing schedule on Defendants' Consolidated Motion to Dismiss [D.E. 279] is suspended until future order.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this 20th day of December, 2007.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
counsel of record