UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, *et al.*,

    Plaintiffs,
vs.

**MARS INC.**, *et al.*,

    Defendants.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a status conference in the above styled case has been set for **Tuesday, January 15, 2008 at 10:00 a.m.**, in the 4th Floor Courtroom before the Honorable Cecilia M. Altonaga, at 301 North Miami Avenue, Miami, Florida 33128.

Date:   December 20, 2007

                                      CLARENCE MADDOX, CLERK

                              By:        Patricia Snead
                                  Courtroom Deputy for the
                                  Honorable Cecilia M. Altonaga
                                  (305) 523-5515

cc:    counsel of record