UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. 07-21221-CV
### DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

```
                    UNITED STATES DISTRICT COURT     FILED by H.H. D.C.
                    SOUTHERN DISTRICT OF FLORIDA     APPEALS
                           MIAMI DIVISION            JAN 0 8 2008
                       Case 07-21221-CIV-ALTONAGA    CLARENCE MADDOX
                                                     CLERK U.S. DIST. CT.
                                                     S.D. OF FLA. - MIAMI
```

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS, individually
and on behalf of others
similarly situated,

       Plaintiffs,

                         MIAMI, FLORIDA

       vs.

                         DECEMBER 19, 2007

MARS, INC., et al.,

       Defendants.

---------------------------------------------------------------

           TRANSCRIPT OF MOTION HEARING
          BEFORE THE CECILIA M. ALTONAGA,
           UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFFS:
                       CATHERINE J. MacIVOR, ESQ.
                       Maltzman Foreman, P.A.
                       One Biscayne Tower
                       2 South Biscayne Boulevard, Ste. 2300
                       Miami, FL 33131 - 305.358.6555
                       Email: cmacivor@mflegal.com
                       dfriedman@mflegal.com

FOR DEFENDANT SAFEWAY AND STOP & SHOP:

                       MARCOS D. JIMENEZ, ESQ.
                       ROBERT J. ALWINE, ESQ.
                       Kenny Nachwalter Seymour Arnold
                       Critchlow & Spector
                       201 S. Biscayne Boulevard, Ste. 1100
                       Miami, FL 33131 -373.1000
                       Email: mjimenez@kennynachwalter.com

      TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION

                            December 19, 2007