UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASKOWSKI, AMY HOLLUB
and PATRICIA DAVIS,

    Plaintiffs,
v.

MARS INC.; PROCTER & GAMBLE CO., et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Ana M. Craig of Carlton Fields, P.A. hereby notices her appearance as counsel in the above-styled action for defendant, Colgate Palmolive Company, and requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned by e-filings or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel listed on the attached Service List.

                **CARLTON FIELDS, P.A.**
                *Attorneys for Colgate Palmolive Company*
                100 Southeast Second Street, Suite 4000
                Miami, Florida 33131-9101
                Telephone: (305) 530-0050
                Facsimile:  (305) 530-0055

                By: *s/Ana M. Craig*
                    ANA M. CRAIG
                    Florida Bar No.: 091847

12558476.1

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

**SERVICE LIST**

| | |
|---|---|
| Catherine J. McIvor, Esq.<br>cmacivor@mflegal.com<br>Jeffrey Eric Foreman, Esq.<br>Jforeman@mflegal.com<br>Jeffrey Bradford Maltzman, Esq.<br>Jmaltzman@mflegal.com<br>MALTZMAN FOREMAN, P.A.<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Tel: (305) 358-6555<br>Fax: (305) 374-9077<br><br>*Attorneys for Plaintiffs* | Hugh J. Turner Jr., Esq.<br>hugh.turner@akerman.com<br>AKERMAN SENTERFITT<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700<br>Fax: (954) 463-2224<br><br>*Attorneys for Publix Super Markets, Inc.* |
| John Brian Thomas Murray, Jr., Esq.<br>jbmurray@ssd.com<br>SQUIRE, SANDERS & DEMPSEY, LLP<br>777 S. Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7200<br>Fax: (561) 655-1509<br><br>Robin Lea Hanger, Esq.<br>rlhanger@ssd.com<br>200 S. Biscayne Blvd.<br>Suite 4000<br>Miami, FL 33131<br>Tel: (305) 577-7040<br>Fax: (305) 577-7001<br><br>*Attorneys for Defendant Petco Animal Supplies, Inc. & Wal-Mart* | Alan G. Greer, Esq.<br>Agreer@richmangreer.com<br>RICHMAN GREER WEIL et al.<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 373-4000<br>Fax: (305) 373-4099<br><br>Jeffrey Ireland, Esq.<br>djireland@ficlaw.com<br>Laura A. Sanom, Esq.<br>lsanom@ficlaw.com<br>Brian D. Wright, Esq.<br>bwright@ficlaw.com<br>FARUKI IRELAND & COX PLL<br>500 Courthouse Plaza, Southwest<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br>Tel: (937) 227-3700<br>Fax: (937) 227-3717<br><br>*Attorneys for The Procter & Gamble Co.* |

| | |
|---|---|
| Marty Steinberg, Esq.<br>msteinberg@hunton.com<br>Adriana Riviere-Badell, Esq.<br>ariviere-badell@hunton.com<br>HUNTON & WILLIAMS, LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>Tel: (305) 810-2500<br>Fax: (305) 810-2460<br><br>Gail E. Lees, Esq.<br>glees@gibsondunn.com<br>Charles H. Abbott, Esq.<br>cabbott@gibsondunn.com<br>Gary L. Justice, Esq.<br>gjustice@gibsondunn.com<br>William Edward Wegner, Esq.<br>wwegner@gibsondunn.com<br>GIBSON DUNN & CRUTCHER, LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Tel: (213) 229-7000<br>Fax: (213) 229-6163<br><br>***Attorneys for Nutro Products, Inc*** | Michael R. Ross, Esq.<br>mrr@gknet.com<br>Michael K. Kennedy, Esq.<br>mkk@gknet.com<br>GALLAGHER AND KENNEDY, P.A.<br>2575 East Camelback Road, Suite #1100<br>Phoenix, AZ  85016<br>Tel: (602) 530-8498<br>Fax: (602) 530-8500<br><br>Susan E. Mortensen, Esq.<br>smortensen@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33131<br>Tel: (305) 858-2900<br>Fax: (305) 858-5261<br><br>***Attorneys for Petsmart, Inc.*** |
| Kathleen S. Phang, Esq.<br>kphang@sfklaw.com<br>Charles P. Flick, Esq.<br>cflick@sfklaw.com<br>SEIPP, FLICK & KISSANE<br>Two Alhambra Plaza, Suite 800<br>Miami, FL 33134<br>Tel: (305) 995-5600<br>Fax: (305) 995-6100<br><br>***Attorneys for Target Corp.*** | Omar Ortega, Esq.<br>oortega@dortaandortega.com<br>DORTA AND ORTEGA, P.A.<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Tel: (305) 461-5454<br>Fax: (305) 461-5226<br><br>Patrick J. Houlihan, Esq.<br>phoulihan@wc.som<br>Dane H. Butswinkas, Esq.<br>dbutswinkas@wc.com<br>Christopher M. D'Angelo, Esq.<br>cdangelo@wc.com<br>Thomas G. Hentoff, Esq.<br>thentoff@wc.com<br>Philip A. Sechler, Esq.<br>psechler@wc.com<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, D.C.  20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br><br>***Attorneys for Mars, Inc.*** |

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| Carol A. Licko, Esq.<br>calicko@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL  33131<br>Tel: (305) 459-6500<br>Fax: (305) 459-6550<br><br>Robert C. Troyer, Esq.<br>rctroyer@hhlaw.com<br>HOGAN & HARTSON, LLP<br>1200 Seventh Street<br>One Tabor Center, Suite #1500<br>Denver, Colorado  80202<br>Tel: (303) 899-7900<br>Fax: (303) 899-7333<br><br>Craig A. Hoover, Esq.<br>cahoover@hhlaw.com<br>Miranda L. Berge, Esq.<br>mlberge@hhlaw.com<br>HOGAN & HARTSON, LLP<br>555 Thirteenth Street, NW<br>Washington, D.C.  20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br><br>***Attorneys for Nestle USA, Inc.*** | Sherrill M. Colombo, Esq.<br>scolombo@cozen.com<br>COZEN O'CONNOR<br>Wachovia Financial Center<br>200 S. Biscayne Blvd, Suite 4410<br>Miami, FL  33131<br>Tel: (305) 704-5940<br>Fax: (305) 704-5955<br><br>John M. Mullen, Esq.<br>jmullen@cozen.com<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel: (215) 665-2179<br>Fax: (215) 665-2013<br><br>***Attorneys for Del Monte Foods Co.*** |

CASE NO.: 07-21221-CIV-ALTONAGA/Turnoff

| | |
|---|---|
| Alexander Shaknes, Esq.<br>Alex.shaknes@dlapiper.com<br>Amy W. Schulman, Esq.<br>Amy.schulman@dlapiper.com<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York ,New York  10020-1104<br>Tel: (212) 335-4829<br>Fax: (212) 884-8629<br><br>William C. Martin, Esq.<br>William.martin@dlapiper.com<br>DLA Piper US LLP<br>203 North LaSalle Street, South 1900<br>Chicago, Illinois  60601-1293<br>Tel: (312) 368-3449<br>Fax: (312) 630-7318<br><br>Lonnie L. Simpson, Esq.<br>Lonnie.simpson@dlapiper.com<br>S. Douglas Knox, Esq.<br>Douglas.knox@dlapiper.com<br>DLA Piper US LLP<br>101 East Kennedy Boulevard, Suite #2000<br>Tampa, Florida  33602<br>Tel: (813) 229-2111<br>Fax: (813) 229-1447<br><br>*Attorneys for Menu Foods & Menu Foods Income Fund* | James D. Arden, Esq.<br>jarden@sidley.com<br>John J. Kuster, Esq.<br>jkuster@sidley.com<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5300<br>Fax: (212) 839-5599<br><br>Kara L. McCall, Esq.<br>kmccall@sidley.com<br>SIDLEY AUSTIN, LLP<br>One South Dearborn<br>Chicago, Illinois  60603<br>Tel: (312) 853-2666<br>Fax: (312) 853-7036<br><br>*Attorneys for Colgate Palmolive Co.* |
| Rolando Andres Diaz, Esq.<br>rd@kubickidraper.com<br>Cassidy Yen Dang, Esq.<br>cyd@kubickidraper.com<br>Maria Kayanan, Esq.<br>mek@kubickidraper.com<br>KUBICKI DRAPER<br>25 W. Flagler Street, Penthouse<br>Miami, FL 33131<br>Tel: (305) 982-6708<br>Fax: (305) 374-7846<br><br>*Attorneys for Pet Supermarket, Inc.* | |