## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, *et al.*,

      Plaintiffs,

vs.

**MARS INC.**, *et al.*,

      Defendants.

_____/

### <u>NOTICE RESETTING HEARING</u>

PLEASE TAKE NOTICE that the hearing previously scheduled for Tuesday, January 15, 2008, has been rescheduled for **Friday, January 25, 2008, at 9:00 a.m.**, in the 4th Floor Courtroom at 301North Miami Avenue, Miami, Florida, before the Honorable Cecilia M. Altonaga.

Date:   January 14, 2008

STEVEN LARIMORE, CLERK

By:   _____Patricia Snead_____
Courtroom Deputy for the
Honorable Cecilia M. Altonaga
(305) 523-5515

cc:       counsel of record