# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,

vs.

**MARS INC.**, et al.,

    Defendants.

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court will hear oral argument on the Motion for Leave to File Third Amended Complaint (D.E. 310) at the hearing scheduled for Friday, January 25, 2008 at 9:00 a.m.

Date:   January 17, 2008

                        CLARENCE MADDOX, CLERK

            By:   /s/   Patricia Snead
                Courtroom Deputy for the
             Honorable Cecilia M. Altonaga
                   (305) 523-5515

cc:   counsel of record