UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

    Plaintiffs,

vs.

**MARS INC.**, et al.,

    Defendants.

_____/

**NOTICE REGARDING HEARING**

PLEASE TAKE NOTICE that the Court will hear oral argument on the Motion for Leave to File Third Amended Complaint (D.E. 310) and Supplemental Motion for Protective Order of Defendant, The Kroger Co. (D.E. 313) at the hearing scheduled for Friday, **January 25, 2008 at 9:00 a.m.**

Date:   January 22, 2008

                              CLARENCE MADDOX, CLERK

                          By:     /s/   Patricia Snead
                                Courtroom Deputy for the
                                Honorable Cecilia M. Altonaga
                                     (305) 523-5515

cc:    counsel of record