UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, et al.,
individually and on behalf of others
similarly situated,
Plaintiffs/Class Representatives,
                vs.
MARS, INC., et al.,
Defendants.
_____/

## DEFENDANT THE KROGER CO. NOTICE OF WITHDRWAL/ STRIKING OF DOCUMENT NUMBER 313

Defendant The Kroger Co. (hereafter, "Kroger") withdraws document number 313

Supplemental Motion for Protective Order by the Kroger Co. of Ohio filed on 1/18/2007

at 5:17pm due to the last three pages of the document containing a formatting error

which resulted in the last three pages being single space.  The document was re-filed

with the correct format as document number 314 on 1/18/2008 at 5:44pm.  There are no

substantive changes to the document.  The only change to the document was that the

last three pages are  of document 314 are double spaced.  No content was changed.

Respectfully submitted,


  /s/ C. Richard Fulmer,  Jr.
C. Richard Fulmer, Jr.
Florida Bar No. 0370037
**FULMER LeROY ALBEE**
**BAUMANN & GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Fl 33306
(954)707-4430/(954)707-4431 (Facsimile)
rfulmer@FulmerLeRoy.com

James K. Reuss (Ohio Bar No. 0022070)
Monica L. Waller (Ohio Bar No. 0070941)
**LANE, ALTON & HORST, LLC**

Dockets.Justia.com

Two Miranova Pl., 5th Floor
Columbus, Ohio 43215
(614)228-6885/(614)228-0146 (Facsimile)
jreuss@lanealton.com
mwaller@lanealton.com
*Attorneys for The Kroger Co.*