UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of others
similarly situated,

Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*,

Defendants.
_____/

Case 1:07-cv-21221-CMA    Document 321-2    Entered on FLSD Docket 01/24/2008

Dockets.Justia.com

**DECLARATION OF AMANDA SAMPLE**

I, Amanda Sample, declare and state the following is true and correct under penalty of perjury:

1. My name is Amanda Sample. I am over the age of eighteen and I have personal knowledge of all of the facts contained herein.

2. I am an associate at the law firm of Maltzman Foreman, P.A.

3. I have reviewed the Defendants' Response to the Plaintiff's Motion for Leave to File the Third Amended Complaint ("Response") and, in particular, the statements relating to the Plaintiff's lead counsel did not agree to amend the Second Amended Complaint.

4. The Defendants statements in the Response are misleading. At the December 19, 2007 hearing, the Court requested the parties to confer about discovery issues raised at the hearing. Once Judge Altonaga left the courtroom, the Defendants' designated representative, who was not representing a jurisdictional defendant at the time, approached Catherine MacIvor about amending the complaint to add specific jurisdictional allegations. Catherine MacIvor

advised Ms. Licko that she agreed to amend the Second Amended Complaint in order to get to the merits more expeditiously.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2007.

Amanda Sample