UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,
Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
Defendants.

_____

**ORDER OF SUBSTITION OF COUNSEL**

This matter is before me, the undersigned Judge, on the foregoing Unopposed Motion to Substitute Natura's Counsel of Record, and the Court, being otherwise fully advised in the premises,

ORDERED AND ADJUDGED that Sara Holladay-Tobias of the law firm of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, is hereby granted leave to withdraw as counsel for Defendant Natura Pet Products, Inc. ("Natura"). Michael M. Giel of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, is to be substituted as counsel of record for Natura, and Jeffrey S. York of McGuireWoods LLP shall remain counsel of record for Natura.

DONE AND ORDERED this _____ day of _____, 2008.

_____
HONORABLE CECILIA M. ALTONGA
District Court Judge

cc:   All Counsel of Record

\5012407.1