UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

    Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Natura Pet Products, Inc.'s Motion to Substitute Natura's Counsel of Record [D.E. 322]. Being fully advised it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 322]** is **GRANTED**. Sara Holladay-Tobias of the law firm of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, is hereby granted leave to withdraw as counsel for Defendant Natura Pet Products, Inc. ("Natura"). Michael M. Giel of McGuireWoods LLP, 50 N. Laura Street, Suite 3300, Jacksonville, Florida 32202, is to be substituted as counsel of record for Natura, and Jeffrey S. York of McGuireWoods LLP shall remain counsel of record for Natura.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2008.

                                                          _____
                                                          **CECILIA M. ALTONAGA**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    Hon. William C. Turnoff
        counsel of record