# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, **AMY HOLLUB**, **PATRICIA DAVIS**, et al.,

    Plaintiffs,

vs.

**MARS INC.**, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on January 25, 2008 upon Plaintiffs' Motion for Leave to File Third Amended Complaint [D.E. 310], and Defendant, The Kroger Co.'s Supplemental Motion for Protective Order of Defendant the Kroger Co. [D.E. 314]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Leave to File Third Amended Complaint **[D.E. 310]** is **GRANTED**. The Third Amended Complaint is deemed filed as of **January 25, 2008**. Defendants shall have **20 days** from this date to respond to Plaintiffs' Third Amended Complaint.

2. The Kroger Co.'s Supplemental Motion for Protective Order **[D.E. 314]** is **GRANTED IN PART**, and **DENIED IN PART**, with the instructions given in open court.

3. Defendants' Consolidated Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint **[D.E. 279]** is **DENIED AS MOOT**.

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2008.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Magistrate Judge William C. Turnoff
counsel of record