Blaszkiewicz - Tell me about Mars                                                    Page 1 of 1
Mars - Tell me about Mars                                                             Doc. 333 Att. 1
Case 1:07-cv-21221-CMA     Document 333-2     Entered on FLSD Docket 01/25/2008     Page 1 of 48



Home > About us > Tell me about Mars

Search

# About us

To millions of people around the world, Mars is a name synonymous with quality, value and enjoyment.

Whether it's the simple pleasure of savouring the world's best-loved chocolate and confectionery, the satisfaction of a drink delivered efficiently from a vending machine, a contented pet or the reward of a delicious hot meal, Mars is the name behind the brands they've grown to know and trust. "Tell me more about what you do"

Today Mars is a $18bn business operating in over 65 countries. Perhaps more surprisingly, and unusual for a business of our size, we are still privately owned - making us one of the largest 'small family businesses' in the world. "Tell me more about your story"

Our success is not simply due to developing the right products. It's a unique combination of innovation and determination, the essence of which can be found in the Five Principles that shape our business:

|Quality |Responsibility |Mutuality |Efficiency
|Freedom

**Home**

**About us** ▶

**What do we do?** ▶

**Careers at Mars** ▶

**Mars Directory**

**Visit country site**



"I am astounded by the quality of the people here."

Click here >     Quality



Exhibit 1

[LEGAL]   [PRIVACY]   [POLICIES]   [TRADEMARKS]   [SITE OPERATOR]   [SITE MAP]

© 2006 Mars, Incorporated. All Rights Reserved



## About Mars Petcare

Mars Petcare U.S. is an innovative and progressive company. The company continues to be a market leader and innovator in pet care, meeting and exceeding changing market demands for higher quality product formulations and demanding product quality.

Headquartered in Nashville, TN, Mars Petcare is a leading manufacturer of dry pet food and pet snacks and treats in the U.S. Mars Petcare markets and manufactures brands and store brands and has the #1 dog food in the world, PEDIGREE®.

Mars Petcare recognizes that teamwork makes the company strong and that people make the business happen. In all of the company's business dealings, Mars Petcare adheres to the Mars Five Principles of quality, responsibility, mutuality, efficiency and freedom.

It is these principles that have enabled Mars Petcare to produce some of the world's leading pet care products. Mars Petcare has multiple plants for higher capacity and logistics efficiency in meeting our customer needs.

With the national recognition of the Waltham Center for Pet Nutrition, Mars also established a scientific authority that unifies the research and development expertise of pet care worldwide, and has a leading reputation among pet owners, breeders, veterinarians and academics.

Mars Petcare strives to create an environment that offers unlimited opportunities for our associates and a culture that promotes individual growth and team success.

- News & PR
- Pet Care Industry
- Products
- Vision

Copyright © 2007 Mars Petcare | Terms of Use

Exhibit 2



 **P&G**

 ▸ P&G Global Operations

| Home | Everyday Solutions | Products | Company | News | Careers | Investor | B2B Directory |

June 6, 2007

**P&G Search**
_____ Go

**U.S. Product Information**
Choose a Category
Choose by Brand

▸ **Contact Us**

▾ **Company**

▸ **Who We Are**
   ▾ Purpose, Values
      and Principles
   ▸ Global Operations
   ▸ Employee Spotlight
   ▸ Diversity
   ▸ Our History
▸ **Science Behind the Brands**
▸ **Our Commitment**

**Company Help**

**Business Customers:**
Make Selection

**Professional Services:**
Make Selection

**Download a Report:**
Make Selection

▸ **Get the Free Monthly
P&G Everyday Solutions
Newsletter**
View Current Newsletter

RSS

## Company  Who We Are
# Purpose, Values and Principles



### Our Purpose

We will provide branded products and services of superior quality and value that improve the lives of the world's consumers. As a result, consumers will reward us with leadership sales, profit and value creation, allowing our people, our shareholders and the communities in which we live and work to prosper.

Learn more about our values and principles.

Would you like to see this page in a printer friendly format?

### Our Values

**P&G is its people and the values by which we live.**

We attract and recruit the finest people in the world. We build our organization from within, promoting and rewarding people without regard to any difference unrelated to performance. We act on the conviction that the men and women of Procter & Gamble will always be our most important asset.

**Integrity**
- We always try to do the right thing.
- We are honest and straightforward with each other.
- We operate within the letter and spirit of the law.
- We uphold the values and principles of P&G in every action and decision.
- We are data-based and intellectually honest in advocating proposals, including recognizing risks.

**Passion for Winning**
- We are determined to be the best at doing what matters most.
- We have a healthy dissatisfaction with the status quo.
- We have a compelling desire to improve and to win in the marketplace.

**Leadership**
- We are all leaders in our area of responsibility, with a deep commitment to deliver leadership results.
- We have a clear vision of where we are going.
- We focus our resources to achieve leadership objectives and strategies.
- We develop the capability to deliver our strategies and eliminate organizational barriers.

**Trust**
- We respect our P&G colleagues, customers and consumers, and treat them as we want to be treated.
- We have confidence in each other's capabilities and intentions.
- We believe that people work best when there is a foundation of trust.

**Ownership**
- We accept personal accountability to meet our business needs, improve our systems and help others improve their effectiveness.
- We all act like owners, treating the Company's assets as our own and behaving with the Company's long-term success in mind.

Back to Top

### Our Principles

**We Are Strategically Focused in Our Work**
- We operate against clearly

**We Value Personal Mastery**
- We believe it is the responsibility of all individuals

**Exhibit 3**



articulated and aligned objectives and strategies.
- We only do work and only ask for work that adds value to the business.
- We simplify, standardize and streamline our current work whenever possible.

### Innovation Is the Cornerstone of Our Success
- We place great value on big, new consumer innovations.
- We challenge convention and reinvent the way we do business to better win in the marketplace.

### We Are Externally Focused
- We develop superior understanding of consumers and their needs.
- We create and deliver products, packaging and concepts that build winning brand equities.
- We develop close, mutually productive relationships with our customers and our suppliers.
- We are good corporate citizens.

to continually develop themselves and others.
- We encourage and expect outstanding technical mastery and executional excellence.

### We Seek to Be the Best
- We strive to be the best in all areas of strategic importance to the Company.
- We benchmark our performance rigorously versus the very best internally and externally.
- We learn from both our successes and our failures.

### Mutual Interdependency Is a Way of Life
- We work together with confidence and trust across business units, functions, categories and geographies.
- We take pride in results from reapplying others' ideas.
- We build superior relationships with all the parties who contribute to fulfilling our Corporate Purpose, including our customers, suppliers, universities and governments.

### We Show Respect for All Individuals
- We believe that all individuals can and want to contribute to their fullest potential.
- We value differences.
- We inspire and enable people to achieve high expectations, standards and challenging goals.
- We are honest with people about their performance.

### The Interests of the Company and the Individual Are Inseparable
- We believe that doing what is right for the business with integrity will lead to mutual success for both the Company and the individual. Our quest for mutual success ties us together.
- We encourage stock ownership and ownership behavior.

Back to Top



©2007 Procter & Gamble. All claims valid only in the U.S. Terms and Conditions  Privacy Statement  P&G Links  Site Help  Site Map  Contact Us
P&G Everyday Solutions:  Register  Modify Profile  Unsubscribe  P&G Global Operations



**Contact Us Now!**  search  **GO**

About the Iams Company    |    Iams People    |    Iams University

How can we help you and your pet?

JOBS    ABOUT R&D    FAQ    NEWS / STORIES    IAMS.COM    EUKANUBA.COM



## The Iams Company

Dear Dog & Cat Lovers:

Welcome to Iams on the Web. We're pet lovers just like you...with a particular passion for dog and cat nutrition. We know what an incredible difference good nutrition makes in keeping pets happy and healthy.

You'll quickly find lots of relevant information about your pet's health and nutrition, Iams® and Eukanuba® products,and easy access to our Consumer Care associates.

Thank you for making us part of your pet's long, healthy life. Enjoy your visit!



Consumer Care Team

**Our Mission...**

*Is to enhance the well-being of dogs and cats by providing world-class quality foods and pet care products that delight the consumer and strengthen the human-pet bond.*



The Dog & Cat Lovers at The Iams Company



Friends for life.

**Good For Life**

**IAMS**

**DOG & CAT FOODS**

**Iams.com** is a special site for caring pet owners just like you. You can find helpful advice, quick answers, nutritional updates–everything you need to help your best friend enjoy a long, healthy life.

**Launch Iams.com**



**Eukanuba**

**FEED THE BREED**

Every breed is unique. Eukanuba helps bring out the best in each one with customized nutrition.

Get **BREED**Smart™ at **Eukanuba.com**

**Launch Eukanuba.com**

Launch Iams.com                         Launch Eukanuba.com



Learn more about our Animal Studies Policy
**Click Here**

The Eukanuba **BREED**Smart™ Bulletin
Sign up to receive emails from our Breed Experts tailored to your dog's needs.

**Voluntary Recall**
Learn more about the Menu Foods recall.
**Read the Press Release**

The Iams Company - 7250 Poe Avenue - Dayton, Ohio 45414
Phone: (800) 675-3849

Copyright© 2005 The Iams Company. All rights reserved worldwide.
Copyright (c) 1995-2005 The Iams Company. All rights reserved worldwide.

Iams Company News: **RSS** **XML**

Privacy Statement

By using the information contained in this site, you are bound to the terms in our Legal Statement.

PRIVACY BBBOnLine    BBBOnLine RELIABILITY PROGRAM



**Exhibit 4**



Case 1:07-cv-21221-CMA          Document 333-2          Entered on FLSD Docket 01/25/2008          Page 7 of 48



**Colgate Oral Care Center**

Visit our oral health care library with articles written by experts and explore interactive guides to help you learn more about dental care.

Dental Health Basics
Dental Health at Any Age
Tooth Whitening & Cosmetic Dentistry



**Our Company**

For over 200 years, caring, global teamwork and continuous improvement have been and continue to be part of everything we do at Colgate-Palmolive.

Living Our Values
Governance
Global Diversity



**For Children**

Enjoy fun and games in Kids World and search our product listing to find the right product for your child.

Colgate Kids World
Children's Products
Lather Up for Good Health



**Community Programs**

Take a look at our celebrated programs making a difference in over 200 countries around the world.

Give Kids a Smile®
Bright Smiles, Bright Futures®
Save the World from Cavities™



**Colgate SmileTalk™ E-newsletter**

Receive coupons, samples and valuable health information via e-mail.

Sign up for our e-newsletter



**Dental Care Professionals**

Search oral health news, professional library, and sample offers for dentists, hygienists and students.

Colgate Professional

Home | Legal Policies | Privacy Policies | Colgate Products | Colgate.com Site Map | Contact Us

© 2007 Colgate-Palmolive Company. All rights reserved.
You are viewing the United States site.



## A Family of Brands

We make the foods that nourish and enrich families, including the center of many families — pets. Just a glance at our products reveals familiar brands you know and trust. You probably even have many of our brands in your pantry right now.

**» Our Brand Family**



## We're on a Mission



Del Monte is committed to enriching the lives of today's family-everyone in the family, including pets — by providing nourishing, great tasting and easy-to-use products that meet the needs of everyone in your home.

**» Our Mission & Vision**

## A Spirited History

From our origins in the Gold Rush days to our unique vision today, Del Monte has a rich and vibrant history of nourishing and enriching lives at every meal, every table, every day.

Click below to explore Del Monte's history.

Click circles and arrows below to explore Del Monte history



1898 – California Fruit Canners Association Forms

1892 – The Del Monte® Brand is Introduced

1886 – The Del Monte Name Premieres

1906 – Earthquake Devastates San Francisco

**Exhibit 6**

# Good Food, Good Life





Exhibit 7

## Overview of Nestlé in the United States

*"As part of the world's largest food and beverage company, Nestlé USA is focused on our consumers—with innovative thinking and a dedication to nutrition, health and wellness."*

*– Brad Alford*
*Chairman & CEO, Nestlé USA*

Nestlé in the United States, which includes Nestlé USA, Nestlé Nutrition, Nestlé Purina PetCare Company, Nestlé Waters North America, Dreyer's Grand Ice Cream, Inc., and Alcon Laboratories, Inc., is a part of Nestlé S.A. in Vevey, Switzerland—the world's largest food company, with 2005 sales of $73 billion.

Since its early beginnings, Nestlé has been a trusted source of quality brands and products that are essential to good living. A young Swiss pharmacist, Henri Nestlé, who invented what would later be recognized as the world's first commercial infant food, founded the company in 1866. With its origins in nutrition, Nestlé quickly expanded into other food areas and eventually became the world's largest food company.

Today, Nestlé USA remains committed to providing foods and beverages that enhance every life experience—from STOUFFER'S® Lasagna family nights to baking traditions with NESTLE® TOLL HOUSE®. With 20 manufacturing facilities, 5 distribution centers and more than 15,500 employees in the United States alone, Nestlé USA is one of the nation's leading food companies.



*Nestlé USA is proud to have been named one of "America's Most Admired Food Companies" for nine consecutive years in Fortune magazine.*

### Nestlé in the United States
*Total 2005 Sales (in billions): $22.9*



Nestlé Purina PetCare Company
$4.9

Alcon*
$4.4

Nestlé Waters
$3.4

Dreyer's**
$2.1

Nestlé USA
$8.1†

### Nestlé in the United States

· Nestlé USA ..............................................................(Glendale, CA)
· Nestlé Nutrition .......................................................(Glendale, CA)
· Nestlé Purina PetCare Company ..........................(St. Louis, MO)
· Nestlé Waters North America .............................(Greenwich, CT)
· Dreyer's Grand Ice Cream, Inc. ..............................(Oakland, CA)
· Alcon Laboratories ................................................(Ft. Worth, TX)

† includes Nestlé Nutrition
* Nestlé S.A. owns approximately 75% of Alcon, Inc.
** Nestlé S.A. owns 100% of Dreyer's Grand Ice Cream Holdings, Inc.

## *Product Innovations*



### STOUFFER'S® CORNER BISTRO® Panini and LEAN CUISINE® Panini

Inspired by the latest sandwich trends, STOUFFER'S® CORNER BISTRO® and LEAN CUISINE® launched a line of restaurant-inspired Panini. Made on a REVOLUTIONARY GRILLING™ Tray that grills the bread in the microwave, the Panini features a crispy, golden brown outside and warm, delicious inside.



### HOT POCKETS® and LEAN POCKETS® brand SUBS

The HOT POCKETS® family of brands has continued to innovate and expand its product line, ever since pioneering the frozen sandwich category. The latest example is HOT POCKETS® and LEAN POCKETS® brand SUBS. Thanks to proprietary technology developed by the brand, consumers can enjoy soft baked bread from the microwave.



### NESTLÉ® TOLL HOUSE® Cookie Dough

Making it easier for families to "get to the fun faster," NESTLÉ® TOLL HOUSE® Cookie Shapes offer an enjoyable baking experience with pre-cut seasonal cookie shapes and enclosed icing packets. From pumpkins to Easter eggs, consumers simply peel the shapes from a sheet of cookie dough, bake and decorate!

### NESTLE® COFFEE-MATE® Seasonal Flavors

Inspired by delicious holiday treats, the rich taste of NESTLE® COFFEE-MATE® Seasonal Flavors, such as Pumpkin Spice, Peppermint Mocha, Gingerbread and Eggnog, bring even more excitement to the holiday season. These coffee creamers capitalize on the popularity of sweet, indulgent out-of-home beverages and bring consumers back to the grocery store. As the category leader, NESTLE® COFFEE-MATE® continues to be coffee's perfect mate.












*Fun Fact: Seven time Tour de France champion Lance Armstrong consumed more than 200 POWERBAR® Gels throughout the 2,000-mile race.*



## *Did You Know?*

Dietitians claim milk-based drinks contain key nutrients such as vitamin D and calcium in quantities that sports drinks can't match. During the 2004 Olympics, American swimmer and Gold Medalist Michael Phelps drank NESTLÉ® CARNATION® INSTANT BREAKFAST® between races to stay energized.

Whole-wheat pasta, such as BUITONI® Refrigerated Whole Wheat Four Cheese Ravioli, has more vitamins, minerals, and beneficial compounds, called phytonutrients, than regular pasta and about three times the fiber (5 to 7 grams per two ounces).







*Fun Fact: 3,000 cups of Nescafé are consumed every second!*








## Nutrition, Health and Wellness





*Fun Fact:  Nearly half of Americans' food budgets are spent on dining outside the home. Whether it's upscale or casual dining, Nestle FoodServices brands consistently provide quality and superior taste.*

A balanced diet and physical activity are essential to a healthy lifestyle and overall personal wellness. Nestlé USA recognizes the importance of providing information and products that contribute to solutions for growing health issues in America. For example, NESTLÉ® NESQUIK® Ready-To-Drink, which offers young students essential nutrients and vitamins, is now available in an 8 ounce size which meets or exceeds specific school nutritional guidelines.

In addition to a century-long, worldwide commitment to nutrition research, education and awareness, Nestlé USA offers a wide variety of nutritious, delicious and convenient food and beverage selections that make good living possible.



## Community

Our "good living" philosophy also extends into the community. Through employee volunteer programs, such as Nestlé Adopt-A-School, and sponsorship of youth recognition programs, such as Nestlé Very Best In Youth, Nestlé USA regularly contributes to the educational and social development of youth across the nation.










For more information and news about
our brands, please visit us online.

NestleUSA.com

Nestle-Nutrition.com

Purina.com

Nestle-Watersna.com

DreyersInc.com

Alcon.com

From the ultimate online baking resource to an
online destination perfect for party planning,
these Nestlé Web sites offer a wealth of
information for your everyday needs.

VeryBestBaking.com

VeryBestKids.com

VeryBestBaby.com

Meals.com

EverydayEating.com

CelebrationCorner.com



Good Food, Good Life

Nestlé USA, 800 North Brand Blvd., Glendale, CA 91203 (818) 549-6000

All trademarks are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.

Home     Programs & Events     Our Company     🔲 SEARCH

**PURINA®**
*Your Pet, Our Passion.®*

**Products**

UNITED STATES     → GO TO ANOTHER COUNTRY

## Products
- Dog Products
- Cat Products
- Purina® Brands

## Purina Brand Pet Food

For more than 75 years, Purina® brands have been advancing the science of pet nutrition, utilizing cutting-edge technology and research so that you can give your dog or cat what they need to be healthy and happy. Find a selection of Purina® brand pet food.

Roll your cursor over a brand for a brief description or click to learn more.

**Purina® Brand Websites**

Select a Brand ▢



**For Your Phone**
DIAL UP RINGTONES, WALLPAPER AND TEXT TIPS FOR YOUR MOBILE PHONE.

**RSS News Feed**
SUBSCRIBE TO REAL STORIES AND PET CARE TIPS FROM PURINA.

**New Senior 11+ Cat Formulas**
NEW SENIOR 11 CHICKEN RICE FORMULA AND SENIOR 11 INDOOR CARE TURKEY RICE FORMULA ARE DESIGNED FOR THE NEEDS OF OLDER CATS.

**Helpful Links**

AKC Recognized Breeds

Search for a Pet to Adopt

  

  

  

  

  

  

   

  

 

**Exhibit 8**

Home  |  International Sites  |  Programs & Events  |  Our Company

Products  |  Dog Care  |  Cat Care  |  Downloads  |  Coupons & Offers

Sign Up For Email  |  How Can We Help?  |       Add Purina RSS Feeds

Sitemap

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

Linking Policy  |  Privacy Policy  |  Terms & Conditions

http://www.purina.com/products/brands.aspx



## WELCOME TO NUTRO PRODUCTS

| NUTRO INFO | PET CENTER | DOG | CAT | PROGRAMS | PROMOTIONS |

**MENU FOODS RECALL INFORMATION**

**HOME**

**WHERE TO BUY**

**HELP ME CHOOSE**

At Nutro Products we have more than 80 years of experience creating great-tasting, nutritious pet foods. We understand that your pets aren't just companions—they're important members of your family. That's why we've created premium pet foods made from quality ingredients for every life stage.

Use these links to learn more About Us, our Donation program, International Distributors, or to view Press Releases. Please Contact Us if you need more information on our pet foods. And please let us know how we are doing. We love to hear customer comments, success stories, and feedback. Thank you for choosing Nutro Products for your pet!



**Nutro Products, Inc.**
**445 Wilson Way**
**City of Industry, CA 91744**
*Customer Service & Product Information: 800.833.5330*

Dogs | Cats | Where to Buy | Promotions | Press Releases | Information | Site Map | Contact Us

Copyright ©2007 Nutro Products, Inc. All rights reserved. Privacy policy.

**Exhibit 9**

## Natura
THE HEALTHIEST PET
FOOD IN THE WORLD

Sit. Stay. E-mail.

Learn about the community.

Enter e-mail...   JOIN

| Natura Brands | Product Search | Tools & Resources | Pet Community | Where to Buy | About Us | Home |

Natura Sites:   Go

### About Us

**Philosophy**

**Manufacturing**

**News**

**Contact Us**

### How Natura Pet Products is Different

No pet food company in the world makes natural pet foods like Natura. We use only ingredients you'd eat yourself: quality meats, whole grains, fresh fruits and vegetables, and complete vitamin and mineral supplements. For us humans, a diet of natural, wholesome food is essential to living a long healthy life. We believe this fundamental principle is true for your pet, too.

All of our human grade dog and cat foods are carefully cooked and tested to ensure consistent nutrient quality and enjoyable texture and taste. All of the ingredients used in our pet foods are tested to make sure they are hormone, antibiotic and pesticide-free. And we never add artificial ingredients, chemical additives, by-products or fillers of any kind.

For questions on our organic dog food, healthy dog and cat food, and gourmet dog treats, please contact us today.



COMPARE PRODUCTS & BRANDS

CONTACT NATURA

OUR UNIQUE MANUFACTURING APPROACH

OWNER TESTIMONIALS

NUTRITIONAL PHILOSOPHY

©2007 Natura Pet Products, Inc.     Terms of Use     Privacy Policy     Site Map

Exhibit 10



**Beneful**

HOME
FOOD for DOGS
*Beneful® Dry*
  Beneful® Original
  Healthy Weight
  Healthy Radiance®
  **Healthy Harvest®**
  Healthy Growth for Puppies
*Beneful® Prepared Meals™*
  Simmered Beef Entrée
  Simmered Chicken Medley
  Savory Lamb & Rice Stew
  Beef Stew
  Roasted Chicken Recipe
BENEFUL® SCRAPBOOKS
DOG'S LIFE
PUPPY'S LIFE

SEARCH
Enter Keywords    GO ↗

## Beneful® Healthy Harvest®

Healthy Harvest® maximizes your dog's health and happiness with our premium dry dog food, featuring soy and other real, wholesome ingredients.

 Moist, chewy chunks including real protein from soy for active muscles.

 Crunchy barley packed with carbohydrates for energy.

 Antioxidant-rich nutrition accented with vegetables and apples to help support a healthy immune system.

 Enriched with calcium for healthy teeth and strong bones.

 Linoleic Acid to help promote a thick glossy coat.

 Premium dry dog food pieces contain iron for healthy blood.

[+ Show]  *Ingredients & Nutrition Information*



**Where to Buy**



*Learn about Healthy Harvest in 30 seconds*

▶ Watch

▶ ◼ ◀◀ ◀ ▶▶ 00:00 🔊

*Read it in Dog's Life*
Staying healthy together just got a lot more fun.
**Read Leisure Time for Two**

Terms and Conditions | Privacy Policy | Linking Policy | Purina.com | How Can We Help? | Site Map

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland

**Exhibit 11**



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

## Good food inspired by pet-loving people like you.

We don't believe people are pet owners. People own TVs, cars and vacation homes. But they don't own pets. They have a relationship with their pets. They enjoy bonds that are sometimes stronger than family. So it's not surprising that people want to provide their pets with the healthiest and best tasting food. That's where The Goodlife Recipe™ pet food comes in. We use the best ingredients in the right balance to create great food and snacks for cats and dogs. Because we believe, pets that eat well are pets that live well. And when your pet is living well, you're living well.





"My dad created this website!"
Malcolm & Chestnut



"I'm the girl who helped make the TV commercial
Susannah & Emily



"I put the 'good' in every package."
Kevin & Chumley

"We helped create this website too!"
Heather & Keta



**Exhibit 12**

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee
© 2007 Mars, Incorporated and its affiliates. All rights reserved.



OUR PRODUCTS • OUR MISSION • WHAT'S INSIDE • GREAT PROMOTIONS • SEND YOUR PHOTO

## A healthy, balanced diet your four-legged friends will love!

Every bag of The Goodlife Recipe™ food for cats or dogs is a perfect blend of six tasty ingredient groups like real chicken, beef or salmon, healthy vegetables and hearty whole grains - created with our nutritionally balanced "pet food pyramid" as a guide. It's our way of giving your pets all the enjoyable taste and essential nutrients they need without any of the artificial additives they don't. And who wouldn't love that?

◆ ROLL OVER TO SEE WHAT'S INSIDE

Privacy Policy | Legal | Contact Us | Where to Buy | Product Guarantee

© 2007 Mars, Incorporated and its affiliates. All rights reserved.

Exhibit 13



Dogs Rule.™

www.pedigree.com



Help your dog be the best he can be with PEDIGREE® Dry Food.

Feature product



**PEDIGREE Healthy Maturity®** has an easier-to-crunch kibble because dogs over six often have more sensitive teeth and gums. It provides essential nutrients such as antioxidants, key minerals, and Omega Fatty Acids to promote healthy joints and keep older dogs healthy and active.



Obesity can lead to joint damage, respiratory difficulties, heat and exercise intolerance, diabetes mellitus and circulatory problems.



## DRY

Not only does PEDIGREE® Brand Dry Food For Dogs provide your dog with a balanced diet of vitamins, minerals, essential fatty acids, fiber and protein, it's a delicious foundation to your dog's overall diet. It's also helpful in preventing the accumulation of dental tartar and plaque. And dry food has the added benefit of being very convenient for you.

Dry

**For Puppies**
PUPPY

**For Adult Dogs**
CHICKEN, RICE & VEGETABLES
SMALL BREED
LARGE BREED
PEDIGREE COMPLETE NUTRITION™
LAMB & RICE
PEDIGREE PERFORMANCE™
WEIGHT LOSS
WEIGHT MAINTENANCE

**For Senior Dogs**
PEDIGREE HEALTHY MATURITY®

**For Overweight Dogs**
WEIGHT LOSS
WEIGHT MAINTENANCE



Exhibit 14

© 2007 Mars, Incorporated and its Affiliates.  All Rights Reserved.



**Dogs Rule.™**

www.pedigree.com

**Dry Nutrition for Adult Dogs**



## PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs - Dry

New, improved PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs (formerly PEDIGREE COMPLETE NUTRITION® Meaty Chunks With Rice & Vegetables) offers a way for dogs to get the healthy benefits of real vegetables and real chicken in a tasty balanced meal owners can feel good about feeding every day. It's made up of five different components to offer a variety of flavors and textures that dogs love.

- PEDIGREE WITH CHICKEN, RICE & VEGETABLES™ Food For Dogs now contains a new and improved patented PEDIGREE HEALTHY NUGGETS™ with Meaty Centers kibble. Improvements include a golden yellow shell, 25% more cream fill and meaty center.
- Made with real chicken, a high quality protein source
- Made with healthy real vegetables that dogs love
- Higher guaranteed levels of protein than BENEFUL® Original (Based on guaranteed analysis: PEDIGREE WITH CHICKEN RICE & VEGETABLES™: 26% protein, BENEFUL® Original: 25% protein)
- Nutritionally complete and balanced for both **puppies** and adult dogs
- Contains patented HEALTHY NUGGETS™ pocket kibbles that have a dual texture- crispy outside with a soft, creamy inner
- Contains the Advanced Antioxidant Recipe with guaranteed levels of vitamins E & C
- Highly digestible ingredients so nutrients are easily absorbed
- Improved taste that dogs love
- Select sizes available with the SLIDE RITE® Zipper for easy opening and resealing between feedings
- No artificial flavors or fillers

**Overall health**
Balanced protein and fat levels to help older dogs stay fit and lean

**Strong teeth & bones**
The right balance of calcium and phosphorus for strong teeth and bones

**Healthy skin & coat**
Omega Fatty Acids and all the essential nutrition required for the healthiest skin and shiniest coat

**Strong muscles**

### Nutrition Statement:

PEDIGREE WITH CHICKEN RICE & VEGETABLES™ Food For Dogs is formulated to meet the nutritional levels established by the AAFCO dog food nutrient profiles for growth and maintenance.

### INGREDIENTS

Ground Whole Corn, Meat and Bone Meal, Corn Gluten Meal, Chicken By-product Meal, Animal Fat (preserved with BHA/BHT), Natural Poultry Flavor, Wheat Flour, Chicken, Rice, Dried Whole Peas, Wheat Mill Run, Dried Beet Pulp, Wheat Gluten, Salt, Carrot

**Exhibit 15**

High quality proteins which provide amino acids for strong, healthy muscles

**Healthy digestion**
Highly disgestible ingredients so nutrients are easily absorbed

### RECOMMENDED DAILY FEEDING GUIDE FOR ADULT DOGS*

| WEIGHT OF DOG | CUPS PER DAY+ |
|---|---|
| Up To 10 lbs. | 1/3 to 1 |
| 10 to 25 lbs. | 1 to $2^{1/4}$ |
| 25 to 50 lbs. | $2^{1/4}$ to $3^{1/2}$ |
| 50 to 75 lbs. | $3^{1/2}$ to $4^{3/4}$ |
| 75 to 150 lbs. | $4^{3/4}$ to 8 |

1 cup = 8 oz. measuring cup, 1 can = 13.2 oz, 1 pouch = 5.3 oz.

An individual dog's requirements may differ from this guide. Puppies can be fed up to 1-1/2 times the highest amount listed in their category.

**MIXING WITH CANNED?**
Replace 1-1/4 cups for each can of PEDIGREE® TRADITIONAL GROUND DINNER® Food For Adult Dogs.

**MIXING WITH POUCHES?**
Replace 1/3 cup for each pouch of PEDIGREE® LITTLE CHAMPIONS® Food For Adult Dogs.

| Moisture max. | 12.0% |
|---|---|
| Linoleic Acid, min. | 1.7% |
| Calcium, min. | 1.0% |
| Phosphorus, min. | 0.8% |
| Vitamin E, min. | 225 IU/kg |
| Vitamin C, min. | 70 mg/kg |

### TYPICAL ANALYSIS

| Moisture | % | 8.15 |
|---|---|---|
| Protein | % | 27.55 |
| Fat | % | 14.14 |
| Crude Fiber | % | 2.08 |
| Linoleic Acid | % | 2.09 |
| Calcium | % | 1.80 |
| Phosphorus | % | 1.21 |
| Vitamin E | IU/kg | 272.00 |
| Vitamin C | mg/kg | 82.40 |

### TYPICAL ANALYSIS:

| Nutrients | Per 100g "As Is" | Typical Nutrient Analysis per 1000 kcal |
|---|---|---|
| Crude Protein, g | 27.3 | 77.36 |
| Crude Fat, g | 14.3 | 40.52 |
| Crude Fiber, g | 1.9 | 5.38 |
| Ash, g | 10.5 | 29.75 |
| **Minerals** | | |
| Calcium, g | 1.56 | 4.43 |
| Copper, mg | 1.46 | 4.14 |
| Magnesium, g | 0.12 | .035 |
| Phosphorus, g | 1.38 | 3.92 |
| Potassium, g | 0.79 | 2.23 |
| Sodium, g | 0.61 | 1.72 |
| Zinc, mg | 20.80 | 58.94 |

**Vitamins**

| | | |
|---|---|---|
| Vitamin A, IU | 822 | 2329 |
| Vitamin E, IU | 27.4 | 77.64 |



Sign In | Register          Site Map | Help | **Contact Iams® Pet Care and Nutrition Center**     Search [        ] GO

**PRODUCTS**

Dog Food | Cat Food
Veterinary Diet | Where to Buy

Home   Dogs   Cats   **Products**   Health & Nutrition   Toy Box   What's New



**IAMS Newsletter**

Get info tailored to your cat's needs, news and valuable tips to help you enjoy more healthy years with your best friend.

**SIGN UP**
View sample newsletter

## Iams Original™ with Chicken

Recommended For | Product Information | Calories | Ingredients
Guaranteed Analysis | Product Availability

**Recommended For**
Normally active adult cats - 1 year and older.

**Product Information**
**Helps Maintain Urinary Tract Health** Iams research confirms the effectiveness of Iams Original Cat Food in reducing urinary pH while providing low dietary magnesium for urinary tract health. The wholesome protein sources in Iams naturally provide essential nutrients and amino acids for clear eyes and a strong heart. Enhanced with vitamin-rich fish oils for overall health, Iams Original is made with a patented carbohydrate system that helps provide energy for activity throughout the day. Our patented fiber source helps maintain colon health, for a long and healthy life.



**Iams Daily Dental Care.**
As your cat chews, Iams Daily Dental Care helps slow tartar build-up by up to 40%.

**Calories**
Nutrient per 8 oz cup: 443 kcal

**Ingredients**
Chicken, Chicken By-Product Meal, Corn Grits, Corn Meal, Chicken Fat (preserved with Mixed Tocopherols, a source of Vitamin E, and Citric Acid), Fish Meal (source of fish oil), Dried Beet Pulp (sugar removed), Natural Chicken Flavor, Dried Egg Product, Sodium Bisulfate, Potassium Chloride, DL-Methionine, Brewers Dried Yeast, Choline Chloride, Vitamins [Vitamin E Supplement, Niacin, Ascorbic Acid, Vitamin A Acetate, Calcium Pantothenate, Biotin, Thiamine Mononitrate (source of vitamin B1), Pyridoxine Hydrochloride (source of vitamin B6), Vitamin B12 Supplement, Riboflavin Supplement (source of vitamin B2), Inositol, Vitamin D3 Supplement, Folic Acid], Calcium Carbonate, Minerals [Zinc Oxide, Manganese Sulfate, Copper Sulfate, Potassium Iodide, Cobalt Carbonate], Salt, Rosemary Extract.

"I checked out your website and e-mailed your Customer Service department with several questions. I was fortunate enough to be connected with Karla....Not only did Karla respond to me in an intelligent fashion (the details of ash content and its role in feline health being somewhat scientific), but she also did so very courteously and cheerfully....If Karla is the kind of person Iams employs, then Iams is the kind of company I like to do business with.....now that Iams can be found in my supermarket, well..I'm an extra happy camper. - Sincerely, Janice Allentown, PA"

NEXT

**Guaranteed Analysis**

| Nutrient | (percent) |
|---|---|
| Crude Protein not less than | 32.0% |

**Exhibit 16**

| | |
|---|---|
| Crude Fat not less than | 21.0% |
| Crude Fiber not more than | 3.0% |
| Moisture not more than | 10.0% |
| Ash not more than | 7.0% |
| Magnesium not more than | 0.10% |
| Taurine not less than | 0.15% |
| Omega-6 Fatty Acid not less than | 2.30%* |
| Omega-3 Fatty Acids not less than | 0.23%* |

\* Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profile.

Iams Original™ with Chicken Cat Food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for Maintenance.

Manufactured under U.S. Patent No. 5,616,569 and 6,093,418; other U.S. and foreign patents pending.

**Feeding Guidelines**

| Weight (lbs) | Weight Maintenance (cups/day) |
|---|---|
| 4 | 1/4 |
| 8 | 1/3 - 1/2 |
| 12 | 2/3 - 3/4 |
| 16 | 3/4 - 1 1/4 |
| 22 | 1 1/4 - 1 1/2 |

These guideline amounts are a starting point and your pet may need more food depending on age, activity and temperament. In order to reach optimal body condition, you may need to adjust food intake. This represents the total recommended volume of food per day. You should divide the total recommended feeding amount by the number of times you feed your pet per day to get the actual portion size per feeding.

**Product Availability**
24 oz Bag
4 lbs Bag
8 lbs Bag
20 lbs Bag





For Veterinarians     For Breeders     For Shelters

Select Country     P&G Links     About The Iams Company     IAMSTruth.com     Privacy     Legal     News Room     Partners

Sporting Dog     Procter and Gamble Pet Care

Copyright© 2007 The Iams Company, Dayton, Ohio 45414. All rights reserved worldwide.

Iams News:   RSS XML

By using the information contained in this site, you are bound by the terms in our Legal statement.





| Home | Pet Owner | Vet Practice | Products | Where to Buy | Company Info |



## NEWS UPDATES

**May 1, 2007 ---** Update Message to North American Consumers About Vegetable Proteins.

**April 18, 2007 ---** Update: Hill's products not affected by rice protein concentrate recall.

**View All News Updates**

 **A Letter To Pet Owners.** An important message from Hill's Pet Nutrition regarding your pet.

   

### The Leaders in Pet Nutrition and Innovation

Welcome to Hill's Pet Nutrition, your pet nutrition and information source. As the makers of Science Diet® and Prescription Diet® pet foods, our mission is to help enrich and lengthen the special relationships between people and their pets.

We will do this by providing the best, leading-edge pet nutrition technology, products, and expertise to pet owners, veterinary professionals, and other key pet professionals worldwide. And with a simple visit inside, you'll see our commitment to this mission for yourself.

 **Help Us Save 1 Million Lives** - This year we are committed to saving the lives of 1 million pets. You can help us by sharing your own pet adoption story to inspire more adoptions.

 **Bad behavior may be your cat's way of saying something's wrong.** - That's where NEW Hill's® Prescription Diet® c/d® Multicare comes in. It contains safe salt levels, provides the daily nutrition your cat requires, and satisfies the most finicky eaters. Learn more and register for a chance to receive a **free Drinkwell® The Original Pet Fountain®.**

 **Let the truth shine through** - Know the truth with our exclusive Shine Meter to see how the precise balance of high quality ingredients in Hill s® Science Diet® Lamb Meal & Rice Recipe Adult promotes the health of your dog. Learn more about Hill's and see why it is a company you can trust.

**Take the Hill's PetFit™Challenge at the new PetFit.com!** - Discover how simple it is to adopt a healthy *LightStyle* that makes a real difference for your pet. You'll find an array of expert insights on fitness and nutrition to help achieve optimal weight. Plus, take advantage of the NEW **PetFit™WeightTracker** - a



WHAT'S NEW FOR

JUNE

Exhibit 17



powerful tool that tracks your success for faster, easier weight loss!



HELP US SAVE 1 MILLION LIVES

Inspire others with your own pet adoption story!

START NOW



**Free Continuing Education for Veterinary Clinics and Staff** - Hill's Pet Nutrition is partnering with ACT to bring you this special opportunity.



**A credit card as rewarding as your relationship with your pet** - Hill's Pet Nutrition partners with Bank of America® to offer the PetRewards™ Visa® card program, benefiting pets and their owners.



Or is it something else?



© 2007 Hill's Pet Nutrition, Inc. ®/TM Trademarks owned by Hill's Pet Nutrition, Inc. As used herein, ®/TM denotes trademark status in the U.S. only; trademarks in other geographies may be different. Your use of the information on this site is subject to the terms of our Legal Statement.

Contact Us    Legal Statement    Job Opportunities



**United States - English**
Change Language



Register With Us | Sign In

Home > Products > Science Diet® Pet Foods > Cat Products > Light Adult

Search                    Go

Cat Care          Dog Care

**Products** | Where to Buy | Our Company

**Science Diet®
Pet Foods**

Cat Products
Dog Products
Quality and Safety



Print Preview

**Light Adult**

Science Diet® Light Adult cat food is a great tasting food formulated to help prevent cats from gaining weight. Light Adult provides all the essential nutrients your cat needs for optimum health, with a low calorie, low fat formula to help with weight control.

**WHERE TO BUY**

**Product Characteristics**



Key Benefits | Daily Feeding Guide | Product Characteristics | Metabolizable Energy¹ (Caloric Content) | Average Nutrient Contents | Ingredients

### Product Characteristics

This product, by design, has the following characteristics:

| | |
|---|---|
| Light Formula | Meets strict government guidelines for low-calorie, low-fat food. |
| Superior Antioxidant Formula | A higher level of vitamins E +C versus major competitive brands. A powerful combination of antioxidants helps keep the immune system healthy. Antioxidants are known to help slow cell oxidation. |
| High-Quality Protein | Helps maintain strong bones and muscles. Contains all essential amino acids including taurine to help ensure optimal heart and eye health. |
| High Carnitine | Works to turn fat into energy and promotes fat metabolism. Helps utilize fat while helping to maintain lean body mass. Supports healthy liver function, a strong heart and lean muscles. |
| Increased Fiber | For gastrointestinal function and weight management. |
| Essential Fatty Acids | Help maintain proper function of nervous and immune systems as well as promote healthy skin and a shiny coat. |
| Vitamins and Minerals | Provide an ideal balance of vitamins and minerals for adult cats. |
| Naturally Preserved | Mixed tocopherols (a form of vitamin E) preserve freshness and great taste. |
| Daily Dental Protection | Helps reduce tartar build-up and promotes clean teeth. Helps scrub away plaque and promotes fresh breath. An ideal balance of calcium and other minerals to help maintain healthy teeth. |
| Target Urine pH | Normal acid (6.2 - 6.4)* |

*Urine pH of individual cats may vary due to complicating factors such as: time of feeding before urine collection, type of urine collection, individual animal variation, and test methodology.

**Science Diet®**
**Adult Cat Original**



Designed to keep adult cats active and healthy

Learn more about Science Diet® Adult Cat Original

**Science Diet®**
**Adult Dog Original**



Designed to keep adult dogs active and healthy with unique antioxidant blend - Made with chicken as the #1 ingredient

Learn more about Science Diet® Adult Dog Original

**Exhibit 18**

Veterinary Professionals      Contact Us      Job Opportunities      Site Map      Legal Statement and Privacy Policy



© 2008 Hill's Pet Nutrition, Inc. ®/™ Trademarks owned by Hill's Pet Nutrition, Inc.
As used herein, ® denotes registered trademark status in the U.S. only; registration status in other geographies may be different. Your use of this site is subject to the terms of our Legal Statement.

Change Language

**9Lives is not affected by the national voluntary pet products recall.**



**REAL NOURISHMENT FOR A HEALTHY, HAPPY CAT**

With dry food that not only tastes good, but is good for your cat, the 9Lives® brand really cares about your cat's health. Our dry varieties are formulated to meet your cat's special nutritional needs while providing great taste.

With new 9Lives Daily Essentials™ healthy cat food, you can be confident you are giving your cat essential whole body health from the real meat she craves. 9Lives Daily Essentials™ cat food is a savory blend of delicious pieces made with real meat and fish for a wholesome flavor your cat will actually look forward to.

**Urinary Tract Health**

Everyday nutrients that your cat needs, in a special formula that helps to maintain your adult cat's urinary tract health.

**9Lives Daily Essentials™ Cat Food**

Essential whole body health delivered by a savory blend of delicious pieces made with real meat and fish.

**Tender Cuts**

Meaty pieces made with real turkey that look like they were carved right off the bone.

Exhibit 19



9Lives is not affected by the national voluntary pet products recall.

## TENDER CUTS

Now you can be confident you are giving your cat the real meat she craves, while also providing the essential nutrition she needs. 9Lives® Tender Cuts contains delicious tender meaty pieces made with real turkey, that look like they were carved right off the bone. It also contains a blend of great tasting crunchy kibbles. Plus, each piece contributes essential nutrients to provide 100% complete and balanced cat nutrition.

Find 9Lives® healthy cat food at a store near you



**Ingredients**
Corn, poultry by-product meal, soybean meal, beef & bone meal, corn gluten meal, animal fat (preserved with BHA), animal digest, wheat, wheat gluten, salt, water sufficient for processing, caramel color, glycerine, choline chloride, vitamins (vitamin E supplement, niacin supplement, vitamin A supplement, d-calcium pantothenate, thiamine mononitrate, riboflavin supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, vitamin D3 supplement, folic acid, biotin, vitamin B12 supplement), ground wheat flour, titanium dioxide*, natural and artifical flavor (source of roast flavor), taurine, potassium chloride, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), yellow 5*, dried cooked turkey, dl-methonine, yellow 6*, BHA (preservative), sodium bisulfate, potassium sorbate (preservative), red 40*, sorbic acid, and sodium carbonate

*Artificial color.

9Lives® Tender Cuts cat food is formulated to meet the nutritional levels established by the AAFCO Cat Food Nutrient Profiles for All Life Stages.

High quality Protein helps maintain lean muscle mass for strength and mobility.

Key minerals like Iron for healthy blood and lasting energy.

The essential nutrient Taurine helps promote healthy heart and clear vision.

Added Anti-Oxidants including vitamins E and Selenium help maintain a healthy immune system.

Vitamin A & other important nutrients help promote healthy skin and strong bones.

| Nutritional Information | | Feeding Guidelines | |
|---|---|---|---|
| Crude Protein | Min 31.00% | Kitten (under 1 year) | Cups/Day |
| Crude Fat | Min 9.00% | | |
| Crude Fiber | Max 3.00% | 1-3 lb. | 1/4 - 3/4c. (moistened with water in 3-4 small feedings per day) |
| Moisture | Max 12.00% | | |
| Calcium | Min 1.00% | | |
| Phosphorus | Min 0.80% | | |
| Iron | Min 180 mg/kg | Greater than 3 lb. | 3/4c. plus 1/4c. for each lb. over 3 lb. |
| Selenium | Min 0.400 mg/kg | | |
| Vitamin A | Min 10000 IU/kg | Adult Cat (over 1 year) | Cups/Day |
| Vitamin E | Min 100 IU/kg | | |
| Taurine | Min 0.10% | 5-9 lb. | 1/2 - 1 c. |
| | | 10 -14 lb. | 1 - 1&1/3 c. |
| | | Pregnant and Nursing Cats | Feed 2-4 times the adult requirement per day. |

A single morning serving will allow your cat to nibble freely throughout



**Exhibit 20**



9Lives is not affected by the national voluntary pet products recall.



Dry Cat Food

**URINARY TRACT HEALTH**



Now you can be confident you are managing your cat's urinary tract health while also providing a great tasting meal your cat will actually look forward to. 9Lives® Urinary Tract Health features the 9Lives Plus Care® formula, a special formula designed to lower urinary tract pH and help maintain your adult cat's urinary tract health. Plus, it provides the essential everyday nutrients that your cat needs to stay healthy and active. And since every kibble is designed with your cat's taste buds in mind, your cat will enjoy every savory bite.

Find 9Lives® healthy cat food at a store near you

**Ingredients**
Ground yellow corn, corn gluten meal, poultry by-product meal, ground wheat, animal digest, poultry fat (preserved with BHA), meat and bone meal, phosphoric acid, calcium carbonate, salt, potassium chloride, yeast culture, titanium dioxide*, tuna meal, choline chloride, taurine, lysine, minerals (ferrous sulfate, zinc oxide, manganous oxide, copper sulfate, calcium iodate, sodium selenite), egg product, dl-methionine, vitamins (vitamin E supplement, niacin supplement, d-calcium pantothenate, thiamine mononitrate, riboflavin supplement, vitamin A supplement, pyridoxine hydrochloride, menadione sodium bisulfite complex, folic acid, biotin, vitamin B12 supplement, vitamin D3 supplement), zinc oxide. caramel color, yellow 5*, yellow 6*, BHA (used as a preservative), red 40*, natural and artificial flavor (source of grilled flavor), thiamine mononitrate.

*Artificial color.

Animal Feeding test using AAFCO procedures substantiate that 9Lives Urinary Tract Health provides complete and balanced nutrition for maintenance.

High quality Protein helps maintain lean muscle mass for strength and mobility.

The essential nutrient Taurine helps promote healthy heart and clear vision.

Added Anti-Oxidants including vitamins E and Selenium help maintain a healthy immune system.

Vitamin A & other important nutrients help promote healthy skin and strong bones.

**Nutritional Information**

| Crude Protein | Min 31.00% |
| Crude Fat | Min 9.00% |
| Crude Fiber | Max 3.00% |
| Moisture | Max 12.00% |
| Calcium | Min 1.00% |
| Phosphorus | Min 0.80% |
| Magnesium | Max 0.12% |
| Selenium | Min 0.475 mg/kg |
| Vitamin A | Min 5000 IU/kg |
| Vitamin E | Min 50 IU/kg |
| Taurine | Min 0.10% |

This product is formulated to provide complete nutrition for your adult cat while helping to maintain your cat's urinary tract health by reducing urinary pH. You should avoid mixing

**Feeding Guidelines**

| Adult Cat (over 1 year) | Cups/Day |
| --- | --- |
| 3-6 lb. | 1/4 - 2/3c. |
| 6-9 lb. | 2/3 - 1 c. |
| 9 -12 lb. | 1 - 1&1/3 c. |
| Greater than 12 lb. | 1&1/3 c. plus 1/3 c. for each additional 3 lb. over 12 lb. |

Mixing may prevent 9Lives Plus Care formula from effectively reducing urinary pH. Additionally, this product is not recommended for pregnant or nursing cats or kittens less than one year of age.

A single morning serving will allow your cat to nibble freely throughout the day. The serving size should be adjusted based on your cat's age and activity level.

Water is essential to good cat health. Always provide your



Exhibit 21



**PRODUCTS** | DOG'S LIFE | SHARE DOG STORIES | PUPPY'S LIFE

ORIGINAL | HEALTHY WEIGHT | HEALTHY RADIANCE™ | HEALTHY GROWTH | HEALTHY HARVEST™ | PREPARED MEALS™

# Beneful® Original

## A perfect balance of healthful ingredients, quality nutrition and superb taste for pure contentment for dogs

 Moist, chewy chunks made with real beef are rich in quality protein to help build strong muscles.

 Omega fatty acids, along with antioxidants like Vitamin E and selenium, help support a healthy immune system.

 Enriched with calcium for healthy teeth and strong bones.

 Crunchy corn packed with carbohydrates for energy and linoleic acid for a shiny coat.

 Contains vegetables with Vitamin A and other quality vitamins, minerals, and nutrients.

 Contains iron for healthy blood.





## Ingredients

Ground yellow corn, chicken by-product meal, corn gluten meal, whole wheat flour, beef tallow preserved with mixed-tocopherols (source of Vitamin E), rice flour, beef, soy flour, sugar, sorbitol, tricalcium phosphate, water, animal digest, salt, phosphoric acid, potassium chloride, dicalcium phosphate, sorbic acid (a preservative), L-Lysine monohydrochloride, dried peas, dried carrots, calcium carbonate, calcium propionate (a preservative), choline chloride, vitamin supplements (E, A, B-12, D-3), added color (Yellow 5, Red 40, Yellow 6, Blue 2), DL-Methionine, zinc sulfate, glyceryl monostearate, ferrous sulfate, niacin, manganese sulfate, calcium pantothenate, riboflavin supplement, biotin, thiamine mononitrate, garlic oil, copper sulfate, pyridoxine hydrochloride, folic acid, menadione sodium bisulfite complex (source of Vitamin K activity), calcium iodate, sodium selenite.
F-4090

## Guaranteed Analysis

| | | | |
|---|---|---|---|
| Crude Protein (Min) | 25.0% | Calcium (Ca) (Min) | 1.1% |
| Crude Fat (Min) | 10.0% | Iron (Fe) (Min) | 200 mg/kg |
| Crude Fiber (Max) | 4.0% | Selenium (Se) (Min) | 0.2 mg/kg |
| Moisture (Max) | 14.0% | Vitamin A (Min) | 10,000 IU/kg |
| Linoleic Acid (Min) | 1.5% | Vitamin E (Min) | 100 IU/kg |

**CALORIE CONTENT**
Metabolizable Energy (ME)
3689 kcal/kg
1674 kcal/lb
360 kcal/cup

Manufactured by: Nestlé Purina PetCare Company, St. Louis, MO 63164 USA

Animal feeding tests using Association of American Feed Control Officials (AAFCO) procedures substantiate that Beneful® dog food provides complete and balanced nutrition for all life stages.

→ SEARCH

Terms and Conditions   Privacy Policy   Linking Policy   Purina.com   How Can We Help?

All trademarks and other intellectual property on this site are owned by Société des Produits Nestlé S.A., Vevey, Switzerland



Exhibit 22



NUTRO INFO   PET CENTER   DOG   CAT   PROGRAMS   PROMOTIONS

HOME

WHERE TO BUY

PRODUCTS

HELP ME CHOOSE







**Benefits of Natural Choice Complete Care Indoor Adult:**

- For cats 1 to 6 years
- Scientifically formulated for the unique needs of indoor cats
- Guaranteed* to improve skin & coat for less shedding, fewer hairballs
- Advanced antioxidants for a healthy immune system
- Formulated to reduce litter box and in-home odor
- Natural ingredients with vitamins & minerals
- Recommended by veterinarians



**Natural Choice Complete Care Product Center**

Click on the links below to learn more about this product.

**Feeding Guide**

**Ingredients**

**Guaranteed Analysis**

**See the Food Image**

### Indoor Cats Have Special Nutritional Needs.

Indoor temperature, lighting and reduced opportunity for exercise can affect the health of your cat's skin and coat, muscle and bone condition and may cause weight gain. If your adult cat lives indoors most of the time, then feeding Natural Choice Complete Care Indoor Adult Formula can improve your cat's overall health and well-being.

Natural Choice Complete Care Indoor Adult is not just another cat food. Based on the latest scientific and nutritional research, our Indoor Adult formula is guaranteed to improve your indoor cat's skin and coat, reduce shedding, minimize hairballs, build strong muscles and bones and help limit excess weight gain*. It's formulated with unique ingredients like chicken meal, rice, sunflower oil, oat fiber and soy protein concentrate, which are especially important for indoor cats.

**Try these other products!**



### Healthy Growth for Indoor Cats

**Guaranteed to Improve Skin & Coat***
A blend of nutrients, including high levels of linoleic acid, a healthy fatty acid proven essential for healthy skin and shiny coat, plus arachidonic acid (ARA), zinc and alpha-linolenic acid to help nourish the skin and make your kitten's coat shinier and more lustrous.

**Less Shedding, Fewer Hairballs**
Healthy skin and coat helps minimize flaking and shedding which means there is less hair swallowed during self-grooming for reduced hairball formation. Plus, FiberClean, a special blend of rice and oat fiber, helps to pass any hair that is swallowed gently through the digestive system and into the litter box. With less swallowed hair irritating your cat's stomach, fewer hairballs are expelled.

**Formulated to Reduce Litter Box Odor**
Contains OdorCheck™ System, an innovative blend of ingredients that effectively reduce litter box odor for a fresh home environment. Helps make living with kittens more enjoyable.

**Helps Cats Utilize Fat & Increases Energy**
Our special WeightCare™ System with L-Carnitine helps indoor cats convert fat to energy and build lean muscle mass to offset your indoor cat's reduced activity and exercise levels. The result is increased energy and strong muscles for your indoor cat's overall health.

**Exhibit 23**

**Nourishes Bones & Joints**
Our exclusive BoneCare™ System helps develop strong bones and
joints with calcium, phosphorus and manganese. Vitamin D enriched for
better calcium absorption.

**Natural Ingredients with Vitamins & Minerals**
Made with an exclusive blend of the finest natural ingredients with
vitamins and minerals, Natural Choice Complete Care provides optimal
nutrition for your indoor cat. Fortified with iron to supply oxygen-rich red
blood cells for stamina and energy and naturally preserved with Vitamin
E to ensure freshness.

**Advanced DentalCare™ System**
Unique shape and texture helps scrub away plaque and tartar for healthy
gums and teeth.

**Easy To Digest for Sensitive Stomachs**
Made with rice, the most digestible and gentle cereal grain—No ground
corn. Made with high quality chicken protein for healthy digestion.

**Advanced Antioxidants for a Healthy Immune System**
A special blend of vitamins C, E, Beta-Carotene and Tocotrienols to help
support the immune system for a long, healthy life. Antioxidants are
known to help slow cellular damage from aging.

**Nourishes Brain, Vision & Heart**
Contains DHA and arachidonic acid (ARA) – nutrients essential for brain,
vision and heart function to help keep cats alert. Taurine fortified for a
healthy heart and good vision.

**Great Taste Guaranteed***
With an ideally sized and shaped kibble for your kitten's mouth and
added B vitamins for healthy appetite and metabolism, Natural Choice
Complete Care Indoor Adult helps you make sure your kitten eats
enough for proper nutrition and good health.

*or your money back

## Feeding Guidelines

When you introduce Natural Choice Complete Care Indoor Adult Formula
to your cat, it is always a good idea to mix it first with the old food for the
first few days. Free choice feeding is recommended, and daily portions
may vary according to your cat's age, weight and activity level. Place the
total recommended amount in your cat's dish at the same time every day.
This way your cat will nibble throughout the day, satisfying the natural
instinct to eat smaller, more frequent meals. To realize all of the benefits
that Natural Choice Complete Care Indoor has to offer, you should make
it your cat's only source of nutrition. A supply of fresh drinking water
should be provided at all times. See your veterinarian regularly.

### Suggested Amounts To Feed Per Day (in cups)[†]

| Weight of Cat (lbs.) | Amount to Feed |
|---|---|
| 3 – 5 | 1/4– 3/8 cup |
| 5 – 10 | 3/8 – 3/4 cup |
| 10 – 15 | 3/4 – 1 1/4 cups |
| 15 - 20 | 1 1/4 – 1 5/8 cups |

[†]Use a standard 8 oz. measuring cup. A standard 8 oz. measuring cup holds 3.74 oz. of
Natural Choice Complete Care Indoor Adult Formula.

Nutritional Adequacy Statement
Animal feeding tests using the AAFCO[1] procedures substantiate that **Nutro Natural
Choice Complete Care Indoor Adult Formula** provides complete and balanced nutrition
for adult cat maintenance.
[1]Association of American Feed Control Officials.

## Ingredients

Chicken Meal, Ground Rice, Corn Gluten Meal, Rice Flour, Poultry Fat
(preserved with mixed Tocopherols, a source of Vitamin E), Sunflower Oil
(preserved with mixed Tocopherols, a source of Vitamin E), Flaxseed,
Tomato Pomace, Brewers Dried Yeast, Natural Flavors, Dried Plain Beet
Pulp, Dried Vegetable Fiber (carrots, celery, beets, parsley, lettuce,

watercress and spinach), Potassium Chloride, Menhaden Fish Oil (preserved with mixed Tocopherols, a source of Vitamin E), Oat Fiber, Soy Protein Concentrate, Cranberry Powder, Choline Chloride, DL-Methionine, Taurine, Dried Egg Product, Zinc Sulfate, Ferrous Sulfate, Vitamin E Supplement, L-Carnitine, Inositol, Dried Bacillus Licheniformis Fermentation Extract, Dried Bacillus Subtilis Fermentation Extract, Dried Chicory Root, Yucca Schidigera Extract, Niacin, Copper Sulfate, Ascorbic Acid (source of Vitamin C), Manganous Oxide, Riboflavin Supplement (source of Vitamin B2), Beta-Carotene, Vitamin A Supplement, Calcium Iodate, Calcium Pantothenate, Vitamin B12 Supplement, Biotin, Pyridoxine Hydrochloride (source of Vitamin B6), Thiamine Mononitrate (source of Vitamin B1), Vitamin D3 Supplement, Menadione Sodium Bisulfite Complex (source of Vitamin K activity), Folic Acid, Sodium Selenite.

*Nutro supports the safe, ethical and humane treatment of all animals.*

### Guaranteed Analysis

| | |
|---|---|
| Crude Protein (minimum) | 33.00% |
| Crude Fat (minimum) | 14.00% |
| Crude Fiber (maximum) | 4.00% |
| Moisture (maximum) | 10.00% |
| Ash (maximum) | 7.25% |
| Linoleic Acid (minimum) | 4.00% |
| Arachidonic Acid (ARA) (minimum) | 0.05% |
| Calcium (minimum) | 0.90% |
| Phosphorus (minimum) | 0.80% |
| Magnesium (maximum) | 0.085% |
| Iron (minimum) | 200 mg/kg |
| Manganese (minimum) | 35 mg/kg |
| Zinc (minimum) | 250 mg/kg |
| Vitamin D (minimum) | 1,200 IU/kg |
| Vitamin E (minimum) | 250 IU/kg |
| Taurine (minimum) | 0.20% |
| Alpha-Linolenic Acid (minimum)** | 0.70% |
| Ascorbic Acid (minimum)** | 50 mg/kg |
| Beta-Carotene (minimum)** | 3.2 mg/kg |
| Docosahexaenoic Acid (DHA) (minimum)** | 0.06% |
| L-Carnitine (minimum)** | 150 mg/kg |
| Total Bacillus Species (minimum)** (Bacillus licheniformis, Bacillus subtilis) | 565 million CFU ‡ /lb |

**Not recognized as an essential nutrient by the AAFCO Cat Food Nutrient Profiles.
‡ Colony Forming Units

### Package Sizes:

| 4 lb. | 8 lb. | 20 lb. |
|---|---|---|

### Kibble



This is the approximate size and color of the kibble.

Dogs | Cats | Where to Buy | Promotions | Press Releases | Information | Site Map | Contact Us

Copyright ©2007 Nutro Products, Inc. All rights reserved. Privacy policy.

COMPLAINT CASE NO. 27137

FSI-419 (REV. 9/93)

Reinspection ( )
Original CCFS No. _____

**STATE OF NEW YORK**
**DEPARTMENT OF AGRICULTURE AND MARKETS**
**COMMERCIAL FEED INSPECTION**

DISTRIBUTION
White - Albany Office
Yellow - Lab
Pink - Lab (mfg)

## CCFS-50185

Date _07-16_ _2007_

LABORATORY USE ONLY

_FARMINGTON FARM & GARDEN, INC._
VENDOR (Place of Sampling)                                    Est. No. _4500601_

_SENECA FALLS COUNTRY MAX_                   _(315) 539-5316_
Trade Name                                               Phone No.

_1945 BALSEY RD._          _SENECA FALLS_        _13148_
Street                          City                        Zip

_INNOVA EVO ANCESTRAL DIET - SMALL BITS DOG FOOD_      _NONE_
Brand Name of Sampled Product                           Pet Food Brand Reg. No.

_FRONT SALES SHELF_                        _NO CODE FOUND_
Where Stored                                      Container Code

Product Is:   ( ) Feed Ingredient      ( ) Complete Feed    ( ) Premix/Supplement      ( ) Other _____
              ( ) Concentrate          (X) Pet Food/Specialty Pet Food
Car No. _____                        ( ) Medicated        ( ) *Customer Formula
Truck No. _____
Invoice No. _____
Amount of Stock on Hand _1 - 28.6 LB BAG_ Packages _____ Tons
( ) Bulk    ( ) Mash    (X) Bagged    ( ) Pelleted

_PRODUCT RECEIVED FROM_
Duplicate Sample Given To:   _CAROL SCOTT_                _ASSISTANT MANAGER_
                                                           Title

### GUARANTOR**

Name _NATURA PET PRODUCTS, INC._

_PO BOX 271_        _SANTA CLARA_    _CA_    _95052_
Street              City             State   Zip

### GUARANTEED ANALYSIS

_42.0%_          _22.0%_          _2.5%_          _10.0%_          _____
Crude Protein    Crude Fat        Crude Fiber     Moisture         Ash

INGREDIENTS/ADDITIONAL GUARANTEED ANALYSIS: (Attach copy of label whenever possible in lieu of copying information) _TURKEY_
_CHICKEN TURKEY MEAL CHICKEN MEAL POTATO HERRING MEAL CHICKEN FAT NATURAL FLAVORS_
_EGGS APPLES TOMATOES POTASSIUM CHLORIDE, CARROTS VITAMINS (VITAMIN E SUPPLEMENT, BETA_
_VITAMIN A SUPPLEMENT, NIACIN SUPPLEMENT, CALCIUM PANTOTHENATE BETA CAR-_
_TENE, VITAMIN B12 SUPPLEMENT, VITAMIN D3 SUPPLEMENT, RIBOFLAVIN SUPPLEMENT,_
_PYRIDOXINE HYDROCHLORIDE, THIAMINE MONONITRATE, BIOTIN, FOLIC ACID) CHE-_
_LATED MINERALS (ZINC PROTEINATE, IRON PROTEINATE, COPPER PROTEINATE,_
_MANGANESE PROTEINATE, CALCIUM IODATE) ALFALFA SPROUTS, ASCORBIC ACID, DRIED_
_CHICORY ROOT, DIRECT-FED MICROORGANISMS ..., VITAMIN E SUPPLEMENT, LECITHIN_
_ROSEMARY EXTRACT._

STAPLE TAG HERE

Above information taken from  ( ) Tags   (X) Packages   ( ) Invoice   ( ) Other _____
Check box if reverse side of form is used for additional information:  ( )
*Customer formula feed. Does invoice, label or delivery slip include name and address of manufacturer, and customer, and the weight and identity of
each ingredient?  ( ) YES   ( ) NO   If Yes, please list or attach copies of appropriate material.
**Firm whose name appears on the tag, label, or package.

**Exhibit 24**

STATE OF NEW YORK
DEPARTMENT OF AGRICULTURE and MARKETS FOOD LABORATORY
ALBANY, NEW YORK 12235
2007 CERTIFICATE OF ANALYSIS

10/9/2007

NATURA PET PRODUCTS
PO BOX 271
SANTA CLARA, CA   95052

## PRODUCT INFORMATION

BRAND: **INNOVA**
PRODUCT: **EVO ANCESTRAL DIET - SMALL BITES DOG FOOD**
PRODUCT CODE: **NONE**
VENDOR: FARMINGTON FARM & GARDEN INC
SENECA FALLS COUNTRY
1945 BALSEY ROAD
SENECA FALLS, NY  13148

## SAMPLE INFORMATION

Inspector: Mark Wolfe                      - 945

Date Sampled: 7/16/2007
Date Received: 7/19/2007

CCFS No. : **50185**
LAB No. : 07C02101

## ANALYSIS

| INGREDIENT | GUARANTEE | FOUND |
|---|---|---|
| EXTRANEOUS MATTER: Under microscopic examination, feather fragments were found in the product, as per complaint. The manufacturer's website states that this product's poultry ingredients are "exclusive of feathers except in such amounts as might occur unavoidably in good processing practices." | | |
| CHACONINE | | 51.8 ug/g |
| SOLANINE | | 68.1 ug/g |

( ) A        ( ) B        (✓) C        ( ) D

*VmY*
*10/9/07*
10/9/07

I certify that I am an Associate Chemist employed by the Commissioner and that the NYS Food Laboratory has made an analysis of this sample and the results thereof appear above.

_Virginia Greene_ _____ Associate Food Chemist

Virginia Greene

*CONSUMER COMPLAINT - CASE NO. 27137*

FSI-419 (REV. 9/93)

Reinspection ( )
Original CCFS No. _____

**STATE OF NEW YORK
DEPARTMENT OF AGRICULTURE AND MARKETS
COMMERCIAL FEED INSPECTION**

## CCFS-50183

LABORATORY USE ONLY

Date _07-16_ _2007_

VENDOR (Place of Sampling) *FARMINGTON FARM & GARDEN, INC.*     Est. No. _450061_

Trade Name *SENECA FALLS COUNTRY MAX*     Phone No. _(315) 539-5316_

Street _1945 BALSEY RD._     City _SENECA FALLS_     Zip _13148_

Brand Name of Sampled Product *INNOVA EVO BAKED TREATS FOR DOGS - NO GRAIN*     Pet Food Brand Reg. No. _NONE_

Where Stored *FRONT SALES SHELF*     Container Code *BEST USED BY 05/04/08*

Product Is:
( ) Feed Ingredient
( ) Complete Feed
( ) Premix/Supplement     ( ) Other _____
( ) Concentrate
(X) Pet Food/Specialty Pet Food
Car No. _____
( ) Medicated
( ) *Customer Formula
Truck No. _____
Invoice No. _____
Amount of Stock on Hand _5 - 20 OZ BAG_ Packages _____ Tons
( ) Bulk     ( ) Mash     (X) Bagged     ( ) Pelleted

Duplicate Sample Given To: *PRODUCT RECEIVED FROM* _CAROL SCOTT_     Title _ASSISTANT MANAGER_

### GUARANTOR**

Name *NATURA PET PRODUCTS, INC*

Street _PO BOX 271_     City _SANTA CLARA_     State _CA._     Zip _95052_

### GUARANTEED ANALYSIS

| _47.0%_ | _15.0%_ | _2.3%_ | _10.0%_ | _—_ |
|---|---|---|---|---|
| Crude Protein | Crude Fat | Crude Fiber | Moisture | Ash |

INGREDIENTS/ADDITIONAL GUARANTEED ANALYSIS: (Attach copy of label whenever possible in lieu of copying information) _____

*ON ATTACHED BAGS*

| STAPLE TAG HERE | | |
|---|---|---|
| LINOLEIC ACID (MIN) | 2.9% |
| VITAMIN E (MIN) | 50 IU/KG |
| ASCORBIC ACID (MIN) | 10 mg/KG |
| OMEGA-3 FATTY ACIDS | 0.9% |

Above information taken from ( ) Tags (X) Packages ( ) Invoice ( ) Other _____
Check box if reverse side of form is used for additional information: _____
*Customer formula feed. Does invoice, label or delivery slip include name and address of manufacturer, and customer, and the weight and identity of each ingredient? ( ) YES ( ) NO     If Yes, please list or attach copies of appropriate material.
**Firm whose name appears on the tag, label, or package.

Inspector _m.onofe_     I.D. Number _945_

# STATE OF NEW YORK
# DEPARTMENT OF AGRICULTURE and MARKETS FOOD LABORATORY
## ALBANY, NEW YORK 12235
## 2007 CERTIFICATE OF ANALYSIS

10/9/2007

NATURA PET PRODUCTS
PO BOX 271
SANTA CLARA, CA    95052

## PRODUCT INFORMATION

BRAND: **INNOVA**
PRODUCT: **EVO BAKED TREATS FOR DOGS - NO GRAIN**
PRODUCT CODE: **BEST USED BY 05/04/08**

VENDOR: FARMINGTON FARM & GARDEN INC
SENECA FALLS COUNTRY
1945 BALSEY ROAD
SENECA FALLS, NY 13148

## SAMPLE INFORMATION

Inspector: Mark Wolfe      - 945
Date Sampled: 7/16/2007
Date Received: 7/19/2007

CCFS No. : **50183**
LAB No. : 07C02099

## ANALYSIS

| INGREDIENT | GUARANTEE | FOUND |
|---|---|---|
| EXTRANEOUS MATTER Under microscopic examination, feather fragments were found in the product, as per complaint. The manufacturer's website states that this product's poultry ingredients are "exclusive of feathers except in such amounts as might occur unavoidably in good processing practices." | | |
| CHACONINE | | 28.7 ug/g |
| SOLANINE | | 44.5 ug/g |

( ) A      ( ) B      l/mb ( ) C      ( ) D
(v)
10/9/07
10/9/07

I certify that I am an Associate Chemist employed by the Commissioner and that the NYS Food Laboratory has made an analysis of this sample and the results thereof appear above.

_____ Associate Food Chemist
Virginia Greene

Amended Report

## STATE OF NEW YORK
## DEPARTMENT OF AGRICULTURE and MARKETS FOOD LABORATORY
## ALBANY, NEW YORK 12235
## 2007 CERTIFICATE OF ANALYSIS

10/9/2007

NATURA PET PRODUCTS
PO BOX 271
SANTA CLARA, CA    95052

### PRODUCT INFORMATION

BRAND: **INNOVA**
PRODUCT: **EVO ANCESTRAL DIET SMALL BITES**
PRODUCT CODE: **NONE**

OWNER: YVONNE THOMAS
PO BOX 508
DRESDEN, NY  14441

### SAMPLE INFORMATION

Inspector: Mark Wolfe                    - 945
Date Sampled: 7/13/2007
Date Received: 7/19/2007

CCFS No. : **50180**
LAB No. : 07C02096

### ANALYSIS

| INGREDIENT | GUARANTEE | FOUND |
|---|---|---|
| EXTRANEOUS MATTER | | |

Under microscopic examination, feather fragments were found
in the product, as per complaint.
The manufacturer's website states that this product's poultry ingredients
are "exclusive of feathers except in such amounts as might occur
unavoidably in good processing practices."

| INGREDIENT | GUARANTEE | FOUND |
|---|---|---|
| CHACONINE | | 46.3 ug/g |
| SOLANINE | | 43.3 ug/g |
| AMINOPTERIN | | none found |
| MELAMINE | | none found |

( ) A      ( ) B      ( ) C      ( ) D    I certify that I am an Associate Chemist employed by the Commissioner and that the NYS
Food Laboratory has made an analysis of this sample and the results thereof appear above.

10/9/07

_____ Associate Food Chemist
Virginia Greene





**IAMS** Life's Better

**Adult Multi-Cat with Chicken**

- Convenient feeding for multiple cat households
- Formulated to help all cats maintain a healthy weight
- Gentle fiber system helps reduce hairballs by up to 20%*
- Highly digestible to minimize litterbox waste and odor
- Natural ingredients with no fillers, plus added vitamins, minerals and amino acids

*as tested in Iams Hairball Care

Actual Size

**Exhibit 26**

# SUPREME NUTRITION

## WHY FEED PREMIUM PET FOOD?





ONE WEEK'S FOOD

ONE WEEK'S FOOD

SUPERMARKET BRAND FOOD

PREMIUM PET FOOD




STOOL VOLUME FOR SUPERMARKET BRAND FOOD

STOOL VOLUME FOR PREMIUM PET FOOD

**MORE NUTRITION** — **FEED LESS**

Only the highest-quality ingredients are used in Premium Pet Foods, so they are more nutritious and digestible than Supermarket Brands. It takes less food to meet the nutritional needs of your pet.

**BETTER VALUE** — **SPEND LESS**

Rich in nutrients, Premium Pet Food packs more protein and energy per mouthful than Supermarket Brands. It takes less food to feed your pet, so you get more for your money.

**EASIER CLEAN UP** — **LESS WASTE**

Feeding smaller amounts of highly digestible Premium Pet Food means lower stool volume and easier backyard clean up.

Exhibit 27



Exhibit 28

