# Exh. A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-TURNOFF

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
        Defendants.
_____/

**ORDER ON DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO SERVE CONSOLIDATED REPLY IN SUPPORT OF
MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

THIS CAUSE came before the Court on Defendants' Motion for Extension of Time to Serve Consolidated Reply in Support of Motion To Dismiss Plaintiffs' Third Amended Complaint. The Court having reviewed the Motion and being otherwise fully advised on the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Defendants shall serve their Consolidated Reply in Support of their Motion to Dismiss Plaintiffs' Third Amended Complaint on or before March 20, 2008.

DONE and ORDERED in Chambers at Miami, Florida, this ___ day of March, 2008.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record