## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.  07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

       Plaintiffs,

vs.

**MARS INC.; PROCTOR & GAMBLE CO.,**
et al.,

       Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court on Defendants' Motion for Extension of Time to Serve Consolidated Reply in Support of Motion To Dismiss Plaintiffs' Third Amended Complaint ("Motion") [D.E. 338].  Having reviewed the Motion and Plaintiffs' Response, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[D.E. 338]** is **GRANTED** in part. Defendants shall serve their Consolidated Reply in Support of their Motion to Dismiss Plaintiffs' Third Amended Complaint on or before **March 18, 2008**.  Furthermore, in an effort to narrow the issues, this case is scheduled for oral argument on the Motion to Dismiss on **Friday, April 4, 2008 at 8:30 a.m.  Two hours are reserved for the hearing.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of March, 2008.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  Hon. William C. Turnoff
     counsel of record

Dockets.Justia.com