UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS,
individually and on behalf of
others similarly situated,

   Plaintiffs,

vs.

MARS INC.,
PROCTOR AND GAMBLE CO.,
COLGATE PALMOLIVE COMPANY,
DEL MONTE FOODS, CO.,
NESTLE U.S.A. INC.,
MENU FOODS, INC.,
MENU FOODS INCOME FUND,
PUBLIX SUPERMARKETS, INC.,
WINN DIXIE STORES, INC.,
PETCO ANIMAL SUPPLIES, INC.,
PET SUPERMARKET, INC.,
PETSMART INC.,
TARGET CORP.,
WAL-MART STORES, INC.,

   Defendants.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel, **ROLANDO A. DIAZ**, files this Notice of Unavailability on the dates hereafter set forth:

*July 11, 2008-August 1, 2008*

and respectfully requests that no hearings or depositions be scheduled during this time; no motions, requests to produce, interrogatories or other pleadings to be filed which require a timely response

during this time; and that all pending matters remain in status quo, during these periods of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriately required for the above-reasons.

/s/ Rolando A. Diaz

ROLANDO A. DIAZ (FBN 963150)
rd@kubickidraper.com
KUBICKI DRAPER
25 W. Flagler St.
Penthouse
Miami, Florida 33131
Tel: 305-982-6708 / Fax: 305-374-7846
Attorneys for Pet Supermarket, Inc.