UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

          Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

          Defendants.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO**
**SUBSTITUTE NUTRO'S COUNSEL OF RECORD**

This cause came before the Court upon Defendant Nutro Products, Inc.'s ("Nutro") Unopposed Motion to Substitute Nutro's Counsel of Record. The Court being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Marty Steinberg, Adriana Riviere-Badell and the law firm of Hunton & Williams LLP are hereby granted leave to withdraw as counsel for Defendant Nutro. Omar Ortega and the law firm of Dorta & Ortega, P.A. is to be substituted as counsel of record for Defendant Nutro.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2008.

                                                    _____
                                                    CECILIA M. ALTONAGA
                                                    UNITED STATES DISTRICT JUDGE

cc:     Hon. William C. Turnoff
         Counsel of Record