UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, et. al.,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, et al.,

        Defendants.
_____/

**ORDER ON DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO SERVE THEIR ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'
<u>FOURTH AMENDED COMPLAINT</u>**

    THIS CAUSE came before the Court on Defendants' Consent Motion for Extension of Time to Serve Their Answers and Affirmative Defenses to Plaintiffs' Fourth Amended Complaint. The Court having reviewed the Consent Motion and being otherwise fully advised on the premises, it is hereby:

    ORDERED AND ADJUDGED that Defendants' Consent Motion is hereby GRANTED. Defendants (except Defendant The Kroger Co. of Ohio) shall serve their Answers and Affirmative Defenses to Plaintiffs' Fourth Amended Complaint on or before May 12, 2008.

DONE and ORDERED in Chambers at Miami, Florida, this ___ day of April, 2008.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record