UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

    Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant Nutro Products, Inc.'s ("Nutro['s]") Unopposed Motion to Substitute Nutro's Counsel of Record ("Motion") [D.E. 350]. The Court being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 350]** is **GRANTED**. Marty Steinberg, Adriana Riviere-Badell and the law firm of Hunton & Williams LLP are hereby granted leave to withdraw as counsel for Defendant Nutro. Omar Ortega and the law firm of Dorta & Ortega, P.A. are to be substituted as counsel of record for Defendant Nutro.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of April, 2008.

                */s/ Cecilia M. Altonaga*
                **CECILIA M. ALTONAGA**
                **UNITED STATES DISTRICT JUDGE**

cc:    Hon. Stephen T. Brown
       counsel of record