UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**,

    Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** came before the Court on Defendants' Consent Motion for Extension of Time to Serve Their Answers and Affirmative Defenses to Plaintiffs' Fourth Amended Complaint ("Consent Motion") [D.E. 352]. Being fully advised, it is

    **ORDERED AND ADJUDGED** that Defendants' Consent Motion **[D.E. 352]** is hereby **GRANTED**. Defendants (except The Kroger Co. of Ohio) shall serve their Answers and Affirmative Defenses to Plaintiffs' Fourth Amended Complaint on or before **May 12, 2008**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of April, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  Hon. Stephen T. Brown
     counsel of record