UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**, *et al.*,

    Plaintiffs,

vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
*et al.*,

    Defendants.

_____/

### AMENDED ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **November 9, 2009**. Calendar call will be held at **9:00 a.m. on Tuesday, October 27, 2009**. No pre-trial conference will be held unless a party requests one no later than 30 days before the calendar call and the Court determines that one is necessary. The parties shall adhere to the following schedule:

**November 15, 2008** Plaintiffs shall file their motion for class certification. **No amendments to the operative complaint shall be permitted after the motion for class certification is filed.**

**February 2, 2009** The parties shall select a mediator certified under Local Rule 16.2.B, shall schedule a time, date and place for mediation, and shall jointly **file a proposed order scheduling mediation** in the form specified by Local Rule 16.2.H. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **five (5) days** of mediation, the parties are required to file a mediation report with the Court.

**February 9, 2009** All fact discovery is completed.

Case No. 07-21221-CIV-ALTONAGA

**February 23, 2009**  Parties must have completed mediation and filed a mediation report.
**March 20, 2009**  Parties exchange expert witness summaries and reports required by Local Rule 16.1.K.

**April 10, 2009**  Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1K.

**June 15, 2009**  All expert discovery is completed.  Plaintiffs' experts shall be deposed before Defendants' experts are deposed.

**August 3, 2009**  All pre-trial motions other than motions *in limine* are filed.

**October 5, 2009**  Parties submit joint pre-trial stipulation and motions *in limine*.  Each party is limited to filing one motion *in limine*. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted.  **The parties are reminded that motions *in limine* must contain the Local Rule 7.1 A.3 certification**.

**October 19, 2009**  Parties submit proposed jury instructions.

Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, all discovery motions and non-dispositive motions filed pursuant to Federal Rules of Civil Procedure 12, 13 and 14 are referred to Magistrate Judge Stephen T. Brown.  Pursuant to 28 U.S.C. 636(c)(1), the parties may consent to trial and final disposition by Magistrate Judge Brown.  **The deadline for submitting a consent is February 9, 2009.  No consents will be given effect if filed after a denial of a requested trial continuance.**

The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions.  The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Stipulations that would so interfere may be made only with the Court's approval.  *See* Rule 29, Fed. R. Civ. P..  In addition to the documents enumerated in Local Rule 26.1.B., the parties shall not file notices of deposition with the Court.  Strict compliance with the Local Rules is expected, particularly with regard to motion practice.  *See* Local Rule 7.1.

CASE NO. 07-21221-CIV-ALTONAGA

Each exhibit must be labeled in accordance with the exhibit list in the joint pre-trial stipulation and shall also bear the case number of this action.

**Discovery motions (which must contain the Local Rule 7.1 A.3 certification) shall be handled on an expedited briefing schedule to prevent delay to the pre-trial schedule. Therefore, the parties shall respond to motions to compel and motions for protective order no later than the fifth business day after a motion is filed. Any reply memoranda shall be filed no later than the third business day after memoranda in opposition to any discovery motion are filed.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of April, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Hon. Stephen T. Brown
       counsel of record

Case 1:07-cv-21221-CMA    Document 355    Entered on FLSD Docket 04/25/2008    Page 3 of 3

3