UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

        Defendants.
_____/

## UNOPPOSED MOTION TO SUBSTITUTE NUTRO'S COUNSEL OF RECORD

Defendant Nutro Products, Inc. ("Nutro") moves this court for leave to withdraw William Wegner, Gail E. Lees, Gary L. Justice, Mark Whitburn, Charles H. Abbott and the law firm of Gibson Dunn & Crutcher, LLP as counsel for Nutro, and for Omar Ortega and the law firm of Dorta & Ortega, P.A. and Dane H. Butswinkas, Patrick J. Houlihan, Thomas G. Hentoff, Philip A. Sechler and the law firm of Williams & Connolly LLP, to be substituted as counsel of record in their stead. Plaintiffs do not oppose this motion.

WHERFORE, Defendant Nutro Products, Inc. respectfully requests this Court enter an order allowing William Wegner, Gail E. Lees, Gary L. Justice, Mark Whitburn, Charles H. Abbott and the law firm of Gibson Dunn & Crutcher, LLP to withdraw as counsel for Nutro, and that Omar Ortega and the law firm of Dorta & Ortega, P.A. and Dane H. Butswinkas, Patrick J. Houlihan, Thomas G. Hentoff, Philip A. Sechler and the law firm of Williams & Connolly LLP be substituted as counsel of record in their stead.

Attached is a proposed order pursuant to Local Rule 7.1(A)(2).

GIBSON DUNN & CRUTCHER. LLP
333 S. Grand Avenue
Suite 4600
Los Angeles, CA 90071
(213) 229-7000
(213) 229-7520 (facsimile)
*Attorneys for Nutro Products, Inc.*

By /s/ William Wegner
   William Wegner
   CA Bar No. 101486
   wwegner@gibsondunn.com
   Gail E. Lees
   CA Bar No. 90363
   glees@gibsondunn.com
   Gary L. Justice
   CA Bar No. 90580
   gjustice@gibsondunn.com
   Mark Whitburn
   TX Bar No. 24042144
   mwhitburn@gibsondunn.com
   Charles H. Abbott
   CA Bar No. 227488
   cabbott@gibsondunn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2008, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ William Wegner
For Gibson Dunn & Crutcher

2

## SERVICE LIST

Blaszkowski, *et. al.* v. Mars, Incorporated *et. al.*
Case No. 07-21221-Civ-Altonaga/Brown
United States District Court, Southern District of Florida

Catherine J. MacIvor
cmacivor@mflegal.com
Darren W. Friedman
dfriedman@mflegal.com
Jeffrey E. Foreman
jforeman@mflegal.com
Jeffrey B. Maltzman
jmaltzman@mflegal.com
Bjorg Eikeland
beikeland@mflegal.com
**Maltzman Foreman P. A.**
One Biscayne Tower
2 South Biscayne Blvd.
Suite 2300
Miami, Florida 33131
Tel.: 305-358-6555
Fax.: 305-374-9077
*Attorneys for Plaintiffs*
Service by: CM/ECF

Rolando Andres Diaz
rd@kubickidraper.com
Maria Kayanan
mek@kubickidraper.com
Cassidy Yen Dang
cyd@kubickidraper.com
**Kubicki Draper**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Tel.: 305-982-6708
Fax: 305-374-7846
*Attorneys for Pet Supermarket, Inc.*
Service by: CM/ECF

Mark C. Goodman
mgoodman@ssd.com
John B.T. Murray
jbmurray@ssd.com
**Squire Sanders & Dempsey, LLP**
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, Florida 33401-6198
*Attorneys for Target Corp.*
Service by: CM/ECF

Hugh J. Turner, Jr.
hugh.turner@akerman.com
**Akerman Senterfitt & Eidson**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
Tel.: 954-463-2700
Fax.: 954-463-2224
*Attorneys for Publix Supermarkets, Inc.*
Service by: CM/ECF

William Wegner  
wwegner@gibsondunn.com  
Gail E. Lees  
glees@gibsondunn.com  
Gary L. Justice  
gjustice@gibsondunn.com  
**Gibson Dunn & Crutcher**  
333 S. Grand Avenue  
Suite 4600  
Los Angeles, CA 90071-3197  
Tel.: 213-229-7000  
Fax.: 213-229-7520  
*Attorneys for Nutro Products, Inc.*  
Service by: CM/ECF  

Marcos Daniel Jimenez  
mjimenez@kennynachwalter.com  
Robert J. Alwine II  
ralwine@kennynachwalter.com  
**Kenny Nachwalter, P.A.**  
2001 South Biscayne Boulevard  
1100 Miami Center  
Miami, Florida 33131-4327  
Tel.: 305-373-1000  
Fax.: 305-372-1861  
*Attorneys for Defendants Safeway, Inc. and The Stop & Shop Supermarket Company LLC*  

John J. Kuster  
jkuster@sidley.com  
James D. Arden  
jarden@sidley.com  
**Sidley Austin LLP**  
787 Seventh Avenue  
New York, New York 10019  
Tel.: 212-839-7336  
Fax.: 212-839-5599  
*Attorneys for Colgate Palmolive Co.*  
Service by: CM/ECF  

Ralph G. Patino  
rpatino@patinolaw.com  
Dominick V. Tamarazzo  
dtamarazzo@patinolaw.com  
Carlos B. Salup  
csalup@patinolaw.com  
**PATINO & ASSOCIATES, P.A.**  
225 Alcazar Avenue  
Coral Gables, Florida 33134  
Tel.: 305-443-6163  
Fax.: 305-443-5635  
*Attorneys for Co-Defendant Pet Supplies "Plus", and Pet Supplies Plus/USA. Inc.*  
Service by: CM/ECF  

Robert Valadez  
rvaladez@shelton-valadez.com  
Javier Thomas Duran  
jduran@shelton-valadez.com  
**Shelton & Valadez, P.C.**  
600 Navarro, Suite 500  
San Antonio, Texas 78205  
Tel.: 210-349-0515  
Fax.: 210-349-3666  
*Attorneys for Defendant H.E. Butt Grocery Co*  

Benjamine Reid  
breid@carltonfields.com  
Olga M. Vieira  
ovieira@carltonfields.com  
**Carlton Fields**  
100 SE 2nd Street  
Suite 4000, P.O. Box 019101  
Miami, FL 33131-9101  
Tel.: 305-530-0050  
Fax.: 305-530-0055  
*Attorneys for Colgate Palmolive Company*  
Service by: CM/ECF

Kara L. McCall
kmccall@sidley.com
**Sidley Austin LLP**
1 S Dearborn Street
Chicago, IL 60603
Tel.: 312-853-2666
*Attorneys for Colgate Palmolive Co.*
Service by: CM/ECF

Robert C. Troyer
rctroyer@hhlaw.com
**Hogan & Hartson, LLP**
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Tel.: 303-899-7300
Fax.: 303-899-7333
*Attorneys for Nestle USA, Inc.*
Service by: CM/ECF

Alan Graham Greer
agreer@richmangreer.com
**Richman Greer PA**
201 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Tel.: 305-373-4000
Fax: 305-373-4099
*Attorneys for Procter & Gamble Co.*
Service by: CM/ECF

Carol Ann Licko
calicko@hhlaw.com
**Hogan & Hartson**
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Tel.: 305-459-6500
Fax.: 305-459-6550
*Attorneys for Nestle U.S.A., Inc., Nestle Purina Petcare Co. and Nestle S.A.*
Service by: CM/ECF

Craig A. Hoover
cahoover@hhlaw.com
Miranda L. Berge
mlberge@hhlaw.com
**Hogan & Hartson, LLP**
555 13th Street NW
Washington, DC 20004-1109
Tel.: 202-637-5600
Fax.: 202-637-5910
*Attorneys for Nestle USA, Inc.*
Service by: CM/ECF

D. Jeffrey Ireland
djireland@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
Laura A. Sanom
lsanom@ficlaw.com
**Faruki Ireland & Cox P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
Tel.: 937-227-3700
Fax.: 937-227-3742
*Attorneys for Procter & Gamble Co.*
Service by: CM/ECF

Christopher M. D'Angelo
cdangelo@wc.com
Dane H. Butswinkas
dbutswinkas@wc.com
Patrick J. Houlihan
phoulihan@wc.com
Thomas G. Hentoff
thentoff@wc.com
Philip A. Sechler
psechler@wc.com
**Williams & Connolly LLP**
725 12th St. NW
Washington, D.C. 20005-3901
Tel.: 202-434-5000
Fax.: 202-434-5029
*Attorneys for Mars, Incorporated*
Service by: CM/ECF

Omar Ortega
ortegalaw@bellsouth.net
**Dorta & Ortega, P.A.**
800 S. Douglas Road
Douglas Entrance Suite 149
Coral Gables, FL 33134
Tel.: 305-461-5454
Fax.: 954-461-5226
*Attorneys for Mars, Incorporated*
Service by: CM/ECF

Robin Lea Hanger
rlhanger@ssd.com
**Squire, Sanders & Dempsey LLP**
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Tel.: 305-577-7040
Fax.: 305-577-7001
*Attorneys for PetSmart, Inc., PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*
Service by CM/ECF

John Brian Thomas Murray, Jr.
jbmurray@ssd.com
**Squire Sanders & Dempsey LLP**
1900 Phillips Point West
777 S. Flagler Drive
Suite 1900
West Palm Beach, FL 33401-6198
Tel.: 561-650-7200
Fax.: 561-655-1509
*Attorneys for PetSmart, Inc., PETCO Animal Supplies, Inc. and Wal-Mart Stores, Inc.*
Service by: CM/ECF

John J. McDonough
jmcdonough@cozen.com
Richard Fama
rfama@cozen.com
**Cozen O'Connor**
45 Broadway
New York, NY 10006
Tel.: 212-509-9400
Fax.: 212-509-9492
*Attorneys for Del Monte Foods Co.*
Service by: CM/ECF

John F. Mullen
jmullen@cozen.com
**Cozen O'Connor**
1900 Market Street
Philadelphia, PA 19103
Tel.: 215-665-2179
Fax.: 215-665-2013
*Attorneys for Del Monte Foods Co.*
Service by: CM/ECF

Sherril May Colombo
scolombo@cozen.com
**Cozen O'Connor**
200 S. Biscayne Boulevard
Suite 4410
Miami, FL 33131
Tel.: 305-704-5940
Fax.: 305-704-5955
*Attorneys for Del Monte Foods, Co.*
Service by: CM/ECF

Alexander Shaknes
alex.shaknes@dlapiper.com
Amy W. Schulman
amy.schulman@dlapiper.com
**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: 212-335-4829
Fax.: 212-884-8629
*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*
Service by: CM/ECF

W. Randolph Teslik
rteslik@akingump.com
Andrew Dober
adober@akingump.com
**Akin Gump Strauss Hauer & Feld**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Tel.: 202-877-4000
Fax: 202-877-4288
*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*
Service by: CM/ECF

Lonnie L. Simpson
lonnie.simpson@dlapiper.com
S. Douglas Knox
douglas.knox@dlapiper.com
**DLA Piper US LLP**
101 E. Kennedy Boulevard
Suite 2000
Tampa, FL 33602
Tel.: 813-229-2111
Fax.: 813-229-1447
*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*
Service by: CM/ECF

William C. Martin
william.martin@dlapiper.com
**DLA Piper US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
Tel.: 312-368-3449
Fax.: 312-630-7318
*Attorneys for Menu Foods, Inc. and Menu Foods Income Fund*
Service by: CM/ECF

C. Richard Fulmer, Jr.
rfulmer@fulmerleroy.com
**Fulmer LeRoy Albee**
**Bauman & Glass, PLC**
2866 East Okalnd Park Boulevard
Fort Lauderdale, Florida 33306
Tel.: 954-707-4430
Fax: 954-707-4431
*Attorneys for Defendant The Kroger Co.*

James K. Reuss
jreuss@lanealton.com
**Lane Alton & Horst, LLC**
Two Miranova Place, Suite 500
Columbus, Ohio 43215
Tel.: 614-233-4719
Fax:
*Attorneys for Defendant The Kroger Co.*

Craig P. Kalil
ckalil@aballi.com
**Aballi Milne Kalil & Escagedo**
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
Tel.: 305-373-6600
Fax: 305-373-7929
*Attorneys for New Albertson's Inc. and Albertson's LLC*
Service by: CM/ECF

Jason Daniel Joffe
jjoffe@ssd.com
**Squire, Sanders & Dempsey LLP**
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Tel.: 305-577-7040
Fax.: 305-577-7001
*Attorneys for Meijer Inc.*
Service by: CM/ECF

Mark Whitburn
mwhitburn@gibsondunn.com
**Gibson, Dunn & Crutcher LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: 214-698-3100
*Attorneys for Nutro Products, Inc.*