## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.  07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI,**
**AMY HOLLUB** and **PATRICIA**
**DAVIS**, et al.,

       Plaintiffs,

vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

       Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court upon Defendant, Nutro Products, Inc.'s ("Nutro['s]")

Unopposed Motion to Substitute Nutro's Counsel of Record ("Motion") [D.E. 357].  The Court

being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 357]** is **GRANTED**.  William

Wegner, Gail E. Lees, Gary L. Justice, Mark Whitburn, Charles H. Abbot and the law firm of Gibson,

Dunn & Crutcher, LLP are hereby granted leave to withdraw as counsel for Defendant Nutro.  Omar

Ortega and the law firm of Dorta & Ortega, P.A. and Dane H. Butswinkas, Patrick J. Houlihan,

Thomas G. Hentoff, Philip A. Sechler and the law firm of Williams & Connolly LLP are to be

substituted as counsel of record for Defendant Nutro.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of May, 2008.

*Cecilia M. Altonaga*
_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    Hon. Stephen T. Brown
       counsel of record