UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 07-21221-CIV-ALTONAGA/BROWN**

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

   Plaintiffs,

v.

MARS, INCORPORATED, *et al.*,

   Defendants.
_____/

**DEFENDANT, PET SUPPLIES PLUS/USA INC.'S FED.R.CIV.P 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

  The Defendant, PET SUPPLIES PLUS/USA INC. ("PET SUPPLIES"), by and through its undersigned counsel, pursuant to Fed.R.Civ.P. 7.1, hereby files its Corporate Disclosure Statement and Certificate of Interested Parties as follows:

  1. The Defendant, PET SUPPLIES, has no parent corporation.

  2. The Defendant, PET SUPPLIES, is not a publicly traded corporation. No publicly-held corporation owns ten percent (10%) or more of its stock.

  3. The Defendant, PET SUPPLIES, is not aware of any person or entity related to it that has a financial interest in the outcome of this litigation.

Dated: May 9, 2008
      Miami, Florida

Respectfully submitted,

s/ Dominick V. Tamarazzo
RALPH G. PATINO
Florida Bar No.768881
rpatino@patinolaw.com

DOMINICK V. TAMARAZZO
Florida Bar No. 92835
dtamarazzo@patinolaw.com

PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, Florida 33134
(305) 443 - 6163
(305) 443 - 5635
Attorneys for the Defendant,
PET SUPPLIES PLUS/USA INC.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system and served on all counsel of record identified on the attached Service List either by transmission either via transmission of Notices of Electronic Filing generated by CM/ECF and/or by some other authorized manner for those counsel or parties who are not authorized to receive electronic notices.

s/ Dominick V. Tamarazzo
Dominick V. Tamarazzo

**SERVICE LIST**
CASE No. 07-21221-CIV-ALTONAGA/TURNOFF

**Counsel for Plaintiffs:**
Catherine J. MacIvor
cmacivor@mflegal.com
Jeffrey B. Maltzman
jmaltzman@mflegal.com
Jeffrey E. Foreman
jforeman@mflegal.com
Daren W. Fridman Maltzman Foreman, P.A.
One Biscayne Tower
2 South Biscayne Blvd, Suite 2300
Miami, Florida 33131
Tel.: (305)358-6555
Fax.: (305)374-9077

**Counsel for Co-Defendant, Petco Animal Supplies, Inc.;Wal-Mart Stores, Inc and Target.:**
Robin Lea Hanger
rjhanger@ssd.com
Squire, Sanders & Dempsey, LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, Florida 331-2398
Tel.: (305)577-7040-Direct Line
Fax.: (305)577-7001

**Counsel for Co-Defendant Proctor & Gamble Co:**
Alan Graham Greer
agreer@richmangreer.com
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Tel.: (305)373-4010
Fax.: (305)373-4099

**Counsel for Co-Defendant Mars:**
Philip A. Sechler
psechler@wc.com
Thomas G. Hentoff
thentonff@wc.com
Dane H. Butswinkas
dbutswinkas@wc.com
Christopher M. D'Angelo
cdeangelo@wc.com
Patrick J. Houlihan
phoulihan@wc.com
Williams & Conolly LLP
725 12th Street, N.W.
Washigton, D.C. 20005
Tel.: (202)434-5459
Fax.: (202)434-5029

**Counsel for Co-Defendant Mars, Inc.:**
Omar Ortega, Esq.
oortega@dortaandortega.com
Dorta & Ortega, P.A.
Douglas Entrance
800 South Douglas Road, Suite 149
Coral Gables, Florida 33134
Tel.: (305)461-5454
Fax.: (305)461-5226

**Counsel for Co-Defendant Colgate Palmolive Co.:**
John J. Kuster, Esq.
jkuster@sidley.com
James D. Arden
jarden@sidley.com
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212)839-7336
Fax.: (212)839-5599

**Counsel for Co-Defendant**
**Proctor & Gamble Co.:**
D. Jeffrey Ireland
djireland@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
lsamon@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Tel.: (937)227-3710
Fax.: (937)227-3717

**Counsel for Co-Defendant**
**Del Monte Foods, Co.:**
Sherril M. Colombo, Esq.
scolombo@cozen.com
Cozen O'Connor
200 South Biscayne Boulevard, Suite 4410
Miami, Florida 33131-2303
Tel.: (305)704-5945
Fax.: (305)704-5955

**Co-Counsel Co-Defendant**
**Del Monte Foods, Co.:**
John J. McDonough, Esq.
jmcdonough@cozen.com
Richard Fama, Esq.
rfama@cozen.com
Cozen O'Connor
45 Broadway
New York, NY 10006
Tel.: (212)509-9400
Fax.: (212)509-9492

**Co-Counsel for Co-Defendant,**
**Del Monte Foods, Co.**
John F. Mullen, Esq.
jmullen@cozen.com
Cozen O'Connor
The Atrium-3rd Floor
1900 Market Street
Philadelphia, PA 19103
Tel.:(215)665-2179
Fax.: (215)665-2013

**Counsel for Co-Defendant, Colgate**
**Palmolive Co.:**
Olga M. Vieira
**ovieira@carltonfields.com**
Benjamine Reid, Esq.
**breid@carltonfields.com**
Carlton Fields, P.A.
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Tel.: (305)530-0050
Fax.: (305)530-0055

**Co-Counsel for Co-Defendant, Colgate**
**Palmolive Co.:**
Kara L. McCall, Esq.
kmcall@sidley.com
Sidley Austin, LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312)853-2666
Fax.: (312)853-7036

**Counsel for Co-Defendant Nestle U.S.A.,**
**Inc.**
Robert C. Troyer, Esq.
retroyer@hhlaw.com
Hogan & Hartson LLP
one Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
Tel.: (303)899-7300
Fax.: (303)899-7333

**Counsel for Nestle U.S.A., Inc.**
Miranda L. Berge, Esq.
mlberge@hhlaw.com
Craig A. Hoover, Esq.
cahoover@hhlaw.com
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004
Tel.: (202)637-5600
Fax.: (202)637-5910

**Co-Counsel for Co-Defendant Nutro Products, Inc.**
Charles Abbott
cabbott@gibsondunn.com
Ben Broderick
broderick@gibsondunn.com
Gary L. Justice
gjustice@gibsondunn.com
William Edward Wegner
wwegner@gibsondunn.com
Gail E. Lees
gless@gibsondunn.com
Gibson Dunn & Crutcher L.L.P.
333 S. Grand Avenue, Suite 4600
Los Angeles, CA 90071
Tel.: (213)229-7887
Fax.: (213)229-6887

**Counsel for Co-Defendant Nutro Products, Inc.**
Marty Steinberg
msteinberg@hunton.com
Adriana Riviere-Badell
ariviere-badell@hunton.com
Hunton & Williams, LLP
1111 Brickell Avenue, #2500
Miami, Florida 33131
Tel.:(305)810-2500
Fax.: (305)810-2460

**Counsel for Co-Defendants, Petco Animal Supplies, Inc., and Wal-Mart Stores, Inc.**
John B. T. Murray, Jr.
jbmurray@ssd.com
Squire, Sanders & Dempsey LLP
1900 Philips Point West
777 South Flagler Drive, # 1900
West Palm Beach, Florida 33401
Tel.(561)650-7200
Fax.: (561)655-1509

**Counsel for Co-Nestle U.S. A., Inc.**
Carol A. Licko
calicko@hhlaw.com
Hogan & Hartson, LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Tel.: (305)459-6500
Fax.: (305)459-6550

**Counsel for Co-Defendant, Publix Supermarket:**
Hugh J. Turner Jr.
hugh.turner@akerman.com
Akerman Senterfitt & Edison
Las Olas Centre II, Suite 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Florida 33301-2229
Tel.:(954)463-2700
Fax.: (954)463-2224

**Counsel for Co-Defendant, Pet Supermarket, Inc.**
Rolando Andres Diaz
rd@kubickidraper.com
Maria Kayanan
me@kubickidraper.com
Cassidy Yen Dang
cyd@kubickidraper.com
Kubicki Draper, P.A.
25 West Flagler Street, Penthouse
Miami, Florida 33130
Tel.:(305)982-6722.
Fax.: (305)374-7846

**Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc.:**
Alexander Shaknes
alex.shaknes@dlapier.com
Amy W. Schulman
amy.schulman@dlapier.com
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: (212)335-4829
Fax.: (212)884-8629

**Co-Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc:**
William C. Martin
william.martin@dlapiper.com
DLA Piper US LLP
203 North LaSalle Street, # 1900
Chicago, IL 60601-1293
Tel.: (312)368-3449
Fax.: (312)630-7318

**Co-Counsel for Co-Defendant, Menu Foods Income Fund and Menu Foods, Inc.**
Lonnie L. Simpson
lonnie.simpson@dlapier.com
S. Douglas Knox
sdouglas.knox@dlapier.com
DLA Piper US LLP
101 E. Kennedy Blvd, # 2000
Tampa, Florida 33602
Tel.: (813)229-2111
Fax.: (813)229-1447

**Counsel for Co-Defendant, Petsmart, Inc.**
Susan Elizabeth Mortensen
smortensen@coffeyburlington.com
Coffey Burlington
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel.: (305)858-2900
Fax.: (305)858-5261

**Counsel for Defendant The Kroger Co. Of Ohio**
C. Richard Fulmer, Jr.
Fulmer, Leroy, Albee, Baumann & Glass
2866 East Oakland Park Boulevard
Fort, Lauderdale, Florida 33306
Tel.: (954)707-4430
Fax.: (954)707-4431
E-Mail.: rfulmer@fulmer.leroy.com

**Co-Counsel for Co-Defendant, Petsmart, Inc.**
Michael K. Kennedy
mkk@gknet.com
Michael R. Ross
mrr@gknet.com
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, #1100
Phoenix, Arizona 85016
Tel.: (602)530-8504
Fax.: (602)530-8500

**Counsel for New Albertson's Inc. & Albertson's LLC.:**
Craig P. Kalil
Aballi Milne Kalil & Escagedo
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Tel.: (305)373-6600
Fax.: (305)373-7929
E-Mail.: ckalil@aballi.com

**Counsel for Natura Pet Products, Inc..:**
Jeffrey S. York
McGuire Woods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Tel.: (904)798-2680
Fax.: (904)360-6330
E-Mail.: jyork@mcguirewoods.com