UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-BROWN

RENEE BLASZKOWSKI, et al.,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, Inc., et al.,

    Defendants.
_____/

**DEFENDANT THE IAMS COMPANY'S REQUEST FOR ORAL ARGUMENT
ON ITS MOTION TO SEQUENCE DOCUMENT PRODUCTION
AND TO LIMIT PLAINTIFFS' DOCUMENT REQUESTS**

Pursuant to S.D. Fla. Local Rule 7.1(B)(1), Defendant The Iams Company ("Iams") respectfully requests oral argument on its Motion to Sequence Document Production and to Limit Plaintiffs' Document Requests ("Motion to Sequence"), which is being filed simultaneously with this request. Plaintiffs have propounded 376 requests for the production of documents on Iams. In the Motion to Sequence, Iams proposes a reasonable and orderly sequencing of document production in connection with Plaintiffs' 376 requests, and Iams explains in detail why document production should be sequenced into two distinct phases that includes targeted merits discovery in Phase I.

A hearing on the Motion to Sequence will provide Iams with the opportunity to explore fully with the Court the massive time and resources that would be required to respond to Plaintiffs' document requests as they currently stand. The requested oral argument also will help the Court to better understand the proposed phasing of discovery and how such phasing will

allow the case to proceed timely and efficiently. Iams, therefore, respectfully asks for the entry of an Order granting its request for an oral argument.

Iams estimates that it needs approximately forty-five (45) minutes for its oral argument regarding the Motion to Sequence.

Respectfully submitted,

OF COUNSEL:

D. Jeffrey Ireland
E-mail:  djireland@ficlaw.com
Brian D. Wright
E-mail:  Bwright@ficlaw.com
Laura A. Sanom
E-mail:  lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402

/s/ Alan G. Greer
Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant*
*The Iams Company*

## CERTIFICATE OF SERVICE

I certify that on the 16th day of May 2008, I electronically filed the foregoing Defendant The Iams Company's Request for Oral Argument on Motion to Sequence Document Production and to Limit Plaintiffs' Document Requests with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

/s/ Alan G. Greer

| | |
|---|---|
| Catherine J. MacIvor<br>Email: cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>Email: jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>Email: jmaltzman@mflegal.com<br>Darren W. Friedman<br>Email: dfriedman@mflegal.com<br>Bjorg Eikeland<br>Email: beikeland@mflegal.com<br>**MALTZMAN FOREMAN PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile: (305) 374-9077<br><br>*Attorneys for Plaintiffs* | John B.T. Murray, Jr.<br>Email: jbmurray@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile: (561) 655-1509<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation* |

| | |
|---|---|
| Rolando Andres Diaz<br>Email:     rd@kubickdraper.com<br>Maria Kayanan<br>Email:  mek@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile:  (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* | Amy W. Schulman<br>Alexander Shaknes<br>Email:  Alex.Shaknes@dlapiper.com<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* |
| Lonnie L. Simpson<br>Email:  Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>Email:  Douglas.knox@dlapiper.com<br>**DLA PIPER US LLP**<br>101 East Kennedy Boulevard<br>Suite 2000<br>Tampa, FL 33602-5149<br>Telephone:  (813) 229-2111<br>Facsimile:  (813) 229-1447<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* | Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile:  (954) 463-2224<br>Email:     hugh.turner@akerman.com<br><br>*Attorneys for Defendant Publix Super Markets, Inc* |
| Omar Ortega<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL  33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br>Email: oortega@dortaandortega.com<br><br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.* | Dane H. Butswinkas<br>Email:  dbutswinkas@wc.com<br>Philip A. Sechler<br>Email:  psechler@wc.com<br>Thomas G. Hentoff<br>Email:  thentoff@wc.om<br>Patrick J. Houlihan<br>Email:  phoulihan@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C.  200005<br><br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.* |

4

| | |
|---|---|
| Benjamine Reid<br>Email: breid@carltonfields.com<br>Olga M. Vieira<br>Email: ovieira@carltonfields.com<br>Ana M. Craig<br>Email: acraig@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, FL 33131-9101<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br><br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.* | John J. Kuster<br>Email: jkuster@sidley.com<br>James D. Arden<br>Email: jarden@sidley.com<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br><br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.* |
| Kara L. McCall<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-2666<br>Email: kmccall@Sidley.com<br><br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.* | Sherril M. Colombo<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>Email: scolombo@cozen.com<br><br>*Attorneys for Defendant Del Monte Foods, Co.* |
| Richard Fama<br>Email: rfama@cozen.com<br>John J. McDonough<br>Email: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br><br>*Attorneys for Defendant Del Monte Foods* | John F. Mullen<br>Email: jmullen@cozen.com<br>Julie Negovan<br>Email: jnegovan@cozen.com<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br><br>*Attorneys for Defendant Del Monte Foods, Co.* |

5

| | |
|---|---|
| Carol A. Licko<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>Email: calicko@hhlaw.com<br><br>*Attorneys for Defendant Nestlé Purina Petcare Co.* | Robert C. Troyer<br>**HOGAN & HARTSON L.L.P.**<br>1200 17th Street<br>One Tabor Center, suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br>Email: rctroyer@hhlaw.com<br><br>*Attorneys for Defendant Nestlé Purina Petcare Co.* |
| Craig A. Hoover<br>Email: cahoover@hhlaw.com<br>Miranda L. Berge<br>Email: mlberge@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>555 13TH Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>*Attorneys for Defendant Nestlé Purina Petcare Co.* | James K. Reuss<br>**LANE ALTON & HORST, LLC**<br>Two Miranova Place<br>Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br>Email: JReuss@lanealton.com<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* |
| Robin L. Hanger<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile: (305) 577-7001<br>Email: rlhanger@ssd.com<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.* | Ralph G. Patino<br>Email: rpatino@patinolaw.com<br>Dominick V. Tamarazzo<br>Email: dtamarazzo@patinolaw.com<br>Carlos B. Salup<br>Email: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, FL 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |

| | |
|---|---|
| C. Richard Fulmer, Jr.<br>**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306<br>Telephone: (954) 707-4430<br>Facsimile: (954) 707-4431<br>Email: rfulmer@Fulmer.LeRoy.com<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* | Craig P. Kalil<br>Email: ckalil@aballi.com<br>Joshua D. Poyer<br>Email: jpoyer@aballi.com<br>**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, FL 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br><br>*Attorneys for Defendant New Albertson's Inc. and Albertson's LLC* |
| W. Randolph Teslik, P.C.<br>Email: rteslik@akingump.com<br>Andrew Dober<br>Email: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | Jeffrey S. York<br>Email: jyork@mcguirewoods.com<br>Michael M. Giel<br>Email: mgiel@mcguirewoods.com<br>**McGUIRE WOODS LLP**<br>50 N. Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>Telephone: (904) 798-2680<br>Facsimile: (904) 360-6330<br><br>*Attorneys for Defendant Natura Pet Products, Inc.* |
| Kristen E. Caverly<br>Email: kcaverly@hcesq.com<br>**HENDERSON & CAVERLY LLP**<br>P.O. Box 9144<br>16236 San Dieguito Road, Suite 4-13<br>Rancho Santa Fe, California 92067-9144<br><br>*Attorneys for Defendant Natura Pet Products, Inc.* | |