UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA-BROWN

RENEE BLASZKOWSKI, et al.,
individually and on behalf of others
similarly situated,

    Plaintiffs,

vs.

MARS, Inc., et al.,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT THE IAMS COMPANY'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO SEQUENCE DOCUMENT PRODUCTION AND TO LIMIT PLAINTIFFS' DOCUMENT REQUESTS**

  IT IS ORDERED that Defendant The Iams Company's Request for Oral Argument on Motion to Sequence Document Production and to Limit Plaintiffs' Document Requests is GRANTED. The Court shall hold an oral argument on Iams' Motion to Sequence, and the hearing shall be held on _____, 2008 at _____.

  DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this ____ day of May 2008.

               _____
               CECILIA M. ALTONAGA
               UNITED STATES DISTRICT JUDGE