UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

    Plaintiffs,
vs.

**MARS INC.**, *et al.*,

    Defendants.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** came before the Court on Defendant, The Iams Company's Request for Oral Argument, filed on May 16, 2008 (D.E. 384). Upon careful consideration of the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion (D.E. 384) is Granted. Oral argument is scheduled before the undersigned on **Friday, May 23, 2008 at 9:05 a.m.** Thirty minutes have been reserved for this hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of May, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  Magistrate Judge Stephen T. Brown
     counsel of record