UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, AMY HOLLUM,
and PATRICIA DAVIS, individually and on
behalf of others similarly situated,

    Plaintiffs,

vs.

MARS, INC.; PROCTOR AND GAMBLE, CO.;
COLGATE PALMOLIVE COMPANY; DEL
MONTE FOODS, CO.; NESTLE USA INC.;
NUTRO PRODUCTS INC.; MENU FOODS, INC.;
MENU FOODS INCOME FUND; PUBLIX
SUPERMARKETS, INC.; WINN-DIXIE STORES,
INC.; PETCO ANIMAL SUPPLIES; PET
SUPERMARKET, INC.; PETSMART INC.;
TARGET CORP.; WAL-MART STORES, INC.,

    Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that DLA Piper US LLP's Tampa office has moved. Effective May 19, 2008, their offices will be located at:

    100 N. Tampa Street
    Suite 2200
    Tampa, Florida  33602-5809
    Telephone (813)229-2111
    Facsimile (813)229-1447
    (all other direct dials and direct facsimile numbers shall remain the same)

/
/
/

TAMPDOCS\551988.1

All future pleadings and correspondence should be directed to the above address.

s/S. Douglas Knox
Lonnie L. Simpson
Florida Bar Number 821871
lonnie.simpson@dlapiper.com
S. Douglas Knox
Florida Bar Number 849871
douglas.knox@dlapiper.com
DLA Piper US LLP
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
813/229-2111 (telephone)
813/229-1447 (facsimile)
*Of Counsel*
Alexander Shaknes (*admitted pro hac vice*)
alex.shaknes@dlapiper.com
Amy W. Schulman (*admitted pro hac vice*)
amy.schulman@dlapiper.com
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212)335-4829 (telephone)
(212)884-8629 (facsimile)

William C. Martin (*admitted pro hac vice*)
william.martin@dlapiper.com
DLA Piper US LLP
203 N LaSalle Street, Suite 1900
Chicago, IL 60601
(312)368-3449 (telephone)
(312)630-7318 (facsimile)
Attorneys for Defendants, Menu Foods, Inc.
and Menu Foods Income Fund

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ S. Douglas Knox
Attorney

TAMPDOCS\551988.1

Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

SERVICE LIST

| | | |
|---|---|---|
| **Olga M. Vieira**<br>**Benjamin Reid**<br>**Ana M. Craig**<br>Carlton Fields<br>100 SE 2nd Street<br>Suite 4000<br>PO Box 019101<br>Miami, FL 33131-9101 | **Marcos Daniel Jimenez**<br>Kenny Nachwalter Seymour<br>Arnold Critchlow & Spector<br>201 S Biscayne Boulevard<br>Suite 1100<br>Miami, FL 33131-4327 | **Brian D. Wright**<br>**D. Jeffrey Ireland**<br>**Laura A. Sanom**<br>Faruki Ireland & Cox<br>10 N Ludlow Street<br>500 Courthouse Plaza, SW<br>Dayton, OH 45402 |
| **Tony F. Famani**<br>Henderson & Caverly LLP<br>P.O. Box 9144<br>Rancho Santa Fe, CA 92067 | **Sherril May Colombo**<br>Cozen O'Connor<br>200 S Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131 | **Richard Fama**<br>**John J. McDonough**<br>Cozen O'Connor<br>45 Broadway<br>New York, NY 10006 |
| **James D. Arden**<br>**John J. Kuster**<br>**Kara L. McCall**<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | **Rolando Andres Diaz**<br>**Maria Kayanan**<br>Kubicki Draper<br>25 W Flagler Street<br>Penthouse<br>Miami, FL 33130-1712 | **Mark Whitburn**<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201 |
| **Andrew J. Dober**<br>**W. Randolph Teslik**<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | **Jeffrey Eric Foreman**<br>**Darren Wayne Friedman**<br>**Catherine J. MacIvor**<br>**Jeffrey Bradford Maltzman**<br>**Bjorg Eikeland**<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300<br>One Biscayne Tower<br>Miami, FL 33131-1803 | **Dane H. Butswinkas**<br>**Thomas G. Hentoff**<br>**Patrick J. Houlihan**<br>**Philip A. Sechler**<br>**Amy R. Davis**<br>**Juli Ann Lund**<br>Williams & Connolly<br>725 12th Street NW<br>Washington, DC 20005-3901 |
| **Alan Graham Greer**<br>Richman Greer Weil Brumbaugh<br>201 S Biscayne Boulevard,<br>Suite 1000<br>Miami, FL 33131 | **Robin Lea Hanger**<br>Squire Sanders & Dempsey LLP<br>200 S Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398 | **John B. T. Murray, Jr.**<br>Squire Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 S Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401 |
| **Miranda L. Berge**<br>**Craig A. Hoover**<br>Hogan & Hartson<br>555 13th Street NW<br>Washington, DC 20004-1109 | **Robert C. Troyer**<br>Hogan & Hartson<br>1200 17th Street<br>One Tabor Center, Suite 1500<br>Denver, CO 80202 | **Carol Ann Licko**<br>Hogan & Hartson<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131 |

TAMPDOCS\551988.1

| **Alexander Shaknes**<br>**Amy W. Schulman**<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | **Lonnie L. Simpson**<br>**S. Douglas Knox**<br>DLA Piper US LLP<br>101 E. Kennedy Blvd., Ste. 2000<br>Tampa, Florida  33602 | **William C. Martin**<br>DLA Piper US LLP<br>203 N LaSalle Street<br>Suite 1900<br>Chicago, IL 60601 |
|---|---|---|
| **Omar Ortega**<br>Dorta & Ortega, P.A.<br>Douglas Entrance<br>800 S Douglas Rd., Ste. 149<br>Coral Gables, FL 33134 | **Ralph George Patino**<br>**Carlos B. Salup**<br>**Dominick V. Tamarazzo**<br>Patino & Associates, P.A.<br>225 Alcazar Avenue<br>Coral Gables, FL 33134 | **Hugh J. Turner, Jr.**<br>Akerman Senterfitt & Eidson<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301 |
| **C. Richard Fulmer, Jr.**<br>Fulmer LeRoy Albee<br>Baumann & Glass<br>2866 E. Oakland Park Blvd.<br>Ft. Lauderdale, FL  33306 | **Craig Kalil**<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, FL  33131 | **James K. Reuss**<br>Lane Alton & Horst, LLC<br>Two Miranova Place<br>Suite 500<br>Columbus, OH  43215 |
| **Robert A. Valadez**<br>**Javier T. Duran**<br>Shelton & Valadez<br>600 Navarro, Suite 500<br>San Antonio, TX   78205 | | |

**and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants**:

**John F. Mullen**
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103

**Mark C. Goodman**
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S Flagler Drive
Suite 1900
West Palm Beach, FL 33401

TAMPDOCS\551988.1