UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, et al., individually
and on behalf of others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, et al.,

        Defendants.
_____/

## DEFENDANT IAMS' RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO CONTINUE HEARING

Defendant, IAMS, makes this its Response in Opposition to Plaintiffs' Emergency Motion to Continue Hearing currently set for 9:05 a.m. on Friday, May 23, 2008, before this Court and for such states as follows:

1. The subject hearing was set by this Court's Order of May 19, 2008.

2. Plaintiffs have moved to continue this hearing less than twenty four hours before its set time.

3. D. Jeffrey Ireland, counsel for IAMS, has already flown into Miami from Ohio in order to prepare for the hearing and participate in it having just arrived at approximately noon on Thursday, May 22, 2008.

4. Neither D. Jeffrey Ireland nor the undersigned are available May 29th or 30th with Mr. Greer being out of the state through May 29th and Mr. Ireland being in hearings out of state both days.

5. For the foregoing reasons, Defendant IAMS opposes Plaintiffs' Motion to Continue the Currently scheduled hearing.

6. The remaining Defendants, subject to Plaintiffs' Requests for Production, join in this opposition.

Respectfully submitted,

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
djireland@ficlaw.com
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Telephone: (937) 227-3710
Telecopier: (937) 227-3717

s/Alan G. Greer
Florida Bar No. 123294
agreer@richmangreer.com
RICHMAN GREER, P.A.
Miami Center - Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4010
Telecopier (305) 373-4099
*Attorneys for Defendant
[The Iams Compan]y*

## CERTIFICATE OF SERVICE

We hereby certify that on the 21st day of May, 2008, I electronically filed the foregoing Defendant IAMS' Response in Opposition to Plaintiffs' Emergency Motion to Continue Hearing with the Clerk of Courts using the CM/ECF system. We also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified.

s/ Alan G. Greer

## SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor<br>Email:    cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>Email:  jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>Email:  jmaltzman@mflegal.com<br>Darren W. Friedman<br>Email: dfriedman@mflegal.com<br>Bjorg Eikeland<br>Email: beikeland@mflegal.com<br>**MALTZMAN FOREMAN PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard,  Suite 2300<br>Miami, FL 33131-1803<br>Telephone:   (305) 358-6555<br>Facsimile: (305) 374-9077<br>*Attorneys for Plaintiffs*<br>[Electronically Served Using CM/ECF] | John B.T. Murray, Jr.<br>Email:    jbmurray@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone:   (561) 650-7200<br>Facsimile: (561) 655-1509<br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation*<br>[Electronically Served Using CM/ECF] |
| Rolando Andres Diaz<br>Email:    rd@kubickdraper.com<br>Maria Kayanan<br>Email: mek@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Telephone:   (305) 982-6708<br>Facsimile: (305) 374-7846<br>*Attorneys for Defendant Pet Supermarket, Inc.*<br>[Electronically Served Using CM/ECF] | Amy W. Schulman<br>Alexander Shaknes<br>Email: Alex.Shaknes@dlapiper.com<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Lonnie L. Simpson<br>Email: Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>Email: Douglas.knox@dlapiper.com<br>**DLA PIPER US LLP**<br>101 East Kennedy Boulevard<br>Suite 2000<br>Tampa, FL 33602-5149<br>Telephone: (813) 229-2111<br>Facsimile: (813) 229-1447<br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*<br>[Electronically Served Using CM/ECF] | Hugh J. Turner, Jr.<br>Email:   hugh.turner@akerman.com<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone:   (954) 463-2700<br>Facsimile: (954) 463-2224<br>*Attorneys for Defendant Publix Super Markets, Inc.*<br>[Electronically Served Using CM/ECF] |
| Omar Ortega<br>Email: oortega@dortaandortega.com<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL  33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*<br>[Electronically Served Using CM/ECF] | Dane H. Butswinkas<br>Email: dbutswinkas@wc.com<br>Philip A. Sechler<br>Email:  psechler@wc.com<br>Thomas G. Hentoff<br>Email:  thentoff@wc.om<br>Patrick J. Houlihan<br>Email:  phoulihan@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C.  200005<br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Benjamine Reid<br>Email: breid@carltonfields.com<br>Olga M. Vieira<br>Email: ovieira@carltonfields.com<br>Ana M. Craig<br>Email: acraig@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, FL 33131-9101<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] | John J. Kuster<br>Email: jkuster@sidley.com<br>James D. Arden<br>Email: jarden@sidley.com<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] |
| Kara L. McCall<br>Email: kmccall@Sidley.com<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-2666<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] | Sherril M. Colombo<br>Email: scolombo@cozen.com<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>*Attorneys for Defendant Del Monte Foods, Co.*<br>[Electronically Served Using CM/ECF] |
| Richard Fama<br>Email: rfama@cozen.com<br>John J. McDonough<br>Email: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br>*Attorneys for Defendant Del Monte Foods*<br>[Electronically Served Using CM/ECF] | John F. Mullen<br>Email: jmullen@cozen.com<br>Julie Negovan<br>Email: jnegovan@cozen.com<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br>*Attorneys for Defendant Del Monte Foods, Co.*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Carol A. Licko<br>Email: calicko@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] | Robert C. Troyer<br>Email: rctroyer@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>1200 17th Street<br>One Tabor Center, suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] |
| Craig A. Hoover<br>Email: cahoover@hhlaw.com<br>Miranda L. Berge<br>Email: mlberge@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>555 13TH Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] | James K. Reuss<br>Email: JReuss@lanealton.com<br>**LANE ALTON & HORST, LLC**<br>Two Miranova Place<br>Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br>*Attorneys for Defendant The Kroger Co. of Ohio*<br>[Electronically Served Using CM/ECF] |
| Robin L. Hanger<br>Email: rlhanger@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile: (305) 577-7001<br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*<br>[Electronically Served Using CM/ECF] | Ralph G. Patino<br>Email: rpatino@patinolaw.com<br>Dominick V. Tamarazzo<br>Email: dtamarazzo@patinolaw.com<br>Carlos B. Salup<br>Email: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, FL 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*<br>[Electronically Served Using CM/ECF] |

RICHMAN GREER, P.A.

Miami • West Palm Beach

| | |
|---|---|
| C. Richard Fulmer, Jr.<br>Email: rfulmer@Fulmer.LeRoy.com<br>**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306<br>Telephone: (954) 707-4430<br>Facsimile: (954) 707-4431<br>*Attorneys for Defendant The Kroger Co. of Ohio*<br>[Electronically Served Using CM/ECF] | Craig P. Kalil<br>Email: ckalil@aballi.com<br>Joshua D. Poyer<br>Email: jpoyer@aballi.com<br>**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, FL 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br>*Attorneys for Defendant New Albertson's Inc. and Albertson's LLC*<br>[Electronically Served Using CM/ECF] |
| W. Randolph Teslik, P.C.<br>Email: rteslik@akingump.com<br>Andrew Dober<br>Email: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*<br>[Electronically Served Using CM/ECF] | Jeffrey S. York<br>Email: jyork@mcguirewoods.com<br>Michael M. Giel<br>Email: mgiel@mcguirewoods.com<br>**McGUIRE WOODS LLP**<br>50 N. Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>Telephone: (904) 798-2680<br>Facsimile: (904) 360-6330<br>*Attorneys for Defendant Natura Pet Products, Inc.*<br>[Electronically Served Using CM/ECF] |
| Kristen E. Caverly<br>Email: kcaverly@hcesq.com<br>**HENDERSON & CAVERLY LLP**<br>P.O. Box 9144<br>16236 San Dieguito Road, Suite 4-13<br>Rancho Santa Fe, California 92067-9144<br>*Attorneys for Defendant Natura Pet Products, Inc.*<br>[Electronically Served Using CM/ECF] | |