

Gerald F. Richman 1,5
Alan G. Greer 1,5
Kenneth J. Weil
John M. Brumbaugh 1
Bruce A. Christensen 2
Charles H. Johnson 3
Gary S. Betensky
Diane Wagner Katzen 6
Manuel A. Garcia-Linares 4
Mark A. Romance
John G. White, III
Lyle E. Shapiro
Michael J. Napoleone
Ronald P. Ponzoli, Jr.
John R. Whittles
Melissa Fernandez
Jill G. Weiss
Eric M. Sodhi
Leora B. Freire
Adam M. Myron

Ray H. Pearson (1922-2004)

Robert L. Floyd (1918-2007)

1 Certified in Civil Trial Law
  By The Florida Bar

2 Certified in Marital & Family Law
  By The Florida Bar

3 Certified in Wills, Trusts & Estates
  By The Florida Bar

4 Also, Certified Public Accountant
  in Florida

5 Certified in Business Litigation
  By The Florida Bar

6 Florida Supreme Court
  Certified Civil Court Mediator

REPLY TO:
Miami Office

April 17, 2008

***Via Electronic Mail/U.S. Mail /Facsimile***

Catherine J. MacIvor, Esquire
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131

Subject: Blaszkowaski, et al v. Mars, et al
CASE NO. 1:07-cv-21221-CMA

Dear Catherine:

As you know I serve as co-counsel along with the Faruki Ireland & Cox firm for the IAMS Company one of the defendants in the above-style cause. We have just concluded out initial review of your First, Second and Third Requests for Production which you served on IAMS. If my count is correct, between the three requests you propounded a sum total of 376 individually numbered requests for production. The scope and nature of those requests has raised significant questions and concerns on the part of IAMS as well as other Defendants relative to the requests propounded to them.

In order to avoid, if possible, the necessity of IAMS filing specific objections to a significant number of your requests as they now stand, I would like to have a meet and confer with you, as required by the Southern District's Local Rules, to see if we can resolve these problems.

In light of the enormous burden imposed on the Defendants by your combined requests I would also like to discuss the sensible prioritization of this discovery with particular focus on the parties discovery needs relative to any class certification hearing.



Exhibit "A"


MERITAS
LAW FIRMS WORLDWIDE

**MIAMI OFFICE:** Miami Center, Suite 1000
201 South Biscayne Boulevard • Miami, Florida 33131
305.373.4000 • Broward 954.523.4297 • Fax 305.373.4099
E-Mail: info@richmangreer.com

**WEST PALM BEACH OFFICE:** One Clearlake Centre, Suite 1504
250 Australian Avenue, South • West Palm Beach, Florida 33401
561.803.3500 • Fax 561.820.1608
www.richmangreer.com

April 17, 2008
Page 2

Since our responses are due to the three sets of requests during the week of May 12 and given your pending unavailability it is imperative that we speak next week. From you notices of unavailability it is my understanding that you would only be available for such a meet and confer Monday, Tuesday or Wednesday of this coming week (April 21-23). We would be happy to make ourselves available during that window for this discussion.
Case 1:07-cv-21221-CMA   Document 395-2   Entered on FLSD Docket 05/22/2008

In light of the foregoing I would greatly appreciate either you or someone from your office contacting me so that we can schedule this meeting. If you have any questions concerning the above please do not hesitate to contact me.

Sincerely,

Alan G. Greer

AGG:is

cc: Jeffrey Ireland, Esquire



**RICHMAN GREER**
PROFESSIONAL ASSOCIATION
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131

Catherine J. MacIvor, Esquire
Maltzman Foreman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131



Hasler
$00.410
04/17/2008
Mailed From 33131
US POSTAGE