# HOGAN & HARTSON

Hogan & Hartson LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
+1.305.459.6500 Tel
+1.305.459.6550 Fax

www.hhlaw.com

April 17, 2008

**Via E-Mail and U.S. Mail**

Ms. Catherine MacIvor
Ms. Bjorg Eikeland
Maltzman Foreman, PA
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, Florida 33131

> Blaszkowski *et al.* v. Mars, Inc., *et al.*
> Case No. 07-21221– CIV – Altonaga / Brown

Dear Ms. MacIvor & Ms. Eikeland:

    Phil Sechler and I have been designated by counsel for the defendants to meet and confer with you regarding a revised proposed scheduling order. As you know, a joint proposal is due to be filed with the Court on April 24, 2008. To facilitate our "meet and confer," we have attached for your consideration our proposed revised dates. As you can see, we have proposed revised dates for all the events and milestones set forth in the Court's current scheduling order, with the exception of the deadline to amend pleadings and join parties, which deadline has already past.

    Please advise if you are in agreement with these proposed dates. If you are not, or have some other suggested dates, please let us know and advise us as to your availability for a conference to discuss your alternative dates as soon as possible. We would like to reach agreement with you so a proposed joint scheduling order can be submitted to the Court no later than April 24, 2008. Thank-you for your prompt attention to this matter.

Sincerely,

*Carol A. Licko*
Carol A. Licko

cc: Defense counsel (via e-mail only)

Exhibit "B"

# PROPOSED REVISED DATES FOR SCHEDULING ORDER

|  | Current | Proposed |
|---|---|---|
| Pltfs file amended complaint | 7/13/07 | 4/11/08 |
| Pltfs file class cert. motion | 1/11/08 | 9/15/08 |
| Exchange expert witness summaries | 5/30/08 | 11/14/08 |
| Exchange rebuttal expert witness reports | 6/30/08 | 12/19/08 |
| Complete fact discovery | 7/11/08 | 1/9/09 |
| Select mediator | 9/1/08 | 2/2/09 |
| Complete expert discovery | 9/19/08 | 3/20/09 |
| Complete mediation | 10/1/08 | 3/31/09 |
| File all pre-trial motions (except motions in limine) | 11/5/08 | 4/13/09 |
| File joint pre-trial stipulation and motions in limine | 4/3/09 | 9/14/09 |
| Submit proposed jury instructions | 4/30/09 | 9/21/09 |
| Calendar call | 5/19/09 | 10/6/09 |
| Trial begins | 5/25/09 | 10/12/09 |

APR 18 2008

# HOGAN & HARTSON

Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami FL 33131

Ms. Catherine MacIvor
Ms. Bjorg Eikeland
Maltzman Foreman, PA
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, Florida 33131

