From: Catherine J. MacIvor [mailto:CMacIvor@mflegal.com]
Sent: Tuesday, April 29, 2008 5:13 PM
To: Alan G. Greer; Bjorg Eikeland; Russell Keith
Subject: Re: Blaszkowsski v Mars et al

Alan,

I apologize for not getting in touch with you last week.  I was out of the office when you first contacted per my previously filed notice of unavailability.  When I returned I only had four days in the office and I was battling a bad case of the flu.

Per my previously filed notice of unavailabilty, I am out of town right now, but will be happy to speak with you upon my return.  Regrettably, I am unable to read your correspondence.  In any event, please ave your assistant coordinate a mutually convenient time to discuss whatever you like once I return to the office next Tuesday.

Best regards,
Sent via BlackBerry by AT&T

----- Original Message -----
From: Alan G. Greer <agreer@richmangreer.com>
To: Catherine J. MacIvor
Cc: Ireland, D. Jeffrey <djireland@ficlaw.com>
Sent: Tue Apr 29 15:48:56 2008
Subject: Blaszkowsski v Mars et al

Dear Catherine;

    Attached is my second letter requesting a meet and confer relative to Plaintiffs' 1st, 2nd and 3rd requests for production. I would appreciate a prompt response to my request.

        Thanks, Alan


Richman Greer P.A. <http://www.richmangreer.com/emailsig/rg_sig_01.jpg>

    Alan G. Greer / Shareholder

Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida   33131

Office:305.373.4000
Fax:   305.373.4099
Direct:305.373.4010

Email:agreer@richmangreer.com
www.richmangreer.com <http://www.richmangreer.com/>

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

  This message contains confidential information and is intended for cmacivor@mflegal.com, djireland@ficlaw.com.

Exhibit "E"

If you are not cmacivor@mflegal.com, djireland@ficlaw.com you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender (agreer@richmangreer.com) therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

Catherine J. MacIvor
Partner

Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel :    (305) 358-6555

Fax:    (305) 374-9077
Email: CMacIvor@mflegal.com <mailto:CMacIvor@mflegal.com>


 <http://www.mflegal.com/mfmail/maltz.jpg>

    Website <http://www.mflegal.com/>  | V. Card <http://www.mflegal.com/mfmail/cmacivor.vcf>

The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from any computer. Under applicable U.S. Treasury Regulations, we are required to inform you that any advice contained in this electronic mail message (or any attachment hereto) is not intended to be used, and cannot be used, to avoid tax penalties imposed under the Internal Revenue Code.