**From:** Alan G. Greer [mailto:agreer@richmangreer.com]
**Sent:** Thursday, May 01, 2008 2:24 PM
**To:** Catherine J. MacIvor
**Cc:** Bjorg Eikeland; Russell Keith; Ireland, D. Jeffrey
**Subject:** RE: Blaszkowsski v Mars et al

Catherine;

The Defendants would all be extending any production of documents until May 30. Whether or not the Defendants will file motions relative to that production will depend on our ability to work out reasonable compromises to your three sets of document requests at our upcoming meeting. As you can imagine, pulling together even a portion of what you have requested is a monumental undertaking for each of the Defendants.

Alan

RICHMAN GREER
PROFESSIONAL ASSOCIATION

**Alan G. Greer** / *Shareholder*

Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131

*Office:* 305.373.4000
*Fax:* 305.373.4099
*Direct:* 305.373.4010

*Email:* agreer@richmangreer.com
www.richmangreer.com

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message contains confidential information and is intended for CMacIvor@mflegal.com, beikeland@mflegal.com, rkeith@mflegal.com, djireland@ficlaw.com. If you are not CMacIvor@mflegal.com, beikeland@mflegal.com, rkeith@mflegal.com, djireland@ficlaw.com you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender (agreer@richmangreer.com) therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**Exhibit "F"**