**From:** Catherine J. MacIvor
**Sent:** Thursday, May 01, 2008 2:31 PM
**To:** 'Alan G. Greer'
**Cc:** Bjorg Eikeland; Russell Keith
**Subject:** RE: Blaszkowsski v Mars et al

Alan,

I am not certain that anything that I have requested is a "monumental" undertaking, although I always remain willing to try to work things out. However, I am not willing to grant a thirty day extension of time for the Defendants to later file a motion without a single Defendant agreeing to produce at least some documents. I am happy to compromise, but this appears to me to be very much a one way street here. I would request the Defendants to provide me with a list of documents that they have no objection to providing and a list of the specific document requests that are problematic so that I will be able to prepare to discuss same with you next week.

Cathy

**CATHERINE J. MACIVOR**
Partner
Maltzman Foreman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Tel : (305) 358-6555
Fax: (305) 374-9077
Email: CMacIvor@mflegal.com

**Exhibit "G"**