**From:** Alan G. Greer [mailto:agreer@richmangreer.com]
**Sent:** Thursday, May 01, 2008 2:51 PM
**To:** Catherine J. MacIvor
**Cc:** Bjorg Eikeland; Russell Keith; Ireland, D. Jeffrey
**Subject:** RE: Blaszkowsski v Mars et al

Catherine;

Based on your response I anticipate that the Defendants will be filing a motion. Nonetheless, I think we should go ahead and meet on the 7th. If we are able to work things out we Defendants can always withdraw our motion. I've spoken with your assistant and suggested that we meet here in my offices at 9 am on the 7th. I will conference my co-counsel, Jeff Ireland, in by phone and we can walk through all your requests to see what can be worked out.

Alan

RICHMAN GREER
PROFESSIONAL ASSOCIATION

**Alan G. Greer** / *Shareholder*

Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131

*Office:* 305.373.4000
*Fax:* 305.373.4099
*Direct:* 305.373.4010

*Email:* agreer@richmangreer.com
www.richmangreer.com

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message contains confidential information and is intended for CMacIvor@mflegal.com, beikeland@mflegal.com, rkeith@mflegal.com, djireland@ficlaw.com. If you are not CMacIvor@mflegal.com, beikeland@mflegal.com, rkeith@mflegal.com, djireland@ficlaw.com you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender (agreer@richmangreer.com) therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**Exhibit "H"**