# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

    Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

    Defendants.
_____/

## DEFENDANTS' JOINT FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF RENEE BLASZKOWSKI

Pursuant to Federal Rule of Civil Procedure 34 and Local Rule 26.1.G, Defendants, by their undersigned attorneys, request Plaintiff Renee Blaszkowski to produce and make available for inspection and duplication all documents specified herein. You are requested to make such production within 30 days at the offices of Williams & Connolly LLP, or at another mutually-agreeable location.

## DEFINITIONS

1. The words "you," "yours" and/or "yourselves" means Plaintiff Renee Blaszkowski and any spouse, relative, directors, officers, employees, agents, investigators, representatives or other persons or entities acting, or purporting to act, on behalf of Plaintiff Renee Blaszkowski.

2. The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; and the term "including" mean "including without limitation".

3. "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

4. The word "document" shall mean any writing, drawing, graph, chart, recording, electronically stored information, photograph, or other data compilation from which you can obtain information that is in your actual or constructive possession, custody, care or control, which pertains directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, email communications, instant messages, electronic postings, weblogs, diaries, minutes, books, reports, charts, ledgers, invoices, receipts, computer printouts, PowerPoint or other software or computer-based presentations, microfilms, video tapes or tape recordings, transcripts of video tapes or tape recordings, pet food packaging, pet food labels, advertisements, transcripts of advertisements, point of sale information, veterinarian or hospital invoices, reports or records.

5. "Agent" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on behalf of another.

6. "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

7. "Pet" shall mean any cat or dog for which you purchased or provided food at any time since May 9, 2003.

8. "Food" shall mean any food, whether or not marketed for pets, that is consumed by pets, including items commonly identified in the marketplace as pet treats.

9. The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

10. The term "action" shall mean the case entitled *Renee Blaszkowski, et al. v. Mars, Inc., et al.*, Case No. 07-21221, pending in the Unites States District Court for the Southern District of Florida.

11. The term "Complaint" shall mean the operative complaint filed in this action.

### **INSTRUCTIONS**

1. In complying with these Document Requests, you are required to furnish all documents within your possession, custody, or control, including those documents in the possession, custody, or control of your present or former attorneys, investigators, accountants, auditors, consultants, experts, employees, or other agents, as well as any other persons acting on your behalf, wherever located.

2. Documents shall be produced as they are kept in the usual course of business, or, alternatively, shall be organized and labeled to correspond to the specifications of the requests in response to which such documents are produced.

3. If, in answering any of these Document Requests, you encounter any ambiguity in construing the Document Request or any definition or instruction relevant to the Document Request, set forth the matter deemed ambiguous and the construction selected or used in answering the Document Request.

4. If you object to producing a requested document, including electronically stored information, because of a privilege, you must nevertheless provide the following information pursuant to Local Rule 26.1.G.3.(b), unless divulging the information would disclose the privileged information:

  (1)  the nature of the privilege claimed (including work product);

  (2)  if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

  (3)  the date of the document or electronically stored information;

  (4)  if a document: its type (e.g., letter or memorandum) and, if electronically stored information, the software application used to create it (e.g., MS Word or MS Excel Spreadsheet), and the custodian, location, and such other information sufficient to identify the material for a subpoena duces tecum or a production request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;

  (5)  the general subject matter of the document or electronically stored information.

  5.  You are under a continuous obligation to supplement your answers to these Document Requests under the circumstances specified in Federal Rule of Civil Procedure 26(e).

## **REQUESTS FOR PRODUCTION**

  1.  All documents identified in your interrogatory responses.

  2.  All documents pertaining to any fact alleged in the Complaint, or any fact underlying the subject matter of this action.

  3.  All documents identified in, referred to, or relied upon to prepare the Complaint.

  4.  All documents that you may offer as evidence or use as an exhibit in connection with any hearing held on the issue of whether the alleged class should be certified.

  5.  All documents tending to support or rebut in any way any claim made in the Complaint.

  6.  All notes or other documents gathered, generated, sent, received, or maintained by you that contain any information pertaining to the claims alleged in the Complaint.

7. All notes or other documents gathered, generated, sent, received, or maintained by you that pertain to any pet, as defined above, including journals, diaries, letters, or scrapbooks referencing any pet.

8. All documents that pertain to any damages allegedly suffered by you or any pet owned by you as the result of the conduct alleged in the Complaint.

9. All documents that pertain to any consultations with or visits to a veterinarian or other professional for any pet including bills, insurance records, notes and medical records from all such visits or consultations.

10. All documents that pertain to any health concern you have or have had as to any pet, including any research regarding the causes of or treatments for that health concern.

11. All documents that pertain to any amounts spent on care for any pet, including receipts for food, medicine or medical treatments, or health care or insurance.

12. All documents that pertain to any amounts spent to purchase and/or rescue any pet.

13. All photographs, videorecordings, or other visual records of any pets.

14. All documents pertaining to any communication between you and any other person about fronting, defraying, covering, or paying for the expenses of this action.

15. All documents pertaining to any communication between you and any other person about splitting, sharing, or dividing any potential recovery in this action.

16. All documents pertaining to any communications between you and any other person regarding possible or actual participation in this or any other lawsuit regarding pet food products.

17. All documents pertaining to any lawsuits, arbitrations, or other legal or regulatory proceedings in which you have been a party or testified during the last ten (10) years.

18. A copy of any transcript of testimony given by you at any trial, evidentiary hearing, or deposition.

19. A copy of any affidavit, declaration, or sworn statement executed or signed by you relating to any lawsuits, arbitrations, or other legal or regulatory proceedings in which you have been a party or testified during the last ten (10) years.

20. All documents pertaining to any communication you sent or received, directly or indirectly, regarding pet food during the last five (5) years, including letters or newsletters.

21. All documents pertaining to any communication you sent to any federal or state agency, advocacy group, media outlet, or company involved in any way with the manufacture, distribution, or sale of pet food regarding pet food or the pet food industry.

22. All documents pertaining to any electronic communication you sent or received, directly or indirectly, regarding pet food during the last five (5) years, including emails and postings on websites, weblogs, electronic bulletin boards, or other electronic media.

23. A copy of all web sites, weblogs, electronic bulletin boards or other electronic media maintained in whole or in part by you, including any past or archived information during the last five (5) years, which in any way pertain to pet food.

24. Copies of all drivers licenses you have had during the last five (5) years.

25. Documents sufficient to identify all addresses at which you have lived or worked during the last five (5) years.

26. Documents sufficient to identify all members of your household at all times during the last five (5) years.

27. All receipts for pet foods and pet treats purchased by you or any member of your household during the last five (5) years.

Respectfully submitted,

/s/ Philip A. Sechler
Omar Ortega
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (303) 461-5454
Facsimile: (305) 461-5226

Dane H. Butswinkas
E-mail: dbutswinkas@wc.com
Philip A. Sechler
E-mail: psechler@wc.com
Thomas G. Hentoff
E-mail: thentoff@wc.om
Patrick J. Houlihan
E-mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

*Attorneys for Defendants Mars, Incorporated and Mars Petcare US, Inc.,*

/s/ D. Jeffrey Ireland
Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com
Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.*

/s/ Kara L. McCall  
Benjamine Reid  
E-mail: breid@carltonfields.com  
Olga M. Vieira  
E-mail: ovieira@carltonfields.com  
**CARLTON FIELDS, P.A.**  
100 S.E. Second Street, Suite 4000  
Bank of America Tower at International Place  
Miami, Florida 33131-9101  
Telephone: (305) 530-0050  
Facsimile: (305) 530-0055  

John J. Kuster  
E-mail: jkuster@sidley.com  
James D. Arden  
E-mail: jarden@sidley.com  
**SIDLEY AUSTIN LLP**  
787 Seventh Avenue  
New York, NY 10019  
Telephone: (212) 839-5300  
Facsimile: (212) 839-5599  

Kara L. McCall  
**SIDLEY AUSTIN LLP**  
One South Dearborn  
Chicago, Illinois 60603  
Telephone: (312) 853-2666  
E-mail: kmccall@Sidley.com  

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

/s/ Richard Fama  
Sherril M. Colombo  
**COZEN O'CONNOR**  
Wachovia Center, Suite 4410  
200 South Biscayne Boulevard  
Miami, FL 33131  
Telephone: (305) 704-5945  
Facsimile: (305) 704-5955  
E-mail: scolombo@cozen.com  

Richard Fama  
E-mail: rfama@cozen.com  
John J. McDonough  
E-mail: jmcdonough@cozen.com  
**COZEN O'CONNOR**  
45 Broadway  
New York, New York 10006  
Telephone: (212) 509-9400  
Facsimile: (212) 509-9492  

John F. Mullen  
**COZEN O'CONNOR**  
1900 Market Street  
Philadelphia, PA 19103  
Telephone: (215) 665-2179  
Facsimile: (215) 665-2013  
E-mail: jmullen@cozen.com  

*Attorneys for Defendant Del Monte Foods*

| /s/  Craig A. Hoover | /s/   Philip A. Sechler |
|---|---|

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

Craig A. Hoover
E-mail:  cahoover@hhlaw.com
Miranda L. Berge
E-mail:  mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C.  20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado  80202
Telephone:  (303) 899-7300
Facsimile:  (303) 899-7333
E-mail:  rctroyer@hhlaw.com

*Attorneys for Defendants Nestlé USA, Inc.*
*Nestlé Purina Petcare Co. and Nestlé S.A.*

Marty Steinberg
E-mail:  msteinberg@hunton.com
Adriana Riviere-Badell
E-mail:   ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile:  (305  810-2460

Dane H. Butswinkas
E-mail:  dbutswinkas@wc.com
Philip A. Sechler
E-mail:  psechler@wc.com
Thomas G. Hentoff
E-mail:  thentoff@wc.om
Patrick J. Houlihan
E-mail:  phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C.  200005

*Attorneys for Defendant Nutro Products, Inc.*

/s/   Kristen E. Caverly
Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Sara F. Holladay-Tobias
E-Mail: sfhollad@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

Kristen E. Caverly
E-Mail: kcaverly@hcesq.com
**HENDERSON & CAVERLY LLP**
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067
Telephone: (858) 756-6342
Fax: (858) 756-4732

*Attorneys for Defendant Natura Pet Products, Inc.*

/s/   Alexander Shaknes
Lonnie L. Simpson
Florida Bar Number 821871
S. Douglas Knox
Florida Bar Number 849871
**DLA PIPER LLP**
101 E. Kennedy Blvd., Suite 2000
Tampa, FL 33602
Telephone: 813-229-2111
Fax: 813-229-1447
E-Mail: lonnie.simpson@dlapiper.com
douglas.knox@dlapiper.com

Alexander Shaknes
E-mail:  Alex.Shaknes@dlapiper.com
Amy W. Schulman
E-mail:  amy.schulman@dlapiper.com
Lonnie L. Simpson
E-mail:  Lonnie.simpson@dlapiper.com
S. Douglas Knox
E-mail:  Douglas.knox@dlapiper.com
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020

William C. Martin
**DLA PIPER LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois  60601-1293
E-mail:  William.Martin@dlapiper.com

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

| | |
|---|---|
| /s/   John B.T. Murray, Jr. | /s/   Hugh J. Turner, Jr. |
| John B.T. Murray, Jr. | Hugh J. Turner, Jr. |
| E-mail:     jbmurray@ssd.com | **AKERMAN SENTERFITT** |
| Mark C. Goodman | 350 E. Las Olas Boulevard |
| E-mail:     mgoodman@ssd.com | Suite 1600 |
| **SQUIRE, SANDERS & DEMPSEY L.L.P.** | Fort Lauderdale, FL 33301-2229 |
| 1900 Phillips Point West | Telephone: (954) 463-2700 |
| 777 South Flagler Drive | Facsimile:  (954) 463-2224 |
| West Palm Beach, Florida 33401-6198 | E-mail:     hugh.turner@akerman.com |
| Telephone: (561) 650-7200 | |
| Facsimile:  (561) 655-1509 | *Attorneys for Defendants Publix Super Markets, Inc.* |
| *Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation* | |

| | |
|---|---|
| /s/ Craig P. Kalil | /s/ Maria Kayanan |
| Craig P. Kalil | Rolando Andres Diaz |
| E-mail: ckalil@aballi.com | E-Mail: rd@kubickdraper.com |
| Joshua D. Poyer | Cassidy Yen Dang |
| E-mail: jpoyer@abailli.com | E-mail: cyd@kubickidraper.com |
| **ABALLI, MILNE, KALIL & ESCAGEDO, P.A.** | Maria Kayanan |
| 2250 Sun Trust International Center | E-mail: mek@kubickidraper.com |
| One Southeast Third Avenue | **KUBICKI DRAPER** |
| Miami, Florida 33131 | 25 W. Flagler Street |
| Telephone: (305) 373-6600 | Penthouse |
| Facsimile: (305) 373-7929 | Miami, FL 33130-1712 |
| | Telephone: (305) 982-6708 |
| | Facsimile: (305) 374-7846 |
| W. Randolph Teslik | |
| E-mail: rteslik@akingump.com | *Attorneys for Defendant Pet Supermarket, Inc.* |
| Andrew Dober | |
| E-mail: adober@akingump.com | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| 1333 New Hampshire Avenue, NW | |
| Washington, D.C. 20036 | |
| Telephone: (202) 887-4000 | |
| Facsimile: (202) 887-4288 | |
| | |
| *Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | |

/s/  Dominick V. Tamarazzo
Ralph G. Patino
E-mail:  rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail:  dtamarazzo@patinolaw.com
Carlos B. Salup
E-mail:  csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida  33134
Telephone:  (305) 443-6163
Facsimile:   (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus"
and Pet Supplies "Plus"/USA, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was sent via electronic mail to all counsel on the attached service list on April 16, 2008.

By: /s/ Philip A. Sechler
Philip A. Sechler

# CERTIFICATE OF SERVICE

**RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.**
Case No. 07-21221-CIV-ALTONAGA/TURNOFF

## SERVICE LIST

Catherine J. MacIvor
E-mail: cmacivor@mflegal.com
Jeffrey Eric Foreman
E-mail: jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

Rolando Andres Diaz
E-Mail: rd@kubickdraper.com
Cassidy Yen Dang
E-mail: cyd@kubickidraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Mark C. Goodman
E-mail: mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

Alexander Shaknes
E-mail: Alex.Shaknes@dlapiper.com
Amy W. Schulman
E-mail: amy.schulman@dlapiper.com
Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
S. Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

William C. Martin
**DLA PIPER LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
E-mail: William.Martin@dlapiper.com

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Dane H. Butswinkas
E-mail: dbutswinkas@wc.com
Philip A. Sechler
E-mail: psechler@wc.com
Thomas G. Hentoff
E-mail: thentoff@wc.om
Patrick J. Houlihan
E-mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

*Attorneys for Defendants Mars, Incorporated, Mars Petcare US, Inc., and Nutro Products, Inc.*

C. Richard Fulmer, Jr.
**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
E-mail: rfulmer@Fulmer.LeRoy.com

*Attorneys for Defendant The Kroger Co. of Ohio*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendants Publix Super Markets, Inc.*

Marty Steinberg
E-mail: msteinberg@hunton.com
Adriana Riviere-Badell
E-mail: ariviere-badell@hunton.com
**HUNTON & WILLIAMS, LLP**
Mellon Financial Center
1111 Brickell Avenute, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305 810-2460

*Attorneys for Defendant Nutro Products, Inc.*

John J. Kuster
E-mail: jkuster@sidley.com
James D. Arden
E-mail: jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Benjamine Reid
E-mail: breid@carltonfields.com
Olga M. Vieira
E-mail: ovieira@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2666
E-mail: kmccall@Sidley.com

*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail: scolombo@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*

Richard Fama
E-mail: rfama@cozen.com
John J. McDonough
E-mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendants Nestlé USA, Inc. Nestlé Purina Petcare Co. and Nestlé S.A.*

Craig A. Hoover
E-mail: cahoover@hhlaw.com
Miranda L. Berge
E-mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestlé USA, Inc. Nestlé Purina Petcare Co. and Nestlé S.A.*

John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: jmullen@cozen.com

*Attorneys for Defendant Del Monte Foods, Co.*


Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: rctroyer@hhlaw.com

*Attorneys for Defendants Nestlé USA, Inc.
Nestlé Purina Petcare Co. and Nestlé S.A.*

James K. Reuss
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
E-mail: JReuss@lah4law.com

*Attorneys for Defendant The Kroger Co. of Ohio*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.*

Omar Ortega
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (303) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated and Mars Petcare US, Inc.*

W. Randolph Teslik
E-mail: rteslik@akingump.com
Andrew Dober
E-mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

D. Jeffrey Ireland
E-mail:  djireland@ficlaw.com
Brian D. Wright
E-mail:  Bwright@ficlaw.com
Laura A. Sanom
E-mail:  lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio  45402

*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.*

Ralph G. Patino
E-mail:  rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail:  dtamarazzo@patinolaw.com
Carlos B. Salup
E-mail:  csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida  33134
Telephone:  (305) 443-6163
Facsimile:   (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies "Plus"/USA, Inc.*

Craig P. Kalil
E-mail:  ckalil@aballi.com
Joshua D. Poyer
E-mail:  jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida  33131
Telephone:  (305) 373-6600
Facsimile:  (305) 373-7929

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Sara F. Holladay-Tobias
E-Mail: sfhollad@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

Kristen E. Caverly
E-Mail: kcaverly@hcesq.com
**HENDERSON & CAVERLY LLP**
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067
Telephone: (858) 756-6342
Fax: (858) 756-4732

*Attorneys for Defendant Natura Pet Products, Inc.*