# EXHIBIT 5

Dockets.Justia.com

- "My chihuaha was running a fever over the weekend, also urinating alot & lethargic. His blood work is normal but he has blood in his urine & it is not concentrating well. Culture is not in yet. About 2 months ago he was marking in the house. That stopped when I changed his dry food & started home cooking. . . . He used to eat Iams small bite, Iams light, SD oral care & Pur 1 sens systems. The Pur 1 was contmainated [*sic*] w/large amounts of Vit E. I had to throw all the old food out because of the purina. Since the recalls we have tried Wellness, Evo, Canidae Cal Natural & Evangers. . . . My vet doesn't think its food related but I'm not sure."

  Posting of "lesliek" to Itchmo Forums for Cats & Dogs, http://itchmoforums.com/help-with-my-sick-pet/unsure-but-all-sick-t518.0.html;msg6987#msg6987 (May 31, 2007, 06:08:22 PM).

- <u>From a forum entitled, "The Latest from Consumer Affairs Re: Nutro:"</u> "I don't know how much contamination could come from this, but if you talk to anyone who lives or lived in China & some other asian countries they will tell you they have seen rice dumped in parking lots with trucks driving over it to dry it. If those trucks are leaking antifreeze it could get absorbed. The problem is some of the foods were tested & nothing showed up."

  Posting of "lesliek" to Itchmo Forums for Cats & Dogs, http://itchmoforums.com/news-recall-related/the-latest-from-consumer-affairs-nutro-t5342.0.html (June 25, 2008, 06:47:55 AM).

- <u>From a forum entitled, "Re: Nationwide Class Action for Misleading Consumers:"</u> "I was feeding my gal and guys Purina ProPlan at this time, supposedly their 'premium' food, and Thai, being a natural thief, would sneak the pieces of kibble back to his cage. Thinking it was 'nutritious', I began to feed it to him as his staple, along with his vitamins and treats. Approximately a year and a half of [*sic*] so later, the problems began . . . weight loss, hair loss, sneezing, extremely oily skin and hair (more than usual for a Ferret), loss of footing and then the blood from his nostrils. We were able to control the first round, thankfully, but nothing ever pointed to the food."

  Posting of "Donna" to Itchmo Forums for Cats & Dogs, http://itchmoforums.com/law-and-politics-about-pets/nationwide-class-action-for-misleading-consumers-t505.0.html (June 9, 2007, 04:51:57 AM).

- "Most people here do tend to take a very biased look at [pet food companies] just saying no problems here with no scientific backup. Just as we take horrendous customer service into account when considering using it. . . . And lastly I would like to point out that when I first posted last year about a problem with a well known supposedly safe food, it was met with scepticism [*sic*] from some. Well again we all learned the hard way, the responce [*sic*] from that company played out right here online for everyone to see

firsthand. So am I predujiced [sic] against most [pet food companies]? Yes and with good reason."

Posting of "lesliek" to Itchmo Forums for Cats & Dogs, http://itchmoforums.com/off-topic/this-community-t5389.0.html, (June 27, 2008, 09:52:33 PM).