UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Turnoff

**RENEE BLASZKOWSKI**, et al.**,**

 Plaintiffs,
vs.

**MARS INC.**; **PROCTOR & GAMBLE CO.**,
et al.,

 Defendants.
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a telephonic hearing on the Plaintiffs' Renewed Motion to Stay has been set for **Thursday, July 31, 2008, at 11:00 a.m.**, before the Honorable Cecilia M. Altonaga. Counsel for each party are instructed to call 1-660-422-4555 on the date and time set forth above. Please advise the operator that the conference I.D. is 58392886, and that Judge Altonaga is the chairperson. **For clarity, please do not use a cell phone or a speaker phone.**

Date: July 29, 2008

                 CLARENCE MADDOX, CLERK


             By:  /s/ Patricia Snead
               Courtroom Deputy for the
               Honorable Cecilia M. Altonaga
                 (305) 523-5515

cc: counsel of record