UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

                Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

                Defendants.
_____/

## NOTICE OF PLAINTIFFS' FAILURE TO RESPOND AND REQUEST TO GRANT DEFENDANTS' MOTION TO COMPEL [D.E. 429]

    Defendants[1] hereby notify the Court that Plaintiffs have failed to file a response in opposition to Defendants' Motion to Compel Production of Documents and Answers to Interrogatories Regarding Pet Food Communications. [D.E. 429.] Defendants thus respectfully notify the Court that the motion is ripe for decision and request that the Court grant Defendants' motion.

    On July 21, 2008, Defendants filed a Motion to Compel Production of Documents and Answers to Interrogatories Regarding Pet Food Communications, accompanied by a memorandum of law in support of the motion. [D.E. 429, 430.] Pursuant to the Court's April 25, 2008 Amended Scheduling Order, which directs that "[d]iscovery motions . . . shall be handled on an expedited briefing schedule to prevent delay to the pre-trial schedule," parties must respond to "motions to compel . . . no later than the fifth business day after a motion is

---

[1] Consistent with the underlying motion to compel at issue [D.E. 429], "Defendants" refers to all Defendants, with the exception of Defendant Kroger Co. of Ohio.

filed." [D.E. 355.] Plaintiffs' response to Defendants' motion was therefore due no later than Monday, July 28, 2008.

As of Wednesday, July 30, 2008, Plaintiffs have failed to file any response to Defendants' motion, and the time to do so has expired. Accordingly, the motion is now fully briefed and ripe for the Court's consideration. Further, under the local rules, Plaintiffs' failure to submit a timely response may, standing alone, "be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1.C. *See, e.g.*, *Williams v. R.W. Cannon, Inc.*, No. 08-60168-CIV, 2008 WL 2053492, at *2 (S.D. Fla. May 13, 2008) ("Clearly, Defendant's failure to timely respond to Plaintiff's motion to compel provides good cause for granting the motion for default."); *Harvey v. West Acquisitions & Inv. Group, Inc.*, No. 07-61265-CIV, 2008 WL 268602 (S.D. Fla. Jan. 29, 2008) (same).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that their Motion to Compel Production of Documents and Answers to Interrogatories Regarding Pet Food Communications be granted.

Respectfully submitted,

| | |
|---|---|
| */s/ Omar Ortega* | */s/ John B.T. Murray, Jr.* |
| Omar Ortega | John B.T. Murray, Jr. |
| **DORTA AND ORTEGA, P.A.** | E-mail: jbmurray@ssd.com |
| Douglas Entrance | Barbara Bolton Litten |
| 800 S. Douglas Road, Suite 149 | E-mail: blitten@ssd.com |
| Coral Gables, FL 33134 | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| Telephone: (305) 461-5454 | 1900 Phillips Point West |
| Facsimile: (305) 461-5226 | 777 South Flagler Drive |
| E-mail: oortega@dortaandortega.com | West Palm Beach, FL 33401-6198 |
| | Telephone: (561) 650-7200 |
| Dane H. Butswinkas | Facsimile: (561) 655-1509 |
| E-mail: dbutswinkas@wc.com | |
| Philip A. Sechler | |
| E-mail: psechler@wc.com | *Attorneys for Defendants PETCO Animal* |
| Thomas G. Hentoff | *Supplies Stores, Inc., PetSmart, Inc., Wal-* |
| E-mail: thentoff@wc.om | *Mart, Inc., Target Corporation* |
| Patrick J. Houlihan | |
| E-mail: phoulihan@wc.com | |
| **WILLIAMS & CONNOLLY LLP** | |
| 725 Twelfth Street, N.W. | |
| Washington, D.C. 200005 | |

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

<div style="columns:2">

/s/ Rolando Andres Diaz
Rolando Andres Diaz
E-Mail: rd@kubickdraper.com
Peter S. Baumberger
E-mail: psb@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

/s/ Alexander Shaknes
Alexander Shaknes
E-mail: *Alex.Shaknes@dlapiper.com*
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
S. Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

/s/ Hugh J. Turner, Jr.
Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc*

</div>

*/s/ Benjamine Reid*
Benjamine Reid
E-mail: breid@carltonfields.com
Olga M. Vieira
E-mail: ovieira@carltonfields.com
Ana M. Craig
E-mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, FL  33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055

John J. Kuster
E-mail: jkuster@sidley.com
James D. Arden
E-mail:  jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kara L. McCall
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853-2666
E-mail:  kmccall@Sidley.com

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

*/s/ Sherril M. Colombo*
Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail:  scolombo@cozen.com

John F. Mullen
E-mail:  jmullen@cozen.com
Julie Negovan
E-mail: jnegovan@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013

Richard Fama
E-mail:  rfama@cozen.com
John J. McDonough
E-mail:  jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York  10006
Telephone:  (212) 509-9400
Facsimile:  (212) 509-9492

*Attorneys for Defendant Del Monte Foods, Co.*

<div style="display: flex;">
<div style="flex: 1;">

*/s/ Carol A. Licko*
Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: rctroyer@hhlaw.com

Craig A. Hoover
E-mail: cahoover@hhlaw.com
E. Desmond Hogan
E-mail: edhogan@hhlaw.com
Miranda L. Berge
E-mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendant Nestlé Purina PetCare Company*

</div>
<div style="flex: 1;">

*/s/ Kristen E. Caverly*
Kristen E. Caverly
E-mail: kcaverly@hcesq.com
Tony F. Farmani
E-mail: tfarmani@hcesq.com
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067-9144

Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Michael M. Giel
E-mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

</div>
</div>

| | |
|---|---|
| */s/ Alan G. Greer* | */s/ Ralph G. Patino* |
| Alan G. Greer | Ralph G. Patino |
| **RICHMAN GREER, P.A.** | E-mail: rpatino@patinolaw.com |
| Miami Center – Suite 1000 | Carlos B. Salup |
| 201 South Biscayne Boulevard | E-mail: csalup@patinolaw.com |
| Miami, FL 33131 | **PATINO & ASSOCIATES, P.A.** |
| Telephone: (305) 373-4000 | 225 Alcazar Avenue |
| Facsimile: (305) 373-4099 | Coral Gables, FL 33134 |
| E-mail: agreer@richmangreer.com | Telephone: (305) 443-6163 |
| | Facsimile: (305) 443-5635 |
| D. Jeffrey Ireland | |
| E-mail: djireland@ficlaw.com | *Attorneys for Defendants Pet Supplies "Plus"* |
| Brian D. Wright | *and Pet Supplies Plus/USA, Inc.* |
| E-mail: Bwright@ficlaw.com | |
| Laura A. Sanom | |
| E-mail: lsanom@ficlaw.com | |
| **FARUKI IRELAND & COX P.L.L.** | |
| 500 Courthouse Plaza, S.W. | |
| 10 North Ludlow Street | |
| Dayton, Ohio 45402 | |

*Attorneys for Defendant The Iams Co.*

*/s/ W. Randolph Teslik*
W. Randolph Teslik, P.C.
E-mail:  rteslik@akingump.com
Andrew Dober
E-mail:  adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C.  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Craig P. Kalil
E-mail:  ckalil@aballi.com
Joshua D. Poyer
E-mail:  jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, FL  33131
Telephone:  (305) 373-6600
Facsimile:  (305) 373-7929

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Dated:  July 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                             /s/ Carol A. Licko

# SERVICE LIST

Catherine J. MacIvor
E-mail:  cmacivor@mflegal.com
Jeffrey Eric Foreman
E-mail:  jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail:  jmaltzman@mflegal.com
Darren W. Friedman
E-mail:  dfriedman@mflegal.com
Bjorg Eikeland
E-mail:  beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile:  (305) 374-9077

Patrick N. Keegan
Email:  pkeegan@keeganbaker.com
Jason E. Baker
Email:  jbaker@keeganbaker.com
Edgar R. Nield
Email:  enield@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 Jolla Village Dr., Suite 640
San Diego, CA  92122
Telephone:  (858) 552-6750
Facsimile:   (858) 552-6749

*Attorneys for Plaintiffs*

Rolando Andres Diaz
E-Mail:  rd@kubickdraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile:  (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

John B.T. Murray, Jr.
E-mail:  jbmurray@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: (561) 650-7200
Facsimile:  (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation*

Amy W. Schulman
E-mail:  amy.schulman@dlapiper.com
Alexander Shaknes
E-mail:  Alex.Shaknes@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
S. Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard
Suite 2000
Tampa, FL 33602-5149
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Omar Ortega
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
E-mail: oortega@dortaandortega.com

*Attorneys for Defendants Mars, Incorporated, Mars Petcare US, Inc. and Nutro Products, Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc*

Dane H. Butswinkas
E-mail: dbutswinkas@wc.com
Philip A. Sechler
E-mail: psechler@wc.com
Thomas G. Hentoff
E-mail: thentoff@wc.om
Patrick J. Houlihan
E-mail: phoulihan@wc.com
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

*Attorneys for Defendants Mars, Incorporated, Mars Petcare US, Inc. and Nutro Products, Inc.*

Benjamine Reid
E-mail: breid@carltonfields.com
Olga M. Vieira
E-mail: ovieira@carltonfields.com
Ana M. Craig
E-mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

John J. Kuster
E-mail: jkuster@sidley.com
James D. Arden
E-mail: jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

| | |
|---|---|
| Kara L. McCall<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-2666<br>E-mail: kmccall@Sidley.com<br><br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.* | Sherril M. Colombo<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>E-mail: scolombo@cozen.com<br><br>*Attorneys for Defendant Del Monte Foods, Co.* |
| Richard Fama<br>E-mail: rfama@cozen.com<br>John J. McDonough<br>E-mail: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br><br>*Attorneys for Defendant Del Monte Foods* | John F. Mullen<br>E-mail: jmullen@cozen.com<br>Julie Negovan<br>E-mail: jnegovan@cozen.com<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br><br>*Attorneys for Defendant Del Monte Foods, Co.* |

Carol A. Licko
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendant Nestlé Purina Petcare Co.*

Craig A. Hoover
E-mail: cahoover@hhlaw.com
Miranda L. Berge
E-mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendant Nestlé Purina Petcare Co.*

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant The Iams Co.*

Robert C. Troyer
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: rctroyer@hhlaw.com

*Attorneys for Defendant Nestlé Purina Petcare Co.*

James K. Reuss
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
E-mail: JReuss@lanealton.com

*Attorneys for Defendant The Kroger Co. of Ohio*

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com
Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

Robin L. Hanger
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
E-mail: rlhanger@ssd.com

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*

C. Richard Fulmer, Jr.
**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
E-mail: rfulmer@Fulmer.LeRoy.com

*Attorneys for Defendant The Kroger Co. of Ohio*

W. Randolph Teslik, P.C.
E-mail: rteslik@akingump.com
Andrew Dober
E-mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Ralph G. Patino
E-mail: rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail: dtamarazzo@patinolaw.com
Carlos B. Salup
E-mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

Craig P. Kalil
E-mail: ckalil@aballi.com
Joshua D. Poyer
E-mail: jpoyer@abailli.com
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendant New Albertson's Inc. and Albertson's LLC*

Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Michael M. Giel
E-mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

Kristen E. Caverly
E-mail:  kcaverly@hcesq.com
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California  92067-9144

*Attorneys for Defendant Natura Pet Products, Inc.*