UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:07-21221 CIV- ALTONAGA/BROWN

RENEE BLASZKOWSKI, et al., individually
and on behalf of others similarly situated,

        Plaintiffs,

v.

MARS INC., *et al.*,

        Defendants.

## STIPULATION SCHEDULING PLAINTIFFS'
## DEPOSITION AND CONDITIONS THERETO

Pursuant to Federal Rules of Civil Procedure Rule 29, Plaintiffs[1] and Defendants,[2] through their respective counsel hereby stipulate to the following schedule for Plaintiffs' depositions and the conditions thereto:

    1.     Plaintiff Susan Peters will be deposed in Miami on August 25, 2008.

---

[1] The named plaintiffs are: Renee Blaszkowski, Patricia Davis, Susan Peters, Deborah Hock, Beth Wilson, Claire Kotzampaltiris, Donna Hopkins-Jones, Marian Lupo, Jane Herring, Jo-Ann Murphy, Stephanie Stone, Patricia Hanrahan, Debbie Rice, Ann Quinn, Sharon Mathiesen, Sandy Shore, Carolyn White, Lou Wiggins, Michelle Lucarelli, Raul Isern, Danielle Valoras, Lisa MacDonald, Cindy Tregoe, Jennifer Damron, Marlena Rucker, Julie Nelson, Yvonne Thomas, Debbie McGregor, Linda Brown, and Tone Gaglione (collectively "Plaintiffs").

[2] The defendants include: Mars, Incorporated; Mars Petcare U.S., Inc.; The Iams Company; Hill's Pet Nutrition, Inc.; Del Monte Foods, Company; Nestle Purina PetCare Company; Nutro Products, Inc.; Natura Pet Products, Inc.; Menu Foods, Inc.; Menu Foods Income Fund; Publix Supermarkets, Inc.; New Albertson's, Inc.; Albertson's LLC; PETCO Animal Supplies, Stores Inc.; Pet Supermarket, Inc.; Pet Supplies Plus/USA, Inc.; PetSmart, Inc.; Target Corporation; and Wal-Mart Stores, Inc. (collectively "Defendants").

2. Plaintiff Pat Davis will be deposed in Miami on August 26, 2008.

3. Plaintiff Raul Isern will be deposed in Miami on August 27, 2008.

4. Plaintiff Renee Blaszkowski will be deposed in Miami on August 28, 2008.

5. Plaintiff Danielle Valoras will be deposed in Miami on August 29, 2008.

6. Plaintiff Yvonne Thomas will be deposed in Miami on September 2, 2008.

7. Plaintiff Lisa MacDonald will be deposed in Miami on September 3, 2008.

8. Plaintiff Deborah Hock will be deposed in Los Angeles on September 9, 2008.

9. Plaintiff Marlena Rucker will be deposed in Los Angeles on September 10, 2008.

10. Plaintiff Sandy Shore will be deposed in Los Angeles on September 11, 2008.

11. Plaintiff Patricia Hanrahan will be deposed in Los Angeles on September 12, 2008.

12. Plaintiff Michelle Lucarelli will be deposed in New York on September 16, 2008.

13. Plaintiff Claire Kotzampaltiris will be deposed in New York on September 17, 2008.

14. Plaintiff Tone Gaglione will be deposed in New York on September 18, 2008.

15. Plaintiff Donna Hopkins-Jones will be deposed in New York on September 19, 2008.

16. Plaintiff Stephanie Stone will be deposed in Washington, DC on September 22, 2008.

17. Plaintiff Carolyn White will be deposed in Washington, DC on September 23, 2008.

18. Plaintiff Joanne Murphy will be deposed in Washington, DC on September 24, 2008.

19. Plaintiff Jennifer Damron will be deposed in Washington, DC on September 25, 2008.

20. Plaintiff Jane Herring will be deposed in Washington, DC on September 26, 2008.

21. Plaintiff Cindy Tregoe will be deposed in Washington, DC on September 29, 2008.

22. Plaintiff Marian Lupo will be deposed in Washington, DC on September 30, 2008.

23. Plaintiff Julie Nelson will be deposed in St. Louis on October 6, 2008.

24. Plaintiff Beth Wilson will be deposed in St. Louis on October 7, 2008.

25. Plaintiff Lou Wiggins will be deposed in St. Louis on October 8, 2008.

26. Plaintiff Sharon Mathiesen will be deposed in St. Louis on October 9, 2008.

27. Plaintiff Debbie Rice will be deposed in St. Louis on October 10, 2008.

28. Plaintiff Linda Brown will be deposed in Minneapolis on a date to be determined in September 2008.

29. Plaintiff Ann Quinn will be deposed in Las Vegas on September 8, 2008.

30. Without a prior agreement by all defense counsel planning to attend the deposition at issue, a plaintiff may miss his/her scheduled deposition only for legitimate illness or personal emergencies, the circumstances of which must be explained to defense counsel as soon as possible but in any event prior to the date of that particular plaintiff's deposition.

31. Plaintiffs who miss their scheduled depositions are required to sit for deposition in Miami during the weeks of September 2, 2008 or October 20, 2008, even if the parties are required to double track the depositions during those periods to complete all of the depositions.

32. At least 20 days prior to a particular plaintiff's deposition, defense counsel will propose a location for the deposition in the city in which the deposition has been set, which location will be at no charge to Plaintiffs. If Plaintiffs' counsel is dissatisfied with the location selected by the Defendants for any reason, Plaintiffs' counsel may suggest an alternate location, which will accommodate all defense counsel and telephone and videoconferencing access to the deposition, all at Plaintiffs' expense.

33. Further formal notice of the taking of Plaintiffs' depositions shall not be required, and defendant Natura Pet Products, Inc.'s prior deposition notices on behalf of all Defendants shall be deemed amended to the dates and locations set forth herein.

34. Defense counsel for each defendant and Plaintiffs' counsel may observe and participate in all depositions in person or via telephone and/or video conferencing to be arranged by the respective participating parties at their sole expense. One counsel for Plaintiffs

and one counsel for each defendant attending the deposition, whether in person, by phone or by videoconferencing, shall be allowed to ask questions of the witness.

35. Each defendant will be able to designate the location of its own deposition(s) and that of its employees, at no charge to plaintiffs, provided that the deposition location shall be within the general proximity of the facility in which that defendant/witness is primarily employed.

36. No defendant will be required to sit for deposition until after September 15, 2008. Plaintiffs' counsel will discuss with each particular defense counsel the further specifics of his/her client's depositions.

37. Except as set forth herein, all depositions in this action will be subject to the local rules of the United States District Court, Southern District of Florida.

**STIPULATED TO AND AGREED BY:**

DATED: July 31, 2008

_[signature]_
Catherine J. MacIvor
E-mail: cmacivor@mflegal.com

Jeffrey Eric Foreman
E-mail: jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
Bjorg Eikeland
E-mail: beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

_[signature]_
D. Jeffrey Ireland
E-mail: djireland@ficlaw.com

Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant*
*The Iams Company*

---

John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Barbara Bolton Litten
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
(561) 650.7120
Fax: (561) 655.1509

*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*
*Stores, Inc., Target Corporation*

Rolando Andres Diaz
E-Mail: rd@kubickdraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

6

_/s/_ _[signature]_
Catherine J. MacIvor
E-mail: cmacivor@mflegal.com

Jeffrey Eric Foreman
E-mail: jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
Bjorg Eikeland
E-mail: beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

_[signature]_
John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Barbara Bolton Litten
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
(561) 650.7120
Fax: (561) 655.1509

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation*

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com

Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant
The Iams Company*

Rolando Andres Diaz
E-Mail: rd@kubickdraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

_/s/_ [signature]

Catherine J. MacIvor
E-mail: cmacivor@mflegal.com

Jeffrey Eric Foreman
E-mail: jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
Bjorg Eikeland
E-mail: beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com

Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant*
*The Iams Company*

---

John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Barbara Bolton Litten
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
(561) 650.7120
Fax: (561) 655.1509

*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*
*Stores, Inc., Target Corporation*

Rolando Andres Diaz
E-Mail: rd@kubickidraper.com
~~Maria Kayanan~~ Peter Bamberger
PSB
E-mail: ~~mek~~@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

*/s/ Alexander Shaknes*
Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.om*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail: *scolombo@cozen.com*
John F. Mullen

Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

_____
Hugh J. Turner, Jr. *for (Fla. B. No. 19562)*
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc.*

Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.om*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail: *scolombo@cozen.com*
John F. Mullen

Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.om*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail:   hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail: *scolombo@cozen.com*
John F. Mullen

| | |
|---|---|
| Alexander Shaknes<br>**DLA PIPER U.S. LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>E-mail: *Alex.Shaknes@dlapiper.com*<br><br>Lonnie L. Simpson<br>E-mail: Lonnie.simpson@dlapiper.com<br>Douglas Knox<br>E-mail: Douglas.knox@dlapiper.com<br>**DLA PIPER US LLP**<br>100 North Tampa<br>Suite 2200<br>Tampa, FL 33602-5809<br><br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund* | Philip A. Sechler<br>E-mail: *psechler@wc.com*<br>Dane H. Butswinkas<br>E-mail: *dbutswinkas@wc.com*<br>Thomas G. Hentoff<br>E-mail: *thentoff@wc.om*<br>Patrick J. Houlihan<br>E-mail: *phoulihan@wc.com*<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 200005<br><br>Omar Ortega<br>E-mail: *oortega@dortaandortega.com*<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, Florida 33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br><br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*<br><br>/s/ |
| Hugh J. Turner, Jr.<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>E-mail: hugh.turner@akerman.com<br><br>*Attorneys for Defendant Publix Super Markets, Inc.* | Richard Fama<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br>E-mail: rfama@cozen.com<br><br>Sherril M. Colombo<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>E-mail: *scolombo@cozen.com*<br>John F. Mullen |

COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: *jmullen@cozen.com*

*Attorneys for Defendant Del Monte Foods, Co.*

_____
Benjamine Reid
E-mail: *breid@carltonfields.com*
Olga M. Vieira
E-mail: *ovieira@carltonfields.com*
Ana M. Craig
E-mail: *acraig@carltonfields.com*
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

James D. Arden
E-mail: *jarden@sidley.com*
John J. Kuster
E-mail: *jkuster@sidley.com*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Craig A. Hoover
E-mail: *cahoover@hhlaw.com*
Miranda L. Berge
E-mail: *mlberge@hhlaw.com*
**HOGAN & HARTSON LLP**
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Robert C. Troyer
**HOGAN & HARTSON LLP**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: *rctroyer@hhlaw.com*

Carol A. Licko
**HOGAN & HARTSON LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendant Nestlé Purina Petcare Co.*

**COZEN O'CONNOR**
                                    1900 Market Street
                                    Philadelphia, PA  19103
                                    Telephone:  (215) 665-2179
                                    Facsimile:  (215) 665-2013
                                    E-mail: *jmullen@cozen.com*

                                    *Attorneys for Defendant Del Monte Foods, Co.*

                                    /s/ Carol A. Licko
_____      _____
Benjamine Reid                      Craig A. Hoover
E-mail: *breid@carltonfields.com*   E-mail: *cahoover@hhlaw.com*
Olga M. Vieira                      Miranda L. Berge
E-mail: *ovieira@carltonfields.com* E-mail: *mlberge@hhlaw.com*
Ana M. Craig                        **HOGAN & HARTSON LLP**
E-mail: *acraig@carltonfields.com*  555 13th Street, NW
**CARLTON FIELDS, P.A.**            Washington, D.C.  20004
100 S.E. Second Street, Suite 4000  Telephone:  (202) 637-5600
Bank of America Tower at International Place   Facsimile:  (202) 637-5910
Miami, Florida 33131-9101
Telephone:  (305) 530-0050          Robert C. Troyer
Facsimile:   (305) 530-0055         **HOGAN & HARTSON LLP**
                                    1200 17th Street
James D. Arden                      One Tabor Center, suite 1500
E-mail: jarden@sidley.com           Denver, Colorado 80202
John J. Kuster                      Telephone:  (303) 899-7300
E-mail: *jkuster@sidley.com*        Facsimile:  (303) 899-7333
**SIDLEY AUSTIN LLP**               E-mail: *rctroyer@hhlaw.com*
787 Seventh Avenue
New York, NY 10019                  Carol A. Licko
Telephone: (212) 839-5300           **HOGAN & HARTSON LLP**
Facsimile: (212) 839-5599           Mellon Financial Center
                                    1111 Brickell Avenue, Suite 1900
*Attorneys for Defendant Hill's Pet Nutrition, Inc.*   Miami, FL 33131
                                    Telephone: (305) 459-6500
                                    Facsimile: (305) 459-6550
                                    E-mail: *calicko@hhlaw.com*

                                    *Attorneys for Defendant Nestlé Purina Petcare Co.*

_____
W. Randolph Teslik
E-mail: *rteslik@akingump.com*
Andrew Dober
E-mail: *adober@akingump.com*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Craig P. Kalil
E-mail: *ckalil@aballi.com*
Joshua D. Poyer
E-mail: *jpoyer@aballi.com*
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Ralph G. Patino
E-mail: rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail: *dtamarazzo@patinolaw.com*
Carlos B. Salup
E-mail: *csalup@patinolaw.com*
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

| W. Randolph Teslik <br> E-mail: *rteslik@akingump.com* <br> Andrew Dober <br> E-mail: *adober@akingump.com* <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> 1333 New Hampshire Avenue, NW <br> Washington, D.C. 20036 <br> Telephone: (202) 887-4000 <br> Facsimile: (202) 887-4288 <br><br> Craig P. Kalil <br> E-mail: *ckalil@aballi.com* <br> Joshua D. Poyer <br> E-mail: *jpoyer@aballi.com* <br> **ABALLI, MILNE, KALIL & ESCAGEDO, P.A.** <br> 2250 Sun Trust International Center <br> One Southeast Third Avenue <br> Miami, Florida 33131 <br> Telephone: (305) 373-6600 <br> Facsimile: (305) 373-7929 <br><br> *Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | Ralph G. Patino <br> E-mail: *rpatino@patinolaw.com* <br> Dominick V. Tamarazzo <br> E-mail: *dtamarazzo@patinolaw.com* <br> Carlos B. Salup <br> E-mail: *csalup@patinolaw.com* <br> **PATINO & ASSOCIATES, P.A.** <br> 225 Alcazar Avenue <br> Coral Gables, Florida 33134 <br> Telephone: (305) 443-6163 <br> Facsimile: (305) 443-5635 <br><br> *Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* |
|---|---|

*/s/ Kristen E. Caverly* for deposition stipulation
Kristen E. Caverly
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067-9144
E-mail: *kcaverly@hcesq.com*

Jeffrey S. York
E-mail: *jyork@mcguirewoods.com*
Michael M. Giel
E-mail: *mgiel@mcguirewoods.com*
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*