UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et. al.*,
individually and on behalf of
others similarly situated,

        Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,

        Defendants.
_____/

## **[PROPOSED] ORDER ON SCHEDULING PLAINTIFFS' DEPOSITIONS AND CONDITIONS THERETO**

Having duly considered the stipulation of the parties, and the proceedings in this action, the Court orders that the Stipulation Scheduling Plaintiffs' Depositions and Conditions Thereto shall be entered.

SO ORDERED, this _____ day of _____, 2008.

_____
Magistrate Stephen T. Brown
United States Magistrate Judge

Copies to:
Counsel of record