# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-21221-CIV-ALTONAGA-BROWN

RENE BLASZKOWSKI,

    Plaintiff,

vs.

MARS, INC., et al.,

    Defendants.

_____/

## ORDER APPROVING STIPULATION AND DENYING MOTION AS MOOT

**THIS MATTER** came before the Court on the Stipulation Scheduling Plaintiffs' Deposition and Conditions Thereto (DE 442). The Court having reviewed the Stipulation and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is hereby approved by the Court; and

2. Defendants' Motion to Compel the Depositions of Plaintffs (DE 428) is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2008.

                                        STEPHEN T. BROWN
                                        UNITED STATES MAGISTRATE JUDGE