Blaszkowski et al v. Mars Inc. et al                                                                                          Doc. 445

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-21221-CIV-ALTONAGA-BROWN

RENE BLASZKOWSKI,

    Plaintiff,

vs.

MARS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Defendants' Motion to Compel Production of Documents ..., filed July 21, 2008. The Court has considered the motion, noted the lack of a response thereto and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the motion to compel is **GRANTED.** Plaintiffs shall have ten (10) days from the date of this order to answer (not object to) interrogatories 5 and 6, and to produce (not object to) documents 20, 22, and 23 sought.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Cecilia M. Altonaga
    counsel of record

Dockets.Justia.com