UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA
DAVIS,

       Plaintiffs,
vs.

MARS INC.; PROCTOR & GAMBLE CO.,
et al.,

       Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court for a hearing on July 31, 2008 upon Plaintiffs' Renewed Motion to Stay [D.E. 437]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 437]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July, 2008.

*[signature]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record