07-21221.oc

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-21221-CIV-ALTONAGA-BROWN

RENE BLASZKOWSKI,

    Plaintiff,

vs.

MARS, INC., et al.,

    Defendants.

_____/

## ORDER STRIKING NOTICE OF FAILURE TO RESPOND

**This matter** is before this Court sua sponte. A Motion to Compel Production of Documents ...was filed July 21, 2008. On July 30, 2008, a Notice of Plaintiffs' Failure to Respond...(D.E. 441) was filed. Said filing is not permitted. See Local Rule 7.1.C. That rule provides only for the filing of a motion, response, and reply "without prior leave of Court".

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said Notice is hereby **STRICKEN** from the record.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of August, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Cecilia M. Altonaga
       Counsel of record