Blaszkowski et al v. Mars Inc. et al    Doc. 450

Dockets.Justia.com

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
                Case 07-21221-CIV-ALTONAGA
```

FILED by _____ D.C.
AUG 0 4 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

RENEE BLASZKOWSKI,
AMY HOLLUB and
PATRICIA DAVIS, individually
and on behalf of others
similarly situated,

        Plaintiffs,

                    MIAMI, FLORIDA

    vs.

                    JULY 31, 2008

MARS, INC., et al.,

        Defendants.

---

```
         TRANSCRIPT OF TELEPHONE CONFERENCE
          BEFORE THE CECILIA M. ALTONAGA,
            UNITED STATES DISTRICT JUDGE
```

APPEARANCES,

FOR THE PLAINTIFFS:

        JASON E. BAKER, ESQ.
        PATRICK N. KEEGAN, ESQ.
        Keegan & Baker, LLP
        4370 La Jolla Village Drive, Ste. 640
        San Diego, CA 92122 - 858.552.6750
        jbaker@keeganbaker.com
        pkeegan@keeganbaker.com

TOTAL ACCESS COURTROOM REALTIME TRANSCRIPTION
July 31, 2008

N/A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-21221-CV
## DE#

- ☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☒ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____