UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA
DAVIS, *et al.*,

    Plaintiffs,

vs.

MARS INC.; PROCTOR & GAMBLE CO.,
*et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Unopposed Motion for Leave to Withdraw as Counsel ("Motion") [D.E. 452] filed by Defendant, Natura Pet Products, Inc.'s ("Natura['s]") counsel of record, Tony F. Farmani, Esq., on August 14, 2008. The Court has considered the motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 452]** is **GRANTED** as follows:

1. Tony F. Farmani, Esq. is hereby relieved of the responsibility to represent Defendant, Natura, in this matter. The Clerk is instructed to remove Tony F. Farmani, Esq. as attorney of record for Natura.

2. Kristen E. Caverly, Esq. of Henderson & Caverly LLP, and Jeffrey S. York, Esq. and Michael M. Giel, Esq. of McGuireWoods LLP will continue to appear as counsel for Natura.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of August, 2008.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record