ADDRESS INFORMATION REQUESTED

**MALTZMAN FOREMAN**
ATTORNEYS AT LAW
2 South Biscayne Boulevard, Suite 2300, Miami, Florida 33131

CERTIFIED MAIL

7008 0500 0001 7001 9402

Lisa MacDonald
1217 East 55th Street
Savannah, GA 31404

"LET US DARE TO READ,
THINK, SPEAK AND WRITE."
John Adams, 1765

MACD217  312 NDC  1 1090  76  06/20/08
MCDONALD    RETURN TO SENDER
    MOVED LEFT NO ADDRESS
    UNABLE TO FORWARD
    RETURN TO SENDER
BC: 33131180375    *2606-22028-17-40



---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LISA MAC DONALD
   1217 E 55th ST
   SAVANNAH, GA 31404

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise