Blaszkowski et al v. Mars Inc. et al Doc. 455

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 07-21221-CIV-ALTONAGA/Brown**

**RENEE BLASZKOWSKI**, **AMY HOLLUB** and **PATRICIA DAVIS** *et al.*,

Plaintiffs,

vs.

**MARS INC.**, **PROCTOR & GAMBLE CO.**, *et al.*,

Defendants.
_______________________________________/

**ORDER ON PLAINTIFF'S MOTION TO WITHDRAW**

**THIS CAUSE** came before the Court upon the Motion to Withdraw as Counsel of Record for Plaintiff Lisa MacDonald ("Motion to Withdraw") [D.E. 454] filed by Plaintiff, Lisa MacDonald's counsel of record, the law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP, on August 21, 2008. The Court has carefully considered the Motion to Withdraw and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw **[D.E. 454]** is **GRANTED**. The law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP are relieved of the responsibility to represent Plaintiff, Lisa MacDonald.

2. The Plaintiff, Lisa MacDonald, shall have **twenty (20) days** from the date of this Order to (1) retain new counsel, who shall file a notice of appearance by this date, or (2) notify this Court of her intent to proceed *pro se*.

Dockets.Justia.com

3. Until Plaintiff so notifies the Court and the parties, Defendants are ordered to send all correspondence and court documents to this Plaintiff's last known address: 1217 East 55th Street, Savannah, Georgia 31404.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August, 2008.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Lisa MacDonald, *pro se*