UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

 Plaintiffs/Class Representatives,
vs.

MARS INC., *et al.*

 Defendants.
_____/

### PLAINTIFFS' MOTION TO ADD AND/OR SUBSTITUTE
### ARNA CORTAZZO AS A PLAINTIFF/CLASS REPRESENTATIVE

Plaintiffs, Renee Blaszkowski, *et al.,* respectfully request this Court to enter an Order adding and/or substituting Arna Cortazzo as a Plaintiff/Class Representative in this case, and as grounds therefor, state as follows:

As this Court is aware, the Plaintiffs have consistently taken the position since early July 2008 that, as a result of the settlement reached in the case of *In re Pet Food Products Liability Litigation*, CIV NO.: 07-2867 (NLH/AMD), a Multi-District Litigation case in the United States District Court for the District of New Jersey (the "Multi-District Case"), the claims in this pending case have been subsumed in the broad release language of that settlement. Thus, because all of the Defendants presently before this Court, with the exception of Defendant, Natura Pet Products, Inc. ("Natura") are parties to the Multi-District Case, all claims in this case will likely be void based upon the Multi-District Case settlement. As a result, the Plaintiffs have are in the process of attempting to negotiate a settlement for the dismissal of all of the Defendants except Natura, which means that only five (5) Plaintiffs will remain in this case (not

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

including Ms. Cortazzo) and only one (1) Defendant. Thus, only claims against Natura will be prosecuted going forward. Accordingly, counsel for the Plaintiffs will proceed with only those Plaintiffs who incurred damages as a result of using Natura's pet food products, including Ms. Cortazzo.

The two Florida Plaintiffs in this case, Patricia Davis and Raul Isern, however, did not use pet food products manufactured by Natura. Conversely, Arna Cortazzo, a Florida resident, did purchase and use Natura's pet food products and experienced damages as a result of same. Accordingly, the Plaintiffs in this matter seek to add and/or substitute Ms. Cortazzo for Ms. Davis or Mr. Isern so that jurisdiction may be retained by this Court once the claims of Ms. Davis and/or Ms. Isern are dismissed.[1]

When requesting a modification of a Rule 16 Scheduling Order, the moving party must demonstrate "good cause" and receive leave of the Court. Fed. R. Civ. P. 16(b); *Alexander v. AOL Time Warner, Inc.*, 132 Fed. Appx. 267, 269 (11th Cir. 2005); *Murphy v. S. Energy Homes, Inc.*, 2007 U.S. Dist. LEXIS 52111, **1-2 (M.D. Ala. July 18, 2007). "The good cause standard for modification of a scheduling order 'precludes modification <u>unless</u> the schedule cannot be met <u>despite</u> the diligence of the party seeking the extension.'" *Am. Gen. Life Ins. Co. v. Schoenthal Family, LLC*, 2007 U.S. Dist. LEXIS 84076 (N.D. Ga. Nov. 14, 2007) (quoting *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998)) (emphasis added). In this case, at the time the January 16 deadline expired, the Plaintiffs had no way of knowing that the Multi-District Case would encompass all of the claims in this litigation, except for those against Natura. Further, the settlement agreement in the Multi-District Case was not announced until several months *after* the January 16, 2008 deadline, making impossible compliance with the deadline under these

---

[1] While the Court previously set January 18, 2008 as a deadline for adding parties [DE 257], the circumstances have changed since that time dramatically based upon the settlement that was publicly announced after the deadline to add parties.

*particular* circumstances. Consequently, despite the Plaintiffs' diligence throughout the entire course of this litigation, it is difficult to imagine how the Plaintiffs could have otherwise avoided these unpredictable events.

Should the Court find that the Plaintiffs possess good cause to add Ms. Cortazzo, Federal Rule of Civil Procedure 21 would govern the addition of a plaintiff to this case. Rule 21 provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative *at any stage of the action and on such terms as are just*." Fed. R. Civ. P. 21 (emphasis added). *See also Rollins Burdick Hunter, Inc. v. Lemberger*, 105 F.R.D. 631, 636 (E.D. Wis. 1985) (stating that Rule 21 "has long been invoked as a remedial device for the addition of parties where such is appropriate in the interest of justice[]" and "is specifically intended to permit the joinder of a person who, through inadvertence, mistake, or for some other reason, had not been made a party and is later found to be necessary or desirable."); *Truncale v. Universal Pictures Co.*, 82 F. Supp. 576, 578 (D.N.Y. 1949) ("In so far as this rule relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable[.]"). In explaining Rule 21, the court in *Four Star Capital Corp. v. Nynex Corp.*, 183 F.R.D. 91, 98 (S.D.N.Y. 1997) stated:

> Rule 21, F.R. Civ. P grants the court "broad discretion to permit a change in the parties *at any stage of a litigation*." *See Int'l Union of Bricklayers & Allied Craftsmen Local No. 5 v. Hudson Valley Dist. Council Bricklayers & Allied Craftsmen Joint Ben. Funds*, 162 F.R.D. 17, 24 (S.D.N.Y. 1995) (Conner, J.). The court's decision to permit joinder is based on whether the claims of the additional plaintiffs arose out of the same or separate acts or occurrences, *see Kahn, et al. v. Chase Manhattan Bank, N.A.*, 1995 U.S. Dist. LEXIS 11772, No. 90 Civ. 2824, 1995 WL 491067, at 3 (Aug. 17, 1995) (McKenna, J.); whether the party seeking joinder has unnecessarily delayed the proceedings; and whether the nonmovant would be prejudiced by the addition, *see Thomas v. Mitchell-Bradford Chemical Co.*, 582 F. Supp. 1373, 1376 (E.D.N.Y. 1984).

Based upon application of all three requirements set forth in *Four Star Capita,* the addition of Ms. Cortazzo is not only highly appropriate, but absolutely necessary so as not to deprive the Plaintiffs of whatever remedies they have left. First, Ms. Cortazzo was a victim of the same alleged acts and unlawful activity by Natura as the original Plaintiffs—namely deceptive and misleading marketing and advertising to induce purchase of Natura's pet food products. *Compare with Gropp v. United Airlines*, 847 F. Supp. 941, 944 (M.D. Fla. 1994) (although applying Federal Rule of Civil Procedure 20, the court found that "the addition of the five additional [plaintiffs was] proper as Plaintiffs assert that these five were victims of the same alleged acts of harassment and unlawful activity as were the original five Plaintiffs[]"). Second, the Plaintiffs are not filing this Motion for the purpose of delay, but rather to simply permit this case to proceed and eventually conclude in the same Honorable Court where it began and to allow at least some of the Plaintiffs a remedy. Moreover, this Motion could not have been filed sooner as the previously-mentioned agreement with all of the Defendants other than Natura had not been publicly announced until early June. Finally, although all of the Defendants have objected to adding another Plaintiff at this point simply because the deadline has expired, only Defendant Natura will be impacted by the addition and/or substitution of Ms. Cortazzo, a single Plaintiff. Yet, Natura will not be prejudiced if this Motion is granted as Ms. Cortazzo is in the process of preparing all of her discovery materials and has promised to deliver same to the undersigned within ten (10) days for prompt delivery to Natura. This would also occur prior to her deposition, which can be scheduled at a mutually convenient time. Moreover, Natura has not yet taken a deposition, so this will not impact any other Court deadlines because Ms. Cortazzo's can be scheduled within the remaining time period for all depositions. Accordingly, the Plaintiffs respectfully request that this Court enter an Order permitting the addition and/or

4
CASE NO. 07-21221 CIV ALTONAGA/Turnoff

substitution of Ms. Cortazzo as a Plaintiff so that this Court may retain jurisdiction of this case and the Plaintiffs who remain will not be deprived of whatever remedy remains.

WHEREFORE, the Plaintiffs respectfully request this Court to enter an Order granting the Plaintiffs leave of Court to add and/or substitute Arna Cortazzo as a Plaintiff/Class Representative in this case for all of the reasons set forth above and for all other relief that this court deems just and proper.

Dated: August 22, 2008
      Miami, FL

## RULE 7.1 CERTIFICATE

Prior to filing this Motion, Plaintiffs counsel, Catherine J. MacIvor, conferred with the Defendants about the substance of this Motion who did not agree to the relief requested herein base upon the expiration of the deadline to add parties of January 16, 2008 notwithstanding the fact that Defendant Natura will be the only Defendant remaining in the case going forward.

/s Catherine J. MacIvor
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

PATRICK N. KEEGAN
pkeegan@keeganbaker.com
JASON E BAKER
jbaker@keeganbaker.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Tel: 858-552-6750 / Fax 858-552-6749

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on August 22, 2008. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s Catherine J. MacIvor<br>
Catherine J. MacIvor

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Brown**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**MARIA KAYANAN**
E-Mail**:** mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**JOHN B.T. MURRAY, JR.**
E-Mail**: jbmurray@ssd.com**
**ROBIN L. HANGER**
E-Mail: rlhanger@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc.
and Mars Petcare U.S. and Nutro Products, Inc.*

**HUGH J. TURNER, JR.**
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224

*Attorneys for Defendant Publix Super Markets, Inc.*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**TONY F. FARMANI**
tfarmani@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**AMY R. DAVIS**
adavis@wc.com
**JULI ANN LUND**
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202)434-5000

*Attorneys for Defendants Nutro Products, Inc. Mars, Incorporated and Mars Petcare U.S.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**C. RICHARD FULMER, JR.**
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, &
GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendants Nestle Purina Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550

*Attorneys for Defendants Nestle Purina Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina Petcare Co.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

| | |
|---|---|
| **D. JEFFREY IRELAND** <br> E-Mail: djireland@ficlaw.com <br> **BRIAN D. WRIGHT** <br> E-Mail: bwright@ficlaw.com <br> **LAURA A. SANOM** <br> E-Mail: lsanom@ficlaw.com <br> **FARUKI IRELAND & COX** <br> 500 Courthouse Plaza, S.W. <br> 10 North Ludlow Street <br> Dayton, Ohio 45402 <br><br> *Attorneys for Defendant The Iams Co.* | **CRAIG P. KALIL** <br> E-Mail: ckalil@aballi.com <br> **JOSHUA D. POYER** <br> E-Mail: jpoyer@aballi.com <br> **ABALLI MILNE KALIL & ESCAGEDO** <br> 2250 Sun Trust International Center <br> One S.E. Third Avenue <br> Miami, Florida 33131 <br> Telephone: (303) 373-6600 <br> Facsimile: (305) 373-7929 <br><br> *Attorneys for New Albertson's Inc. and Albertson's LLC* |
| **RALPH G. PATINO** <br> E-Mail: rpatino@patinolaw.com <br> **DOMINICK V. TAMARAZZO** <br> E-Mail: dtamarazzo@patinolaw.com <br> **CARLOS B. SALUP** <br> E-Mail: csalup@patinolaw.com <br> **PATINO & ASSOCIATES, P.A.** <br> 225 Alcazar Avenue <br> Coral Gables, Florida 33134 <br> Telephone: (305) 443-6163 <br> Facsimile: (305) 443-5635 <br><br> *Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **W. RANDOLPH TESLIK** <br> E-Mail: rteslik@akingump.com <br> **ANDREW J. DOBER** <br> E-Mail: adober@akingump.com <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> 1333 New Hampshire Avenue, NW <br> Washington, D.C. 20036 <br> Telephone: (202) 887-4000 <br> Facsimile: (202) 887-4288 <br><br> *Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* |