UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**,
**AMY HOLLUB** and **PATRICIA DAVIS**, *et al.*,

    Plaintiffs,

vs.

**MARS INC.**, **PROCTOR & GAMBLE CO.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative ("Motion") [D.E. 457], filed on August 22, 2008, and Defendant, Natura Pet Product, Inc.'s Interim Opposition to Plaintiffs' Motion ("Interim Opposition") [D.E. 458], filed on August 25, 2008. The Court has carefully considered the Motion, the Interim Opposition, and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants shall have until **August 29, 2008** to file any additional responses in opposition to the Motion.

2. Plaintiffs shall have until **September 3, 2008** to file their reply.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2008.

                                    _____
                                    **CECILIA M. ALTONAGA**
                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record