# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**,
**AMY HOLLUB** and **PATRICIA DAVIS** *et al*.,

      Plaintiffs,

vs.

**MARS INC.**, **PROCTOR & GAMBLE CO.**, *et al.*,

      Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court upon the Motion to Withdraw as Counsel of Record for Plaintiff Debbie Rice ("Motion to Withdraw") [D.E. 456] filed by Plaintiff, Debbie Rice's counsel of record, the law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP, on August 22, 2008. The Court has carefully considered the Motion to Withdraw and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw **[D.E. 456]** is **GRANTED**. The law firms of Maltzman Foreman, P.A. and Keegan and Baker, LLP are relieved of the responsibility to represent Plaintiff, Debbie Rice.

2. Plaintiff, Debbie Rice, shall have **twenty (20) days** from the date of this Order to (1) retain new counsel, who shall file a notice of appearance by this date, or (2) notify this Court of her intent to proceed *pro se*.

3. Until Plaintiff so notifies the Court and the parties, Defendants are ordered to send all correspondence and court documents to this Plaintiff's last known address: 4292 Vilas Hope Road, Cottage Grove, Wisconsin 53527.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2008.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Debbie Rice, *pro se*