UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, PATRICIA DAVIS,
SUSAN PETERS, DEBORAH HOCK, BETH WILSON,
CLAIRE KOTZAMPALTIRIS, DONNA HOPKINS-JONES,
MARIAN LUPO, JANE HERRING, JO-ANN MURPHY,
STEPHANIE STONE, PATRICIA HANRAHAN,
DEBBIE RICE, ANN QUINN, SHARON MATHIESEN,
SANDY SHORE, CAROLYN WHITE, LOU WIGGINS,
MICHELLE LUCARELLI, RAUL ISERN, DANIELLE
VALORAS, LISA MACDONALD, CINDY TREGOE,
JENNIFER DAMRON, MARLENA RUCKER, JULIE
NELSON, YVONNE THOMAS, DEBBIE MCGREGOR,
 LINDA BROWN and TONE GAGLIONE,
 individually and on behalf of others similarly situated,

                                        Plaintiffs,

vs.

MARS INC., MARS PETCARE US, INC., PROCTER
AND GAMBLE CO., THE IAMS CO., COLGATE
PALMOLIVE COMPANY, HILL'S PET NUTRITION,
DEL MONTE FOODS, CO., NESTLÉ USA INC., NESTLÉ
PURINA PETCARE CO., NUTRO PRODUCTS INC.,
DEL MONTE PET PRODUCTS, INC., MENU FOODS, INC.,
MENU FOODS INCOME FUND, PUBLIX SUPER MARKETS,
INC., NEW ALBERTSON'S INC., ALBERTSON'S LLC,
THE KROGER CO. OF OHIO, PETCO ANIMAL
SUPPLIES STORES, INC., PET SUPERMARKET,
INC., PET SUPPLIES PLUS/USA INC., PETSMART INC.,
TARGET CORP. AND WAL-MART STORES, INC.,

                                        Defendants.
_____/

## DEFENDANT'S, DEL MONTE FOODS CO., NOTICE OF FILING PROOF OF SERVICE TO *PRO SE* PLAINTIFF LISA MACDONALD

Defendant, DEL MONTE FOODS, CO. ("Del Monte"), by and through its

undersigned counsel, hereby provides notice of serving *pro se* plaintiff, Lisa MacDonald, with

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**DEFENDANT DEL MONTE PET PRODUCTS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
FOURTH AMENDED COMPLAINT, AND DEMAND FOR JURY TRIAL**

this Court's August 21, 2008 Order (D.E. #455), Court docket entries 456-460 and the executed

Stipulation governing Plaintiffs' depositions in this cause.

Dated: August 28, 2008                                Respectfully submitted,

                                                      /s/ Sherril M. Colombo
                                                      COZEN O' CONNOR
                                                      By: SHERRIL M. COLOMBO
                                                      Florida Bar No. 0948799
                                                      *Attorneys for Defendant*
                                                      *Del Monte Foods, Co.*
                                                      Wachovia Center, Suite 4410
                                                      200 South Biscayne Boulevard
                                                      Miami, Florida 33131
                                                      Telephone: (305) 704-5945
                                                      Facsimile: (305) 704-5955

                                                      and

                                                      /s/ Richard Fama
                                                      COZEN O'CONNOR
                                                      By: RICHARD FAMA
                                                      45 Broadway Atrium, Suite 1600
                                                      New York, New York 10006
                                                      Telephone: (212) 509-9400
                                                      Facsimile: (212) 509-9492

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August, 2008, I electronically filed the foregoing with the clerk of the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filings.

By: /s/ Sherril M. Colombo

**RENEE BLASZKOWSKI, ET AL. vs. MARS, INCORPORATED, ET AL.**
**Case No. 07-21221-CIV-ALTONAGA/BROWN**

## SERVICE LIST

Catherine J. MacIvor
E-mail: cmacivor@mflegal.com
Jeffrey Eric Foreman
E-mail: iforeman@,pfflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
Bjorg Eikeland
E-mail: beikeland@,,rnflegal.com
_MALTZMAN FOREMAN PA
One Biscayne Tower
2 South Biscayne Boulevard,
 Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077
*Attorneys for Plaintiffs*

Rolando Andres Diaz
E-Mail: rd@,kubickdraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com

KUBICKI DRAPER
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

John B.T. Murray, Jr.
E-mail: ibmurrav@ssd.com
SQUIRE, SANDERS & DEMPSEY L.L.P.
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores,*
*Inc., Target Corporation*

Amy W. Schulman
E-mail: amy.schu1nan2dlayiper.com
Alexander Shaknes
E-mail: Alex. Shaknes(ZWlapiner.com
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*
Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
S. Douglas Knox
E-mail: Douglas.knox@dlapiper.com
DLA PIPER US LLP
100 N. Tampa Street
Suite 2200
Tampa, FL 33602-5802
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Omar Ortega
E-mail: oorteeandortaandorte ag com
DORTA AND ORTEGA, P.A. Douglas Entrance
800 S. Douglas Road, Suite 149 Coral Gables, FL 33134
Telephone: (305) 461-5454 Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare US, Inc. and Nutro Products, Inc.*

Hugh J. Turner, Jr.
E-mail: hujzh.tumer@akerman.com
AKERMAN SENTERFITT
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

*Attorneys for Defendant Publix Super Markets, Inc*
Dane H. Butswinkas
E-mail: dbutswinkas@wc.com Philip A. Sechler
E-mail: psechler@wc.com
Thomas G. Hentoff
E-mail: thentoff@wc.om Patrick J. Houlihan

E-mail: phoulihan@wc.com
Juli Ann Lund
E-mail: jlund@wc.com
Amy R. Davis
E-mail: adavis@w.c.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 200005

*Attorneys for Defendants Mars, Incorporated, Mars Petcare US, Inc. and Nutro Products, Inc.*

Benjamine Reid
E-mail: breid@carltonfields.com
Olga M. Vieira
E-mail: ovieir@carltonfields.com
Ana M. Craig
E-mail: acraig_@carltonfields.com
CARLTON FIELDS, P.A.
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Kara L. McCall
E-mail: kmccall@Sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2666

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

John J. Koster
E-mail: ikuster@sidley.com James D. Arden
E-mail: jarden@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Omar Ortega
Dorta & Ortega PA
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
ortegalaw@bellsouth.net
Telephone: 305-

*Attorneys for Defendant Mars, Inc. Mars*
*Petcare US, Inc. and Nutro Products, Inc.*

Carol A. Licko
E-mail: calicko@JLMaw.com
HOGAN & HARTSON L.L.P.
Mellon Financial Center
1111 Brickell Avenue,
Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

Robert C. Troyer
E-mail: rctrove.r@hhlaw.com
HOGAN & HARTSON L.L.P.
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-300
Facsimile: (303) 899-7333

*Attorneys for Defendant Nestle Purina Petcare Attorneys for Defendant Nestle Purina Petcare*
*Co..*

Craig A. Hoover
E-mail: cahoover@hhlaw.com
Miranda L. Berge
E-mail: mlberger@hhlaw.com
HOGAN & HARTSON L.L.P. 555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendant Nestle Purina*
*Petcare Co.*

James K. Reuss
E-Mail: jreuss@!lanealton.com
LANE ALTON & HORST
Two Miranova Place
Suite 500
Columbus, Ohio 43216
Telephone: 614- 233-4719

Alan G. Greer '
E-mail: a reer ,richmangreer.com
RICHMAN GREER, P.A.
Miami Center - Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendant The Iams Co.*

James K. Reuss
E-mail: JReuss@lanealton.com
LANE ALTON & HORST, LLC
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

D. Jeffrey Ireland
E-mail: diireland@f.iclaw.com
Brian D. Wright
E-mail: BwrightQficlaw.com
Laura A. Sanom
E-mail: lsanom@f.iclaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

Ralph G. Patino
E-mail: Epatino@patinolaw.com
Dominick V. Tamarazzo
E-mail: dtamarazzona,

patinolaw.com
Carlos B. Salup
E-mail: csalup@patinolaw.com
PATINO & ASSOCIATES, P.A.
225 Alcazar Avenue
Coral Gables, FL 33134
Telephone: (305) 443-6163
**Facsimile:** (305) 443-5635

Robin L. Hanger
E-mail: rlhanper@ssd.co
SQUIRE, SANDERS & DEMPSEY L.L.P.
200 S. Biscayne Boulevard
40'" Floor
Miami, FL 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
*Attorneys for Defendants PETCO*
*AnimalSupplies Stores, Inc.*

*Attorneys for Defendants Pet Supplies "Plus"*
*and Pet Supplies Plus/USA, Inc.*

C. Richard Fulmer, Jr.
E-mail: rfulmergFulmer.LeRoy.com
FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC
2866 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

Craig P. Kalil
E-mail: ckalil@aballi.co
Joshua D.Poyer
E-mail: inoyer@abailli.com
ABALLI, MILNE, KALIL & ESCAGEDO, P.A.
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendant New Albertson's Inc. and Albertson's LLC*
W. Randolph Teslik, P.C. E-mail: rteslik@a,akingump.com

Andrew Dober .:
E-mail: adober@akinm=.com
AKIN GUMP STRAUSS HAUER & FELD
LLP
1333 New Hampshire Avenue, NW Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

Jeffrey S. York
E-mail: iyork(a).mcguirewoods.com
Michael M. Giel
E-mail: mgiel@,rncguirewoods.com
McGUIRE WOODS LLP
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

Kristen E. Caverly
E-mail: kcaverly_@hcesq.com
Tony F. Farmani
E-mail: tfarmaniCahcesq.com
HENDERSON & CAVERLY LLP
P.O. Box 9144
16236 San Dieguito Road, Suite 413
Rancho Santa Fe, California 92067-9144
*Attorneys for Defendant Natura Pet Products, Inc.*



August 27, 2008

**RICHARD FAMA**
Direct Phone 212.908.1229
rfama@cozen.com

Ms. Lisa MacDonald
1217 East 55th Street
Savannah, Georgia 21404

Re:    Blaszkowski et al. v. Mars, Inc. et al.
       Case No.: 07-21221-CIV-ALTONAGA/Brown

Dear Ms. MacDonald:

This office represents Del Monte Foods Co. in the above-referenced action. This letter is sent on behalf of all defendants.

As you may be aware, the Court's Order of August 21, 2008 (document numbered "455"), a copy of which is enclosed herein for your reference, requires defense counsel to send all correspondence and Court documents to you at the above-referenced address. Pursuant to the Court's Order, enclosed please find documents numbered "456" through and including "460" entered onto the Court's docket. Also, as a courtesy to you, I have enclosed for your reference a stipulation entered into by your former counsel on behalf of all named plaintiffs, including you, governing plaintiffs' depositions. This stipulation includes a date for your deposition which, as you know, is scheduled for September 3, 2008 in Miami, Florida.

While the parties have exchanged correspondence relative to the dismissal of some of the plaintiffs' claims, pursuant to Federal Rule of Evidence 408, such communications are not being provided to you.

Please feel free to contact me should you have any questions concerning the foregoing.

Very truly yours,

COZEN O'CONNOR

By    Richard Fama

cc:    All counsel with enclosures (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2008, a true and correct copy of the following documents has been sent to Lisa MacDonald, Plaintiff, *pro se*, 1217 East 55th Street, Savannah, Georgia 21404:

1. Letter to Lisa MacDonald dated August 27, 2008 enclosing:
   A. Court Document Number 455
   B. Court Document Number 456
   C. Court Document Number 457
   D. Court Document Number 458
   E. Court Document Number 459
   F. Court Document Number 460
   G. Stipulation Scheduling Plaintiffs' Depositions and Conditions Thereto

RICHARD FAMA (5358)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA
DAVIS *et al.*,

      Plaintiffs,

vs.

MARS INC., PROCTOR & GAMBLE CO.,
*et al.*,

      Defendants.

_____/

### ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court upon the Motion to Withdraw as Counsel of Record for Plaintiff Lisa MacDonald ("Motion to Withdraw") [D.E. 454] filed by Plaintiff, Lisa MacDonald's counsel of record, the law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP, on August 21, 2008. The Court has carefully considered the Motion to Withdraw and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion to Withdraw **[D.E. 454]** is **GRANTED**. The law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP are relieved of the responsibility to represent Plaintiff, Lisa MacDonald.

2.     The Plaintiff, Lisa MacDonald, shall have **twenty (20) days** from the date of this Order to (1) retain new counsel, who shall file a notice of appearance by this date, or (2) notify this Court of her intent to proceed *pro se*.

CASE NO. 07-21221-CIV-ALTONAGA/Brown

3.  Until Plaintiff so notifies the Court and the parties, Defendants are ordered to send all

correspondence and court documents to this Plaintiff's last known address: 1217 East 55th

Street, Savannah, Georgia 31404.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
        Lisa MacDonald, *pro se*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

      Plaintiffs/Class Representatives,

vs.

MARS INC., *et al*

      Defendants.

_____/

**MALTZMAN FOREMAN PA AND KEEGAN AND BAKER, LLP'S
MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF DEBBIE RICE**

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Model Rules of

Professional Conduct, the undersigned counsel and the law firm of Maltzman Foreman,

P.A. and Keegan and Baker, LLP respectfully request this Court to grant them leave to

Withdraw as Counsel of Record for Plaintiff Debbie Rice, and in support thereof, states

as follows:

**I.**    **Introduction**

Debbie Rice retained the law firm of Maltzman Foreman to represent her in the

above styled class action litigation on approximately July 19, 2007.  The last

communication that any attorney at the law firm of Maltzman Foreman had with Debbie

Rice was approximately at the end of May 2007 at which time she indicated that she

wished to voluntarily dismiss her claims without prejudice.  From the end of May 2007

until present, counsel at the law firm of Maltzman Foreman have *repeatedly* attempted to

contact Debbie Rice by telephone and email communication to no avail. Debbie Rice has never responded to *any* of these communications. Moreover, her last known telephone number is now no longer in service.

## II.   Representation of Debbie Rice has been rendered unreasonably difficult and there is good cause to withdraw

Rule 4-1.16 of the Rules Regulating the Florida Bar allows for counsel to withdraw from representation if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists.

Given the fact that Debbie Rice has not informed counsel at Maltzman Foreman PA of her new contact information or responded to any communication, representation of Debbie Rice has been rendered impossible, and is sufficient legal grounds for withdrawal under Rule 4-1.16(4). *Beard v. Shuttermart of Cal., Inc.*, 2008 U.S. Dist. LEXIS 10575, *7 (S.D. Cal. Feb. 13, 2008) ("A client's repeated failure to communicate with counsel in not responding to phone calls and written communication is sufficient to be considered conduct making it unreasonably difficult for counsel to carry out the litigation."); *Benefield v. City of New York*, 2006 NY Slip Op 26482, *3 (N.Y. Sup. Ct. 2006) ("Conflicts of interest, and a failure to communicate with the attorney, may be added to the list of reasons which may justify counsel's withdrawal. A client who fails to respond

2

to communications from his or her attorney may render continued representation unreasonably difficult."); *Nat'l Career College, Inc. v. Spellings*, 2007 U.S. Dist. LEXIS 50705, *8 (D. Haw. July 11, 2007) (granting motion to withdraw based on based on "Plaintiffs' failure to communicate on all aspects of handling the case"). Furthermore, by failing to communicate with counsel, Debbie Rice has failed to fulfill her obligations to counsel at Maltzman Foreman PA and Keegan and Baker, LLP and has provided good cause for withdrawal

## III.    Conclusion

For the reasons set forth more specifically above, the undersigned counsel and law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP respectfully request this Court to enter an Order granting their Motion to Withdraw as Counsel for Plaintiff Debbie Rice, and for all other relief that this Court deems just and proper.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(3)**

Prior to filing this Motion and pursuant to this Court's local rules, the undersigned

hereby certifies that she conferred with Defendants' representative and was advised that

the all Defendants take no position as to the motion and Defendant Natura does not

oppose the motion.

Dated: August 22, 2008
       Miami, FL

S/ Catherine J. MacIvor
_____

CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

PATRICK N. KEEGAN
pkeegan@keeganbaker.com
JASON E BAKER
jbaker@keeganbaker.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Tel: 858-552-6750 / Fax 858-552-6749

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 22 day of August, 2008. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

S/ Catherine J. MacIvor

---

Catherine MacIvor

## SERVICE LIST

### CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6745
Facsimile:     858-552-6749

*Attorney for Plaintiffs*

**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
Telephone: (813) 229-2111
Facsimile:  (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6750
Facsimile:     858-552-6749

*Attorneys for Plaintiffs*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY
US  LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

6

**MARK C. GOODMAN**
mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile:  (415) 393-9887

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JOHN B.T. MURRAY, JR.**
E-Mail: jbmurray@ssd.com
**ROBIN L. HANGER**
E-Mail: rlhanger@ssd.com
**BARBARA BOLTON LITTEN**
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile:   (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone:  858-756-6342 x)101
Facsimile:   858-756-4732

*Attorneys for Natura Pet Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile:   (305) 461-5226

*Attorneys for Defendant Mars, Inc. and Mars Petcare U.S. and Nutro Products, Inc.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN      GREER      WEIL
BRUMBAUGH      MIRABITO      &
CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile:   (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet
Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet
Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods
Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet
Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**AMY R. DAVIS**
adavis@wc.com
**JULI ANN LUND**
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202)434-5000

*Attorneys for Defendants Nutro Products,
Inc. Mars, Incorporated and Mars Petcare
U.S.*

8

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile:  (215) 665-2013

*Attorneys for Defendant Del Monte Foods,*
*Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile:   (303) 899-7333

*Attorneys for Defendants Nestle Purina*
*Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lancalton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of*
*Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile  (305) 459-6550

*Attorneys for Defendants Nestle Purina*
*Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina*
*Petcare Co.*

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW J. DOBER**
E-Mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

**RALPH G. PATINO**
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**HUGH J. TURNER, JR.**
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224

*Attorneys for Defendant Publix Super Markets, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@abailli.com
**ABALLI MILNE KALIL & ESCAGEDO**
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone: (303) 373-6600
Facsimile: (305) 373-7929

*Attorneys for New Albertson's Inc. and Albertson's LLC*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**PETER S. BAUMBERGER**
E-Mail: psb@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street, Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**C. RICHARD FULMER, JR.**
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

      Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*

      Defendants.
_____/

## PLAINTIFFS' MOTION TO ADD AND/OR SUBSTITUTE
## ARNA CORTAZZO AS A PLAINTIFF/CLASS REPRESENTATIVE

Plaintiffs, Renee Blaszkowski, *et al.,* respectfully request this Court to enter an Order

adding and/or substituting Arna Cortazzo as a Plaintiff/Class Representative in this case, and as

grounds therefor, state as follows:

As this Court is aware, the Plaintiffs have consistently taken the position since early July

2008 that, as a result of the settlement reached in the case of *In re Pet Food Products Liability*

*Litigation*, CIV NO.: 07-2867 (NLH/AMD), a Multi-District Litigation case in the United States

District Court for the District of New Jersey (the "Multi-District Case"), the claims in this

pending case have been subsumed in the broad release language of that settlement.    Thus,

because all of the Defendants presently before this Court, with the exception of Defendant,

Natura Pet Products, Inc. ("Natura") are parties to the Multi-District Case, all claims in this case

will likely be void based upon the Multi-District Case settlement.    As a result, the Plaintiffs have

are in the process of attempting to negotiate a settlement for the dismissal of all of the

Defendants except Natura, which means that only five (5) Plaintiffs will remain in this case (not

including Ms. Cortazzo) and only one (1) Defendant. Thus, only claims against Natura will be prosecuted going forward. Accordingly, counsel for the Plaintiffs will proceed with only those Plaintiffs who incurred damages as a result of using Natura's pet food products, including Ms. Cortazzo.

The two Florida Plaintiffs in this case, Patricia Davis and Raul Isern, however, did not use pet food products manufactured by Natura. Conversely, Arna Cortazzo, a Florida resident, did purchase and use Natura's pet food products and experienced damages as a result of same. Accordingly, the Plaintiffs in this matter seek to add and/or substitute Ms. Cortazzo for Ms. Davis or Mr. Isern so that jurisdiction may be retained by this Court once the claims of Ms. Davis and/or Ms. Isern are dismissed.[1]

When requesting a modification of a Rule 16 Scheduling Order, the moving party must demonstrate "good cause" and receive leave of the Court. Fed. R. Civ. P. 16(b); *Alexander v. AOL Time Warner, Inc.*, 132 Fed. Appx. 267, 269 (11th Cir. 2005); *Murphy v. S. Energy Homes, Inc.*, 2007 U.S. Dist. LEXIS 52111, **1-2 (M.D. Ala. July 18, 2007). "The good cause standard for modification of a scheduling order 'precludes modification *unless* the schedule cannot be met *despite* the diligence of the party seeking the extension.' *Am. Gen. Life Ins. Co. v. Schoenthal Family, LLC*, 2007 U.S. Dist. LEXIS 84076 (N.D. Ga. Nov. 14, 2007) (quoting *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998)) (emphasis added). In this case, at the time the January 16 deadline expired, the Plaintiffs had no way of knowing that the Multi-District Case would encompass all of the claims in this litigation, except for those against Natura. Further, the settlement agreement in the Multi-District Case was not announced until several months *after* the January 16, 2008 deadline, making impossible compliance with the deadline under these

---

[1] While the Court previously set January 18, 2008 as a deadline for adding parties [DE 257], the circumstances have changed since that time dramatically based upon the settlement that was publicly announced after the deadline to add parties.

*particular* circumstances. Consequently, despite the Plaintiffs' diligence throughout the entire course of this litigation, it is difficult to imagine how the Plaintiffs could have otherwise avoided these unpredictable events.

Should the Court find that the Plaintiffs possess good cause to add Ms. Cortazzo, Federal Rule of Civil Procedure 21 would govern the addition of a plaintiff to this case. Rule 21 provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative *at any stage of the action and on such terms as are just.*" Fed. R. Civ. P. 21 (emphasis added). *See also Rollins Burdick Hunter, Inc. v. Lemberger*, 105 F.R.D. 631, 636 (E.D. Wis. 1985) (stating that Rule 21 "has long been invoked as a remedial device for the addition of parties where such is appropriate in the interest of justice[]" and "is specifically intended to permit the joinder of a person who, through inadvertence, mistake, or for some other reason, had not been made a party and is later found to be necessary or desirable."); *Truncale v. Universal Pictures Co.*, 82 F. Supp. 576, 578 (D.N.Y. 1949) ("In so far as this rule relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable[.]"). In explaining Rule 21, the court in *Four Star Capital Corp. v. Nynex Corp.*, 183 F.R.D. 91, 98 (S.D.N.Y. 1997) stated:

> Rule 21, F.R. Civ. P grants the court "broad discretion to permit a change in the parties *at any stage of a litigation.*" *See Int'l Union of Bricklayers & Allied Craftsmen Local No. 5 v. Hudson Valley Dist. Council Bricklayers & Allied Craftsmen Joint Ben. Funds*, 162 F.R.D. 17, 24 (S.D.N.Y. 1995) (Conner, J.). The court's decision to permit joinder is based on whether the claims of the additional plaintiffs arose out of the same or separate acts or occurrences, *see Kahn, et al. v. Chase Manhattan Bank, N.A.*, 1995 U.S. Dist. LEXIS 11772, No. 90 Civ. 2824, 1995 WL 491067, at 3 (Aug. 17, 1995) (McKenna, J.); whether the party seeking joinder has unnecessarily delayed the proceedings; and whether the nonmovant would be prejudiced by the addition, *see Thomas v. Mitchell-Bradford Chemical Co.*, 582 F. Supp. 1373, 1376 (E.D.N.Y. 1984).

Based upon application of all three requirements set forth in *Four Star Capita*, the addition of Ms. Cortazzo is not only highly appropriate, but absolutely necessary so as not to deprive the Plaintiffs of whatever remedies they have left. First, Ms. Cortazzo was a victim of the same alleged acts and unlawful activity by Natura as the original Plaintiffs—namely deceptive and misleading marketing and advertising to induce purchase of Natura's pet food products. *Compare with Gropp v. United Airlines*, 847 F. Supp. 941, 944 (M.D. Fla. 1994) (although applying Federal Rule of Civil Procedure 20, the court found that "the addition of the five additional [plaintiffs was] proper as Plaintiffs assert that these five were victims of the same alleged acts of harassment and unlawful activity as were the original five Plaintiffs[]"). Second, the Plaintiffs are not filing this Motion for the purpose of delay, but rather to simply permit this case to proceed and eventually conclude in the same Honorable Court where it began and to allow at least some of the Plaintiffs a remedy. Moreover, this Motion could not have been filed sooner as the previously-mentioned agreement with all of the Defendants other than Natura had not been publicly announced until early June. Finally, although all of the Defendants have objected to adding another Plaintiff at this point simply because the deadline has expired, only Defendant Natura will be impacted by the addition and/or substitution of Ms. Cortazzo, a single Plaintiff. Yet, Natura will not be prejudiced if this Motion is granted as Ms. Cortazzo is in the process of preparing all of her discovery materials and has promised to deliver same to the undersigned within ten (10) days for prompt delivery to Natura. This would also occur prior to her deposition, which can be scheduled at a mutually convenient time. Moreover, Natura has not yet taken a deposition, so this will not impact any other Court deadlines because Ms. Cortazzo's can be scheduled within the remaining time period for all depositions. Accordingly, the Plaintiffs respectfully request that this Court enter an Order permitting the addition and/or

substitution of Ms. Cortazzo as a Plaintiff so that this Court may retain jurisdiction of this case and the Plaintiffs who remain will not be deprived of whatever remedy remains.

WHEREFORE, the Plaintiffs respectfully request this Court to enter an Order granting the Plaintiffs leave of Court to add and/or substitute Arna Cortazzo as a Plaintiff/Class Representative in this case for all of the reasons set forth above and for all other relief that this court deems just and proper.

Dated: August 22, 2008
      Miami, FL

## RULE 7.1 CERTIFICATE

Prior to filing this Motion, Plaintiffs counsel, Catherine J. MacIvor, conferred with the Defendants about the substance of this Motion who did not agree to the relief requested herein base upon the expiration of the deadline to add parties of January 16, 2008 notwithstanding the fact that Defendant Natura will be the only Defendant remaining in the case going forward.

/s Catherine J. MacIvor
CATHERINE J. MACIVOR (FBN 932711)
cmacivor@mflegal.com
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

PATRICK N. KEEGAN
pkeegan@keeganbaker.com
JASON E BAKER
jbaker@keeganbaker.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Tel: 858-552-6750 / Fax 858-552-6749

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the

Court via CM/ECF on August 22, 2008. We also certify that the foregoing was served on all

counsel or parties of record on the attached Service List either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronic Notices of Filing.

/s Catherine J. MacIvor
Catherine J. MacIvor

## SERVICE LIST

### CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**MARIA KAYANAN**
E-Mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**JOHN B.T. MURRAY, JR.**
E-Mail: jbmurray@ssd.com
**ROBIN L. HANGER**
E-Mail: rlhanger@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile:  (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

WILLIAM C. MARTIN
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

JEFFREY S. YORK
E-Mail: jyork@mcguirewoods.com
MICHAEL GIEL
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

OMAR ORTEGA
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc. and Mars Petcare U.S. and Nutro Products, Inc.*

HUGH J. TURNER, JR.
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224

*Attorneys for Defendant Publix Super Markets, Inc.*

KRISTEN E. CAVERLY
E-Mail: kcaverly@hcesq.com
TONY F. FARMANI
tfarmani@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

DANE H. BUTSWINKAS
E-Mail: dbutswinkas@wc.com
PHILIP A. SECHLER
E-Mail: psechler@wc.com
THOMAS G. HENTOFF
E-Mail: thentoff@wc.com
PATRICK J. HOULIHAN
E-Mail: phoulihan@wc.com
AMY R. DAVIS
adavis@wc.com
JULI ANN LUND
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202)434-5000

*Attorneys for Defendants Nutro Products, Inc. Mars, Incorporated and Mars Petcare U.S.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**C. RICHARD FULMER, JR.**
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendants Nestle Purina
Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of
Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550

*Attorneys for Defendants Nestle Purina
Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina
Petcare Co.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH
MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

**RALPH G. PATINO**
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus"
and Pet Supplies Plus/USA, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@aballi.com
**ABALLI MILNE KALIL & ESCAGEDO**
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone: (303) 373-6600
Facsimile: (305) 373-7929

*Attorneys for New Albertson's Inc. and
Albertson's LLC*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW J. DOBER**
E-Mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,
Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
Defendants.

_____

## INTERIM OPPOSITION TO PLAINTIFFS' MOTION TO ADD AND/OR SUBSTITUTE ARNA CORTAZZO AS A PLAINTIFF/CLASS REPRESENTATIVE

Defendant Natura Pet Product, Inc. ("Natura") opposes Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative in this action on the following grounds and requests leave for formal briefing of this motion before the Court rules.

1.      If proposed Plaintiff Cortazzo, who purports to have purchased Natura products in Florida, is added to this case, Natura will be prejudiced. For example, all named Plaintiffs have pled a claim under Florida's Deceptive and Unfair Trade Practices Act against Defendant Natura Pet Products, Inc. Plaintiffs now admit that no Plaintiff named in the Fourth Amended Complaint purchased Natura products in Florida, which will result in judgment for Natura on this claim and allow Natura an award of attorneys' fees and costs against all of the named Plaintiffs.

2.      Natura will be prejudiced because discovery has been ongoing in this action since April; Defendants have conducted extensive written discovery on Plaintiffs, including motions to compel; Defendants have completed their subpoenas of third party vet records; and Natura is only now – August 25 – taking the deposition of the first named Plaintiff. It has taken four

months; two denied stay motions; and a motion to compel to get a single Plaintiff to sit for deposition. Further, Natura is taking the only scheduled Miami depositions this week, August 25 and August 29, and Natura's lead trial counsel is not located in this District. With class motions and the close of discovery only a few months away, any change in the parties and deposition schedule at this late stage will require additional discovery and costs and make it more difficult for Natura to meet the Court's schedule, which Natura wants to maintain so that this case can be promptly resolved on the merits.

3.      Natura will be prejudiced if Ms. Cortazzo is allowed to join and her claims relate back to the filing of the complaint against Natura as she will gain nearly a year on claims otherwise barred by the statute of limitations.

4.      The time for addition of parties was once extended by the Court and that extended deadline passed many months ago. Plaintiffs have shown no cause why proposed plaintiff Cortazzo could not have been added to the case before the January 2008 deadline. Not being needed earlier for jurisdiction is not good cause to add parties just because some Plaintiffs are now abandoning their claims.

5.      Plaintiffs' counsel did not meet and confer regarding this motion pursuant to Rule 7.1. In an email on August 21, 2008, Catherine MacIvor wrote:

> Based on the dismissals, we are also seeking to add and/or substitute a Plaintiff, Arna Cortazzo, as to Defendant Natura only. Please advise as to your position by close of business tomorrow.

No information at all was provided as to Ms. Cortazzo (who apparently is a Florida attorney), her purchases or her explanation of why she could not have joined the case prior to the deadline to add parties. Counsel for Natura responded on August 22 that it opposed adding any parties. Natura did not limit its reasons for the objection as plaintiffs' counsel represented to the Court;

Plaintiffs' counsel did not even inquire as to Natura's reasons. Plaintiffs' counsel then filed the motion on Friday after working hours knowing that Natura's counsel would be conducting Plaintiff Peters' deposition on Monday and perhaps would not even be able to respond before the Court ruled on the motion as unopposed. Such a pitiful effort to meet and confer should not satisfy Rule 7.1.

Natura will be prejudiced by the addition of any parties at this late date, but particularly parties with unique claims against Natura such as Ms. Cortazzo is represented to have and which would otherwise be time barred from much of the class period represented by the currently named plaintiffs. Natura respectfully requests that the Court deny the motion or allow Natura time to fully brief the issues presented before ruling on the motion.

McGUIREWOODS LLP

By: ___s/Jeffrey S. York_____
     Jeffrey S. York
     Florida Bar No. 0987069
     Michael M. Giel
     Florida Bar No. 000176760
     50 N. Laura Street, Suite 3300
     Jacksonville, Florida 32202
     (904) 798-2680
     (904) 360-6330 (fax)
     jyork@mcguirewoods.com
     mgiel@mcguirewoods.com
and

HENDERSON & CAVERLY LLP
Kristen E. Caverly
*Admitted Pro Hac Vice*
Post Office Box 9144
Rancho Sante Fe, California 92067
(858) 756-6342
(858) 756-4732 (fax)
kcaverly@mcesq.com
ATTORNEYS AND TRIAL COUNSEL
FOR DEFENDANT NATURA PET
PRODUCTS, INC.

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2008, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing

to the counsel so indicated on the attached Service List.

s/Jeffrey S. York
Attorney

**CERTIFICATE OF SERVICE**
**RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.**
**Case No. 1:07-21221-CIV-ALTONAGA/TURNOFF**
**SERVICE LIST**

Catherine J. MacIvor, Esquire
Jeffrey Eric Foreman, Esquire
Jeffrey Bradford Maltzman, Esquire
Darren W. Friedman, Esquire
Bjorg Eikeland
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077
cmacivor@mflegal.com
jforeman@mflegal.com
jmaltzman@mflegal.com
dfriedman@mflegal.com
beikeland@mflegal.com
*Attorneys for Plaintiffs*

John B.T. Murray, Jr., Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509
jbmurray@ssd.com
*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*
*Stores, Inc., Target Corporation and Meijer,*
*Inc.*

Mark C. Goodman, Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: (415) 954-0200
jbmurray@ssd.com
*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*

*Stores, Inc., Target Corporation and Meijer, Inc.*

Rolando Andres Diaz, Esquire
Peter S. Baumberger, Esquire
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846
rd@kubickdraper.com
cyd@kubickidraper.com
psb@kubickidraper.com
*Attorneys for Defendant Pet Supermarket, Inc.*

Alexander Shaknes, Esquire
Amy W. Schulman, Esquire
Lonnie L. Simpson, Esquire
S. Douglas Knox, Esquire
**DLA PIPER LLP**
100 N. Tampa Street
Suite 2200
Tampa, Florida 33602-5809
Lonnie.simpson@dlapiper.com
Douglas.knox@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Alexander Shaknes, Esquire
Amy W. Schulman, Esquire
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Alex.Shaknes@dlapiper.com
amy.schulman@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

William C. Martin, Esquire
**DLA PIPER LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
William.Martin@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc.*

6

*and Menu Foods Income Fund*

Hugh J. Turner, Jr., Esquire
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
hugh.turner@akerman.com
*Attorneys for Defendants Publix Super*
*Markets, Inc and H.E. Butt Grocery Co.*

Gary L. Justice, Esquire
Gail E. Lees, Esquire
Omar Ortega, Esquire
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
*Attorneys for Defendant Mars, Incorporated,*
*Mars Petcare U.S., and Nutro Products, Inc.*

Dane H. Butswinkas, Esquire
Philip A. Sechler, Esquire
Thomas G. Hentoff, Esquire
Patrick J. Houlihan, Esquire
Amy R. Davis, Esquire
Juli Ann Lund, Esquire
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005
dbutswinkas@wc.com
psechler@wc.com
thentoff@wc.com
cdangelo@wc.com
phoulihan@wc.com
adavis@wc.com
jlund@wc.com
*Attorneys for Defendant Mars, Incorporated,*
*Mars Petcare U.S., and Nutro Products, Inc.*

Benjamine Reid, Esquire

Olga M. Vieira, Esquire
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com
ovieira@carltonfields.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

John J. Kuster, Esquire
James D. Arden, Esquire
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
jarden@sidley.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

Kara L. McCall, Esquire
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2666
kmccall@Sidley.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

Marcos Daniel Jiménez, Esquire
Robert J. Alwine II, Esquire
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
mdj@kennynachwalter.com
ralwine@kennynachwalter.com
*Attorneys for Defendants Safeway, Inc. and*
*The Stop & Shop Supermarket Company LLC*

8

Sherril M. Colombo, Esquire
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
scolombo@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Richard Fama, Esquire
John J. McDonough, Esquire
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
rfama@cozen.com
jmcdonough@cozen.com
*Attorneys for Defendant Del Monte Foods*

John F. Mullen, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
jmullen@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Carol A. Licko, Esquire
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
calicko@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and*
*Nestlé Purina Petcare Co.*

Robert C. Troyer, Esquire
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202

9

Telephone: (303) 899-7300
Facsimile: (303) 899-7333
rctroyer@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and*
*Nestlé Purina Petcare Co.*

Craig A. Hoover, Esquire
Miranda L. Berge, Esquire
E. Desmond Hogan, Esquire
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cahoover@hhlaw.com
mlberge@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and*
*Nestlé Purina Petcare Co.*

James K. Reuss, Esquire
**LANE ALTON & HORST, LLC**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719
JReuss@lanealton.com
*Attorneys for Defendant The Kroger Co. of*
*Ohio*

Alan G. Greer, Esquire
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
agreer@richmangreer.com
*Attorneys for Defendants Procter & Gamble*
*Co. and The Iams Co.*

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
Laura A. Sanom, Esquire
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street

Dayton, Ohio 45402
djireland@ficlaw.com
Bwright@ficlaw.com
lsanom@ficlaw.com
*Attorneys for Defendant Procter & Gamble
Co. and The Iams Co.*

Robin L. Hanger, Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
rlhanger@ssd.com
*Attorneys for Defendants PETCO Animal
Supplies Stores, Inc.*

Ralph G. Patino, Esquire
Dominick V. Tamarazzo, Esquire
Carlos B. Salup, Esquire
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635
rpatino@patinolaw.com
dtamarazzo@patinolaw.com
csalup@patinolaw.com
*Attorneys for Defendants Pet Supplies "Plus"
and Pet Supplies Plus/USA, Inc.*

Robert Valadez, Esquire
Javier Thomas Duran, Esquire
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com
jduran@shelton-valadez.com
*Attorneys for Defendant H.E. Butt Grocery Co.*

Craig P. Kalil, Esquire
Joshua D. Poyer, Esquire
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**

11

2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
ckalil@aballi.com
jpoyer@abailli.com
*Attorneys for Defendants New Albertson's Inc.*
*and Albertson's LLC*

W. Randolph Teslik, Esquire
Andrew Dober, Esquire
**AKIN GUMPSTRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
rteslik@akingump.com
adober@akingump.com
*Attorneys for Defendants New Albertson's Inc.*
*and Albertson's LLC*

C. Richard Fulmer, Jr., Esquire
**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431
rfulmer@Fulmer.LeRoy.com
*Attorneys for Defendant The Kroger Co. of*
*Ohio*

Jason Joffe, Esquire
**SQUIRE SANDERS & DEMPSEY, LLP**
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
jjoffe@ssd.com
*Attorneys for Defendant Meijer, Inc.*

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA
DAVIS, *et al.*,

      Plaintiffs,

vs.

MARS INC., PROCTOR & GAMBLE CO.,
*et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative ("Motion") [D.E. 457], filed on August 22, 2008, and Defendant, Natura Pet Product, Inc.'s Interim Opposition to Plaintiffs' Motion ("Interim Opposition") [D.E. 458], filed on August 25, 2008. The Court has carefully considered the Motion, the Interim Opposition, and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendants shall have until **August 29, 2008** to file any additional responses in opposition to the Motion.

2.     Plaintiffs shall have until **September 3, 2008** to file their reply.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2008.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI,
AMY HOLLUB and PATRICIA
DAVIS *et al.*,

      Plaintiffs,

vs.

MARS INC., PROCTOR & GAMBLE CO.,
*et al.*,

      Defendants.

_____/

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW

**THIS CAUSE** came before the Court upon the Motion to Withdraw as Counsel of Record for Plaintiff Debbie Rice ("Motion to Withdraw") [D.E. 456] filed by Plaintiff, Debbie Rice's counsel of record, the law firm of Maltzman Foreman, P.A. and Keegan and Baker, LLP, on August 22, 2008. The Court has carefully considered the Motion to Withdraw and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion to Withdraw **[D.E. 456]** is **GRANTED.** The law firms of Maltzman Foreman, P.A. and Keegan and Baker, LLP are relieved of the responsibility to represent Plaintiff, Debbie Rice.

2.     Plaintiff, Debbie Rice, shall have **twenty (20) days** from the date of this Order to (1) retain new counsel, who shall file a notice of appearance by this date, or (2) notify this Court of her intent to proceed *pro se.*

CASE NO. 07-21221-CIV-ALTONAGA/Brown

3.    Until Plaintiff so notifies the Court and the parties, Defendants are ordered to send all

correspondence and court documents to this Plaintiff's last known address: 4292 Vilas Hope

Road, Cottage Grove, Wisconsin 53527.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of August, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Debbie Rice, *pro se*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:07-21221 CIV- ALTONAGA/BROWN

RENEE BLASZKOWSKI, et al., individually
and on behalf of others similarly situated,

Plaintiffs,

v.

MARS INC., *et al.*,

Defendants.

## STIPULATION SCHEDULING PLAINTIFFS' DEPOSITION AND CONDITIONS THERETO

Pursuant to Federal Rules of Civil Procedure Rule 29, Plaintiffs[1] and Defendants,[2]

through their respective counsel hereby stipulate to the following schedule for Plaintiffs'

depositions and the conditions thereto:

    1.    Plaintiff Susan Peters will be deposed in Miami on August 25, 2008.

---

[1] The named plaintiffs are: Renee Blaszkowski, Patricia Davis, Susan Peters, Deborah Hock, Beth Wilson, Claire Kotzampaltiris, Donna Hopkins-Jones, Marian Lupo, Jane Herring, Jo-Ann Murphy, Stephanie Stone, Patricia Hanrahan, Debbie Rice, Ann Quinn, Sharon Mathiesen, Sandy Shore, Carolyn White, Lou Wiggins, Michelle Lucarelli, Raul Isern, Danielle Valoras, Lisa MacDonald, Cindy Tregoe, Jennifer Damron, Marlena Rucker, Julie Nelson, Yvonne Thomas, Debbie McGregor, Linda Brown, and Tone Gaglione (collectively "Plaintiffs").

[2] The defendants include: Mars, Incorporated; Mars Petcare U.S., Inc.; The Iams Company; Hill's Pet Nutrition, Inc.; Del Monte Foods, Company; Nestle Purina PetCare Company; Nutro Products, Inc.; Natura Pet Products, Inc.; Menu Foods, Inc.; Menu Foods Income Fund; Publix Supermarkets, Inc.; New Albertson's, Inc.; Albertson's LLC; PETCO Animal Supplies, Stores Inc.; Pet Supermarket, Inc.; Pet Supplies Plus/USA, Inc.; PetSmart, Inc.; Target Corporation; and Wal-Mart Stores, Inc. (collectively "Defendants").

2.     Plaintiff Pat Davis will be deposed in Miami on August 26, 2008.

3.     Plaintiff Raul Isern will be deposed in Miami on August 27, 2008.

4.     Plaintiff Renee Blaszkowski will be deposed in Miami on August 28, 2008.

5.     Plaintiff Danielle Valoras will be deposed in Miami on August 29, 2008.

6.     Plaintiff Yvonne Thomas will be deposed in Miami on September 2, 2008.

7.     Plaintiff Lisa MacDonald will be deposed in Miami on September 3, 2008.

8.     Plaintiff Deborah Hock will be deposed in Los Angeles on September 9, 2008.

9.     Plaintiff Marlena Rucker will be deposed in Los Angeles on September 10, 2008.

10.     Plaintiff Sandy Shore will be deposed in Los Angeles on September 11, 2008.

11.     Plaintiff Patricia Hanrahan will be deposed in Los Angeles on September 12, 2008.

12.     Plaintiff Michelle Lucarelli will be deposed in New York on September 16, 2008.

13.     Plaintiff Claire Kotzampaltiris will be deposed in New York on September 17, 2008.

14.     Plaintiff Tone Gaglione will be deposed in New York on September 18, 2008.

15. Plaintiff Donna Hopkins-Jones will be deposed in New York on September 19, 2008.

16. Plaintiff Stephanie Stone will be deposed in Washington, DC on September 22, 2008.

17. Plaintiff Carolyn White will be deposed in Washington, DC on September 23, 2008.

18. Plaintiff Joanne Murphy will be deposed in Washington, DC on September 24, 2008.

19. Plaintiff Jennifer Damron will be deposed in Washington, DC on September 25, 2008.

20. Plaintiff Jane Herring will be deposed in Washington, DC on September 26, 2008.

21. Plaintiff Cindy Tregoe will be deposed in Washington, DC on September 29, 2008.

22. Plaintiff Marian Lupo will be deposed in Washington, DC on September 30, 2008.

23. Plaintiff Julie Nelson will be deposed in St. Louis on October 6, 2008.

24. Plaintiff Beth Wilson will be deposed in St. Louis on October 7, 2008.

25. Plaintiff Lou Wiggins will be deposed in St. Louis on October 8, 2008.

26. Plaintiff Sharon Mathiesen will be deposed in St. Louis on October 9, 2008.

27. Plaintiff Debbie Rice will be deposed in St. Louis on October 10, 2008.

28. Plaintiff Linda Brown will be deposed in Minneapolis on a date to be determined in September 2008.

29. Plaintiff Ann Quinn will be deposed in Las Vegas on September 8, 2008.

30. Without a prior agreement by all defense counsel planning to attend the deposition at issue, a plaintiff may miss his/her scheduled deposition only for legitimate illness or personal emergencies, the circumstances of which must be explained to defense counsel as soon as possible but in any event prior to the date of that particular plaintiff's deposition.

31. Plaintiffs who miss their scheduled depositions are required to sit for deposition in Miami during the weeks of September 2, 2008 or October 20, 2008, even if the parties are required to double track the depositions during those periods to complete all of the depositions.

32. At least 20 days prior to a particular plaintiff's deposition, defense counsel will propose a location for the deposition in the city in which the deposition has been set, which location will be at no charge to Plaintiffs. If Plaintiffs' counsel is dissatisfied with the location selected by the Defendants for any reason, Plaintiffs' counsel may suggest an alternate location, which will accommodate all defense counsel and telephone and videoconferencing access to the deposition, all at Plaintiffs' expense.

33. Further formal notice of the taking of Plaintiffs' depositions shall not be required, and defendant Natura Pet Products, Inc.'s prior deposition notices on behalf of all Defendants shall be deemed amended to the dates and locations set forth herein.

34. Defense counsel for each defendant and Plaintiffs' counsel may observe and participate in all depositions in person or via telephone and/or video conferencing to be arranged by the respective participating parties at their sole expense. One counsel for Plaintiffs

4

and one counsel for each defendant attending the deposition, whether in person, by phone or by videoconferencing, shall be allowed to ask questions of the witness.

35. Each defendant will be able to designate the location of its own deposition(s) and that of its employees, at no charge to plaintiffs, provided that the deposition location shall be within the general proximity of the facility in which that defendant/witness is primarily employed.

36. No defendant will be required to sit for deposition until after September 15, 2008. Plaintiffs' counsel will discuss with each particular defense counsel the further specifics of his/her client's depositions.

37. Except as set forth herein, all depositions in this action will be subject to the local rules of the United States District Court, Southern District of Florida.

**STIPULATED TO AND AGREED BY:**

DATED: _____, 2008

Catherine J. MacIvor
E-mail:    cmacivor@mflegal.com

Jeffrey Eric Foreman
E-mail: jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
Bjorg Eikeland
E-mail: beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com

Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant*
*The Iams Company*

John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Barbara Bolton Litten
E-mail: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
(561) 650.7120
Fax: (561) 655.1509

*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*
*Stores, Inc., Target Corporation*

Rolando Andres Diaz
E-Mail: rd@kubickdraper.com
Maria Kayanan
E-mail: mek@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

6

Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: Lonnie.simpson@dlapiper.com
Douglas Knox
E-mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.com*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated,
Mars Petcare U.S., Inc. and Nutro Products,
Inc.*

Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale. FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail:    hugh.turner@akerman.com

*Attorneys for Defendant Publix Super
Markets. Inc.*

Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile:  (212) 509-9492
E-mail: rfama@cozen.com

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
E-mail: *scolombo@cozen.com*
John F. Mullen

**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: *jmullen@cozen.com*

*Attorneys for Defendant Del Monte Foods, Co.*

Benjamine Reid
E-mail: *breid@carltonfields.com*
Olga M. Vieira
E-mail: *ovieira@carltonfields.com*
Ana M. Craig
E-mail: *acraig@carltonfields.com*
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

James D. Arden
E-mail: jarden@sidley.com
John J. Kuster
E-mail: *jkuster@sidley.com*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Craig A. Hoover
E-mail: *cahoover@hhlaw.com*
Miranda L. Berge
E-mail: *mlberge@hhlaw.com*
**HOGAN & HARTSON LLP**
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Robert C. Troyer
**HOGAN & HARTSON LLP**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: *rctroyer@hhlaw.com*

Carol A. Licko
**HOGAN & HARTSON LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendant Nestlé Purina Petcare Co.*

W. Randolph Teslik
E-mail: rteslik@akingump.com
Andrew Dober
E-mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Craig P. Kalil
E-mail: ckalil@aballi.com
Joshua D. Poyer
E-mail: jpoyer@aballi.com
**ABALLI, MILNE, KALIL & ESCAGEDO,
P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

Ralph G. Patino
E-mail: rpatino@patinolaw.com
Dominick V. Tamarazzo
E-mail: dtamarazzo@patinolaw.com
Carlos B. Salup
E-mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus"
and Pet Supplies Plus/USA, Inc.*

Kristen E. Caverly
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067-9144
E-mail: *kcaverly@hcesq.com*

Jeffrey S. York
E-mail: *jyork@mcguirewoods.com*
Michael M. Giel
E-mail: *mgiel@mcguirewoods.com*
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*