UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of others
similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS, INC., *et al.*,

    Defendants.
_____/

### NON-NATURA DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ADD AND/OR SUBSTITUTE ARNA CORTAZZO AS A PLAINTIFF/CLASS REPRESENTATIVE

Defendants[1], except for Natura Pet Products, Inc. ("Natura"), respond to Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative ("Motion to Add/Substitute Arna Cortazzo") [Doc. 457] to correct Plaintiffs'[2] misstatements, including those about the scope of the release in the Settlement Agreement in the Multi-District Litigation pending in the United States District Court for the District of New Jersey known as In re Pet

---

[1] Defendants The Iams Company, Del Monte Foods, Co., Hill's Pet Nutrition, Inc., Nestlé Purina Petcare Co., PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation, Pet Supermarket, Inc, Menu Foods, Inc. and Menu Foods Income Fund, Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc., Publix Super Markets, Inc., New Albertson's Inc., Albertson's LLC, Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc., and The Kroger Co. of Ohio (collectively "Non-Natura Defendants").

[2] Plaintiffs Renee Blaszkowski, Patricia Davis, Susan Peters, Deborah Hock, Beth Wilson, Claire Kotzampaltiris, Donna Hopkins-Jones, Marian Lupo, Jane Herring, Jo Ann Murphy, Stephanie Stone, Patricia Hanrahan, Ann Quinn, Sharon Mathiesen, Sandy Shore, Carolyn White, Lou Wiggins, Michelle Lucarelli, Raul Isern, Danielle Valoras, Cindy Tregoe, Jennifer Damron, Marlena Rucker, Julie Nelson, Yvonne Thomas, Debbie McGregor, Linda Brown and Tone Gaglione, individually and on behalf of others similarly situated (collectively "Plaintiffs").

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative

Dockets.Justia.com

Food Products Liability Litigation, Case No. 1:2007CV02867, MDL No. 1850 ("Pet Food Recall Litigation").

The Non-Natura Defendants take no position on Plaintiffs' Motion to Add/Substitute Arna Cortazzo or Natura's Interim Opposition to Plaintiffs' Motion to Amend and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative [Doc. 458] in light of Plaintiffs' unequivocal statement that "only claims against Natura will be prosecuted going forward" [Plaintiffs' Motion Add/Substitute Arna Cortazzo, p. 2].[3]

The Non-Natura Defendants submit this response to correct misstatements by Plaintiffs. As the Non-Natura Defendants have consistently informed Plaintiffs and the Court, Plaintiffs' interpretation of the scope of the release in the Settlement Agreement in the Pet Food Recall Litigation is inaccurate. *See* Transcript of July 31, 2008 Telephonic Hearing, pp. 8-9, 14-15 [Doc. 450]. The proposed settlement in the Pet Foods Recall Litigation is with various companies and persons or entities that handled, distributed, purchased for resale and/or redistribution, supplied, manufactured and/or sold or offered for sale pet food and/or treats that may have contained contaminated wheat gluten or rice protein concentrate ("Recalled Pet Food Products"). The release in the Settlement Agreement of the Pet Food Recall Litigation deals only with those Recalled Pet Food Products and Plaintiffs' claims in this case include products other than Recalled Pet Food Products. As a result, the Non-Natura Defendants disagree with

---

[3] Plaintiffs' counsel no longer represents Lisa MacDonald [Order on Plaintiffs' Motion to Withdraw [Doc. 455]] or Debbie Rice [Order on Plaintiffs' Motion to Withdraw [Doc. 460]]. While Plaintiffs' counsel have stated explicitly their intentions related to the future prosecution of this litigation, Plaintiffs' counsel presumably do not speak for either Ms. MacDonald or Ms. Rice.

2

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

Plaintiffs' assertion that "all claims in this case will likely be void based upon the [Pet Food Recall Litigation]." Plaintiffs' Motion Add/Substitute Arna Cortazzo, p. 1.[4]

Respectfully submitted,

/s/ Barbara Bolton Litten
John B.T. Murray, Jr.
E-mail: jbmurray@ssd.com
Barbara Bolton Litten
E-mail: blitten@ssd.
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
(561) 650.7120
Fax: (561) 655.1509

*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation*

/s/ Rolando Andres Diaz
Rolando Andres Diaz
E-Mail: *rd@kubickdraper.com*
Maria Kayanan
E-mail: *mek@kubickidraper.com*
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

/s/ D. Jeffrey Ireland
D. Jeffrey Ireland
E-mail: djireland@ficlaw.com
Brian D. Wright
E-mail: Bwright@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

*Attorneys for Defendant
The Iams Company*

---

[4] Plaintiffs also assert that they "are in the process of attempting to negotiate a *settlement* for the dismissal of all the Defendants except Natura." Plaintiffs' Motion to Add/Substitute Arna Cortazzo, p. 1 (emphasis added). To be clear, Plaintiffs are discussing with the Non-Natura Defendants only the terms of dismissal.

3

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

/s/ Alexander Shaknes
Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: *Lonnie.simpson@dlapiper.com*
Douglas Knox
E-mail: *Douglas.knox@dlapiper.com*
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

/s/ Hugh J. Turner, Jr.
Hugh J. Turner, Jr.
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
E-mail: hugh.turner@akerman.com

*Attorneys for Defendant Publix Super Markets, Inc.*

/s/ Philip A. Sechler
Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.om*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

/s/ Richard Fama
Richard Fama
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
E-mail: rfama@cozen.com

Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

4

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

E-mail: *scolombo@cozen.com*
John F. Mullen
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
E-mail: *jmullen@cozen.com*

*Attorneys for Defendant Del Monte Foods, Co.*

/s/ James D. Arden
Benjamine Reid
E-mail: *breid@carltonfields.com*
Olga M. Vieira
E-mail: *ovieira@carltonfields.com*
Ana M. Craig
E-mail: *acraig@carltonfields.com*
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

James D. Arden
E-mail: jarden@sidley.com
John J. Kuster
E-mail: *jkuster@sidley.com*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

/s/ Craig A. Hoover
Craig A. Hoover
E-mail: *cahoover@hhlaw.com*
Miranda L. Berge
E-mail: *mlberge@hhlaw.com*
**HOGAN & HARTSON LLP**
555 13th Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Robert C. Troyer
**HOGAN & HARTSON LLP**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: *rctroyer@hhlaw.com*

Carol A. Licko
**HOGAN & HARTSON LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
E-mail: calicko@hhlaw.com

*Attorneys for Defendant Nestlé Purina Petcare Co.*

5

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

/s/ Andrew Dober
W. Randolph Teslik
E-mail: *rteslik@akingump.com*
Andrew Dober
E-mail: *adober@akingump.com*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

Craig P. Kalil
E-mail: *ckalil@aballi.com*
Joshua D. Poyer
E-mail: *jpoyer@abailli.com*
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

/s/ Carlos B. Salup
Ralph G. Patino
E-mail: rpatino@patinolaw.com
Carlos B. Salup
E-mail: *csalup@patinolaw.com*
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

/s/ James K. Reuss
James K. Reuss
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

C. Richard Fulmer, Jr.
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*

# CERTIFICATE OF SERVICE

I certify that on the 29th day of August 2008, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone: 858-552-6745
Facsimile: 858-552-6749

*Attorney for Plaintiffs*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone: 858-552-6750
Facsimile: 858-552-6749

*Attorneys for Plaintiffs*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

7

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative

**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**MARK C. GOODMAN**
mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

**JOHN B.T. MURRAY, JR.**
E-Mail: jbmurray@ssd.com
**BARBARA BOLTON LITTEN**
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**TONY F. FARMANI**
tfarmani@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

8

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

<div style="column: left">

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc. and Mars Petcare U.S. and Nutro Products, Inc.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

</div>

<div style="column: right">

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

</div>

9

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

| | |
|---|---|
| **SHERRIL M. COLOMBO**<br>E-Mail: scolombo@cozen.com<br>**COZEN O'CONNOR**<br>200 South Biscayne Boulevard<br>Suite 4410<br>Miami, Florida 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br><br>*Attorneys for Defendant Del Monte Foods Co.* | **DANE H. BUTSWINKAS**<br>E-Mail: dbutswinkas@wc.com<br>**PHILIP A. SECHLER**<br>E-Mail: psechler@wc.com<br>**THOMAS G. HENTOFF**<br>E-Mail: thentoff@wc.com<br>**PATRICK J. HOULIHAN**<br>E-Mail: phoulihan@wc.com<br>**AMY R. DAVIS**<br>adavis@wc.com<br>**JULI ANN LUND**<br>jlund@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Telephone: (202)434-5000<br><br>*Attorneys for Defendants Nutro Products, Inc. Mars, Incorporated and Mars Petcare U.S.* |
| **JOHN F. MULLEN**<br>E-Mail: jmullen@cozen.com<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2179<br>Facsimile: (215) 665-2013<br><br>*Attorneys for Defendant Del Monte Foods, Co.* | **CAROL A. LICKO**<br>E-Mail: calicko@hhlaw.com<br>**HOGAN & HARTSON**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Telephone (305) 459-6500<br>Facsimile (305) 459-6550<br><br>*Attorneys for Defendants Nestle Purina Petcare Co.* |
| **ROBERT C. TROYER**<br>E-Mail: rctroyer@hhlaw.com<br>**HOGAN & HARTSON**<br>1200 17th Street<br>One Tabor Center, Suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br><br>*Attorneys for Defendants Nestle Purina Petcare Co.* | **CRAIG A. HOOVER**<br>E-Mail: cahoover@hhlaw.com<br>**MIRANDA L. BERGE**<br>E-Mail: mlberge@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>*Attorneys for Defendants Nestle Purina Petcare Co.* |

10

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative

| | |
|---|---|
| **JAMES K. REUSS**<br>E-Mail: jreuss@lanealton.com<br>**LANE ALTON & HORST**<br>Two Miranova Place<br>Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* | **D. JEFFREY IRELAND**<br>E-Mail: djireland@ficlaw.com<br>**BRIAN D. WRIGHT**<br>E-Mail: bwright@ficlaw.com<br>**LAURA A. SANOM**<br>E-Mail: lsanom@ficlaw.com<br>**FARUKI IRELAND & COX**<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, Ohio 45402<br><br>*Attorneys for Defendant The Iams Co.* |
| **W. RANDOLPH TESLIK**<br>E-Mail: rteslik@akingump.com<br>**ANDREW J. DOBER**<br>E-Mail: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | **CRAIG P. KALIL**<br>E-Mail: ckalil@aballi.com<br>**JOSHUA D. POYER**<br>E-Mail: jpoyer@aballi.com<br>**ABALLI MILNE KALIL & ESCAGEDO**<br>2250 Sun Trust International Center<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>Telephone: (303) 373-6600<br>Facsimile: (305) 373-7929<br><br>*Attorneys for New Albertson's Inc. and Albertson's LLC* |
| **RALPH G. PATINO**<br>E-Mail: rpatino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>E-Mail: dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>E-Mail: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **ROLANDO ANDRES DIAZ**<br>E-Mail: rd@kubickdraper.com<br>**PETER S. BAUMBERGER**<br>E-Mail: psb@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street, Penthouse<br>Miami, Florida 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile: (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* |

11

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**

| | |
|---|---|
| **HUGH J. TURNER, JR.**<br>E-Mail: hugh.turner@akerman.com<br>**AKERMAN SENTERFITT & EDISON**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301-2229<br>Telephone: (954)463-2700<br>Facsimile: (954)463-2224<br><br>*Attorneys for Defendant Publix Super Markets, Inc.* | **C. RICHARD FULMER, JR.**<br>E-Mail: rfulmer@Fulmer.LeRoy.com<br>**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-4430<br>Facsimile: (954) 707-4431<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* |

I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF participants:

**LISA MACDONALD**
1217 E. 55th St.
Savannah, Georgia 31404

**DEBBIE RICE**
4292 Vilas Hope Road
Cottage Grove, Wisconsin 53527

                                          /s/ Alan G. Greer
                                          Alan G. Greer

12

CASE NO. 07-21221-CIV-ALTONAGA/BROWN
**Non-Natura Defendants' Response to Plaintiffs' Motion to Add
and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative**