UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al*

    Defendants.
_____/

## **NOTICE OF POSTPONEMENT OF DEPOSITION OF LISA MACDONALD**

PLEASE TAKE NOTICE that Defendants, by and through their undersigned counsel, hereby postpone the deposition of Plaintiff Lisa MacDonald. On August 21, 2008, Plaintiffs' counsel moved to withdraw from representing Plaintiff Lisa MacDonald [DE 454]. In the Motion to Withdraw, Plaintiffs' counsel stated that their last communication with Ms. MacDonald occurred in approximately December 2007. In granting Plaintiffs' motion, the Court has ordered that Ms. MacDonald make an appearance, either through substitute counsel or *pro se*, by no later than September 10, 2008 [DE 455]. Prior to Plaintiffs' counsel's withdrawal, the Court entered the Stipulation Scheduling Plaintiffs' Deposition and Conditions Thereto [DE 444], which scheduled Ms. MacDonald's deposition for September 3, 2008, in Miami. In order to protect Ms. MacDonald's rights in the event that she is unaware of her scheduled deposition, as well as to prevent Defendants from incurring unnecessary costs traveling to Miami in the event that Ms. MacDonald does not appear for her deposition, Defendants

hereby postpone the deposition of Ms. MacDonald until such time as she makes an appearance in this litigation, pursuant to the Court's August 21, 2008, Order [DE455]. If Ms. MacDonald makes an appearance by September 10, 2008, Defendants will work with Ms. MacDonald to reschedule her deposition for a mutually convenient time. If Ms. MacDonald fails to comply with the Court's Order and make an appearance by September 10, 2008, Defendants reserve their right to seek an immediate dismissal of her claims against them for, *inter alia*, failure to prosecute this action.

Dated this 2nd day of September, 2008

| | |
|---|---|
| /s/ Carol A. Licko | /s/ D. Jeffrey Ireland |
| Carol A. Licko | D. Jeffrey Ireland |
| **HOGAN & HARTSON LLP** | E-mail: djireland@ficlaw.com |
| Mellon Financial Center | Brian D. Wright |
| 1111 Brickell Avenue, Suite 1900 | E-mail: Bwright@ficlaw.com |
| Miami, FL 33131 | Laura A. Sanom |
| Telephone: (305) 459-6500 | E-mail: lsanom@ficlaw.com |
| Facsimile: (305) 459-6550 | **FARUKI IRELAND & COX P.L.L.** |
| E-mail: calicko@hhlaw.com | 500 Courthouse Plaza, S.W. |
| | 10 North Ludlow Street |
| Craig A. Hoover | Dayton, Ohio 45402 |
| E-mail: *cahoover@hhlaw.com* | |
| E. Desmond Hogan | Alan G. Greer |
| E-mail: *edhogan@hhlaw.com* | **RICHMAN GREER, P.A.** |
| Miranda L. Berge | Miami Center – Suite 1000 |
| E-mail: *mlberge@hhlaw.com* | 201 South Biscayne Boulevard |
| **HOGAN & HARTSON LLP** | Miami, FL 33131 |
| 555 13th Street, NW | Telephone: (305) 373-4000 |
| Washington, D.C. 20004 | Facsimile: (305) 373-4099 |
| Telephone: (202) 637-5600 | E-mail: agreer@richmangreer.com |
| Facsimile: (202) 637-5910 | |
| | *Attorneys for Defendant* |
| | *The Iams Company* |
| *Attorneys for Defendant Nestlé Purina Petcare Co.* | |

| | |
|---|---|
| /s/ John B.T. Murray, Jr.<br>John B.T. Murray, Jr.<br>E-mail: jbmurray@ssd.com<br>Barbara Bolton Litten<br>E-mail: blitten@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, Florida 33401-6198<br>(561) 650.7120<br>Fax: (561) 655.1509<br><br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation* | /s/ Peter S. Baumberger<br>Rolando Andres Dias<br>E-Mail: rd@kubickdraper.com<br>Peter S. Baumberger<br>E-Mail: psb@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street, Penthouse<br>Miami, Florida 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile: (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* |

/s/ Alexander Shaknes
Alexander Shaknes
**DLA PIPER U.S. LLP**
1251 Avenue of the Americas
New York, New York 10020
E-mail: *Alex.Shaknes@dlapiper.com*

Lonnie L. Simpson
E-mail: *Lonnie.simpson@dlapiper.com*
Douglas Knox
E-mail: *Douglas.knox@dlapiper.com*
**DLA PIPER US LLP**
100 North Tampa
Suite 2200
Tampa, FL 33602-5809

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

/s/ Juli Ann Lund
Philip A. Sechler
E-mail: *psechler@wc.com*
Dane H. Butswinkas
E-mail: *dbutswinkas@wc.com*
Thomas G. Hentoff
E-mail: *thentoff@wc.om*
Patrick J. Houlihan
E-mail: *phoulihan@wc.com*
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 200005

Omar Ortega
E-mail: *oortega@dortaandortega.com*
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*

| | |
|---|---|
| /s/ Hugh J. Turner, Jr. | /s/ Richard Fama |
| Hugh J. Turner, Jr. | Richard Fama |
| **AKERMAN SENTERFITT** | **COZEN O'CONNOR** |
| 350 E. Las Olas Boulevard | 45 Broadway |
| Suite 1600 | New York, New York 10006 |
| Fort Lauderdale, FL 33301-2229 | Telephone: (212) 509-9400 |
| Telephone: (954) 463-2700 | Facsimile: (212) 509-9492 |
| Facsimile: (954) 463-2224 | E-mail: rfama@cozen.com |
| E-mail: hugh.turner@akerman.com | |
| | Sherril M. Colombo |
| *Attorneys for Defendant Publix Super Markets, Inc.* | **COZEN O'CONNOR** |
| | Wachovia Center, Suite 4410 |
| | 200 South Biscayne Boulevard |
| | Miami, FL 33131 |
| | Telephone: (305) 704-5945 |
| | Facsimile: (305) 704-5955 |
| | E-mail: *scolombo@cozen.com* |
| | John F. Mullen |
| | **COZEN O'CONNOR** |
| | 1900 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 665-2179 |
| | Facsimile: (215) 665-2013 |
| | E-mail: *jmullen@cozen.com* |
| | |
| | *Attorneys for Defendant Del Monte Foods, Co.* |

/s/ James D. Arden
James D. Arden
E-mail: *jarden@sidley.com*
John J. Kuster
E-mail: *jkuster@sidley.com*
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Benjamine Reid
E-mail: *breid@carltonfields.com*
Olga M. Vieira
E-mail: *ovieira@carltonfields.com*
Ana M. Craig
E-mail: *acraig@carltonfields.com*
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone:  (305) 530-0050
Facsimile:   (305) 530-0055

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

/s/ Kristen E. Caverly
Kristen E. Caverly
E-Mail: *kcaverly@hcesq.com*
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone:  858-756-6342 x)101
Facsimile:   858-756-4732

Jeffrey S. York
E-Mail: *jyork@mcguirewoods.com*
Michael Giel
E-Mail: *mgiel@mcguirewoods.com*
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

| | |
|---|---|
| /s/ Craig P. Kalil<br>Craig P. Kalil<br>E-mail: *ckalil@aballi.com*<br>Joshua D. Poyer<br>E-mail: *jpoyer@abailli.com*<br>**ABALLI, MILNE, KALIL &**<br>**ESCAGEDO, P.A**.<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, Florida 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br><br>W. Randolph Teslik<br>E-mail: *rteslik@akingump.com*<br>Andrew Dober<br>E-mail: *adober@akingump.com*<br>**AKIN GUMP STRAUSS HAUER &**<br>**FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's*<br>*Inc.*<br>*and Albertson's LLC* | /s/ Ralph G. Patino<br>Ralph G. Patino<br>E-mail: rpatino@patinolaw.com<br>Carlos B. Salup<br>E-mail: *csalup@patinolaw.com*<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies*<br>*"Plus" and Pet Supplies Plus/USA, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 2nd day of September, 2008. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/ Carol A. Licko

**SERVICE LIST**

**CASE NO. 07-21221 ALTONAGA/Brown**

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:	858-552-6745
Facsimile:	858-552-6749

*Attorney for Plaintiffs*

**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
Telephone: (813) 229-2111
Facsimile:  (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:	858-552-6750
Facsimile:	858-552-6749

*Attorneys for Plaintiffs*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY
US  LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**MARK C. GOODMAN**
mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JOHN B.T. MURRAY, JR.**
E-Mail: jbmurray@ssd.com
**BARBARA BOLTON LITTEN**
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**TONY F. FARMANI**
tfarmani@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc. and Mars Petcare U.S. and Nutro Products, Inc.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**DANE H. BUTSWINKAS**
E-Mail: dbutswinkas@wc.com
**PHILIP A. SECHLER**
E-Mail: psechler@wc.com
**THOMAS G. HENTOFF**
E-Mail: thentoff@wc.com
**PATRICK J. HOULIHAN**
E-Mail: phoulihan@wc.com
**AMY R. DAVIS**
adavis@wc.com
**JULI ANN LUND**
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 20005
Telephone: (202)434-5000

*Attorneys for Defendants Nutro Products, Inc. Mars, Incorporated and Mars Petcare U.S.*

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendants Nestle Purina Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550

*Attorneys for Defendants Nestle Purina Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**E. DESMOND HOGAN**
E-mail: edhogan@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina Petcare Co.*

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

**W. RANDOLPH TESLIK**
E-Mail: rteslik@akingump.com
**ANDREW J. DOBER**
E-Mail: adober@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*

**RALPH G. PATINO**
E-Mail: rpatino@patinolaw.com
**DOMINICK V. TAMARAZZO**
E-Mail: dtamarazzo@patinolaw.com
**CARLOS B. SALUP**
E-Mail: csalup@patinolaw.com
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635

*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

**HUGH J. TURNER, JR.**
E-Mail: hugh.turner@akerman.com
**AKERMAN SENTERFITT & EDISON**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, Florida 33301-2229
Telephone: (954)463-2700
Facsimile: (954)463-2224

*Attorneys for Defendant Publix Super Markets, Inc.*

**CRAIG P. KALIL**
E-Mail: ckalil@aballi.com
**JOSHUA D. POYER**
E-Mail: jpoyer@aballi.com
**ABALLI MILNE KALIL & ESCAGEDO**
2250 Sun Trust International Center
One S.E. Third Avenue
Miami, Florida 33131
Telephone: (303) 373-6600
Facsimile: (305) 373-7929

*Attorneys for New Albertson's Inc. and Albertson's LLC*

**ROLANDO ANDRES DIAZ**
E-Mail: rd@kubickdraper.com
**PETER S. BAUMBERGER**
E-Mail: psb@kubickidraper.com
**KUBICKI DRAPER**
25 W. Flagler Street, Penthouse
Miami, Florida 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846

*Attorneys for Defendant Pet Supermarket, Inc.*

**C. RICHARD FULMER, JR.**
E-Mail: rfulmer@Fulmer.LeRoy.com
**FULMER, LEROY, ALBEE, BAUMANN, & GLASS**
2866 East Oakland Park Boulevard
Fort Lauderdale, Florida 33306
Telephone: (954) 707-4430
Facsimile: (954) 707-4431

*Attorneys for Defendant The Kroger Co. of Ohio*