# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

## CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,

vs.

**MARS INC.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Plaintiffs, Renee Blaszkowski, Jennifer Damron, Jo-Ann Murphy, Susan Peters, Yvonne Thomas, Cindy Tregoe, Linda Brown, Patricia Davis, Tone Gaglione, Jane Herring, Deborah Hock, Raul Isern, Claire Kotzampaltiris, Michele Lucarelli, Marian Lupo, Sharon Mathiesen, Julie Nelson, Ann Quinn, Marlena Rucker, Sandy Shore, Stephanie Stone, Beth Wilson, Patricia Hanrahan, Donna Hopkins-Jones, Debbie McGregor, Danielle Valoras, Carolyn White, and Lou Wiggins' (collectively, "Plaintiffs[']"), and Defendants PETCO Animal Supplies Stores, Inc.; PetSmart, Inc.; Wal-Mart Stores, Inc.; Target Corporation; Pet Supermarket, Inc.; Publix Super Markets, Inc.; New Albertson's, Inc.; Albertson's LLC; Pet Supplies Plus; Pet Supplies "Plus"/USA, Inc.; and the Kroger Co.'s (collectively, "Defendants[']") Stipulation for Order of Dismissal With Prejudice (the "Stipulation") [D.E. 481], filed on September 12, 2008. The Court having reviewed the Stipulation and the record, and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that all claims that were raised or that could have been raised by Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of September, 2008.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record