UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.*,

       Plaintiffs,

vs.

MARS INC., *et al.*,

       Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The Order of August 21, 2008 [D.E. 455], required Plaintiff, Lisa MacDonald, to retain new counsel, or notify the Court of her intent to proceed *pro se* on or before September 15, 2008. The time for compliance has passed and, to date, Plaintiff has not complied with the August 21, 2008 Order. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Lisa Macdonald, shall retain new counsel, or notify this Court of her intent to proceed *pro se* on or before **September 23, 2008**. Failure to file the required notice will result in an order striking Lisa Macdonald as a named plaintiff in this cause without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2008.

*Cecilia M. Altonaga*

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Lisa MacDonald, *pro se*