UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

      Plaintiffs,
vs.

**MARS INC.**, *et al.*,

      Defendants.
_____/

## ORDER ON MOTION FOR AN EXTENSION OF TIME

**THIS CAUSE** came before the Court upon Plaintiffs, Renee Blaszkowski, *et al.*'s (collectively, "Plaintiffs[']") Motion for Enlargement of Time to Reply ("Motion") [D.E. 491], filed on September 18, 2008. The Court has carefully considered the Motion and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion **[D.E. 491]** is **GRANTED**.

2. Plaintiffs shall reply to Defendant, Natura Pet Products, Inc.'s Opposition to Plaintiffs' Motion for Leave to Supplement Motion [D.E. 486] on or before **September 26, 2008**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2008.

                                                */s/ Cecilia M. Altonaga*
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record