UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,

vs.

**MARS INC.**, *et al.*,

    Defendants.
_____ /

## ORDER ON MOTION TO STRIKE

**THIS CAUSE** came before the Court upon Plaintiffs, Renee Blaszkowski, *et al.*'s (collectively, "Plaintiffs[']") Motion to Strike Natura's Three "Evidentiary Objections" ("Motion") [D.E. 495], filed on September 23, 2008. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 495]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of September, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record