UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., *et al*

    Defendants.
_____/

## NOTICE OF UNSUCCESSFUL ATTEMPTS TO
## SERVE PLAINTIFF LISA MACDONALD

On August 22, 2008, this Court granted Plaintiffs' Counsel's Motion to Withdraw as Counsel of Record to Lisa MacDonald and ordered Defendants to send all correspondence and court documents to Ms. MacDonald's last known address (1217 East 55th Street, Savannah, Georgia). August, 22, 2008 Order Granting Motion to Withdraw [Doc. No. 455].

In compliance with the Court's Order, Defendants The Iams Company ("Iams"), Del Monte Food Co. ("Del Monte") and Natura Pet Products, Inc. ("Natura") have made repeated mailings of all correspondence and court documents at the above address. All correspondence and documents have been returned to Iams, Del Monte and Natura by the U.S Postal Service as undeliverable. Iams, Del Monte and Natura have also made repeated, unsuccessful attempts to serve all correspondence and court documents on Ms. MacDonald at another possible address that was identified after an Internet search, in Chicago, Illinois. Again, all correspondence and

court documents have been returned to Iams, Del Monte and Natura by the U.S. Postal Service as undeliverable.

Respectfully submitted,

__/s/ Sherril M. Colombo__
Sherril M. Colombo
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
Email: scolombo@cozen.com

Richard Fama
Email: rfama@cozen.com
John J. McDonough
Email: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, NY 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

John F. Mullen
Email: jmullen@cozen.com
Julie Negovan
Email: jnegovan@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

__/s/ Alan G. Greer__
Alan G. Greer
**RICHMAN GREER, P.A.**
Miami Center, Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
E-mail: agreer@richmangreer.com

D. Jeffrey Ireland
E-mail: djireland@ficlaw.com
Laura A. Sanom
E-mail: lsanom@ficlaw.com
Brian D. Wright
E-mail: bwright@ficlaw.com
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3700
Facsimile: (937) 227-3717

*Attorneys for Defendant The Iams Company*

2

| | |
|---|---|
| /s/ Jeffrey S. York | /s/Kristen E. Caverly |
| Jeffrey S. York | Kristen E. Caverly |
| Email: jyork@mcquirewoods.com | Email: kcaverly@hcesq.com |
| Michael Giel | Tony F. Farmani |
| Email: mgiel#mcquirewoods.com | Email: tfarmani@hcesq.com |
| **McQUIRE WOODS LLP** | **HENDERSON & CAVERLY LLP** |
| 50 N. Laura Street, Suite 330 | 16236 San Dieguito Road, Suite 4-13 |
| Jascksonville, FL 32202 | P. O. Box 9144 (all US Mail) |
| Telephone: (904) 798-2680 | Rancho Santa Fe, CA 92067-9144 |
| Facsimile: (904) 360-6330 | Telephone: (858) 756-6342 ext 101 |
| | Facsimile: (858) 756-4732 |
| *Attorneys for Defendant Natura Pet Products, Inc.* | *Attorneys for Defendant Natura Pet Products, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

# SERVICE LIST

| | |
|---|---|
| Catherine J. MacIvor<br>Email: cmacivor@mflegal.com<br>Jeffrey Eric Foreman<br>Email: jforeman@mflegal.com<br>Jeffrey Bradford Maltzman<br>Email: jmaltzman@mflegal.com<br>Darren W. Friedman<br>Email: dfriedman@mflegal.com<br>Bjorg Eikeland<br>Email: beikeland@mflegal.com<br>**MALTZMAN FOREMAN PA**<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 2300<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Facsimile: (305) 374-9077<br>*Attorneys for Plaintiffs*<br>[Electronically Served Using CM/ECF] | John B.T. Murray, Jr.<br>Email: jbmurray@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6198<br>Telephone: (561) 650-7200<br>Facsimile: (561) 655-1509<br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc., PetSmart, Inc., Wal-Mart Stores, Inc., Target Corporation*<br>[Electronically Served Using CM/ECF] |
| Rolando Andres Diaz<br>Email: rd@kubickdraper.com<br>Maria Kayanan<br>Email: mek@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street<br>Penthouse<br>Miami, FL 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile: (305) 374-7846<br>*Attorneys for Defendant Pet Supermarket, Inc.*<br>[Electronically Served Using CM/ECF] | Amy W. Schulman<br>Alexander Shaknes<br>Email: Alex.Shaknes@dlapiper.com<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Lonnie L. Simpson<br>Email: Lonnie.simpson@dlapiper.com<br>S. Douglas Knox<br>Email: Douglas.knox@dlapiper.com<br>**DLA PIPER US LLP**<br>101 East Kennedy Boulevard<br>Suite 2000<br>Tampa, FL 33602-5149<br>Telephone: (813) 229-2111<br>Facsimile: (813) 229-1447<br>*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*<br>[Electronically Served Using CM/ECF] | Hugh J. Turner, Jr.<br>Email: hugh.turner@akerman.com<br>**AKERMAN SENTERFITT**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301-2229<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>*Attorneys for Defendant Publix Super Markets, Inc.*<br>[Electronically Served Using CM/ECF] |
| Omar Ortega<br>Email: oortega@dortaandortega.com<br>**DORTA AND ORTEGA, P.A.**<br>Douglas Entrance<br>800 S. Douglas Road, Suite 149<br>Coral Gables, FL 33134<br>Telephone: (305) 461-5454<br>Facsimile: (305) 461-5226<br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*<br>[Electronically Served Using CM/ECF] | Dane H. Butswinkas<br>Email: dbutswinkas@wc.com<br>Philip A. Sechler<br>Email: psechler@wc.com<br>Thomas G. Hentoff<br>Email: thentoff@wc.om<br>Patrick J. Houlihan<br>Email: phoulihan@wc.com<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 200005<br>*Attorneys for Defendants Mars, Incorporated, Mars Petcare U.S., Inc. and Nutro Products, Inc.*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Benjamine Reid<br>Email: breid@carltonfields.com<br>Olga M. Vieira<br>Email: ovieira@carltonfields.com<br>Ana M. Craig<br>Email: acraig@carltonfields.com<br>**CARLTON FIELDS, P.A.**<br>100 S.E. Second Street, Suite 4000<br>Bank of America Tower at International Place<br>Miami, FL 33131-9101<br>Telephone: (305) 530-0050<br>Facsimile: (305) 530-0055<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] | John J. Kuster<br>Email: jkuster@sidley.com<br>James D. Arden<br>Email: jarden@sidley.com<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] |
| Kara L. McCall<br>Email: kmccall@Sidley.com<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-2666<br>*Attorneys for Defendant Hill's Pet Nutrition, Inc.*<br>[Electronically Served Using CM/ECF] | Sherril M. Colombo<br>Email: scolombo@cozen.com<br>**COZEN O'CONNOR**<br>Wachovia Center, Suite 4410<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: (305) 704-5945<br>Facsimile: (305) 704-5955<br>*Attorneys for Defendant Del Monte Foods, Co.*<br>[Electronically Served Using CM/ECF] |
| Richard Fama<br>Email: rfama@cozen.com<br>John J. McDonough<br>Email: jmcdonough@cozen.com<br>**COZEN O'CONNOR**<br>45 Broadway<br>New York, New York 10006<br>Telephone: (212) 509-9400<br>Facsimile: (212) 509-9492<br>*Attorneys for Defendant Del Monte Foods*<br>[Electronically Served Using CM/ECF] | John F. Mullen<br>Email: jmullen@cozen.com<br>Julie Negovan<br>Email: jnegovan@cozen.com<br>**COZEN O'CONNOR**<br>1900 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 665-2000<br>Facsimile: (215) 665-2013<br>*Attorneys for Defendant Del Monte Foods, Co.*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| Carol A. Licko<br>Email: calicko@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] | Robert C. Troyer<br>Email: rctroyer@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>1200 17th Street<br>One Tabor Center, suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Facsimile: (303) 899-7333<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] |
| Craig A. Hoover<br>Email: cahoover@hhlaw.com<br>Miranda L. Berge<br>Email: mlberge@hhlaw.com<br>**HOGAN & HARTSON L.L.P.**<br>555 13TH Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br>*Attorneys for Defendant Nestlé Purina Petcare Co.*<br>[Electronically Served Using CM/ECF] | James K. Reuss<br>Email: JReuss@lanealton.com<br>**LANE ALTON & HORST, LLC**<br>Two Miranova Place<br>Suite 500<br>Columbus, Ohio 43215<br>Telephone: (614) 233-4719<br>*Attorneys for Defendant The Kroger Co. of Ohio*<br>[Electronically Served Using CM/ECF] |
| Robin L. Hanger<br>Email: rlhanger@ssd.com<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>200 S. Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398<br>Telephone: (305) 577-7040<br>Facsimile: (305) 577-7001<br>*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*<br>[Electronically Served Using CM/ECF] | Ralph G. Patino<br>Email: rpatino@patinolaw.com<br>Dominick V. Tamarazzo<br>Email: dtamarazzo@patinolaw.com<br>Carlos B. Salup<br>Email: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, FL 33134<br>Telephone: (305) 443-6163<br>Facsimile: (305) 443-5635<br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*<br>[Electronically Served Using CM/ECF] |

| | |
|---|---|
| C. Richard Fulmer, Jr.<br>Email: rfulmer@Fulmer.LeRoy.com<br>**FULMER, LeROY, ALBEE, BAUMANN & GLASS, PLC**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, FL 33306<br>Telephone: (954) 707-4430<br>Facsimile: (954) 707-4431<br>*Attorneys for Defendant The Kroger Co. of Ohio*<br>[Electronically Served Using CM/ECF] | Craig P. Kalil<br>Email: ckalil@aballi.com<br>Joshua D. Poyer<br>Email: jpoyer@abailli.com<br>**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, FL 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br>*Attorneys for Defendant New Albertson's Inc. and Albertson's LLC*<br>[Electronically Served Using CM/ECF] |
| W. Randolph Teslik, P.C.<br>Email: rteslik@akingump.com<br>Andrew Dober<br>Email: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC*<br>[Electronically Served Using CM/ECF] | Jeffrey S. York<br>Email: jyork@mcguirewoods.com<br>Michael M. Giel<br>Email: mgiel@mcguirewoods.com<br>**McGUIRE WOODS LLP**<br>50 N. Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>Telephone: (904) 798-2680<br>Facsimile: (904) 360-6330<br>*Attorneys for Defendant Natura Pet Products, Inc.*<br>[Electronically Served Using CM/ECF] |
| Kristen E. Caverly<br>Email: kcaverly@hcesq.com<br>**HENDERSON & CAVERLY LLP**<br>P.O. Box 9144<br>16236 San Dieguito Road, Suite 4-13<br>Rancho Santa Fe, California 92067-9144<br>*Attorneys for Defendant Natura Pet Products, Inc.*<br>[Electronically Served Using CM/ECF] | |

Catherine J. MacIvor
Email: cmacivor@mflegal.com
Jeffrey Eric Foreman
Email: jforeman@mflegal.com
Jeffrey Bradford Maltzman
Email: jmaltzman@mflegal.com
Darren W. Friedman
Email: dfriedman@mflegal.com
Bjorg Eikeland
Email: beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

Patrick N. Keegan
Email:
Jason E. Baker
Email:
Edgar R. Nield
Email:
**KEEGAN & BAKER, LLP**
4370 Jolla Village Dr., Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

*Attorneys for Plaintiffs*

Amy W. Schulman
Alexander Shaknes
Email: Alex.Shaknes@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Lonnie L. Simpson
Email: Lonnie.simpson@dlapiper.com
S. Douglas Knox
Email: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
101 East Kennedy Boulevard, Suite 2000
Tampa, FL 33602-5149
Telephone: (813) 229-2111
Facsimile: (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Omar Ortega
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, FL 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
Email: ortegalaw@bellsouth.net

*Attorney for Defendant Mars, Inc. and Mars Petcare U.S. and Nutro Products, Inc.*

Benjamin Reid
Email: bried@carltonfields.com
Ana Craig
Email: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, FL 33131-0050
Telephone: (305) 530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

John J. Kuster
Email: jkuster@sidley.com
James D. Arden
Email: jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Kara L. McCall
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, IL 60633
Telephone: (312) 8533-2666
Email: kmccall@sidley.com

*Attorneys for Defendant Hill's Pet Nutrition, Inc.*

Dane Butswinkas
Email: dbutswinkas@wc.com
Philip A. Sechler
Email: psechlelr@wc.com
Thomas G. Hentoff
Email: thentoff@wc.com
Patrick J. Houlihan
Email: phoulihan@wc.com
Amy R. Davis
Email: adavis@wc.com
Juli Ann Lund
jlund@wc.com
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, DC 2005
Telephone: (202) 434-5000

*Attorneys for Defendants Nutro Products, Inc. Mars, Incorporated and Mars Petcare, U.S.*

Craig A. Hoover
Email: cahoover@hhlaw.com
E. Desmond Hogan
Email: edhogan@hhlaw.com
Miranda L. Berge
Email: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina Petcare Co.*

Carol A. Licko
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
Email: calicko@hhlaw.com

*Attorneys for Defendants Nestle Purina Petcare Co.*

11