[Blaszkowski et al v. Mars Inc. et al](#) Doc. 500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,
vs.

**MARS INC.**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 21, 2008, the Court issued an Order requiring Plaintiff, Lisa MacDonald, to retain new counsel, or notify the Court of her intent to proceed *pro se* on or before September 15, 2008 [D.E. 455]. Plaintiff failed to comply with the August 21, 2008 Order, and so, on September 16, 2008, the Court issued an Order to Show Cause [D.E. 487]. The Order to Show Cause required Plaintiff to comply with the August 21, 2008 Order on or before September 23, 2008, and warned that failure to do so would result in an order striking Lisa MacDonald as a named plaintiff in this cause without further notice.

Plaintiff has not complied with the Court's Orders and has not sought an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Lisa MacDonald, is **STRICKEN** as a named plaintiff in this cause.

[Dockets.Justia.com](https://dockets.justia.com/)

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2008.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
Lisa MacDonald, *pro se*