UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,
vs.

**MARS INC.**, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court on the Unopposed Motion for Admission of Robert C. Mardian III *Pro Hac Vice* ("Unopposed Motion") [D.E. 499] for Defendant, Natura Pet Products, Inc., filed on September 30, 2008. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion **[D.E. 499]** is **GRANTED**. Robert C. Mardian III, Esq. may appear and participate *pro hac vice* in the above-styled case as counsel on behalf of Defendant, Natura Pet Products, Inc.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2008.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record