# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

    Plaintiffs,

vs.

**MARS INC.**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 25, 2008, the Court issued an Order requiring Plaintiff, Debbie Rice, to retain new counsel, or notify the Court of her intent to proceed *pro se* on or before September 15, 2008 [D.E. 460]. Plaintiff failed to comply with the August 25, 2008 Order, and so, on September 19, 2008, the Court issued an Order to Show Cause [D.E. 492]. The Order to Show Cause required Plaintiff to comply with the August 25, 2008 Order on or before September 26, 2008, and warned that failure to do so would result in an order striking Debbie Rice as a named plaintiff in this cause without further notice.

Plaintiff has not complied with the Court's Orders and has not sought an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Debbie Rice, is **STRICKEN** as a named plaintiff in this cause.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of October, 2008.

                                            **CECILIA M. ALTONAGA**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Debbie Rice, *pro se*