UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,
vs.

**NATURA PET PRODUCTS, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff, Patricia Davis ("Davis"), and Defendants The Iams Company; Del Monte Foods, Co.; Hill's Pet Nutrition, Inc.; Nestle Purina Petcare Co.; Menu Foods, Inc. and Menu Foods Income Fund; Mars, Inc.; Mars Petcare US, Inc.; and Nutro Products, Inc.'s (collectively, "Defendants[']") Stipulation for Order of Dismissal With Prejudice (the "Stipulation") [D.E. 506], filed on October 9, 2008. The Court having reviewed the Stipulation and the record, and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that all claims that were raised or that could have been raised by Davis against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of October, 2008.

                                                           _____
                                                           **CECILIA M. ALTONAGA**
                                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record