UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

    Plaintiffs,

vs.

**NATURA PET PRODUCTS, INC.**,

    Defendant.

_____/

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** came before the Court upon Plaintiffs' Motion for Enlargement of Time to Reply to Defendant Natura's Response to Plaintiffs' Motion for Voluntary Dismissal With Prejudice Without an Award of Costs and Fees ("Motion") [D.E. 524], filed on October 22, 2008. The Court has carefully considered the Motion, and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion **[D.E. 524]** is hereby **GRANTED**.

2.     Plaintiffs shall have until **November 6, 2008** to file their reply.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2008.

                                                              **CECILIA M. ALTONAGA**
                                                              **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record