UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

      Plaintiffs,
vs.

**NATURA PET PRODUCTS INC.**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Plaintiffs' Agreed Motion to File Financial Affidavits and Supporting Documents of Renee Blaszkowski and Jennifer Damron Under Seal ("Motion") [D.E. 539], filed on November 6, 2008. Pursuant to the CM/ECF Administrative Procedures, proposed orders shall be filed initially as an attachment to a motion, notice, or other filing; however, the final version of the proposed document must be e-mailed to Judge Altonaga at altonaga@flsd.uscourts.gov in WordPerfect or Word format.[1] Plaintiffs failed to file their proposed order as an attachment to their Motion as required, and they did not submit it to the Court in the format outlined above. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 539]** is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of November, 2008.

                                                  _____
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.