UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

      Plaintiffs,
vs.

**NATURA PET PRODUCTS INC.**, *et al.*,

      Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court on counsel for the Plaintiffs, Maltzman Foreman's Objections, Motion to Quash and Motion for Protective Order as to Subpoenaed Documents ("Motion") [D.E. 540], filed on November 6, 2008. Pursuant to S.D. Fla. Local Rule 7.1A(3), a moving party must confer in good faith with all parties who may be affected by the requested relief and certify to the Court whether the opposing party or parties agree to any part of the motion. The Local Rules further provide that failure to comply with the rule may result in denial of the motion. *See id*. Plaintiffs have failed to certify that they have conferred with opposing counsel regarding the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 540]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November, 2008.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record