UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Turnoff

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

  Plaintiffs/Class Representatives,
vs.

MARS INC., *et al.*,

  Defendants.
_____/

**RESPONSE TO NATURA PET PRODUCTS, INC.'S MOTION TO STRIKE
PLAINTIFFS' EVIDENTIARY OBJECTION TO REPLY BRIEF
AND CROSS-MOTION TO ALLOW LEAVE TO FILE OBJECTION**

The Plaintiffs hereby respond to Defendant's, Natura Pet Products, Inc. ("Natura"), Motion to Strike Plaintiffs' Evidentiary Objections to Reply Brief [DE 545] and Cross-Motion to Allow Leave to File Objection, and state as follows:

**I. Introduction**

On October 10, 2008, Natura filed a Motion for Summary Judgment against Non-Natura Plaintiffs Linda Brown, *et al.* [DE 515]. The Plaintiffs filed a Response to that Motion and Natura filed a Reply on November 5, 2008. [DE 534]. Two days later, on November 7, the Plaintiffs filed an Evidentiary Objection to Natura's Reply because the Reply contained a substantial amount of information that relied upon evidence that was irrelevant to the motion before this Honorable Court, mischaracterized the law, and unfairly confused the issues. [DE 543]. Natura subsequently filed a motion to strike the Evidentiary Objection, alleging that it was a sur-reply. [DE 545]. Because the Evidentiary Objection was limited to objecting to irrelevant

evidence put forth by Natura in its Reply and was not a "legal memoranda" as Natura suggests, the Plaintiffs respectfully request that the Evidentiary Objection be considered and that Natura's Motion to Strike the Evidentiary Objection be denied.

## II. The Evidentiary Objection is not a Sur-Reply under Local Rule 7.1

Natura uses Local Rule 7.1 for the basis of its motion and improperly claims that the Plaintiffs' evidentiary objection constituted a sur-reply filed by the Plaintiffs without first obtaining leave of Court. [DE 545, p. 3]. Natura asserts that the evidentiary objection "does not actually address any evidence" and instead "responds to legal argument raised in the reply." [DE 545, p. 3]. Natura also erroneously suggests that the only point of the Plaintiffs' evidentiary objection was to "tenuously argue that plaintiffs who pled no claims against Natura can nonetheless maintain an action and seek legal recovery against Natura by using discovery responses to amend the pleadings." [DE 545, p. 3]. As explained in more detail *supra*, the Plaintiffs _were not_ attempting to make _any_ legal argument, but were instead simply objecting to the evidence relied upon by Natura to disingenuously support the issues raised in its Reply that were irrelevant to the motion for summary judgment, mischaracterized the question before this Honorable Court, and ultimately attempted to confuse the issues. More specifically, in its Reply in Support of its Motion for Summary Judgment as to all _non-Natura_ Plaintiffs, Natura used three pleadings that, as relied upon by Natura, were unrelated to Natura's particular motion for summary judgment in its attempt to make a number of legal arguments and factual assertions regarding the Plaintiffs in this case who have _demonstrated that they have viable claims against Natura_ and who are clearly _not the subject of the motion_ for summary judgment as to the non-Natura plaintiffs. In doing so, Natura put forth factual and legal assertions that, pursuant to

Federal Rules of Evidence 402 and 403, are outside the scope of this Honorable Court's consideration and which are therefore objectionable.

Natura filed a motion for summary judgment as to all non-Natura Plaintiffs. However, Natura devoted its Reply brief to arguing that Plaintiffs Jennifer Damron, Cindy Tregoe, Jo-Ann Murphy, and Susan Peters do not have valid claims against Natura. The evidence relied upon to support this argument is not germane to Natura's Motion for Summary Judgment, which does *not* pertain to these four plaintiffs. In fact Natura's Motion for Summary Judgment explicitly pertains to only *non-Natura* Plaintiffs,[1] which does not include Jennifer Damron, Cindy Tregoe, Jo-Ann Murphy, or Susan Peters. For this very reason, the Plaintiffs object to the Reply itself to the extent that it uses and represents *any evidence* concerning the claims that Jennifer Damron, Cindy Tregoe, Jo-Ann Murphy, and Susan Peters have against Natura. This includes the Fourth Amended Complaint, [DE 349], the Notice of Pending and Dismissed Claims, [DE 494], and a Motion for Voluntary Dismissal [DE 518], all of which are cited to in pages two through five of Natura's Reply,[2] are relied upon as the sole base of Natura's argument, and are considered evidence. *See Pruitt v. Mote*, 503 F.3d 647, 659 n.14 (7th Cir. 2007) (explaining that the complaint and legal memoranda are considered evidence); *Stat-Tech Int'l Corp. v. Delutes (In re Stat-Tech Int'l Corp.)*, 47 F.3d 1054, 1058 (10th Cir. 1995); *May v. Vanlandingham*, 2008 U.S. Dist. LEXIS 43642, *14 (E.D.N.C. June 3, 2008).

It is at this point that Natura fundamentally misunderstands the Evidentiary Objection filed by the Plaintiffs. The purpose of the Evidentiary Objection is not an attempt to argue that

---

[1] The caption of Natura's Motion for Summary Judgment as to the non-Natura Plaintiffs lists the following plaintiffs: LINDA BROWN, TONE GAGLIONE, JANE HERRING, DEBORAH HOCK, RAUL ISERN, CLAIRE KOTZAMPALTIRIS, MICHELE LUCARELLI, MARIAN LUPO, SHARON MATHIESEN, DEBORAH MCGREGOR, JULIE NELSON, ANN QUINN, MARLENA RUCKER, SANDY SHORE, STEPHANIE STONE, BETH WILSON, PATRICIA HANRAHAN, DONNA HOPKINS-JONES, DANIELLE VALORAS, CAROLYN WHITE, AND LOU WIGGINS.

[2] As stated in the Evidentiary Objection, *these* pages and the content therein, which arises *only* from these three filings, are the portions of the Reply to which the Plaintiffs object.

Plaintiffs Damron, Tregoe, Murphy and Peters have valid claims against Natura. Instead, the purpose of the Evidentiary Objection is to object to the factual and legal assertions improperly raised by Natura based on the evidence Natura improperly relied upon in its Reply as such evidence is irrelevant to the motion for summary judgment in support of which the Reply was submitted, will cause undue delay and unfairly confuse the issues contained in the Motion for Summary Judgment in support of which the Reply was submitted, and otherwise mischaracterizes the law. If Natura wishes to argue that Natura Plaintiffs Damron, Tregoe, Murphy and Peters do not have valid claims against Natura, they must do so in a separate motion; however, using the three aforementioned filings by the Plaintiffs to litigate, in the Reply to the Motion for Summary Judgment against all *non-Natura* Plaintiffs, the validity of the claims that *Natura* Plaintiffs Damron, Tregoe, Murphy, and Peters have against Natura is inappropriate. Moreover, consideration of the evidence presented by Natura in its Reply that is intended to encourage this Court to consider the validity of these four Plaintiffs' claims in a Motion for Summary Judgment that concerns only non-Natura plaintiffs confuses the issues as they are completely distinct considerations for this Court.[3]

**III. If this Court were to determine that the Plaintiffs' Evidentiary Objection to the Reply Brief is a sur-reply, then the Plaintiffs respectfully request leave that it be accepted as such**

As discussed *supra*, the purpose of the Evidentiary Objection is to object to the evidence used for the purpose for which Natura used it in its Reply. However, while the Plaintiffs respectfully suggest that the Evidentiary Objection is not a sur-reply, if this Court were to reach the opposite conclusion, the Plaintiffs respectfully request this Court grant the Plaintiffs leave under Local Rule 7.1 to file the Evidentiary Objection as a sur-reply. Local Rule 7.1(C) grants

---

[3] This is especially true given that the Reply mischaracterizes the law and prejudices the Plaintiffs who have no opportunity to respond because this new mischaracterization of the law was first filed in the Reply.

**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

this Court the discretion to allow a sur-reply to be filed with leave of the Court. *See* Local Rule 7.1(C). Accordingly, although the Plaintiffs contend that the Evidentiary Objection is not a sur-reply, if this Court were to determine otherwise, the Plaintiffs respectfully request leave to file a sur-reply and that the Evidentiary Objection be accepted as such.

**IV.  Conclusion**

The Plaintiffs respectfully request this Court deny all relief requested by Natura in its Motion to Strike Plaintiffs' Evidentiary Objection to Reply Brief or, in the alternative, grant leave to file the objection as a sur-reply, and for all other relief that this Court deems just and proper.

**RULE 7.1 CERTIFICATE**

The undersigned has conferred with counsel for Natura, Kristen Caverly, who opposes the filing of a sur-reply and opposes a motion to treat the Evidentiary Objections as a sur-reply.

Dated: November 28, 2008
      Miami, FL

By: s/ Jonathan C. Schwartz
Jeffrey B. Maltzman (FBN 0048860)
jmaltzman@mflegal.com
Catherine J. MacIvor (FBN 932711)
cmacivor@mflegal.com
Jonathan C. Schwartz (FBN 0051540)
jschwartz@mflegal.com
MALTZMAN FOREMAN, PA
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

PATRICK N. KEEGAN
pkeegan@keeganbaker.com
JASON E BAKER
jbaker@keeganbaker.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122

Tel: 858-552-6750 / Fax 858-552-6749
*Attorneys for Plaintiffs*

6
**MALTZMAN FOREMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of November, 2008. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                         s/ Jonathan C. Schwartz  
                             Jonathan C. Schwartz

# SERVICE LIST

## CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6745
Facsimile:     858-552-6749

*Attorney for Plaintiffs*

**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
Telephone: (813) 229-2111
Facsimile:  (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6750
Facsimile:     858-552-6749

*Attorneys for Plaintiffs*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**MARK C. GOODMAN**
mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc.
and Mars Petcare U.S. and Nutro Products, Inc.*

**BARBARA BOLTON LITTEN**
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**ROBERT C. MARDIAN III**
rmardian@hcesq.com
**HENDERSON CAVERLY PUM & CHARNEY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendants Nestle Purina Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550

*Attorneys for Defendants Nestle Purina Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina Petcare Co.*

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

| | |
|---|---|
| **W. RANDOLPH TESLIK**<br>E-Mail: rteslik@akingump.com<br>**ANDREW J. DOBER**<br>E-Mail: adober@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile:  (202) 887-4288<br><br>*Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | **CRAIG P. KALIL**<br>E-Mail: ckalil@aballi.com<br>**JOSHUA D. POYER**<br>E-Mail: jpoyer@abailli.com<br>**ABALLI MILNE KALIL & ESCAGEDO**<br>2250 Sun Trust International Center<br>One S.E. Third Avenue<br>Miami, Florida 33131<br>Telephone:  (303) 373-6600<br>Facsimile:   (305) 373-7929<br><br>*Attorneys for New Albertson's Inc. and Albertson's LLC* |
| **RALPH G. PATINO**<br>E-Mail: rpatino@patinolaw.com<br>**DOMINICK V. TAMARAZZO**<br>E-Mail: dtamarazzo@patinolaw.com<br>**CARLOS B. SALUP**<br>E-Mail: csalup@patinolaw.com<br>**PATINO & ASSOCIATES, P.A.**<br>225 Alcazar Avenue<br>Coral Gables, Florida 33134<br>Telephone: (305) 443-6163<br>Facsimile:  (305) 443-5635<br><br>*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **ROLANDO ANDRES DIAZ**<br>E-Mail: rd@kubickdraper.com<br>**PETER S. BAUMBERGER**<br>E-Mail: psb@kubickidraper.com<br>**KUBICKI DRAPER**<br>25 W. Flagler Street, Penthouse<br>Miami, Florida 33130-1712<br>Telephone: (305) 982-6708<br>Facsimile:  (305) 374-7846<br><br>*Attorneys for Defendant Pet Supermarket, Inc.* |
| **HUGH J. TURNER, JR.**<br>E-Mail: hugh.turner@akerman.com<br>**AKERMAN SENTERFITT & EDISON**<br>350 E. Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, Florida 33301-2229<br>Telephone: (954)463-2700<br>Facsimile:  (954)463-2224<br><br>*Attorneys for Defendant Publix Super Markets, Inc.* | **C. RICHARD FULMER, JR.**<br>E-Mail: rfulmer@Fulmer.LeRoy.com<br>**FULMER, LEROY, ALBEE, BAUMANN, &<br>GLASS**<br>2866 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-4430<br>Facsimile:  (954) 707-4431<br><br>*Attorneys for Defendant The Kroger Co. of Ohio* |