## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

RENEE BLASZKOWSKI, *et al*.,
individually and on
behalf of others similarly situated,

      Plaintiffs,

vs.

MARS, INC., *et al*.,

      Defendants.

_____/

### NOTICE OF REMOVAL OF AMY W. SCHULMAN AND WILLIAM C. MARTIN FROM ELECTRONIC SERVICE LIST

Attorneys Amy W. Schulman and William C. Martin currently appear as counsel for Defendants, Menu Foods, Inc. and Menu Foods Income Fund. Defendants request that Ms. Schulman's and Mr. Martin's names be removed from the Court's CM/ECF distribution list for this matter, as they are no longer with DLA Piper LLP (US).

                                              s/Lonnie L. Simpson
                                              Lonnie L. Simpson
                                              Florida Bar Number 821871
                                              lonnie.simpson@dlapiper.com
                                              S. Douglas Knox
                                              Florida Bar Number 849871
                                              douglas.knox@dlapiper.com
                                              DLA Piper LLP (US)
                                              100 N. Tampa Street, Suite 2200
                                              Tampa, Florida 33602-5809
                                              813/229-2111 (telephone)
                                              813/229-1447 (facsimile)

Dockets.Justia.com

*Of Counsel*

Alexander Shaknes (*admitted pro hac vice*)
alex.shaknes@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212)335-4829 (telephone)
(212)884-8629 (facsimile)

Attorneys for Defendants, Menu Foods, Inc.
and Menu Foods Income Fund

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 1, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/ Lonnie L. Simpson
                                         Attorney

# Case No.: 07-21221-CIV-ALTONAGA/TURNOFF

## SERVICE LIST

| | | |
|---|---|---|
| **Olga M. Vieira**<br>**Benjamin Reid**<br>**Ana M. Craig**<br>Carlton Fields<br>100 SE 2nd Street<br>Suite 4000<br>PO Box 019101<br>Miami, FL 33131-9101 | **Marcos Daniel Jimenez**<br>Kenny Nachwalter Seymour Arnold Critchlow & Spector<br>201 S Biscayne Boulevard<br>Suite 1100<br>Miami, FL 33131-4327 | **Brian D. Wright**<br>**D. Jeffrey Ireland**<br>**Laura A. Sanom**<br>Faruki Ireland & Cox<br>10 N Ludlow Street<br>500 Courthouse Plaza, SW<br>Dayton, OH 45402 |
| **Tony F. Famani**<br>Henderson & Caverly LLP<br>P.O. Box 9144<br>Rancho Santa Fe, CA 92067 | **Sherril May Colombo**<br>Cozen O'Connor<br>200 S Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131 | **Richard Fama**<br>**John J. McDonough**<br>Cozen O'Connor<br>45 Broadway<br>New York, NY 10006 |
| **James D. Arden**<br>**John J. Kuster**<br>**Kara L. McCall**<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019-6018 | **Rolando Andres Diaz**<br>**Maria Kayanan**<br>Kubicki Draper<br>25 W Flagler Street<br>Penthouse<br>Miami, FL 33130-1712 | **Mark Whitburn**<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201 |
| **Andrew J. Dober**<br>**W. Randolph Teslik**<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | **Jeffrey Eric Foreman**<br>**Darren Wayne Friedman**<br>**Catherine J. MacIvor**<br>**Jeffrey Bradford Maltzman**<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300<br>One Biscayne Tower<br>Miami, FL 33131-1803 | **Dane H. Butswinkas**<br>**Thomas G. Hentoff**<br>**Patrick J. Houlihan**<br>**Philip A. Sechler**<br>**Amy R. Davis**<br>**Juli Ann Lund**<br>Williams & Connolly<br>725 12th Street NW<br>Washington, DC 20005-3901 |
| **Alan Graham Greer**<br>Richman Greer Weil Brumbaugh<br>201 S Biscayne Boulevard, Suite 1000<br>Miami, FL 33131 | **Robin Lea Hanger**<br>Squire Sanders & Dempsey LLP<br>200 S Biscayne Boulevard<br>40th Floor<br>Miami, FL 33131-2398 | **John B. T. Murray, Jr.**<br>Squire Sanders & Dempsey LLP<br>1900 Phillips Point West<br>777 S Flagler Drive<br>Suite 1900<br>West Palm Beach, FL 33401 |
| **Miranda L. Berge**<br>**Craig A. Hoover**<br>Hogan & Hartson<br>555 13th Street NW<br>Washington, DC 20004-1109 | **Robert C. Troyer**<br>Hogan & Hartson<br>1200 17th Street<br>One Tabor Center, Suite 1500<br>Denver, CO 80202 | **Carol Ann Licko**<br>Hogan & Hartson<br>1111 Brickell Avenue<br>Suite 1900<br>Miami, FL 33131 |

| | | |
|---|---|---|
| **Alexander Shaknes**<br>**Amy W. Schulman**<br>DLA Piper US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 | **Lonnie L. Simpson**<br>**S. Douglas Knox**<br>DLA Piper US LLP<br>101 E. Kennedy Blvd., Ste. 2000<br>Tampa, Florida 33602 | **William C. Martin**<br>DLA Piper US LLP<br>203 N LaSalle Street<br>Suite 1900<br>Chicago, IL 60601 |
| **Omar Ortega**<br>Dorta & Ortega, P.A.<br>Douglas Entrance<br>800 S Douglas Rd., Ste. 149<br>Coral Gables, FL 33134 | **Ralph George Patino**<br>**Carlos B. Salup**<br>**Dominick V. Tamarazzo**<br>Patino & Associates, P.A.<br>225 Alcazar Avenue<br>Coral Gables, FL 33134 | **Hugh J. Turner, Jr.**<br>Akerman Senterfitt & Eidson<br>350 E Las Olas Boulevard<br>Suite 1600<br>Fort Lauderdale, FL 33301 |
| **C. Richard Fulmer, Jr.**<br>Fulmer LeRoy Albee<br>Baumann & Glass<br>2866 E. Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 | **Craig Kalil**<br>2250 Sun Trust International Center<br>One Southeast Third Avenue<br>Miami, FL 33131 | **James K. Reuss**<br>Lane Alton & Horst, LLC<br>Two Miranova Place<br>Suite 500<br>Columbus, OH 43215 |
| **Robert A. Valadez**<br>**Javier T. Duran**<br>Shelton & Valadez<br>600 Navarro, Suite 500<br>San Antonio, TX 78205 | | |

**and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants**:

**John F. Mullen**
Cozen O'Connor
1900 Market Street
3rd Floor The Atrium
Philadelphia, PA 19103

**Mark C. Goodman**
Squire Sanders & Dempsey LLP
1900 Phillips Point West
777 S Flagler Drive
Suite 1900
West Palm Beach, FL 33401