UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.*,

    Plaintiffs,

vs.

NATURA PET PRODUCTS INC., *et al.*,

    Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court upon the Plaintiffs' Renewed Motion to File Financial Affidavits and Supporting Documents of Renee Blaszkowski and Jennifer Damron Under Seal ("Motion") [D.E. 566], filed on November 26, 2008. The Court has carefully considered the Motion and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion **[D.E. 566]** is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of December, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record