# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

## CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.*,

      Plaintiffs,

vs.

NATURA PET
PRODUCTS, INC., *et al.*,

      Defendants.

_____/

## ORDER ON MOTION TO STRIKE

**THIS CAUSE** came before the Court upon Plaintiff, Susan Peters' Motion to Strike Portions of Defendant Natura Pet Products, Inc.'s Reply in Support of Its Motion for Summary Judgment Against Plaintiff Susan Peters ("Motion") [D.E. 570], filed on December 2, 2008. Being fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion **[D.E. 570]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of December, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record