UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,
Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
Defendants.
_____/

**STIPULATION TO ENLARGEMENT OF DEADLINES FOR NATURA PET PRODUCTS, INC.'S RESPONSES IN OPPOSITION TO THE MOTION FOR CLASS CERTIFICATION AND THE MOTION FOR RECONSIDERATION TO ADD AND/OR SUBSTITUTE ARNA CORTAZZO AS A PLAINTIFF/CLASS REPRESENTATIVE, AND TO EXTEND THE DEADLINES FOR PLAINTIFFS TO FILE REPLIES TO NATURA'S RESPONSES**

Pursuant to Federal Rules of Civil Procedure Rule 6(b), and in order to allow Natura's lead counsel, Kristen E. Caverly, to attend to the unexpected death of a family member, the parties hereby stipulate to the following modification of briefing deadlines:

|  | Previous Due Date | New Stipulated Due Date |
|---|---|---|
| Natura's response in opposition to the Motion for Class Certification [D.E. 560] | 12/8/2008 | 12/23/2008 |
| Natura's response in opposition to the Motion for Reconsideration to Add and/or Substitute Arna Cortazzo [D.E. 555] | 12/5/2008 | 12/23/2008 |
| Plaintiff's reply to Natura's response to the Motion for Class Certification [D.E. 560] | 12/18/2008 | 1/16/2009 |

1

| Plaintiff's reply to Motion for Reconsideration to Add and/or Substitute Arna Cortazzo [D.E. 555] | 12/15/2008 | 1/16/2009 |

All other deadlines shall remain unchanged.

**STIPULATED TO AND AGREED BY:**

DATED: December 2, 2008

/s/ Patrick N. Keegan
Patrick N. Keegan
Email: pkeegan@keeganbaker.com

Jason E. Baker
Email: jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
Edgar R. Nield
**EDGAR R. NIELD**
Email: enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749

Catherine J. MacIvor
E-mail: cmacivor@mflegal.com
Jeffrey E. Foreman
E-mail: jforeman@mflegal.com
Jeffrey B. Maltzman
E-mail: jmaltzman@mflegal.com
Darren W. Friedman
E-mail: dfriedman@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077

*Attorneys for Plaintiffs*

/s/ Kristen E. Caverly
Kristen E. Caverly
E-mail: kcaverly@hcesq.com

Robert C. Mardian III
E-mail: rmardian@hcesq.com
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067-9144
E-mail: kcaverly@hcesq.com

Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Michael M. Giel
E-mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*