UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.*,

       Plaintiffs,

vs.

NATURA PET
PRODUCTS, INC., *et al.*,

       Defendants.

_____/

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** came before the Court upon the parties' Stipulation to Enlargement of Deadlines ("Stipulation") [D.E. 572], filed on December 4, 2008. The Court has carefully considered the Stipulation and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The parties' Stipulation **[D.E. 572]** is **GRANTED**.

2.    Defendant, Natura Pet Products, Inc., shall file any responses in opposition to the Motion for Class Certification on or before **December 23, 2008**.

3.    Plaintiffs shall file their reply in support to the Motion for Class Certification on or before **January 16, 2009**.

4.    Defendant, Natura Pet Products, Inc., shall file any responses in opposition to the Motion for Reconsideration to Add and/or Substitute Arna Cortazzo as a Plaintiff/Class Representative ("Motion for Reconsideration") on or before **December 23, 2008**.

5.    Plaintiffs shall file their reply in support of the Motion for Reconsideration on or before

**January 16, 2009**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of December, 2008.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2