UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,
Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
Defendants.

_____

**REPLY TO PLAINTIFFS' RESPONSE TO NATURA PET PRODUCTS, INC.'S
MOTION TO STRIKE PLAINTIFFS' EVIDENTIARY OBJECTION TO REPLY
BRIEF AND CROSS-MOTION TO ALLOW LEAVE TO FILE**

Natura Pet Products, Inc., ("Natura") hereby replies to plaintiffs' Response to Motion to Strike Plaintiffs' Evidentiary Objections to Reply Brief and Cross-Motion to Allow Leave to File Objection ("Opposition to the Motion to Strike") [D.E. 567].

### I.   INTRODUCTION.

The Court should strike the Evidentiary Objection by Plaintiffs to Natura Pet Products, Inc.'s Reply in Support of Its Motion For Summary Judgment Against Non-Natura Plaintiffs Linda Brown, *et al.* ("Plaintiffs' Sur-Reply") [D.E. 543] because it fails to specify the evidence to which it objects and constitutes an impermissible sur-reply. Not until the Opposition to the Motion to Strike do Plaintiffs identify the "evidence" that Plaintiffs' Sur-Reply purports to object. The allegedly objectionable evidence consists of three pleadings, all of which were prepared and filed by Plaintiffs. Two of the pleadings were specifically identified in Natura's Request for Judicial Notice [D.E. 515-2] filed concurrently with the underlying Motion for Summary Judgment, and were, therefore, not raised for the first time in Natura's Reply Brief [D.E. 534]. The third pleading at

issue was utilized to directly refute an argument raised in Plaintiffs' Opposition to the Motion for Summary Judgment [D.E. 528]. As such, Natura's reliance upon it was proper. Accordingly, Plaintiffs have no valid grounds to pose evidentiary objections to Natura's Reply Brief. In addition, Plaintiffs' Sur-Reply is also improper because it cites and discusses case authorities that do not pertain to the admissibility of evidence, but attempt to attack legal argument contained in Natura's Reply Brief. Plaintiff's Sur-Reply is not an evidentiary objection, but is, in fact, an impermissible sur-reply and must be stricken.

## II. NATURA'S REPLY BRIEF DOES NOT INCLUDE IMPROPER EVIDENCE.

In the Opposition to the Motion to Strike, Plaintiffs identify for the first time the evidence to which the Plaintiffs' Sur-Reply allegedly objects. The "evidence" identified as objectionable in the Opposition to the Motion to Strike is Natura's reference to:

1. Fourth Amended Complaint [D.E. 349];
2. Plaintiffs' Notice of Pending and Dismissed Claims [D.E. 494]; and
3. Plaintiffs' Motion for Voluntary Dismissal [D.E. 518].

It is with great irony that Plaintiffs now object to the Court's consideration of the above three documents since they were all prepared and filed by Plaintiffs. Plaintiffs cannot argue that they were caught of guard by the contents of those papers. Indeed, two of the three documents identified above were specifically included in Natura's Request for Judicial Notice [D.E. 515-2] filed concurrently with the underlying Motion for Summary Judgment. Accordingly, Plaintiffs claim that the Fourth Amended Complaint [D.E. 349] and Notice of Pending and Dismissed Claims [D.E. 494] are new evidence offered for the first time in Natura's Reply is simply false.

The reference to Plaintiffs' Motion for Voluntary Dismissal is specifically raised to rebut the validity of Plaintiffs' contention, raised in the Opposition to the Motion to for Summary Judgment, that Paragraphs 3 through 32 of the Fourth Amended Complaint

2

exclusively control which Plaintiffs asserted claims against Natura. If it were true that Plaintiffs believed that Paragraphs 3 through 32 controlled, then Plaintiffs would have never filed Plaintiffs' Motion for Voluntary Dismissal. Accordingly, reference to Plaintiff's Motion for Voluntary Dismissal is offered only to rebut issues raised in Plaintiffs' Opposition to the Motion to for Summary Judgment, and is, thus, proper to raise in a reply brief pursuant to Local Rule 7.1.

### III. NATURA'S REPLY BRIEF DOES NOT INTRODUCE NEW ISSUES.

Natura's Reply Brief rebuts Plaintiffs' Opposition to the Motion to for Summary Judgment by illustrating the absurdity of the arguments it puts forth. Plaintiffs Linda Brown, Tone Gaglione, Jane Herring, Deborah Hock, Raul Isern, Claire Kotzampaltiris, Michele Lucarelli, Marian Lupo, Sharon Mathiesen, Deborah McGregor, Julie Nelson, Ann Quinn, Marlena Rucker, Sandy Shore, Stephanie Stone, Beth Wilson, Patricia Hanrahan, Donna Hopkins-Jones, Danielle Valoras, Carolyn White, and Lou Wiggins' acknowledgment that no Natura products are identified in the Fourth Amended Complaint among the lists of pet food that they allegedly purchased does nothing to create the needed certainty regarding pending claims against Natura because Plaintiffs Jo-Ann Murphy, Susan Peters, Cindy Tregoe, and Jennifer Damron, who pursued claims against Natura also did not include Natura products in their lists of alleged purchases in the Fourth Amended Complaint. The issue of whether Paragraphs 3 through 32 of the Fourth Amended Complaint controls which Plaintiffs have claims against Natura was raised by Plaintiffs, not Natura. Therefore, Natura's discussion and rebuttal of that issue in its Reply Brief is both necessary and appropriate under Local Rule 7.1.

### IV. CONCLUSION

For the foregoing reasons and the reasons set forth in Natura's Motion to Strike, Natura respectfully requests that the Evidentiary Objection by Plaintiffs to Natura Pet Products, Inc.'s Reply in Support of Its Motion For Summary Judgment Against Non-

Natura Plaintiffs Linda Brown, *Et. Al.* ("Plaintiffs' Sur-Reply") [D.E. 543] be stricken, and that this Court deny Plaintiffs' request in the alternative for leave to file a sur-reply [D.E. 567].

    McGUIREWOODS LLP

    By:   s/Michael M. Giel
          Jeffrey S. York
          Florida Bar No. 0987069
          Michael M. Giel
          Florida Bar No. 0017676
          50 N. Laura Street, Suite 3300
          Jacksonville, Florida 32202
          (904) 798-2680
          (904) 360-6330 (fax)
          jyork@mcguirewoods.com
          mgiel@mcguirewoods.com

    and

    HENDERSON, CAVERLY, PUM & CHARNEY LLP
    Kristen E. Caverly
    *Admitted Pro Hac Vice*
    Robert C. Mardian III
    *Admitted Pro Hac Vice*
    Post Office Box 9144
    Rancho Sante Fe, California 92067
    (858) 756-6342
    (858) 756-4732 (fax)
    kcaverly@hcesq.com
    rmardian@hcesq.com

    ATTORNEYS AND TRIAL COUNSEL FOR DEFENDANT NATURA PET PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel so indicated on the attached Service List.

                                                                                   s/Michael M. Giel
                                                                                         Attorney

**CERTIFICATE OF SERVICE**
**RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.**
Case No. 1:07-21221-CIV-ALTONAGA/TURNOFF
**SERVICE LIST**

Catherine J. MacIvor, Esquire
Jeffrey Eric Foreman, Esquire
Jeffrey Bradford Maltzman, Esquire
Darren W. Friedman, Esquire
Bjorg Eikeland
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077
cmacivor@mflegal.com
jforeman@mflegal.com
jmaltzman@mflegal.com
dfriedman@mflegal.com
beikeland@mflegal.com
*Attorneys for Plaintiffs*

Patrick N. Keegan, Esquire
Jason E. Baker, Esquire
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749
pkeegan@keeganbaker.com
jbaker@keeganbaker.com
*Attorneys for Plaintiffs*

John B.T. Murray, Jr., Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509
jbmurray@ssd.com
*Attorneys for Defendants PETCO Animal*
*Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*

*Stores, Inc., Target Corporation and Meijer, Inc.*

Rolando Andres Diaz, Esquire
Peter S. Baumberger, Esquire
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846
rd@kubickdraper.com
cyd@kubickidraper.com
psb@kubickidraper.com
*Attorneys for Defendant Pet Supermarket, Inc.*

Lonnie L. Simpson, Esquire
S. Douglas Knox, Esquire
**DLA PIPER LLP**
100 N. Tampa Street
Suite 2200
Tampa, Florida 33602-5809
Lonnie.simpson@dlapiper.com
Douglas.knox@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Alexander Shaknes, Esquire
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Alex.Shaknes@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Hugh J. Turner, Jr., Esquire
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
hugh.turner@akerman.com
*Attorneys for Defendants Publix Super Markets, Inc and H.E. Butt Grocery Co.*

Gary L. Justice, Esquire
Gail E. Lees, Esquire
Omar Ortega, Esquire
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
*Attorneys for Defendant Mars, Incorporated, Mars Petcare U.S., and Nutro Products, Inc.*

Benjamine Reid, Esquire
Olga M. Vieira, Esquire
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com
ovieira@carltonfields.com
*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

John J. Kuster, Esquire
James D. Arden, Esquire
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
jarden@sidley.com
*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Kara L. McCall, Esquire
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2666
kmccall@Sidley.com
*Attorneys for Defendants Colgate-Palmolive Company and Hill's Pet Nutrition, Inc.*

Marcos Daniel Jiménez, Esquire
Robert J. Alwine II, Esquire
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
mdj@kennynachwalter.com
ralwine@kennynachwalter.com
*Attorneys for Defendants Safeway, Inc. and*
*The Stop & Shop Supermarket Company LLC*

Sherril M. Colombo, Esquire
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
scolombo@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Richard Fama, Esquire
John J. McDonough, Esquire
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
rfama@cozen.com
jmcdonough@cozen.com
*Attorneys for Defendant Del Monte Foods*

John F. Mullen, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
jmullen@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Carol A. Licko, Esquire
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
calicko@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Robert C. Troyer, Esquire
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
rctroyer@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Craig A. Hoover, Esquire
Miranda L. Berge, Esquire
E. Desmond Hogan, Esquire
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cahoover@hhlaw.com
mlberge@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Alan G. Greer, Esquire
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
agreer@richmangreer.com
*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.*

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
Laura A. Sanom, Esquire
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
djireland@ficlaw.com
Bwright@ficlaw.com
lsanom@ficlaw.com
*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.*

Robin L. Hanger, Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
rlhanger@ssd.com
*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*

Ralph G. Patino, Esquire
Dominick V. Tamarazzo, Esquire
Carlos B. Salup, Esquire
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635
rpatino@patinolaw.com
dtamarazzo@patinolaw.com
csalup@patinolaw.com
*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

Robert Valadez, Esquire
Javier Thomas Duran, Esquire
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com

jduran@shelton-valadez.com
*Attorneys for Defendant H.E. Butt Grocery Co.*

Craig P. Kalil, Esquire
Joshua D. Poyer, Esquire
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
ckalil@aballi.com
jpoyer@abailli.com
*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

W. Randolph Teslik, Esquire
Andrew Dober, Esquire
**AKIN GUMPSTRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
rteslik@akingump.com
adober@akingump.com
*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

Jason Joffe, Esquire
**SQUIRE SANDERS & DEMPSEY, LLP**
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
jjoffe@ssd.com
*Attorneys for Defendant Meijer, Inc.*

\6810988.1