UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,
Plaintiffs,

vs.

MARS, INCORPORATED, *et al.*,
Defendants.
_____

### EVIDENTIARY OBJECTIONS BY NATURA PET PRODUCTS, INC. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, SUPPORTING DECLARATIONS AND EXHIBITS ATTACHED THERETO

**I. OBJECTIONS TO DEPOSITION OF PATRICIA DAVIS [D.E. 548-2 AND D.E. 552-3 (EXHIBIT C TO DECLARATION OF PATRICK KEEGAN, DATED NOVEMBER 14, 2008)]**

**A. Entire Deposition is Hearsay As Offered by Plaintiff Herself** - Natura Pet Products, Inc. ("Natura") hereby objects to plaintiff's use of the Deposition of Patricia Davis, dated September 24, 2008, in its entirety as hearsay. Under Federal Rule of Civil Procedure 32 ("Rule 32"), a party is only allowed to use an adverse party's deposition transcript. The only exceptions allowing use of one's own Deposition transcript are when the party is unavailable to testify or when it is used for impeachment purposes or other purposes expressly allowed by the Federal Rules of Evidence. Because Patricia Davis' Deposition is offered without falling under one of these allowable purposes, it is hearsay and should be stricken. *See* Fed. R. Evid. 802.

**B.     Excerpt-Specific Objections**

   1. Page 51:16-52:2

Q.     Tell me everything that you can remember about the signs that you saw advertising Natura products.

A.     Something about there's nothing in here you wouldn't want to eat yourself, it's like it's human quality food, something to that effect. Because I remember thinking if this is human food that's in this product, that means that they are getting – they're coming through a supplier just like humans do and it's being inspected by whoever inspects human food, like USDA, whoever does that, and, therefore, it's got to be good stuff and no wonder it's so expensive.

Natura objects to the above as (i) speculation and (ii) hearsay. *See* Fed. R. Evid. 602, 802.

   2. Page 52:7-19

Q.     Was it a pre-printed glossy type of manufacturing sign?

A.     Yes.

Q.     Tell me to the best you can remember everything about that sign.

A.     Just that it made me want to buy the food, but I didn't want to pay that much money for it.

Q.     Do you remember anything specifically that was written on the sign?

A.     Something to do with human food.

Q.     Do you remember whether the sign related to a particular brand of Natura's products?

A.     No.

Natura objects to the above as (i) hearsay, (ii) lacking foundation, and (iii) best evidence rule. *See* Fed. R. Evid. 802, 602, 1002.

   3. Page 57:17-21

Q.     Did you talk to anybody at Ocala Breeders & Supply about Natura products before you took the free samples home?

A. I must have because the one lady encouraged me to get them, but I don't remember the conversation.

Natura objects to the above as (i) hearsay (ii) lacking foundation. *See* Fed. R. Evid. 802, 602.

4. Page 89:14-19

A. I would like for them to be truthful and if they say that it's human grade ingredients in the package, it should be human grade. Human grade to me means it's inspected by the same people and bought from the same suppliers as you would feed it to yourself or your kids.

Natura objects to the above as (i) hearsay, (ii) lacking foundation, (iii) improper lay opinion, and because (iv) the probative value is outweighed by danger of potential prejudice, confusion, or misleading. *See* Fed. R. Evid. 802, 602, 701, 403.

**II. OBJECTIONS TO DEPOSITION OF PETER ATKINS [DE 549-2 AND DE 552-3 (EXHIBIT B TO DECLARATION OF PATRICK KEEGAN, DATED NOVEMBER 14, 2008)]**

Plaintiffs do not cite to the correct Deposition Transcript page numbers in their Class Certification Motion. Some of the citations to the Deposition of Peter Atkins cite to the Deposition Transcript page number, while the majority of the citations refer to the Docket Entry page number. This creates confusion in trying to determine what testimony is actually being cited and could mislead the Court. *See* Fed. R. Evid. 403. To aid the Court in ruling on objections made herein, the deposition transcript page number will be listed first and the page cited in the Class Certification Motion, if different, will be included in parentheses.

**A. Excerpt-Specific Objections**

1. Page 156:6-157:17 (D.E. 549-2 p. 149:6-150:17)

Q. I notice in Paragraph 2, starting about two-thirds of the way down of the first line, the statement is made that, "We use only ingredients you'd eat yourself." Correct?

A. Yes, sir.

3

Q. And it goes on to say "quality meats, whole grains, fresh fruits and vegetables, and complete vitamin and mineral supplements."

And I think I've seen representations by Natura in other advertising that – well, it's here too, excuse me. Under "Quality," "the highest quality human-grade pet food ingredients" are utilized in your products, correct?

A. That has been –

Ms. Caverly: I'll object as compound. I'm not sure which phrase or discussion you are asking him about.

Mr. Nield: Well, we can take them – we can take them individually then.

By Mr. Nield:
Q. Let's start with the one where you indicate that "We only use ingredients you'd eat yourself." Meaning that the pet owner, I'm assuming, would eat those ingredients themselves, correct?

A. The ingredients that we use, yes.

Q. And then going down to that section where it – titles "Quality," it says "because we only use the highest quality human-grade pet food ingredients in our dog and cat foods, we apply the highest quality manufacturing guidelines to our production process."

Do you see that?

A. Yes.

Q. Natura represents here and I think elsewhere that it uses human-grade ingredients in its pet food, correct?

A. Yes. Here it does, yeah.

Natura objects to the above on best evidence grounds. *See* Fed. R. Evid. 1002. The document being discussed should be provided.

2. Page 161:3-11 (D.E. 549-2 p. 154:3-11)

Q. …Is chicken meal a rendered ingredient?

A. Yes.

Q. How is that processed?

4

> A. Chicken meal is basically the meat and some bone and cartilage material taken from the chicken. It's generally off of backs and necks that come to the processing plant. The quality meat that's on those products are taken from the bone that didn't make it to the grocery store or to Colonel Sanders.

Natura objects to the above as incomplete and, therefore, its probative value is outweighed by danger of potential prejudice, confusion, or misleading. *See* Fed. R. Evid. 403. The immediately following testimony should be considered and reads:

> A. … It's processed, consolidated and sold to us, it could be sold to us for our pet food. Or if it wasn't sold to us, it could be sold to somebody who makes hot dogs or sandwich meats, that kind of an outlet.

### III. OBJECTIONS TO DECLARATION OF JEFFREY B. MALTZMAN AND ATTACHED EXHIBIT [DE 551-2]

Natura hereby objects to the Declaration of Jeffrey B. Maltzman executed on November 16, 2008, and exhibit attached thereto.

#### A. Specific objections

1. <u>Paragraph 9</u>:

   Defendant Natura Pet Products Inc.'s counsel Kristen Caverly acknowledged to me during an oral conversation in San Diego that her client sells approximately $100 million in pet food and pet snacks per year. She has also admitted to me that her client sells their food in all 50 states, including in Florida through a network of distributors.

Natura objects to the above as (i) hearsay and (ii) privileged settlement discussion. *See* Fed. R. Evid. 802, 408.

2. <u>Paragraph 10</u>:

   The printout from Brighton's website (the marketing agency for Defendant Natura) attached as Exhibit "A" to Plaintiff's Motion for Class Certification is a true and correct copy of Brighton's "Case study" of their work for Natura as it appears on their website as of November 17, 2008.

Natura objects to the above as (i) irrelevant (ii) hearsay (iii) lacking foundation. *See* Fed. R. Evid. 402, 802, 602.

3. <u>Exhibit "A" attached to the Declaration of Jeffrey B. Maltzman</u>:

Natura objects to the exhibit in its entirety because (i) its contents are unauthenticated and as (ii) irrelevant (iii) hearsay. *See* Fed. R. Evid. 901, 402, 802.

        McGUIREWOODS LLP

        By:   s/Michael M. Giel
            Jeffrey S. York
            Florida Bar No. 0987069
            Michael M. Giel
            Florida Bar No. 0017676
            50 N. Laura Street, Suite 3300
            Jacksonville, Florida 32202
            (904) 798-2680
            (904) 360-6330 (fax)
            jyork@mcguirewoods.com
            mgiel@mcguirewoods.com

        and

        HENDERSON, CAVERLY, PUM &
        CHARNEY LLP
        Kristen E. Caverly
        *Admitted Pro Hac Vice*
        Robert C. Mardian III
        *Admitted Pro Hac Vice*
        Post Office Box 9144
        Rancho Sante Fe, California 92067
        (858) 756-6342
        (858) 756-4732 (fax)
        kcaverly@hcesq.com
        rmardian@hcesq.com

        ATTORNEYS AND TRIAL COUNSEL
        FOR DEFENDANT NATURA PET
        PRODUCTS, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel so indicated on the attached Service List.

                                                                        s/Michael M. Giel
                                                                            Attorney

# CERTIFICATE OF SERVICE
## RENEE BLASZKOWSKI, ET AL., VS. MARS, INCORPORATED, ET AL.
### Case No. 1:07-21221-CIV-ALTONAGA/TURNOFF
### SERVICE LIST

Catherine J. MacIvor, Esquire
Jeffrey Eric Foreman, Esquire
Jeffrey Bradford Maltzman, Esquire
Darren W. Friedman, Esquire
Bjorg Eikeland
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile: (305) 374-9077
cmacivor@mflegal.com
jforeman@mflegal.com
jmaltzman@mflegal.com
dfriedman@mflegal.com
beikeland@mflegal.com
*Attorneys for Plaintiffs*

Patrick N. Keegan, Esquire
Jason E. Baker, Esquire
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive, Suite 640
San Diego, CA 92122
Telephone: (858) 552-6750
Facsimile: (858) 552-6749
pkeegan@keeganbaker.com
jbaker@keeganbaker.com
*Attorneys for Plaintiffs*

John B.T. Murray, Jr., Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509
jbmurray@ssd.com
*Attorneys for Defendants PETCO Animal
Supplies Stores, Inc., PetSmart, Inc., Wal-Mart*

*Stores, Inc., Target Corporation and Meijer, Inc.*

Rolando Andres Diaz, Esquire
Peter S. Baumberger, Esquire
**KUBICKI DRAPER**
25 W. Flagler Street
Penthouse
Miami, FL 33130-1712
Telephone: (305) 982-6708
Facsimile: (305) 374-7846
rd@kubickdraper.com
cyd@kubickidraper.com
psb@kubickidraper.com
*Attorneys for Defendant Pet Supermarket, Inc.*

Lonnie L. Simpson, Esquire
S. Douglas Knox, Esquire
**DLA PIPER LLP**
100 N. Tampa Street
Suite 2200
Tampa, Florida 33602-5809
Lonnie.simpson@dlapiper.com
Douglas.knox@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Alexander Shaknes, Esquire
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
Alex.Shaknes@dlapiper.com
*Attorneys for Defendants Menu Foods, Inc. and Menu Foods Income Fund*

Hugh J. Turner, Jr., Esquire
**AKERMAN SENTERFITT**
350 E. Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
hugh.turner@akerman.com
*Attorneys for Defendants Publix Super Markets, Inc and H.E. Butt Grocery Co.*

Gary L. Justice, Esquire
Gail E. Lees, Esquire
Omar Ortega, Esquire
**DORTA AND ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226
oortega@dortaandortega.com
*Attorneys for Defendant Mars, Incorporated,*
*Mars Petcare U.S., and Nutro Products, Inc.*

Benjamine Reid, Esquire
Olga M. Vieira, Esquire
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Bank of America Tower at International Place
Miami, Florida 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
breid@carltonfields.com
ovieira@carltonfields.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

John J. Kuster, Esquire
James D. Arden, Esquire
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jkuster@sidley.com
jarden@sidley.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

Kara L. McCall, Esquire
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-2666
kmccall@Sidley.com
*Attorneys for Defendants Colgate-Palmolive*
*Company and Hill's Pet Nutrition, Inc.*

Marcos Daniel Jiménez, Esquire
Robert J. Alwine II, Esquire
**KENNY NACHWALTER, P.A.**
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
mdj@kennynachwalter.com
ralwine@kennynachwalter.com
*Attorneys for Defendants Safeway, Inc. and*
*The Stop & Shop Supermarket Company LLC*

Sherril M. Colombo, Esquire
**COZEN O'CONNOR**
Wachovia Center, Suite 4410
200 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955
scolombo@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Richard Fama, Esquire
John J. McDonough, Esquire
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492
rfama@cozen.com
jmcdonough@cozen.com
*Attorneys for Defendant Del Monte Foods*

John F. Mullen, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013
jmullen@cozen.com
*Attorneys for Defendant Del Monte Foods, Co.*

Carol A. Licko, Esquire
**HOGAN & HARTSON L.L.P.**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
calicko@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Robert C. Troyer, Esquire
**HOGAN & HARTSON L.L.P.**
1200 17th Street
One Tabor Center, suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
rctroyer@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Craig A. Hoover, Esquire
Miranda L. Berge, Esquire
E. Desmond Hogan, Esquire
**HOGAN & HARTSON L.L.P.**
555 13TH Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cahoover@hhlaw.com
mlberge@hhlaw.com
*Attorneys for Defendants Nestlé USA, Inc. and Nestlé Purina Petcare Co.*

Alan G. Greer, Esquire
**RICHMAN GREER, P.A.**
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099
agreer@richmangreer.com
*Attorneys for Defendants Procter & Gamble Co. and The Iams Co.*

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
Laura A. Sanom, Esquire
**FARUKI IRELAND & COX P.L.L.**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402
djireland@ficlaw.com
Bwright@ficlaw.com
lsanom@ficlaw.com
*Attorneys for Defendant Procter & Gamble Co. and The Iams Co.*

Robin L. Hanger, Esquire
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
200 S. Biscayne Boulevard
40th Floor
Miami, Florida 33131-2398
Telephone: (305) 577-7040
Facsimile: (305) 577-7001
rlhanger@ssd.com
*Attorneys for Defendants PETCO Animal Supplies Stores, Inc.*

Ralph G. Patino, Esquire
Dominick V. Tamarazzo, Esquire
Carlos B. Salup, Esquire
**PATINO & ASSOCIATES, P.A.**
225 Alcazar Avenue
Coral Gables, Florida 33134
Telephone: (305) 443-6163
Facsimile: (305) 443-5635
rpatino@patinolaw.com
dtamarazzo@patinolaw.com
csalup@patinolaw.com
*Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.*

Robert Valadez, Esquire
Javier Thomas Duran, Esquire
**SHELTON & VALADEZ, P.C.**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com

jduran@shelton-valadez.com
*Attorneys for Defendant H.E. Butt Grocery Co.*

Craig P. Kalil, Esquire
Joshua D. Poyer, Esquire
**ABALLI, MILNE, KALIL & ESCAGEDO, P.A.**
2250 Sun Trust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
ckalil@aballi.com
jpoyer@abailli.com
*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

W. Randolph Teslik, Esquire
Andrew Dober, Esquire
**AKIN GUMPSTRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
rteslik@akingump.com
adober@akingump.com
*Attorneys for Defendants New Albertson's Inc.
and Albertson's LLC*

Jason Joffe, Esquire
**SQUIRE SANDERS & DEMPSEY, LLP**
200 South Biscayne Boulevard
Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
jjoffe@ssd.com
*Attorneys for Defendant Meijer, Inc.*

\6879828.1