UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al*

    Defendants.
_____/

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE BETWEEN DEFENDANT AND PLAINTIFF YVONNE THOMAS**

    Plaintiff, Yvonne Thomas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates and agrees that she voluntarily dismisses with prejudice her claims set forth in the Fourth Amended Complaint in the above-entitled case as to Defendant, Natura Pet Products, Inc., with no assessment of costs, including attorneys' fees or other expenses in this litigation, as between Thomas and Defendant, Natura Pet Products, Inc.

Dated this 5th day of January 2009.

s/ Catherine J. MacIvor
Catherine J. MacIvor
E-mail:  cmacivor@mflegal.com
Jeffrey Bradford Maltzman
E-mail:  jmaltzman@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile:  (305) 374-9077


Patrick N. Keegan
E-mail: pkeegan@keeganbaker.com
Jason E. Baker
E-mail: jbaker@keeganbaker.com
Ed Nield
E-mail: enield@nieldlaw.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:    (858) 552-6750
Facsimile:     (858) 552-6749

*Attorneys for Plaintiffs*

s/ Kristen E. Caverly
Kristen Caverly
E-mail: kcaverly@hcesq.com
Robert C. Mardian III
E-mail: rmardian@hcesq.com
**HENDERSON, CAVERLY, PUM & CHARNEY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone:  (858) 756-6342
Facsimile:   (858) 756-4732

Jeffrey S. York
E-mail: jyork@mcguirewoods.com
Michael Giel
E-mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 6th day of January, 2009. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

s/ Jeffrey S. York<br>
Jeffrey S. York

# SERVICE LIST

## CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:   858-552-6745
Facsimile:   858-552-6749

*Attorney for Plaintiffs*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**Robert C. Mardian III**
E-Mail: rmardian@hcesq.com
**HENDERSON & CAVERLY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone:  858-756-6342
Facsimile:   858-756-4732

*Attorneys for Defendant Natura Pet Products, Inc.*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:   858-552-6750
Facsimile:   858-552-6749

*Attorneys for Plaintiffs*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*