UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,

vs.

**NATURA PET PRODUCTS, INC.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Plaintiff, Yvonne Thomas, and Defendant, Natura Pet Products, Inc.'s Stipulation for Order of Dismissal With Prejudice (the "Stipulation") [D.E. 582], filed on January 6, 2009. The Court having reviewed the Stipulation and the record, and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that all claims that were raised or that could have been raised by Plaintiff, Yvonne Thomas against Defendant, Natura Pet Products, Inc., are **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of January, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record