07-21221.ob

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-21221-CIV-ALTONAGA-BROWN

RENE BLASZOWSKI, et al., individually
and on behalf of others similarly situated,

      Plaintiffs,

vs.

MARS INCORPORATED, et al.,

      Defendants.

_____/

## ORDER RE: MOTION REGARDING SUFFICIENCY OF ANSWERS

**This matter** is before this Court on Defendant Natura Pet Products, Inc.'s Motion Regarding the Sufficiency of Answers...(D.E. 587). The Court has considered the motion, noted the lack of responses thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and plaintiff Davis shall have five (5) days from the date of this order to file amended answers to Requests for Admissions 1, 3, 4, 5 and 6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2009.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Cecilia M. Altonaga
      parties and counsel of record