Blaszkowski et al v. Mars Inc. et al    Doc. 605

07-21221.oa

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-21221-CIV-ALTONAGA-BROWN

RENE BLASZOWSKI, et al., individually
and on behalf of others similarly situated,

      Plaintiffs,

vs.

MARS INCORPORATED, et al.,

      Defendants.

_____/

## ORDER RE: MOTIONS TO COMPEL

**This matter** is before this Court on three motions to compel filed by defendant Natura Pet Products, Inc. (D.E. 584, 585, and 586).[1] The Court has considered the motions, noted the lack of responses thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motions by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED,** as follows:

    1.   With regard to D.E. 584, the further responses to the interrogatories requested shall be provided.

    2.   With regard to D.E. 585, the further responses to the interrogatories requested shall be provided.

---

[1] All persons to whom these motions are directed are represented by the same lead counsel.

Dockets.Justia.com

3. With regard to D.E. 586, as to requests 1 and 2, plaintiff shall make her computer(s) available to be examined by defendant and shall allow a copy of her hard drives to be made. As to request 3, the documents shall be provided.

4. Plaintiffs shall have five (5) days from the date of this order to comply with paragraphs 1 and 2, supra, and to provide the documents in paragraph 3, supra.

5. Plaintiff shall have five (5) days from the date of this order to make said computer(s) available for inspection as per paragraph 3, supra.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2009.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Cecilia M. Altonaga
 parties and counsel of record