# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

      Plaintiffs,

vs.

**NATURA PET PRODUCTS, INC.,**

      Defendant.

_____/

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** came before the Court upon Plaintiffs' Agreed Motion for Enlargement of Time to File Joint Proposed Order Scheduling Mediation ("Agreed Motion") [D.E. 617], filed on February 2, 2009. The Court has carefully considered the Agreed Motion, and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion **[D.E. 617]** is hereby **GRANTED**.

2. The parties shall file a proposed order scheduling mediation in accordance with the requirements of the Court's April 25, 2008 Amended Order Setting Trial and Pretrial Schedule [D.E. 355] on or before **February 6, 2009**. The parties are reminded they must complete mediation and file a mediation report by February 23, 2009.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2009.

*Cecilia M. Altonaga*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record