UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:07-21221 CIV- ALTONAGA/BROWN

RENEE BLASZKOWSKI, et al., individually
and on behalf of others similarly situated,

       Plaintiffs,

v.

MARS INC., *et al.*,

       Defendants.

_____.

**JOINT STIPULATION AND REQUEST FOR LEAVE
OF COURT TO USE A CALIFORNIA MEDIATOR AND
<u>SCHEDULE A MEDIATION IN CALIFORNIA</u>**

       WHEREAS, pursuant to the Court's Scheduling Order, Plaintiffs Patricia Davis, Cindy Tregoe, Jo-Ann Murphy, and Susan Peters (collectively "Plaintiffs") and Defendant Natura Pet Products, Inc. (collectively "Defendant"), are required to report to the Court if the parties have agreed to mediate and identification of a Court-certified mediator;

       WHEREAS, the only remaining Defendant has its principal place of business located in San Jose, California;

       WHEREAS, Plaintiffs and Defendant have agreed to mediate before the Honorable William Cahill, (Retired), a JAMS Mediator, whose office is located in San Francisco, California, in close approximation to San Jose, California;

       WHEREAS, Plaintiffs and Defendant believe it is in the best interests of the parties to attend mediation before the Honorable William Cahill, (Retired) in California on February 24,

2009, and request leave of Court to mediate before the Honorable William Cahill, (Retired) in California on February 24, 2009;

WHERAS, the current deadline to conduct and report on mediation is February 23, 2009, and Plaintiffs and Defendant would like until the close of business on February 25, 2009 to report to the Court the outcome of this mediation;

WHEREAS, Plaintiffs and Defendant, through their respective counsel hereby stipulate as follows:

1. Plaintiffs and Defendant request leave of Court to attend a full day mediation before the Honorable William Cahill, (Retired) in California on February 24, 2009.
2. Plaintiffs are permitted to appear by telephone; all others to appear in person.
3. Plaintiffs and Defendant shall jointly file a report on the mediation on February 25, 2009.

**IT IS SO STIPULATED TO AND AGREED BY**:

s/Catherine J. MacIvor *(with permission)*
Catherine J. MacIvor
E-mail:   cmacivor@mflegal.com
Jeffrey Eric Foreman
E-mail:  jforeman@mflegal.com
Jeffrey Bradford Maltzman
E-mail:  jmaltzman@mflegal.com
Darren W. Friedman
E-mail:  dfriedman@mflegal.com
Bjorg Eikeland
E-mail:  beikeland@mflegal.com
**MALTZMAN FOREMAN PA**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131-1803
Telephone: (305) 358-6555
Facsimile:   (305) 374-9077

Patrick N. Keegan, Esq.
**KEEGAN & BAKER, LLP**
5650 El Camino Real, Suite 120
Carlsbad, CA  92008
E-mail: pkeegan@keeganbaker.com

*Attorneys for Plaintiffs*

s/Jeffrey S. York_____
Kristen E. Caverly
E-mail: *kcaverly@hcesq.com*
**HENDERSON & CAVERLY LLP**
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, California 92067-9144
Jeffrey S. York
E-mail: *jyork@mcguirewoods.com*
Michael M. Giel
E-mail: *mgiel@mcguirewoods.com*
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*