UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,
vs.

**NATURA PET PRODUCTS, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation and Request for Leave of Court to Use a California Mediator and Schedule a Mediation in California ("Joint Stipulation") [D.E. 621], filed on February 4, 2009. The Court has carefully considered the Joint Stipulation, the record, and applicable law. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties shall attend mediation before the Honorable William Cahill (Retired) in California on February 24, 2009. Plaintiffs are permitted to appear by telephone. All other parties shall appear in person.

2. The parties shall file a report on mediation results on or before February 25, 2009.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of February, 2009.

                                    _____
                                    **CECILIA M. ALTONAGA**
                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record