UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,
vs.

MARS INC., *et al.*

    Defendants.
_____/

# MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE
# AND MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

The Plaintiffs, Cindy Tregoe, Jo-Ann Murphy, and Susan Peters (the "Plaintiffs"), pursuant to Rule 7.1 of the Local Rules for the United States District Court for the Southern District of Florida, hereby respectfully request this Court to grant the Plaintiffs leave to file one consolidated Response to Natura Pet Products, Inc.'s ("Natura") two Motions to Dismiss and for an extension of time to file this Response, and in support thereof, state as follows:

    1.    On January 23, 2009, Natura filed a Motion to Dismiss Plaintiffs Cindy Tregoe and Jo-Ann Murphy. [DE 600]. On January 29, 2009, Natura filed a nearly identical motion as to Susan Peters. [DE 612]. The Responses to these two Motions are due on February 9 and February 16, respectively.

    2.    The undersigned has contacted counsel for Natura, Kristen Caverly, who has agreed to the Plaintiffs filing one consolidated Response to both of these Motions by February 16.

3. However, between today's date and February 16, Catherine J. MacIvor, who is principally responsible for the Response, will be out of the office a significant amount of time due to preparing for and attending five depositions for the case *Avolonte Ltd. v. Colonial Yacht Sales, Inc., et al.*, CASE NO. 03-22138 (09), currently pending in the Circuit Court for Broward County and set for trial in early April.

4. In addition, between February 16 and March 3, Ms. MacIvor will be preparing for and attending seven more depositions in the same aforementioned case. It is also possible that two additional depositions will be conducted during this period, most likely on Saturdays.

5. None of these depositions are being conducted in Miami, and some may require overnight travel.

6. In addition to these twelve (possibly fourteen) depositions being taken in the next approximately three weeks, Ms. MacIvor will also be attending mediation in the case presently at bar on February 24, 2009. [DE 623].

7. Moreover, Ms. MacIvor will be attending mediation on February 12, 2009 in *Shaw v. Carnival Corporation, et al.*, CASE NO. 08-22453-CIV ALTONAGA/Brown.

8. As a result of these scheduling conflicts, which will cause Ms. MacIvor to be out of the office for an extended period of time, the undersigned requests an extension of time until and including March 3, 2009 to file one consolidated Response to Natura's Motions to Dismiss.

9. Since the parties stipulated to conduct mediation on February 24, 2009, [DE 621], and this Honorable Court granted the parties leave to do so, [DE 623], there will be no harm or prejudice to Natura if this Honorable Court grants the relief requested herein as the Responses will be filed within one week from the mediation date *if* mediation does not resolve all claims at that time.

2
CASE NO. 07-21221 CIV ALTONAGA/Brown

10. Hence, the Plaintiffs believe that an extension of time until and including March 3, 2009 to file one consolidated Response to both of Natura's Motions to Dismiss and pending the results of mediation will result in less work for all parties involved, especially this Honorable Court, will accommodate Ms. MacIvor's pre-trial schedule, and will not harm or prejudice Natura in any way.

WHEREFORE, the Plaintiffs request leave to file one consolidated Response to Natura's two Motions to Dismiss, for an extension of time until and including March 3, 2009 to submit this Response, and for all other relief this Court deems just and proper.

**RULE 7.1 CERTIFICATE**

The undersigned has conferred with Counsel for Natura, Kristen Caverly, who agrees to the Plaintiffs filing one consolidated Response on February 16, 2009, but does not agree to extend the Response deadline beyond that date.

Dated: February 5, 2009
      Miami, FL

                Respectfully submitted,

                /s Jonathan C. Schwartz
                CATHERINE J. MACIVOR (FBN 932711)
                cmacivor@mflegal.com
                JONATHAN C. SCHWARTZ (FBN 051540)
                jschwartz@mflegal.com
                MALTZMAN FOREMAN, PA
                One Biscayne Tower
                2 South Biscayne Boulevard -Suite 2300
                Miami, Florida 33131
                Tel: 305-358-6555 / Fax: 305-374-9077

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 5th day of February, 2009. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

               s/ Jonathan C. Schwartz
               Jonathan C. Schwartz

# SERVICE LIST

## CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6745
Facsimile:      858-552-6749

*Attorney for Plaintiffs*

**LONNIE L. SIMPSON**
E-Mail: Lonnie.Simpson@dlapiper.com
**S. DOUGLAS KNOX**
E-Mail: Douglas.knox@dlapiper.com
**DLA PIPER US LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
Telephone: (813) 229-2111
Facsimile:  (813) 229-1447

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:     858-552-6750
Facsimile:      858-552-6749

*Attorneys for Plaintiffs*

**ALEXANDER SHAKNES**
E-Mail: Alex.Shaknes@dlapiper.com
**AMY W. SCHULMAN**
E-Mail: Amy.schulman@dlapiper.com
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4829

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**WILLIAM C. MARTIN**
E-Mail: william.martin@dlapiper.com
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Defendants Menu Foods, Inc.
and Menu Foods Income Fund*

**MARK C. GOODMAN**
mgoodman@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**JEFFREY S. YORK**
E-Mail: jyork@mcguirewoods.com
**MICHAEL GIEL**
E-Mail: mgiel@mcguirewoods.com
**McGUIRE WOODS LLP**
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: (904) 798-2680
Facsimile: (904) 360-6330

*Attorneys for Defendant Natura Pet Products, Inc.*

**OMAR ORTEGA**
Email: ortegalaw@bellsouth.net
**DORTA & ORTEGA, P.A.**
Douglas Entrance
800 S. Douglas Road, Suite 149
Coral Gables, Florida 33134
Telephone: (305) 461-5454
Facsimile: (305) 461-5226

*Attorneys for Defendant Mars, Inc.
and Mars Petcare U.S. and Nutro Products, Inc.*

**BARBARA BOLTON LITTEN**
blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401-6198
Telephone: (561) 650-7200
Facsimile: (561) 655-1509

*Attorneys for Defendants PETCO Animal Supplies Stores Inc., PetSmart, Inc., Wal-Mart Stores, Inc. and Target Corporation*

**KRISTEN E. CAVERLY**
E-Mail: kcaverly@hcesq.com
**ROBERT C. MARDIAN III**
rmardian@hcesq.com
**HENDERSON CAVERLY PUM & CHARNEY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone: 858-756-6342 x)101
Facsimile: 858-756-4732

*Attorneys for Natura Pet Products, Inc.*

**ALAN G. GREER**
agreer@richmangreer.com
**RICHMAN GREER WEIL BRUMBAUGH MIRABITO & CHRISTENSEN**
201 South Biscayne Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

*Attorneys for Defendants The Iams Co.*

**BENJAMIN REID**
E-Mail: bried@carltonfields.com
**ANA CRAIG**
E-Mail: acraig@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-0050
Telephone: (305)530-0050
Facsimile: (305) 530-0050

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**KARA L. McCALL**
kmccall@sidley.com
**SIDLEY AUSTIN LLP**
One S. Dearborn Street
Chicago, ILL 60633
Telephone: (312) 853-2666

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**SHERRIL M. COLOMBO**
E-Mail: scolombo@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 4410
Miami, Florida 33131
Telephone: (305) 704-5945
Facsimile: (305) 704-5955

*Attorneys for Defendant Del Monte Foods Co.*

**JOHN J. KUSTER**
jkuster@sidley.com
**JAMES D. ARDEN**
jarden@sidley.com
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019-6018
Telephone: (212) 839-5300

*Attorneys for Defendants Hill's Pet Nutrition, Inc.*

**RICHARD FAMA**
E-Mail: rfama@cozen.com
**JOHN J. McDONOUGH**
E-Mail: jmcdonough@cozen.com
**COZEN O'CONNOR**
45 Broadway
New York, New York 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

*Attorneys for Defendant Del Monte Foods*

**JOHN F. MULLEN**
E-Mail: jmullen@cozen.com
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2179
Facsimile: (215) 665-2013

*Attorneys for Defendant Del Monte Foods, Co.*

**ROBERT C. TROYER**
E-Mail: rctroyer@hhlaw.com
**HOGAN & HARTSON**
1200 17th Street
One Tabor Center, Suite 1500
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Defendants Nestle Purina Petcare Co.*

**JAMES K. REUSS**
E-Mail: jreuss@lanealton.com
**LANE ALTON & HORST**
Two Miranova Place
Suite 500
Columbus, Ohio 43215
Telephone: (614) 233-4719

*Attorneys for Defendant The Kroger Co. of Ohio*

**CAROL A. LICKO**
E-Mail: calicko@hhlaw.com
**HOGAN & HARTSON**
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone (305) 459-6500
Facsimile (305) 459-6550

*Attorneys for Defendants Nestle Purina Petcare Co.*

**CRAIG A. HOOVER**
E-Mail: cahoover@hhlaw.com
**MIRANDA L. BERGE**
E-Mail: mlberge@hhlaw.com
**HOGAN & HARTSON L.L.P.**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Nestle Purina Petcare Co.*

**D. JEFFREY IRELAND**
E-Mail: djireland@ficlaw.com
**BRIAN D. WRIGHT**
E-Mail: bwright@ficlaw.com
**LAURA A. SANOM**
E-Mail: lsanom@ficlaw.com
**FARUKI IRELAND & COX**
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, Ohio 45402

*Attorneys for Defendant The Iams Co.*

| | |
|---|---|
| **W. RANDOLPH TESLIK** <br> E-Mail: rteslik@akingump.com <br> **ANDREW J. DOBER** <br> E-Mail: adober@akingump.com <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> 1333 New Hampshire Avenue, NW <br> Washington, D.C. 20036 <br> Telephone: (202) 887-4000 <br> Facsimile:  (202) 887-4288 <br><br> *Attorneys for Defendants New Albertson's Inc. and Albertson's LLC* | **CRAIG P. KALIL** <br> E-Mail: ckalil@aballi.com <br> **JOSHUA D. POYER** <br> E-Mail: jpoyer@abailli.com <br> **ABALLI MILNE KALIL & ESCAGEDO** <br> 2250 Sun Trust International Center <br> One S.E. Third Avenue <br> Miami, Florida 33131 <br> Telephone:  (303) 373-6600 <br> Facsimile:   (305) 373-7929 <br><br> *Attorneys for New Albertson's Inc. and Albertson's LLC* |
| **RALPH G. PATINO** <br> E-Mail: rpatino@patinolaw.com <br> **DOMINICK V. TAMARAZZO** <br> E-Mail: dtamarazzo@patinolaw.com <br> **CARLOS B. SALUP** <br> E-Mail: csalup@patinolaw.com <br> **PATINO & ASSOCIATES, P.A.** <br> 225 Alcazar Avenue <br> Coral Gables, Florida 33134 <br> Telephone: (305) 443-6163 <br> Facsimile:  (305) 443-5635 <br><br> *Attorneys for Defendants Pet Supplies "Plus" and Pet Supplies Plus/USA, Inc.* | **ROLANDO ANDRES DIAZ** <br> E-Mail: rd@kubickdraper.com <br> **PETER S. BAUMBERGER** <br> E-Mail: psb@kubickidraper.com <br> **KUBICKI DRAPER** <br> 25 W. Flagler Street, Penthouse <br> Miami, Florida 33130-1712 <br> Telephone: (305) 982-6708 <br> Facsimile:  (305) 374-7846 <br><br> *Attorneys for Defendant Pet Supermarket, Inc.* |
| **HUGH J. TURNER, JR.** <br> E-Mail: hugh.turner@akerman.com <br> **AKERMAN SENTERFITT & EDISON** <br> 350 E. Las Olas Boulevard <br> Suite 1600 <br> Fort Lauderdale, Florida 33301-2229 <br> Telephone: (954)463-2700 <br> Facsimile:   (954)463-2224 <br><br> *Attorneys for Defendant Publix Super Markets, Inc.* | **C. RICHARD FULMER, JR.** <br> E-Mail: rfulmer@Fulmer.LeRoy.com <br> **FULMER, LEROY, ALBEE, BAUMANN, & GLASS** <br> 2866 East Oakland Park Boulevard <br> Fort Lauderdale, Florida 33306 <br> Telephone: (954) 707-4430 <br> Facsimile:  (954) 707-4431 <br><br> *Attorneys for Defendant The Kroger Co. of Ohio* |