# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

       Plaintiffs,

vs.

**NATURA PET PRODUCTS, INC.**,

       Defendant.

_____/

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

**THIS CAUSE** came before the Court upon Plaintiffs' Motion for Leave to file Consolidated

Response and Motion for Enlargement of Time to File Response ("Motion") [D.E. 624], filed on

February 5, 2009.  The Court has carefully considered the Motion, and the pertinent portions of the

record.  Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion **[D.E. 624]** is hereby **GRANTED**.

2.     Plaintiffs shall have until **March 3, 2009** to file a consolidated response to Defendant, Natura

      Pet Products, Inc.'s Motion to Dismiss Plaintiffs Cindy Tregoe and Jo-Ann Murphy [D.E.

      600] and Motion to Dismiss Plaintiff Susan Peters [D.E. 612].

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of February, 2009.

                             _____
                             **CECILIA M. ALTONAGA**
                             **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record