UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/BROWN

RENEE BLASZKOWSKI, *et al.*,
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF COMPLIANCE RE: COURT'S ORDERS RE: MOTIONS TO COMPEL AND MOTION REGARDING SUFFICIENCY OF ANSWERS**

On Monday February 9, 2009 Plaintiffs' complied with the Courts Orders regarding the Defendant Natura Pet Product's Motions to Compel additional Interrogatory responses and amended answers to Requests for Admissions by serving on the Defendant the supplemented Interrogatory Responses and amended answers to Requests for Admissions required by the Court pursuant to its Orders via electronic mail. Given the ongoing dispute between the parties regarding production of the Personal Computer of Plaintiff Patricia Davis for inspection and the Court's order that the dispute be directed to a Special Master for resolution, no supplemental response to the that production request will be provided until that dispute is resolved.

Respectfully submitted,

/s Edgar R. Nield

Edgar R. Nield (CBN135018)
enield@nieldlaw.com
Law Offices of Edgar R. Nield
5650 El Camino Real, Suite 120
Carlsbad, Ca. 92008
Tel: 760-929-9889 / Fax: 760-929-9260
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, hereby certify that the foregoing was sent via electronic mail to the following counsel on February 9, 2009:

Kristen E. Caverly, Esq.
e-mail: kcaverly@hcesq.com
Robert C. Mardian III, Esq.
e-mail: rmardian@hcesq.com
HENDERSON, CAVERLY, PUM & CHARNEY LLP
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067-9144
Tel:   (858) 756-6342
Fax:   (858) 756-4732

Jeffrey S. York, Esq.
e-mail: jyork@mcguirewoods.com
Michael M. Giel, Esq.
e-mail: mgiel@mcguirewoods.com
McGUIRE WOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Tel:   (904) 798-2680
Fax:   (904) 360-6330

/s Edgar R. Nield
Edgar R. Nield