UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

    Plaintiffs,
vs.

**NATURA PET PRODUCTS, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the parties' Agreed Motion for Extension of Time to File Fifth Amended Complaint and Report of Mediation Results ("Agreed Motion") [D.E. 629], filed on February 25, 2009. The Court has carefully considered the Agreed Motion and the pertinent portions of the record. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties' Agreed Motion **[D.E. 629]** is **GRANTED**.

2. The parties shall file a report indicating the mediation results on or before **February 27, 2009**. Plaintiffs shall file the Fifth Amended Complaint on or before **February 27, 2009**. No further extensions shall be granted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February, 2009.

                                                  */s/ Cecilia M. Altonaga*
                                           **CECILIA M. ALTONAGA**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record