# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO.  07-21221-CIV-ALTONAGA

**RENEE BLASZKOWSKI**, *et al.*,

      Plaintiffs,

vs.

**NATURA PET PRODUCTS,
INC.**, *et al.*,

      Defendants.

_____/

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS CAUSE** is before the Court on the parties' request for a status conference.  It is

**ORDERED AND ADJUDGED** that a telephonic status conference is scheduled for

Thursday, **March 5, 2009 at 1:00 p.m.**.  Counsel for each party are instructed to call 1-866-215-

3656 on the date and time set forth above.  Please advise the operator that the conference I.D. is

88333985, and that Judge Altonaga is the chairperson.  **For clarity, please do no use a cell phone**

**or a speaker phone.**  The deadline for the parties to file their mediation report and the deadline for

filing a Fifth Amended Complaint is extended until March 5, 2009.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of February, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record