UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al.*,

    Plaintiffs,
vs.

**NATURA PET PRODUCTS, INC.**,

    Defendant.
_____/

## PARTIAL JUDGMENT

**THIS CAUSE** came before the Court upon Defendant, Natura Pet Products, Inc.'s ("Natura['s]") Notice of Filing Proposed Partial Judgment [D.E. 635], filed on March 6, 2009; and Defendant's Motion for Summary Judgment ("Motion") [D.E. 515], filed on October 10, 2008. On January 6, 2009, the Court granted Natura's Motion and instructed Defendant to submit a proposed judgment as to the claims of Linda Brown, Tone Gaglione, Jane Herring, Deborah Hock, Raul Isern, Claire Kotzampaltiris, Michele Lucarelli, Marian Lupo, Sharon Mathiesen, Deborah McGregor, Julie Nelson, Ann Quinn, Marlena Rucker, Sandy Shore, Stephanie Stone, Beth Wilson, Patricia Hanrahan, Donna Hopkins-Jones, Danielle Valoras, Carolyn White, and Lou Wiggins (collectively, "Dismissing Plaintiffs"). Pursuant to Rule 54(b), Fed. R. Civ. P., and there being no just reason for delay, it is

**ORDERED AND ADJUDGED** that judgment is entered for Natura and against the Dismissing Plaintiffs. Dismissing Plaintiffs shall take nothing by the Fourth Amended Complaint. By stipulation of the parties, Natura and the Dismissing Plaintiffs shall each bear their own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of March, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record