UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,

    Plaintiffs/Class Representatives,

vs.

MARS INC., *et al.*

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF STATUS

Pursuant to this Court's Order of March 5, 2009, the parties are to report on the status of the final paperwork in this matter today. Plaintiffs anticipate they will be able to file final dismissals within a week, March 26, 2009.

Dated: March 19, 2009
       Miami, FL

                      Respectfully Submitted,

                      By: /s/ *Jeffrey B. Maltzman*
                      Catherine J. MacIvor (FBN 932711)
                      cmacivor@mflegal.com
                      Jeffrey B. Maltzman (FBN 0048860)
                      jmaltzman@mflegal.com
                      Jeffrey E. Foreman (FBN 0240310)
                      jforeman@mflegal.com
                      Jonathan C. Schwartz (FBN 0051540)
                      jschwartz@mflegal.com
                      MALTZMAN FOREMAN, PA
                      One Biscayne Tower
                      2 South Biscayne Boulevard, Suite 2300
                      Miami, Florida 33131
                      Tel: 305-358-6555 / Fax: 305-374-9077

And

PATRICK N. KEEGAN
pkeegan@keeganbaker.com
JASON E BAKER
jbaker@keeganbaker.com
KEEGAN & BAKER, LLP
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Tel: 858-552-6750 / Fax 858-552-6749

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 19th day of March, 2009. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

          *s/ Jeffrey B. Maltzman*___
          Jeffrey B. Maltzman, Esq.

# SERVICE LIST

## CASE NO. 07-21221 ALTONAGA/Brown

**CATHERINE J. MACIVOR**
cmacivor@mflegal.com
**JEFFREY B. MALTZMAN**
jmaltzman@mflegal.com
**JEFFREY E. FOREMAN**
jforeman@mflegal.com
**DARREN W. FRIEDMAN**
dfriedman@mflegal.com
**MALTZMAN FOREMAN, PA**
One Biscayne Tower
2 South Biscayne Boulevard -Suite 2300
Miami, Florida 33131
Tel: 305-358-6555 / Fax: 305-374-9077

*Attorneys for Plaintiffs*

**EDGAR R. NIELD**
enield@nieldlaw.com
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:   858-552-6745
Facsimile:   858-552-6749

*Attorney for Plaintiffs*

**PATRICK N. KEEGAN**
pkeegan@keeganbaker.com
**JASON E BAKER**
jbaker@keeganbaker.com
**KEEGAN & BAKER, LLP**
4370 La Jolla Village Drive
Suite 640
San Diego, CA 92122
Telephone:   858-552-6750
Facsimile:   858-552-6749

*Attorneys for Plaintiffs*

**KRISTEN E. CAVERLY**
kcaverly@hcesq.com
**ROBERT C. MARDIAN III**
rmardian@hcesq.com
**HENDERSON CAVERLY PUM & CHARNEY LLP**
16236 San Dieguito Road, Suite 4-13
P.O. Box 9144 (all US Mail)
Rancho Santa Fe, CA 92067-9144
Telephone:  858-756-6342 x)101
Facsimile:   858-756-4732

*Attorneys for Natura Pet Products, Inc.*