UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21221 CIV ALTONAGA/Brown

RENEE BLASZKOWSKI, *et al.,*
individually and on behalf of
others similarly situated,
        Plaintiffs/Class Representatives,
vs.

MARS INC., *et al.*
        Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs, JO-ANN MURPHY, ARNA DORI CORTAZZO, SUSAN BETH JONES (a/k/a SUSAN PETERS), CYNTHIA LEE TREGOE, PATRICIA DAVIS, in their own individual behalf's only, and Defendant, NATURA PET PRODUCTS, INC., by and through their undersigned counsel hereby file this Joint Stipulation for Dismissal of their individual claims in the above-styled action with prejudice. Each party shall bear its own respective costs and fees. This Joint Stipulation for Dismissal resolves all remaining claims and this action may now be closed by the Court.

DATED this 30th day of March, 2009.

| | |
|---|---|
| */s/ Jeffrey B. Maltzman* | */s/ Kristen E. Caverly* |
| Jeffrey B. Maltzman, Esq. | Kristen E. Caverly, Esq. |
| FBN: 0048860 | Bar No: |
| jmaltzman@mflegal.com | kcaverly@hcesp.com |
| MALTZMAN FOREMAN, PA | HENDERSON & CAVERLY, PUM |
| One Biscayne Building – STE 2300 | & CHARNEY, LLP |
| 2 South Biscayne Boulevard | 16236 San Dieguito Road, Suite 4-13 |
| Miami, Florida 33131 | Rancho Santa Fe, California 92067 |
| Tel: 305-358-655 / Fax: 305-374-9077 | Tel: 858-756-6342 / Fax: 858-756-4732 |