# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 07-21221-CIV-ALTONAGA/Brown

**RENEE BLASZKOWSKI**, *et al*.,

     Plaintiffs,

vs.

**NATURA PET PRODUCTS, INC.,**

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal [D.E. 638], filed on March 30, 2009. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal **[D.E. 638]** is **APPROVED** and the above-styled action is dismissed in its entirety. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order.

The Clerk is instructed to **CLOSE** this case and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of March, 2009.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record